# EXIHBIT 2



MARCH 22, 2017

Paul Jones / President / Director
Commonwealth Community Recovery Division Inc.
79 Thompson Street
Springfield, Ma 01109
Cell: 617-939-5417
Office: 888-680-4667
Fax: 888-726-8386

Montachusett Regional Transit Authority ('MART')
Title VI Civil Rights Officer
1427 R Water Street
Fitchburg, MA 01420
978-345-7711 ext. 2274

## COVER LETTER & EXIHBITS

This complaint is being file by Paul Jones a 52-year-old African American on behalf of himself and Commonwealth Community Recovery Division Inc. (CCRD) which has a 5-year contract with Montachusett Regional Transit Authority (MART) through the Executive office of Health & Human Services.

CCRD INC. has been excluded from participation in, denied the benefits of, and the enjoyment of any right, privilege, advantage, or opportunity enjoyed by other non-minority vendors in MARTS Federally funded non-emergency transportation program this is contrary to MARTS, EEOHHS (Mass Health) Policy rules & regulations and Title VI of the Civil Rights Act.

Paul Jones experienced Discrimination, Retaliation, Hostile Work Environment after he protest the treatment of CCRD INC. and it has been ongoing for the last 12 months / 180 days.

CCRD INC and Paul Jones has suffered an invasion of a legally protected interest that is concrete and particularized and actual and or imminent, this treatment was and is not conjectural or hypothetical.

Paul Jones has faced self on the grounds of Discrimination, Retaliation, Hostile Work Environment and Unfair Treatment, attached to this cover letter is the Title VI complaint that has specific dates of such acts by MART and several of their employees.

Montachusett Regional Transit Authority (MART) participates and receives funds from the Federal Government and has an obligation to stay in compliance with Title VI of the Civil Rights Act of 1964.

Title VI prohibits discrimination on the basis of race, color, or national origin in programs and activities receiving Federal financial assistance. Specifically, Title VI provides that: "No person or group in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits, or be subjected to discrimination under any program activity receiving Federal financial assistance." 42 U.S.C. §2000(d). b. Title VI applies to discriminatory acts based on race, color, or national origin and specifically prohibits the exclusion of individuals or groups from participation in, or enjoying the benefits of, federal programs.

MART is currently in Noncompliance of the Title VI regulations, and has engaged in activities that have had the purpose or effect of denying CCRD INC (**Small Minority Business)** and Paul Jones the benefits of, enjoying the benefits of MARTS federal program and excluding CCRD INC from participation in the bidding process and inability to obtain access to MARTS Vendor Portal that displays the daily & weekly jobs as non-minority vendor do daily.

This has caused CCRD INC the inability to hire and keep employees employed, MART has created a in house policy that keeps minority vendors out of the vendor portal that displays the daily & weekly jobs. This is done by placing CCRD INC and other minority vendors on an Automatic Dialing system to receive jobs one day at a time, while non-minority vendors have full access to the vendor portal that displays the daily & weekly jobs.

This system makes it where non-minority vendors receive 100, s of jobs, while CCRD INC and or minority vendors only have the option to receive 1-7 jobs per day, these jobs with jobs are rejected (put back) by the non-minority vendors the day before and are not cost efficient for the minority vendor.

Example: Non-Minority vendors except all jobs in same area 1- 5-mile radius for a single employee, leaving the jobs that a minority vendor must travel sometime 21 miles to get a single job that is only going 1 or 2 miles and must wait an hour or two for client to return, this causes the non-minority vendor Employees, Gas, Money, Time, Maintenance on vehicle etc. This is a prima facie violation of Title VI of the 1964 Civil Rights Act. And other Federal and State Laws.

Daily, a non-minority vendor will receive 100-250 local jobs with a higher rate, while CCRD INC struggles to obtain 2-3 jobs in the same area, both Vendors breath the same air, have the same rates (Lots of time the minority vendor CCRD INC rates will be lower), same quality of automobile but different shades of skin.

MART also limits the number of minority to whom it will offer admission to the Vendor Portal that display the daily & weekly jobs, by hand picking jobs and placing them in the non-minority's vendor's portal from time to time.

On a daily based MART exerts control over CCRD INC by deny us access to the Vendor Portal that display daily & weekly jobs and subjecting CCRD INC and its Director Paul Jones to discrimination, retaliation, hostile work environment in MARTS Federally funded program or activity based on race and color.

CCRD INC alleges that MART "discriminated against (it) during its performance on the (Non-emergency Transportation) contract based on the minority status of the Director (Paul Jones), and that (the corporation and Paul Jones) which suffered and continues to suffer direct injury because of that racial discrimination, Retaliatory acts and a Hostile Work place environment.

Attached is a description of some of the events that what happened in the last 12 months (to paint a picture) and 180 days (Title VI requirement), this includes how other subcontractors mainly non-minority contractors are treated differently.

MART has strategically prevented CCRD INC from having access to the vendor portal, this keeps CCRD INC with no employees, and the ability to grow. Although CCRD INC has had 7 employees and 2 volunteers in the last 11 months, the longest one was employed was 8 weeks off and on, these employees were ready willing and able to work but CCRD INC jobs are like a faucet its get cut on and off when MART employees want by a click of a mouse.

CCRD INC has paid for 7 employees and 2 volunteers certification. D.O.T examinations for all 9 individuals totaling over $1700.00 and could not provide them with employment due to no access to the vendor portal that displays the pool of jobs available to the vendors, there is more than enough work to go around to all vendors on a daily and weekly basis.

CCRD INC has taken out several loans and to purchase 5 vehicles, these vehicles are not register or insured due to none access to the Vendor Portal.

If CCRD INC was to register these vehicles, we would not have access to the daily and weekly jobs, this would be financial suicide for the company as MART has pulled the plug on work sometimes for weeks, CCRD INC need relief from these discriminatory and retaliatory acts which is contrary to the governing contract, MARTS and EOHHS policy as well as Federal & State

CCRD INC cannot sustain this treatment, it has a financial effected on the company, and is costing the company thousands of dollars each month, because we must stay in compliance with the contract which means there must be Livery Insurance, back up vehicles, Workers Compensation, vehicles Maintenance, Gas, Office, lights, gas etc. To maintain all expenses Paul Jones, the Director has loaned the company over $25,000 in the last 14 months of his own personal money.

This whole ordeal can come to an end if MART simply grants CCRD INC and all Vendors full and fair access to the Vendor Portal that display the pool of jobs available by Low-Bid system, this can be done with a click of a mouse.

Instead MART only calls CCRD INC when they feel we should have a few jobs despite our Bid, this has cause great financial and emotional distress on the CCRD INC, Paul Jones and his family, as Paul Jones lives in Stoughton, Ma but works in Springfield ma. And had to resort to living part time in Springfield Ma.

CCRD INC has not been able to make payroll once at all, this has been told to several staff members at MART.

MART has intentionally and recklessly inflicted financial and emotional distress on CCRD INC and their staff by behaving (intentional conduct) in a way that is contrary to Title VI of the 964 Civil Rights Act.

Filing" of a complaint required as a predicate to a retaliation claim need not necessarily be in writing or be made to a government agency. The Supreme Court in Kasten v. Saint- Gobain Performance Plastics Corp., 563 U.S. 1 (2011), held that an oral or written complaint is protected by anti-retaliation provision as long as a reasonable person would understand that the employee put his employer on notice that he is asserting statutory rights under the Act. The Second Circuit here joins other Circuits who have held that a complaint can be "filed" for purposes of 29 U.S.C. 215(a)(3) when only made to the employer. See e.g. Lambert v. Ackerley, 180 F.3d 997, 1005 (9th Cir. 1999).

The Harm Caused by MART and its employees to CCRD INC & Paul Jones Meets Article III Requirements

# FACTS OUTSIDE THE 180 DAY REQUIRMENTS FOR A TITLE VI VIOLATION

**On July 1, 2015** CCRD INC was awarded a non-emergency contract for 5 years until July 1, 2020, although CCRD INC was not informed of this until on or about *March 22, 2016, 8 months after the fact*.

**On March 22, 2016** Paul Jones and another employee from CCRD INC attended the Vendor Portal Training at 100 Main Street, Fitchburg Ma, surprisingly this took place In Karen Cordio, s very small office with one computer. Crystal Geisert (Karen Assistant) was present but said nothing (More like for a witness). This Vendor Portal Training was done with one personal computer that was on Karen Cordio, s Desk.

The training was approximately 32 minutes, most of the time Paul Jones was signing documents from the contract. I believe this was not the usual Portal Training that a Vendor would receive, I

left the Vendor Training feeling like something was not right, I was expecting to have more formal training and access to the vendor portal to test its functions this Training was very Odd.

**On Tue, Mar 29, 2016 at 2:53 PM** Paul Jones Director of CCRD INC sent Karen Cordio an email (*Exhibit 1*) outlining that CCRD INC did not have access to the portion of the portal that displays the daily & weekly work, I received no response.

**On Wed, Apr 6, 2016 at 2:01 PM** Paul Jones reached out to Tamara Shumovskaya (Scheduling Department Manager) and informed her that he was not able to log into the vendor portal that displayed the daily & weekly trips and could he get some assistance, Tamara directed me to Karen Cordio, Ivan Roman & Crystal Geisert whom I called several times and received no assistance with gaining access to the Vendor Portal as all other Non-Minority Vendor did.

**On Wed, Apr 6, 2016** I received a telephone call from Ivan Roman Karen Cordio,s assistant, he stated that "*Mr. Jones I understand that you cannot access the portion of the vendor portal that displays the daily & weekly jobs as some vendors just don't ever gain access to the vendor portal that displays daily & weekly jobs*, *going forward if MART has any work for you the Scheduling Department will call you when they have work for you*", Paul Jones the Director informed Ivan Roman that this was contrary to MART & EOHHS governing contract. Ivan Roman became very Irate that I would protest what he informed me of since then has been scrutinizing CCRD INC every chance he has.

**On or about April 16, 2016** CCRD INC 3 employees quit because of lack of work, **On June 2, 2016 at 10:39** (*Exhibit 2*) I Paul Jones sent Roman Ivan & Crystal Geisert an email informing both parties that CCRD INC capacity tab has been locked by MART since the inception of the contract it stated "*You cannot change capacities as it has been locked by MART*" Ivan Roman emailed me back and stated *"You are able to make changes to your capacity manager to reflect times and days of the week you are willing to accept work by visiting the vendor portal and editing your capacity management tab."* When in fact emails confirm that Ivan Roman knew I was locked from making changes to the capacities tab but refuse to assist me as they assist the other Non-Minority Vendors, this treatment is discriminatory & Unfair as other Non-Minority Vendors have full access to the portion of Vendor Portal that displays the daily & weekly jobs and can change their capacity at any time.

My protest was ignored completely and my capacities tab remained locked by MART until on or about August 24, 2016 after sending an email marked "Racial Discrimination" only then was the capacities tab unlocked but the Vendor Portal access remained locked and is as of March 21, 2017

CCRD INC received little or no work for weeks at a time, and had no access to any jobs as the other non-minority vendors had, I Paul Jones commuted (Drove) from Stoughton Ma to Springfield Ma 5 days a week to be available for jobs from MART, for the first Eight months CCRD INC was lucky if we received 1-5 jobs per day, this was financially devastating to me and the company.

**On Thursday, Aug 4, 2016 at 2:04 PM**, I sent Karen Cordio an email (*Exhibit 3*) informing her of what CCRD INC was experiencing, and that the company funds were being depleted by expenses such as Gas, Livery Insurance, Utility's for office, Car Notes, employee's certifications, D.O.T Cards for employees etc. This email was very specific in outlining that problems CCRD INC. was experiencing.

CCRD INC also informed her that we had not received any jobs or very few since April 2016, I received no response from Karen Cordio and the situation got worst (Retaliation), so I decided to contact the head of the Brokerage Department (Robecca Broadly) 20 days later.

**On Wed, Aug 24, 2016 at 4:48 PM** I (Paul Jones) sent Rebecca Badgley Director of the Brokerage a detailed email (*Exhibit 4*) titled "Racial Discrimination", this email was specific to some of CCRD INC discrimination and retaliation from MART. Such as being blocked from the vendor portal that displayed the daily & weekly work, not being able to participate in the scheduling of rides from the vendor portal. Racial Discrimination, Retaliation, Hostile work environment.

CCRD INC also explained that this treatment was causing friction between the employees my family and I had not been able to make payroll one time, as I have depleted funds for my wedding due to company Expenses that has caused me great embarrassment.

CCRD INC also informed her I was writing to her because she had the authority to stop these illegal acts and was hoping to get some relief from this Racial Discrimination, Retaliation & Unfair & Deceptive Treatment.

To my surprise the very next morning on Thu, Aug 25, 2016 at 11:57 AM, Rebecca Badgley responded (*Exhibit 4 pg. 2-3*) she stated "*there is no discrimination involved of any kind*" "*Looking in depth in follow up to your email there was an area in the vendor portal that was blocked and this was simply an oversight however that might have been the cause of the situation of you not being able to adjust capacities", Please log in and make sure that you are able to adjust your capacities and see daily work as well as standing orders.*

My capacity tab was unlocked immediately but not the section of the Vendor Portal that displayed the daily & weekly jobs, this made it impossible to keep any employees, this caused me to be unable to keep enough work for even one employees.

MART has stated in the past that the low-bid system is how Vendors obtain work, for the first few months CCRD INC, s bids were extremely low ($10-$28 per trip), In May of 2016 CCRD INC dropped our bids all the way down to $10 per ride we were still not granted any access to the Vendor Portal seven with the lowest bid in May of 2016.

**On or about August 27, 2016** CCRD INC was retaliated against by MART Employees for protesting the Racial Discriminatory, Retaliatory and Hostile Work place acts to Rebecca Badgley. MART employees removed CCRD INC Vendor activity tab, this tab showed CCRD INC activity as well as all other vendors activity. The Vendor Activity show all work that was rejected by other Vendors including the price of the rejected jobs, this is how CCRD INC concluded that we were block for other reasons than our Low-Bid.

CCRD INC could see non-minority vendors putting back and or rejecting 100, s of Jobs that were higher than CCRD INC bids, this was evidence that our bids were not a factor.

**On Sep 2, 2016** CCRD INC was retaliated against by MART employees, CCRD INC was not paid for an emergency ride that took over 5 hours (Made it back to office at 3:30am), I Paul Jones picked up a client approximately 8pm from Hadley Ma (Near Belchertown Ma Border) and took him to Palmer Hospital, I waited for 5 hours (Until 2:30 am) and returned him home.

**On September 3, 2016**, I called MART and had a conference call with Joanne Norris and Jessica Torres, Joanne Norris informed me that CCRD INC would receive $156 for the round-trip job, CCRD INC never got compensated for the trip as of March 21, 2017.

I Paul Jones called Joanne Norris several times and sent an email and received no further response about the payment, on September 16, 2016 (*Exhibit 5*) I sent Joanne Norris a final email and cc it to Tamara Shumovskaya and Jessica Torres, I received no response from any of the MART employees regarding the payment as of March 21, 2017, soon after my work was cut drastically, this is contrary to Title VI of the Civil Rights Act.


Paul Jones

Cc.

Maura Healy, One Ashburton Place, 11th Floor, Boston, Ma 02108

Mohammed Khan Montachusett Regional Transit Authority Administrator

Julian Tynes, Massachusetts Department of Transportation Chief Diversity and Civil Rights Officer (CDCRO) Title VI Coordinator 10 Park Plaza, Suite 3170, Boston MA 02116

Elizabeth Warren U.S Senator, Russell Senate Office Building 2 Russell Courtyard, Washington, D.C 20510

Edward Markey Massachusetts State Senator, 975 JFK Federal Building 15 New Sudbury Street, Boston, MA 02203

Christine Stoneman, Chief Federal Coordination and Compliance Section Civil Rights Division, U.S. Department of Justice, Federal Coordination and Compliance Section, NWB 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530

Sharon Boyle Chief MassHealth Counsel, Executive Office of Health and Human Service s, One Ashburton Place, 11th Floor, Boston, MA 02108

Leslie Proll Secretary. U.S. Department of Transportation, Room 4132, 400 Seventh Street, Southwest, Washington, D.C. 20590.

Linda Ford Associate Administrator Office of Civil Rights Federal Transit Administration 1200 New Jersey Avenue, SE Washington, D.C 20590

# TITLE VI COMPLAINT
# VIOLATIONS WITHIN 180 DAY

**As of March 20, 2017,** MART denied CCRD INC and Paul Jones the opportunity to participate in the Low bid pool of jobs (Vendor Portal) which is an integral part of the Federally funded non-emergency transportation program, MART subjects CCRD INC & Paul Jones to receiving work only one day in advance by telephone only, this has caused great financial harm to CCRD INC and Paul Jones, CCRD INC cannot make a weekly schedule thus causing us not to be able to keep employees this has been going on since April 2016 until March 21, 2017.

Since the beginning of the contract MART and its employees has directly or through contractual or other arrangements, subjected CCRD INC and Paul Jones to Racial discrimination, Retaliation, Hostile Work Environment and Unfair & Deceptive Acts on the ground of race, color, in its practices under their Non-Emergency Transportation program.

CCRD INC is requesting we will shall be intimidated, threaten, coerce, or discriminate against by MART or any of its employees or subcontractors because a complaint has been filed.

It is my belief that the Montachusett Regional Transit Authority (MART) in not in compliance with federal nondiscrimination laws including Title VI of the Civil Rights Act of 1964 (Title VI) and other related Federal & State Laws.

MART has blocked CCRD INC & Paul Jones from the Vendor Portal that displays the daily & weekly jobs for the last 180 days, MART has given the non-minority vendors full access to the same Vendor Portal that displays the daily & weekly jobs.

**On or about Oct 1, 2016** CCRD INC won a bid for a standing order and excepted a standing order (**R96612 & R96613**) for 90 days and it was excepted, Paul Jones the director soon noticed that MART had extended the standing order until August 8, 2017, thus locking CCRD INC into the standing order thus denying CCRD INC any chance of adjusting their prices, this is contrary to the governing contract and MARTS own policy. Other non-minority vendors standing orders are for 90 days only, MART has Restricted access to their program services and benefits, and Applied different standards for the same types of services that CCRD INC. offers.

**On Fri, Oct 21, 2016 at 9:43 AM**, CCRD INC was given no work and a subcontractor had been hired approximately 9 days he quit, I immediately sent an email (*Exhibit 1*) to the Director of Brokerage Robecca Bagley, Karen Cordio (Manager of Brokerage), Ivan Roman (SR Assistant) & Crystal Geisert (Karen Cordio Assistants) asking for a meeting (I stated " I am available in after noon's next week except Friday's after noon from 3pm -7 pm") so that we could rectify the Racial Discriminatory Acts and to gain access to the Vendor Portal to be able to supply employees with daily work, I got no response till this day of March 21, 2017. MART has not taken affirmative action to remove to overcome the effects of the discriminatory practice and usage toward CCRD INC and Paul Jones in the last 180 days.

CCRD INC. has been denied the benefit of the governing contract by not being able to gain access to the Vendor Portal that displays the daily & weekly trips as other non-minority Vendors has under MARTS Federally funded Non-Emergency Transportation program.

**On Dec 25, 2016** CCRD INC won a bid for a standing order **R100411 & R100412** the address given was a motel the front desk stated that no one by the client's name resided there, another vendor picked up client at another location and transported her to her clinic, CCRD INC spoke with client and was informed. MART does not Provide the same benefits to CCRD INC and or Paul Jones whom is an African American male, that they provide to other non-minority vendors, work is provided in a different manner to CCRD INC (Via Telephone), from that provided to other non-minority vendors under MARTS Federally funded non-emergency transportation program.

**On Sun, January 1, 2017** CCRD INC. Won Bid for 2 trips to Amherst to Northampton Ma for 1 client standing order **R100653** & **R100652 with 2 escorts**, when non-minority vendors had this trip they were paid for 2 clients because both had (2 standing orders) appointments with the same Methadone clinic. MART only offered to pay CCRD INC for. I took one client and MART refused to pay CCRD INC, see email **January 3, 2017** (*Exhibit 2*) CCRD INC never received a reply from MART, CCRD INC traveled over 50 miles to complete this trip.

MART has segregated CCRD INC and has separate policy's & treatment of other non-minority vendors and CCRD INC. and has denied us the benefits of MARTS Federally Funded program.

**On Monday January 3, 2017** CCRD INC. Won Bid for 2 trips to **(Standing order R100396 & R100395)** for 2 clients but Tamara Shumovskaya **Scheduling Department Manager** at MART had the trips reflect that the trip was for 1 person with an escort but both individuals has PT1 forms authorized by Mass Health as other non-minority vendors in the past week had gotten paid for both clients at a higher price. This trip was taken away from CCRD INC and given to another non-minority vendor (See Portal Jan 3, 2017), MARTS Scheduling Department allowed then non-minority vendor to get paid for bot clients. MARTS Scheduling Department has segregated CCRD INC and has separate policy's & treatment of other non-minority vendors and CCRD INC. and has denied us the benefits of MARTS Federally Funded program, this is contrary to Title VI of the Civil Rights Act and other Federal & State Laws.

**On Tuesday January 4, 2017** CCRD INC. Won Bid for 2 trips to **(Standing order R100396 & R100395)** the same trips from Monday January 3,2017, CCRD INC provided the same service the non-minority vendor provided but was only paid for one clients, the day before the non-minority vendor was paid for two clients this is a clear cut Racial Discrimination violation of Title VI and other Federal & State laws. MART has restricted CCRD INC enjoyment, benefits, advantages and privileges enjoyed by others non-minority vendors (Access to Vendor Portal that displays daily & weekly jobs) that benefit from their Federally funded non-emergency transportation program.

**On Thur January 5,2017** CCRD INC. Won Bid for 2 trips to **(Standing order R100396 & R100395)** for a third time this time they still only paid CCRD INC for transporting one client to the methadone clinic when in fact the escort was not an escort she had her own PT1 from Mass

Health, MART has denied CCRD INC & Paul Jones an opportunity to access the Vendor Portal that displays daily & weekly jobs and afford an opportunity to do so which is different from that afforded others (Non-Minority Vendors) under the program.

**On Monday January 9, 2017** CCRD INC. Won Bid for 2 trips **(Standing order R100396 & R100395)** but MART took away and gave 2 trips to a non-minority vendor at a higher price, this vendor was paid for both clients trips to the clinic by MART, this is contrary to Title VI and other Federal & State Laws. MART made selections with the purpose or effect and excluding CCRD INC and Paul Jones by denying us the benefits of, or subjecting us to discrimination under MARTS Federally funded non-emergency transportation program. MARTS purpose or effect of defeating or substantially impairing the accomplishment of the objectives of CCRD INC which is to grow our business and keep individuals employed.

In the last 180 days MART, has not taken any affirmative action to assure that CCRD INC does not stay excluded from participation in the Low-Bid system or gaining access to the Vendor Portal that displays the daily & weekly jobs from their Federally funded non-emergency transportation program and has denied the benefits of the program or activity on the grounds of race and color. All non-minority have full access to MARTS Vendor Portal.

**On Wed January 11,2017** CCRD INC. Won Bid for 2 trips MART took away the trips from CCRD INC and gave to a non-minority vendor **(Standing order R101036 & R101037)** at a higher price.

**ON Mon, Jan 23, 2017 at 8:59 AM** CCRD INC. won a bid for a standing order **(R100978 & R100979).** This standing order was submitted by MART for 7 months thus negating CCRD INC the opportunity to adjust our rates after a 90-day period.

After Paul Jones informed MART that "we are interested in a 90-day standing order" **(See Exhibit 3),** Jessica Torres *Scheduling Department Team Assistant stated in an email* ***"Morning You can accept the standing order and in 3 months you can let us know if you want to stay with it or we can gladly remove it from your schedule. Please make sure to accept the standing order***." the standing order was adjusted to reflect it would start on May 1, 2017 instead of on or about February 1, 2017. This treatment had a financial effect on CCRD INC as we were not given the standing order that we won the bid on, this is also contrary to what Jessica Torres stated how she would adjust the standing order and contrary to the governing contract and Title VI of the Civil Rights Act as other non-minority vendors are not subject to this treatment regarding standing orders.

On or about January 1, 2016 Paul Jones the Director of CCRD INC met with Inspector Jesus Acdedo on or about January 1, 2017 for the purposes of getting two individuals (Julio Lema, Keilen Thomas) certified to drive for CCRD INC. Paul Jones provided all documents (CORI Report, RMV Report, All Training Certificates, Hippa Signed Forms, Medical Clearance letter (D.O.T Card)) to MARTS inspector Jesus Acdedo after the meeting he stated Julio Lema & Keilen Thomas was clear to drive.

A few weeks later I called the inspector to meet again for two more individuals to get cleared to drive for CCRD INC. Maria Santos & Clyde Murphy, after inspector Jesus Acdedo inspected both individual's documents (CORI Report, RMV Report, All Training Certificates, Hippa Signed Forms, Medical Clearance letter (D.O.T Card)) both Maria Santos & Clyde Murphy was cleared to drive. Inspector Jesus Acdedo also stated that he wanted me to bring my files and my only other driver Sheraz Hasan so that he could complete a yearly audit, after Ivan personally inspected all the files he said the yearly was audit was completed.

**On Friday Jan 24, 2017** MARTS employee Ivan, Roman, has taken affirmative action to assure that CCRD INC employees stay excluded from participation in Federally funded non-emergency transportation program and has denied the benefits of the program or activity on the grounds of race and color.

Example: After Ivan, Roman, had learned that CCRD INC completed Certification classes and met with Inspector Jesus Acdedo through Paul Jones emailing him and 4 individuals were approved to drive (Julio Lema, Keilen Thomas, Maria Santos & Clyde Murphy) he demanded that the Director Paul Jones email him all necessary files for these individuals (Exhibit 4) for him to personally inspect.

Ivan Roman stated through several emails **(See Exhibit 4)** "Hi *Paul, I have finally spoken to the inspector who has informed me that he was not able to review all of the necessary files for most of the individuals mentioned in my original correspondence as well as employees already working so at this point I am requesting credentials for the following individuals before they can begin working on MART work once again.  The individuals are as follows; SHERAZ HASAN, JULIO LEMA, KELEN THOMAS, PAUL JONES, LINDSEY SHEPARD Please forward the following: 1.  COPY OF THE DRIVERS LICENSE., 2.  RMV REPORT., 3.  ALL TRAINING CERTIFICATES., 4.  HIPPA SIGNED FORM, 5.  MEDICAL CLEARANCE LETTER.,6.  DATE OF CORI ONLY").*

After Ivan received these induvial files 2 drivers were dismissed, Ivan stated in an email that *"However, upon receiving the credentials for the individuals mentioned we have determined that Kelian Thomas will not qualify to be a driver for our program as his RMV does not meet MART's performance standards at this time" This treatment* does not Provide CCRD INC and Paul Jones the same benefits as Ivan Roman provides to other non-minority vendors, this is contrary to Title VI and the governing contract. Ivan Roman and employees are trying to make working conditions so intolerable that CCRD INC will go out of business.

**MARTS employee Ivan Roman** treats CCRD INC and Paul Jones differently from other non-minority vendors in determining requirements or conditions which CCRD INC must meet to be provided any benefits under MARTS Federally funded non-emergency transportation program.

**ON Wed, Feb 1, 2017 at 9:14 AM** CCRD INC received an email from Ivan Roman which stated "attached is a file in which you will find all fines from each department combined for the 2nd half of January 2017. Sincerely, Ivan Roman" (*Exhibit 5)* the fine was $115, the pdf file had no complaint number or Violation # or any comments of why CCRD INC was receiving such a

fine, Other non-minority vendor are not subject to this treatment, this is contrary to the governing contract, MARTS policy and Title VI Civil Rights Act.

**On Thu, Feb 2, 2017 at 2:40 PM** CCRD INC received an email from Ivan Roman which" Dear Vendor, this correspondence is notifying you that your company will need to supply MART with a Workers Compensation Certificate or equivalent insurance regardless of employee status as stated in your contract with MART. (This will be required whether you are an individual sole proprietor, your employees are independent contractors, or your employees are family) Please refer to your contract".

Ivan Roman understood CCRD INC had no employees working because since the inception of the contract CCRD INC has been unable to make payroll one time and that Workers Compensation should not have applied to CCRD INC. No insurance company will write a Workers Compensation policy unless there is a pay roll, they can't **calculate a premium because there is no pay roll** yet.

CCRD INC was forced to create a payroll just to obtain a workers Compensation policy, I even informed Ivan Roman that I had contacted the Executive office of Labor & Work Force Development (EOLWF) last year regarding this issue, EOLWF explained to CCRD INC representative that being a private non-profit agency & having volunteers the nonprofit is not considered an employee, **(See Exhibit 6)**

CCRD INC was still forced to obtain a Workers Compensation policy after sending a copy of the Executive office of Labor & Work Force Development rules regarding private non-profit entities that had no employees.

CCRD INC created a payroll to get the policy generated for 2 individuals, since February 2, 2017 CCRD INC, s work has been cut in half, other non-minority vendors are not treated like this regarding workers Compensation if they have no employees.

**ON Sunday, Feb 12th and the 19th , 2017** CCRD INC. Won Bid for 2 trips from Indian Orchard Ma to 2257 Main Street Springfield Ma the portal stated car seat 1 baby and 1 adult escort, both clients went in clinic for services and each had their our assigned PT1 from Mass Health but *MARTS Scheduling Department only paid CCRD INC for 1 client, other non-minority vendors have gotten paid for both adult this conduct by MART denied C CRD INC and Paul Jones the benefits of, and the enjoyment of any right, privilege, advantage, or opportunity enjoyed by other non-minority vendors in MARTS Federally funded non-emergency transportation program this is contrary to MARTS, EEOHHS (Mass Health) Policy rules & regulations and Title VI of the Civil Rights Act.*

**ON Tue, Feb 28, 2017 at 2:59 PM** Ivan Roman again sent CCRD INC a fine **(See Exhibit 7)** that did not display a complaint number or Violation # or any comments of why CCRD INC was receiving such a fine, this is contrary to the governing policy and MARTS policy and retaliatory act and a violation of the Title VI Civil Rights Act, CCRD INC has no way of debunking such a fine.

**On Feb 28, 2017** one of CCRD INC standing orders **(R98009 & R98010)** was to expire, MART renewed it for less than 3 months, on or about March 10, 2016 MART extended the standing order until September 9, 2017 without notice to CCRD INC. This conduct does not allow CCRD INC to adjust it rates and locks us in a standing order for over 7 months, this is contrary to the governing contract and MARTS policy.

This is discrimination because none of the non-minority vendors are treated like this. MARTS employees allow non-minority vendors to obtain a standing order for 90 days only, thus allowing them an opportunity to adjust their rates, this is contrary to the Title VI Civil Right Act. CCRD INC is treated differently than the non-minority vendors.

**On Friday March 3 ,2017** CCRD INC. Won Bid for 2 trips **(Standing Order R101537 & R101538)** this trip was taken away and given to a non-minority vendor at a higher price.

**On or about March 5, 2017** MART took away a standing order for two trips from Westfield to 628 Center St. Chicopee, MA 01013 without informing CCRD INC this standing order was given to a non-minority vendor at a higher price, CCRD INC. has been excluded from participation in, denied the benefits of, and the enjoyment of any right, privilege, advantage, or opportunity enjoyed by other non-minority vendors in MARTS Federally funded non-emergency transportation program this is contrary to MARTS, EEOHHS Policy rules & regulations, governing contract and Title VI of the Civil Rights Act.

**On Monday March 13 ,2017** CCRD INC. Won Bid for 2 trips **(Standing Order R101537 & R101538)** this trip was taken away and given to a non-minority vendor at a higher price.

**On Monday March 15 ,2017 CCRD INC.** Won Bid for 2 trips **(Standing Order R100978 & R100979)** it was taken out of vendor portal & given to another vendor (**See Exhibit 8**) MART employee Jessica Torres emailed Paul Jones and cc: Tamara.Shumovskaya@mrta.us & Amanda-T.Kukta@mrta.us it stated "Afternoon This clients trip was cancelled no longer needs ride for tomorrow Thank you". But the trip was placed in my portal and there is no trace of it ever being placed in our portal.

**As of March 20, 2017,** MART do not Provide the same benefits to CCRD INC as they provide to other non-minority vendors, work is provided in a different manner to CCRD INC (Via Telephone), from that provided to other non-minority vendors under MARTS Federally funded non-emergency transportation program.

**On March 21, 2017** CCRD INC. Won Bid for 2 trips from Ludlow Ma to Chicopee Ma, individuals (both have PT-1 approval for trip) CCRD INC was only offered to be paid for 1 client. MART took trip from CCRD ONC and gave to another vendor whom was paid for transporting both clients.

CCRD INC. has been excluded from participation in, *denied* the *benefits* of, and the *enjoyment* of any right, privilege, *advantage*, or opportunity enjoyed by other non-minority vendors in MARTS Federally funded non-emergency transportation program this is contrary to MARTS, EEOHHS (Mass Health) Policy rules & regulations and Title VI of the Civil Rights Act.

Paul Jones

Cc.

Maura Healy, One Ashburton Place, 11th Floor, Boston, Ma 02108

Mohammed Khan Montachusett Regional Transit Authority Administrator

Julian Tynes, Massachusetts Department of Transportation Chief Diversity and Civil Rights Officer (CDCRO) Title VI Coordinator 10 Park Plaza, Suite 3170, Boston MA 02116

Elizabeth Warren U.S Senator, Russell Senate Office Building 2 Russell Courtyard, Washington, D.C 20510

Edward Markey Massachusetts State Senator, 975 JFK Federal Building 15 New Sudbury Street, Boston, MA 02203

Christine Stoneman, Chief Federal Coordination and Compliance Section Civil Rights Division, U.S. Department of Justice, Federal Coordination and Compliance Section, NWB 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530

Sharon Boyle Chief MassHealth Counsel, Executive Office of Health and Human Service s, One Ashburton Place, 11th Floor, Boston, MA 02108

Leslie Proll Secretary. U.S. Department of Transportation, Room 4132, 400 Seventh Street, Southwest, Washington, D.C. 20590.

Linda Ford Associate Administrator Office of Civil Rights Federal Transit Administration 1200 New Jersey Avenue, SE Washington, D.C 20590

# **VERIFICATION OF COMPLAINT AND CERTIFICATION**

## **STATE OF MASSACHUSETTS**

## **CCRD INC. and Paul Jones, states as follows:**

CCRD INC. is filing this Title VI Complaint against Montachusett Regional Transit Authority (MART) whom receives funds from the federal government and is subject to comply with Title VI of the Civil Rights Act.

We believe that this Lawsuit is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or law.

We believe that this complaint is not interposed for any improper purpose such as to harass, cause unnecessary delay, or create a needless increase in the cost of litigation.

CCRD INC. has filed this complaint in good faith and solely for the purposes set forth in it. Every exhibit which has been attached to this complaint is true and correct copy of the original. CCRD INC has not altered, changed, modified or fabricated these exhibits.


Pursuant to 28 U.S.C. § 1746(2), CCRD INC. and Paul Jones, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.


    Paul Jones Director

    Commonwealth Community Recovery Division Inc

    March 22, 2017