# EXIHBIT 4

TO: All MART Vendors

FROM: Karen Cordio, Sr. Program Manager

DATE: March 3, 2017

RE: Department Contacts

This memo is to inform you that MART has created email groups for your convenience. I strongly stress that all vendors utilize these groups and not email individual staff as it will help us respond in a timely manner as multiple staff will be receiving the emails. The groups are as follows:

DMAscheduling@mrta.us – Trips standing order, mileage, rates returns, shared rides etc.

DMAcomplaints@mrta.us – no shows, complaints, delays, inclement weather etc.

DMAcontracts@mrta.us – Quarterly rate changes, applications, contract related items, audits, inspections

DMAinvoices@mrta.us - invoicing

APinvoices@mrta.us - Payments