# EXIHBIT 5



Paul Jones

Commonwealth Community Recovery Division Inc

79 Thompson Street

Springfield, Ma 01109

C: 617-939-5417

O: 888-680-4667

F: 888-726-8386                          March 10, 2017


Everett L. Handford

Regional Director

U.S. Senator Elizabeth Warren

1550 Main Street Suite 406

Springfield, MA. 01103

O: 1-413-788-2690

C: 1-413-344-3221


Dear Mr. Everett L. Handford,

My name is Paul Jones I am the President / Director of Commonwealth Community Recovery Division Inc. (hereinafter "CCRD INC") which is a minority company, I am a 52-year-old African American male.

I am writing to follow up to our meeting yesterday on March 9,2017, I am writing to ask U.S Senator Elizabeth Warren office to assist me in securing a meeting with the Executive Office of Health & Human Services to plead my case of Civil Rights Violations Title VI, Retaliation, Hostile work Environment & Unfair & Deceptive acts

from their transportation broker Montachusett Regional Transit Authority (hereinafter "MART").

       CCRD INC secured a 5-year contract through EOHHS for non-emergency transportation on July 1, 2015, CCRD INC was not informed of this until on or about March 25, 2016. MART has been appointed by the EOHHS as the broker, to distribute the non-emergency transportation jobs to all the vendors, through a vendor portal. CCRD INC. has limited access to the portal which does not show any available jobs through the low bid system, this is contrary to EOHHS governing contract.

CCRD INC. has been deprived of obtaining access to the vendor portal by MART that displays all the daily and monthly jobs, this has caused us to lose all our employees because we could not make payroll.

I have reached out through emails and telephone calls on several different occasions to MART, s manage & employees at the scheduling department (Rebecca Badgley, Karen Cordio & lower employees).

On Tue, Mar 29, 2016 at 2:53 PM I sent Karen Cordio an email (*Exhibit 1*) outlining that I was having trouble logging into the vendor portal to gain access to the portion of the portal that displays the daily & weekly work I received no response.

On Wed, Apr 6, 2016 I received a telephone call from Ivan Roman Karen Cordio, s assistant, he informed me that I may never gain access to the portion of the vendor portal that displays the daily & weekly jobs as some vendors just don't, going forward if MART has any work for me I will receive a telephone call, this is contrary to EOHHS governing contract.

I received little or no work and had no access to any jobs as the non-minority vendors did thus I had to lay off 3 drivers, I commuted (Drove) from Stoughton Ma to Springfield Ma 3-5 days a week to be available for jobs that never came through this was devastating to me and the company (CCRD INC).

On Thursday, Aug 4, 2016 at 2:04 PM, I sent Karen Cordio an email (*Exhibit 2*) as the company funds were being depleted by expenses such as Gas, Livery Insurance, Car Notes, employee's certifications, D.O.T Cards fort employees etc. This email was very specific in outlining that CCRD INC. had not received any jobs since April 27, 2016 a couple, I received no response from Karen Cordio and the situation did not change, so I decided to contact the head of the Brokerage Department.

On Wed, Aug 24, 2016 at 4:48 PM I sent Rebecca Badgley Director of the Brokerage a detailed email (*Exhibit 3*) titled "Racial Discrimination", this email was specific to all my problems I was having with her lower staff, such as being blocked from the vendor portal that displayed the daily & weekly work, Racial Discrimination, Retaliation, Hostile work environment. I also explained that this treatment was causing friction between my family and I had not been able to make payroll one time as I have depleted funds for my

2

wedding (Company Expenses) and that I was writing to her to get some relief from this unfair & Deceptive Treatment. To my surprise the very next morning on Thu, Aug 25, 2016 at 11:57 AM, Rebecca Badgley responded (*Exhibit 4*) and informed me that that *"there is no discrimination involved of any kind"* *"Looking in-depth in follow up to your email there was an area in the vendor portal that was blocked and this was simply an oversight however that might have been the cause of the situation of you not being able to adjust capacities", Please log in and make sure that you are able to adjust your capacities and see daily work as well as standing orders.*

My capacity was unblocked but not the section of the portal that displayed the daily & weekly work making it impossible to know my schedule no more than 24 hours, this caused me to be unable to ever hire any employees because I must receive all work the day before, I was given a few more jobs by phone than in the past but was still unable to gain access to the vendor portal that displays the daily & weekly work.

On or about August 27, 2016 I was retaliated against, MART remove my Vendor activity tab this tab showed all work other vendors were rejecting and it also showed my activity such as when I logged in to check for work etc.

On Sep 2, 2016 I was retaliated against by MART employees, I was not paid for an emergency ride that took over 5 hours (Made it back to office at 3:30am), I picked up a client approximately 8pm from Belchertown Ma and took him to Palmer Hospital, I waited for 5 hours and returned him home.

On September 3, 2016, I called MART and they had a conference call with me (Paul Jones) Joanne Norris and Jessica Torres, Joanne stated that I would receive $156 for the ride I never got paid.

I called several times and sent Joanne an email on September 16, 2016 (*Exhibit 5*) I never received a response or payment soon after my work was at a minimal so I didn't protest or place any other calls or emails regarding the payment, CCRD INC never got paid for the job.

On Fri, Oct 21, 2016 at 9:43 AM I was given no work and a subcontractor had been hired he quit, I immediately sent an email (*Exhibit 6*) to the Director Robecca Bagley I cc it too Karen Cordio (Manager), Ivan Roman & Crystal Geisert Karens Assistants) asking for a meeting so that we could rectify the Vendor Portal situation I got no response till this day on March 13, 2017.

CCRD INC has had several standing orders taken away for no apparent reason I have decided that it wouldn't be in our best interest to question why our jobs that we have won the bid on for a 90-day period was taken away do to fear of retaliation.

Since CCRD INC has not gained access to the vendor portal as the non-minority vendor has, CCRD INC is on the verge of filing Bankruptcy.

3

We have had to lay off all our employee due to lack of work, I have signed for several loans including the purchase of 4 vehicles and a mortgage on the office that do to not having access to the vendor portal that displays the jobs I am facing financial ruin.

The EOHHS has no idea that MART their broker is not in compliance with the contract or Federal & State laws including Title VI, Title VII of the Civil Rights Laws that govern federal funded programs.

I am sure that if I could get a meeting with the EOHHS this matter could be ironed out, I have contacted the department of Attorney General's office in September of 2016 & as recent as March 3, 2016 regarding this matter.

I have also contacted the EEOC and was informed that I was a subcontract therefore could not file a claim.

I am in dire need of getting this matter resolved so that we will not keep being excluded from participating in, or being denied the benefits of a federally funded program.

CCRD INC. have been promised time & time again that we will gain access but have not, we have only been able to receive work from MART by telephone or a few jobs placed in our portal, while other non-minority vendors receive hundreds of jobs a day.

This treatment has been going on since April of 2016 and as late as March 10, 2017, we only receive jobs from MART through telephone operators but 80% through an Automatic Telephone Dialing System. This system is very hard to book as you only have a few seconds to except the job, as most calls are for the same time, example I may receive 15 jobs for 8 am.

It is my belief CCRD INC act as a backup for non-minority vendor, and are given jobs rejected by all non-minority vendor example, CCRD INC will receive call for jobs 10 24 miles away to bring a client 1 mile and drive back 10-24 miles to our office this is degrading.

We are writing this letter in hope that your office can forward this letter to the appropriate individual at the EOHHS, I am looking to be granted a face to face meeting with the EOHHS to plead our case and get some relief, so that we can benefit from our contract like all other non-minority vendors, and hire employee and grow.

It is our position that the MARTS failure to provide CCRD INC & Paul Jones the benefits of the contract constitutes discrimination, retaliation, Unfair & Deceptive Acts & other violations of Federal (Title VI & VII) & State.

MART practices control over CCRD INC every day by calling us with limited jobs that MART decides that we will receive this is contrary to the contracts and this treatment is not dispensed to the non-minority vendors. CCRD INC cannot sustain this type of treatment for much longer we will be forced out of business.

4

It is my belief that the Montachusett Regional Transit Authority in not in compliance with federal nondiscrimination laws including Title VI of the Civil Rights Act of 1964 (Title VI) and other related Federal & State Laws.

Thank you in advance for your consideration, we look forward to the opportunity to meet with you to provide any additional information you might need.


Sincerely

Paul Jones

# Exhibit 1

 Gmail

paul jones <ccrdcorp@gmail.com>

## CCRD INC Ride pick up limit 5 isn't reflecting in the Portal
1 message

**paul jones** <ccrdcorp@gmail.com>        Tue, Mar 29, 2016 at 2:53 PM
To: "Cordio, Karen" <karen.cordio@mrta.us>, Karen Cordio <kcordio@mrta.us>, "Geisert, Crystal"
<crystal.geisert@mrta.us>

Dear Karen & Crystal,
When I was at my Portal training you informed me that you would put in the Portal that CCRD INC. would have 5 rides
aday but when I logged in to the Portal the 5 rides a day is no where in the portal.

As you know we are new to this portal if I have over looked something please excuse me.
Also when I logged in the Portal allowed me to except 1 ride stating April 7, 2016, I will be checking as daily as the
training indicated, please check to se if the 5 rides is being shown on you end thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell:** 617-939-5417
**Toll Free:** 888-680-4667
**Fax:** 888-726-8386
**Website:** www.ccrdcorp.com

# Exhibit 2

 Gmail

paul jones <ccrdcorp@gmail.com>

## PAUL JONES
1 message

**paul jones** <ccrdcorp@gmail.com>
To: "Cordio, Karen" <karen.cordio@mrta.us>, Karen Cordio <kcordio@mrta.us>

Thu, Aug 4, 2016 at 2:04 PM

Dear Karen,

I am writing this letter in hopes of getting an understanding of how to start receiving much needed work from MART.

CCRD INC has been participating in MARTS non-emergency program since on or about April 27, 2016.

Since then we have invested significantly into preparing to be a non-emergency Transportation company.

Unfortunately, CCRD INC has received very few jobs to maintain our transportation company, we have depleted our savings we had, I have personally have taken out two loans as recent as yesterday for the company.

I am concerned that we won't be able to cover our operating, as we have not been able to make pay roll since we started with MART on or about April 27, 2016.

We do appreciate the jobs that were given to us in the past, but they have barely covered the expense we have incurred. MART has tried to give us a few jobs in the last few days but they were one ways and the company would have not made a profit.

Also several jobs we had the opportunity to take where on the same dates and time that we were booked or had one of the two standing orders.

CCRD INC has not had any jobs since Thursday April 28, 2016 only 1 which was a standing order. As you know I have to be on calls Monday – Friday for MART and that takes all my time.

Please do not take this email personal you informed me when I met with you, if I had any issue to contact you and I am doing so because I have some issues.

CCRD INC. is requesting the procedure to receive enough work so that we can start to make payroll for two individuals, we have taken out a car loan and I have loaned the company needed funds for expenses, I am concerned that if we don't start getting work me and my family will be stuck with paying the loan back. This dilemma is effecting my relationship with my colleagues and my family, I am reaching out to you for some advice please assist me with this situation.

I have a family to support, MART is the only income I have been counting on since on or about April 27, 2016.

Please don't take this email personally I really need help in understand how and what needs to be done on our part to figure this situation out.

I have been adjusting CCRD INC bids for the last three months I have been low as $10 per ride, and we were not able to make a profit with a $10 bid.

I have adjusted our bids so that we could cover our expenses and try to make payroll which we have not been able to do, please advise me of how to handle this situation I believe our bidding prices are reasonable.

Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell:** 617-939-5417
**Toll Free:** 888-680-4667
**Fax:** 888-726-8386
**Website:** www.ccrdcorp.com

# Exhibit 3

 Gmail

paul jones <ccrdcorp@gmail.com>

## Paul Jones CCRD INC. racial discrimination

**paul jones** <ccrdcorp@gmail.com>
To: "<rbadgley@mrta.us>" <rbadgley@mrta.us>

Wed, Aug 24, 2016 at 4:48 PM

Dear Rebbeca Badley,

I am sorry to inform you that I Paul Jones & CCRD INC which is a disadvantaged minority Vendor has been experiencing racial discrimination, Hostile work environment, Unfair & Deceptive Acts & Retaliation from certain individuals from the brokerage department.

CCRD Inc has been experiencing this type of conduct from the beginning of the contract, we have never been able to participate in the low bid Vendor portal system.

Example: CCRD INC has never been allow to log into the Vendor Portal & see any jobs availbe to us even when our bid was $10.00, I have protested this matter several times and have be retaliated against by not receiving any call for days and weeks.

CCRD INC last two check bi-weekly invoices has been approximately $330 and $360 (Didn't cover my gas), I have been traveling from Stoughton Massachusetts 5 days a week since April 1, 2016 to work as a non-emergency Vendor, and has been put on stand by until MART calls me daily wit a call or two.

I was told in April that "you may never get access to the portion of the Vendor Portal that displays daily available jobs as some Vendor dont" this is contrary to the terms & conditions of the contract CCRD INC signed.

This has cause me to lay off 3 employees due to no work and I have taken out two loans to pay for our expenses.

No one here has been able to draw a pay check since the beginning of the contract 5 1/2 months.

We are and have been in compliance with the contract, I now have no employees just one other volunteer, as I am my self at this stage.

This conduct is degrading and contrary to Federal & State Laws, I have not reached out to you or Donna Landry in fear of retaliation and manufacture evidence to discredit me by your staff.

I was suppose to get married in November 2016, but I have depleted all my funds for my wedding.

This has come between me and my family as I have been ashamed to admit that I have not received enough funds to draw a pay check yet.

I have been patient in hopes that Karen, Ivan Tamara and there lower employees would allow me to participate in the Lowbid system but all has failed.

I have sent email to karen several times and she has never answered them,please log in the Vendor Portal and see our stats (CCRD) and bids vs the other Vendors in the Pioneer Valley area.

I am reaching out to you in hopes that you can stop this racial discrimination acts toward me and CCRD INC, I am a Black African American male, and other non minority, minority Vendors has had access to the Vendor Portal that displays the jobs, and they have been able to receive many jobs as their capacity and low bid would allow.

in the last 90 days, I have received approximately 40 jobs when other Vendors with higher bids have received over 1200 jobs.

All I want is to be able to provide for my family as I have been on stand by full time since April 2016, I can no longer work in this type of environment, I am a United State Citizen and I feel as I should be treated like the other Vendors.

I decided to email someone that has the power to stop this retaliation, hostile work environment and racial discrimination that I am receiving from the staff.

I have email to show I have reached out to Karen and Ivan to get access to the Vendor Portal that shows all the daily/weekly jobs and have explainted my situation regarding work and my family and has received no reply.

I hope you dont take this email as an insult, I noone no harm I just need to be able to work witout people interfering with the terms & conditions of the contract and treating our disadvantage minority owned company like a comodity.

CCRD INC should be able to fullfill its obligations without the MART employees exercising control over CCRD as we are subcontrators.

Please reply and let me know if I can rely on you to look into this issue and stop the relaliation when we send ligitamit email to the staff, as I have a family to provide for Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
Cell: 617-939-5417
Toll Free: 888-680-4667
Fax: 888-726-8386
Website: www.ccrdcorp.com

# Exhibit 4

 Gmail

paul jones <ccrdcorp@gmail.com>

## Paul Jones CCRD INC. racial discrimination

**Badgley, Rebecca** <rebecca.badgley@mrta.us>
To: paul jones <ccrdcorp@gmail.com>
Cc: "Roman, Ivan" <Ivan.Roman@mrta.us>

Thu, Aug 25, 2016 at 11:57 AM

Paul,

Please understand that there is no discrimination involved of any kind.  Karen has been out of the office frequently as of late. After following up it is my understanding that Ivan has been assisting you and has been very responsive when you have presented issues but that he has not heard from you recently.

Looking in-depth in follow up to your email there was an area in the vendor portal that was blocked and this was simply an oversight however that might have been the cause of the situation of you not being able to adjust capacities.

Please log in and make sure that you are able to adjust your capacities and see daily work as well as standing orders.

I am not sure what you are referencing regarding at $10.00 rate as I currently see that your lowest rate is for Chicopee at $28.00.

If you have any issues after logging in please contact Ivan as I will be out of the office this afternoon.

Moving forward, you should never hesitate or wait for an extended period of time to contact myself or Donna in any situation as there is never any threat of retaliation to any vendor issues.

*Rebecca L. Badgley*
*Montachusett Regional Transit Authority*
*Director of Brokerage*
978-665-2828

Gmail - Paul Jones CCRD INC. racial discrimination

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Wednesday, August 24, 2016 4:49 PM
**To:** Badgley, Rebecca
**Subject:** Paul Jones CCRD INC. racial discrimination

[Quoted text hidden]

# Exhibit 5

 Gmail

**paul jones <ccrdcorp@gmail.com>**

---

## Payment For Robert .M Hadley Ma to Palmer Ma on 08/30/16 not credited yet
1 message

---

**paul jones** <ccrdcorp@gmail.com>
To: joanne.norris@mrta.us, "Shumovskaya, Tamara" <tamara.shumovskaya@mrta.us>, "Jessica, Torres" <jessica.torres@mrta.us>

Fri, Sep 16, 2016 at 1:20 PM

Dear Joanne,
I spoke to you on or bout September 2, 2016 regarding payment for Robert. M ride from Hadley Ma to Palmer Ma on August 30, 2016.

We came to an ageement on payment on or about September 2, 2016, since then two cycles of payment have been processed September 1st and the 15th but we have not gotten credit for the Robert .M Hadley ride.

Please let me know the status so that we can get credit for the ride as soon as time permits, If I have over looked the credit please let me know Thank you very much.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
Cell: 617-939-5417
Toll Free: 888-680-4667
Fax: 888-726-8386
Website: www.ccrdcorp.com

# Exhibit 6

 Gmail

paul jones <ccrdcorp@gmail.com>

## subcontractor Sheraz Hasan has quit
1 message

**Paul Jones** <ccrdcorp@gmail.com>　　　　　　　　　　　　　　　　Fri, Oct 21, 2016 at 9:43 AM
To: Mart Ivan Roman <Ivan.Roman@mrta.us>, Mart Crystal <Crystal.Geisert@mrta.us>, Mart Karen Cordio
<Karen.Cordio@mrta.us>, Mart Rebecca Badgley <rebecca.badgley@mrta.us>

I am writing to inform you that my sub-contractor Sheraz Hasan has quit do to lack of work today.

He informed me that he cannot be part of CCRD INC because he cannot depend on us to provide daily work for him, he has quit.

I informed him that I totally understood his position as I could not tell him when we would be able to provide work.

On or about Oct 8,2016 CCRD INC began to receive calls by computerized voice message on a daily bases so we rehired Sheraz Hasan this time as a SubContractor instead of an employee as of yesterday we revived no calls and was offered a standing order which we were not available for.

CCRD INC needs an understanding of any issue if any exist that is stopping us from providing rides on a daily bases.

CCRD INC rates per jobs are about the same that other vendors are receiving, so I am puzzled as the reason we cannot have the same results as other vendors.

Other vendors are over book as we have been under booked since the inception of our contract with MART.

I am requesting a meeting in person so I can get some questions answered so I can relay accurate information to individuals that want to work with us as employees and it Subcontractors .

I don't understand why CCRD INC cannot have enough work to employ our workers as other vendors do. In the past I was told it was our rates we have adjusted the rates several months but nothing has change, please inform me of when we can have a meeting so I can get an understanding of what is going on.

I am available any time next week to come in to MART for a meeting Please give me some dates for next week for a meeting of its fits your schedule, I am available in after noons next week except Friday's after noon from 3pm -7 pm.

Please help me get some type of understanding Thank you.

Paul Jones
CCRD INC
617-939-5417


Sent from my iPhone