# EXIHBIT 6



paul jones <ccrdcorp@gmail.com>

## RE: Compliance / Portal issue Dec 26,2018 - CCRD

**paul jones** <ccrdcorp@gmail.com>  Thu, Dec 27, 2018 at 3:37 PM
To: "Moyo, Michelle" <Michelle.Moyo@mrta.us>, "Badgley, Rebecca" <rebecca.badgley@mrta.us>, "Monk, Robert" <robert.monk@mrta.us>, "Richard, Stephanie" <stephanie.richard@mrta.us>, "Amanda-T.Kukta@MRTA.US" <Amanda-T.Kukta@mrta.us>, "Jessica, Torres" <jessica.torres@mrta.us>, "Small-Borsellino, Sharna (EHS)" <Sharna.Small-Borsellino@massmail.state.ma.us>, joseph.l.harrington@state.ma.us, "Mulcahy, Sandy (EHS)" <sandy.mulcahy@state.ma.us>, "Handford, Everett (Warren)" <Everett_Handford@warren.senate.gov>, "Shumovskaya, Tamara" <tamara.shumovskaya@mrta.us>

Hello, I am writing this email in hopes of receiving some assistance in this matter, it has been going on for to long and is costing CCRD INC and its employees Time, Money and Energy just this email took 2 hours it required much research on our behalf.

This is the second day in a row but has been happening for approximately 2years and we have been fine constantly for unable to make trips that were never taken by our company that was placed in our daily log.

Yesterday we had Standing order trip placed in our portal that we never excepted it was fixed today 20 Trips (Each leg) standing orders have been placed in CCRD INC portal that we did not except, going forward as of today Dec 27, 2018, at 2:16 pm, CCRD INC. will not be excepting any standing orders until after this issue is fixed or Jan 5, 2018, whichever one comes first.

These standing orders that are in my portal below without CCRD INC consent have to be dealt with or CCRD INC will face multiple fines, we believed we have been excepted enough fines in the last two years that we did not deserve, when these standing orders are placed in our portal, it puts CCRD INC at jeopardy of being fined, as we only have 3 vehicles on the road right now, there is no way I the only dispatched here would have excepted these trips they are impossible for CCRd INC to make under our circumstances.

**Below is a list of standing orders that just appeared in our portal:**
1. R121331, R121332
2. R121380, R121381
3. R131435, R131436
4. R121518, R121519
5. R121180, R121181
6. R121226, R121227
7. R121285, R121286
8. R121313, R121314
9. R121324, R121325
10. R121518, R121519

*This is contrary to Retaliation MGL chapter 151,*
*Title VII of the Civil Rights Act of 1964,*
**Title VI of the Civil Rights Act of 1964,**
*The Civil Rights Act 42 U.S.C. § 1983,*
*The Civil Rights Act 42 U.S. Code § 1981& MGL 93a.*

I am requesting that these incidences be investigated, I am writing to Managers and lower employees and reaching out for help from anyone so that CCRD INC will not be subject to FINES and any more false placement of trips in our standing order portal and or daily schedule, this has caused CCRD INC $1000,s of dollars in the last 2 years.

Also, CCRD INC did not except trip **Mitchel. M R121067 & R121068**, this trip is for 5:30 am in the morning we don't open until 7 am, this trip will deprive all CCRD INC employees of
their family responsibility and put undue pressure on our agency, please remove it we did not except the trip it is for January 2, 2018 & January 3, 2018 Thank you please advise.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]



paul jones <ccrdcorp@gmail.com>

# FINES REPORT - CCRD
7 messages

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>      Fri, Sep 29, 2017 at 4:44 PM
To: "ccrdcorp@gmail.com" <ccrdcorp@gmail.com>

Hello CCRD,

Attached is a file in which you will find all fines from each department combined for the 2nd half of September 2017. If you have any questions, please contact the specific issuing department. Thank you.

Michelle Moyo
Quality Assurance Department
michelle.moyo@mrta.us
Fax: (978) 342-1053

The information in this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computer.



VENDORS.pdf
173K

---

**paul jones** <ccrdcorp@gmail.com>      Fri, Sep 29, 2017 at 10:50 PM
To: "Moyo, Michelle" <Michelle.Moyo@mrta.us>

Can you please send me a spread sheet with each complaint I.D number, date and violation Thank you so much.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>      Mon, Oct 2, 2017 at 12:41 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Norris, Joanne" <Joanne.Norris@mrta.us>, "Dunn, David" <David.Dunn@mrta.us>

Good afternoon CCRD,

I have looked into your request and have provided the information below:

Complaint cm186147

- Filed on 8/24/17
- Payment of $31.00 withheld for lateness on 8/24/17

Complaint cm186347

- Filed on 8/28/17
- $25.00 fine for late arrival, causing client to miss appointment on 8/28/17

Complaint cm186353

- Filed on 8/28/17
- Payment of $15.00 withheld for lateness on 8/28/17

Complaint cm186424

- Filed on 8/29/17
- $25.00 fine for no-show on 8/29/17

I hope this information was helpful. Thank you.

Michelle Moyo

Quality Assurance Department

michelle.moyo@mrta.us

(978) 353-0333 Ext 2831

Fax: (978) 342-1053

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>  Mon, Oct 2, 2017 at 1:25 PM
To: "Moyo, Michelle" <Michelle.Moyo@mrta.us>

Hello thank you for your reply, I dont see the dates for the Returned trips that we are beening charged $400 for please forward Thank you very much.

**Paul Jones / Director**

Commonwealth Community
Recovery Division Inc.
79 Thompson Street
Springfield, Ma 01109
Cell: 617-939-5417
Toll Free: 888-680-4667
Fax: 888-726-8386

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

On Fri, Sep 29, 2017 at 4:44 PM, Moyo, Michelle <Michelle.Moyo@mrta.us> wrote:

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>            Mon, Oct 2, 2017 at 1:25 PM
To: paul jones <ccrdcorp@gmail.com>

Paul Jones / Director
Commonwealth Community
Recovery Division Inc.
79 Thompson Street
Springfield, Ma 01109
Cell: 617-939-5417
Toll Free: 888-680-4667
Fax: 888-726-8386

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>            Mon, Oct 2, 2017 at 1:34 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Norris, Joanne" <Joanne.Norris@mrta.us>, "Dunn, David" <David.Dunn@mrta.us>, DMAScheduling <DMAScheduling@mrta.us>

For fines that are in regards to returned trips, please contact the scheduling department at DMAScheduling@mrta.us and they will be able to assist you. Thank you.

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Monday, October 02, 2017 1:25 PM
**To:** Moyo, Michelle
**Subject:** Re: FINES REPORT - CCRD

Hello thank you for your reply, I dont see the dates for the Returned trips that we are beening charged $400 for please forward Thank you very much.

[Quoted text hidden]

---

**Shumovskaya, Tamara** <Tamara.Shumovskaya@mrta.us>     Mon, Oct 2, 2017 at 2:00 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAScheduling <DMAScheduling@mrta.us>, "Moyo, Michelle" <Michelle.Moyo@mrta.us>, "Dunn, David" <David.Dunn@mrta.us>, "Norris, Joanne" <Joanne.Norris@mrta.us>

Good Afternoon,

On 8/29/2017 your company returned 3 trips for 8/30/2017 that have been previously accepted via vendor portal. You email us on 9/28/2017 at 7:05 pm that you did not accepted those rides.

Trips were accepted:

on 8/24/2017 at 3:01 pm for Costa, T

on 8/24/2017 at 3:03 pm for Golden, S

on 8/28/2017 at 6:00 pm for Pardo, V

On 8/30/2017 your company returned trip for 8/31/2017 that has been previously accepted via IVR (automated call). You stated that company does not have capacity to accommodate.

    As stated in the FY16-20 Contract: **Attachment I, C. 4. Demand Response; Transportation Providers returning work that has previously been accepted by the Transportation Provider are subject to fines and/or reduction of work, or other disciplinary action.**

Tamara Shumovskaya

Scheduling Department Manager

Montachusett Regional Transit Authority

100 Main St, Fitchburg, MA

tamara.shumovskaya@mrta.us

978-665-2877

---

**From:** Moyo, Michelle
**Sent:** Monday, October 02, 2017 1:35 PM
**To:** paul jones
**Cc:** Norris, Joanne; Dunn, David; DMAScheduling
**Subject:** RE: FINES REPORT - CCRD

For fines that are in regards to returned trips, please contact the scheduling department at DMAScheduling@mrta.us and they will be able to assist you. Thank you.

[Quoted text hidden]