# EXIHBIT 7



paul jones <ccrdcorp@gmail.com>

# DMA PAYMENT SCHEDULE
1 message

**Monk, Robert** <Robert.Monk@mrta.us>     Fri, Jan 26, 2018 at 3:47 PM
To: "aaron@aarontransportllc.com" <aaron@aarontransportllc.com>
Cc: DMAContracts <DMAContracts@mrta.us>

Vendors,

There appears to be a common misunderstanding regarding the DMA payment cycle, and when you should expect to receive your payments. Please refer to your contract with regard to calculating payments. MART calculates *5 business days* from the last date of the billing cycle (15th of every month and last calander day of a given month) and then *45 calendar days* until payment for that cycle. So for instance, the next payment due will be for work performed December 1-15, 2017. 5 business days brings you to December 22nd, 2017, the 45th calendar day from that date is February 5th, 2018, which is when payment will be due. Most months, you will see two payments, however MART **does not use a bi-weekly schedule for payments**. Attached you will find the payment structure for the next 6 months and when you may expect payment.

Please also note, these dates are the **latest** a payment will be made, you may in fact receive payments earlier, but it is not guaranteed.

If you have any questions or concerns regarding payments or the calculation, please contact DMAContracts at your earliest convenience.

*Robert A. Monk, Jr.*

*Sr. Staff Assistant, Program Management*

*Montachusett Regional Transit Authority*

*Ph: (978)- 665-2806*

*Fax: (978)-342-1063*

**2 attachments**

**DMA PAYMENT SCHEDULE.docx**
12K

**DMA PAYMENT SCHEDULE.DOCX**
12K

## DMA PAYMENT SCHEDULE

**_WORK DATE_**                                                                                      **_PAYMENT DATE_**_____

| WORK DATE | PAYMENT DATE |
|---|---|
| **DECEMBER 1-15, 2017** | **FEBRUARY 5TH, 2018** |
| **DECEMBER 16-31, 2017** | **FEBRUARY 22ND, 2018** |
| **JANUARY 1-15, 2018** | **MARCH 8TH, 2018** |
| **JANUARY 16-31** | **MARCH 24TH** |
| **FEBRUARY 1-15** | **APRIL 9TH** |
| **FEBRUARY 16-28** | **APRIL 21ST** |
| **MARCH 1-15** | **MAY 6TH** |
| **MARCH 16-31** | **MAY 21ST** |
| **APRIL 1-15** | **JUNE 4TH** |
| **APRIL 16-30** | **JUNE 21ST** |
| **MAY 1-15** | **JULY 6TH** |
| **MAY 16-31** | **JULY 22ND** |
| **JUNE 1-15** | **AUGUST 6TH** |
| **JUNE 16-30** | **AUGUST 23RD** |



paul jones <ccrdcorp@gmail.com>

## FW: PAYMENT SCHEDULE FY19
1 message

**Richard, Stephanie** <Stephanie.Richard@mrta.us>  Wed, Jul 25, 2018 at 10:41 AM

      As a courtesy to our vendors, MART is releasing the estimated payment cycle for Fiscal 2019. Please refer to your contract with regard to calculating payments.  MART calculates *5 business days* from the last date of the billing cycle (15th of every month and last calendar day of a given month) and then *45 calendar days* (not including holidays) for payment expectancy.  Most months, you will see two payments, however MART **does not use a bi-weekly schedule for payments**.  Attached you will find the payment structure for the next YEAR and when you may expect payment.

Please also note, these dates are the **latest** a payment will be made, you may in fact receive payments earlier, but it is not guaranteed.

If you have any questions or concerns regarding payments or the calculation, please contact DMAContracts@mrta.us  at your earliest convenience.


Thank you




**Assistant Program Manager**

**MART**

**PROGRAM/ CONTRACT MGMT DEPT**

ph: 978-665-2830

fx: 978-342-1063

---

📄 **FY19 BILLING SCHEDULE.docx**
13K

| FY19 Billing Cycle | ****Approx pay date |
|---|---:|
| July 1-15 | 4-Sep |
| July 16-31 | 22-Sep |
| Aug 1-15 | 7-Oct |
| Aug 16-31 | 26-Oct |
| Sep 1-15 | 6-Nov |
| Sep 16-31 | 21-Nov |
| Oct 1-15 | 8-Dec |
| Oct 16-31 | 24-Dec |
| Nov 1-15 | 9-Jan |
| Nov 16-30 | 24-Jan |
| Dec 1-15 | 7-Feb |
| Dec 16-31 | 23-Feb |
| Jan 1-15 | 10-Mar |
| Jan 16-31 | 25-Mar |
| Feb 1-15 | 11-Apr |
| Feb 16-28 | 22-Apr |
| Mar 1-15 | 7-May |
| Mar 16-31 | 21-May |
| Apr 1-15 | 7-Jun |
| Apr 16-30 | 22-Jun |
| May 1-15 | 8-Jul |
| May 16-31 | 23-Jul |
| Jun 1-15 | 6-Aug |
| Jun 16-30 | 22-Aug |



paul jones <ccrdcorp@gmail.com>

# CCRD
2 messages

**paul jones** <ccrdcorp@gmail.com>  Thu, Nov 16, 2017 at 4:25 PM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>

Dear Rebecca Badley,
I am writing to ask you the proceedure to find out when CCRD will be receiving the payment from Setember 16-30 2017, the final invoice was put in Oct 3, 2017.

Can you please give me some claruty regarding the payment Thank you.

**Paul Jones / Director**

**Commonwealth Community**

**Recovery Division Inc.**

**79 Thompson Street**

**Springfield, Ma 01109**

**Cell: 617-939-5417**

**Toll Free: 888-680-4667**

**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>  Fri, Nov 17, 2017 at 9:01 AM
To: paul jones <ccrdcorp@gmail.com>

Paul,

The EFT was processed yesterday so you should have already received an email already.

Rebecca

[Quoted text hidden]



paul jones <ccrdcorp@gmail.com>

## Check status
2 messages

**paul jones** <ccrdcorp@gmail.com>  Thu, Apr 5, 2018 at 10:41 AM
To: Mart Rebecca Badgley <rebecca.badgley@mrta.us>
Bcc: ccrdcorp@gmail.com

    Hello Robecca I am writing to confirm if CCRD INC will be receiving a check today, indirect for me to know if I should issue checks for tomorrow.
    I received email some time ago stating that checks will be received on the 5th thanks for your time.

    Paul Jones

    Sent from my iPhone

**Badgley, Rebecca** <rebecca.badgley@mrta.us>  Thu, Apr 5, 2018 at 12:27 PM
To: paul jones <ccrdcorp@gmail.com>

    I do not that the fiscal department is working on processing the EFT however, I cannot make assurances as to when it will be in your account.

    [Quoted text hidden]