# EXIHBIT 8



paul jones <ccrdcorp@gmail.com>

## CCRD INC Vendor Portal Training
7 messages

**paul jones** <ccrdcorp@gmail.com>  
To: "<rbadgley@mrta.us>" <rbadgley@mrta.us>  

Thu, May 10, 2018 at 9:53 AM

Hello Rebecca I was told to contact you regarding Vendor Portal Training for CCRD INC, please let me know Thank you.

**Paul Jones / Director**  
**Commonwealth Community**  
**Recovery Division Inc.**  
**79 Thompson Street**  
**Springfield, Ma 01109**  
**Cell: 617-939-5417**  
**Toll Free: 888-680-4667**  
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>  
To: paul jones <ccrdcorp@gmail.com>  

Thu, May 10, 2018 at 10:09 AM

Paul,

Is there a particular day of the week that works best for you?  Do you prefer morning or afternoon?

Rebecca

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>  
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>  

Thu, May 10, 2018 at 10:11 AM

Mornings would be better for me

**Paul Jones / Director**  
**Commonwealth Community**  
**Recovery Division Inc.**  
**79 Thompson Street**  
**Springfield, Ma 01109**  
**Cell: 617-939-5417**  
**Toll Free: 888-680-4667**

Fax: 888-726-8386

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>   Thu, May 10, 2018 at 10:14 AM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Monk, Robert" <Robert.Monk@mrta.us>

Paul,

I am going to have Robert Monk call you and schedule a date and time with you for a one on one retraining session.

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>   Thu, May 10, 2018 at 10:16 AM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>

Can I have his number so that I can call him? I am leaving office and will be driving most of the day.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>   Thu, May 10, 2018 at 10:16 AM
To: paul jones <ccrdcorp@gmail.com>

978-665-2806

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>   Thu, May 10, 2018 at 10:17 AM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>

Thanks will call him as soon as I get a moment Thanks

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]



paul jones <ccrdcorp@gmail.com>

## CCRD- VP Training
7 messages

---

**Monk, Robert** <Robert.Monk@mrta.us>　　　　　　　　　　　　　　　　Thu, May 10, 2018 at 11:19 AM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAContracts <DMAContracts@mrta.us>

Paul,

Per our conversation, you will be participating in a Vendor Portal Training here at MART on Wednesday May 16th, 2018 at 9:00AM.

The training location is:

Montachusett Regional Transit Authority

100 Main St.

Fitchburg, MA 01420

Please park in the four-story lot (do not park in the reserved MART spaces).  The entrance is accessible on the **2nd floor** of the lot (MART signage is on the door). Please contact me if you have any other questions or concerns. If you are unable to attend, please contact me at your earliest convenience.

I look forward to meeting you Wednesday!

Have a great weekend!

Bob


*Robert A. Monk, Jr.*

*Sr. Staff Assistant, Program Management*

*Montachusett Regional Transit Authority*

*Ph: (978)- 665-2806*

*Fax: (978)-342-1063*

---

**paul jones** <ccrdcorp@gmail.com>　　　　　　　　　　　　　　　　　Thu, May 10, 2018 at 11:38 AM
To: "Monk, Robert" <Robert.Monk@mrta.us>

Thank you

**Paul Jones / Director**
**Commonwealth Community**

Recovery Division Inc.
79 Thompson Street
Springfield, Ma 01109
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Monk, Robert** <Robert.Monk@mrta.us>   Thu, May 10, 2018 at 12:19 PM
To: paul jones <ccrdcorp@gmail.com>

Paul- on second thought, it might be a good idea to bring your lap-top. I can show you things directly from your portal.

Let me know if you still would like to bring it, we can run both systems simultaneously.

With thanks,

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>   Thu, May 10, 2018 at 2:54 PM
To: "Monk, Robert" <Robert.Monk@mrta.us>

Ok Thanks

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>   Thu, May 17, 2018 at 9:47 AM
To: "Monk, Robert" <Robert.Monk@mrta.us>
Bcc: ccrdcorp@gmail.com

Bob per our conversation,

Please send me a synopsis of the problems solve in the portal and what you asked me to do regarding the portal so I can get better risers so I can have a road map thanks again for all the help

Sent from my iPhone

[Quoted text hidden]

---

**Monk, Robert** <Robert.Monk@mrta.us>      Thu, May 17, 2018 at 12:04 PM
To: paul jones <ccrdcorp@gmail.com>

Paul,

    I again want to thank you for taking the time to come in for the Vendor Portal refresher. Based on our conversations and our internal investigation, we have determined the following:

-Regarding the daily appearance of your existing work in your portal, according to our software developer, this in NORMAL. All vendors see their daily trips in their portal with the "yes" marked and the submit button is present. You do not have to re-submit your accepted trips, you can't even alter them to "no". The trips appear as a courtesy only, so you may see what work you already have. If a NEW trip is offered, neither the "yes" nor "no" will be marked; at that point, you may then choose the trip or decline and submit it.

    The primary problem as we discussed, appears to be how you submitted your rates. Due to apparent miscommunication or misunderstanding, you were under the impression that you could not submit DAR rates and the difference between "ALL" and "Other MA Pick-Ups" was reversed. As you have only ever submitted "TAXI" and "OTHER MA PICK-UPS" rates for the Pioneer Valley region, it was determined that you have inadvertently restricted a vast amount of trip offers in your region.

    As a result, we have agreed that at the next rate-change period (JUNE1st-June10th), you will submit new "TAXI", "DAR", and "TO ALL" rates for specific cities you prefer to work in and around, and you will also adjust any other rates you feel are necessary to change. Until the rate changes are implemented, as a courtesy I did increase your standing order/shared –ride capacity so should receive more trip offers than you have been getting. As explained, once these rates are uploaded, you will see a DRASTIC change to the amount of Vendor portal trip offers, IVR calls, and same-day/next-day offers.

Please let me know if you have any other questions or concerns, or if there were any topics I missed.

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>      Thu, May 17, 2018 at 5:36 PM
To: "Monk, Robert" <Robert.Monk@mrta.us>
Bcc: ccrdcorp@gmail.com

Thank you so much

Sent from my iPhone

[Quoted text hidden]



paul jones <ccrdcorp@gmail.com>

## CCRD- vendor portal training
6 messages

**Monk, Robert** <Robert.Monk@mrta.us>     Fri, Oct 12, 2018 at 1:31 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAContracts <BrokerageContracts@mrta.us>, brokeragebus <brokeragebus@mrta.us>

Paul,

     We will be holding our next Vendor Portal Training on Friday October 19th, 2018 from 1:00PM-3:00PM. The training class is to give you a general over-view of the Vendor Portal, general policy and procedure, and to address common hurdles many first-time vendors may encounter.

The address for training is:

MART

150 Main St.

Fitchburg, MA 01420

     Please e-mail confirmation whether you will be able to attend or not. You are allowed to bring **one** additional associate only and you are to park in the large, four-story lot attached to our building (do not park in the reserved MART spaces). The entrance is accessible on the **2nd floor** of the lot (MART signage is on the door). Please contact me if you have any other questions or concerns.

With thanks,

Bob

*Robert A. Monk, Jr.*

*Sr. Staff Assistant, Program Management*

*Montachusett Regional Transit Authority*

*Ph: (978)- 665-2806*

*Fax: (978)-342-1063*

**paul jones** <ccrdcorp@gmail.com>     Fri, Oct 12, 2018 at 2:59 PM
To: "Monk, Robert" <Robert.Monk@mrta.us>
Bcc: ccrdcorp@gmail.com

Thank for you reply I am writing to see if during that vendor portal training will I get to view the portal demo for a demonstration of how MARTS vendor portal works.

It was not mentioned in your email, I was hoping to get actual vendor portal training that MART offers to vendors as I never received actual Vendor demonstrations on how the vendor portal works, this will answer most of CCRD INC questions regarding the Vendor Portal, please let me know if MART will be offering vendor portal demonstration video at the vendor portal training. As you know I am almost two hours away and an assistant will be also traveling 145 minutes to your office, I just want to be on the same page so I can be informed.

Please let me know because I didn't see in your previous email that MART will be showing the Vendor Portal Demonstration video, or actual training on the vendor portal Thank you.

Sent from my iPhone
[Quoted text hidden]

---

**Monk, Robert** <Robert.Monk@mrta.us>     Fri, Oct 12, 2018 at 3:10 PM
To: paul jones <ccrdcorp@gmail.com>

Paul,

       As stated in the past as now, what I described in the e-mail is what will be reviewed. There is no intense portal training reviewing each and every aspect of the portal. It is merely an overview with general information of how to navigate the system, which you probably are already aware of most of it. We also review the handouts I had given you the time you came in by yourself and we will address general questions at the end. There are no videos currently, and though cd/videos have been discussed in the past, there is no current anticipation of such. If you feel this will not be beneficial and because of your travel time and distance, you are not obligated to come if you feel it may not be worth-while; you will have to make that decision.

Please let me know if you wish to attend or not.

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>     Fri, Oct 12, 2018 at 4:00 PM
To: "Monk, Robert" <Robert.Monk@mrta.us>
Bcc: ccrdcorp@gmail.com

Yes I will be there thank you

Sent from my iPhone
[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>     Fri, Oct 19, 2018 at 10:14 AM
To: "Monk, Robert" <Robert.Monk@mrta.us>, Mark <pj22765@gmail.com>

Good morning Robert Monk,
I am writing to inform you that I will be on my way 150 Main Street Fitchburg Ma for the Vendor Portal Training, do you have any specific instructions for me? I will be leaving in 45 minutes as it takes up to 2 hours travel time when there is traffic I will see you then, please respond to email so there is no misunderstanding Thank you,

**Paul Jones / Director**

**Commonwealth Community**

**Recovery Division Inc.**

**79 Thompson Street**

**Springfield, Ma 01109**

**Cell: 617-939-5417**

**Toll Free: 888-680-4667**

**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Monk, Robert** <Robert.Monk@mrta.us>  Fri, Oct 19, 2018 at 10:23 AM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAContracts <BrokerageContracts@mrta.us>

Paul,

Thank you for your confirmation. There is nothing you need to do or bring.

We look forward to seeing you at 1:00. Remember to park in the garage, 2nd floor door access.

Sincerely,

[Quoted text hidden]



paul jones <ccrdcorp@gmail.com>

## Vendor Portal Retraining
2 messages

---

**paul jones** <ccrdcorp@gmail.com>                          Thu, May 10, 2018 at 5:08 AM
To: "Small-Borsellino, Sharna (EHS)" <sharna.small-borsellino@massmail.state.ma.us>, "Badgley, Rebecca" <rebecca.badgley@mrta.us>, joseph.l.harrington@state.ma.us, sandy.mulcahy@state.ma.us

Dear Sharna Small,
After carful consideration and seeing that CCRD INC has not gained access to the portal but for only three months following the meeting we had last year on or about April 2017, I am taking you up on your request for me to get retrained on the vendor portal by MART employees.

I have been told I dont clearly understand of the ins and outs of the vendor portal.

I beleive it is in CCRD INC and My best intrest to get retrained so that I can have a full understanding to grow the company and hopfully gain access to the vendor portal to obtain cost effective trips so we can grow like most vendors.

Please contact me so we can set up a date so that I can be retrained on the vendor portal Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

---

**Small-Borsellino, Sharna (EHS)** <Sharna.Small-Borsellino@massmail.state.ma.us>      Thu, May 10, 2018 at 7:37 AM
To: paul jones <ccrdcorp@gmail.com>, "Badgley, Rebecca" <rebecca.badgley@mrta.us>, "Harrington, Joseph (EHS)" <joseph.l.harrington@state.ma.us>, "Mulcahy, Sandy (EHS)" <sandy.mulcahy@state.ma.us>, Rebecca Badgley <rbadgley@mrta.us>

Good morning Paul,

Please contact Rebecca Badgley at MART directly to arrange a one on one Vendor Portal Training. I am copying Becky on this response. She can be reached at 978-665-2828. I am certain that she or another member of MART's staff can spend as much time with you as needed to ensure that you have a full understanding of how the Vendor Portal and trip assignment process works at MART.

Becky please reach out to Paul to accommodate his request.

*Sharna Small-Borsellino, MSM*

Director, Human Service Transportation Office

EOHHS

100 Hancock St, 6th Floor

Quincy, MA  02171

Phone 617-847-6560

Cell 617-223-1702

Fax 617-847-6550



[Quoted text hidden]