# EXIHBIT 11



paul jones <ccrdcorp@gmail.com>

## CCRD INC is available for Transportation 7 days a week 24 hours aday
4 messages

---

**paul jones** <ccrdcorp@gmail.com>  Thu, Jun 2, 2016 at 10:39 AM
To: "Geisert, Crystal" <crystal.geisert@mrta.us>, "Roman, Ivan" <Ivan.Roman@mrta.us>

Hello can you please change CCRD INC Vendor Capacity to reflect that we are willing to except trips 7 days a week 24 hours a day Thank you very much, I know you guys are extremely busy, we only send emails when necessary.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Tel: 617-939-5417**
**Fax: 888-726-8386**
Website: **www.ccrdcorp.com**

---

**Roman, Ivan** <Ivan.Roman@mrta.us>  Thu, Jun 2, 2016 at 12:25 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Cordio, Karen" <Karen.Cordio@mrta.us>, "Geisert, Crystal" <Crystal.Geisert@mrta.us>, "Shumovskaya, Tamara" <Tamara.Shumovskaya@mrta.us>

Hi Paul,

You are able to make changes to your capacity manager to reflect times and days of the week you are willing to accept work by visiting the vendor portal and editing your capacity management tab.

Our DDS and EIP programs work differently from our DMA program which you are a part of and they have an RFP every 5 years which just started this fiscal year so they are not accepting applications at this time. However after your company has completed a full year of service with our DMA program your company can ask to be considered for individual trips they often times offer our vendors as single trips but they will not take you into consideration until your anniversary has passed and your company has proven to provide reliable service.

Lastly, unfortunately MART does not pay vendors for no shows. We are very sorry to hear that you have wasted time, energy, gas, and money on trips that you were unable to complete. However these circumstances should be considered when accepting work as they can occur. Vendors rates often times affect the amount of work you will receive and is a very competitive based bidding system. This should also be considered if you are looking to receive more job offers.

Thank you for contacting MART if you have any further questions or concerns please feel free to touch base with Karen, Crystal, or myself.

Sincerely,

*Ivan Roman*

*Asst. Project Coordinator (MART)*

*Phone 978-353-0333 ext. 2854*

*Fax 978-342-1063*

[Quoted text hidden]

---

**Paul Jones** <ccrdcorp@gmail.com>      Thu, Jun 2, 2016 at 3:30 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Thank you Ivan for your response

Sent from my iPhone

> On Jun 2, 2016, at 12:25 PM, Roman, Ivan <Ivan.Roman@MRTA.US> wrote:
>
>

---

**paul jones** <ccrdcorp@gmail.com>      Thu, Jun 2, 2016 at 6:52 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Dear Ivan,
when I go to capacity management tab it states : You cannot change capacities as it has been locked by MART,
This is in red writing bold letters, from what it is telling me it needs to be unlocked by MART first, please let me know your thoughts Thank you.


**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Tel: 617-939-5417**
**Fax: 888-726-8386**
Website: **www.ccrdcorp.com**

[Quoted text hidden]