# EXIHBIT 11

CCRD INC is available for Transportation 7 days a week 24 hours aday

 Gmail

**paul jones <ccrdcorp@gmail.com>**

---

## CCRD INC is available for Transportation 7 days a week 24 hours aday
4 messages

---

**paul jones** <ccrdcorp@gmail.com>               Thu, Jun 2, 2016 at 10:39 AM
To: "Geisert, Crystal" <crystal.geisert@mrta.us>, "Roman, Ivan" <Ivan.Roman@mrta.us>

Hello can you please change CCRD INC Vendor Capacity to reflect that we are willing to except trips 7 days a week 24 hours a day Thank you very much, I know you guys are extremely busy, we only send emails when necessary.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Tel: 617-939-5417**
**Fax: 888-726-8386**
**Website: www.ccrdcorp.com**

---

**Roman, Ivan** <Ivan.Roman@mrta.us>               Thu, Jun 2, 2016 at 12:25 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Cordio, Karen" <Karen.Cordio@mrta.us>, "Geisert, Crystal" <Crystal.Geisert@mrta.us>, "Shumovskaya, Tamara" <Tamara.Shumovskaya@mrta.us>

Hi Paul,

You are able to make changes to your capacity manager to reflect times and days of the week you are willing to accept work by visiting the vendor portal and editing your capacity management tab.

Our DDS and EIP programs work differently from our DMA program which you are a part of and they have an RFP every 5 years which just started this fiscal year so they are not accepting applications at this time. However after your company has completed a full year of service with our DMA program your company can ask to be considered for individual trips they often times offer our vendors as single trips but they will not take you into consideration until your anniversary has passed and your company has proven to provide reliable service.

Lastly, unfortunately MART does not pay vendors for no shows. We are very sorry to hear that you have wasted time, energy, gas, and money on trips that you were unable to complete. However these circumstances should be considered when accepting work as they can occur. Vendors rates often times affect the amount of work you will receive and is a very competitive based bidding system. This should also be considered if you are looking to receive more job offers.

Thank you for contacting MART if you have any further questions or concerns please feel free to touch base with Karen, Crystal, or myself.

Sincerely,

*Ivan Roman*

*Asst. Project Coordinator (MART)*

*Phone 978-353-0333 ext. 2854*

*Fax 978-342-1063*

[Quoted text hidden]

---

**Paul Jones** <ccrdcorp@gmail.com>                               Thu, Jun 2, 2016 at 3:30 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Thank you Ivan for your response

Sent from my iPhone

> On Jun 2, 2016, at 12:25 PM, Roman, Ivan <Ivan.Roman@MRTA.US> wrote:
>
>

---

**paul jones** <ccrdcorp@gmail.com>                               Thu, Jun 2, 2016 at 6:52 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Dear Ivan,
when I go to capacity management tab it states : You cannot change capacities as it has been locked by MART,
This is in red writing bold letters, from what it is telling me it needs to be unlocked by MART first, please let me know your
thoughts Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Tel: 617-939-5417**
**Fax: 888-726-8386**
**Website: www.ccrdcorp.com**

[Quoted text hidden]

# EXIHBIT 12

 Gmail

paul jones <ccrdcorp@gmail.com>

# Paul Jones CCRD INC. racial discrimination

3 messages

**paul jones** <ccrdcorp@gmail.com>                                Wed, Aug 24, 2016 at 4:48 PM
To: "<rbadgley@mrta.us>" <rbadgley@mrta.us>

Dear Rebbeca Badley,

I am sorry to inform you that I Paul Jones & CCRD INC which is a disadvantaged minority Vendor has been
experiencing racial discrimination, Hostile work environment, Unfair & Deceptive Acts & Retaliation from certain
individuals from the brokerage department.

CCRD Inc has been experiencing this type of conduct from the beginning of the contract, we have never been able to
participate in the low bid Vendor portal system.
.
Example: CCRD INC has never been allow to log into the Vendor Portal & see any jobs availbe to us even when our bid
was $10.00, I have protested this matter several times and have be retaliated against by not receiving any call for days
and weeks.

CCRD INC last two check bi-weekly invoices has been approximately $330 and $360 (Didn't cover my gas), I have been
traveling from Stoughton Massachusetts 5 days a week since April 1, 2016 to work as a non-emergency Vendor, and
has been put on stand by until MART calls me daily wit a call or two.

I was told in April that "you may never get access to the portion of the Vendor Portal that displays daily available jobs as
some Vendor dont" this is contrary to the terms & conditions of the contract CCRD INC signed.

This has cause me to lay off 3 employees due to no work and I have taken out two loans to pay for our expenses.

No one here has been able to draw a pay check since the beginning of the contract 5 1/2 months.

We are and have been in compliance with the contract, I now have no employees just one other volunteer, as I am my
self at this stage.

This conduct is degrading and contrary to Federal & State Laws, I have not reached out to you or Donna Landry in fear
of retaliation and manufacture evidence to discredit me by your staff.

I was suppose to get married in November 2016, but I have depleted all my funds for my wedding.

This has come between me and my family as I have been ashamed to admit that I have not received enough funds to
draw a pay check yet.

I have been patient in hopes that Karen, Ivan Tamara and there lower employees would allow me to participate in the
Lowbid system but all has failed.

I have sent email to karen several times and she has never answered them,please log in the Vendor Portal and see our
stats (CCRD) and bids vs the other Vendors in the Pioneer Valley area.

I am reaching out to you in hopes that you can stop this racial discrimination acts toward me and CCRD INC, I am a
Black African American male, and other non minority, minority Vendors has had access to the Vendor Portal that
displays the jobs, and they have been able to receive many jobs as their capacity and low bid would allow.

in the last 90 days, I have received approximately 40 jobs when other Vendors with higher bids have received over 1200
jobs.

All I want is to be able to provide for my family as I have been on stand by full time since April 2016, I can no longer
work in this type of environment, I am a United State Citizen and I feel as I should be treated like the other Vendors.

I decided to email someone that has the power to stop this retaliation, hostile work environment and racial discrimination
that I am receiving from the staff.

I have email to show I have reached out to Karen and Ivan to get access to the Vendor Portal that shows all the daily/weekly jobs and have explainted my situation regarding work and my family and has received no reply.

I hope you dont take this email as an insult, I noone no harm I just need to be able to work witout people interfering with the terms & conditions of the contract and treating our disadvantage minority owned company like a comodity.

CCRD INC should be able to fullfill its obligations without the MART employees exercising control over CCRD as we are subcontractors.

Please reply and let me know if I can rely on you to look into this issue and stop the relaliation when we send ligitamit email to the staff, as I have a family to provide for Thank you.


**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**
Website: **www.ccrdcorp.com**

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>         Thu, Aug 25, 2016 at 11:57 AM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Roman, Ivan" <Ivan.Roman@mrta.us>

Paul,


Please understand that there is no discrimination involved of any kind. Karen has been out of the office frequently as of late. After following up it is my understanding that Ivan has been assisting you and has been very responsive when you have presented issues but that he has not heard from you recently.


Looking in-depth in follow up to your email there was an area in the vendor portal that was blocked and this was simply an oversight however that might have been the cause of the situation of you not being able to adjust capacities.


Please log in and make sure that you are able to adjust your capacities and see daily work as well as standing orders.


I am not sure what you are referencing regarding at $10.00 rate as I currently see that your lowest rate is for Chicopee at $28.00.


If you have any issues after logging in please contact Ivan as I will be out of the office this afternoon.


Moving forward, you should never hesitate or wait for an extended period of time to contact myself or Donna in any situation as there is never any threat of retaliation to any vendor issues.

*Rebecca L. Badgley*

*Montachusett Regional Transit Authority*

*Director of Brokerage*

*978-665-2828*

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Wednesday, August 24, 2016 4:49 PM
**To:** Badgley, Rebecca
**Subject:** Paul Jones CCRD INC. racial discrimination

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>              Thu, Aug 25, 2016 at 12:47 PM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>

Thank you Rebecca Badgley,
for your assistance, my rates where $10.00 in the month of may, I will continue to log in the vendor portal to adjust the capacity and to see daily work Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**
**Website: www.ccrdcorp.com**

[Quoted text hidden]