# EXIHBIT 13

 Gmail

**paul jones <ccrdcorp@gmail.com>**

---

## RE: New drivers- CCRD
19 messages

---

**Roman, Ivan** <Ivan.Roman@mrta.us>                                    Tue, Jan 24, 2017 at 12:38 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Cordio, Karen" <Karen.Cordio@mrta.us>, "Geisert, Crystal" <Crystal.Geisert@mrta.us>

Hi Paul,


When you state that you met with the inspector last month was it to train the individuals added or was he there to review your new employee's files?  If he did not review the credentials for your new additions you will be required to forward the credentials for the following individuals before they can begin working on MART work.  The individuals are as follows;


- HASAN , SHERAZ

- SANTOS , MARIA

- MURPHY , CLYDE

- LEMA , JULIO

- THOMAS , KELEN


Please forward the following if the credentials were not reviewed by the inspector when you met with him.


1. COPY OF THE DRIVERS LICENSE.

2. RMV REPORT.

3. ALL TRAINING CERTIFICATES.

4. HIPPA SIGNED FORM.

5. MEDICAL CLEARANCE LETTER.

6. DATE OF CORI ONLY

The information requested or an acceptable response must be received at MART no later than the end of business Thursday 1/26/17 to avoid any possible interruptions in new work being offered.  Also, please keep in mind that MART will be implementing a $50 per day fine for outstanding information requested not received with-in the given deadline.


Sincerely,


*Ivan Roman*

*Asst. Project Coordinator (MART)*

*Phone 978-353-0333 ext. 2854*

*Fax 978-342-1053*




**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Monday, January 23, 2017 4:04 AM
**To:** Roman, Ivan; Geisert, Crystal
**Subject:** New drivers


Dear Ivan,

I met with the inspector over the last month  I have several new volunteers that have been certified and has produced all documents to inspector, attached is the new list Thank you.


**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**
**Website: www.ccrdcorp.com\**


**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

---

**Paul Jones** <ccrdcorp@gmail.com>
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Tue, Jan 24, 2017 at 2:03 PM

Yes all files were reviewed by the MART inspector Cori, driving records, Liscence, hippa form signed and Dennis certified them after he gave two different classes.
I will email you all information you already has Sheraz from last year he is due for March for renewal, I met with Inspector Jesus from Mart.
I will forward all including Sheraz Hasan today thank you

Sent from my iPhone
[Quoted text hidden]

---

**Roman, Ivan** <Ivan.Roman@mrta.us>                      Tue, Jan 24, 2017 at 2:55 PM
To: Paul Jones <ccrdcorp@gmail.com>
Cc: "Cordio, Karen" <Karen.Cordio@mrta.us>, "Geisert, Crystal" <Crystal.Geisert@mrta.us>

Hi Paul,


That is great news. Do you happen to have the exact date and with whom you met with? That way I can confirm with him and avoid you having to forward the credentials for the mentioned individuals.

[Quoted text hidden]

---

**Roman, Ivan** <Ivan.Roman@mrta.us>                      Tue, Jan 24, 2017 at 3:08 PM
To: Paul Jones <ccrdcorp@gmail.com>


Thank you,


Ivan

---

**From:** Paul Jones [mailto:ccrdcorp@gmail.com]
**Sent:** Tuesday, January 24, 2017 2:03 PM
**To:** Roman, Ivan
**Subject:** Re: New drivers- CCRD


Yes all files were reviewed by the MART inspector Cori, driving records, Liscence, hippa form signed and Dennis certified them after he gave two different classes.

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                      Tue, Jan 24, 2017 at 3:28 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

I met with MART Inspector Jesus Acdedo, I dont remeber the exact dates twice last time was last week please let me know what I should do I want to avoid a fine Thanks.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**

Springfield, Ma 01109

Cell: 617-939-5417

Toll Free: 888-680-4667

Fax: 888-726-8386

Website: www.ccrdcorp.com\

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

---

**Roman, Ivan** <Ivan.Roman@mrta.us>            Tue, Jan 24, 2017 at 3:34 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Cordio, Karen" <Karen.Cordio@mrta.us>, "Geisert, Crystal" <Crystal.Geisert@mrta.us>

Hi Paul,

No need to worry about fines as you have given an acceptable response. I will touch base with the inspector to see if I can confirm the date and you should be all set at that point. If anything else comes up I will be in touch. Thank you for contacting MART.

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>            Tue, Jan 24, 2017 at 3:35 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

ok Thank you

**Paul Jones / Director**

**Commonwealth Community**

**Recovery Division Inc.**

**79 Thompson Street**

**Springfield, Ma 01109**

**Cell: 617-939-5417**

**Toll Free: 888-680-4667**

**Fax: 888-726-8386**

**Website: www.ccrdcorp.com\**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

---

**Roman, Ivan** <Ivan.Roman@mrta.us>            Mon, Jan 30, 2017 at 9:38 AM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Cordio, Karen" <Karen.Cordio@mrta.us>, "Geisert, Crystal" <Crystal.Geisert@mrta.us>

Hi Paul,

I have finally spoken to the inspector who has informed me that he was not able to review all of the necessary files for most of the individuals mentioned in my original correspondence as well as employees already working so at this point I am requesting credentials for the following individuals before they can begin working on MART work once again.  The individuals are as follows;

       SHERAZ HASAN

       JULIO LEMA

       KELEN THOMAS

       PAUL JONES

       LINDSEY SHEPARD

       KELEN THOMAS

Please forward the following:

1. COPY OF THE DRIVERS LICENSE.

2. RMV REPORT.

3. ALL TRAINING CERTIFICATES.

4. HIPPA SIGNED FORM.

5. MEDICAL CLEARANCE LETTER.

6. DATE OF CORI ONLY

The information requested or an acceptable response must be received at MART no later than the end of business tomorrow 1/31/17 to avoid any possible interruptions in new work being offered.  If you are not able to provide all of the requested documents MART will need written acknowledgment that any individual not properly credentialed has been removed from working on MART work.  Also, please keep in mind that MART will be implementing a $50 per day fine for outstanding information requested not received with-in the given deadline.

Sincerely,

*Ivan Roman*

*Asst. Project Coordinator (MART)*

*Phone* **978-353-0333 ext. 2854**

*Fax* **978-342-1053**

---

**From:** Roman, Ivan
**Sent:** Tuesday, January 24, 2017 3:34 PM
**To:** 'paul jones'
**Cc:** Cordio, Karen; Geisert, Crystal
**Subject:** RE: New drivers- CCRD

Hi Paul,

No need to worry about fines as you have given an acceptable response.  I will touch base with the inspector to see if I can confirm the date and you should be all set at that point.  If anything else comes up I will be in touch.  Thank you for contacting MART.

Sincerely,

[Quoted text hidden]

---

paul jones <ccrdcorp@gmail.com>                                    Mon, Jan 30, 2017 at 1:08 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Dear Ivan Roman,
Here is the first person information Keilan Thomas (Keilan Thomas CORI 12/19/2016 11:55am) please note he is inactive right now Thank you.

1. COPY OF THE DRIVERS LICENSE.

2. RMV REPORT.

3. ALL TRAINING CERTIFICATES.

4. HIPPA SIGNED FORM.

5. MEDICAL CLEARANCE LETTER.

6. DATE OF CORI ONLY

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**
**Website: www.ccrdcorp.com\**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**10 attachments**



**hippa.jpg**
807K



**img001.jpg**
507K



**img002.jpg**
370K

**img003.jpg**
352K





**img004.jpg**
517K



**K Thomas Liscense.jpg**
301K



**RMV 1.jpg**
802K



**RMV 2.jpg**
836K

**RMV 4.jpg**
328K





**RMV3.jpg**
630K

---

**paul jones** <ccrdcorp@gmail.com>            Mon, Jan 30, 2017 at 1:14 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Dear Ivan here is the second of the 5 individuals this is Julio Lema file he is also inactive.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**
**Website: www.ccrdcorp.com\**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**8 attachments**



**certficate 3.jpg**
353K



**certificate 1.jpg**
339K



**certificate 2.jpg**
506K


**Julio doc l.jpg**
518K


**julio hippa.jpg**
778K


**liscence.jpg**
522K


**rmv 1.jpg**
512K


**rmv.jpg**
316K

---

**paul jones** <ccrdcorp@gmail.com>                              Mon, Jan 30, 2017 at 1:29 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Dear Ivan,
Here is the third individual Sheraz Hasan as of Tuesday January 24,2017 he is inactive Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**
**Website: www.ccrdcorp.com\**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

**10 attachments**

 **Hipaa release.jpg**
676K

 **img001.jpg**
379K

 **img005.jpg**
452K

 **img006.jpg**
682K

 **img007.jpg**
1093K

 **img008.jpg**
321K

 **img009.jpg**
368K

 **img010.jpg**
517K

 **New York Driving Record.jpg**
1179K

 **Cover Letter regarding Sheraz Hasan.docx**
562K

---

**paul jones** <ccrdcorp@gmail.com>                                     Mon, Jan 30, 2017 at 2:09 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Dear Ivan Roman,
Here is Paul Jones documentation the fouth individual Thank you.

Paul Jones CORI Dates 12/27/2016
Julio Lema CORI Date12/18/2016 Inactive
Sheraz Hasan CORI Date 02/24/2016 Inactive
Lindsey Shepard CORI Date 02/24/2016 Inactive Has never come in contact with MART clients Only Clerk at CCRD
Keilan Thomas CORI Date 02/24/2016 Inactive

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**
**Website: www.ccrdcorp.com\**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**14 attachments**


**doc card.jpg**
517K


**hippa.jpg**
769K


**img001.jpg**
489K


**img003.jpg**
315K


**img004.jpg**
324K

**liscence.jpg**
328K





**rmv1 (1).jpg**
754K



**rmv1 (2).jpg**
816K



**rmv1 (3).jpg**
825K



**rmv1 (4).jpg**
847K

**rmv1 (5).jpg**
800K





**rmv1 (6).jpg**
293K



**rmv1 (7).jpg**
321K



**rmv1 (8).jpg**
314K

---

paul jones <ccrdcorp@gmail.com>     Mon, Jan 30, 2017 at 2:11 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

[Quoted text hidden]

---

**14 attachments**



**doc card.jpg**
517K

**hippa.jpg**
769K



**img001.jpg**
489K



**img003.jpg**
315K

**img004.jpg**
324K

**liscence.jpg**
328K

**rmv1 (1).jpg**
754K

**rmv1 (2).jpg**
816K

**rmv1 (3).jpg**
825K

**rmv1 (4).jpg**
847K

**rmv1 (5).jpg**
800K

**rmv1 (6).jpg**
293K

**rmv1 (7).jpg**
321K

**rmv1 (8).jpg**
314K

---

**Roman, Ivan** <Ivan.Roman@mrta.us>                    Mon, Jan 30, 2017 at 4:02 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Cordio, Karen" <Karen.Cordio@mrta.us>, "Geisert, Crystal" <Crystal.Geisert@mrta.us>


Hi Paul,


This correspondence is to inform you that I have received and reviewed the credentials for the following individuals;

Julio Lema

Kelian Thomas

Sheraz Hasan

Paul Jones


I know you mentioned over the phone that Lindsey Shepard is inactive at the moment which I was able to confirm and that is fine.


However, upon receiving the credentials for the individuals mentioned we have determined that Kelian Thomas will not qualify to be a driver for our program as his RMV does not meet MART's performance standards at this time.


Sheraz Hasan appears to qualify at the moment but may not be activated pending receipt of his Massachusetts RMV record.  While I have read your email regarding his status unfortunately it must be ran, reviewed and placed in his file before he can continue to work on MART work.


Julio Lema and yourself are all set.


Please respond in writing as to the removal of Mr. Thomas as well as Mr. Hasan who is to be removed pending receipt of the requested information and your company receiving written authorization to start him from MART.


Sincerely,


Ivan Roman

Asst. Project Coordinator (MART)

Phone 978-353-0333 ext. 2854

Fax 978-342-1053

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Monday, January 30, 2017 1:30 PM
**To:** Roman, Ivan
**Subject:** Re: New drivers- CCRD


Dear Ivan,

Here is the third individual Sheraz Hasan as of Tuesday January 24,2017 he is inactive Thank you.


**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**
**Website: www.ccrdcorp.com\**


**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**


On Mon, Jan 30, 2017 at 9:38 AM, Roman, Ivan <Ivan.Roman@mrta.us> wrote:

Hi Paul,


I have finally spoken to the inspector who has informed me that he was not able to review all of the necessary files for most of the individuals mentioned in my original correspondence as well as employees already working so at this point I am requesting credentials for the following individuals before they can begin working on MART work once again.  The individuals are as follows;


        SHERAZ HASAN

        JULIO LEMA

        KELEN THOMAS

        PAUL JONES

        LINDSEY SHEPARD



Please forward the following:

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>          Mon, Jan 30, 2017 at 4:11 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Thank you very much Ivan please remove Kelen Thomas & Sheraz Hasan Thank you very much

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**
**Website: www.ccrdcorp.com**\

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>          Wed, Jun 21, 2017 at 2:02 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>, "Richard, Stephanie" <stephanie.richard@mrta.us>, robert.monk@mrta.us

Thank you Ivan for sending the Audit that the Inspector did, can you please send the Audit that you performed on January 30, 2017 regarding Me (Paul Jones) & Julio Lema we are not included on the previous Audit you sent that Inspector Jesus performed.

Please see your finding from the Audit that you conducted January 30, 2017 below CCRD is in need of a copy of that Audit for our files for me and Julio Lema so that it can be on file so all four drivers are covered as you know Lindsey Shepard, Kelen Thomas & Sheraz Hasan has been dismissed from contact with clients Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

**Roman, Ivan** <Ivan.Roman@mrta.us>                                    Wed, Jun 21, 2017 at 3:20 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Monk, Robert" <Robert.Monk@mrta.us>, "Richard, Stephanie" <Stephanie.Richard@mrta.us>

Hi Paul,


Unfortunately, there are no other copies to forward as I do not conduct audits and my correspondences regarding the audit were in follow-up to the audit conducted by Jesus.  Once an audit is conducted the paperwork is forwarded to our office for review.  Upon review of an audit our office confirms compliance or contacts the vendor to ensure compliance by requesting any necessary documents that may be missing or simply to follow-up to ensure any non-compliance items were/are straightened out.


In essence the mentioned email from below was the conclusion to my follow-ups as notifying your company of the removals of Mr. Thomas and Mr. Hasan were the last items needed to confirm compliance pending your response.  There were no additional documents filled out in regards to the audit.



Sincerely,



Ivan Roman

Asst. Project Coordinator (MART)

Phone 978-353-0333 ext. 2854

Fax 978-343-2719

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                                    Wed, Jun 21, 2017 at 3:31 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

thank you

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**


**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Roman, Ivan** <Ivan.Roman@mrta.us>                                    Wed, Jun 21, 2017 at 3:37 PM
To: paul jones <ccrdcorp@gmail.com>

You're welcome.

[Quoted text hidden]