# EXIHBIT 14



paul jones <ccrdcorp@gmail.com>

## FW: MART vehicle Leasing program- CCRD
2 messages

**Roman, Ivan** <Ivan.Roman@mrta.us>  Thu, Jul 6, 2017 at 4:14 PM
To: "Commonwealth Community Recovery Division Inc. (ccrdcorp@gmail.com)" <ccrdcorp@gmail.com>
Cc: "Monk, Robert" <Robert.Monk@mrta.us>, "Richard, Stephanie" <Stephanie.Richard@mrta.us>

Hi Paul,

As it turns out, to my understanding MART does not lease vehicles or have such a program as mentioned in your email.

Sincerely,

Ivan Roman
Asst. Project Coordinator (MART)
Phone 978-353-0333 ext. 2854
Fax 978-343-2719


-----Original Message-----
From: Rivera, Fatima
Sent: Thursday, July 06, 2017 4:04 PM
To: Roman, Ivan; Badgley, Rebecca
Cc: Monk, Robert; Richard, Stephanie
Subject: RE: MART vehicle Leasing program- CCRD

Ivan , I have confirmed with the other building that we don't have such a program and don't lease vehicles to vendors.

Thanks


-----Original Message-----
From: Roman, Ivan
Sent: Thursday, July 06, 2017 3:12 PM
To: Rivera, Fatima; Badgley, Rebecca
Cc: Monk, Robert; Richard, Stephanie
Subject: FW: MART vehicle Leasing program- CCRD

Hi Fatima/Becky,

I am unsure if this falls into the public records request because this vendor is requesting documentation and mentioned a vehicle leasing program all of which I am unfamiliar with so I am just asking for guidance in responding to him.  Please advise?

Sincerely,

Ivan Roman
Asst. Project Coordinator (MART)
Phone 978-353-0333 ext. 2854
Fax 978-343-2719



-----Original Message-----
From: paul jones [mailto:ccrdcorp@gmail.com]
Sent: Thursday, July 06, 2017 1:27 PM
To: Roman, Ivan; Bridget Lindsey shepard
Subject: MART vehicle Leasing program

Hello Ivan I am writing to request documentation on MART vehicle leasing program or the appropriate department, so that CCRD INC can apply to lease a van thanks

Sent from my iPhone

---

**paul jones** <ccrdcorp@gmail.com>  Thu, Jul 6, 2017 at 5:07 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Thank you so much

Sent from my iPhone
[Quoted text hidden]



paul jones <ccrdcorp@gmail.com>

## Regarding DMA trips and Dial A Ride Participation
3 messages

**paul jones** <ccrdcorp@gmail.com>  Mon, May 15, 2017 at 3:50 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>, stephanie.richard@mrta.us, robert.monk@mrta.us

CCRD Transporation is writing to ask if our company can be considered for DMA individual trips they our anniversary has passed this April 2017 and we have had no accidents and no majot inccidents CCRD has proven to provide reliable service, please let me know as last year when I asked you instructed me on the proceedure see email below I was sent from you, Also attched is CCRD DAR rates as we would like to be added to the DAR program as well, please let me know your thoughts Thank you.

**Roman, Ivan** <Ivan.Roman@mrta.us>  6/2/16

to **Karen**, **Tamara**, me, Crystal

Hi Paul,

You are able to make changes to your capacity manager to reflect times and days of the week you are willing to accept work by visiting the vendor portal and editing your capacity management tab.

Our DDS and EIP programs work differently from our DMA program which you are a part of and they have an RFP every 5 years which just started this fiscal year so they are not accepting applications at this time. However after your company has completed a full year of service with our DMA program your company can ask to be considered for individual trips they often times offer our vendors as single trips but they will not take you into consideration until your anniversary has passed and your company has proven to provide reliable service.

Lastly, unfortunately MART does not pay vendors for no shows. We are very sorry to hear that you have wasted time, energy, gas, and money on trips that you were unable to complete. However these circumstances should be considered when accepting work as they can occur. Vendors rates often times affect the amount of work you will receive and is a very competitive based bidding system. This should also be considered if you are looking to receive more job offers.

Thank you for contacting MART if you have any further questions or concerns please feel free to touch base with Karen, Crystal, or myself.

Sincerely,

Ivan Roman

Asst. Project Coordinator (MART)

Phone 978-353-0333 ext. 2854

Fax 978-342-1063

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Thursday, June 02, 2016 10:40 AM
**To:** Geisert, Crystal; Roman, Ivan
**Subject:** CCRD INC is available for Transportation 7 days a week 24 hours aday

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>  Mon, May 15, 2017 at 3:57 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Roman, Ivan" <Ivan.Roman@mrta.us>

Good afternoon, are you asking if you can bid on DDS single and direct trips?

You will not be eligible for routes in the DDS, EIP or DMH areas. I can have the staff start offering you trips to provide cost for.

These will be single and direct, cannot be combined with DMA work and cannot be left alone. Driver will have to wait until residential staff or program staff come to vehicle to receive consumers.

Thank you



**Assistant Project Coordinator**

**MART**

**PROGRAM/ CONTRACT MGMT DEPT**

ph: 978-665-2830

fx: 978-343-2719

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>　　　　　　　　　　　　　　　　　　　　　　Mon, May 15, 2017 at 4:06 PM
To: "Richard, Stephanie" <Stephanie.Richard@mrta.us>

Thank you for your response and your phone call explaining the process to me Stephanie it was very very helpful Thanks again.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

*Stephanie Richard*