# EXIHBIT 15



paul jones <ccrdcorp@gmail.com>

## MARTS previous employee IVAN ROMAN

**paul jones** <ccrdcorp@gmail.com>  Mon, Jun 4, 2018 at 9:41 AM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>, "Small-Borsellino, Sharna (EHS)" <Sharna.Small-Borsellino@massmail.state.ma.us>, joseph.l.harrington@state.ma.us, sandy.mulcahy@state.ma.us, julian.tynes@dot.state.ma.us, gregory.sobczynski@state.ma.us, donna.landry@mrta.us, Anthony.J.Ta@state.ma.us

To whom it may concern,
CCRD INC has been experiencing Fraudulent trips that have never been assigned to us popping up in our invoices at the end of each billing cycle for some time now.

CCRD INC writes down (daily log) pick up, drop off times & mileage for each leg of trip daily, none of these trips are on any of the above documents from MART or our in-house daily logs..

CCRD INC also has installed cameras and tracking devices for all 3 of our vehicles & cameras to protect CCRD INC. from fraudulent charges.

These mentioned trips and clients are not even on cameras nor does it ever show any of our vehicles arriving at these clients address to pick up or drop off locations. We can download all vehicles activities that show locations for up to a year for tracking devices (Cloud).

we have been seeing for months trips popping up in our portal it is not on MARTS Vendor portal (Trip Completions) our daily Download of Trips (CSV File) our in-house Daily Log or even our tracking system or cameras, this is very disturbing and can cause us to be brought up on fraud charges if these trips are inadvertently marked completed on our invoices.

CCRD INC has to go through each trip on MARTS Vendor portal (Trip Completions), MARTS Download of Trips (CSV File) & Our in-house Daily Log to assure we have no trips that have been placed in our Invoice at the end of the billing period.

This has nothing to do with CCRD INC. end of things, no trips should be placed in any vendors portal if the vendor did not have these trips in MARTS Vendor portal (Trip Completions), MARTS Download of Trips (CSV File), Our in-house Daily Log, on our Tracking devises (To show vehicle arrived at clients pick & drop off locations)

This is a serious problem for us we are in dire need of your immediate attention for a solution to this serious problem, CCRD INC has screenshots of fraudulent rides placed in our portal during invoicing, we also make a notation in the vendor commits section on the billing invoices, these notations are not in our finalized invoices as of lately when we download a copy for our files as they use to be.

We also can provide detailed in-house daily logs, tracking printouts from tracking company to show none of CCRD INC,s vehicles were at any of these locations, please help us with this serious issue Thank you.


1. Robles. K on Sunday, May 27, 2018, from 44 Pearl St Chicopee Ma to 628 Center Street Chicopee Ma, this is a Fraudulent Trip it shouldn't have been placed in my Portal.

2. Edwin. S on Wednesday, May 30, 2018, from 25-27 Bonnyview Street, Springfield, Ma to 622 State Street Springfield, Ma this is a Fraudulent Trip it shouldn't have been placed in my Portal.


**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**

**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]



paul jones <ccrdcorp@gmail.com>

## MARTS previous employee IVAN ROMAN

**Badgley, Rebecca** <rebecca.badgley@mrta.us>   Tue, Jun 5, 2018 at 8:43 AM
To: paul jones <ccrdcorp@gmail.com>, "Small-Borsellino, Sharna (EHS)" <Sharna.Small-Borsellino@massmail.state.ma.us>, "joseph.l.harrington@state.ma.us" <joseph.l.harrington@state.ma.us>, "sandy.mulcahy@state.ma.us" <sandy.mulcahy@state.ma.us>, "julian.tynes@dot.state.ma.us" <julian.tynes@dot.state.ma.us>, "gregory.sobczynski@state.ma.us" <gregory.sobczynski@state.ma.us>, "Landry, Donna" <Donna.Landry@mrta.us>, "Anthony.J.Ta@state.ma.us" <Anthony.J.Ta@state.ma.us>

Good Morning Paul,

I am looking into this for the #2 example that you are giving for 5/30 Edwin S  I have no member or address with any transport on this date are you sure that it is 5/30 as even members I have going to 622 State St., are no match to the info that you have provided.

Rebecca

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Monday, June 04, 2018 9:41 AM
**To:** Badgley, Rebecca; Small-Borsellino, Sharna (EHS); joseph.l.harrington@state.ma.us; sandy.mulcahy@state.ma.us; julian.tynes@dot.state.ma.us; gregory.sobczynski@state.ma.us; Landry, Donna; Anthony.J.Ta@state.ma.us
**Subject:** Re: MARTS previous employee IVAN ROMAN

To whom it may concern,

CCRD INC has been experiencing Fraudulent trips that have never been assigned to us popping up in our invoices at the end of each billing cycle for some time now.

CCRD INC writes down (daily log) pick up, drop off times & mileage for each leg of trip daily, none of these trips are on any of the above documents from MART or our in-house daily logs..

CCRD INC also has installed cameras and tracking devices for all 3 of our vehicles & cameras to protect CCRD INC. from fraudulent charges.

These mentioned trips and clients are not even on cameras nor does it ever show any of our vehicles arriving at these clients address to pick up or drop off locations. We can download all vehicles activities that show locations for up to a year for tracking devices (Cloud).

we have been seeing for months trips popping up in our portal it is not on MARTS Vendor portal (Trip Completions) our daily Download of Trips (CSV File)  our in-house Daily Log or even our tracking system or cameras, this is very disturbing and can cause us to be brought up on fraud charges if these trips are inadvertently marked completed on our invoices.

CCRD INC has to go through each trip on  MARTS Vendor portal (Trip Completions), MARTS  Download of Trips (CSV File) &  Our in-house Daily Log to assure we have no trips that have been placed in our Invoice at the end of the billing period.

This has nothing to do with CCRD INC. end of things, no trips should be placed in any vendors portal if the vendor did not have these trips in  MARTS Vendor portal (Trip Completions),  MARTS  Download of Trips (CSV File), Our in-house Daily Log, on our Tracking devises (To show vehicle arrived at clients pick & drop off locations)

This is a serious problem for us we are in dire need of your immediate attention for a solution to this serious problem, CCRD INC has screenshots of fraudulent rides placed in our portal during invoicing, we also make a notation in the vendor commits section on the billing invoices, these notations are not in our finalized invoices as of lately when we download a copy for our files as they use to be.

We also can provide detailed in-house daily logs, tracking printouts from tracking company to show none of CCRD INC,s vehicles were at any of these locations, please help us with this serious issue Thank you.

1. Robles. K on Sunday, May 27, 2018, from 44 Pearl St Chicopee Ma to 628 Center Street Chicopee Ma, this is a Fraudulent Trip it shouldn't have been placed in my Portal.

2. Edwin. S on Wednesday, May 30, 2018, from 25-27 Bonnyview Street, Springfield, Ma to 622 State Street Springfield, Ma this is a Fraudulent Trip it shouldn't have been placed in my Portal.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

On Fri, May 25, 2018 at 5:57 PM, paul jones <ccrdcorp@gmail.com> wrote:

> MARTS previous employee IVAN ROMAN is trying to solicit Fee for his services from CCRD INC a MART Vendor.

Ivan Roman (Disgruntled employee) is informing us that MART Brokerage has a toxic environment, please read my letter attached and 1 email from Ivan Roman, I wish not to be pulled into this fray with Mr. Ivan Roman I believe it is a conflict of interest for him to solicit Vendor, to help them navigate through MARTS Brokerage Department flaws Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
Cell: 617-939-5417
Toll Free: 888-680-4667
Fax: 888-726-8386

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**



paul jones <ccrdcorp@gmail.com>

## MARTS previous employee IVAN ROMAN

**Badgley, Rebecca** <rebecca.badgley@mrta.us>  Wed, Jun 6, 2018 at 2:47 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Mulcahy, Sandy (EHS)" <Sandy.Mulcahy@state.ma.us>, "Anthony.J.Ta@state.ma.us" <Anthony.J.Ta@state.ma.us>

Paul,

K. Robles should have shown on your end of day reports from the portal on 5/27 and 5/28 as I can see them on our end of day schedules as previously stated they were accepted by you via the IVR callout system. You are correct that address does belong to another member (Rita P) and there was a glitch where the client info somehow duplicated for a couple of days this was discovered and identified to the programmers for follow up and those trips should not have been assigned or left scheduled by our scheduling staff and I will be taking appropriate actions.

Edwin S. was called into on 5/29 at 9:52:50am by Tammy in scheduling at 617-939-5417 assigned to you as a Springfield to Springfield trip this one however you would not see on your end of day report as the member has an alternate address pick up in Springfield but is actually located in our Worcester database. When Tammy called she should have told you that this was client from the Worcester Database. Do you recall if she mention of such? You currently do not have access to that area and that would have prevented you from seeing that trip information on your end of day report.  As you would have had to request access to that area to get the end of day report. If would be helpful if you could recall if she mentioned this information to you when the call was placed.

I will be taking actions regarding this issues as well that trip was in fact an actual trip. So be mindful in future that if you accept a trip that the member is not in the Springfield Database you would need to be opened up for the area in which you have accepted to trip to get the reports at the end of the day.

In follow up on your request for an additional full vendor portal training I will have Robert outreach you to set up a time that works for your schedule.

Rebecca

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Wednesday, June 06, 2018 1:57 PM
**To:** Badgley, Rebecca
**Subject:** Re: MARTS previous employee IVAN ROMAN

**Hello, Rebecca sorry for the delay I was driving on the highway, Regarding was never accepted by me through the IVR system at all never, Robles.K Trip ID T7927715 , so I could have never sent a car to that address because it never appeared in our vendor portal,UNTIL the May 16 to 31 2018 Invoice came out that is the only time we even heard of a Robles.K Trip ID T7927715.**

**Please understand that Robles.K Trip ID T7927715 or 5/30 Edwin S Trip ID T612352 has never been excepted by CCRD INC through the IVR System or The Vendor Portal, we had no clue about either of these trips until we closed the invoice that's when they appeared on our invoice. This is a common thing of rides appearing in our Invoices that we have never taken or they are not on our Daily downloads CSV files from MART or in MARTS Trip Completion section of the portal that we cancel trip through, they are not even on our in-house daily log, No we never could mark them cancelled or no show ever because Robles.K Trip ID T7927715 or 5/30 Edwin S Trip ID T612352 doesn't exist in any of our paperwork. I personally went to these addresses and asked for them and they are nonexistent people, sorry for the long email but I am trying to explain.**

**Also you sent an email asking " Paul, Thank you for providing the additional information. Can you confirm did you got out to pick up Robles on 5/27 and 5/28? Rebecca" no we couldn't have gone out to either clients address because they were no existent until the May 16-31, 2018 invoice where downloaded from MART, please review MARTS Vendor Portal (Trip Completions) May 27,28 2018 for Robles.K they are not there, also review MARTS Vendor Portal (Trip Completions) for 5/30 Edwin S Trip ID T612352 it is not there to be marked cancelled or no-show, we have screenshots of the portal that shows this and all our trips this has been happening for months.**

**Paul Jones / Director
Commonwealth Community
Recovery Division Inc.
79 Thompson Street
Springfield, Ma 01109
Cell: 617-939-5417
Toll Free: 888-680-4667
Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

On Wed, Jun 6, 2018 at 1:13 PM, Badgley, Rebecca <rebecca.badgley@mrta.us> wrote:

> Paul, Is this your response to the email that I sent at 1255? Which was as follows:
>
> **Paul, See the email trial below as. The trips for K Robles were not an actual trip and they should have been taken out of the system by staff and not assigned to any vendor can you please simply confirm where your marked a no show for the 28th on K. Robles did you physically send a vehicle to that location of 44 Pearl St in Chicopee at 730am? Rebecca**

**From:** Nick TechSupport [mailto:ts_nick@hbssweb.com]
**Sent:** Tuesday, June 05, 2018 11:19 AM
**To:** Badgley, Rebecca
**Cc:** hbss_techsupport; Mital Parikh
**Subject:** Re: TSR-4591: need info asap

Hi Rebecca,

Trip 'T7927715' was assigned to CCRD on 5/25 through Vendor CallOut.

Thanks,

Nick

---

**From:** Badgley, Rebecca <rebecca.badgley@mrta.us>
**Sent:** Tuesday, June 5, 2018 9:51 AM
**To:** Mital Parikh
**Cc:** Himanshu Bhatnagar
**Subject:** need info asap

C44656 springfield DB – trip T7927715 for 5/27 was assigned at 636 am to vendor CCRD on 5/25 can you tell me who the MART staff was that assigned in the trip?

*Rebecca L. Badgley*

*MART Director of Brokerage Operations*

*978-665-2828*

---

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Wednesday, June 06, 2018 12:57 PM
**To:** Badgley, Rebecca
**Subject:** Re: MARTS previous employee IVAN ROMAN

After carefully thinking about this situation I never had those trips for a Robles. K at all

Sent from my iPhone

On Jun 6, 2018, at 12:26 PM, paul jones <ccrdcorp@gmail.com> wrote:

I done recall excepting a Robles .K from the IVR system either of those day are you sure do you have print out to send so I can maybe recollect my memory

Sent from my iPhone

On Jun 6, 2018, at 11:46 AM, Badgley, Rebecca <rebecca.badgley@mrta.us> wrote:
k

Paul,

I am not confused on this I am investigating and understand that there was a mix in client information and it would appear a lack on follow through on scheduling staff's part. The trips for K. Robles were offered to you and accepted by you via the IVR call out system and I noticed that the 27th you cancelled in billing but on the 28th you marked member as a no show. Did you physically go to this vendor's address either day?

I will follow up with Robert about providing you with another Vendor Portal Training.

Rebecca

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Wednesday, June 06, 2018 10:51 AM
**To:** Badgley, Rebecca
**Subject:** Re: MARTS previous employee IVAN ROMAN

You are getting these clients confused, yes I picked up another client name Robles.L 4137274274 19, WHITTIER ST, Springfield, Ma standing order #R112582, R112581, **But the other** Robles.K Trip ID T7927715 which we are dealing with at 44 Pearl Street Chicopee **does not exist**, this trip was placed in my invoice for May 16 to 31 2018, this is a fraudulent trip, I also went by 44 Pearl st Chicopee, I take a client from there ( Rita. P ) she said that no one exists by that name Robles .K at her residence so it is a made up name and adress.

This has been going on for months I have documented these trips, to protect us from fraud charges is we inadvertently miss one, I also go to the residence and speak with individuals and the drop off location if I can to see if they have an appointment most times these people don't exist at the appointments or programs I have all documentation.

Also I would like to ask you if I can come back in and view the Vendor Portal Demo as I was not shown it when Karen gave me the training and Robert was unable to access it when I was in a few weeks ago, the Vendor Portal Demo is key for me to have full understanding of the DEMO, please let me know if I can come back to complete the training & watch the Vendor Portal Demo Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

On Wed, Jun 6, 2018 at 8:38 AM, Badgley, Rebecca <rebecca.badgley@mrta.us> wrote:

> Paul, Thank you for providing the additional information. Can you confirm did you got out to pick up Robles on 5/27 and 5/28? Rebecca
>
> **From:** paul jones [mailto:ccrdcorp@gmail.com]
> **Sent:** Tuesday, June 05, 2018 11:41 AM
> **To:** Badgley, Rebecca
>
> **Subject:** Re: MARTS previous employee IVAN ROMAN
>
> I actually do have the complete picture of screen shot client for last name Edwin. S trip ID # T7612352 & T76123523, Robles.K Trip ID T7927715
>
> **Paul Jones / Director**
> **Commonwealth Community**
> **Recovery Division Inc.**
> **79 Thompson Street**
> **Springfield, Ma 01109**
> **Cell: 617-939-5417**
> **Toll Free: 888-680-4667**
> **Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

On Tue, Jun 5, 2018 at 11:26 AM, Badgley, Rebecca <rebecca.badgley@mrta.us> wrote:

> Thank you much
>
> ---
>
> **From:** paul jones [mailto:ccrdcorp@gmail.com]
> **Sent:** Tuesday, June 05, 2018 11:19 AM
>
> **To:** Badgley, Rebecca
> **Subject:** Re: MARTS previous employee IVAN ROMAN
>
> Screen shot doesn't show the trip number it's cut off, will check in 15 minuets when I am at office first / last name and TELEPHONE NUMBER
>
> Sent from my iPhone
>
> On Jun 5, 2018, at 11:17 AM, Badgley, Rebecca <rebecca.badgley@mrta.us> wrote:
>
>> Is his last name Edwin or is that his first name?  Even if you can give me one of the trip numbers that you a referring to.
>>
>> ---
>>
>> **From:** paul jones [mailto:ccrdcorp@gmail.com]
>> **Sent:** Tuesday, June 05, 2018 10:16 AM
>> **To:** Badgley, Rebecca
>> **Subject:** Re: MARTS previous employee IVAN ROMAN
>>
>> I have a screen shot of a copy of the invoice where these trips were place in , invoice for May 16,2018-May 31,2018 I can redact them.
>>
>> Those are from the May 16th to May 31, 2018 billing invoice.
>>
>> I have more also from previous months as well but will focus on the issue for Edwin S , I also spoke with 622 State and asked for him he doesn't exist as of today there. If you want the screen shot it will take a day I have to work and redact it let me know thanks.
>>
>> Sent from my iPhone

> On Jun 5, 2018, at 8:43 AM, Badgley, Rebecca <rebecca.badgley@mrta.us> wrote:
>
> Good Morning Paul,
>
> I am looking into this for the #2 example that you are giving for 5/30 Edwin S I have no member or address with any transport on this date are you sure that it is 5/30 as even members I have going to 622 State St., are no match to the info that you have provided.
>
> Rebecca
>
> **From:** paul jones [mailto:ccrdcorp@gmail.com]
> **Sent:** Monday, June 04, 2018 9:41 AM
> **To:** Badgley, Rebecca; Small-Borsellino, Sharna (EHS); joseph.l.harrington@state.ma.us; sandy.mulcahy@state.ma.us; julian.tynes@dot.state.ma.us; gregory.sobczynski@state.ma.us; Landry, Donna; Anthony.J.Ta@state.ma.us
> **Subject:** Re: MARTS previous employee IVAN ROMAN
>
> To whom it may concern,
>
> CCRD INC has been experiencing Fraudulent trips that have never been assigned to us popping up in our invoices at the end of each billing cycle for some time now.
>
> CCRD INC writes down (daily log) pick up, drop off times & mileage for each leg of trip daily, none of these trips are on any of the above documents from MART or our in-house daily logs..
>
> CCRD INC also has installed cameras and tracking devices for all 3 of our vehicles & cameras to protect CCRD INC. from fraudulent charges.
>
> These mentioned trips and clients are not even on cameras nor does it ever show any of our vehicles arriving at these clients address to pick up or drop off locations. We can download all vehicles activities that show locations for up to a year for tracking devices (Cloud).

we have been seeing for months trips popping up in our portal it is not on MARTS Vendor portal (Trip Completions) our daily Download of Trips (CSV File) our in-house Daily Log or even our tracking system or cameras, this is very disturbing and can cause us to be brought up on fraud charges if these trips are inadvertently marked completed on our invoices.

CCRD INC has to go through each trip on MARTS Vendor portal (Trip Completions), MARTS Download of Trips (CSV File) & Our in-house Daily Log to assure we have no trips that have been placed in our Invoice at the end of the billing period.

This has nothing to do with CCRD INC. end of things, no trips should be placed in any vendors portal if the vendor did not have these trips in MARTS Vendor portal (Trip Completions), MARTS Download of Trips (CSV File), Our in-house Daily Log, on our Tracking devises (To show vehicle arrived at clients pick & drop off locations)

This is a serious problem for us we are in dire need of your immediate attention for a solution to this serious problem, CCRD INC has screenshots of fraudulent rides placed in our portal during invoicing, we also make a notation in the vendor commits section on the billing invoices, these notations are not in our finalized invoices as of lately when we download a copy for our files as they use to be.

We also can provide detailed in-house daily logs, tracking printouts from tracking company to show none of CCRD INC,s vehicles were at any of these locations, please help us with this serious issue Thank you.

1. Robles. K on Sunday, May 27, 2018, from 44 Pearl St Chicopee Ma to 628 Center Street Chicopee Ma, this is a Fraudulent Trip it shouldn't have been placed in my Portal.

2. Edwin. S on Wednesday, May 30, 2018, from 25-27 Bonnyview Street, Springfield, Ma to 622 State Street Springfield, Ma this is a Fraudulent Trip it shouldn't have been placed in my Portal.

**Paul Jones / Director**

Gmail - MARTS previous employee IVAN ROMAN

Commonwealth Community
Recovery Division Inc.
79 Thompson Street
Springfield, Ma 01109
Cell: 617-939-5417
Toll Free: 888-680-4667
Fax: 888-726-8386

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

On Fri, May 25, 2018 at 5:57 PM, paul jones <ccrdcorp@gmail.com> wrote:

> MARTS previous employee IVAN ROMAN is trying to solicit Fee for his services from CCRD INC a MART Vendor.
>
> Ivan Roman (Disgruntled employee) is informing us that MART Brokerage has a toxic environment, please read my letter attached and 1 email from Ivan Roman, I wish not to be pulled into this fray with Mr. Ivan Roman I believe it is a conflict of interest for him to solicit Vendor, to help them navigate through MARTS Brokerage Department flaws Thank you.
>
> **Paul Jones / Director
> Commonwealth Community
> Recovery Division Inc.
> 79 Thompson Street
> Springfield, Ma 01109
> Cell: 617-939-5417
> Toll Free: 888-680-4667
> Fax: 888-726-8386**
>
> **The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

https://mail.google.com/mail/u/0?ik=1747b33c77&view=pt&search=all&permmsgid=msg-f%3A1602550064423084513&dsqt=1&simpl=msg-f%3A160… 9/10