# EXIHBIT 16



paul jones <ccrdcorp@gmail.com>

## CCRD- VP Training
7 messages

**Monk, Robert** <Robert.Monk@mrta.us>  Thu, May 10, 2018 at 11:19 AM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAContracts <DMAContracts@mrta.us>

Paul,

Per our conversation, you will be participating in a Vendor Portal Training here at MART on Wednesday May 16th, 2018 at 9:00AM.

The training location is:

Montachusett Regional Transit Authority

100 Main St.

Fitchburg, MA 01420

Please park in the four-story lot (do not park in the reserved MART spaces). The entrance is accessible on the **2nd floor** of the lot (MART signage is on the door). Please contact me if you have any other questions or concerns. If you are unable to attend, please contact me at your earliest convenience.

I look forward to meeting you Wednesday!

Have a great weekend!

Bob


*Robert A. Monk, Jr.*

*Sr. Staff Assistant, Program Management*

*Montachusett Regional Transit Authority*

*Ph: (978)- 665-2806*

*Fax: (978)-342-1063*

---

**paul jones** <ccrdcorp@gmail.com>  Thu, May 10, 2018 at 11:38 AM
To: "Monk, Robert" <Robert.Monk@mrta.us>

Thank you

**Paul Jones / Director**
**Commonwealth Community**

Recovery Division Inc.
79 Thompson Street
Springfield, Ma 01109
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Monk, Robert** <Robert.Monk@mrta.us>  Thu, May 10, 2018 at 12:19 PM
To: paul jones <ccrdcorp@gmail.com>

Paul- on second thought, it might be a good idea to bring your lap-top. I can show you things directly from your portal.

Let me know if you still would like to bring it, we can run both systems simultaneously.

With thanks,

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>  Thu, May 10, 2018 at 2:54 PM
To: "Monk, Robert" <Robert.Monk@mrta.us>

Ok Thanks

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>  Thu, May 17, 2018 at 9:47 AM
To: "Monk, Robert" <Robert.Monk@mrta.us>
Bcc: ccrdcorp@gmail.com

Bob per our conversation,

Please send me a synopsis of the problems solve in the portal and what you asked me to do regarding the portal so I can get better risers so I can have a road map thanks again for all the help

Sent from my iPhone

[Quoted text hidden]

---

**Monk, Robert** <Robert.Monk@mrta.us>　　　　　　　　　　　　　　　　Thu, May 17, 2018 at 12:04 PM
To: paul jones <ccrdcorp@gmail.com>

Paul,

　　　　I again want to thank you for taking the time to come in for the Vendor Portal refresher. Based on our conversations and our internal investigation, we have determined the following:

-Regarding the daily appearance of your existing work in your portal, according to our software developer, this in NORMAL. All vendors see their daily trips in their portal with the "yes" marked and the submit button is present. You do not have to re-submit your accepted trips, you can't even alter them to "no". The trips appear as a courtesy only, so you may see what work you already have. If a NEW trip is offered, neither the "yes" nor "no" will be marked; at that point, you may then choose the trip or decline and submit it.

　　　　The primary problem as we discussed, appears to be how you submitted your rates. Due to apparent miscommunication or misunderstanding, you were under the impression that you could not submit DAR rates and the difference between "ALL" and "Other MA Pick-Ups" was reversed. As you have only ever submitted "TAXI" and "OTHER MA PICK-UPS" rates for the Pioneer Valley region, it was determined that you have inadvertently restricted a vast amount of trip offers in your region.

　　　　As a result, we have agreed that at the next rate-change period (JUNE1st-June10th), you will submit new "TAXI", "DAR", and "TO ALL" rates for specific cities you prefer to work in and around, and you will also adjust any other rates you feel are necessary to change. Until the rate changes are implemented, as a courtesy I did increase your standing order/shared –ride capacity so should receive more trip offers than you have been getting. As explained, once these rates are uploaded, you will see a DRASTIC change to the amount of Vendor portal trip offers, IVR calls, and same-day/next-day offers.

Please let me know if you have any other questions or concerns, or if there were any topics I missed.

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>　　　　　　　　　　　　　　　　　Thu, May 17, 2018 at 5:36 PM
To: "Monk, Robert" <Robert.Monk@mrta.us>
Bcc: ccrdcorp@gmail.com

Thank you so much

Sent from my iPhone
[Quoted text hidden]