# EXIHBIT 17



paul jones <ccrdcorp@gmail.com>

## MARTS previous employee IVAN ROMAN

**paul jones** <ccrdcorp@gmail.com>  Thu, Jun 7, 2018 at 12:13 AM
To: paul jones <ccrdcorp@gmail.com>

Hello, Rebecca,

Thank you for taking the time to investigate this as I stated this has been happening for a long time now I sent the two example, I will address each issue you raised in your final email below.

You stated, " K. Robles should have shown on your end of day reports from the portal on 5/27 and 5/28 as I can see them on our end of day schedules as previously stated they were accepted by you via the IVR callout system".

I have had two Vendor Portal Trainings one on approximately March 18, 2016, by Karen Cordio and another on May 16th, 2018, neither Training covered **End of Day Downloadable reports** from the Vendor Portal, but I do recall seeing that tab at the top of my portal it was taken away from my portal on or about April 1, 2017, I would like to request that it be restored so I can download much-needed reports, to stay competitive.

I did not get to see the Vendor Portal Demo either time due to Renovation of the Vendor Training Facility on March 18, 2016, and as I recall on May 16, 2018, the Internet wasn't working so we couldn't get access to the Vendor Portal Demo.

Since then I have requested several times another Vendor Training to view the Vendor Portal Demo and you stated today you would have Robert Monk contact me for dates thank you for that.

I don't recall excepting any trips for a K.Robles at all, as I would have remembered that name, I have had a standing order with another client named L. Robles.  As I stated in my prior emails that no K. Robles was on our May 27th or 28th download list from MARTS Vendor Portal downloads on the day before (See redacted  Vendor Portal downloads ), I as I have stated the address belong to another client (Rita P) and I spoke with her and she confirmed that no K.Robles as ever lived at her residence. Also attached is a screenshot of the May 16-31, 2018 invoice (See redacted  Invoice Attachments ) redacted that shows  K.Robles on it as a one way, I never had  access to download a copy of the Invoice before or after I submit it, we only had access to download a final invoice which doesn't have any trip I dispute or the comments I put in.

Regarding Edwin. S I don't recall excepting a trip for him, and to answer the question, when MARTS phone operators gives me a trip from the Worcester portal, which has happened 3

times since March 20, 2016, they always tell me I have to manually write it down, this is because we don't have access to Worcester / Boston part of the portal or access to our Tab to run reports, going forward I am requesting access to both Worcester and Boston Portal so we can bid on those trips and restore our Tab so we can run all necessary reports needed to be competitive with other vendors and much need info, example we use to be able to download Daily Reports and reports on clients complaints list so we can get a better understanding of a client's past. we can't anymore this is much needed please assist us so this problem in future won't be an issue. As I also stated in earlier emails that I also went to the Springfield, MA address listed for Edwin. S (See Attachment 4) the family at the residence stated they don't know anyone named Edwin.S.

I believe a solution to most of these problems is as follows: 1. CCRD INC. should be given access to the Vendor Portal Demo Training as soon as possible.

2. Access should be granted to CCRD INC to the Worcester / Boston Vendor Portal to Bid and compete in those areas so when and if we do except trips in those areas we don't have to manually write them down with the technology of the portal no Vendor should have to do that.

3. CCRD INC should be given back the access tab in the Vendor Portal on our Homepage so that we could run much-needed reports to compete against the rest of the vendors, and to protect our company as well as MART interest.

4. This is just a suggestion all vendors should be granted the right to change their rates every 30 days not 90 days, so they can stay competitive with all the vendors that have been around for a while and has figured out the bidding system, this causes certain vendors to be locked out for 90 days if they don't put the correct bids in.

Thank you for your investigation again.

Paul Jones / Director
Commonwealth Community
Recovery Division Inc.
79 Thompson Street
Springfield, Ma 01109
Cell: 617-939-5417
Toll Free: 888-680-4667
Fax: 888-726-8386

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

**4 attachments**



**K. Robles Invoice for May 16-31 2018 Screenshot not final invoice.png**
363K



**May 30 2018 Nonexistant Trip E. Santos Trip Invoice Download Screenshot 2018-06-04 01.37.41.png**
378K

**NO K. Robles on may 27 2018 csv file.csv**
4K

**NO K. Robles on may 28 2018 Download.csv**
4K