# EXIHBIT 18



paul jones <ccrdcorp@gmail.com>

# EEOC Inquiry No. 523-2018-01934
2 messages

**VIRGINIA HOLMES** <VIRGINIA.HOLMES@eeoc.gov>  Tue, Dec 4, 2018 at 4:42 PM
To: "ccrdcorp@gmail.com" <ccrdcorp@gmail.com>

Dear Mr. Jones:

I write to confirm receipt of the Inquiry you submitted through EEOC's online public portal. I have been assigned to contact you to discuss your Inquiry. I will be contacting you shortly, therefore it is not necessary for you to try to schedule an appointment through the EEOC public portal. Please disregard any automated emails you receive from the EEOC's online portal about scheduling an appointment. And please be patient; our heavy case load, and the requirement that we contact our oldest cases first, may cause a delay before I can contact you.

To facilitate your Intake interview, please consider sending me a supplemental statement by reply email. This supplemental statement should include facts that you believe support your claim of employment discrimination. If possible, please include the date for each of the occurrences noted in your supplemental statement. If witnesses are identified, remember to provide the name and title for each of them and include a statement as to what each witness can attest to. If you choose to provide it, this additional information can be helpful during your interview.

Please note that submitting information to the EEOC public portal and submitting supplemental information in response to this email does not constitute filing a charge of discrimination. You are reminded that there are time limits to file a charge with the EEOC. In New England, that time limit is generally 300 days from the date you knew about the harm or negative job action. (In some other states, it is 180 days.) If you believe that your time to file is about to expire, please notify me immediately.

Virginia Holmes

Investigator

Equal Employment Opportunity Commission

John F. Kennedy Federal Building

475 Government Center

Boston, MA  02203

(617) 565-3210



**paul jones** <ccrdcorp@gmail.com>     Tue, Dec 4, 2018 at 5:03 PM
To: VIRGINIA.HOLMES@eeoc.gov

Thank you for the update, I will put together my supplemental statement by email.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

**2 attachments**


**image001.jpg**
7K


**image001.jpg**
7K