# EXIHBIT 19



paul jones <ccrdcorp@gmail.com>

## CCRD- vendor portal training
8 messages

**Monk, Robert** <Robert.Monk@mrta.us>  Fri, Oct 12, 2018 at 1:31 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAContracts <BrokerageContracts@mrta.us>, brokeragebus <brokeragebus@mrta.us>

Paul,

We will be holding our next Vendor Portal Training on Friday October 19th, 2018 from 1:00PM-3:00PM. The training class is to give you a general over-view of the Vendor Portal, general policy and procedure, and to address common hurdles many first-time vendors may encounter.

The address for training is:

MART

150 Main St.

Fitchburg, MA 01420

Please e-mail confirmation whether you will be able to attend or not. You are allowed to bring **one** additional associate only and you are to park in the large, four-story lot attached to our building (do not park in the reserved MART spaces). The entrance is accessible on the **2nd floor** of the lot (MART signage is on the door). Please contact me if you have any other questions or concerns.

With thanks,

Bob


*Robert A. Monk, Jr.*

*Sr. Staff Assistant, Program Management*

*Montachusett Regional Transit Authority*

*Ph: (978)- 665-2806*

*Fax: (978)-342-1063*


**paul jones** <ccrdcorp@gmail.com>  Fri, Oct 12, 2018 at 2:59 PM
To: "Monk, Robert" <Robert.Monk@mrta.us>
Bcc: ccrdcorp@gmail.com

Thank for you reply I am writing to see if during that vendor portal training will I get to view the portal demo for a demonstration of how MARTS vendor portal works.

It was not mentioned in your email, I was hoping to get actual vendor portal training that MART offers to vendors as I never received actual Vendor demonstrations on how the vendor portal works, this will answer most of CCRD INC questions regarding the Vendor Portal, please let me know if MART will be offering vendor portal demonstration video at the vendor portal training. As you know I am almost two hours away and an assistant will be also traveling 145 minutes to your office, I just want to be on the same page so I can be informed.

Please let me know because I didn't see in your previous email that MART will be showing the Vendor Portal Demonstration video, or actual training on the vendor portal Thank you.

Sent from my iPhone
[Quoted text hidden]

---

**Monk, Robert** <Robert.Monk@mrta.us>                                   Fri, Oct 12, 2018 at 3:10 PM
To: paul jones <ccrdcorp@gmail.com>

Paul,

       As stated in the past as now, what I described in the e-mail is what will be reviewed. There is no intense portal training reviewing each and every aspect of the portal. It is merely an overview with general information of how to navigate the system, which you probably are already aware of most of it. We also review the handouts I had given you the time you came in by yourself and we will address general questions at the end. There are no videos currently, and though cd/videos have been discussed in the past, there is no current anticipation of such. If you feel this will not be beneficial and because of your travel time and distance, you are not obligated to come if you feel it may not be worth-while; you will have to make that decision.

Please let me know if you wish to attend or not.

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                                      Fri, Oct 12, 2018 at 4:00 PM
To: "Monk, Robert" <Robert.Monk@mrta.us>
Bcc: ccrdcorp@gmail.com

Yes I will be there thank you

Sent from my iPhone
[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                                      Fri, Oct 19, 2018 at 10:14 AM
To: "Monk, Robert" <Robert.Monk@mrta.us>, Mark <pj22765@gmail.com>

Good morning Robert Monk,
I am writing to inform you that I will be on my way 150 Main Street Fitchburg Ma for the Vendor Portal Training, do you have any specific instructions for me? I will be leaving in 45 minutes as it takes up to 2 hours travel time when there is traffic I will see you then, please respond to email so there is no misunderstanding Thank you,

**Paul Jones / Director**

**Commonwealth Community**

**Recovery Division Inc.**

**79 Thompson Street**

**Springfield, Ma 01109**

**Cell: 617-939-5417**

**Toll Free: 888-680-4667**

**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Monk, Robert** <Robert.Monk@mrta.us>  Fri, Oct 19, 2018 at 10:23 AM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAContracts <BrokerageContracts@mrta.us>

Paul,

Thank you for your confirmation. There is nothing you need to do or bring.

We look forward to seeing you at 1:00. Remember to park in the garage, 2nd floor door access.

Sincerely,

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>  Fri, Oct 19, 2018 at 12:53 PM
To: "Monk, Robert" <Robert.Monk@mrta.us>
Bcc: ccrdcorp@gmail.com

On 2 west running a few minuets late traffic be rite there

Sent from my iPhone
[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>  Thu, Dec 20, 2018 at 10:33 AM
To: "Monk, Robert" <Robert.Monk@mrta.us>
Bcc: ccrdcorp@gmail.com

I sent rates next day air to you it will be delivered by 1 pm happy holidays

Sent from my iPhone
[Quoted text hidden]