# EXIHBIT 20



paul jones <ccrdcorp@gmail.com>

# RE: Compliance / Portal issue Dec 26,2018 - CCRD
8 messages

**Moyo, Michelle** <Michelle.Moyo@mrta.us>　　　　　　　　　　　　　　　　Wed, Dec 26, 2018 at 9:45 AM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAContracts <BrokerageContracts@mrta.us>

Good morning,

MART does not give any vendor the ability to change their capacity. That is something that only MART has access to. With regard to standing orders, you will need to contact the scheduling department. Thank you.

Michelle Moyo

Program Management Department

Vendor Compliance Agent

michelle.moyo@mrta.us

(978) 665-2864

Fax: (978) 342-1053

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Wednesday, December 26, 2018 7:53 AM
**To:** Moyo, Michelle; Monk, Robert
**Subject:** Compliance / Portal issue Dec 26,2018

Hello good morning can someone from the compliance department please call me regarding my Capacity tab and the Standing order I did not except at approximately 6:24 AM this morning, I am trying to resolve these issue right away Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**

Toll Free: 888-680-4667
Fax: 888-726-8386

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

---

**paul jones** <ccrdcorp@gmail.com>     Wed, Dec 26, 2018 at 11:10 AM
To: "Moyo, Michelle" <Michelle.Moyo@mrta.us>, "Badgley, Rebecca" <rebecca.badgley@mrta.us>, "Monk, Robert" <robert.monk@mrta.us>, "Richard, Stephanie" <stephanie.richard@mrta.us>

**Dear Michell,**

**I had this problem in 2016 when I was unable to edit my VENDOR capacity tab and Rebecca Badgley and Ivan Roman sorted this out and my capacity tab was unlocked.**

**I have been adjusting it since 2016, the last time I updated it was Last updated by: CCRD(VP) Last updated on: 31-Oct 2018 13:01 PM, ( see attachment).**

**I have had no problems adjusting my Capacity tab until my rates changed last week. I am not speaking about the VENDOR CAPACITY DISTRIBUTION TAB, I am writing regarding my vendor capacity tab.**

**Even when I had the Vendor Portal training Robert Monk explained to the vendors that were at the training we could change our capacity tab to reflect how many rides we could do daily.**

**The Vendor capacity tab is important as vendors need to change it constantly depending on how many vehicles and employees we have.**

**I am writing to confirm that we are talking about the Vendor Capacity tab and not the VENDOR CAPACITY DISTRIBUTION TAB, please let me know.**

**Paul Jones / DirectorDear Michell**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**2018-12-20.png**



201K

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>  Wed, Dec 26, 2018 at 11:26 AM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAContracts <BrokerageContracts@mrta.us>

Paul,

Vendors are not authorized to make changes to the Vendor Capacity or the Vendor Capacity Distribution. That is only for MART staff because we make adjustments based on the information that a vendor provides with regard to the number of employees and vehicles they have. We do not want vendors setting themselves at capacities that are well above what they are realistically able to accommodate. No vendor has access to adjust their capacity. Thank you.

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>  Wed, Dec 26, 2018 at 12:35 PM
To: "Moyo, Michelle" <Michelle.Moyo@mrta.us>

Please inform me the procedure for us to change our hours of operation in the vendor capacity who do I email or call when we need to update our capacity.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>  Wed, Dec 26, 2018 at 1:00 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAContracts <BrokerageContracts@mrta.us>

Good afternoon,

If you wish to change your hours of operation, you will need to fill out the attached form and submit it back to MART. You will need to list the hours that your company will be open for each day of the week. As stated in my previous email, vendors do not have access to updating their capacities, as that is something that only MART can do. Thank you.

[Quoted text hidden]


**CHANGE OF ADDRESS FORM 2018.pdf**
61K

---

**paul jones** <ccrdcorp@gmail.com>     Thu, Dec 27, 2018 at 3:37 PM
To: "Moyo, Michelle" <Michelle.Moyo@mrta.us>, "Badgley, Rebecca" <rebecca.badgley@mrta.us>, "Monk, Robert" <robert.monk@mrta.us>, "Richard, Stephanie" <stephanie.richard@mrta.us>, "Amanda-T.Kukta@MRTA.US" <Amanda-T.Kukta@mrta.us>, "Jessica, Torres" <jessica.torres@mrta.us>, "Small-Borsellino, Sharna (EHS)" <Sharna.Small-Borsellino@massmail.state.ma.us>, joseph.l.harrington@state.ma.us, "Mulcahy, Sandy (EHS)" <sandy.mulcahy@state.ma.us>, "Handford, Everett (Warren)" <Everett_Handford@warren.senate.gov>, "Shumovskaya, Tamara" <tamara.shumovskaya@mrta.us>

Hello, I am writing this email in hopes of receiving some assistance in this matter, it has been going on for to long and is costing CCRD INC and its employees Time, Money and Energy just this email took 2 hours it required much research on our behalf.

This is the second day in a row but has been happening for approximately 2years and we have been fine constantly for unable to make trips that were never taken by our company that was placed in our daily log.

Yesterday we had Standing order trip placed in our portal that we never excepted it was fixed today 20 Trips (Each leg) standing orders have been placed in CCRD INC portal that we did not except, going forward as of today Dec 27, 2018, at 2:16 pm, CCRD INC. will not be excepting any standing orders until after this issue is fixed or Jan 5, 2018, whichever one comes first.

These standing orders that are in my portal below without CCRD INC consent have to be dealt with or CCRD INC will face multiple fines, we believed we have been excepted enough fines in the last two years that we did not deserve, when these standing orders are placed in our portal, it puts CCRD INC at jeopardy of being fined, as we only have 3 vehicles on the road right now, there is no way I the only dispatched here would have excepted these trips they are impossible for CCRd INC to make under our circumstances.

**Below is a list of standing orders that just appeared in our portal:**
1. R121331, R121332
2. R121380, R121381
3. R131435, R131436
4. R121518, R121519
5. R121180, R121181
6. R121226, R121227
7. R121285, R121286
8. R121313, R121314
9. R121324, R121325
10. R121518, R121519

*This is contrary to Retaliation MGL chapter 151,*
*Title VII of the Civil Rights Act of 1964,*
**Title VI of the Civil Rights Act of 1964,**
*The Civil Rights Act 42 U.S.C. § 1983,*
*The Civil Rights Act 42 U.S. Code § 1981& MGL 93a.*

I am requesting that these incidences be investigated, I am writing to Managers and lower employees and reaching out for help from anyone so that CCRD INC will not be subject to FINES and any more false placement of trips in our standing order portal and or daily schedule, this has caused CCRD INC $1000,s of dollars in the last 2 years.

Also, CCRD INC did not except trip *Mitchel. M R121067 & R121068*, this trip is for 5:30 am in the morning we don't open until 7 am, this trip will deprive all CCRD INC employees of
their family responsibility and put undue pressure on our agency, please remove it we did not except the trip it is for January 2, 2018 & January 3, 2018 Thank you please advise.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Kukta, Amanda** <Amanda-T.Kukta@mrta.us>                                  Thu, Dec 27, 2018 at 5:15 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAScheduling <DMAScheduling@mrta.us>, DMAContracts <BrokerageContracts@mrta.us>

Good afternoon,

    After looking into this I found all standing orders were accepted via CCRD'S vendor portal. All worked is stamped with the date and time of acceptance as well as how it was accepted. In this case all standing orders were accepted by CCRD via the vendor portal (VP). Below are the details of acceptance. If not you is it possible someone else may have accepted work on your behalf? All work listed below has been removed. However we do require a response regarding # 3 & 8.

**1. R121331, R121332-** ACCEPTED BY CCRD(VP) 12/24/18 @ 11:30:51 AM to start on 01/02/19.

**2. R121380, R121381-** ACCEPTED BY CCRD(VP) 12/24/18 @ 11:31:08AM to start on 01/02/19.

**3. R131435, R131436-** <span style="color:red">PLEASE PROVIDE MORE INFO, LAST NAME & FIRST INITIAL AS WE ARE UNABLE TO LOCATE THIS R# IN ANY DATABASE</span>

**4. R121518, R121519-** ACCEPTED BY CCRD(VP) 12/27/18 @ 6:10:27 AM to start on 01/10/19.

**5. R121180, R121181-** ACCEPTED BY CCRD(VP) 12/24/18 @ 12:04:55 PM to start on 01/02/19.

**6. R121226, R121227** ACCEPTED BY CCRD(VP) 12/24/18 @ 11:30:31 AM to start on 01/03/19.

**7. R121285, R121286** ACCEPTED BY CCRD(VP) 12/24/18 @ 11:30:41 AM to start on 01/03/19.

**8. R121313, R121314** ACCEPTED BY CCRD(VP) 12/24/18 @ 11:30:49 AM to start on 01/02/19. CCRD HOLDS THIS MEMBER'S CURRENT STANDING ORDER. WOULD YOU LIKE TO CONTINUE?

**9. R121324, R121325** ACCEPTED BY CCRD(VP) 12/24/18 @ 11:30:50 AM to start on 01/02/19.

**10. R121518, R121519-**<span style="color:red">REPEAT OF #4</span>

*Mitchel. M R121067 & R121068-* ACCEPTED BY CCRD (VP) 12/24/18 @ 12:01:11PM to start on 01/02/18

Thank you for contacting MART

*Amanda Kukta*

**Scheduling Department Team Lead**

*Montachusett Regional Transit Authority*

100 Main St, Fitchburg MA

Amanda-t.kukta@MRTA.US

800-854-9928 ext. 2895

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>  Fri, Dec 28, 2018 at 11:33 AM
To: "Kukta, Amanda" <Amanda-T.Kukta@mrta.us>
Bcc: ccrdcorp@gmail.com

I only want Royal.S until the Standing order runs out, yes you are correct I excepted Mitchel.M standing order but you guys changed the time from 10 am pick up to 5 am pick up that wasn't the standing order I excepted . I excepted his standing order for 10 am it was change to 5 am I have Screenshot of all my excepted standing orders and the nechange standing order for him. CCRD INC doesn't open till 7 am

Sent from my iPhone
[Quoted text hidden]