# EXIHBIT 21

 Gmail                                          **paul jones <ccrdcorp@gmail.com>**

# A MART farewell. RE: Ivan Roman

I R <ivanlastnameroman@gmail.com>                                   Fri, May 18, 2018 at 12:16 PM
To: ivanlastnameroman@gmail.com
Bcc: ccrdcorp@gmail.com

Dear Vendor,

My name is Ivan Roman former MART vendor supervisor and Mass Health transportation program team lead for the past several years.  I was a supervisor at MART for the better part of the last decade.  Many of you may be familiar with me.  I would like to inform you of my departure from MART and thank you all for the years of working together as well as the services you provide as I am familiar with both sides of the spectrum.  Much of the following will be information I was not at liberty to share during my employment with MART.

Many of MART's vendors feel that they are unjustly fined and that their work is under-valued and unappreciated.  Unfortunately, I can confirm that is the case, as MART does not even appreciate its own employee's and that was one of the many reasons I decided to resign from my position with their company.  I am aware that MART tends to simply tell people that so and so is no longer with them but I will reiterate that I resigned from my position and was not fired or let go in anyway.

I have championed change with-in MART to better facilitate your needs and theirs as well as tried to build an open line of communication with-in your perspective companies to allow for better training, giving vendors a chance to be heard, as well as access to departments and individuals that are actually accessible and return calls promptly.  However, my attempts to create a smoother flowing system were largely detoured for the most part by the bureaucracy of my superiors and the servient nature of the system as a whole.  They have even gone as far as to stop holding vendor conferences to avoid hearing much of what they already know is wrong but even more so to avoid vendors from fraternizing with each other.  The bad part is that the vendors are the ones paying for their flawed system.  Why?  Whats flawed?

With that said, I would like to to further inform you that as a former MART vendor supervisor I have obtained some valuable knowledge in respect to this industry and in particular the contract/s your company hold/s with MART.  I can also attest that much of the knowledge I have obtained can save the vast majority of MART vendors a great deal of capital when it comes to knowing how to navigate the different scenarios outlined with-in the contract as well as the general know how regarding portal use, MART protocol, requirements, etc..

I can't say that I am looking for work exactly, as I am currently employed but after speaking to a friend in the business he encouraged me to send out this email as I have been approached by many companies in the past asking for assistance in setting up a system that works for them which as appealing as it may have been would have been a conflict of interest at those particular times.  He also informed me that companies were being lead to believe I was terminated which was not the case.  I am now at liberty to help assist companies on my own time and can offer manager training assistance which can assist any vendors bottom line but can be extremely useful for companies that are new to this program or frequently fined.  There are many ways vendors can protect themselves, their investment, and their bottom line as well as save on other expenditures.

Knowledge is power.  If you feel you have been fined excessively?  Not getting your questions answered?  Are you not getting the results you've expected out of this program?  Are not being offered work?  Having portal problems?  Hiring problems? Having trouble reaching departments?  Need assistance setting up a system that works?  Questions or concerns in regards to MART?  I may be able to assist.

Feel free to reply to this email to find out more about how I may be able to assist your company, today.  It's been a pleasure to have worked with you and if needed I am here.  Thank you and best of luck to you all..

Sincerely,

Ivan Roman