# EXIHBIT 22



paul jones <ccrdcorp@gmail.com>

## FW: NOTICE TO ALL MART MASS HEALTH VENDORS
2 messages

**Roman, Ivan** <Ivan.Roman@mrta.us>  Mon, Mar 12, 2018 at 3:50 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Dear MART vendor,

Please be advised, MART'S Call Center has changed its hours of operation and now open from 6am to 9pm. Therefore, you may be contacted if your contract indicates you are open during these time frames. Please be advised that MART is also changing the start time of the automated vendor callout the process will start at 6am instead of current time of 7am effective Thursday, March 15, 2018.

Sincerely,

*Ivan Roman*

*Asst. Project Coordinator (MART)*

*Phone 978-353-0333 ext. 2854*

*Fax 978-342-1063*

The information in this email is intended only for the person or entity to which it is
addressed and may contain confidential and/or privileged material. Any review,
retransmissions, dissemination or other use of or taking of any action in reliance upon
this information by persons or entities other than the intended recipient is prohibited.
If you receive this email in error, please contact the sender and delete the material from
any computer.

**Roman, Ivan** <Ivan.Roman@mrta.us>  Mon, Mar 12, 2018 at 3:50 PM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>
Cc: DMAContracts <DMAContracts@mrta.us>

**From:** Roman, Ivan
**Sent:** Monday, March 12, 2018 1:22 PM
**To:** Badgley, Rebecca
**Cc:** DMAContracts
**Subject:** FW: NOTICE TO ALL MART MASS HEALTH VENDORS

**Dear MART vendor,**

**Please be advised, MART'S Call Center has changed its hours of operation and now open from 6am to 9pm. Therefore, you may be contacted if your contract indicates you are open during these time frames. Please be advised that MART is also changing the start time of the automated vendor callout the process will start at 6am instead of current time of 7am effective Thursday, March 15, 2018.**

**Sincerely,**

*Ivan Roman*

*Asst. Project Coordinator (MART)*

*Phone 978-353-0333 ext. 2854*

*Fax 978-342-1063*

The information in this email is intended only for the person or entity to which it is
addressed and may contain confidential and/or privileged material. Any review,
retransmissions, dissemination or other use of or taking of any action in reliance upon
this information by persons or entities other than the intended recipient is prohibited.
If you receive this email in error, please contact the sender and delete the material from
any computer.