# EXIHBIT 23



## MART will not stop calling my cell phone with Computerized message
1 message

**Paul Jones** <ccrdcorp@gmail.com>  Thu, Nov 17, 2016 at 7:21 AM
To: Commonwealth Community Recovery Division Tax I D 35-2443059 <ccrdcorp@gmail.com>, Bridget Lindsey shepard <lsccrdcorp@gmail.com>

Hello Lindsey MART is still calling my cell tying up the line every day with a Computerized voice. As you know I have written two letters asking them to stop calling my cell phone. I will be sending out my third letter today with a return green card along with our new prices for December.
I am gonna get a new cell phone from verizon and I will not give MART the number they clearly think they are above the law. They have ramped up the calls with a computerized message since I been complaining, ok thanks

Sent from my iPhone

**2 attachments**



**IMG_2069.PNG**
132K

**IMG_2068.PNG**
145K