# CLERK'S NOTICE

Re: Exhibit 24

This exhibit was submitted on a CD Disc containing audio recording.

Therefore. The exhibit cannot be scanned. The original CD Disc is available in the Clerk's Office