**EXHIBIT A**

**From:** Badgley, Rebecca [mailto:rebecca.badgley@mrta.us]
**Sent:** Monday, June 24, 2019 3:48 PM
**To:** Robin Stein <RStein@k-plaw.com>
**Subject:** FW: Title VI Complaint


**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Friday, June 14, 2019 4:17 PM
**To:** Mahoney, Bonnie; Khan, Mohammed; Fisher, Bruno; Badgley, Rebecca; Small-Borsellino, Sharna (EHS);
julian.tynes@dot.state.ma.us; Sobczynski, Gregory (DOT); Shumovskaya, Tamara; Torres, Jessica; Kukta, Amanda; Norris,
Joanne; MassDOT.CivilRights@state.ma.us; eharvey@ctps.org; DMAScheduling; DMAComplaints; DMAInvoices;
scheduling@warren.senate.gov; Handford, Everett (Warren)
**Subject:** Re: Title VI Complaint

Attached is an Amended Federal Complaint that was filed in the Federal District Court today Titled Paul Jones
v MART, Thank you.


**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**


The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain
confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon
this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the
sender and delete the material from any computers.


On Fri, May 5, 2017 at 3:46 PM Mahoney, Bonnie <Bonnie.Mahoney@mrta.us> wrote:

Mr. Jones,

1

Please find attached MART's formal response to your letter of complaint dated March 22, 2017. The response also contains follow-up to the meeting held between yourself, Mrs. Badgley & Ms. Small-Borsellino on April 5, 2017.


*Bonnie J Mahoney*

Manager of Grants & Communications/Title VI CRO

Montachusett RTA

1427R Water Street

Fitchburg, MA 01420

Office: 978-665-2290