# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2019 JUL 12 PM 4: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

**PAUL JONES**
*Plaintiff*

v.

Civil Action No.:
**1:19-CV-11093-ADB**

**MONTACHUSETTS REGIONAL TRANSIT AURTHORITY, ET AL.**
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Montachusett Regional Transit Authority
1427 R Water St
Fitchburg, MA 01420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paul Jones
572 Park St
Stoughton, MA 02072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Miguel Lara
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2019-05-13 15:04:42.0, Clerk USDC DMA

Civil Action No.: 1:19-CV-11093-ADB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Montachusett Regional Transit Authority
was received by me on (date) MAY 16, 2019.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Bonnie Mahoney Communications Director , who is
designated by law to accept service of process on behalf of (name of organization) Montachusett Regional Transit Authority on (date) 07/05/19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

_____
Date

_Server's Signature_

Liana Williams
_Printed name and title_

12 Westminster Ave, Rox, MA 02119
_Server's Address_

Additional information regarding attempted service, etc:

TROPICAL STORM THREATENS GULF COAST. SEE IMPACTS TO USPS OPERATIONS IN YOUR …

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70151520000018144007      Remove ✕

**Expected Delivery by**

## MONDAY

**8** JULY 2019 ⓘ    by **8:00pm** ⓘ

## ✓ Delivered

July 8, 2019 at 2:13 pm
Delivered, Front Desk/Reception/Mail Room
FITCHBURG, MA 01420

Get Updates ∨

---

**Text & Email Updates**    ∨

---

**Tracking History**    ∨

---

**Product Information**    ∨

---

See Less ∧

# Can't find what you're looking for?

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 7-8 |
| 1. Article Addressed to: C/O Bonnie Mahoney<br>Montachusett Regional<br>Transit Authority<br>1427R Water Street<br>Fitchburg, MA 01420<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2891 7069 1243 08 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☐ Certified Mail® ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise<br>☐ Collect on Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7015 1520 0000 1814 4007 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

**USPS TRACKING #**



9590 9402 2891 7069 1243 08

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•



Liana Williams
79 Thompson St
Springfield, MA 01109

