# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2019 JUL 12 PM 4: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

**PAUL JONES**

*Plaintiff*

v.

**MONTACHUSETTS REGIONAL TRANSIT AURTHORITY, ET AL.**

*Defendant*

Civil Action No.:
**1:19-CV-11093-ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   HB Software Solutions, Inc
1075 Westford, St
Lowell, Ma 01851

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul Jones
572 Park St
Stoughton, Ma 02072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Miguel Lara

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2019-05-13 15:04:42.0, Clerk USDC DMA**

Civil Action No.: **1:19-CV-11093-ADB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) HB Software Solutions, INC was received by me on (date) May 15, 2019

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) Himanshu Bhatnagar, who is Registered agent designated by law to accept service of process on behalf of (name of organization) HB Software Solutions INC on (date) 07/05/19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ 0 for travel and $ 11.00 for services, for a total of $ 11.00 .

I declare under penalty of perjury that this information is true.

07/05/19
Date

Server's Signature

Liana Williams
Printed name and title

12 Westminster Ave, Rox, MA 02119
Server's Address

Additional information regarding attempted service, etc:

TROPICAL STORM THREATENS GULF COAST. SEE IMPACTS TO USPS OPERATIONS IN YOUR ...

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70151520000018143840

Remove ✕

**Expected Delivery on**

**TUESDAY**

**9** JULY 2019 ⓘ   by **8:00pm** ⓘ

## ✓ Delivered

July 9, 2019 at 11:10 am
Delivered, Front Desk/Reception/Mail Room
LOWELL, MA 01851

Get Updates ∨

Text & Email Updates  ∨

Tracking History  ∨

Product Information  ∨

See Less ∧

Can't find what you're looking for?

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Himanshu Bhatnagar
   1075 Westford St
   Lowel, MA 01851

   9590 9403 0413 5163 4966 74

2. Article Number (Transfer from service label)

   7015 1520 0000 1814 3840

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 7-9

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053       Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Himanshu Bhatnagar
   1075 Westford St
   Lowel, MA 01851

   9590 9403 0413 5163 4966 74

2. Article Number (Transfer from service label)

   7015 1520 0000 1814 3840

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 7-9

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053       Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

LOWELL, MA 01851    OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.50 | 0040 04 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.80 | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | JUL -6 2016 |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $2.65 | |
| Total Postage and Fees | $8.95 | |

Sent To: Himanshu Bhatnagar
Street and Apt. No., or PO Box No.: 1075 Westford St
City, State, ZIP+4: Lowell, MA 01851

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 1520 0000 4817 3840