UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:19-cv-11093ADB

|  |  |
|---|---|
| PAUL JONES,<br><br>    Plaintiff<br><br>v.<br><br>MONTACHUSETTS REGIONAL TRANSIT AURTHORITY, HB SOFTWARE SOLUTIONS, INC, REBECCA BADGLEY, DONNA LANDRY, BONNIE MAHONEY, KAREN CORDIO, JOANNE NORRIS, STEPHANIE RICHARDS, TAMARA SHUMOVSKAYA, JESSICA TORRES, AMANDA KUKTA, ROBERT MONK, MICHELLE MOYO, IVAN ROMAN, CRYSTAL GEISERT, JANE DOE and JOHN DOE,<br><br>    Defendants | **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the Defendants, Montachusetts Regional Transit Authority and its current and former employees, Rebecca Badgley, Donna Landry, Bonnie Mahoney, Karen Cordio, Joanne Norris, Stephanie Richards, Tamara Shumovskaya, Jessica Torres, Amanda Kukta, Robert Monk, Michelle Moyo, Ivan Roman, Crystal Geisert, Jane Doe and John Doe (the "Defendants"), in the above referenced matter.

*SIGNATURE PAGE TO FOLLOW*

2

MONTACHUSETTS REGIONAL
TRANSIT AUTHORITY,

By its attorneys,

/s/ Deborah I. Ecker

Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street
12th Floor
Boston, MA  02110-1109
(617) 556-0007

CERTIFICATE OF SERVICE

I, Deborah I. Ecker certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.

Date:  July 18, 2019                    /s/ Deborah I. Ecker

673459/MART/0001

2