UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:19-cv-11093ADB

PAUL JONES,

     Plaintiff

v.

MONTACHUSETTS REGIONAL TRANSIT
AURTHORITY, HB SOFTWARE
SOLUTIONS, INC, REBECCA BADGLEY,
DONNA LANDRY, BONNIE MAHONEY,
KAREN CORDIO, JOANNE NORRIS,
STEPHANIE RICHARDS, TAMARA
SHUMOVSKAYA, JESSICA TORRES,
AMANDA KUKTA, ROBERT MONK,
MICHELLE MOYO, IVAN ROMAN,
CRYSTAL GEISERT, JANE DOE and JOHN
DOE,

     Defendants

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the Defendants, Montachusetts Regional Transit Authority and its current and former employees, Rebecca Badgley, Donna Landry, Bonnie Mahoney, Karen Cordio, Joanne Norris, Stephanie Richards, Tamara Shumovskaya, Jessica Torres, Amanda Kukta, Robert Monk, Michelle Moyo, Ivan Roman, Crystal Geisert, Jane Doe and John Doe (the "Defendants"), in the above referenced matter.

*SIGNATURE PAGE TO FOLLOW*

MONTACHUSETTS REGIONAL TRANSIT AUTHORITY,

By its attorneys,

/s/ Mark R. Reich

Mark R. Reich (BBO# 553212)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA  02110-1109
(617) 556-0007
mreich@k-plaw.com


CERTIFICATE OF SERVICE

I, Mark R. Reich certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.

Date:  July 24, 2019                          /s/ Mark R. Reich


674019/MART/0001

2