

COMMONWEALTH OF MASSACHUSETTS
**WORCESTER COUNTY SHERIFF**
**CIVIL PROCESS DIVISION INC**

PLEASE REMIT TO: PO BOX 1066 Worcester, MA 01613-1066



Lewis G. Evangelidis
Sheriff

Lynn Trudel
Chief Deputy Sheriff

civilprocess.com

PAUL JONES
79 THOMPSON STREET
SPRINGFIELD MA 01109

Amount Due: $ 0.00
Invoice #: 19010925
Invoice Date: 07/24/2019

Phone: 617-939-5417

Your File #:
Writ: SUMMONS AND COMPLAINT

## Payment Due Upon Receipt

Please send a copy of this invoice with your remittance
PAUL JONES
vs.
TAMARA SHUMOVSKAYA

Invoice #: 19010925
Invoice Date: 07/24/2019

Serve: TAMARA SHUMOVSKAYA
AT THE MONTACHUSETT REGIONAL TRANSIT
AUTHORITY,
100 MAIN STREET,

Served by Deputy Sheriff: Norman Henry Brodeur
Service Date: 07/23/2019  Time: 12:27 pm
Method of Service: IN HAND

| Charge | | Amount |
|---|---|---|
| Attest | | 5.00 |
| Mailing ($3) | | 3.00 |
| Service Fee | | 30.00 |
| Office Expense | TIME SPENT | 20.00 |
| **Total Charges** | | **58.00** |

| Payment Date | Check Number | Amount |
|---|---|---|
| | 25993150841 | 58.00 |
| **Payment Total** | | 58.00 |

Amount Due: $ 0.00

Vendor Code  VC0000585059
Docket #     1:19-CV-11093-ADB
Court        U.S. DISTRICT- WORCESTER

PO BOX 1066  Worcester, MA 01613
TEL 508 752 1100 / 800 842 0083  FAX 508 752 3588

Ashburnham Athol Auburn Baldwinville Barre Berlin Blackstone Bolton Boylston Brookfield Charlton Charlton City Cherry Valley Clinton Douglas Dudley East Brookfield East Douglas Fiskdale Fitchburg Gardner Gilbertville Grafton Hardwick Harvard Holden Hopedale Hubbardston Jefferson Lancaster Leicester Leominster Linwood Lunenburg Manchaug Mendon Milford Millbury Millville Morningdale New Braintree Northboro Northbridge North Brookfield North Oxford North Uxbridge Oakdale Oakham Otter River Oxford Paxton Petersham Phillipston Princeton Rochdale Royalson Rutland Shrewsbury Southborough Southbridge Spencer Sterling Sturbridge Sutton Templeton Upton Uxbridge Warren Waterville Webster Westboro West Boylston West Brookfield Westminster West Warren Whalom Wheelwright Whitinsville Wilkinsonville Winchendon Worcester

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PAUL JONES

*Plaintiff*

v.

MONTACHUSETTS REGIONAL TRANSIT AURTHORITY, ET AL.

*Defendant*

Civil Action No.:
1:19-CV-11093-ADB

*A TRUE COPY ATTEST
[signature] Bredlum
DEPUTY SHERIFF*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tamara Shumovskaya
100 Main St. Fitchburg, Ma. 01420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Jones
572 Park St. Stoughton, Ma. 02072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Miguel Lara

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2019-05-13 15:04:42.0, Clerk USDC DMA

**Worcester County Sheriff's Office P.O. Box 1066 Worcester, MA 01613 (508) 752-1100**

7/24/2019

I hereby certify and return that on 7/23/2019 at 12:27 PM I served a true and attested copy of the SUMMONS AND VERIFIED AMENDED COMPLAINT, WITH EXHIBITS 1-24 (CD) in this action in the following manner: To wit, by delivering in hand to CHARLIE WILLIAMS, HEAD OF SECURITY, , agent, person in charge at the time of service for TAMARA SHUMOVSKAYA at AT THE MONTACHUSETT REGIONAL TRANSIT AUTHORITY, 100 MAIN STREET, FITCHBURG, MA 01420 . Service Fee ($30.00) Attest ($5.00) Mailing ($3) ($3.00) Office Expense ($20.00) Total: $58.00

*Norman Brodeur*

Norman Brodeur
Deputy Sheriff