UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES                                Civil Action No. 1:19-cv-11093-ADB

Plaintiff

V.

MONTACHUSETTS REGIONAL TRANSIT AURTHORITY et al
Defendants

## NOTICE TO THE COURT

Plaintiff request the court to take notice that plaintiff mailed his opposition to the Federal District Court on September 10, 2019 at 5:52 pm, please allow mailing time Thank you.

Respectfully Submitted

/s/ Paul Jones                                                 September 12, 2019

Paul Jones
572 Park Street
Stoughton, Ma02072
617-939-5417
Pj22765@gmail.com

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C. 101 Arch Street, 12th Floor
Boston, MA 02110-1109
decker@k-plaw.com, mreich@k-plaw.com
(617) 556-0007

1

## CERTIFICATE OF SERVICE

I Paul Jones plaintiff Certify that I have mailed a copy to defendant's attorney of record, a true and correct copy of the foregoing has been furnished via USP mail to the above-mentioned individuals On this 12th day of September 2019.

Respectfully Submitted

/s/ *Paul Jones*

Paul Jones
572 Park Street
Stoughton, Ma02072
617-939-5417
Pj22765@gmail.com


Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C. 101 Arch Street, 12th Floor
Boston, MA 02110-1109
decker@k-plaw.com, mreich@k-plaw.com
(617) 556-0007