FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT 2020 MAR 34  PM 1: 36

FOR THE DISTRICT OF MASSACHUSETTS, DISTRICT COURT
DISTRICT OF MASS.

PAUL JONES

PLAINTIFF                                              Civil Action No. 19-cv-11093-TSH

     V

MONTACHUSETTS REGIONAL  TRANSIT AUTHORITY et al.

PLAINTIFFS MOTION TO STRIKE DEFENDANTS
ANSWER TO AMENDED COMPLAINT

INTRODUCTION

Now comes the plaintiff to move the court to strike defendant Montachusett's Regional Transit

Authority et al. answers to plaintiffs amended complaint Dck # 54.

ARGUMENT

On May 10, 2019, Plaintiff (Paul Jones) brought claims against Montachusett Regional Transit

Authority ("MART") and unidentified individual defendants. [Dkt. No. 1]. On June 14, 2019,

Plaintiff amended his complaint asserting claims against MART and thirteen individual

defendants, and Jane and John Does (collectively "Defendants").1 [Dkt. No. 7 ("Am. Compl.")].

PDF processed with CutePDF evaluation edition www.CutePDF.com

On February 7, 2020 U.S. Magistrate Judge David H. Hennessy ruled that plaintiff "Plaintiff's law intentional infliction of emotional distress claim against MART and the individual defendants be dismissed WITHOUT PREJUDICE (See Dck# 45).

On March 4, 2020 District Judge Timothy S. Hillman entered an order adopting and accepting Report and Recommendations (See DCK# 48).

On March 16, 2020 Plaintiff filed a motion for request for a 14-day extension of time to file his Second Amended Complaint. (See Dck# 49), on March 17, 2020  U.S. Magistrate Judge David H. Hennessy granted plaintiffs motion for a 14-Day extension of time to file his Second Amended Complaint, on March 20, 2020 attorney Deborah Ecker filed answer (Dck # 54) to plaintiff amended complaint (Dck # 7).

Plaintiff never received a copy of defendant's answers from defendant's attorney, plaintiff doesn't have a Pacers Account, Plaintiff logged on to Pacers from the Massachusetts Federal court and then only realized that attorney Deborah Ecker had filed an answer to plaintiffs amended complaint (Dck # 7).

Plaintiff immediately sent attorney Deborah Ecker an email on March 29, 2020, to narrow this issue and plaintiff was informed by attorney Deborah Ecker that "Mr. Jones, we were required to file an answer to your First Amended Complaint. As such, we do not agree to withdraw it" (See Exihbit1).

Plaintiff request the court to strike defendants answer to the amended complaint on the grounds that it is moot as plaintiff has filed his Second Amended complaint with the court on March 27, 2020 (See Dck# 55), plaintiff also ask the court to inform attorney Deborah Ecker to send all future correspondence to plaintiff by First class mail to 572 Park Street, Stoughton, Ma 02072 or in the alternative email at pj22765@gmail.com.

Respectfully Submitted

/s/ Paul Jones                                                                  April 2, 2020

Paul Jones
572 Park Street
Stoughton, Ma02072
617-939-5417
Pj22765@gmail.com

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C. 101 Arch Street, 12th Floor
Boston, MA 02110-1109
decker@k-plaw.com, mreich@k-plaw.com
(617) 556-0007

## CERTIFICATE OF SERVICE

I Paul Jones plaintiff Certify that I have mailed a copy to defendant's attorney of record, a true and correct copy of the foregoing has been furnished via USP mail to the above-mentioned individuals On this 2th day of April 2020.


Respectfully Submitted

*/s/ Paul Jones*

Paul Jones
572 Park Street
Stoughton, Ma02072
617-939-5417
Pj22765@gmail.com


Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C. 101 Arch Street, 12th Floor
Boston, MA 02110-1109
decker@k-plaw.com, mreich@k-plaw.com
(617) 556-0007

# EXHIBIT 1

 Gmail

## motions the court for a 14-day extension

**Deborah I. Ecker** <DEcker@k-plaw.com>                Sun, Mar 29, 2020 at 1:32 PM
To: Paul Jones <pj22765@gmail.com>, "Mark R. Reich" <MReich@k-plaw.com>

Mr. Jones,

We were required to file an answer to your First Amended Complaint. As such, we do not agree to withdraw it.

We will be responding to your Second Amended Complaint by filing a motion for summary judgment. Your Second Amended Complaint does nothing to support your meritless assertion that MART is your employer or that MART or any current or former MART employee discriminated against or retaliated against you in any manner. In fact, the overwhelming evidence is that MART employees sought repeatedly to assist you and explain to you how the automated vendor portal system operates by assigning trips to the lowest cost qualified vendor. Your employer CCRD is a MART vendor. As explained to you repeatedly by MART employees, CCRD's rates were often higher than other qualified vendors in the area which is the reason that CCRD was not assigned as many trips as you would have liked. There is simply no evidence to support your allegations that you were not assigned trips because of your race/sex or because you engaged in purported protected activity.

Please let me know if you agree to dismiss your Second Amended Complaint or any claims therein and if you agree to dismiss the individual defendants against whom you have not pled sufficient facts. If not, we will be filing a motion for summary judgment within the time period required.

[Quoted text hidden]