FILED
IN CLERKS OFFICE
2020 APR 23 AM 9: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

PAUL JONES

PLAINTIFF                                                                                      Civil Action No. 19-cv-11093-TSH

V

MONTACHUSETTS REGIONAL TRANSIT AUTHORITY et al.

CONSENT MOTION TO EXTEND THE DEADLINE

TO ANSWER DEFENDANT SUMMARY JUDGMENT MOTION

Now comes the plaintiff to asks the Court to extend the time to file an answer to defendants' motion for Summary Judgment, due to Corvid 19, Plaintiff needs an extension up to May 9, 2020, to narrow the issues I the plaintiff email defendants attorneys on April 20, 2020 and they consented.

Respectfully Submitted     /s/ Paul Jones

Paul Jones Plaintiff                                                                                April 21, 2020

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

617-939-5417

Mark R. Reich

Deborah I. Ecker

KP Law, P.C.

101 Arch Street, 12th Floor

Boston, MA 02110-1109

(617) 556-0007

mreich@k-plaw.com

decker@k-plaw.com

## CERTIFICATE OF SERVICE

I, Paul Jones certify that the above document will be served by email to counsel of record, plaintiff & defendants attorneys have agreed due to Corvid 19 to sending all pleadings by email to one another.

| | |
|---|---|
| Respectfully Submitted | /s/ Paul Jones |
| Paul Jones Plaintiff | |
| 572 Park Street, | April 21, 2020 |
| Stoughton, Ma 02072 | |
| Pj22765@gmail.com | |
| 617-939-5417 | |

Mark R. Reich

Deborah I. Ecker

KP Law, P.C.

101 Arch Street, 12th Floor

Boston, MA 02110-1109

(617) 556-0007

mreich@k-plaw.com

decker@k-plaw.com