UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

PAUL JONES

PLAINTIFF                                                                 Civil Action No. 19-cv-11093-TSH

V

MONTACHUSETTS REGIONAL TRANSIT AUTHORITY et al.

DEFENDANT

## PLAINTIFFS RULE 56 (d) FORMALLY RULE 56 (f) DISCOVERY REQUEST MOTION OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF STATEMENT OF MATERIAL FACTS 56.1

Plaintiff opposes Defendants Montachusett Regional Transit Authority ("MART"), and Rebecca Badgley, Donna Landry, Bonnie Mahoney, Karen Cordio, Joanne Norris, Stephanie Richards, Tamara Shumovskaya, Jessica Torres, Amanda Kukta, Robert Monk, Michelle Moyo, Ivan Roman, and Crystal Geisert (collectively "Defendants") Dck # 58 filed on April 9, 2020 Motion for Summary Judgment, Plaintiffs Rule 56 (d) formally Rule 56 (f) Discovery Request Motion Memorandum of Law and Plaintiff opposition to defendants Statement of Material Facts is attached.

Respectfully Submitted

Paul Jones /s/ Paul Jones                                                                 Dated: May 9, 2020

572 Park Street

Stoughton, Ma 02072

617-939-5417

Pj22765@gmail.com

Mark R. Reich

Deborah I. Ecker

KP Law, P.C.

101 Arch Street, 12th Floor

Boston, MA  02110-1109

(617) 556-0007

mreich@k-plaw.com

decker@k-plaw.com

## CERTIFICATE OF SERVICE

    I, Paul Jones certify that the above document will be electronic upon any party or counsel of record, upon notification by the Court of those individuals who will not be served electronically. as party's have consented to receive all pleadings by email due to the Corvid 19 Pandemic.

Paul Jones /s/ Paul Jones                                        Dated: May 9, 2020

572 Park Street

Stoughton, Ma 02072

617-939-5417

Pj22765@gmail.com