Verification of PAUL JONES Sur-reply to defendants reply

Certification of Affidavit and or declaration

STATE OF MASSACHUSETTS

Plaintiff, Paul Jones, states as follows

I am the Plaintiff in this civil proceeding.

I believe that this Response to defendant MART repy to plaintiff Rule 56(f) /(D) is well-grounded in fact and warranted by existing
law or by a good faith argument for the extension, modification or law.

I believe that this response is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in this Complaint. I have filed this Sur-reply in good faith and solely for the purposes set forth in it.

The plaintiff has reviewed the Sur-reply made under oath of which the plaintiff has personal knowledge, the plaintiff knows or believes them to be true, Pursuant to 28 U.S.C. § 1746(2), I, Paul Jones, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing pleading is true and correct.

Paul Jones  /s/ Paul Jones

572 Park Street

Stoughton, Ma 02072

PJ22765@gmail.com

June 10, 2020

11