UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES                                          Civil Action No. 1:19-cv-11093-TSH

Plaintiff

        V.

MONTACHUSETTS REGIONAL TRANSIT AURTHORITY et al

Defendant

MOTION FOR CM/ECF ACCESS

Plaintiff Paul Jones respectfully request this court grant him access to the CM/ECF System as I

am representing myself (Prose) in the two captioned matters (Docket numbers 1:19-cv-

11093TSH and 4:19-cv-11093TSH).

Plaintiff request that the court provide me with all login credentials for the two cases above and

any other information necessary to access and utilize the Electronic Filing (CM/EF) System.

Paul Jones

572 Park Street

Stoughton, Ma 02072                                Dated: February 2, 2021

Pj22765@gmail.com

Mark R. Reich
Deborah I. Ecker
KP Law, P.C.
101 Arch Street, 12th Floor

Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

## CERTIFICATE OF SERVICE

I, Paul Jones certify that the above document will be served by first-class mail upon counsel of record on this 2nd day of February 2021.

Paul Jones

572 Park Street                                   Dated: February 2, 2021

Stoughton, Ma 02072

Pj22765@gmail.com

Mark R. Reich

Deborah I. Ecker

KP Law, P.C.

101 Arch Street, 12th Floor

Boston, MA 02110-1109

(617) 556-0007

mreich@k-plaw.com

decker@k-plaw.com