FILED
IN CLERKS OFFICE
2021 MAR 10 PM 9:55
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

PAUL JONES

PLAINTIFF                                            Civil Action No. 19-cv-11093-TSH

V

MONTACHUSETTS REGIONAL TRANSIT AUTHORITY et al.

DEFENDANTS

NOTICE TO THE COURT

Now comes the plaintiff to notice the court of a typo on plaintiffs' emergency motion to reconsider limited discovery., Plaintiff mistakenly stated in his motion that defendants *did not* oppose his motion, Plaintiff would like to notice the court that when Plaintiff conferred with the Defendants, they stated they *did* oppose plaintiff filing an emergency motion to reconsider limited discovery.

Paul Jones  /s/ Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

617-939-5417

March 18, 2021

Deborah I. Ecker, Esq.

KP | LAW

101 Arch Street, 11th Floor

Boston, MA  02110

O: (617) 654 1714

F: (617) 654 1735

decker@k-plaw.com

www.k-plaw.com

## CERTIFICATION AND CERTIFICATE OF SERVICE

I Paul Jones plaintiff Certify that I have mailed and emailed a copy to all defendant's attorney of record, a true and correct copy of the foregoing has been furnished via First Class mail to all defendants to this action on this 18th day of March 2021.

    Respectfully Submitted
    */s/ Paul Jones*
    Paul Jones
    572 Park Street
    Stoughton, Ma02072
    617-939-5417
    Pj22765@gmail.com

    Deborah I. Ecker, Esq.
    KP | LAW
    101 Arch Street, 11th Floor
    Boston, MA  02110
    O: (617) 654 1714
    F: (617) 654 1735
    decker@k-plaw.com
    www.k-plaw.com