# **EXHIBIT 1**

THE COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024



## NOTICE OF SUBSTANTIAL WEIGHT DETERMINATION

December 4, 2020

Paul Jones
572 Park Street
Stoughton, MA 02072

Re:      Paul Jones vs. Montachusetts Regional Transportation Authority
         Docket No.   19BEM00522
         EEOC No:     523-2018-01934

Dear Complainant:

The Equal Employment Opportunity Commission (EEOC) has informed the Massachusetts Commission of Discrimination (MCAD) of a Final Determination dated February 19, 2019 in the above-referenced case. After review, we are in agreement with the EEOC and have granted substantial weight to the EEOC's determination. We have also determined that the charge reveals no distinct, independent jurisdiction under the discrimination laws separately enforced by the MCAD. This determination concludes the MCAD's investigative process and processing of the case. Therefore, this complaint has been dismissed at the MCAD.

Please note that pursuant to M.G.L. c.151B, §9, you may have the right to file a complaint in court alleging violations of M.G.L. c.151B. There are time deadlines for filing a complaint in court, including that any complaint alleging violations of M.G.L. c.151B must be filed within three (3) years from the time that you knew or should have known that you were subjected to discriminatory conduct.

Sincerely,

Sunila T. George

Sunila Thomas George
Chairwoman

cc:
Montachusetts Regional Transportation Authority
Attn: Director of Human Resources
1427 Water Street
Fitchburg, MA 01420

MCAD Docket Number, EEOC Notice of Substantial Weight Determination

1