# Exhibit 1

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>523-2018-01934 |
|---|---|---|

Massachusetts Commission Against Discrimination and EEOC
*State or local Agency, if any*

I believe that I have been discriminated against and subjected to a hostile work environment based on my race and color (African-American). When I researched the vendors contracted to work with Respondent I learned that the majority of vendors are Russian and/or foreign. The person that runs Respondent's scheduling program, Tamara Shumovoskaya is Russian. A very small percentage of the contractors are African-American. I also believe that when I complained to Respondent about the discrimination, I was unlawfully retaliated against.

I therefore charge Respondent with discriminating against me in violation of Title VII of the Civil Rights Act of 1964, as amended, and the applicable laws of the Commonwealth of Massachusetts.

RECEIVED
FEB 11 2019
U.S. E.E.O.C
Boston Area Office



SUSAN M. BOSCIA
Notary Public
Commonwealth of Massachusetts
My Commission Expires March 22, 2024

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Feb 11, 2019
*Date*    *Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

February 11, 2019

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 523-2018-01934 |

RECEIVED FEB 11 2019 U.S. E.E.O.C. Boston Area Office

Massachusetts Commission Against Discrimination and EEOC
*State or local Agency, if any*

When I questioned Rebecca Bagley (Respondent's Director) about this, I was told my rates were too high. However, when I lowered my rates, I still received less rides than my counterparts. When I questioned Ivan Roman (my contract manager) I was told that some people don't even make it into the portal, and that Respondent would call me when needed. I would receive calls from Respondent, as well as calls from an auto dialer. This meant I was no longer able to pick which trips I wanted to accept (which is the advantage of the portal), since a person would either have to make the call, or put it into the auto dialer to call..

I also sent emails to Rebecca, Ivan, and Karen Cordia (Assistant Director for Transportation Programs for Respondent) alleging discrimination based on race, retaliation, and a hostile working environment.

After sending those emails, I began to be retaliated against. Respondent would assign me calls that were not cost effective (due to distance from the CCRD office), and when I declined, they would ask me when I was going to accept assignments, with hostility.

On or about February 2017, after losing all of my workers and being forced to sell company vehicles due to lack of assignments from Respondent, I filed a complaints with Mass Health, Massachusetts Executive Office of Health and Human Services, the Massachusetts Department of Transportation, the U.S. Department of Justice Civil Rights Division, and Senator Elizabeth Warrens office alleging discrimination and retaliation based on race and color.

In March 2017, Mass Health held a meeting with me and Respondent officials. Following the meeting, I gained access to the vendor portal starting in June 2017. I continued to receive calls from Respondent and the auto dialer. My portal access was completely removed after in September after 90 days. When I questioned it, Rebecca informed me it was because I had raised my rates (which I had done due to the price of gas). I believe this was in retaliation for my complaints.

Respondent continues to retaliate against me. Currently, I have been awarded trips by Respondent, only to find when I get there, another Respondent vendor has taken the client to the appointment. When I questioned it, I was told that Respondent had authorized them to do so. I also am being excessively fined by Respondent by being told that I accepted trips that I didn't accept in the portal. I am receiving calls for trip offers only in the morning, knowing there is no way I can accept all of them. I am also sent on trips but when I arrive, I am being told by the individual that it was scheduled for the wrong day. I have bid on contracts in approximately 50 cities/towns, but am currently only allowed to work in three to five.

I believe that I am an employee rather than an independent contractor, since Respondent controls how I work, when I work, and the terms and conditions of my work.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br><br>*Susan M Boscia* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>Feb 11, 2019<br>Date      Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)*<br>February 11, 2019 |

SUSAN M. BOSCIA Notary Public Commonwealth of Massachusetts My Commission Expires March 22, 2024

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Boston Area Office

John F. Kennedy Federal Building
Government Center
Room 475
Boston, MA 02203-0506
(617) 565-3200
TTY (617) 565-3204
FAX (617) 565-3196

**Massachusetts Jurat Attachment to**
**EEOC Form 5 Charge of Discrimination**

Charge Number: 523-2019-01934

RECEIVED FEB 11 2019 U.S. E.E.O.C. Boston Area Office

Commonwealth of Massachusetts
County of Suffolk

On this the 11th Day of February 2019, before me,

Susan M. Boscia, the undersigned Notary Public, personally appeared
_Name of Notary Public_

Paul Jones, proved to me through satisfactory evidence of identity,
_Name of Charging Party_

MA Driver's License, to be the person whose name was signed on the attached
_Description of Identity_

document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of their knowledge and belief.

_Susan M Boscia_
Signature of Notary Public

Susan M Boscia                My Commission Expires March 22, 2024
Printed Name of Notary



SUSAN M. BOSCIA
Notary Public
Commonwealth of Massachusetts
My Commission Expires March 22, 2024

Place notary seal and/or stamp above

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 523-2018-01934 |

Massachusetts Commission Against Discrimination _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Paul Jones | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 572 Park Street, Stoughton, MA 02072 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MONTACHUSETTS REGIONAL TRANSPORTATION AUTHORITY | 15-100 | (978) 345-7711 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1427 Water St, Fitchburg, MA 01420 | |

[RECEIVED FEB -- 2019 Boston Area Office E.E.O.C. stamp]

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☒ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-01-2016   Latest: 02-11-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I am the President/Director of Commonwealth Community Recovery Division (CCRD), Inc.

In April 2016, CCRD, Inc. entered into a contract with Respondent to provide non-emergency transportation services (to and from medical appointments) to individuals receiving Mass Health Benefits.

In 2016, I received insufficient vendor portal training. Ability use the portal is critical to scheduling rides.

I noticed that in the first six months CCRD was contracted with Respondent, I would receive maybe 2-4 ride offers per day, whereas other vendors would receive up to 200. I knew this from spreadsheets I was able to download from a vendor report tab.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Feb 11, 2019
Date — X Paul Jones
Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
February 11, 2019

[Notary seal: SUSAN M. BOSCIA, Notary Public, Commonwealth of Massachusetts, Commission Expires March 22, 2024]

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Paul Jones
572 Park Street
Stoughton, MA 02072

From: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

EEOC Charge No.: 523-2018-01934
EEOC Representative: Susan M. Boscia, Investigator
Telephone No.: (617) 565-3213

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other (briefly state)   Lack of Jurisdiction: No Employee/Employer Relationship

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

[signature]
Feng K. An,
Area Office Director

FEB 19 2019
(Date Mailed)

Enclosures(s)

cc:
**MONTACHUSETTS REGIONAL TRANSPORTATION AUTHORITY**
1427 Water St
Fitchburg, MA 01420

# Exhibit 2

Commonwealth Community Recovery Division Inc.
Paul Jones
572 Park Street
Stoughton, Ma 02072
ccrdcorp@gmail.com
Cell: 617-939-5417
Toll Free: 888-680-4667
Fax: 888-726-8386

The Equal Employment Opportunity Commission
Office of Federal Operations
P.O Box 77960
Washington, DC 20013

March 20, 2019

**Charge Number**
**523-2018-01934**

# APPEAL

The complainant was employed directly by a contracting company Commonwealth Community Recovery Division Inc. at Montachusett's Regional Transit Authority which a recipient of Federal funds.

The complainant attempted to initiate an EEO complaint against the agency on or about *September 5, 2018*, but complainant complaint of Racial Discrimination, Hostile Work Environment & Retaliation was dismissed for Lack of Jurisdiction for No Employee/Employer Relationship by the agency's EEO office in Boston Massachusetts on February 19, 2019 and the complainant copy was mailed to him and returned to the Boston EEOC office.

Complainant found out his complaint had been dismissed on or about Monday February 25, 2019, through an email from the Boston office it stated *"Dear Mr. Jones: Your notice of dismissal and rights which was sent on February 19, 2019, was returned by the USPS marked "Not Deliverable As Addressed, Unable to Forward", even though it was sent to the address you provided during the intake process. I am attaching a copy of the correspondence which was returned to this email"*.

The complainant appeals this dismissal, the complainant states for the record that

The EEOC process is not limited to direct employees, and that persons (such as contract employees) who are under enough supervision by the agency can also be deemed a "joint employer" relationship of the complainant, and thus able to sue the agency as their 'employer' through the EEOC process. The test used by EEOC is highly fact-specific, applying the non-exclusive factors identified in Ma v. Dept. of Health and Human Services, EEOC Appeal Nos. 01962389, 01962390 (May 29, 1998):

1. The employer has the right to control when, where, and how the worker performs the job.
2. The work does not require a high level of skill or expertise.
3. There is a continuing relationship between the worker and the employer.
6. The employer has the right to assign additional projects to the worker.
7. The employer sets the hours of work and the duration of the job.
8. The worker is paid by the hour, week, or month rather than the agreed cost of performing a job.
9. The work performed by the worker is part of the regular business of the employer;
11. The employer can discharge the worker.
12. The worker and the employer believe that they are creating an employer-employee relationship.

The Boston, Ma EEOC office failed to even consider these factors as complainant point these above test facts between the complainant and the subcontractor.

Applying these factors to the complainant's case, complainant believe that the Boston, Ma EEOC office would have found these factors indicated that the agency was the complainant's joint employer and found that the complainant was supervised enough by the agency for the agency to be a 'joint employer' such as to allow the complainant access to the EEOC complaint (Charge) process.

The alleged incidents of harassment, Discrimination, Hostile Work Environment & Retaliation for filing complaints and protesting the above type of treatment, cited by the complainant were sufficient to allege harassment, Discrimination, Hostile Work Environment & Retaliation claim.

Paul Jones

# VERIFICATION OF CERTIFICATION
# STATE OF MASSACHUSETTS

**Complainant, Paul Jones, states as follows**

I am the Complainant in this civil, I believe that this Appeal is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or law.

I believe that this Appeal is not interposed for any improper purpose, such as to harass (s), cause unnecessary delay or create a needless increase in the cost of litigation. I have filed this Appeal in good faith and solely for the purposes set forth in it. Each exhibit which has been attached to this Appeal is true and correct copy of the original.

I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, Paul Jones, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Paul Jones /s/

Pj22765@gmail.com

DATE: March 20, 2019

The final notice you received described your right to pursue the matter in court by filing a lawsuit within 90 days of your receipt of the dismissal notice. It is important to note that a request for reconsideration does not extend or eliminate the statutory 90-day period for pursuing this matter in court. If a private lawsuit is not filed within 90 days of your receipt of the final dismissal notice, the right to sue for the charge will be lost and cannot be restored by the EEOC.

Very truly yours,

**Feng K. An**

Digitally signed by Feng K. An
DN: cn=Feng K. An, o=United States Equal Employment Opportunity Commission, ou=Boston Area Office, email=Feng.An@EEOC.GOV, c=US
Date: 2019.04.05 11:57:55 -04'00'

Kenneth An, J.D.
Director
Boston Area Office



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Boston Area Office**

John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0506
Toll Free Number:  (866) 408-8075
Boston Direct Dial:  (617) 565-4805
Boston Direct Line:  (617) 565-3200
TTY:  (617) 565-3204
FAX:  (617) 565-3196

Internet: www.eeoc.gov
Email: info@eeoc.gov

April 5, 2019

Mr. Paul Jones
572 Park Street
Stoughton, MA  02072

Re:   EEOC Charge No.  523-2018-01934
      Paul Jones v. Montachusetts Transportation Authority

Dear Mr. Jones:

This is in response to your letter requesting reconsideration of the final findings issued in the above referenced charge of employment discrimination.

The Equal Employment Opportunity Commission (EEOC) has no obligation to reconsider the final findings we have issued on a charge. EEOC Directors may decline to review a request to reconsider an EEOC finding unless the charging Party presents substantial new and relevant evidence, or a persuasive argument that the EEOC's prior decision was contrary to the facts or the law.

Section 605 of EEOC's rules and regulations, states in relevant parts that "the objective of Congress in enacting Title VII (Act) was 'to achieve equality of employment opportunities and to remove barriers that have operated in the past to favor an identifiable group' over other groups. It is the Commission's position that, because the Act was intended to eliminate discrimination in employment, the association between a (Charging Party) and a (Respondent) be related to employment to be covered by the Act. Employment must be distinguished from the independent contractual associations of business entities for [this is] not covered." Under the economic reality analysis, the evidence obtained by the EEOC clearly shows that it is the business interest of your organization d/b/a Commonwealth Community Recovery Division, Inc. that is being served and not that of the Respondent.

Our review of the file does not indicate a basis to reconsider the February 19, 2019, final determination. There are no indications that further investigation would disclose a violation of the statutes enforced by the EEOC.

# Exhibit 3

 Gmail                                                       paul jones <ccrdcorp@gmail.com>

## MARTS previous employee IVAN ROMAN

**paul jones** <ccrdcorp@gmail.com>                                   Mon, Jun 4, 2018 at 9:41 AM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>, "Small-Borsellino, Sharna (EHS)" <Sharna.Small-Borsellino@massmail.state.ma.us>, joseph.l.harrington@state.ma.us, sandy.mulcahy@state.ma.us, julian.tynes@dot.state.ma.us, gregory.sobczynski@state.ma.us, donna.landry@mrta.us, Anthony.J.Ta@state.ma.us

To whom it may concern,
CCRD INC has been experiencing Fraudulent trips that have never been assigned to us popping up in our invoices at the end of each billing cycle for some time now.

CCRD INC writes down (daily log) pick up, drop off times & mileage for each leg of trip daily, none of these trips are on any of the above documents from MART or our in-house daily logs..

CCRD INC also has installed cameras and tracking devices for all 3 of our vehicles & cameras to protect CCRD INC. from fraudulent charges.

These mentioned trips and clients are not even on cameras nor does it ever show any of our vehicles arriving at these clients address to pick up or drop off locations. We can download all vehicles activities that show locations for up to a year for tracking devices (Cloud).

we have been seeing for months trips popping up in our portal it is not on MARTS Vendor portal (Trip Completions) our daily Download of Trips (CSV File) our in-house Daily Log or even our tracking system or cameras, this is very disturbing and can cause us to be brought up on fraud charges if these trips are inadvertently marked completed on our invoices.

CCRD INC has to go through each trip on MARTS Vendor portal (Trip Completions), MARTS Download of Trips (CSV File) & Our in-house Daily Log to assure we have no trips that have been placed in our Invoice at the end of the billing period.

This has nothing to do with CCRD INC. end of things, no trips should be placed in any vendors portal if the vendor did not have these trips in MARTS Vendor portal (Trip Completions), MARTS Download of Trips (CSV File), Our in-house Daily Log, on our Tracking devises (To show vehicle arrived at clients pick & drop off locations)

This is a serious problem for us we are in dire need of your immediate attention for a solution to this serious problem, CCRD INC has screenshots of fraudulent rides placed in our portal during invoicing, we also make a notation in the vendor commits section on the billing invoices, these notations are not in our finalized invoices as of lately when we download a copy for our files as they use to be.

We also can provide detailed in-house daily logs, tracking printouts from tracking company to show none of CCRD INC,s vehicles were at any of these locations, please help us with this serious issue Thank you.


1. Robles. K on Sunday, May 27, 2018, from 44 Pearl St Chicopee Ma to 628 Center Street Chicopee Ma, this is a Fraudulent Trip it shouldn't have been placed in my Portal.

2. Edwin. S on Wednesday, May 30, 2018, from 25-27 Bonnyview Street, Springfield, Ma to 622 State Street Springfield, Ma this is a Fraudulent Trip it shouldn't have been placed in my Portal.


**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**

Fax: 888-726-8386

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]