UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 4:19-cv-11093-TSH

PAUL JONES,

    Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, Et Al.,

    Defendants

DEFENDANT'S OPPOSITION TO PLAINTIFF MOTION TO REQUEST A PRIVILEGE LOG FROM DFEENDANTS IF DISCOVERY IS GRANTED

Defendant Montachusett Regional Transit Authority, ("MART") hereby opposes Plaintiff, Paul Jones' ("Plaintiff") Motion to Request a Privilege Log from Defendants If Discovery is Granted.

Plaintiff filed a Motion and Memorandum of Law in Support of Its Motion to Request a Privilege Log From Defendants If Discovery Is Granted ("Motion") prior to the initiation of discovery and prior to MART asserting the attorney client privilege when withholding documents. Plaintiff's Motion is premature. If and when MART asserts the attorney client privilege as a reason for withholding documents, MART will prepare a privilege log in accordance with the Federal Rules of Civil Procedure. Plaintiff's request for a privilege log at this time should be denied.

WHEREFORE, Defendant respectfully requests that this honorable Court deny Plaintiff's Motion to Request a Privilege Log From Defendants.

1

|  | DEFENDANTS<br>MONTACHUSETT REGIONAL TRANSIT<br>AUTHORITY et al, |
|---|---|
|  | By their attorneys, |
|  | */s/ Deborah I. Ecker*<br>Mark R. Reich (BBO# 553212)<br>Deborah I. Ecker (BBO# 554623)<br>KP Law, P.C.<br>101 Arch Street, 12th Floor<br>Boston, MA  02110-1109<br>(617) 556-0007<br>mreich@k-plaw.com |
| Dated: April 30, 2021 | decker@k-plaw.com |

761533/MART/0006

## **CERTIFICATE OF SERVICE**

I, Deborah I. Ecker certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.

Date:  April 30, 2021                                    */s/ Deborah I. Ecker*