UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES,

Plaintiff                                                    DOCKET NO. 4:19-cv-11093-TSH

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, Et Al.,

Defendants

RULE 45 SUBPEONA WITHDRAWAL

AFFIDAVIT

Now comes the plaintiff Paul Jones to present an affidavit for withdrawal of Rule 45 Subpoenas as ordered by the court June 14, 2021, on this 17th day of June 2021.

VERIFICATION OF AND CERTIFICATION OF
RULE 45 SUBPEONA WITHDRAWALS

STATE OF MASSACHUSETTS

Plaintiff, Paul Jones, states as follows

I, Paul Jones , being duly sworn, depose and state as follows: I am over 18 years of age competent to make this affidavit. I have filed this Affidavit according to the courts order on  June 14, 2021, to withdraw the Rule 45 Subpoenas for the EEOC (Boston branch), EOHHS, Sharna Small-Borsellino, Director of Human Services Transportation, Com. of Mass. Mass Health, and Sandra J. Mulcahy Brokerage Operations Manager.

The plaintiff has reviewed this affidavit of which the plaintiff has personal knowledge, the plaintiff knows them to be true based on specified information, documents, or both.

1

On June 17, 2021, I sent an email to all individuals that was served or when there was an attempt service upon every Individual or business with a Rule 45 Subpoena, plaintiff also called the Norfolk Sheriffs Civil Service Department and also info them to cancel service they then told me that the EEOC, Sharna Smalls and Sandra J. Mulcahy was not served due to the business being closed and they worked from home. Plaintiff also sent an email at 9:10 AM to the attorney for the EOHHS whom also was issued a subpoena the email stated " I am here by withdrawing the Rule 45 Subpoena on this day of June 17, 2021, your response is not needed Thank you.

Pursuant to 28 U.S.C. § 1746(2), I, Paul Jones, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing emergency motion is true and correct.


Paul Jones          /s/ Paul Jones
572 Park Street

Stoughton, Ma 02072

617-939-5417

Pj22765@gmail.com