UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES,

Plaintiff                                                    DOCKET NO. 4:19-cv-11093-TSH

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, Et Al.,

Defendants

EMERGENCY MOTION TO COMPEL ARES OF INQUIRYS, COURT COST AND TO

AMEND THE SHCUEDUELING ORDER

1.  Plaintiffs submit this motion, pursuant to Federal Rule of Civil Procedure  , to compel Defendant

    Montachusetts Reginal Transit Authority ("Defendant")  to agree on Areas of Inquiry for Deposition

    Scheduled for Tuesday June 22, 2021, at 10:00 AM that will be recorded by Zoom platform with an

    authorized court reporter.

Respectfully Submitted
Paul Jones                                                   June 17, 2021
572 Park Street
Stoughton, Ma02072
617-939-5417
Pj22765@gmail.com

*/s/ Paul Jones*

Mark R. Reich
Deborah I. Ecker
KP Law, P.C. 101 Arch Street, 12th Floor

PDF processed with CutePDF evaluation edition www.CutePDF.com

Boston, MA 02110-1109

decker@k-plaw.com, mreich@k-plaw.com

(617) 556-0007