# EXHIBIT B

**Richard, Stephanie**

| | |
|---|---|
| **From:** | Champagne, Jessica |
| **Sent:** | Wednesday, September 09, 2020 10:13 AM |
| **To:** | DMAContracts; brokeragebus |
| **Cc:** | DMAVendor |
| **Subject:** | RE: Rates |

Good morning Paul,

I have escalated your issue of being locked out of your portal over the weekend, Mart did go ahead and reset your password yesterday per my request as we discussed over the phone. However at this time you are on a "no work hold" due to your workers comp expiring. In order to return to working duties you do need to correct this matter. Has this been corrected, if so please have your insurance liaison outreach Rebecca to get that squared away?   Once we have received confirmation this had been address and corrected on Marts end we will reach to you to let you know the next steps to get you back and operational for Mart.

Thank you,

*Jessica Champagne*
*Team Lead*
*Program & Contracts Management*
*978-665-2869 direct line*
*978-342-1063 fax number*

From: paul jones [mailto:ccrdcorp@gmail.com]
Sent: Wednesday, September 09, 2020 7:20 AM
To: Champagne, Jessica; Moyo, Michelle
Subject: Rates

I sent a request to be allowed to change CCRD rates yesterday because we were locked out of the portal over the long weekend any word?

Paul Jones / Director
Commonwealth Community
Recovery Division Inc.
79 Thompson Street
Springfield, Ma 01109
Cell: 617-939-5417
Toll Free: 888-680-4667
Fax: 888-726-8386

## Richard, Stephanie

| | |
|---|---|
| **From:** | Richard, Stephanie |
| **Sent:** | Wednesday, September 09, 2020 12:26 PM |
| **Cc:** | Champagne, Jessica; DMAVendor; Desrosiers, Rebecca |
| **Subject:** | RE: Rates |

Hi, Vendor could not access the portal because he is marked as -3 in names due to him being on hold since April, he is not allowed to resume work until a full insurance review is completed.
Thank you
Stephanie

**From:** Moyo, Michelle
**Sent:** Wednesday, September 09, 2020 9:06 AM
**To:** DMAContracts <BrokerageContracts@MRTA.US>
**Cc:** Champagne, Jessica <Jessica.Champagne@MRTA.US>; DMAVendor <DMAVendor@MRTA.US>
**Subject:** FW: Rates

Please see the vendors email below. Thank you.

Michelle Moyo
Montachusett Regional Transit Authority
Vendor Compliance Agent
michelle.moyo@mrta.us
(978) 665-2864
Fax: (978) 342-1053

The information contained in or accompanying this email is intended only for the use of the stated recipient and may contain information that is confidential and/or privileged. If the reader is not the intended recipient or the agent thereof, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited and may constitute a breach of confidence and/or privilege. If you have received this email in error, please notify me via return email and permanently delete the original with its attachments and destroy all copies. Thank you.

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Wednesday, September 09, 2020 7:20 AM
**To:** Champagne, Jessica; Moyo, Michelle
**Subject:** Rates

I sent a request to be allowed to change CCRD rates yesterday because we were locked out of the portal over the long weekend any word?

Paul Jones / Director
Commonwealth Community
Recovery Division Inc.
79 Thompson Street
Springfield, Ma 01109
Cell: 617-939-5417

1