UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>     Plaintiff,<br><br>v.<br><br>MONTACHUSETTS REGIONAL TRANSIT AURTHORITY et al<br><br>     Defendants. | Civil Action No. 4:19-cv-11093-TSH |

### PLAINTIFFS ASSENTED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT TO SEPTEMBER 6, 2021

1. Defendants filed a Motion for Summary Judgment ("Defendants' Motion") on July 29, 2021 (ECF No. 120). Plaintiffs Opposition to Defendants Motion is currently due on August 23, 2021. Plaintiff respectfully request an extension of the current deadline to file his opposition to defendants Motion to Monday September 6, 2021.

2. Plaintiffs' contacted Defendants' attorneys by email and spoke to Deborah Eckers by telephone on Wed Aug 18, 2021, at 10:29 AM, attorney Debora Eckers agreed and consented to plaintiff fourteen-day extension to September 6, 2021.

3. Neither party will be prejudiced by this extension, Plaintiff therefore respectfully request an extension to September 6, 2021 to file his Opposition in Response to Defendants Motion for Summary Judgement.

Date: August 18, 2021

Paul Jones      /s/ Paul Jones

572 Park Street

Stoughton, Ma 02072

617-939-5417

Pj22765@gmail.com

## CERTIFICATE OF SERVICE

I Paul Jones the plaintiff hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 18, 2021.

Paul Jones
/s/ Paul Jones

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that on August 17, 2021, and August 18, 2021, I Paul Jones the plaintiff contacted counsel for defendants by e-mail and telephone in an attempt to, in good faith, resolve or narrow the issues raised in this motion.

Paul Jones
/s/ Paul Jones