# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MONTACHUSETTS REGIONAL TRANSIT AURTHORITY  et al<br><br>　　　　　　Defendants. | Civil Action No. 4:19-cv-11093-TSH |

# EXHIBITS

1. Plaintiff files this notice to the court of exhibits file with plaintiffs:

   A. Opposition to Defendants Motion for Summary Judgement,

   B. Plaintiffs Counter to Defendants 56.1 Statements of Material Facts,

   C. Plaintiffs 56.1 Statements of Material Facts,

   D. Plaintiff Affidavit

   E. 15 Exhibit to Plaintiff Opposition to Defendants Motion for Summary Judgement , exhibits 11, 13,15 and 19 is not included.

## CERTIFICATE OF SERVICE

I, Paul Jones the plaintiff certify that the above document was filed and that it will be sent electronically and by First class mail to counsel of record.

Respectfully Submitted

Paul Jones   /s/ Paul Jones                                      September 5, 2021
572 Park Street
Stoughton, Ma02072
617-939-5417
 Pj22765@gmail.com

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C. 101 Arch Street, 12th Floor
Boston, MA 02110-1109
decker@k-plaw.com,
  mreich@k-plaw.com
 (617) 556-0007