# EXHIBIT 4

# Controlling my work hours

PDF processed with CutePDF evaluation edition www.CutePDF.com



paul jones <ccrdcorp@gmail.com>

## RE: Compliance / Portal issue Dec 26,2018 - CCRD

**Moyo, Michelle** <Michelle.Moyo@mrta.us>  Wed, Dec 26, 2018 at 1:00 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAContracts <BrokerageContracts@mrta.us>

Good afternoon,

If you wish to change your hours of operation, you will need to fill out the attached form and submit it back to MART. You will need to list the hours that your company will be open for each day of the week. As stated in my previous email, vendors do not have access to updating their capacities, as that is something that only MART can do. Thank you.

[Quoted text hidden]

📄 **CHANGE OF ADDRESS FORM 2018.pdf**
61K



paul jones <ccrdcorp@gmail.com>

**FW: NOTICE TO ALL MART MASS HEALTH VENDORS**
2 messages

**Roman, Ivan** <Ivan.Roman@mrta.us>  Mon, Mar 12, 2018 at 3:50 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

**Dear MART vendor,**

**Please be advised, MART'S Call Center has changed its hours of operation and now open from 6am to 9pm.  Therefore, you may be contacted if your contract indicates you are open during these time frames.   Please be advised that MART is also changing the start time of the automated vendor callout the process will start at 6am instead of current time of 7am effective Thursday, March 15, 2018.**

**Sincerely,**

*Ivan Roman*

*Asst. Project Coordinator (MART)*

*Phone 978-353-0333 ext. 2854*

*Fax 978-342-1063*

```
The information in this email is intended only for the person or entity to which it is
addressed and may contain confidential and/or privileged material. Any review,
retransmissions, dissemination or other use of or taking of any action in reliance upon
this information by persons or entities other than the intended recipient is prohibited.
If you receive this email in error, please contact the sender and delete the material from
any computer.
```



paul jones <ccrdcorp@gmail.com>

## CCRD INC is available for Transportation 7 days a week 24 hours aday
4 messages

**paul jones** <ccrdcorp@gmail.com>  Thu, Jun 2, 2016 at 10:39 AM
To: "Geisert, Crystal" <crystal.geisert@mrta.us>, "Roman, Ivan" <Ivan.Roman@mrta.us>

Hello can you please change CCRD INC Vendor Capacity to reflect that we are willing to except trips 7 days a week 24 hours a day Thank you very much, I know you guys are extremely busy, we only send emails when necessary.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Tel: 617-939-5417**
**Fax: 888-726-8386**
Website: **www.ccrdcorp.com**

**Roman, Ivan** <Ivan.Roman@mrta.us>  Thu, Jun 2, 2016 at 12:25 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Cordio, Karen" <Karen.Cordio@mrta.us>, "Geisert, Crystal" <Crystal.Geisert@mrta.us>, "Shumovskaya, Tamara" <Tamara.Shumovskaya@mrta.us>

Hi Paul,

You are able to make changes to your capacity manager to reflect times and days of the week you are willing to accept work by visiting the vendor portal and editing your capacity management tab.

Our DDS and EIP programs work differently from our DMA program which you are a part of and they have an RFP every 5 years which just started this fiscal year so they are not accepting applications at this time.  However after your company has completed a full year of service with our DMA program your company can ask to be considered for individual trips they often times offer our vendors as single trips but they will not take you into consideration until your anniversary has passed and your company has proven to provide reliable service.

Lastly, unfortunately MART does not pay vendors for no shows.  We are very sorry to hear that you have wasted time, energy, gas, and money on trips that you were unable to complete.  However these circumstances should be considered when accepting work as they can occur.   Vendors rates often times affect the amount of work you will receive and is a very competitive based bidding system.  This should also be considered if you are looking to receive more job offers.

Thank you for contacting MART if you have any further questions or concerns please feel free to touch base with Karen, Crystal, or myself.

Sincerely,

*Ivan Roman*

*Asst. Project Coordinator (MART)*

*Phone 978-353-0333 ext. 2854*

*Fax 978-342-1063*

[Quoted text hidden]

---

**Paul Jones** <ccrdcorp@gmail.com>     Thu, Jun 2, 2016 at 3:30 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Thank you Ivan for your response

Sent from my iPhone

> On Jun 2, 2016, at 12:25 PM, Roman, Ivan <Ivan.Roman@MRTA.US> wrote:
>
>

---

**paul jones** <ccrdcorp@gmail.com>     Thu, Jun 2, 2016 at 6:52 PM
To: "Roman, Ivan" <Ivan.Roman@mrta.us>

Dear Ivan,
when I go to capacity management tab it states : You cannot change capacities as it has been locked by MART,
This is in red writing bold letters, from what it is telling me it needs to be unlocked by MART first, please let me know your thoughts Thank you.


**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Tel: 617-939-5417**
**Fax: 888-726-8386**
**Website: www.ccrdcorp.com**

[Quoted text hidden]