# Exhibit 5

SUPERIOR COURT-CIVIL
MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE
RECEIVED
AUG 3 0 2021

PDF processed with CutePDF evaluation edition www.CutePDF.com
PDF processed with CutePDF evaluation edition www.CutePDF.com

Hi Paul,

This correspondence is to inform you that I have received and reviewed the credentials for the following individuals;

Julio Lema

Kelian Thomas

Sheraz Hasan

Paul Jones

I know you mentioned over the phone that Lindsey Shepard is inactive at the moment which I was able to confirm and that is fine.

However, upon receiving the credentials for the individuals mentioned we have determined that Kelian Thomas will not qualify to be a driver for our program as his RMV does not meet MART's performance standards at this time.

Sheraz Hasan appears to qualify at the moment but may not be activated pending receipt of his Massachusetts RMV record.  While I have read your email regarding his status unfortunately it must be ran, reviewed and placed in his file before he can continue to work on MART work.

Julio Lema and yourself are all set.

Please respond in writing as to the removal of Mr. Thomas as well as Mr. Hasan who is to be removed pending receipt of the requested information and your company receiving written authorization to start him from MART.

Sincerely,

*Ivan Roman*

*Asst. Project Coordinator (MART)*

*Phone 978-353-0333 ext. 2854*

*Fax 978-342-1053*



paul jones <ccrdcorp@gmail.com>

## CM221731 CM221740 CM221743 CCRD
10 messages

**Rodriguez, Sarah** <Sarah.Rodriguez@mrta.us>  Fri, Feb 1, 2019 at 1:42 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAComplaints <DMAComplaints@mrta.us>

In regards to CM221731  CM221740  CM221743  CCRD

This driver CLYDE MURPHY is to be **removed** from all MART work, pending drug test results. This must be completed within (drugs 32 hours/alcohol 8 hours) Please forward all credentials to MART within 48 hours by  Monday February 4, 2019 at 8a:

1. COPY OF THE DRIVERS LICENSE.
2.  RMV REPORT.
3. ALL TRAINING CERTIFICATES.
4. HIPPA SIGNED FORM.
5. MEDICAL CLEARANCE LETTER.
6. DATE OF CORI ONLY

Please confirm in your response to this email that the driver has been removed from all MART work.  **PLEASE RESPOND TO THE COMPLAINT IMMEDIATELTY.**

**For any documents requested and not received for an accident/client injury the fine will be $100.00 per day**

Happy Valentines Day
Sarah Rodriguez
Complaints Department
TEL 978 665 2821
FAX 978-342-1053

---

**paul jones** <ccrdcorp@gmail.com>  Fri, Feb 1, 2019 at 2:36 PM
To: "Rodriguez, Sarah" <Sarah.Rodriguez@mrta.us>

Attached is requested documents the Cori Date is 10/24/2018, I will forward Clydes RMV report shortly in a separate email Thank you.

Paul Jones / Director
Commonwealth Community
Recovery Division Inc.
79 Thompson Street
Springfield, Ma 01109
Cell: 617-939-5417
Toll Free: 888-680-4667
Fax: 888-726-8386

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

**7 attachments**



IMG_2402.jpg
460K

IMG_2403.jpg

 paul jones <ccrdcorp@gmail.com>

# Yani Velazguez
2 messages

---

**paul jones** <ccrdcorp@gmail.com>  Fri, Jun 15, 2018 at 2:24 PM
To: paul jones <ccrdcorp@gmail.com>

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll-Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

---

**5 attachments**

- **Copy of Transportation Provider Employee Log submitted.xlsx**
  15K
- **certificates.pdf**
  1192K
- **Hippa form and DOT.pdf**
  1246K
- **Yanira driving record.pdf**
  715K
- **Yanira license.pdf**
  497K

---

**paul jones** <ccrdcorp@gmail.com>  Mon, Jun 18, 2018 at 2:45 PM
To: "Richard, Stephanie" <stephanie.richard@mrta.us>

Thank you for the response, attached is the workers here I will be sending them separately.
**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**



The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

---

**5 attachments**

- **Copy of Transportation Provider Employee Log submitted.xlsx**
  15K
- **certificates.pdf**
  1192K
- **Hippa form and DOT.pdf**
  1246K
- **Yanira driving record.pdf**
  715K
- **Yanira license.pdf**
  497K



paul jones <ccrdcorp@gmail.com>

# CCRD - ACCIDENT/CM234855
6 messages

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>  Tue, Aug 13, 2019 at 9:30 AM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Monk, Robert" <Robert.Monk@mrta.us>

Good morning,

Thank you for reporting the accident involving Rickey Rogers via the vendor portal. He is to be removed from all MART/HST work immediately pending the investigation. Please confirm if he did both the drug and alcohol testing and the date and time that he went. Please respond to this email as well as confirm that he has been removed. Thank you.

Michelle Moyo

Montachusett Regional Transit Authority

Vendor Compliance Agent

michelle.moyo@mrta.us

(978) 665-2864

Fax: (978) 342-1053

---

**paul jones** <ccrdcorp@gmail.com>  Tue, Aug 13, 2019 at 10:18 AM
To: "Moyo, Michelle" <Michelle.Moyo@mrta.us>

**He is back at the facility now getting it done**
**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>  Tue, Aug 13, 2019 at 10:37 AM

Welcome: CCRD-COMMONWEALTH COMMUNITY RECOVERY DIVISION INC

Reports | Help | Home | Logout

Agency: MassHealth

COMMONWEALTH COMMUNITY RECOVERY DIVISION LLC

## Complaint

IF THE RESPONSE DATE CANNOT BE MET, CALL TO DETERMINE IF AN EXTENSION MAY BE GRANTED.
Response due at RTA by 12/11/2018 [mm/dd/yyyy]
PLEASE NOTE THAT THE PENALTY INDICATED BELOW, IS SOLELY FOR MISSING THE RESPONSE DEADLINE. ADDITIONAL FINES MAY RESULT FOR SUBSTANTIATED COMPLAINTS WHICH REPRESENT VIOLATIONS OF THE RTA/HST TECHNICAL SPECIFICATIONS IN OUR CONTRACT.
PENALTY FOR MISSING RESPONSE DEADLINE: $25.00

| Field | Value | Field | Value |
|---|---|---|---|
| # | CM218306 | *Date Received: | 12/06/2018 |
| | | *Time Received: | 1139A |
| ted By: | CLT | Callback Phone #: | |
| Taken By: | Sarah | Supervisor: | sr |

### PASSENGER DETAILS

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Name: | [redacted] | *First Name: | [redacted] | MI: | |
| #: | [redacted] | St. Name: | [redacted] | Apartment Number: | |
| | SPRINGFIELD | State: | MA | Zip: 01108 | Phone: [redacted] |
| Incident Occurred: | 12/01/2018 | Trip ID: T8229720 | | PU Time: 0900A | *Time of Incident: 1139A |
| ddress: | [redacted] | Trip Comments: | ES(1) CLNT LIVES [redacted] PER MEM | D/O Address: | [redacted] |
| ty, State: | SPRINGFIELD, MA | | | D/O City, State: | [redacted], MA |
| ntr: | | Equip.: | | D/O Entr: | |
| Ride Code: | | Operator | CCRD | Route #: | Distributed to: |
| | HST03-PIONEER VALLEY | | | Type of Service: | WFP |
| ory: | Select Category | | | | |
| int Memo: | CLT STATED THE ACCIDENT OCCURED GOING TO THE APPT. CLT SAYS ONE OTHER CLT & THE DRV WERE IN THE VEH. NO POLICE OR AMBULANCE WERE CALLED. NO INJURIES. CLT WAS WEARING SEATBELT. CLT SAYS THE DRV WAS COMING OFF THE HIGHWAY WHEN A VEH HIT THEM FROM BEHIND. DRV ASKED IF CLT WAS OK. | | | RTA Action Memo: | SEE CM218276 THE DRV RICKEY ROGERS IS TO BE REMOVED PENDING INVESTIGATION. EMAIL TO FOLLOW |
| ator Response/Action: | | | | | |
| gated By: | | | | Vendor Response Date: | |

