# EXIHBIT 6

PDF processed with CutePDF evaluation edition www.CutePDF.com



**paul jones <ccrdcorp@gmail.com>**

## A MART farewell. RE: Ivan Roman

**I R** <ivanlastnameroman@gmail.com>               Fri, May 18, 2018 at 12:16 PM
To: ivanlastnameroman@gmail.com
Bcc: ccrdcorp@gmail.com

Dear Vendor,

My name is Ivan Roman former MART vendor supervisor and Mass Health transportation program team lead for the past several years. I was a supervisor at MART for the better part of the last decade. Many of you may be familiar with me. I would like to inform you of my departure from MART and thank you all for the years of working together as well as the services you provide as I am familiar with both sides of the spectrum. Much of the following will be information I was not at liberty to share during my employment with MART.

Many of MART's vendors feel that they are unjustly fined and that their work is under-valued and unappreciated. Unfortunately, I can confirm that is the case, as MART does not even appreciate its own employee's and that was one of the many reasons I decided to resign from my position with their company. I am aware that MART tends to simply tell people that so and so is no longer with them but I will reiterate that I resigned from my position and was not fired or let go in anyway.

I have championed change with-in MART to better facilitate your needs and theirs as well as tried to build an open line of communication with-in your perspective companies to allow for better training, giving vendors a chance to be heard, as well as access to departments and individuals that are actually accessible and return calls promptly. However, my attempts to create a smoother flowing system were largely detoured for the most part by the bureaucracy of my superiors and the servient nature of the system as a whole. They have even gone as far as to stop holding vendor conferences to avoid hearing much of what they already know is wrong but even more so to avoid vendors from fraternizing with each other. The bad part is that the vendors are the ones paying for their flawed system. Why? Whats flawed?

With that said, I would like to to further inform you that as a former MART vendor supervisor I have obtained some valuable knowledge in respect to this industry and in particular the contract/s your company hold/s with MART. I can also attest that much of the knowledge I have obtained can save the vast majority of MART vendors a great deal of capital when it comes to knowing how to navigate the different scenarios outlined with-in the contract as well as the general know how regarding portal use, MART protocol, requirements, etc..

I can't say that I am looking for work exactly, as I am currently employed but after speaking to a friend in the business he encouraged me to send out this email as I have been approached by many companies in the past asking for assistance in setting up a system that works for them which as appealing as it may have been would have been a conflict of interest at those particular times. He also informed me that companies were being lead to believe I was terminated which was not the case. I am now at liberty to help assist companies on my own time and can offer manager training assistance which can assist any vendors bottom line but can be extremely useful for companies that are new to this program or frequently fined. There are many ways vendors can protect themselves, their investment, and their bottom line as well as save on other expenditures.

Knowledge is power. If you feel you have been fined excessively? Not getting your questions answered? Are you not getting the results you've expected out of this program? Are not being offered work? Having portal problems? Hiring problems? Having trouble reaching departments? Need assistance setting up a system that works? Questions or concerns in regards to MART? I may be able to assist.

Feel free to reply to this email to find out more about how I may be able to assist your company, today. It's been a pleasure to have worked with you and if needed I am here. Thank you and best of luck to you all..

Sincerely,

Ivan Roman

 Gmail

**paul jones <ccrdcorp@gmail.com>**

## MICKS,D 4135233386
5 messages

**paul jones** <ccrdcorp@gmail.com>                                           Wed, Sep 18, 2019 at 5:56 AM
To: "Moyo, Michelle" <Michelle.Moyo@mrta.us>, "Monk, Robert" <robert.monk@mrta.us>, "Badgley, Rebecca"
<rebecca.badgley@mrta.us>, "Shumovskaya, Tamara" <tamara.shumovskaya@mrta.us>, "Amanda-T.Kukta@MRTA.US"
<Amanda-T.Kukta@mrta.us>, "Jessica, Torres" <jessica.torres@mrta.us>, "Richard, Stephanie"
<stephanie.richard@mrta.us>, decker@k-plaw.com, mreich@k-plaw.com

I am writing to inform the above individuals that I Paul Jones the dispatcher did not except this trip from Ludlow to
Monson , This trip was placed in my portal to disturb my schedule, MART scheduling department is well aware that no
vendor will except one trip outside of the area where 99 % of their trips are located.

By someone placing this trip in CCRD INC portal, it is a clear act of Retaliation, Discrimination, Hostile work
environment and is designed to cause CCRD INC economic harm.

This has been going on for over 2 years and needs to stop, the trip has been placed in CCRD INC portal to cause
confusion and ultimately cause CCRD INC to be fined and be sanctioned to have CCRD INC works load to be reduced.

I cannot continue to just sit by and watch this type of treatment continued to be used against CCRD INC because we
protest treatment from MART, I am writing this to use as part of the record,
The above trip that was placed in our portal will cause us to be late to pick up at least 6 other trips that we did except as
part of our schedule, it is designed to do just that.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may
contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any
action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you
receive this email in error, please contact the sender and delete the material from any computers.**

**Badgley, Rebecca** <rebecca.badgley@mrta.us>                                   Wed, Sep 18, 2019 at 12:07 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "decker@k-plaw.com" <decker@k-plaw.com>, "mreich@k-plaw.com" <mreich@k-plaw.com>

Paul,

Please know that we are not retaliating or trying to create a hostile work environment as your correspondence
indicates.

I am looking into this myself and it does differ from other instances that you have brought forward.  Previous instances presented by CCRD were cut and dry and accepted through the Vendor Portal or call out from CCRD devices.

This instance was assigned by staff via the SNS and I am investigating the issues and will get back to you with the findings.  Respectfully.

*Rebecca L. Badgley*

*MART Director of Brokerage Operations*

*978-665-2828*

[Quoted text hidden]

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>                              Thu, Sep 19, 2019 at 9:25 AM
To: paul jones <ccrdcorp@gmail.com>
Cc: "decker@k-plaw.com" <decker@k-plaw.com>, "mreich@k-plaw.com" <mreich@k-plaw.com>

Paul,

Our follow up, the investigation has been completed and it has been found that this trip was placed by staff into your portal at 1034 on 9/17/19 without required vendor confirmation.  Appropriate actions have been taken with the staff person.

As your email came early yesterday morning, it is my understanding that Katie had contacted you directly to see if the trip required reassignment and you were already on the way to pick up the member.  It is appreciated that you made every attempt to cover the trip.

I have further noticed that the end results was that the member ended up being a no show.  Due to the fact that this trip was placed in your portal and was an error on MART's part.  We will pay your company, your pick-up fee of $30.

As this is not actually a billable trip the trip will not show on your invoice but your company will paid by way of reimbursement from our quality assurance department.   I have already started the process for your reference, CM237558 there is no action necessary on your end.

Thank you for bringing the issue to our attention.

*Rebecca L. Badgley*

*MART Director of Brokerage Operations*

*978-665-2828*

---

**From:** Badgley, Rebecca
**Sent:** Wednesday, September 18, 2019 1:08 PM
**To:** 'paul jones'
**Cc:** decker@k-plaw.com; mreich@k-plaw.com
**Subject:** RE: MICKS,D 4135233386

Paul,

Please know that we are not retaliating or trying to create a hostile work environment as your correspondence indicates.

I am looking into this myself and it does differ from other instances that you have brought forward.  Previous instances presented by CCRD were cut and dry and accepted through the Vendor Portal or call out from CCRD devices.

This instance was assigned by staff via the SNS and I am investigating the issues and will get back to you with the findings.  Respectfully.

*Rebecca L. Badgley*

*MART Director of Brokerage Operations*

*978-665-2828*

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Wednesday, September 18, 2019 6:57 AM
**To:** Moyo, Michelle; Monk, Robert; Badgley, Rebecca; Shumovskaya, Tamara; Kukta, Amanda; Torres, Jessica; Richard, Stephanie; decker@k-plaw.com; mreich@k-plaw.com
**Subject:** MICKS,D 4135233386

5

I am writing to inform the above individuals that I Paul Jones the dispatcher did not except this trip from Ludlow to Monson , This trip was placed in my portal to disturb my schedule, MART scheduling department is well aware that no vendor will except one trip outside of the area where 99 % of their trips are located.

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                                                    Thu, Sep 19, 2019 at 11:06 PM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>, decker@k-plaw.com, mreich@k-plaw.com

Dear Rebecca thank you for the investigation I have one question when I closed my portal approximately **1 pm**, I didn't see this trip in or portal, you state it was placed in my portal at 1034 on 09/17/19, you mean **1034 PM** correct?

**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>                                         Fri, Sep 20, 2019 at 7:36 AM
To: paul jones <ccrdcorp@gmail.com>
Cc: "decker@k-plaw.com" <decker@k-plaw.com>, "Mark R. Reich" <MReich@k-plaw.com>

Paul,  In response to your question, this  was placed in your portal at 1034am on 9/17/19, so it would have been present at 1pm.

Rebecca

[Quoted text hidden]

 Gmail

**paul jones <ccrdcorp@gmail.com>**

---

## RE: Compliance / Portal issue Dec 26,2018 - CCRD

**paul jones** <ccrdcorp@gmail.com>           Thu, Dec 27, 2018 at 3:37 PM
To: "Moyo, Michelle" <Michelle.Moyo@mrta.us>, "Badgley, Rebecca" <rebecca.badgley@mrta.us>, "Monk, Robert" <robert.monk@mrta.us>, "Richard, Stephanie" <stephanie.richard@mrta.us>, "Amanda-T.Kukta@MRTA.US" <Amanda-T.Kukta@mrta.us>, "Jessica, Torres" <jessica.torres@mrta.us>, "Small-Borsellino, Sharna (EHS)" <Sharna.Small-Borsellino@massmail.state.ma.us>, joseph.l.harrington@state.ma.us, "Mulcahy, Sandy (EHS)" <sandy.mulcahy@state.ma.us>, "Handford, Everett (Warren)" <Everett_Handford@warren.senate.gov>, "Shumovskaya, Tamara" <tamara.shumovskaya@mrta.us>

Hello, I am writing this email in hopes of receiving some assistance in this matter, it has been going on for to long and is costing CCRD INC and its employees Time, Money and Energy just this email took 2 hours it required much research on our behalf.

This is the second day in a row but has been happening for approximately 2years and we have been fine constantly for unable to make trips that were never taken by our company that was placed in our daily log.

Yesterday we had Standing order trip placed in our portal that we never excepted it was fixed today 20 Trips (Each leg) standing orders have been placed in CCRD INC portal that we did not except, going forward as of today Dec 27, 2018, at 2:16 pm, CCRD INC. will not be excepting any standing orders until after this issue is fixed or Jan 5, 2018, whichever one comes first.

These standing orders that are in my portal below without CCRD INC consent have to be dealt with or CCRD INC will face multiple fines, we believed we have been excepted enough fines in the last two years that we did not deserve, when these standing orders are placed in our portal, it puts CCRD INC at jeopardy of being fined, as we only have 3 vehicles on the road right now, there is no way I the only dispatched here would have excepted these trips they are impossible for CCRd INC to make under our circumstances.

**Below is a list of standing orders that just appeared in our portal:**
**1. R121331, R121332**
**2. R121380, R121381**
**3. R131435, R131436**
**4. R121518, R121519**
**5. R121180, R121181**
**6. R121226, R121227**
**7. R121285, R121286**
**8. R121313, R121314**
**9. R121324, R121325**
**10. R121518, R121519**

*This is contrary to Retaliation MGL chapter 151,*
*Title VII of the Civil Rights Act of 1964,*
***Title VI of the Civil Rights Act of 1964,***
*The Civil Rights Act 42 U.S.C. § 1983,*
*The Civil Rights Act 42 U.S. Code § 1981& MGL 93a.*

I am requesting that these incidences be investigated, I am writing to Managers and lower employees and reaching out for help from anyone so that CCRD INC will not be subject to FINES and any more false placement of trips in our standing order portal and or daily schedule, this has caused CCRD INC $1000,s of dollars in the last 2 years.

Also, CCRD INC did not except trip **_Mitchel. M R121067 & R121068_**, this trip is for 5:30 am in the morning we don't open until 7 am, this trip will deprive all CCRD INC employees of their family responsibility and put undue pressure on our agency, please remove it we did not except the trip it is for January 2, 2018 & January 3, 2018 Thank you please advise.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

 **paul jones <ccrdcorp@gmail.com>**

## The below trips were not excepted by CCRD

2 messages

---

**paul jones** <ccrdcorp@gmail.com>                                      Fri, Aug 16, 2019 at 6:40 AM
To: Mart Tamara Shumovskaya <tamara.shumovskaya@mrta.us>, Jessica.Torres@mrta.us, "Amanda .T .Kukta" <Amanda-T.Kukta@mrta.us>, Mart Rebecca Badgley <rebecca.badgley@mrta.us>
Bcc: ccrdcorp@gmail.com

  This trips were placed in our portal as I the dispatcher did not except them, this is causing us economic harm.

  Colon .A 787-384-2229

  Sent from my iPhone

---

**Esteves, Keisha-Perez** <Keisha-Perez.Esteves@mrta.us>                  Fri, Aug 16, 2019 at 9:48 AM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Shumovskaya, Tamara" <Tamara.Shumovskaya@mrta.us>, "Torres, Jessica" <Jessica.Torres@mrta.us>, "Kukta, Amanda" <Amanda-T.Kukta@mrta.us>, "Badgley, Rebecca" <rebecca.badgley@mrta.us>, DMAScheduling <DMAScheduling@mrta.us>

  Good Morning,

  Per our phone conversation this member is being transported by your company.
  As we discussed, please send all emails to DMAscheduling@mrta.us as Amanda & Jessica are no longer in the scheduling department.

  Regards,

  Keisha Perez-Esteves
  Scheduling Department Team Lead
  Montachusett Regional Transit Authority
  Fitchburg, MA
  978-665-2895
  [Quoted text hidden]



**paul jones <ccrdcorp@gmail.com>**

---

# FINES REPORT - CCRD
7 messages

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>
To: "ccrdcorp@gmail.com" <ccrdcorp@gmail.com>

Fri, Sep 29, 2017 at 4:44 PM

Hello CCRD,


Attached is a file in which you will find all fines from each department combined for the 2nd half of September 2017. If you have any questions, please contact the specific issuing department. Thank you.

Michelle Moyo
Quality Assurance Department
michelle.moyo@mrta.us
Fax: (978) 342-1053


The information in this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computer.

---

 **VENDORS.pdf**
173K

---

**paul jones** <ccrdcorp@gmail.com>
To: "Moyo, Michelle" <Michelle.Moyo@mrta.us>

Fri, Sep 29, 2017 at 10:50 PM

Can you please send me a spread sheet with each complaint I.D number, date and violation Thank you so much.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**


**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>
To: paul jones <ccrdcorp@gmail.com>
Cc: "Norris, Joanne" <Joanne.Norris@mrta.us>, "Dunn, David" <David.Dunn@mrta.us>

Mon, Oct 2, 2017 at 12:41 PM

Good afternoon CCRD,

I have looked into your request and have provided the information below:

Complaint cm186147

- Filed on 8/24/17

- Payment of $31.00 withheld for lateness on 8/24/17

Complaint cm186347

- Filed on 8/28/17

- $25.00 fine for late arrival, causing client to miss appointment on 8/28/17

Complaint cm186353

- Filed on 8/28/17

- Payment of $15.00 withheld for lateness on 8/28/17

Complaint cm186424

- Filed on 8/29/17

- $25.00 fine for no-show on 8/29/17

I hope this information was helpful. Thank you.

Michelle Moyo

Quality Assurance Department

michelle.moyo@mrta.us

(978) 353-0333 Ext 2831

Fax: (978) 342-1053

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                              Mon, Oct 2, 2017 at 1:25 PM
To: "Moyo, Michelle" <Michelle.Moyo@mrta.us>

Hello thank you for your reply, I dont see the dates for the Returned trips that we are beening charged $400 for please
forward Thank you very much.

**Paul Jones / Director**

**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

On Fri, Sep 29, 2017 at 4:44 PM, Moyo, Michelle <Michelle.Moyo@mrta.us> wrote:
[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                               Mon, Oct 2, 2017 at 1:25 PM
To: paul jones <ccrdcorp@gmail.com>

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>                         Mon, Oct 2, 2017 at 1:34 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Norris, Joanne" <Joanne.Norris@mrta.us>, "Dunn, David" <David.Dunn@mrta.us>, DMAScheduling <DMAScheduling@mrta.us>

For fines that are in regards to returned trips, please contact the scheduling department at DMAScheduling@mrta.us and they will be able to assist you. Thank you.

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Monday, October 02, 2017 1:25 PM
**To:** Moyo, Michelle
**Subject:** Re: FINES REPORT - CCRD

Hello thank you for your reply, I dont see the dates for the Returned trips that we are beening charged $400 for please forward Thank you very much.

[Quoted text hidden]

---

**Shumovskaya, Tamara** <Tamara.Shumovskaya@mrta.us>          Mon, Oct 2, 2017 at 2:00 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAScheduling <DMAScheduling@mrta.us>, "Moyo, Michelle" <Michelle.Moyo@mrta.us>, "Dunn, David" <David.Dunn@mrta.us>, "Norris, Joanne" <Joanne.Norris@mrta.us>

Good Afternoon,

On 8/29/2017 your company returned 3 trips for 8/30/2017 that have been previously accepted via vendor portal. You email us on 9/28/2017 at 7:05 pm that you did not accepted those rides.

Trips were accepted:

on 8/24/2017 at 3:01 pm for Costa, T

on 8/24/2017 at 3:03 pm for Golden, S

on 8/28/2017 at 6:00 pm for Pardo, V

On 8/30/2017 your company returned trip for 8/31/2017 that has been previously accepted via IVR (automated call). You stated that company does not have capacity to accommodate.

     As stated in the FY16-20 Contract: **Attachment I, C. 4. Demand Response; Transportation Providers returning work that has previously been accepted by the Transportation Provider are subject to fines and/or reduction of work, or other disciplinary action.**

Tamara Shumovskaya

Scheduling Department Manager

Montachusett Regional Transit Authority

100 Main St, Fitchburg, MA

tamara.shumovskaya@mrta.us

978-665-2877

---

**From:** Moyo, Michelle
**Sent:** Monday, October 02, 2017 1:35 PM
**To:** paul jones
**Cc:** Norris, Joanne; Dunn, David; DMAScheduling
**Subject:** RE: FINES REPORT - CCRD

For fines that are in regards to returned trips, please contact the scheduling department at DMAScheduling@mrta.us and they will be able to assist you. Thank you.

 Gmail

**paul jones <ccrdcorp@gmail.com>**

## PECOR.D R122188 , BERRY.H R121902 , MOLINA,C R122399, SHARROW,T R121355
7 messages

**paul jones** <ccrdcorp@gmail.com>                                       Thu, Feb 7, 2019 at 10:16 AM
To: DMAComplaints@mrta.us

Please remove  PECOR.D R122188, MOLINA, C R122399, SHARROW, T R121355 they have been no show constantly over 3 times, please remove at once.

BERRY.H R121902 used profanity toward the driver yesterday and has used profanity on more than one occasion please remove her at once.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

---

**Esteves, Keisha-Perez** <Keisha-Perez.Esteves@mrta.us>                  Thu, Feb 7, 2019 at 3:40 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAComplaints <DMAComplaints@mrta.us>

Good Afternoon Paul,

I have forwarded your email to the scheduling department regarding the clients who have been no show. I did reassign Berry,H effective immediately for all future trips.

Thank you,

*Keisha Perez-Esteves*

*Quality Assurance Agent*

*Montachusett Regional Transit Authority*

*Fitchburg MA*

*978-665-2807*

*Fax- 978-342-1053*

[Quoted text hidden]

---

**Kukta, Amanda** <Amanda-T.Kukta@mrta.us>                                    Thu, Feb 7, 2019 at 5:31 PM
To: "ccrdcorp@gmail.com" <ccrdcorp@gmail.com>
Cc: DMAScheduling <DMAScheduling@mrta.us>, DMAComplaints <DMAComplaints@mrta.us>

Good evening,

This request is all set. MOLINA, C, SHARROW, T and BARRY, H are all set effective immediately. All trips for PECOR.D are still confirmed. Last day of transport will be Tuesday 02/12/19.

Thank you for contacting MART

*Amanda Kukta*

**Scheduling Department Team Lead**

*Montachusett Regional Transit Authority*

*100 Main St, Fitchburg MA*

*Amanda-t.kukta@MRTA.US*

800-854-9928 ext. 2895

---

**paul jones** <ccrdcorp@gmail.com>                                           Thu, Feb 7, 2019 at 7:28 PM
To: "Kukta, Amanda" <Amanda-T.Kukta@mrta.us>
Cc: DMAScheduling@mrta.us, DMAComplaints <DMAComplaints@mrta.us>

Great, thank you so much!
**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                                      Fri, Feb 8, 2019 at 6:54 AM
To: "Kukta, Amanda" <Amanda-T.Kukta@mrta.us>

Can you please remove  ROBERTS,T 4133202440 she was a no show or cancels 98% of the time she is also going with
another company as an escort Thank you.

**Paul Jones / Director**

**Commonwealth Community**

**Recovery Division Inc.**

**79 Thompson Street**

**Springfield, Ma 01109**

**Cell: 617-939-5417**

**Toll Free: 888-680-4667**

**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may
contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any
action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you
receive this email in error, please contact the sender and delete the material from any computers.

On Thu, Feb 7, 2019 at 5:31 PM Kukta, Amanda <Amanda-T.Kukta@mrta.us> wrote:
[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                                      Tue, Feb 12, 2019 at 7:14 PM
To: "Kukta, Amanda" <Amanda-T.Kukta@mrta.us>

**We are requesting that client Roberts.T** 4133202440 **to be removed due to a 98% cancellation
rate,  as I stated before she is been transported by another vendor to her appointment daily
thank you.**

**Paul Jones / Director**

**Commonwealth Community**

**Recovery Division Inc.**

**79 Thompson Street**

**Springfield, Ma 01109**

**Cell: 617-939-5417**

**Toll Free: 888-680-4667**

**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may
contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any
action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you
receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

---

**Kukta, Amanda** <Amanda-T.Kukta@mrta.us>                               Wed, Feb 13, 2019 at 9:58 AM
To: paul jones <ccrdcorp@gmail.com>

Good morning,


  This request is all set, standing order has been removed effective immediately.


 Thank you for contacting MART


*Amanda Kukta*

**Scheduling Department Team Lead**

*Montachusett Regional Transit Authority*

*100 Main St, Fitchburg MA*

*Amanda-t.kukta@MRTA.US*

800-854-9928 ext. 2895


[Quoted text hidden]

 Gmail

**paul jones <ccrdcorp@gmail.com>**

---

## V.CRYSTAL 4135077305, W,JEFFREY 4133780555, S,SAMUEL 9394397760

7 messages

---

**paul jones** <ccrdcorp@gmail.com>                                     Mon, Apr 2, 2018 at 11:21 AM
To: "Norris, Joanne" <joanne.norris@mrta.us>, DMAComplaints@mrta.us, dmacontracts@mrta.us

Hello I am writing to inform you that CCRD INC can nolonger accomodate the above trips they are noncost effective as we dont have any other business in these areas and it is causing to much stress on the company to keep accomodating thee trips when we have no others in that area, please remove them from standing orders in our portal Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**


**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

---

**Williams, Maria** <Maria.Williams@mrta.us>                           Mon, Apr 2, 2018 at 11:32 AM
To: DMAScheduling <DMAScheduling@mrta.us>, DMAComplaints <DMAComplaints@mrta.us>
Cc: "ccrdcorp@gmail.com" <ccrdcorp@gmail.com>


Good afternoon,


This request has been forwarded to the scheduling department.


Thank you,


Maria H. Williams

MART Sr. Staff Assistant

Quality Assurance Department

978-665-2843

978-342-1053 Fax

[Quoted text hidden]

---

**Kukta, Amanda** <Amanda-T.Kukta@mrta.us>                             Mon, Apr 2, 2018 at 12:15 PM

To: "Williams, Maria" <Maria.Williams@mrta.us>, DMAScheduling <DMAScheduling@mrta.us>, DMAComplaints <DMAComplaints@mrta.us>
Cc: "ccrdcorp@gmail.com" <ccrdcorp@gmail.com>

Good afternoon,

This request is all set. When returning a standing order we ask that you accommodate the next 3 business days. Last day of transport will be Thursday 04/05/18. *As stated in the FY16-20 Contract: Attachment I, C. 4. Demand Response; Transportation Providers returning work that has previously been accepted by the Transportation Provider are subject to fines and/or reduction of work, or other disciplinary action.*

Thank you for contacting MART

*Amanda Kukta*

**Scheduling Department Team Lead**

*Montachusett Regional **Transit** Authority*

*100 Main St, Fitchburg MA*

*Amanda-t.kukta@MRTA.US*

800-854-9928 ext. 2895

[Quoted text hidden]

---

paul jones <ccrdcorp@gmail.com>                                    Mon, Apr 2, 2018 at 3:06 PM
To: "Kukta, Amanda" <Amanda-T.Kukta@mrta.us>
Bcc: ccrdcorp@gmail.com

Can you please tell me what the fine would be to return all these standing orders at once thank you

Sent from my iPhone
[Quoted text hidden]

---

Kukta, Amanda <Amanda-T.Kukta@mrta.us>                             Mon, Apr 2, 2018 at 3:45 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAScheduling <DMAScheduling@mrta.us>

Good afternoon,

   The fine is $100 per member returned, for an immediate return of all 3 members is a possible $300 fine total. Please note we do look into the reasons for returns and work return history before a decision is made to administer any fines.

 **paul jones <ccrdcorp@gmail.com>**

---

## Please remove shared ride

---

**Gamache, Janice-T** <Janice-T.Gamache@mrta.us>                    Thu, Oct 10, 2019 at 8:40 AM
To: paul jones <ccrdcorp@gmail.com>

Good Morning Paul

I will dissolve the group effective 10/14/2019.  Per contract, you must give a 3-day notice if you choose to no longer transport members in a Finalized Group.  Your last day of transportation for these members will be Sunday, 10/13/2019.

Should you have any questions or concerns, please contact DMAScheduling@MRTA.US.


Thank You
Janice
[Quoted text hidden]

Regards



**Scheduling Department Team Lead**

*Montachusett **Transit** Authority*

*100 Main St, Fitchburg MA*

*Amanda-t.kukta@MRTA.US*

800-854-9928 ext. 2895

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                                          Mon, Apr 2, 2018 at 3:49 PM
To: "Kukta, Amanda" <Amanda-T.Kukta@mrta.us>
Bcc: ccrdcorp@gmail.com

Ok please remove these members at once as they are non cost effective trips, we cannot continue to accommodate these members as we have no control of booking other calls that are in there area through the vendor portal, so we are willing to cut all ties with these non cost effective trips thank you for your time

Sent from my iPhone
[Quoted text hidden]

---

**Kukta, Amanda** <Amanda-T.Kukta@mrta.us>                                   Mon, Apr 2, 2018 at 4:57 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAScheduling <DMAScheduling@mrta.us>

Good evening,


This request is all set. Trips have been removed effective immediately.

[Quoted text hidden]

                                    **paul jones <ccrdcorp@gmail.com>**

---

### RE: URGENT updated employee log needed by 8/13/19
1 message

---

**Champagne, Jessica** <Jessica.Champagne@mrta.us>              Mon, Aug 12, 2019 at 4:12 PM

This is your reminder that this updated employee log is due back tomorrow by 12 PM. This original email was sent out last Friday.


Thank you,



*Jessica Champagne*

*Team Lead Program Management*

*Contract Compliance*

*978-665-2869 direct line*

*978-342-1063 fax number*

---

**From:** Richard, Stephanie
**Sent:** Friday, August 09, 2019 8:54 AM
**Cc:** DMAContracts
**Subject:** FW: URGENT updated employee log needed by 8/13/19




*Stephanie Richard*

**MART**                                    22

Supervisor

PROGRAM Based Transportation/ CONTRACT Compliance

ph: 978-665-2830

fx: 978-342-1063

---

**From:** Richard, Stephanie
**Sent:** Friday, August 09, 2019 8:53 AM
**Subject:** URGENT updated employee log needed by 8/13/19

Good morning all vendors. MART is requesting an updated employee log from all vendors by Tuesday 8/13/19 at 12pm.

There is a new column added to the log for the driver's license number. This is only required for active DRIVERS to have this number. Please complete the log in entirety and forward back as an excel file to brokeragecontracts@mrta.us.

Please note that PDF and photo images will not be accepted.

Please note that this is not the log to add new employees.  This is for all currently active employees. We will be checking all against our information.

Thank you

If you have questions, please email them to brokeragecontracts@mrta.us

*Stephanie Richard*

**MART**

**Supervisor**

**PROGRAM Based Transportation/ CONTRACT Compliance**

ph: 978-665-2830

fx: 978-342-1063

23



**paul jones <ccrdcorp@gmail.com>**

---

## FW: VENDOR CREDENTIAL ATTESTATION LETTER
2 messages

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                    Thu, Aug 15, 2019 at 9:44 AM
Cc: DMAContracts <BrokerageContracts@mrta.us>

Good morning,

PLEASE REVIEW THE ATTACHED ATTESTATION:

MART is working to update the credentialing process of adding new employees to your MART contract.

MART has created this attestation to have all vendors sign and return, attesting that you will make sure that you are obtaining all needed and required credential documents for employees prior to contact with MART clientele, you will keep all documents in employee files for review upon request.


Once you have signed and returned this attestation and you have credentialed a new employee in entirety, you will only send to MART at brokeragecontracts@mrta.us

Employee log

Fingerprint receipt,

National Background Fingerprint Suitability Letter (must be received within 60 days of fingerprinting)

RMV (for Drivers)

Copy of License/ID


This attestation must be sent back to MART by Thursday August 22, 2019. This form should be sent to email brokeragecontracts@mrta.us or faxed to 978-342-1063.


Until your attestation is received, you will still be required to include all of the above along with the medical clearance, signed HIPPA compliance, training certificates and the information on pre-employment drug testing.


Thank you




*Stephanie Richard*

**MART**

**Supervisor**

24

PROGRAM Based Transportation/ CONTRACT Compliance

ph: 978-665-2830

fx: 978-342-1063

---

 **FY20 Credential Attestation.docx**
87K

---

**paul jones** <ccrdcorp@gmail.com>                                      Tue, Aug 20, 2019 at 7:25 PM
To: "Richard, Stephanie" <Stephanie.Richard@mrta.us>, DMAContracts <brokeragecontracts@mrta.us>

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

 **2020 attestation.pdf**
495K

 **paul jones <ccrdcorp@gmail.com>**

---

## **Employee Logs**Effective 11/1/19**

3 messages

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>                                     Fri, Nov 1, 2019 at 12:07 PM
Cc: "Monk, Robert" <Robert.Monk@mrta.us>, "Dunn, David" <David.Dunn@mrta.us>

Good morning,


      An email was sent to all DMA vendors last week with regard to a couple of changes. **Please see the attached employee log** Robert and I will be responsible for receiving and reviewing all employee logs for all DMA vendors, effective November 1, 2019. Attached is a copy of the new employee log, which includes a section for the pre-hire drug test date (for all staff hired 7/1/19 and after). Please be sure to review the log and fill in all of the appropriate fields. This updated log should be sent to our general email DMAVendor@mrta.us . Please be sure to submit the updated employee log to us by Monday 11/18/19 so that we make sure that our records are up to date.

      In conjunction, Robert and I will be handling documents for new hires. When adding a new employee, please be sure to include the documents listed in the previous memo along with the pre-employment drug test date and attest to the results being negative or positive. Aside from these documents, please be sure to fully credential your employees prior to them coming in contact with MART/HST clients. If you have any questions, please do not hesitate to contact us. Thank you.


Michelle Moyo

Montachusett Regional Transit Authority

Vendor Compliance Agent

michelle.moyo@mrta.us

(978) 665-2864

Fax: (978) 342-1053

---

 **11.1.19 Copy of Transportation Provider Employee Log.xlsx**
15K

---

**paul jones** <ccrdcorp@gmail.com>                                            Mon, Nov 18, 2019 at 7:23 AM
To: "Moyo, Michelle" <Michelle.Moyo@mrta.us>

copy of employee log we have no new employees
**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

---

 **Nov 2019 Copy of Transportation Provider Employee Log.xlsx**
15K

---

**paul jones** <ccrdcorp@gmail.com>                                    Wed, Jul 8, 2020 at 7:59 PM
To: "Moyo, Michelle" <Michelle.Moyo@mrta.us>

I submitted a new employee log on Nov 18, 2019 his CORI exp Aug 16, 2020 I will have him pull another one in the next few week

**Paul Jones / Director**

**Commonwealth Community**

**Recovery Division Inc.**

**79 Thompson Street**

**Springfield, Ma 01109**

**Cell: 617-939-5417**

**Toll Free: 888-680-4667**

**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

 Gmail

**paul jones <ccrdcorp@gmail.com>**

---

## FW: DMA DEC EOD REPORT
1 message

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>
Cc: DMAContracts <BrokerageContracts@mrta.us>

Mon, Jan 4, 2021 at 11:26 AM

Good afternoon, here is the January DMA work EOD log, just a quick note, thank you all you have been sending the report as requested. The end of Day report should be received via email prior to 8am the following business day. MART needs to send an update to HST by 9am on the following day of transport. As example if transport on 1-4-21 please make sure to send by 8am on 1-5-21

**ALSO: please put in the subject line of the email  EOD REPORT  only.**

As always please do not email me directly please use the Brokeragecontracts@mrta.us email. That email will go to all the contracts department staff

Regards,

# Stephanie Richard

Supervisor

Program & Contract Management

MART

PH: 978-665-2830

FX: 978-342-1063

---

 **DMA  END OF DAY  MART.xlsx**
11K

 Gmail

**paul jones <ccrdcorp@gmail.com>**

## RE: END OF DAY REPORT for DMA work SEPTEMBER
1 message

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                    Mon, Aug 31, 2020 at 9:26 AM
Cc: DMAContracts <BrokerageContracts@mrta.us>

Here is the September DMA end of Day report, this form is only for DMA work, the program based form will be updated and sent in another email.

Please note that until further notice the report is required by vendors who **are doing work** currently thru MART during this time.


Good morning, just a quick note, thank you all you have been sending the report as requested. The end of Day report should be received via email prior to 8am the following business day. MART needs to send an update to HST by 9am on the following day of transport. So for today 7/28/2020 please make sure to send by 8am on Wednesday 7/29/2020

**If you are not doing any work currently due to closures, you do not need to submit a report.**


As always please do not email me directly please use the Brokeragecontracts@mrta.us email. That email will go to all the contracts department staff.


Please note that until further notice the report is required by vendors who are doing work currently thru MART during this time.

Please make sure to send the report by 8am the following day.



Regards,



Stephanie Richard

Supervisor

Program & Contract Management

MART

PH: 978-665-2830

FX: 978-342-1063

**From:** Richard, Stephanie
**Sent:** Tuesday, July 28, 2020 11:53 AM
**Cc:** DMAContracts
**Subject:** RE: END OF DAY REPORT for DMA work August

August end of day report attached

Please note that until further notice the report is required by vendors who **are doing work** currently thru MART during this time.

Good morning, just a quick note, thank you all you have been sending the report as requested. The end of Day report should be received via email prior to 8am the following business day. MART needs to send an update to HST by 9am on the following day of transport. So for today 7/28/2020 please make sure to send by 8am on Wednesday 7/29/2020

**If you are not doing any work currently due to closures, you do not need to submit a report.**

As always please do not email me directly please use the Brokeragecontracts@mrta.us email. That email will go to all the contracts department staff.

Please note that until further notice the report is required by vendors who are doing work currently thru MART during this time.

Please make sure to send the report by 8am the following day.

Regards,

## Stephanie Richard

Supervisor

Program & Contract Management

MART

PH: 978-665-2830

FX: 978-342-1063

---

**From:** Richard, Stephanie
**Sent:** Wednesday, March 18, 2020 7:32 AM
**Subject:** END OF DAY REPORT

Good morning, thank you all that have been responding to the end of day report, now that I see how everyone was doing their best to create their own log I need to make it more uniform as we will be doing this for the foreseeable future. You are only required to send the attached log if you are doing any work during this time frame, since work has slowed down immensely, if you do not do any work on a day listed, you do not have to send the log.

 Also the report needs to be send to the email listed below, not directly to me in the event that I am  out, other staff need to be able to obtain your report. The email listed goes to  ALL staff in the contracts dept. We are the only ones maintaining this information.

The report should be emailed **Brokeragecontracts@mrta.us** or if faxing 978-342-1063


Regarding the log attached. It is in done in Microsoft word.  You can download to your computer, update as needed and actually copy the whole document and paste it into the body of the email or attach to the email. Please remember to include your company name

**Please do not send pictures of documents,**


This log will be effective 3/18/20 forward.




Regards,



Stephanie Richard

Supervisor

Program & Contract Management

MART

PH: 978-665-2830

FX: 978-342-1063

---

 **DMA AUG END OF DAY  MART.xlsx**
11K

 **paul jones <ccrdcorp@gmail.com>**

## FW: END OF DAY REPORT
4 messages

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                Fri, Mar 20, 2020 at 8:56 AM
Cc: DMAContracts <BrokerageContracts@mrta.us>

Good morning, just a quick note, thank you all you have been sending the report as requested. The end of Day report should be received prior to 8am the following business day. MART needs to send an update to HST by 9am on the following day of transport. So for today 3/20/20 please make sure to send by 8am on Monday 3/23/20.

If you are not doing any work currently due to closures, you do not need to submit a report.

As always please do not email me directly and use the Brokeragecontracts@mrta.us email. That email will go to all the contracts department staff.

Regards,

## Stephanie Richard

Supervisor

Program & Contract Management

MART

PH: 978-665-2830

FX: 978-342-1063

**From:** Richard, Stephanie
**Sent:** Wednesday, March 18, 2020 7:32 AM
**Subject:** END OF DAY REPORT

Good morning, thank you all that have been responding to the end of day report, now that I see how everyone was doing their best to create their own log I need to make it more uniform as we will be doing this for the foreseeable future. You are only required to send the attached log if you are doing any work during this time frame, since work has slowed down immensely, if you do not do any work on a day listed, you do not have to send the log.

 Also the report needs to be send to the email listed below, not directly to me in the event that I am  out, other staff need to be able to obtain your report. The email listed goes to  ALL staff in the contracts dept. We are the only ones maintaining this information.

The report should be emailed **Brokeragecontracts@mrta.us** or if faxing 978-342-1063

Regarding the log attached. It is in done in Microsoft word.  You can download to your computer, update as needed and actually copy the whole document and paste it into the body of the email or attach to the email. Please remember to include your company name

**Please do not send pictures of documents,**

This log will be effective 3/18/20 forward.

Regards,

# Stephanie Richard

Supervisor

Program & Contract Management

MART

PH: 978-665-2830

FX: 978-342-1063

 **END OF DAY REPORT FOR MART.docx**
14K

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                     Fri, May 1, 2020 at 9:55 AM
Cc: DMAContracts <BrokerageContracts@mrta.us>

Please note that until further notice the report is required by vendors who **are doing work** currently thru MART during this time.

Good morning, just a quick note, thank you all you have been sending the report as requested. The end of Day report should be received via email prior to 8am the following business day. MART needs to send an update to HST by 9am on the following day of transport. So for today 05/01/2020 please make sure to send by 8am on Monday 05/04/2020

**If you are not doing any work currently due to closures, you do not need to submit a report.**

As always please do not email me directly please use the Brokeragecontracts@mrta.us email. That email will go to all the contracts department staff.

Please note that until further notice the report is required by vendors who are doing work currently thru MART during this time.

[Quoted text hidden]

 **END OF DAY REPORT FOR MART.docx**
15K

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                    Fri, May 29, 2020 at 1:34 PM
Cc: DMAContracts <BrokerageContracts@mrta.us>

Good afternoon, here is the new End of Day report dated 5/31 thru 6/30

Please note that until further notice the report is required by vendors who **are doing work** currently thru MART during this time.

Good morning, just a quick note, thank you all you have been sending the report as requested. The end of Day report should be received via email prior to 8am the following business day. MART needs to send an update to HST by 9am on the following day of transport. So for today 05/29/2020 please make sure to send by 8am on Monday 6/1/2020

[Quoted text hidden]

 **END OF DAY REPORT FOR MART.docx**
14K

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                    Tue, Jun 23, 2020 at 9:27 AM
Cc: DMAContracts <BrokerageContracts@mrta.us>

July end of day report attached

Please note that until further notice the report is required by vendors who **are doing work** currently thru MART during this time.

Good morning, just a quick note, thank you all you have been sending the report as requested. The end of Day report should be received via email prior to 8am the following business day. MART needs to send an update to HST by 9am on the following day of transport. So for today 6/23/2020 please make sure to send by 8am on Wednesday 6/24/2020

**If you are not doing any work currently due to closures, you do not need to submit a report.**

As always please do not email me directly please use the Brokeragecontracts@mrta.us email. That email will go to all the contracts department staff.

Please note that until further notice the report is required by vendors who are doing work currently thru MART during this time.

Please make sure to send the report by 8am the following day.

[Quoted text hidden]

 **END OF DAY REPORT FOR MART.docx**
14K

34

 Gmail

**paul jones <ccrdcorp@gmail.com>**

---

# END OF DAY REPORT

1 message

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                    Wed, Mar 18, 2020 at 7:32 AM

Good morning, thank you all that have been responding to the end of day report, now that I see how everyone was doing their best to create their own log I need to make it more uniform as we will be doing this for the foreseeable future. You are only required to send the attached log if you are doing any work during this time frame, since work has slowed down immensely, if you do not do any work on a day listed, you do not have to send the log.

Also the report needs to be send to the email listed below, not directly to me in the event that I am out, other staff need to be able to obtain your report. The email listed goes to ALL staff in the contracts dept. We are the only ones maintaining this information.

The report should be emailed **Brokeragecontracts@mrta.us** or if faxing 978-342-1063

Regarding the log attached. It is in done in Microsoft word. You can download to your computer, update as needed and actually copy the whole document and paste it into the body of the email or attach to the email. Please remember to include your company name

**Please do not send pictures of documents,**

This log will be effective 3/18/20 forward.

Regards,

Stephanie Richard

Supervisor

Program & Contract Management

MART

PH: 978-665-2830

FX: 978-342-1063

---

 **END OF DAY REPORT FOR MART.docx**
14K

 **Gmail**

**paul jones <ccrdcorp@gmail.com>**

## FW: **FINE FOR NOT SUBMITTING UPDATED EMPLOYEE LOG**
1 message

**Moyo, Michelle** <Michelle.Moyo@mrta.us>                    Fri, Feb 8, 2019 at 3:43 PM

Good afternoon,

Following up to my original email with regard to submitting an updated employee log, if the correct log (please see attached) is not received by Wednesday 2/13/19, a $50.00 fine will be assessed for each day the log is late. Again, we will not accept any other form of the employee log than the one included in this email and we will not accept handwritten logs. Thank you.

Michelle Moyo

Program Management Department

Vendor Compliance Agent

michelle.moyo@mrta.us

(978) 665-2864

Fax: (978) 342-1053

---

**From:** Moyo, Michelle
**Sent:** Friday, February 08, 2019 10:35 AM
**Subject:** **UPDATED EMPLOYEE LOG**
**Importance:** High

Good morning,

Several emails have been sent out with regard to vendors submitting their updated employee log. We have yet to receive the updated log from some vendors and will need your updated log no later than Wednesday 2/13/19. If you have received this email, we will need your log by the date provided. Attached to this email is the correct employee log and no other log will be accepted. Also, please be advised that hand written logs are not excepted. Please fill out the attached employee log and submit it back to me by Wednesday 2/13/19. Thank you.

Michelle Moyo

Program Management Department

Vendor Compliance Agent

michelle.moyo@mrta.us

(978) 665-2864

Fax: (978) 342-1053

---

 **Copy of Transportation Provider Employee Log (4).xlsx**
14K

 **Gmail**

**paul jones <ccrdcorp@gmail.com>**

---

## RE: Lianne Finger print - CCRD

Moyo, Michelle <Michelle.Moyo@mrta.us>
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAContracts <BrokerageContracts@mrta.us>

Tue, Mar 5, 2019 at 9:40 AM

Good morning,


Thank you for submitting the remainder of the requested documents. You have been assessed a $500.00 fine for submitting your employee log 10 days late. You were fined $50.00 for each day the log was late because it had been requested several times and was due 2/13/19 and you did not submit it until 2/28/19. You have also been assessed a $100.00 fine for late credentials. You were given a deadline of 2/28/19 and did not submit all of the credentials until 3/4/19, so you were fined $50.00 for each day they were late. Moving forward, if more time is needed to submit requested documents, please be sure to request the additional time prior to the deadline to avoid additional fines. You are all set. Thank you.



Michelle Moyo

Quality Assurance Department

Vendor Compliance Agent

michelle.moyo@mrta.us

(978) 665-2864

Fax: (978) 342-1053




[Quoted text hidden]

 **Gmail**

**paul jones <ccrdcorp@gmail.com>**

---

## RE: Certificates for retraining - CCRD
1 message

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>                    Mon, Nov 5, 2018 at 2:44 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAContracts <BrokerageContracts@mrta.us>

Good afternoon,

    Thank you for submitting the training certificates for Clyde Murphy and Yanira Velazquez. For future reference, please be sure to submit an updated employee log as you add or remove employees. Whenever you add an employee, you will need to submit their credentials and an updated employee log at the time of hire or reinstatement of e. This will help us keep updated information about your company and help you avoid fines for unidentified drivers. As this is your first violation of this nature, we will only be issuing a warning. Any incidents of this nature in the future will result in a monetary fine. Clyde and Yanira are all set to transport MART/HST clients so if you have any questions, please let us know. Thank you.

-----Original Message-----
From: paul jones [mailto:ccrdcorp@gmail.com]
Sent: Monday, November 05, 2018 7:03 AM
To: Moyo, Michelle
Subject: Certificates for retraining

40

 **Gmail**

**paul jones <ccrdcorp@gmail.com>**

---

## MART work for 3/14/18: Please be advised!!!
1 message

---

**Roman, Ivan** <Ivan.Roman@mrta.us>                                                     Mon, Mar 12, 2018 at 3:51 PM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>
Cc: "Monk, Robert" <Robert.Monk@mrta.us>, "Richard, Stephanie" <Stephanie.Richard@mrta.us>

Dear MART Vendor,

Please be advised that MART contract compliance has notified Contract compliance that many of our vendors are not answering their calls.  While we are aware that many of you have shut down for tomorrow please be advised that MART will be shutting down as well so **the calls that you may receive this evening will also include the work being offered for Wednesday 3/14/18**.  If you are looking to accept work for Wednesday 3/14/18 now would be the time to do so.

Also, please be reminded that you contractually obligated to have someone manning your phones during the normal business hours you have listed with MART and beyond your normal business hours whenever your company still has trips to complete on your schedule.

Sincerely,

*Ivan Roman*

*Asst. Project Coordinator (MART)*

*Phone 978-353-0333 ext. 2854*

*Fax 978-342-1063*

The information in this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computer.

 **Gmail**

**paul jones <ccrdcorp@gmail.com>**

---

## CCRD INC

**Moyo, Michelle** <Michelle.Moyo@mrta.us>
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAContracts <BrokerageContracts@mrta.us>

Fri, Dec 14, 2018 at 1:42 PM

Good afternoon,


Please be aware that you have been assessed a $50.00 fine for submitting the employee log after the requested deadline of 12:30pm on 12/6/18. Thank you.



Michelle Moyo

Program Management Department

Vendor Compliance Agent

michelle.moyo@mrta.us

(978) 665-2864

Fax: (978) 342-1053

---

**From:** Moyo, Michelle
**Sent:** Thursday, December 13, 2018 11:33 AM
**To:** 'paul jones'
**Cc:** DMAContracts
**Subject:** RE: FW: CCRD INC


Good morning,


I apologize for the late response, as I was on vacation since 12/6/18 and just returned to the office. Thank you for submitting your employee log. I have updated our records so you are all set. Thank you.


Michelle Moyo

Program Management Department

Vendor Compliance Agent

michelle.moyo@mrta.us

(978) 665-2864

Fax: (978) 342-1053

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Friday, December 07, 2018 7:16 AM
**To:** Moyo, Michelle
**Subject:** Re: FW: CCRD INC

[Quoted text hidden]



**FINE NOTIFICATION REPORT**

Friday, December 14, 2018

Commonwealth Community Recover

79 Thompson St
Same
Springfield, MA 01109

ccrdcorp@gmail.com

The following fines will be applied and deducted from a future invoice. Continued contract violations/fines may result in  additional fines, suspension and/or termination of your contract with MART

| TYPE | PERIOD | COMPLAINT # | VIOLATION | COMMENTS | FINE AMT |
|------|--------|-------------|-----------|----------|----------|
| Contractual | 1ST HALF  Decemb | | | LATE DOCUMENTATION - REQUESTED EMPLOYEE LOG | 50.00 |

|  | TOTAL | $50.00 |
|--|-------|--------|

44

 **paul jones <ccrdcorp@gmail.com>**

---

**FW: MH vendor notice**
1 message

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                     Thu, Jul 22, 2021 at 5:04 PM
Cc: "Badgley, Rebecca" <rebecca.badgley@mrta.us>, DMAContracts <BrokerageContracts@mrta.us>, DMAVendor
<DMAVendor@mrta.us>

Attention all vendors providing DMA work

**Please read the attached memo**. Please note if you have questions please outreach **rebecca.badgley@mrta.us**

Thank you

*Stay safe*

*Get Vaccinated*

## Stephanie Richard

Supervisor

Program & Contract Management

MART

---

 **MH Transportation Provider memo 7.22.21.pdf**
131K

MONTACHUSETT AREA REGIONAL TRANSIT

*MONTACHUSETT REGIONAL TRANSIT AUTHORITY*
*100 Main Street, Fitchburg, Massachusetts 01420*
*(978) 353-0333 - 1-800-854-9928 - FAX: (978) 343-0339*

Administrator
Mohammed H. Khan

To:      All MART Mass Health Transportation Providers

From:  Rebecca L. Badgley, Brokerage Director

Date:  July 22, 2021

Re:      Trip acceptance

As I am sure that you are all aware now that we are moving to the other side of the covid pandemic and more and more people have been vaccinated, we are seeing an increase in the number of daily trips.

Additionally, there are also a number of unassigned standing order trips that are resulting in that volume also running through the daily system for coverage.

Several behaviors are resulting in coverage not being obtained for our member's in a timely manner.  Many vendors are not utilizing the systems as you should.  Several vendors have a significant amount of work being held up in the IVR call out and are not accepting or responding to the offers.  Also many of you are not paying attention to the Standing orders that are being offer to you via the portal.

I would like to make two requests:
(1) If the IVR is calling and you are not going to take the time take the calls, please decline so the system moves on or contact us to be removed from the IVR callout process.

(2) Please pay attention to the Standing Orders that a being offered via the portal and if you are not interested in them please decline them so the system can continue.

Several vendors are not answering calls from the live agents when they are working to cover same day and next day trips, or have mailboxes that are full.  If you are not going to be accepting work please take the time to go to vendor portal and mark yourself as full for the day.

Effective Tuesday, July 20th, if the scheduling team has made several attempts and is unable to reach a vendor do this issue, the scheduler will be marking you as full in the assignment program to which you will get a notification when you log into the vendor portal and via email.  To undo this, you will have to contact MART to have the process undone in order to accept same day and next day work.

Please be mindful that we are providing transportation medical appointments and what we do is critical to the health and well-being our members.

Thank you in advance for your prompt attention.

 **Gmail**                                        **paul jones <ccrdcorp@gmail.com>**

---

## FW: MH vendor notice
1 message

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                     Thu, Jul 22, 2021 at 5:04 PM
Cc: "Badgley, Rebecca" <rebecca.badgley@mrta.us>, DMAContracts <BrokerageContracts@mrta.us>, DMAVendor
<DMAVendor@mrta.us>

Attention all vendors providing DMA work

**Please read the attached memo**. Please note if you have questions please outreach **rebecca.badgley@mrta.us**

Thank you

*Stay safe*

*Get Vaccinated*

Stephanie Richard

Supervisor

Program & Contract Management

MART

---

 **MH Transportation Provider memo 7.22.21.pdf**
131K

**MONTACHUSETT AREA REGIONAL TRANSIT**

Administrator
**Mohammed H. Khan**

*MONTACHUSETT REGIONAL TRANSIT AUTHORITY*
*100 Main Street, Fitchburg, Massachusetts 01420*
*(978) 353-0333 - 1-800-854-9928 - FAX: (978) 343-0339*

To:      All MART Mass Health Transportation Providers

From:  Rebecca L. Badgley, Brokerage Director

Date:  July 22, 2021

Re:      Trip acceptance

As I am sure that you are all aware now that we are moving to the other side of the covid pandemic and more and more people have been vaccinated, we are seeing an increase in the number of daily trips.

Additionally, there are also a number of unassigned standing order trips that are resulting in that volume also running through the daily system for coverage.

Several behaviors are resulting in coverage not being obtained for our member's in a timely manner.  Many vendors are not utilizing the systems as you should.  Several vendors have a significant amount of work being held up in the IVR call out and are not accepting or responding to the offers.  Also many of you are not paying attention to the Standing orders that are being offer to you via the portal.

I would like to make two requests:
(1) If the IVR is calling and you are not going to take the time take the calls, please decline so the system moves on or contact us to be removed from the IVR callout process.

(2) Please pay attention to the Standing Orders that a being offered via the portal and if you are not interested in them please decline them so the system can continue.

Several vendors are not answering calls from the live agents when they are working to cover same day and next day trips, or have mailboxes that are full.  If you are not going to be accepting work please take the time to go to vendor portal and mark yourself as full for the day.

Effective Tuesday, July 20th, if the scheduling team has made several attempts and is unable to reach a vendor do this issue, the scheduler will be marking you as full in the assignment program to which you will get a notification when you log into the vendor portal and via email.  To undo this, you will have to contact MART to have the process undone in order to accept same day and next day work.

Please be mindful that we are providing transportation medical appointments and what we do is critical to the health and well-being our members.

Thank you in advance for your prompt attention.

 Gmail

**paul jones <ccrdcorp@gmail.com>**

---

## FW: VENDOR CREDENTIAL ATTESTATION LETTER
2 messages

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>
Cc: DMAContracts <BrokerageContracts@mrta.us>

Thu, Aug 15, 2019 at 9:44 AM

Good morning,

PLEASE REVIEW THE ATTACHED ATTESTATION:

MART is working to update the credentialing process of adding new employees to your MART contract.

MART has created this attestation to have all vendors sign and return, attesting that you will make sure that you are obtaining all needed and required credential documents for employees prior to contact with MART clientele, you will keep all documents in employee files for review upon request.

Once you have signed and returned this attestation and you have credentialed a new employee in entirety, you will only send to MART at brokeragecontracts@mrta.us

Employee log

Fingerprint receipt,

National Background Fingerprint Suitability Letter (must be received within 60 days of fingerprinting)

RMV (for Drivers)

Copy of License/ID

This attestation must be sent back to MART by Thursday August 22, 2019. This form should be sent to email brokeragecontracts@mrta.us or faxed to 978-342-1063.

Until your attestation is received, you will still be required to include all of the above along with the medical clearance, signed HIPPA compliance, training certificates and the information on pre-employment drug testing.

Thank you

*Stephanie Richard*

**MART**

**Supervisor**

PROGRAM Based Transportation/ CONTRACT Compliance

ph: 978-665-2830

fx: 978-342-1063

---

 **FY20 Credential Attestation.docx**
87K

---

**paul jones** <ccrdcorp@gmail.com>                              Tue, Aug 20, 2019 at 7:25 PM
To: "Richard, Stephanie" <Stephanie.Richard@mrta.us>, DMAContracts <brokeragecontracts@mrta.us>

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**


**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

 **2020 attestation.pdf**
495K



**paul jones <ccrdcorp@gmail.com>**

## RE: URGENT updated employee log needed by 8/13/19
1 message

**Champagne, Jessica** <Jessica.Champagne@mrta.us>                    Mon, Aug 12, 2019 at 4:12 PM

This is your reminder that this updated employee log is due back tomorrow by 12 PM. This original email was sent out last Friday.


Thank you,



*Jessica Champagne*

*Team Lead Program Management*

*Contract Compliance*

*978-665-2869 direct line*

*978-342-1063 fax number*



---

**From:** Richard, Stephanie
**Sent:** Friday, August 09, 2019 8:54 AM
**Cc:** DMAContracts
**Subject:** FW: URGENT updated employee log needed by 8/13/19




*Stephanie Richard*

**MART**

51

**Supervisor**

**PROGRAM Based Transportation/ CONTRACT Compliance**

ph: 978-665-2830

fx: 978-342-1063

---

**From:** Richard, Stephanie
**Sent:** Friday, August 09, 2019 8:53 AM
**Subject:** URGENT updated employee log needed by 8/13/19

Good morning all vendors. MART is requesting an updated employee log from all vendors by Tuesday 8/13/19 at 12pm.

There is a new column added to the log for the driver's license number. This is only required for active DRIVERS to have this number. Please complete the log in entirety and forward back as an excel file to brokeragecontracts@mrta.us.

Please note that PDF and photo images will not be accepted.

Please note that this is not the log to add new employees.  This is for all currently active employees. We will be checking all against our information.

Thank you

If you have questions, please email them to brokeragecontracts@mrta.us

*Stephanie Richard*

**MART**

**Supervisor**

**PROGRAM Based Transportation/ CONTRACT Compliance**

ph: 978-665-2830

fx: 978-342-1063

 **Gmail**

**paul jones <ccrdcorp@gmail.com>**

---

## URGENT updated employee log needed by 8/13/19

1 message

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                    Fri, Aug 9, 2019 at 7:53 AM

Good morning all vendors. MART is requesting an updated employee log from all vendors by Tuesday 8/13/19 at 12pm.

There is a new column added to the log for the driver's license number. This is only required for active DRIVERS to have this number. Please complete the log in entirety and forward back as an excel file to brokeragecontracts@mrta.us.

Please note that PDF and photo images will not be accepted.

Please note that this is not the log to add new employees.  This is for all currently active employees. We will be checking all against our information.

Thank you

If you have questions, please email them to brokeragecontracts@mrta.us

*Stephanie Richard*

**MART**

**Supervisor**

**PROGRAM Based Transportation/ CONTRACT Compliance**

ph: 978-665-2830

fx: 978-342-1063

---

📊 **Transportation Provider Employee Log.xlsx**
15K

 **paul jones <ccrdcorp@gmail.com>**

---

## CCRD INC REQUEST

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>                    Thu, Oct 17, 2019 at 8:03 AM
To: paul jones <ccrdcorp@gmail.com>, "Khan, Mohammed" <Mohammed.Khan@mrta.us>, HumanResources
<HumanResources@mrta.us>, "Mahoney, Bonnie" <Bonnie.Mahoney@mrta.us>
Cc: "Fisher, Bruno" <Bruno.Fisher@mrta.us>

Dear Mr. Jones,


Sorry for the delay in reply as I was out of the office for a few days.  As you are aware all trips are assigned via a low cost qualified bid process through all of MART scheduling components.  If you are not receiving working in advance via the vendor portal it is simply because the trips have not reached your rates or have already been picked up by vendors with lower bid prices.


As I indicated to you in my email correspondence on 8/6/19 using Agawam as an example there were 36 vendors in front of you with lower rates.


As I have suggested to you in verbal conversations as well as via email correspondence health plans such as Commonwealth Care Alliance and Tufts have similar transportation needs as the PT1 for their One Care Programs and Senior Care Options Plans and several of our vendors also contract with them as well.  This may offer you additional volume so that you will be able to increase your workload.


If I can be of further assistance let me know.


*Rebecca L. Badgley*

*MART Director of Brokerage Operations*

*978-665-2828*

[Quoted text hidden]

 Gmail

**paul jones <ccrdcorp@gmail.com>**

## Insurance update not received CCRD
1 message

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                          Mon, Sep 24, 2018 at 11:25 AM
To: "ccrdcorp@gmail.com" <ccrdcorp@gmail.com>

Please note that the policy update to the new insurance requirements has not been received. If not received by 4pm tomorrow 9-25-18, Your contract will have a no new work hold placed immediately and all work effective 10-1-18 will be reassigned**.**

Please have your agent increase you coverage to either split limits of 250/500/100 or Combined single limit of 500,000. As required per your signed amendment.

Please have agent send the updated policy to BrokerageBus@mrta.us immediately

Thank you

*Stephanie Richard*

**Assistant Program Manager**

**MART**

**PROGRAM/ CONTRACT MGMT DEPT**

ph: 978-665-2830

fx: 978-342-1063

 **Gmail**

**paul jones <ccrdcorp@gmail.com>**

---

## Attention all vendors Please read attachment
1 message

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>
Cc: DMAContracts <DMAContracts@mrta.us>

Wed, Aug 1, 2018 at 4:14 PM

Good afternoon, please review the attached memo regarding insurance requirements.

If you have any questions, please reach out to DMAcontracts@mrta.us. Please be sure to include your company name when emailing.


Thank you


*Stephanie Richard*

**Assistant Program Manager**

**MART**

**PROGRAM/ CONTRACT MGMT DEPT**

ph: 978-665-2830

fx: 978-342-1063

---

📄 **Insurance coverage requirements.docx**
71K

As you are aware, your contract with MART specifies that certain insurance limits must be maintained on all active vehicles, based on the seating capacity (including driver). As of October 1, 2018 MART is requiring all Transportation Providers to carry (increase if necessary) the following limits:

1. Vehicle Seating Capacity <u>Less than six (6)</u> including driver:
   a. **Combined Single limit $500,000 Minimum**
2. Vehicle Seating Capacity <u>six (6) to eight (8)</u> including driver:
   a. **Combined Single limit $500,000 Minimum**
3. Vehicle Seating Capacity <u>nine (9) to fifteen (15)</u> including driver:
   a. **Combined Single limit $1,500,000 Minimum**
4. Vehicle Seating Capacity <u>greater than fifteen (15)</u> including driver:
   a. **Combined Single Limit $5,000,000 Minimum**

**Upon receipt of this memo, please have your insurance agent provide us with a certificate(s) showing that all Auto Liability policies are in compliance. These will be due to MART Contracts Department <u>no later</u> than 12PM, Tuesday September 25, 2018 (3 business days before the deadline: 10/1/2018).**

Any Transportation Providers that have not increased their coverage to come into compliance with the contract obligations, or have failed to have their agent provide adequate proof of compliance by the deadline, will face the following repercussions:

<u>9/25/2018: A 'No New Work' hold will be placed, and ALL WORK after 10/1/2018 will be reassigned.</u>

Transportation Providers may also face fines for contract non-compliance.

Please contact your insurance agent immediately to make sure your coverage is adequate (or increase it if not) and to have them send in your certificates, which may be emailed to Rebecca.Desrosiers@mrta.us OR DMAcontracts@mrta.us OR faxed to 978-342-1063.

Please note:

- These certificates MUST come directly from your Insurance Agent.
- Extensions will not be granted.
- MART must be listed is Certificate Holder: i.e. "MART 100 Main St. Fitchburg MA, 01420"
- MART must be listed as Additional Insured using the following verbiage in the description box of each certificate:

  "<u>Montachusett Regional Transit Authority (MART) is an additional insured with respects to the transportation services provided by the insured, where required by written contract.</u>"

Please note we are not asking you to send all your certificates right now. You need only send them to provide proof that you have *increased coverage* as mandated above.


Thank you

MART Contracts DEPT

 **Gmail**

**paul jones <ccrdcorp@gmail.com>**

---

## Important Memo
1 message

---

**Desrosiers, Rebecca** <Rebecca.Desrosiers@mrta.us>                    Thu, Sep 6, 2018 at 9:05 AM
To: "ccrdcorp@gmail.com" <ccrdcorp@gmail.com>

Good morning,

Please read the attached memo, and make the appropriate changes with your Insurance agent.

If you have any questions, please contact me.

Thank you,

*Rebecca Desrosiers*

**Assistant Insurance Manager**

**Montachusett Regional Transit Authority**

**MART Contracts Department**

ph: 978.665.2854

fax: 978.342.1063

---

📄 **Insurance Coverage Increase Memo.docx**
15K

 **Gmail**

**paul jones <ccrdcorp@gmail.com>**

---

## Certificates for insurance
9 messages

---

**paul jones** <ccrdcorp@gmail.com>                                     Fri, Jan 19, 2018 at 10:06 AM
To: Stephanie Richard <stephanie.richard@mrta.us>, olga@masstransins.com

Dear Olga please send me certificates of insurance MART needs them ASAP thank you.

Commonwealth Community Recovery Division Inc

Sent from my iPhone

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                      Fri, Jan 19, 2018 at 10:50 AM
To: paul jones <ccrdcorp@gmail.com>, "olga@masstransins.com" <olga@masstransins.com>

Hi Paul, I need something showing the active policy ASAP. If not received by 12pm, I must place your contract on hold as I cannot allow you to operate without an active policy with MART as a named additional insured as per the written contract, as well as a certificate holder. If you have anything that shows the coverage I need it ASAP
Thank you

Stephanie Richard
Assistant Project Coordinator
MART
PROGRAM/ CONTRACT MGMT DEPT
ph: 978-665-2830
fx: 978-342-1063
[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                                     Fri, Jan 19, 2018 at 11:00 AM
To: "Richard, Stephanie" <Stephanie.Richard@mrta.us>

I will have shortly the agent is doing now as we speak

Sent from my iPhone
[Quoted text hidden]

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                      Fri, Jan 19, 2018 at 11:01 AM
To: paul jones <ccrdcorp@gmail.com>

Great.
[Quoted text hidden]

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                      Fri, Jan 19, 2018 at 12:18 PM
To: paul jones <ccrdcorp@gmail.com>

Any update, I need this by 1pm.

Stephanie Richard
Assistant Project Coordinator
MART
PROGRAM/ CONTRACT MGMT DEPT
ph: 978-665-2830
fx: 978-342-1063

-----Original Message-----
From: paul jones [mailto:ccrdcorp@gmail.com]
Sent: Friday, January 19, 2018 11:00 AM
To: Richard, Stephanie
Subject: Re: Certificates for insurance

[Quoted text hidden]

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                    Fri, Jan 19, 2018 at 12:25 PM
To: "inna@masstransins.com" <inna@masstransins.com>
Cc: paul jones <ccrdcorp@gmail.com>

Good afternoon, as we discussed MART needs a copy of the certificate of Liability that we are an additional named insured as well as a Certificate holder. Please forward ASAP

Stephanie Richard
Assistant Project Coordinator
MART
PROGRAM/ CONTRACT MGMT DEPT
ph: 978-665-2830
fx: 978-342-1063

-----Original Message-----
From: Richard, Stephanie
Sent: Friday, January 19, 2018 10:51 AM
To: 'paul jones'; olga@masstransins.com
Subject: RE: Certificates for insurance

Hi Paul, I need something showing the active policy ASAP. If not received by 12pm, I must place your contract on hold as I cannot allow you to operate without an active policy with MART as a named additional insured as per the written contract, as well as a certificate holder. If you have anything that shows the coverage I need it ASAP Thank you

Stephanie Richard
Assistant Project Coordinator
MART
PROGRAM/ CONTRACT MGMT DEPT
ph: 978-665-2830
fx: 978-342-1063

-----Original Message-----
From: paul jones [mailto:ccrdcorp@gmail.com]
Sent: Friday, January 19, 2018 10:06 AM
To: Richard, Stephanie; olga@masstransins.com
Subject: Certificates for insurance

[Quoted text hidden]

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                    Fri, Jan 19, 2018 at 12:26 PM
To: paul jones <ccrdcorp@gmail.com>

Hi
I spoke with your agency, they confirmed you have the coverage and I had to email them the request for the certificate You should be ok for now.
Thank you

Stephanie Richard
Assistant Project Coordinator
MART
PROGRAM/ CONTRACT MGMT DEPT
ph: 978-665-2830
fx: 978-342-1063

-----Original Message-----
From: Richard, Stephanie
Sent: Friday, January 19, 2018 10:51 AM
To: 'paul jones'; olga@masstransins.com
Subject: RE: Certificates for insurance

Hi Paul, I need something showing the active policy ASAP. If not received by 12pm, I must place your contract on hold as I cannot allow you to operate without an active policy with MART as a named additional insured as per the written contract, as well as a certificate holder. If you have anything that shows the coverage I need it ASAP Thank you

Stephanie Richard
Assistant Project Coordinator
MART
PROGRAM/ CONTRACT MGMT DEPT
ph: 978-665-2830
fx: 978-342-1063

-----Original Message-----
From: paul jones [mailto:ccrdcorp@gmail.com]
Sent: Friday, January 19, 2018 10:06 AM
To: Richard, Stephanie; olga@masstransins.com
Subject: Certificates for insurance

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                                     Fri, Jan 19, 2018 at 12:32 PM
To: "Richard, Stephanie" <Stephanie.Richard@mrta.us>

Thanks

Sent from my iPhone
[Quoted text hidden]

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                      Fri, Jan 19, 2018 at 12:40 PM
To: paul jones <ccrdcorp@gmail.com>

Just an FYI, you will have workers comp due on 2-8-18. You will get a separate email about that shortly, getting all my February notifications ready to go out.
Thank you

Stephanie Richard
Assistant Project Coordinator
MART
PROGRAM/ CONTRACT MGMT DEPT
ph: 978-665-2830
fx: 978-342-1063

-----Original Message-----
From: paul jones [mailto:ccrdcorp@gmail.com]
Sent: Friday, January 19, 2018 12:33 PM
To: Richard, Stephanie
Subject: Re: Certificates for insurance

[Quoted text hidden]

62

 Gmail

**paul jones <ccrdcorp@gmail.com>**

---

## Insurance update not received CCRD
1 message

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                    Mon, Sep 24, 2018 at 11:25 AM
To: "ccrdcorp@gmail.com" <ccrdcorp@gmail.com>

Please note that the policy update to the new insurance requirements has not been received. If not received by 4pm tomorrow 9-25-18, Your contract will have a no new work hold placed immediately and all work effective 10-1-18 will be reassigned.

Please have your agent increase you coverage to either split limits of 250/500/100 or Combined single limit of 500,000. As required per your signed amendment.

Please have agent send the updated policy to BrokerageBus@mrta.us immediately

Thank you

*Stephanie Richard*

**Assistant Program Manager**

**MART**

**PROGRAM/ CONTRACT MGMT DEPT**

ph: 978-665-2830

fx: 978-342-1063

 Gmail

**paul jones <ccrdcorp@gmail.com>**

---

## MARTS previous employee IVAN ROMAN
26 messages

---

**paul jones** <ccrdcorp@gmail.com>                                    Fri, May 25, 2018 at 5:57 PM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>, "Monk, Robert" <robert.monk@mrta.us>, "Small-Borsellino, Sharna (EHS)" <Sharna.Small-Borsellino@massmail.state.ma.us>, joseph.l.harrington@state.ma.us, sandy.mulcahy@state.ma.us, bonnie.mahoney@mrta.us, mohammed.khan@mrta.us, bruno.fisher@mrta.us, julian.tynes@dot.state.ma.us, gregory.sobczynski@state.ma.us

> MARTS previous employee IVAN ROMAN is trying to solicit Fee for his services from CCRD INC a MART Vendor.
>
> Ivan Roman (Disgruntled employee) is informing us that MART Brokerage has a toxic environment, please read my letter attached and 1 email from Ivan Roman, I wish not to be pulled into this fray with Mr. Ivan Roman I believe it is a conflict of interest for him to solicit Vendor, to help them navigate through MARTS Brokerage Department flaws Thank you.
>
> **Paul Jones / Director**
> **Commonwealth Community**
> **Recovery Division Inc.**
> **79 Thompson Street**
> **Springfield, Ma 01109**
> **Cell: 617-939-5417**
> **Toll Free: 888-680-4667**
> **Fax: 888-726-8386**
>
>
> **The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

---

**2 attachments**

 **letter.docx**
77K

 **img017.pdf**
827K

---

**paul jones** <ccrdcorp@gmail.com>                                    Fri, May 25, 2018 at 6:05 PM
To: jerry short <strive2beinc@gmail.com>

Look I need to hire you for some counseling due to this problem I am having at my job, I have loss a marriage, loss of consortium, weight, sleep this is killing me, I will call you later to discuss dates & times for counseling please read the letter I wrote them and also read the email that I received from a MR. Ivan Roman former employee at my job (MART) I believe it is borderline extortion will call you Thanks.
**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**

Fax: 888-726-8386

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

---

**2 attachments**


**letter.docx**
77K

**img017.pdf**
827K

---

**paul jones** <ccrdcorp@gmail.com>                                                    Fri, May 25, 2018 at 6:14 PM
To: Anthony.J.Ta@state.ma.us

I was told to forward the email to  Anthony.J.Ta@state.ma.us from **Small-Borsellino, Sharna (EHS)** automatic email response.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

---------- Forwarded message ----------
From: **paul jones** <ccrdcorp@gmail.com>
Date: Fri, May 25, 2018 at 5:57 PM
Subject: MARTS previous employee IVAN ROMAN
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>, "Monk, Robert" <robert.monk@mrta.us>, "Small-Borsellino, Sharna (EHS)" <Sharna.Small-Borsellino@massmail.state.ma.us>, joseph.l.harrington@state.ma.us, sandy.mulcahy@state.ma.us, bonnie.mahoney@mrta.us, mohammed.khan@mrta.us, bruno.fisher@mrta.us, julian.tynes@dot.state.ma.us, gregory.sobczynski@state.ma.us

[Quoted text hidden]

---

**2 attachments**

**letter.docx**
77K

**img017.pdf**
827K

**Ta, Anthony J (EHS)** <anthony.j.ta@state.ma.us>                    Fri, May 25, 2018 at 9:41 PM
To: paul jones <ccrdcorp@gmail.com>

Good Evening Mr. Jones,

Thank you for forwarding this along to myself, as well as the rest of the HST staff (Sharna, Sandy). I will regroup
immediately with Rebecca and the MART leadership staff first thing Tuesday morning.

Thank you, and Have a Great Weekend,
Anthony

Get Outlook for iOS
[Quoted text hidden]

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>                    Tue, May 29, 2018 at 9:48 AM
To: paul jones <ccrdcorp@gmail.com>, "Monk, Robert" <Robert.Monk@mrta.us>, "Small-Borsellino, Sharna (EHS)"
<Sharna.Small-Borsellino@massmail.state.ma.us>, "joseph.l.harrington@state.ma.us" <joseph.l.harrington@state.ma.us>,
"sandy.mulcahy@state.ma.us" <sandy.mulcahy@state.ma.us>, "Mahoney, Bonnie" <Bonnie.Mahoney@mrta.us>, "Khan,
Mohammed" <Mohammed.Khan@mrta.us>, "Fisher, Bruno" <Bruno.Fisher@mrta.us>, "julian.tynes@dot.state.ma.us"
<julian.tynes@dot.state.ma.us>, "gregory.sobczynski@state.ma.us" <gregory.sobczynski@state.ma.us>

Paul,

I wanted to thank you very much for forwarding this to us.  We were already aware and are taking appropriate steps
with our legal team regarding the correspondence that was sent by our former employee.  Thanks again for taking to
report.

Rebecca

*Rebecca L. Badgley*

*MART Director of Brokerage Operations*

*978-665-2828*

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                    Fri, Jun 1, 2018 at 8:46 AM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>

Hello Rebecca,
I am trying to add my rates for DAR and Taxi but the portal is not letting me submit it is giving me an error message that
states "partners.mrta.us:444 say Field cannot be left empty. Please enter some value" please help thanks

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**

66

**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>                          Fri, Jun 1, 2018 at 9:47 AM
To: "Monk, Robert" <Robert.Monk@mrta.us>
Cc: paul jones <ccrdcorp@gmail.com>

Robert,  Can you please outreach and assist Mr. Jones.  Thanks.

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                          Mon, Jun 4, 2018 at 9:41 AM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>, "Small-Borsellino, Sharna (EHS)" <Sharna.Small-Borsellino@massmail.state.ma.us>, joseph.l.harrington@state.ma.us, sandy.mulcahy@state.ma.us, julian.tynes@dot.state.ma.us, gregory.sobczynski@state.ma.us, donna.landry@mrta.us, Anthony.J.Ta@state.ma.us

To whom it may concern,
CCRD INC has been experiencing Fraudulent trips that have never been assigned to us popping up in our invoices at the end of each billing cycle for some time now.

CCRD INC writes down (daily log) pick up, drop off times & mileage for each leg of trip daily, none of these trips are on any of the above documents from MART or our in-house daily logs..

CCRD INC also has installed cameras and tracking devices for all 3 of our vehicles & cameras to protect CCRD INC. from fraudulent charges.

These mentioned trips and clients are not even on cameras nor does it ever show any of our vehicles arriving at these clients address to pick up or drop off locations. We can download all vehicles activities that show locations for up to a year for tracking devices (Cloud).

we have been seeing for months trips popping up in our portal it is not on MARTS Vendor portal (Trip Completions) our daily Download of Trips (CSV File)  our in-house Daily Log or even our tracking system or cameras, this is very disturbing and can cause us to be brought up on fraud charges if these trips are inadvertently marked completed on our invoices.

CCRD INC has to go through each trip on  MARTS Vendor portal (Trip Completions), MARTS  Download of Trips (CSV File) &  Our in-house Daily Log to assure we have no trips that have been placed in our Invoice at the end of the billing period.

This has nothing to do with CCRD INC. end of things, no trips should be placed in any vendors portal if the vendor did not have these trips in  MARTS Vendor portal (Trip Completions),  MARTS  Download of Trips (CSV File), Our in-house Daily Log, on our Tracking devises (To show vehicle arrived at clients pick & drop off locations)

This is a serious problem for us we are in dire need of your immediate attention for a solution to this serious problem, CCRD INC has screenshots of fraudulent rides placed in our portal during invoicing, we also make a notation in the vendor commits section on the billing invoices, these notations are not in our finalized invoices as of lately when we download a copy for our files as they use to be.

We also can provide detailed in-house daily logs, tracking printouts from tracking company to show none of CCRD INC,s vehicles were at any of these locations, please help us with this serious issue Thank you.

1. Robles. K on Sunday, May 27, 2018, from 44 Pearl St Chicopee Ma to 628 Center Street Chicopee Ma, this is a Fraudulent Trip it shouldn't have been placed in my Portal.

2. Edwin. S on Wednesday, May 30, 2018, from 25-27 Bonnyview Street, Springfield, Ma to 622 State Street Springfield, Ma this is a Fraudulent Trip it shouldn't have been placed in my Portal.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>                                     Tue, Jun 5, 2018 at 8:43 AM
To: paul jones <ccrdcorp@gmail.com>, "Small-Borsellino, Sharna (EHS)" <Sharna.Small-Borsellino@massmail.state.ma.us>, "joseph.l.harrington@state.ma.us" <joseph.l.harrington@state.ma.us>, "sandy.mulcahy@state.ma.us" <sandy.mulcahy@state.ma.us>, "julian.tynes@dot.state.ma.us" <julian.tynes@dot.state.ma.us>, "gregory.sobczynski@state.ma.us" <gregory.sobczynski@state.ma.us>, "Landry, Donna" <Donna.Landry@mrta.us>, "Anthony.J.Ta@state.ma.us" <Anthony.J.Ta@state.ma.us>

Good Morning Paul,

I am looking into this for the #2 example that you are giving for 5/30 Edwin S  I have no member or address with any transport on this date are you sure that it is 5/30 as even members I have going to 622 State St., are no match to the info that you have provided.

Rebecca

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                                                Tue, Jun 5, 2018 at 10:15 AM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>
Bcc: ccrdcorp@gmail.com

I have a screen shot of a copy of the invoice where these trips were place in , invoice for May 16,2018-May 31,2018 I can redact them.

Those are from the May 16th to May 31, 2018 billing invoice.

I have more also from previous months as well but will focus on the issue for Edwin S , I also spoke with 622 State and asked for him he doesn't exist as of today there. If you want the screen shot it will take a day I have to work and redact it

let me know thanks.

Sent from my iPhone
[Quoted text hidden]

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>                    Tue, Jun 5, 2018 at 11:17 AM
To: paul jones <ccrdcorp@gmail.com>

Is his last name Edwin or is that his first name?  Even if you can give me one of the trip numbers that you a referring to.

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                              Tue, Jun 5, 2018 at 11:19 AM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>
Bcc: ccrdcorp@gmail.com

Screen shot doesn't show the trip number it's cut off, will check in 15 minuets when I am at office first / last name and TELEPHONE NUMBER

Sent from my iPhone
[Quoted text hidden]

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>                    Tue, Jun 5, 2018 at 11:26 AM
To: paul jones <ccrdcorp@gmail.com>

Thank you much

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                              Tue, Jun 5, 2018 at 11:40 AM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>

I actually do have the complete picture of screen shot client for last name Edwin. S trip ID # T7612352 &  T76123523, Robles.K Trip ID T7927715

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>                    Wed, Jun 6, 2018 at 8:38 AM
To: paul jones <ccrdcorp@gmail.com>

Paul,  Thank you for providing the additional information.  Can you confirm did you got out to pick up Robles on 5/27 and 5/28? Rebecca

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                                      Wed, Jun 6, 2018 at 10:51 AM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>

You are getting these clients confused, yes I picked up another client name Robles.L 4137274274 19, WHITTIER ST, Springfield, Ma standing order #R112582, R112581, **But the other Robles.K Trip ID T7927715 which we are dealing with at 44 Pearl Street Chicopee does not exist**, this trip was placed in my invoice for May 16 to 31 2018, this is a fraudulent trip, I also went by 44 Pearl st Chicopee, I take a client from there ( Rita. P ) she said that no one exists by that name Robles .K at her residence so it is a made up name and adress.

This has been going on for months I have documented these trips, to protect us from fraud charges is we inadvertently miss one, I also go to the residence and speak with individuals and the drop off location if I can to see if they have an appointment most times these people don't exist at the appointments or programs I have all documentation.

Also I would like to ask you if I can come back in and view the Vendor Portal Demo as I was not shown it when Karen gave me the training and Robert was unable to access it when I was in a few weeks ago, the Vendor Portal Demo is key for me to have full understanding of the DEMO, please let me know if I can come back to complete the training & watch the Vendor Portal Demo Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

[Quoted text hidden]

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>                            Wed, Jun 6, 2018 at 11:46 AM
To: paul jones <ccrdcorp@gmail.com>

Paul,

I am not confused on this I am investigating and understand that there was a mix in client information and it would appear a lack on follow through on scheduling staff's part.  The trips for K. Robles were offered to you and accepted by you via the IVR call out system and I noticed that the 27th you cancelled in billing but on the 28th you marked member as a no show.  Did you physically go to this vendor's address either day?

I will follow up with Robert about providing you with another Vendor Portal Training.

[Quoted text hidden]

**paul jones** <ccrdcorp@gmail.com>                                         Wed, Jun 6, 2018 at 12:26 PM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>
Bcc: ccrdcorp@gmail.com

   I done recall excepting a Robles .K from the IVR system either of those day are you sure do you have print out to send so
   I can maybe recollect my memory

   Sent from my iPhone

   On Jun 6, 2018, at 11:46 AM, Badgley, Rebecca <rebecca.badgley@mrta.us> wrote:
   k
   [Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>                                         Wed, Jun 6, 2018 at 12:56 PM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>
Bcc: ccrdcorp@gmail.com

   After carefully thinking about this situation I never had those trips for a Robles. K at all

   Sent from my iPhone
   [Quoted text hidden]

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>                              Wed, Jun 6, 2018 at 12:54 PM
To: paul jones <ccrdcorp@gmail.com>

   **Paul,  See the email trial below as.  The trips for K Robles were not an actual trip and they should have been taken
   out of the system by staff and not assigned to any vendor can you please simply confirm where your marked a no
   show for the 28th on K. Robles did you physically send a vehicle to that location of 44 Pearl St in Chicopee at
   730am?  Rebecca**


   **From:** Nick TechSupport [mailto:ts_nick@hbssweb.com]
   **Sent:** Tuesday, June 05, 2018 11:19 AM
   **To:** Badgley, Rebecca
   **Cc:** hbss_techsupport; Mital Parikh
   **Subject:** Re: TSR-4591: need info asap


   Hi Rebecca,


   Trip 'T7927715' was assigned to CCRD on 5/25 through Vendor CallOut.


   Thanks,

   Nick

   **From:** Badgley, Rebecca <rebecca.badgley@mrta.us>
   **Sent:** Tuesday, June 5, 2018 9:51 AM
   **To:** Mital Parikh

**Cc:** Himanshu Bhatnagar
**Subject:** need info asap


C44656 springfield DB – trip T7927715 for 5/27 was assigned at 636 am to vendor CCRD on 5/25 can you tell me who the MART staff was that assigned in the trip?




*Rebecca L. Badgley*

*MART Director of Brokerage Operations*

*978-665-2828*




[Quoted text hidden]

---

**Badgley, Rebecca** <rebecca.badgley@mrta.us>                           Wed, Jun 6, 2018 at 1:13 PM
To: paul jones <ccrdcorp@gmail.com>


Paul,  Is this your response to the email that I sent at 1255?  Which was as follows:




**Paul,  See the email trial below as.  The trips for K Robles were not an actual trip and they should have been taken out of the system by staff and not assigned to any vendor can you please simply confirm where your marked a no show for the 28th on K. Robles did you physically send a vehicle to that location of 44 Pearl St in Chicopee at 730am?  Rebecca**




**From:** Nick TechSupport [mailto:ts_nick@hbssweb.com]
**Sent:** Tuesday, June 05, 2018 11:19 AM
**To:** Badgley, Rebecca
**Cc:** hbss_techsupport; Mital Parikh
**Subject:** Re: TSR-4591: need info asap


Hi Rebecca,


Trip 'T7927715' was assigned to CCRD on 5/25 through Vendor CallOut.


Thanks,

Nick

---

**From:** Badgley, Rebecca <rebecca.badgley@mrta.us>
**Sent:** Tuesday, June 5, 2018 9:51 AM
**To:** Mital Parikh
**Cc:** Himanshu Bhatnagar
**Subject:** need info asap


C44656 springfield DB – trip T7927715 for 5/27 was assigned at 636 am to vendor CCRD on 5/25 can you tell me who the MART staff was that assigned in the trip?


*Rebecca L. Badgley*

*MART Director of Brokerage Operations*

*978-665-2828*


[Quoted text hidden]

---

paul jones <ccrdcorp@gmail.com>                                      Wed, Jun 6, 2018 at 1:56 PM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>

Hello, Rebecca sorry for the delay I was driving on the highway, Regarding was never accepted by me through the IVR system at all never, Robles.K Trip ID T7927715 , so I could have never sent a car to that address because it never appeared in our vendor portal,UNTIL the May 16 to 31 2018 Invoice came out that is the only time we even heard of a Robles.K Trip ID T7927715.

Please understand that Robles.K Trip ID T7927715  or  5/30 Edwin S Trip ID T612352 has never been excepted by CCRD INC through the IVR System or The Vendor Portal, we had no clue about either of these trips until we closed the invoice that's when they appeared on our invoice. This is a common thing of rides appearing in our Invoices that we have never taken or they are not on our Daily downloads CSV files from MART or in MARTS Trip Completion section of the portal that we cancel trip through, they are not even on our in-house daily log, No we never could mark them cancelled or no show ever because Robles.K Trip ID T7927715  or  5/30 Edwin S Trip ID T612352 doesn't exist in any of our paperwork. I personally went to these addresses and asked for them and they are nonexistent people, sorry for the long email but I am trying to explain.

Also you sent an email asking " Paul,  Thank you for providing the additional information.  Can you confirm did you got out to pick up Robles on 5/27 and 5/28? Rebecca" no we couldn't have gone out to either clients address because they were no existent until the May 16-31, 2018 invoice where downloaded from MART, please review MARTS Vendor Portal (Trip Completions) May 27,28 2018 for Robles.K they are not there, also  review MARTS Vendor Portal (Trip Completions) for 5/30 Edwin S Trip ID T612352 it is not there to be marked cancelled or no-show, we have screenshots of the portal that shows this and all our trips this has been happening for months.


**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**

**Cell: 617-939-5417**

**Toll Free: 888-680-4667**

**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

---

Badgley, Rebecca <rebecca.badgley@mrta.us>                                      Wed, Jun 6, 2018 at 2:47 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: "Mulcahy, Sandy (EHS)" <Sandy.Mulcahy@state.ma.us>, "Anthony.J.Ta@state.ma.us" <Anthony.J.Ta@state.ma.us>

Paul,

K. Robles should have shown on your end of day reports from the portal on 5/27 and 5/28 as I can see them on our end of day schedules as previously stated they were accepted by you via the IVR callout system.  You are correct that address does belong to another member (Rita P) and there was a glitch where the client info somehow duplicated for a couple of days this was discovered and identified to the programmers for follow up and those trips should not have been assigned or left scheduled by our scheduling staff and I will be taking appropriate actions.

Edwin S. was called into on 5/29 at  9:52:50am by Tammy in scheduling at 617-939-5417 assigned to you as a Springfield to Springfield trip this one however you would not see on your end of day report as the member has an alternate address pick up in Springfield but is actually located in our Worcester database.  When Tammy called she should have told you that this was client from the Worcester Database.  Do you recall if she mention of such?  You currently do not have access to that area and that would have prevented you from seeing that trip information on your end of day report.   As you would have had to request access to that area to get the end of day report.  If would be helpful if you could recall if she mentioned this information to you when the call was placed.

I will be taking actions regarding this issues as well that trip was in fact an actual trip.  So be mindful in future that if you accept a trip that the member is not in the Springfield Database you would need to be opened up for the area in which you have accepted to trip to get the reports at the end of the day.

In follow up on your request for an additional full vendor portal training I will have Robert outreach you to set up a time that works for your schedule.

[Quoted text hidden]

---

paul jones <ccrdcorp@gmail.com>                                                Thu, Jun 7, 2018 at 12:13 AM
To: paul jones <ccrdcorp@gmail.com>

Hello, Rebecca,

Thank you for taking the time to investigate this as I stated this has been happening for a long time now I sent the two example, I will address each issue you raised in your final email

below.

You stated, " K. Robles should have shown on your end of day reports from the portal on 5/27 and 5/28 as I can see them on our end of day schedules as previously stated they were accepted by you via the IVR callout system".

I have had two Vendor Portal Trainings one on approximately March 18, 2016, by Karen Cordio and another on May 16th, 2018, neither Training covered **End of Day Downloadable reports** from the Vendor Portal, but I do recall seeing that tab at the top of my portal it was taken away from my portal on or about April 1, 2017, I would like to request that it be restored so I can download much-needed reports, to stay competitive.

I did not get to see the Vendor Portal Demo either time due to Renovation of the Vendor Training Facility on March 18, 2016, and as I recall on May 16, 2018, the Internet wasn't working so we couldn't get access to the Vendor Portal Demo.

Since then I have requested several times another Vendor Training to view the Vendor Portal Demo and you stated today you would have Robert Monk contact me for dates thank you for that.

I don't recall excepting any trips for a K.Robles at all, as I would have remembered that name, I have had a standing order with another client named L. Robles.  As I stated in my prior emails that no K. Robles was on our May 27th or 28th download list from MARTS Vendor Portal downloads on the day before (See redacted  Vendor Portal downloads ), I as I have stated the address belong to another client (Rita P) and I spoke with her and she confirmed that no K.Robles as ever lived at her residence. Also attached is a screenshot of the May 16-31, 2018 invoice (See redacted  Invoice Attachments ) redacted that shows  K.Robles on it as a one way, I never had  access to download a copy of the Invoice before or after I submit it, we only had access to download a final invoice which doesn't have any trip I dispute or the comments I put in.

Regarding Edwin. S I don't recall excepting a trip for him, and to answer the question, when MARTS phone operators gives me a trip from the Worcester portal, which has happened 3 times since March 20, 2016, they always tell me I have to manually write it down, this is because we don't have access to Worcester / Boston  part of the portal or access to our Tab to run reports, going forward I am requesting access to both Worcester and Boston Portal so we can bid on those trips and restore our Tab so we can run all necessary reports needed to be competitive with other vendors and much need info, example we use to be able to download Daily Reports and reports on clients complaints list so we can get a better understanding of a client's past. we can't anymore this is much needed please assist us so this problem in future won't be an issue. As I also stated in earlier emails that I also went to the Springfield, MA address listed for Edwin. S (See Attachment 4) the family at the residence stated they don't know anyone named Edwin.S.

I believe a solution to most of these problems is as follows: 1. CCRD INC. should be given access to the Vendor Portal Demo Training as soon as possible.

2. Access should be granted to CCRD INC to the Worcester / Boston Vendor Portal to Bid and compete in those areas so when and if we do except trips in those areas we don't have to manually write them down with the technology of the portal no Vendor should have to do that.

3. CCRD INC should be given back the access tab in the Vendor Portal on our Homepage so that we could run much-needed reports to compete against the rest of the vendors, and to protect our company as well as MART interest.

4. This is just a suggestion all vendors should be granted the right to change their rates every 30 days not 90 days, so they can stay competitive with all the vendors that have been around for a while and has figured out the bidding system, this causes certain vendors to be locked out for 90 days if they don't put the correct bids in.

Thank you for your investigation again.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

**4 attachments**



**K. Robles Invoice for May 16-31 2018 Screenshot not final invoice.png**
363K

**May 30 2018 Nonexistant  Trip E. Santos Trip Invoice Download Screenshot 2018-06-04 01.37.41.png**
378K



**NO K. Robles on may 27 2018 csv file.csv**
4K

**NO K. Robles on may 28 2018 Download.csv**
4K

---

paul jones <ccrdcorp@gmail.com>                                        Thu, Jun 7, 2018 at 12:15 AM
To: "Badgley, Rebecca" <rebecca.badgley@mrta.us>, Mark <pj22765@gmail.com>, lindsey Shepard
<lsccrdcorp@gmail.com>
Cc: "Mulcahy, Sandy (EHS)" <Sandy.Mulcahy@state.ma.us>, "Anthony.J.Ta@state.ma.us" <Anthony.J.Ta@state.ma.us>

Hello, Rebecca,

Thank you for taking the time to investigate this as I stated this has been happening for a long
time now I sent the two example, I will address each issue you raised in your final email
below.

You stated, " K. Robles should have shown on your end of day reports from the portal on
5/27 and 5/28 as I can see them on our end of day schedules as previously stated they were
accepted by you via the IVR callout system".

I have had two Vendor Portal Trainings one on approximately March 18, 2016, by Karen
Cordio and another on May 16th, 2018, neither Training covered **End of Day
Downloadable reports** from the Vendor Portal, but I do recall seeing that tab at the top of
my portal it was taken away from my portal on or about April 1, 2017, I would like to request
that it be restored so I can download much-needed reports, to stay competitive.

I did not get to see the Vendor Portal Demo either time due to Renovation of the Vendor
Training Facility on March 18, 2016, and as I recall on May 16, 2018, the Internet
wasn't working so we couldn't get access to the Vendor Portal Demo.

Since then I have requested several times another Vendor Training to view the Vendor Portal
Demo and you stated today you would have Robert Monk contact me for dates thank you for
that.

I don't recall excepting any trips for a K.Robles at all, as I would have remembered that
name, I have had a standing order with another client named L. Robles.  As I stated in
my prior emails that no K. Robles was on our May 27th or 28th download list from MARTS
Vendor Portal downloads on the day before (See redacted  Vendor Portal downloads ), I as I
have stated the address belong to another client (Rita P) and I spoke with her and she
confirmed that no K.Robles as ever lived at her residence. Also attached is a screenshot of

77

the May 16-31, 2018 invoice (See redacted  Invoice Attachments ) redacted that shows  K.Robles on it as a one way, I never had  access to download a copy of the Invoice before or after I submit it, we only had access to download a final invoice which doesn't have any trip I dispute or the comments I put in.

Regarding Edwin. S I don't recall excepting a trip for him, and to answer the question, when MARTS phone operators gives me a trip from the Worcester portal, which has happened 3 times since March 20, 2016, they always tell me I have to manually write it down, this is because we don't have access to Worcester / Boston  part of the portal or access to our Tab to run reports, going forward I am requesting access to both Worcester and Boston Portal so we can bid on those trips and restore our Tab so we can run all necessary reports needed to be competitive with other vendors and much need info, example we use to be able to download Daily Reports and reports on clients complaints list so we can get a better understanding of a client's past. we can't anymore this is much needed please assist us so this problem in future won't be an issue. As I also stated in earlier emails that I also went to the Springfield, MA address listed for Edwin. S (See Attachment 4) the family at the residence stated they don't know anyone named Edwin.S.

I believe a solution to most of these problems is as follows: 1. CCRD INC. should be given access to the Vendor Portal Demo Training as soon as possible.

2. Access should be granted to CCRD INC to the Worcester / Boston Vendor Portal to Bid and compete in those areas so when and if we do except trips in those areas we don't have to manually write them down with the technology of the portal no Vendor should have to do that.

3. CCRD INC should be given back the access tab in the Vendor Portal on our Homepage so that we could run much-needed reports to compete against the rest of the vendors, and to protect our company as well as MART interest.

4. This is just a suggestion all vendors should be granted the right to change their rates every 30 days not 90 days, so they can stay competitive with all the vendors that have been around for a while and has figured out the bidding system, this causes certain vendors to be locked out for 90 days if they don't put the correct bids in.

Thank you for your investigation again.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

---

**4 attachments**



**K. Robles Invoice for May 16-31 2018 Screenshot not final invoice.png**
363K



**May 30 2018 Nonexistant  Trip E. Santos Trip Invoice Download Screenshot 2018-06-04 01.37.41.png**
378K

**NO K. Robles on may 27 2018 csv file.csv**
4K

**NO K. Robles on may 28 2018 Download.csv**
4K

---

**paul jones** <ccrdcorp@gmail.com>                    Tue, Jul 23, 2019 at 10:19 PM
To: paul jones <ccrdcorp@gmail.com>

hbss tech support shows IVR system
**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.

[Quoted text hidden]

 **paul jones <ccrdcorp@gmail.com>**

---

## MART MEMO URGENT
1 message

---

**Richard, Stephanie** <Stephanie.Richard@mrta.us>                    Wed, Dec 27, 2017 at 10:27 AM
Cc: DMAContracts <DMAContracts@mrta.us>

ATTENTION ALL VENDORS PLEASE READ THE ATTACHED MEMO

If you have questions, please email them in writing to DMAcontracts@MRTA.US

Thank you



**Assistant Project Coordinator**

**MART**

**PROGRAM/ CONTRACT MGMT DEPT**

ph: 978-665-2830

fx: 978-342-1063

---

📄 **Attention all MART Contracted vendors.docx**
13K

**Attention all MART Contracted vendors:**

**MART needs to address the following ongoing issues that are occurring. Please note that failure to comply may put your contract at risk of being placed on hold.**

**HIPAA:**  Please be sure that you are familiar and understand the importance of protecting client personal info **(PI)** and the laws surrounding HIPAA.  When sending driver manifests for scheduled work you must exercise extreme caution to ensure that no HIPAA laws are being violated and the client **PI** is not compromised.  I.E. sending the manifest by email to a locked password protected smart phone does not meet HIPAA.  The email must be encrypted and always send only the minimum **PI** necessary.  All emails must be encrypted and text messages can't include client name. Vendors found in violation of HIPAA will result in high monetary penalties and or possible contract termination.

**Inspections:** Please note that not only is MART inspecting vehicles and sites, HST, Mass Health and DDS are also doing the same. As per your contract all vendors are to comply and not refuse to be inspected.

**Desk Audits:** If an inspector contacts you the vendor to set up a mandatory desk audit, you must respond within 48 hours to schedule the audit.

**Driver requirements:** No driver is allowed to do work under the MART contract if they are unable to speak and understand English. No driver is to be added to your contracted work without MART receiving an updated employee log and credentials for that driver.

**Assigned work:** There are to be no unauthorized passengers in vehicles. You cannot combine MART contracted work with other contracted work.

**Vehicles:** MUST have working heat at all times. If a vehicle does not have working heat you must replace with a backup immediately.

**Insurance:** Certificates must be received by 10am on the day they are due to expire. If this day falls on a weekend, you may be required to have the updated certificates to MART by 4pm on last business day prior. If not received, work will be reassigned and contract placed on hold until updated insurance information is received.

**MART requests for Documents:** If MART requests documents to be sent, you must comply within time frame allotted. Failure to do so will result in fines being issued.

**Phone coverage:** As per your contract you must have someone available to answer phone calls during operating hours. If you have clients on the road or scheduled before or after normal business hours, then someone must be available to answer calls.

**Special comments:** Please be sure to abide by the special comments section of trips assigned. Failure to do so may result in work reassignment and fines being issued.


Thank you for your cooperation.

MART Contract Management DEPT

81