# Exhibit 8

# RIGHT TO SUE LETTER

PDF processed with CutePDF evaluation edition www.CutePDF.com

# OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

**MAURA HEALEY**
**ATTORNEY GENERAL**

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

July 13, 2021

Paul Jones
79 Thompson Street
Springfield, MA 01109

RE: Montachusetts Regional Transit Authority

Dear Paul Jones:

Thank you for contacting the Office of the Attorney General's Fair Labor Division.

Workers in Massachusetts have the right to sue their employers for some violations of wage and hour laws. This is called the worker's "private right of action." Workers who win their wage and hour cases in court have a right to collect triple damages, attorneys' fees, and court costs.

The Fair Labor Division receives and reviews thousands of complaints each year and must make difficult decisions about which cases it will pursue on the worker's behalf. We have reviewed your complaint and have decided not to investigate your complaint further. <u>This is not a determination of the merits of your case</u>. It does mean, however, that this Office will not be taking any further action on your complaint. **This is your Private Right of Action Letter.**

You may be able to pursue this matter through a private lawsuit, either on your own or with the assistance of a private attorney. There are strict deadlines for starting a lawsuit. The deadline (statute of limitations) for most wage and hour violations is three years. Workers who miss the deadline will not be able to sue.

**If you need help taking action, you may be interested in seeking free legal assistance at the next Wage Theft Clinic. A flyer with information about the Wage Theft Clinic is included.**

For more information about the Massachusetts Wage and Hour laws and exercising your private right of action, including a list of attorney referral services, please visit the Attorney General's website at www.mass.gov/ago/pra.

Sincerely,
Fair Labor Division
617-727-3465