# Exhibit 9

## Plaintiff could not combine MART contracted Work with other contracted work

PDF processed with CutePDF evaluation edition www.CutePDF.com

 paul jones <ccrdcorp@gmail.com>

## MART MEMO URGENT
1 message

**Richard, Stephanie** <Stephanie.Richard@mrta.us>   Wed, Dec 27, 2017 at 10:27 AM
Cc: DMAContracts <DMAContracts@mrta.us>

ATTENTION ALL VENDORS PLEASE READ THE ATTACHED MEMO

If you have questions, please email them in writing to DMAcontracts@MRTA.US

Thank you



**Assistant Project Coordinator**

**MART**

**PROGRAM/ CONTRACT MGMT DEPT**

ph: 978-665-2830

fx: 978-342-1063

---

📄 **Attention all MART Contracted vendors.docx**
13K

**Attention all MART Contracted vendors:**

**MART needs to address the following ongoing issues that are occurring. Please note that failure to comply may put your contract at risk of being placed on hold.**

**HIPAA:** Please be sure that you are familiar and understand the importance of protecting client personal info **(PI)** and the laws surrounding HIPAA. When sending driver manifests for scheduled work you must exercise extreme caution to ensure that no HIPAA laws are being violated and the client **PI** is not compromised. I.E. sending the manifest by email to a locked password protected smart phone does not meet HIPAA. The email must be encrypted and always send only the minimum **PI** necessary. All emails must be encrypted and text messages can't include client name. Vendors found in violation of HIPAA will result in high monetary penalties and or possible contract termination.

**Inspections:** Please note that not only is MART inspecting vehicles and sites, HST, Mass Health and DDS are also doing the same. As per your contract all vendors are to comply and not refuse to be inspected.

**Desk Audits:** If an inspector contacts you the vendor to set up a mandatory desk audit, you must respond within 48 hours to schedule the audit.

**Driver requirements:** No driver is allowed to do work under the MART contract if they are unable to speak and understand English. No driver is to be added to your contracted work without MART receiving an updated employee log and credentials for that driver.

**Assigned work:** There are to be no unauthorized passengers in vehicles. You cannot combine MART contracted work with other contracted work.

**Vehicles:** MUST have working heat at all times. If a vehicle does not have working heat you must replace with a backup immediately.

**Insurance:** Certificates must be received by 10am on the day they are due to expire. If this day falls on a weekend, you may be required to have the updated certificates to MART by 4pm on last business day prior. If not received, work will be reassigned and contract placed on hold until updated insurance information is received.

**MART requests for Documents:** If MART requests documents to be sent, you must comply within time frame allotted. Failure to do so will result in fines being issued.

**Phone coverage:** As per your contract you must have someone available to answer phone calls during operating hours. If you have clients on the road or scheduled before or after normal business hours, then someone must be available to answer calls.

**Special comments:** Please be sure to abide by the special comments section of trips assigned. Failure to do so may result in work reassignment and fines being issued.

Thank you for your cooperation.

MART Contract Management DEPT