# Exhibit 10

## MARTS IVR SYSTEM CALLS BACK TO BACK WITH SAME TRIPS PLAINTIFF KEEPS DECLINING

PDF processed with CutePDF evaluation edition www.CutePDF.com



paul jones <ccrdcorp@gmail.com>

# CCRD INC
3 messages

---

**paul jones** <ccrdcorp@gmail.com>  Tue, Sep 4, 2018 at 11:14 AM
To: "Shumovskaya, Tamara" <tamara.shumovskaya@mrta.us>

Good afternoon Tamara, I am writing you to inform you that MARTS IVR system (automatic telephone dialing system), keeps calling CCRD INC offering us the exact same trips back to back with previous trips we denied within minutes.

This has been going on for the last 60 days, It is very very time consuming to keep getting the same denied calls over & over.

I am writing to ask you if there is any way you can adjust the AVR system not to keep offering us the same trips that we denied in the previous call from MART.

It is very painstaking to keep receiving the same offered trips, also today the IVR system is only offering one trip at a time this too is painstaking, please assist us in our effort to streamline receiving calls so we can make a cost-effective schedule as Mart offers us work on a daily bases Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Cell: 617-939-5417**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>  Tue, Sep 4, 2018 at 1:18 PM
To: "ccrdcorp@gmail.com" <ccrdcorp@gmail.com>
Cc: DMAScheduling <DMAScheduling@mrta.us>, DMAContracts <DMAContracts@mrta.us>, "Dunn, David" <David.Dunn@mrta.us>, "Lucier, David" <David.Lucier@mrta.us>, "Badgley, Rebecca" <rebecca.badgley@mrta.us>, "Rivera, Fatima" <Fatima.Rivera@mrta.us>

Good afternoon,

If there are no other trips available to offer you, unfortunately the IVR will keep calling you with the same trips. If you mark your capacity as full, the IVR will not offer you the same trip(s) that you had previously declined. Please let us know if this continues. Thank you.

Michelle Moyo

Program Management Department

Vendor Compliance Agent

michelle.moyo@mrta.us

(978) 665-2864

Fax: (978) 342-1053

[Quoted text hidden]

---

**Moyo, Michelle** <Michelle.Moyo@mrta.us>　　　　　　　　　　　　　　　　　Tue, Sep 4, 2018 at 1:20 PM
To: "ccrdcorp@gmail.com" <ccrdcorp@gmail.com>

Also, if you mark yourself as full, you won't get any trip offers as well.

---

**From:** Moyo, Michelle
**Sent:** Tuesday, September 04, 2018 2:18 PM
**To:** 'ccrdcorp@gmail.com'
**Cc:** DMAScheduling; DMAContracts; Dunn, David; Lucier, David; Badgley, Rebecca; Rivera, Fatima
**Subject:** RE: CCRD INC

Good afternoon,

　　　If there are no other trips available to offer you, unfortumately the IVR will keep calling you with the same trips. If you mark your capacity as full, the IVR will not offer you the same trip(s) that you had previously declined. Please let us know if this continues. Thank you.

Michelle Moyo

Program Management Department

Vendor Compliance Agent

michelle.moyo@mrta.us

(978) 665-2864

Fax: (978) 342-1053

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Tuesday, September 04, 2018 12:14 PM
**To:** Shumovskaya, Tamara
**Subject:** CCRD INC

Good afternoon Tamara, I am writing you to inform you that MARTS IVR system (automatic telephone dialing system), keeps calling CCRD INC offering us the exact same trips back to back with previous trips we denied within minutes.

[Quoted text hidden]