# Exhibit 12

MUST GIVE 3 DAYS NOTICE MUST TRANSPORT CLIENT 3 MORE TIME

PDF processed with CutePDF evaluation edition www.CutePDF.com



paul jones &lt;ccrdcorp@gmail.com&gt;

## V.CRYSTAL 4135077305, W,JEFFREY 4133780555, S,SAMUEL 9394397760
7 messages

**paul jones** &lt;ccrdcorp@gmail.com&gt;  Mon, Apr 2, 2018 at 11:21 AM
To: "Norris, Joanne" &lt;joanne.norris@mrta.us&gt;, DMAComplaints@mrta.us, dmacontracts@mrta.us

Hello I am writing to inform you that CCRD INC can nolonger accomodate the above trips they are noncost effective as we dont have any other business in these areas and it is causing to much stress on the company to keep accomodating thee trips when we have no others in that area, please remove them from standing orders in our portal Thank you.

**Paul Jones / Director**

**Commonwealth Community**

**Recovery Division Inc.**

**79 Thompson Street**

**Springfield, Ma 01109**

**Cell: 617-939-5417**

**Toll Free: 888-680-4667**

**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

---

**Williams, Maria** &lt;Maria.Williams@mrta.us&gt;  Mon, Apr 2, 2018 at 11:32 AM
To: DMAScheduling &lt;DMAScheduling@mrta.us&gt;, DMAComplaints &lt;DMAComplaints@mrta.us&gt;
Cc: "ccrdcorp@gmail.com" &lt;ccrdcorp@gmail.com&gt;

Good afternoon,

This request has been forwarded to the scheduling department.

Thank you,

Maria H. Williams

MART Sr. Staff Assistant

Quality Assurance Department

978-665-2843

978-342-1053 Fax

[Quoted text hidden]

---

**Kukta, Amanda** &lt;Amanda-T.Kukta@mrta.us&gt;  Mon, Apr 2, 2018 at 12:15 PM

To: "Williams, Maria" <Maria.Williams@mrta.us>, DMAScheduling <DMAScheduling@mrta.us>, DMAComplaints <DMAComplaints@mrta.us>
Cc: "ccrdcorp@gmail.com" <ccrdcorp@gmail.com>

Good afternoon,

This request is all set. When returning a standing order we ask that you accommodate the next 3 business days. Last day of transport will be Thursday 04/05/18. **As stated in the FY16-20 Contract: Attachment I, C. 4. Demand Response; Transportation Providers returning work that has previously been accepted by the Transportation Provider are subject to fines and/or reduction of work, or other disciplinary action.**

Thank you for contacting MART

*Amanda Kukta*

**Scheduling Department Team Lead**

Montachusett Regional **Transit** Authority

100 Main St, Fitchburg MA

Amanda-t.kukta@MRTA.US

800-854-9928 ext. 2895

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>　　　　　　　　　　　　　　　　　　　　　　Mon, Apr 2, 2018 at 3:06 PM
To: "Kukta, Amanda" <Amanda-T.Kukta@mrta.us>
Bcc: ccrdcorp@gmail.com

Can you please tell me what the fine would be to return all these standing orders at once thank you

Sent from my iPhone
[Quoted text hidden]

---

**Kukta, Amanda** <Amanda-T.Kukta@mrta.us>　　　　　　　　　　　　　　　　　　Mon, Apr 2, 2018 at 3:45 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAScheduling <DMAScheduling@mrta.us>

Good afternoon,

The fine is $100 per member returned, for an immediate return of all 3 members is a possible $300 fine total. Please note we do look into the reasons for returns and work return history before a decision is made to administer any fines.

Regards



**Scheduling Department Team Lead**

Montachusett Regional **Transit** Authority

100 Main St, Fitchburg MA

Amanda-t.kukta@MRTA.US

800-854-9928 ext. 2895

[Quoted text hidden]

---

**paul jones** <ccrdcorp@gmail.com>  Mon, Apr 2, 2018 at 3:49 PM
To: "Kukta, Amanda" <Amanda-T.Kukta@mrta.us>
Bcc: ccrdcorp@gmail.com

Ok please remove these members at once as they are non cost effective trips, we cannot continue to accommodate these members as we have no control of booking other calls that are in there area through the vendor portal, so we are willing to cut all ties with these non cost effective trips thank you for your time

Sent from my iPhone
[Quoted text hidden]

---

**Kukta, Amanda** <Amanda-T.Kukta@mrta.us>  Mon, Apr 2, 2018 at 4:57 PM
To: paul jones <ccrdcorp@gmail.com>
Cc: DMAScheduling <DMAScheduling@mrta.us>

Good evening,

This request is all set. Trips have been removed effective immediately.

[Quoted text hidden]