# EXIHBIT 17

## Daily logs

PDF processed with CutePDF evaluation edition www.CutePDF.com

## JULY 2, 2017

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ███ 0(6 | ███ 8425 | 7/2/2017 | 0630A | 0645A | ,1███A ST, APT 1L | CHICOPEE | ███ | ███ | CHICOPEE | 4 |
| ███ ███ | ███ 8425 | 7/2/2017 | 0700A | 0000A | ███ | ███ E | ███ ST, 1 | ███ E | | 4 |
| ███ or e\ | ███ | 7/2/2017 | 0715A | 0800A | ███ | ███ | ███ | ███ | | 6 |
| ███ | ███ | 7/2/2017 | 0900A | 0000A | ███ | ███ | ███ | ███ | | 6 |
| ███ (o{ | 41330 | 7/2/ | ███ | ███ | ███ | ███ | ███ | ███ | | 8 |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | | |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | | |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | | |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | | |

PDF processed with CutePDF evaluation edition www.CutePDF.com



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 7/3/2017 | 051 SA 533 | | | | | | FIELD | 19 |
| | | 7/3/2017 | 0600 A | | | AMHERST | | | NORTHAMPTON | 10 |
| | 65 | 7/3/2017 | 0645 A | | | NORTHAMPTON | | | | 10 |
| | | 7/3/2017 | 0700 A | | | WEST SPRINGFIELD | | | SPRINGFIELD | 3 |
| ,SUS | | | | | | LLE | | ,MILL ST | SPRINGFIELD | 28 |
| | 07 | | | | | | | | PEE | 3 |
| | | | | | | SPRINGFIELD | ,16,C ST | | GILBERTVILLE | 28 |
| | | | | | DRAPT2E | CHICOPEE | ,11, HAM RD | | SPRINGFIELD | 6 |
| | | | | | ,CAREW ST | SPRINGFIELD | ,97, | | WEST SPRINGFIELD | 3 |
| | | | | ,45, LN | | FEEDING HILLS | ,249, NGEST | | CHICOPEE | 8 |
| | | | | | AVE | SPRINGFIELD | ,282, YRD | | E | 19 |

handwritten annotations: fo(21') -S, l°t.5903, {!M'Jtt!JQ0 No L r, W/Jt, I/01,le\. S, (r\

# JULY 4, 2017

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ▇ | ▇ | ▇ | 7/4/2017 | 0600 A | 0615 A | ▇ | ▇ E | ▇ ST | ▇ D | 9 |
| ▇ Um/ID | ,RAY- | ▇ | 7/4/2017 | 0630A | 064 SA | AN ST L | ▇ 1 | ▇ EE | ▇ ,CEN | CHICOPEE | 4 |
| ▇ | ▇ U | ▇ | 7/4/2017 | 070 0A | 080 0A | ,16,C ST | ▇ | ▇ | ▇ | SPRING FIELD | 28 |
| ▇ | ▇ 1902 | ▇ | 7/4/2017 | 063 0A | 070 0A | ,41 ST | ▇ | ▇ RIVERS | ▇ | CHICOPEE | 15 |
| ▇ R | ▇ 1902 | ▇ | 7/4/2017 | 071 0A | 000 0A | ,628 ST | ▇ | CHICOPEE | ▇ N ST | ▇ RIVERS | 15 |
| ▇ E | ▇ 1762 | ▇ | 7/4/2017 | 070 0A | 074 SA | ▇ 3 | ▇ | RIVERS | ▇ | SPRING FIELD | 14 |
| ▇ E | ▇ 1762 | ▇ | 7/4/2017 | 100 0A | 000 0A | , ST | ▇ | SPRING FIELD | ▇ 3 | ▇ RIVERS | 14 |
| ▇ DY | ▇ | ▇ | 7/4/2017 | 063 0A | 000 0A | St | ▇ | SPRING FIELD | ▇ RD | ▇ | 9 |
| ▇ | ▇ | ▇ | 7/4/2017 | 070 0A | 000 0A | ▇ | ▇ | CHICOPEE | ▇ 1 L | ▇ | 4 |



## JULY 5 2017

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | 7/5/2017 | 0600A | 0615A | ■ | CHICOPEE | ■ | CHICOPEE | 6 | |
| ■ | ■ | 7/5/2017 | 630A | 0000A | ■ | CHICOPEE | ■ | CHICOPEE | 6 | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ ST | ■ | | | |
| ■ | ■ | 7/5/2017 | 130P | 0200 | ,25,BUTLEWST | LUDLOW | ,222,CARERST | SPRINGFIELD | 8 | |
| NA | ■ | 2017 | A | 030A | ST | SPRINGFIELD | ST | LD | 8 | |

Handwritten annotations: V6<b, '17, 9.2-

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ,I N | | 7/5/ | A | 00 00 A | ,ST | LO | | ,ELM ST | ELD | 8 |
| r;.6 | | 7/5/ 201i | 515A | 06 00 A | | | | W ELD | | 1 9 |
| | | 7/5/ | 11:0 | 00 | ,ASH | WEST | ,282, | | | 1 |
| | | | | | | | | | | |
| | | | | A | RD | | A | | | |
| K, K. °¹ | | 7/5/ 2017 | 0600 A | 06 20 A | ,89, ,105 | | ,M | E | | 1 0 |
| V < -V°¹ | | 7/5/ 2017 | 0630 A | 00 00 | ,M ST | E | ,89, ,105 6 | | | 1 0 |
| ) A ✗ | | 7/5/ | 10:1 | 10 | A WESTFIE LORD | | | ST APT 305 | HOLYOK MPTON | 1 1 |

Annotations: ;O (pj \Mio3 1107-rR &b2l \n1 \o¹⁵⁻¹ \\t\.o \09\i \\0930



# JULY 5 2017

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | 7/5/2011 | 0600A | 0615A | ■ ST | ■ E | ■ JERST | ■ E | | 6 |
| ,AD | | 7/5/2017 | 630A | 0000A | ■ JERST | ■ E | ■ ST APT ¼ | ■ E | | 6 |
| | | 7/5/2017 | 845A | 09■ A | ,28■ | WEST ■ FI ELD | ,759,CHE STNUT ST | ■ ELD | | |
| | | 7/5/2017 | 10:30A | 0000A | ■ ST | SPRINGFI ELD | ■ | WEST SPRING FI ELD | | 3 |
| | | 7/5/2017 | 700A | 08■ A | ■ ST | ■ | ■ | ■ | | 8 |
| | 413 | 7/5/2017 | 10:00A | 0000A | ■ L ST,, 01108 | ■ ELD | ,16,C ■ ST | ■ | | 28 |
| | | 7/5/2017 | 130P | 0200p | ,25, ■ | ■ | ■ EWST | SPRINGFI ELD | | 8 |
| | | 7/5/2017 | 250P | 0000A | ,CAR ■ | ■ ELD | ,25, ■ | ■ | | 8 |
| | | 7/5/2017 | 1100A | 1130 | ■ ST | ■ ELD | ,77, ■ ST | ■ LD | | 8 |