# EXIHBIT 18

## Transportation Provider Additional

## MART Performance Standards

PDF processed with CutePDF evaluation edition www.CutePDF.com

**MONTACHUSETT AREA REGIONAL TRANSIT**

Administrator
**Mohammed H. Khan**

MONTACHUSETT REGIONAL TRANSIT AUTHORITY
100 Main Street, Fitchburg, Massachusetts 01420
(978) 353-0333 – 1-800-854-9928 –  FAX: (978) 343-0339

November 27, 2018

**Paul Jones**
**Commonwealth Community Recovery Division Inc**
**79 Thompson Street**
**Springfield, MA 01109**

**Dear Mr. Jones,**

Please find attached the amendment to your current "MART Brokerage Transportation Provider Contract" entitled **"AMENDMENT TO MART BROKERAGE TRANSPORTATION PROVIDER CONTRACT EFFECTIVE JANUARY 1, 2019"**.

**Please complete and have the authorized contract signatory sign and return to MART no later than December 26, 2018.**

You are also required to submit to MART updated Certificates of Insurance for both auto and worker's comp that meet the changes/additional requirements as outlined in the amendment revision that are documented in ***RED***, as indicated this is required to be in place by January 1, 2019. We will need the signed amendment and updated certificates here at MART no later than noon on December 26, 2018, failure to comply will result in your contract being placed on hold and not receiving any new work offers after that date.

If you have questions please contact Brokeragecontracts@mrta.us  or Brokeragebus@mrta.us

MONTACHUSETT AREA REGIONAL TRANSIT

Administrator
**Mohammed H. Khan**

MONTACHUSETT REGIONAL TRANSIT AUTHORITY
100 Main Street, Fitchburg, Massachusetts 01420
(978) 353-0333 - 1-800-854-9928 - FAX: (978) 343-0339

### AMENDMENT TO MART BROKERAGE TRANSPORTATION PROVIDER CONTRACT
### EFFECTIVE JANUARY 1, 2019

**Effective January 1, 2019,** your current MART Brokerage Transportation Provider Contract **through June 30, 2020**, with **Montachusett Regional Transit Authority** (hereinafter referred to as **"MART"**), **is amended as follows:**

- **AMENDED ATTACHMENT I Brokerage Transportation Provider Additional MART Performance Standards**

Except as otherwise expressly provided in this amendment, all of the terms and conditions of your current contract remain unchanged and in full force and effect.

Montachusett Regional Transit Authority and Commonwealth Community Recovery Division Inc.
**MART Brokerage Transportation Provider FY19 Contract Amendment**
**Effective January 1, 2019**

Page **1** of 13

AMENDED ATTACHMENT I
**Brokerage Transportation Provider**
**Additional MART Performance Standards**
*Amendment Changes to be Effective January 1, 2019*

A.   DEFINITIONS: The following key definitions apply to this document:

  <u>Loaded Mile</u> - the distance traveled while a consumer is in the vehicle.

  <u>Passenger</u> - is considered the consumer, personal care attendants and/or escorts approved by the Broker.

  <u>Taxi/Dial A Ride</u> - Taxi and Dial-A-Ride services are both considered to be ambulatory services. However, MART considers Taxi trips to be short distances and Dial-A-Ride is considered to be trips that are of longer distance.

B.   The Montachusett Regional Transit Authority (MART) Broker Responsibilities:

  1. Qualify Transportation Providers in accordance with the requirements of the Human Service Transportation Office (HST) and those developed by MART.  MART also cross references the Office of the Inspector General Fraud and Prevention List to ensure that a new Transportation Provider applying to provide services or employees has not been sanctioned.  This is also referenced on a monthly basis to ensure that none of the existing Transportation Providers or employees has been added to the list.

  2. Maintain a record of approved Transportation approval forms such as Transportation Requests (TR's) and Prescription for Transportation (PT-1) Forms for all eligible consumers.

  3. Acquire Transportation services for all eligible brokerage service transportation consumers via a low cost qualified bid process.

  4. Accept all reservations for eligible trips and assign trip requests to qualified Transportation Providers through a competitive bid system via MART's Vendor Portal, Automated Vendor Call Out, Hics telephone or fax.  MART will specify any special requests that pertain to a particular trip, e.g., the need for a lift, the type of wheelchair, the need for assistance, the need for specific equipment, the need for an individual ride, the scheduling of the trip with another concurrent trip or number of allowable escorts.

  5. Receive and process cancellations of trips and notify Transportation Providers of cancellations.

  6. Monitor Transportation Provider's contract compliance.

7. Establish appropriate procedures for verifying and ensuring that any particular consumer trip has been performed in a timely and otherwise satisfactory manner by any Transportation Provider.

8. Bill the appropriate agency for services rendered and receives payment through the appropriate agency in accordance with the agency's billing procedures.

9. Be solely responsible for reimbursing allowable payments to Transportation Providers for providing approved transportation services. The Broker shall reimburse Transportation Providers within forty-five (45) days from date the Broker receives an approved finalized invoice. MART will finalize all vendor invoices within 6 business days of the close of each billing cycle. The Broker is not responsible for reimbursing Transportation Providers for trips not authorized by the Broker; trips canceled, or trips not provided due to transportation provider and/or consumer error. Payments may be delayed due to incorrect invoicing or late submittal of invoices.

10. Reserves the right to implement changes or adjustments to scheduling procedures/practices, submittal of rate procedures/practices, invoicing procedures/practices and related documentation and will post an announcement via the Vendor Portal at least three (3) days prior to implementation.

11. Reserves the right to request a change or removal of operator/driver or other Transportation Provider personnel for any reason.

C.   Responsibilities of the Transportation Provider:

1.   Additional Defined Driver Requirements

   a. **DEMAND RESPONSE** - Require for all round trips, that drivers provide consumers with written information pertaining to the Transportation Provider's company name and the phone number to call for their return trip.

   b. **UNIVERSAL** - Drivers must be at least 19 years of age, have completed all training, have a valid Massachusetts Drivers License (or valid license from a contiguous state) appropriate to the type of vehicle they will be operating and a minimum of 3 years of current driving experience within the United States (US), including experience driving multi-passenger vehicles.

   c. **UNIVERSAL** – If an emergency arises and the use of a cell phone is required, the vehicle must be stopped in a safe location to allow for safe usage.

2.   Additional Defined Vehicle and Insurance Requirements

   a. All registration and license plate information must match the current inspection sticker on the vehicle. Any vehicle in service that does not meet this requirement will be removed from all work related to the contract.

b. In addition to Attachment H, Appendix 1 Transportation Provider Performance Standards; II., MART is requiring more than the state mandated for vehicle seating capacity < 6 (including driver) of 20,000/40,000 and Property 5,000. Effective July 1, 2018. The requirement will be a combined single limit liability: $500,000 and $50,000 Property.

c. UNIVERSAL> Subject to subsection F.3 in the transportation provider performance standard as applicable, maintain Auto liability insurance on all vehicles used under the Transportation Provider Subcontract at a level that meets or exceeds the insurance level required by the Broker as modified above. Required minimum limits on Vehicles with a seating capacity of 9 or greater (including driver) can be satisfied with the combined Business Auto policy and Umbrella/Excess liability policy limits.

d. The Commonwealth of Massachusetts, EOHHS, the HST Office, Montachusett Regional Transit Authority, and their respective officers, directors, employees, any Agency, and its agents shall be named as "additional insured's" on the required Automobile and Excess liability Policies, which coverage must be primary and noncontributory with respect to these additional insureds.

e. Waiver of Subrogation Clause shall be added to the Automobile, Excess liability and Workers' Compensation and Employers' Liability policies in favor of the additional insured's.

f. The transportation provider's insurance coverage must meet the following additional requirements:

1. Any deductible or self-insured retention amount or other similar obligation under the insurance policies shall be the sole obligation of the transportation provider.

2. The Commonwealth of Massachusetts, EOHHS, the HST Office, Montachusett Regional Transit Authority, and their respective officers, directors, employees, any Agency, and its agents shall be defended, indemnified and held harmless to the fullest extent of any coverage actually secured by the transportation provider in excess of the minimum requirements set forth above. The duty to indemnify the Commonwealth of Massachusetts, EOHHS, the HST Office, Montachusett Regional Transit Authority, and their respective officers, directors, employees, any Agency, and its agents under this contract shall not be limited by the insurance required in this contract.

3. The insurance required in this contract, through a policy or endorsement(s), shall include a provision that the policy and endorsement(s) may not be cancelled or modified without (30) days' prior written notice to Montachusett Regional Transit Authority.

4. Failure to provide insurance as required in this contract may be deemed a material breach of the contract entitling Montachusett Regional Transit Authority to terminate this contract. The transportation provider shall furnish the required certificates of insurance and the requisite additional insured endorsements to Montachusett Regional Transit Authority before work commences under this contract.

Montachusett Regional Transit Authority and Commonwealth Community Recovery Division Inc.
**MART Brokerage Transportation Provider FY19 Contract Amendment**
**Effective January 1, 2019**

Page **4** of **13**

3. *Additional General Business  – In addition to Attachment H, Appendix1 Transportation Provider Performance Standards; I., B., 1 the following will apply:*

    *<u>UNIVERSAL</u> - To the fullest extent permitted by law, the Transportation Provider shall indemnify, defend, and  hold harmless the Commonwealth of Massachusetts, including, without limitation, EOHHS, the HST Office, Montachusett Regional Transit Authority, and their respective officers, directors, employees, any  Agency, and its agents ("Indemnified Parties") from and against all claims, damages, demands, losses, expenses, fines, causes of action, suits or other liabilities, (including all costs of reasonable attorneys' fees, consequential damages, and  punitive damages), arising out of or resulting from, or alleged to arise out of or arise from, the performance  of the Transportation Provider, its agents, officers, employees or subcontractors under this contract whether such claim, damage, demand, loss or expense is attributable to bodily injury, personal injury, sickness, disease or death, or to injury to or destruction of tangible property, including the loss of use resulting there from; Such indemnity obligation shall not be in derogation or limitation of any other obligation or liability of the Transportation Provider, its agents, officers, employees or subcontractors contained in this Subcontract. This provision shall survive the termination of the Transportation Provider Subcontract. The Transportation Provider (Subcontractor) shall be liable to the "Indemnified Parties" for all costs incurred as a result of any failure of Subcontractor, or any of its suppliers or subcontractors of any tier, to perform.*

4. Administrative

    a. Transportation Providers are required to update information annually as requested by the broker **and update driver and vehicle logs as changes are made**.

    b. Required to obtain a ten (10) year Registry of Motor Vehicle (RMV) history report if applicable on all drivers, either the attested or unattested version, from the Massachusetts Registry of Motor Vehicles.  If the driver does not have ten (10) year's driving history in Massachusetts, then it is the responsibility of the Transportation Provider to obtain the equivalent driving history records required from the other state(s).

    c. Transportation Providers are required to submit a copy of a annually an updated Certificate of Good Standing from the Department of Revenue to confirm that their company is in good standing with any and all returns due and taxes payable to the Commonwealth.

    d. Transportation Providers are required annually to fill out the MassHealth Federally Required Disclosure form (Attachment J) in order to be eligible to continue as a MART Brokerage Transportation Provider.  <u>You must fully complete Sections IV.A, B, D, E and F</u>.  (Note:  Section IV.C is <u>not</u> being requested at this time.

    e. Transportation Provider employees that are removed from all MART work should have no contact of any kind with agency consumers that are transported under the MART contract.

f.  Requests for information and backup documentation must be submitted to MART in a timely manner and must be true and accurate. Failure to respond to requests or providing false information may result in fines, contract suspension and/or contract termination.

g.  Receive trip scheduling from the Broker electronically via MART's Vendor Portal, DDS Portal, HICS, telephone, fax or Automated Vendor Call Out.

1.  **UNIVERSAL** - Transportation Providers must have internet access at all times.

2.  **DEMAND RESPONSE** - Trips will be stamped with loaded mileage and fare for trip at the time of posting to the Vendor Portal or through the Automated Vendor Call Out any dispute to the mileage and/or fare of the trip must be addressed by the Transportation Provider prior to acceptance of the trip. No increase to the mileage or fare will be accepted during the invoicing period.

3.  **DEMAND RESPONSE** - Transportation Providers must accept or decline work via the Vendor Portal daily following the schedule defined by the Broker. Any work that has not been accepted via the Vendor Portal will be removed at an established time set by the Broker. The Broker reserves the right to adjust the timeframe that offered work will remain unaccepted on the Vendor Portal. MART will post an announcement via the Vendor Portal at least 3 days prior to any changes to current practice. The Broker recognizes the following holidays: New Years Day, Martin Luther King Jr. Day, Presidents Day, Patriots Day, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day and Christmas Day; the office will be closed, therefore, Transportation Providers are required to accept offered work via the Vendor Portal accordingly and download their work. **Failure to accept or decline assigned work on the Vendor Portal may result in a reduction of the Transportation Providers capacity of trips offered by MART.**

4.  **DEMAND RESPONSE** - Transportation Providers returning work that has previously been accepted by the Transportation Provider are subject to fines and/or reduction of work, or other disciplinary action.

h.  **DEMAND RESPONSE** - Transportation Providers temporarily closing their offices and not accepting work for any given timeframe must provide written notification to the Broker at least one week prior to closing date. If a temporary closing exceeds more than a thirty (30) day period, the Transportation Provider will be required to follow-up with further written documentation as to their intentions. If follow-up documentation is not received and agreed to by MART, then the Broker will proceed with contract termination.

i.  **DEMAND RESPONSE** - Receive and process cancellations from the Broker or Consumers. Notify the Broker immediately via the Vendor Portal of any cancellations, no shows or cancel upon arrivals.

Montachusett Regional Transit Authority and Commonwealth Community Recovery Division Inc.
**MART Brokerage Transportation Provider FY19 Contract Amendment**
**Effective January 1, 2019**

Page **6** of **13**

j. **UNIVERSAL** - Treat all consumer information as confidential in accordance with Mass. Gen. Laws c. 66A, and any other applicable privacy or security law or regulation (state or federal) governing Transportation Provider's use, disclosure, and maintenance of any PI under the Transportation Provider Subcontract, including for example, 42 CFR Part 431, Subpart F, Mass. Gen. Laws c. 93H and Executive Order 504 and the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

k. **UNIVERSAL** - Maintain records for seven (7) years on the following information. This information will include but is not limited to:

.

(1) Driver/Trips log, copy of driver's license, CORI, RMV, training certificates, etc.

l. **UNIVERSAL** – Transportation Provider's may conduct in-house training only for trainings that do not require a certified trainer. Instructor must have specific training certification or have been trained annually by a certified instructor prior to that individual providing training to drivers, monitors and other personnel as indicated in Attachment K.

m. **DEMAND RESPONSE** - Utilize a Scheduling Grid System which will break down Transportation Provider's assignment capacity to determine the provider's availability. The Transportation Provider shall have the ability to modify their capacity. MART reserves the right to adjust Transportation Provider's capacities based on performance statistics, quality of service and availability.

n. **UNIVERSAL** - Required to have a representative attend mandatory conferences, meetings and trainings as requested by the Broker.

o. **DEMAND RESPONSE** - Required to respond in writing to Broker Passenger Service Reports within 48 hours via MART's Vendor Portal. However, verbal reports and /or responses may be required immediately. Failure to respond to the Passenger Service Report by the designated deadline or immediate requests for information will result in fine(s) or further disciplinary action.

p. **DEMAND RESPONSE** - Required to report immediately to the Broker any service complaints received.

q. **DEMAND RESPONSE** - Required to notify the Broker immediately by telephone of all circumstances of client misconduct and follow-up in writing via MART's Vendor Portal.

r. **UNIVERSAL** - Provide the Broker and consumers with a Massachusetts or a toll free telephone number.

s. **UNIVERSAL** - The Transportation Provider will be required to submit to MART a Certificate of Insurance naming MART as a certificate holder and contain the following language in the Description of Operations/ Locations/Vehicles/Special items box:   The *Commonwealth of Massachusetts, EOHHS, the HST office, Montachusett Regional Transit Authority (MART) and their respective officers, directors, employees any agency, and it's agents is an additional insured with respects to the transportation services provided by the insured, where required by written contract.*

    t.    **UNIVERSAL** – The Transportation Provider will be required to submit to MART updated Certifications of Insurance to the contract department no later than noon time 3 business days prior to the expiration date of current policy. If update is not received by the deadline then effective at 1pm on that date the transportation provider's work will be reassigned and provider will be placed on hold until MART is able to verify compliance. Transportation provider's should have insurance agents email updates directly to MART at Brokeragebus@mrta.us

    u.    **UNIVERSAL** - The Transportation Provider shall notify MART in writing within five business days of any transfer of such duties to other persons within its organization relative to the Data Privacy and Security Standards and CORI certified individual.

    v.    **UNIVERSAL** –The Transportation Provider is required to have a signed release of information form from their employees on file. According to the contract specifications the Transportation Providers are required to share employee information and credentials with the Broker, HST and funding agencies. This form will be reviewed by the inspectors for compliance during office audits.

5. Invoicing

    a.    **UNIVERSAL** - Submit accurate invoices to the Broker electronically (via Vendor Portal) either twice per month or monthly depending on that program's billing cycle in the deadlines assigned by the broker, all providers are required to submit their invoices to MART within two business days following the close of each billing cycle. Transportation Providers will be required to have computer software capable of downloading a CSV file (hard copy for your files).

    b.    **UNIVERSAL** - Submit invoices with an invoice cover sheet. The cover sheet can also be sent via Vendor Portal with electronic signature capability. This electronic signature sent via Vendor Portal represents an original signature and is accepted by both parties. This will be indicated as such on the invoice cover sheet.

    c.    **UNIVERSAL** - Bill the Broker only for actual trips provided, no shows or trips canceled upon arrival will _not_ be reimbursed.

    d.    **UNIVERSAL–** Bill the Broker accurately. Fraudulent billing will result in disciplinary action to the Transportation Provider, recoupment of trip payments paid to vendor, additional fines, suspension, possible prosecution and/or termination of contract.

      e.    **DEMAND RESPONSE** - Bill the Broker appropriately and as per agreement for shared ride groups. The Broker will only pay mileage rates for the total loaded mileage for a shared ride group. The total cost of the shared ride group will be divided equally among all consumers in the group. The loaded mileage and fare for the shared ride group will be stamped at the time of assignment to the Transportation Provider and will remain in effect for the duration of the shared ride group. Any significant changes to the group will result in the Broker reevaluating the group. The total cost of the shared ride group must be less than the total cost to transport the shared consumers separately.

      f.    **DEMAND RESPONSE** - Bill the Broker accurately. The Broker will report any invoicing of services not provided (fraudulent billing) to Mass Health and may be forwarded by Mass Health to the Mass Health Fraud unit and the Attorney General's office. Fraudulent billing will result in disciplinary action to the Transportation Provider, such as fines, suspension, possible prosecution and/or termination of contract.

D.    Reporting Requirements

    1.    **UNIVERSAL** – Transportation Provider will be required to submit to the Broker additional reporting information on a monthly basis.

      a.    End of month odometer reading on vehicles used for brokerage contract. Update vehicle inventory with new or deleted vehicles.

      b.    Total vehicle hours: total vehicle hours that the vehicle is on the road in service to MART for the month. Example: time driver leaves the garage to begin brokerage work until break and time back in service till next break or end of day.

      c.    Accident Vehicle Miles – the odometer reading of the vehicle at the time of the accident.

      d.    Report Dead Head Miles for WC vans or vehicles with a capacity of 14 or more passengers – reporting of mileage from start to first pick up and from last drop-off to garage at end of day unless there is a significant break, then would need same after break.

      e.    Percentage of fully allocated expenses in service to MART broken down by the following categories (see below example based on $40,000 monthly invoice):

          1. Vehicle Operations – driver salary, dispatcher salary, fuel =$32,000 (80%)
          2. Vehicle Maintenance – oil changes, tires, mechanic salary - $4,000 (10%)
          3. Non-Vehicle Maintenance – janitor salary, utility bills, cleaning supplies, etc = $2,000 (5%)
          4. General Administration – Office staff salaries, profit, admin overhead = $2,000 (5%)

      f.    Fuel Cost – total cost of fuel for the month.

      g.    Gallons of Fuel – total number of gallons of fuel purchased

      h.    Miles per Gallon – average number of miles that a vehicle travelled on one gallon of fuel for each vehicle used for brokerage contract.

E.  Reimbursement For Service:

1.  **UNIVERSAL** - Transportation Providers will be reimbursed by the Broker for provision of authorized services based on the Transportation Provider's rate structure. The Broker shall reimburse Transportation Providers within forty-five (45) days from date the Broker receives an approved finalized invoice. As previously described, provider invoices are due to MART 2 business days following the close of each billing cycle and MART will finalize all provider invoices within 6 days following the close of each billing cycle. Please note the only payment structure the broker utilizes for Transportation Providers is EFT.

    a.  **DEMAND RESPONSE** - Rate adjustments can be submitted on a quarterly basis (rates submitted in June will be applied for July, August and September; rates submitted in September will be applied to October, November and December etc.). Rate changes must be submitted via MART's Vendor Portal by the 10th of the preceding month. The rates adjustments will be available for the Transportation Provider's to sign electronically from the 11th to the 20th and submit to MART for review and approval prior to end of business on the 22nd of the month. Once accepted, new rate sheets will be signed by MART electronically and then available for the Transportation Provider to print for their records. All processed rates adjustments will be applied 7 days prior to the month's end. Monthly rate changes will not apply to existing standing order trips and shared ride groups. Rate adjustments will not be accepted during the month of June in the final year of the contract as the broker will be processing contract renewals, rate changes will be accepted for the July 1st contract renewal by a date designated by the broker.

    b.  **DEMAND RESPONSE** – Transportation providers have the right to adjust demand response rates on a quarterly basis only no other rate negotiations will be entered into outside of contracted rates unless the broker is requiring a special service be provided.

    c.  **DEMAND RESPONSE** - Standing Order Trips will be stamped with the loaded mileage and fare at time of assignment and will remain in effect for the duration of the standing order.

    d.  **DEMAND RESPONSE** - The Broker reserves the right to re-assign daily trips/standing order trips and shared ride groups with minimal notification to the vendor.

F.  Service Standards:

    a.  **DEMAND RESPONSE** - Shared ride groups implemented by MART must be adhered to. A Transportation Provider must receive prior approval from a MART representative before changing and/or separating a shared ride group. All shared rides must be noted as such on submitted invoices. This means that vehicles may be routed to pick-up or drop-off consumers' enroute to other consumer(s)' origins or destinations in order to allow a greater number of consumers to be carried with available vehicles. The Broker reserves the right to limit shared rides if they create excessive travel time for consumers or are otherwise deemed not to be in the best interests of the Consumer. Consumer travel time on the vehicle cannot exceed one and one half hours (1 ½).

    b.    **UNIVERSAL -** Consumers shall be picked up on a timely basis and arrive to scheduled appointments on time. Transportation Providers must notify the Broker prior to scheduled pickup if their vehicle is going to be late.

    c.    **DEMAND RESPONSE** - Consumers shall be picked up within one (1) hour of their phone call for return trips; this only applies to "will calls for return trips." If the consumer has a set return time, the Transportation Provider must notify the Broker prior to scheduled pick up if their vehicle is going to be late.

    d.    **DEMAND RESPONSE** - Personal Care Attendants (PCAs) and authorized escorts ride at no charge.

    e.    **UNIVERSAL** - Trips must be provided only to addresses authorized by the Broker.

    f.    **UNIVERSAL** - The Broker reserves the right to require on-going evaluation procedures. Non-performance or deterioration of quality of service may result in disciplinary action, reduction of work, suspension and/or contract termination.

    g.    **UNIVERSAL** - The Broker will monitor equipment and service performance.

    h.    **UNIVERSAL** - The Broker reserves the right to refuse payment for service that is late, of poor quality, or violates contract.

    i.    **UNIVERSAL** - Quality of service issues on behalf of the Transportation Provider will result in warnings, fines and additional administrative actions such as re-trainings, etc. Severe or continued violations of contract standards may result in reduction of work, suspension and/or contract termination.

        1.    Transportation Providers may appeal fines within 10 days from the date of the fine letter. All appeals must be submitted in writing.

    j.    **DEMAND RESPONSE** - Children traveling without parents or escorts shall not be grouped with other adults. These children may only be transported separate and direct or grouped with other children traveling without parents or escorts unless otherwise specified.

    k.    **UNIVERSAL** - Consumers shall not be asked to cover tolls, parking fees, etc.

    l.    **PROGRAM BASED** – As soon as it is determined that a caregiver is not home to receive a consumer, the protocol is as follows, the driver must call dispatch, and the dispatcher is to contact the appropriate MART staff. MART will then contact the necessary parties and give directives to the dispatcher on how the driver is to proceed.

**AMENDED ATTACHMENT I SIGNATURE PAGE**
**BROKERAGE TRANSPORTATION PROVIDER ADDITIONAL MART PERFORMANCE STANDARDS ACCEPTANCE PAGE**

I acknowledge that I have read, reviewed and understand all the provisions contained in the "Brokerage Transportation Provider Additional MART Performance Standards" (revised to be effective January 1, 2019).

I acknowledge that I have received the aforementioned document and understand that they are incorporated as part of my amended contract with MART for the provision of transportation services.

I hereby certify to abide by all the conditions, requirements and responsibilities contained in the aforementioned documents.

**Signed under the pains and penalties of perjury on this date:** _____

_____
Signature of Chief Executive Officer/Owner or Designated Representative

_____
Printed Name of Chief Executive Officer/Owner or Designated Representative

_____
Printed Title

The Transportation Provider has acknowledged that they have carefully read and understand the amended contract documents and have caused this amendment to be executed as a legal document by their respective authorized officers as of the date and year written below.

| MONTACHUSETT REGIONAL TRANSIT AUTHORITY | COMMONWEALTH COMMUNITY RECOVERY DIVISION INC |
|---|---|
| Signature of MART Administrator /or Designated Representative | Signature of Chief Executive Officer/ Owner or Designated Representative |
| Title | Title |
| Printed Name | Printed Name |
| Date | Date |