UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paul Jones,

           Plaintiff,

    v.

Montachusetts Regional
Transit Authority, et al.,

           Defendants,

CIVIL ACTION

NO. 19-11093-TSH

## JUDGMENT

HILLMAN, D. J.

In accordance with the Court's Memorandum and Order dated 3/28/22, granting defendants' motion for summary judgment in the above-entitled action, it is hereby ORDERED:

    Judgment for the   Defendants

By the Court,

    3/28/22                                  /s/ Martin Castles
     Date                                        Deputy Clerk