UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


Paul Jones

Plaintiff


V                                        CIVIL ACTION NO. 19-11093-TSH


Massachusetts Regional Transit Authority Et Al

Defendants


NOTICE OF APPEAL


This Notice of appeal is hereby given that I the Plaintiff file this notice of appeal to The United States First Circuit court on this 28th day of March 2022, from the dismissal and final judgment entered in this action on or about March 28, 2022.



Paul Jones  /s/ Paul Jones

Pj22765@gmail.com

617-939-5417

CERTIFICATE OF SERVICE

I hereby certify, under the penalties of perjury, that on this date of March 28, 2022, I have made

service of a copy of the above documents to all attorneys of record.


Paul Jones  /s/ Paul Jones

Pj22765@gmail.com

617-939-5417


Mark R. Reich

Deborah I. Ecker

KP Law, P.C.

101 Arch Street, 12th Floor

Boston, MA 02110-1109

(mreich@k-plaw.com decker@k-plaw.com