UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Jones v. Montachusetts Regional Transit Authority et al

District Court Number: 4:19cv11093-TSH

Fee: Paid? Yes _X_ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No _X_          Sealed documents   Yes ____ No _X_
If yes, document # _____           If yes, document # _____

*Ex parte* documents   Yes ____ No _X_     Transcripts   Yes _X_ No ____
If yes, document # _____           If yes, document # 77

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#134 Memorandum of Decision and Order, #135 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#134, #135, and #136

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 136 filed on March 28, 2022.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2022.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**