UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES,

Plaintiff.

v.                                                    Civil Action No. 4:19-cv-11093

MONTACHUSETTS REGIONAL

TRANSIT AUTHORITY et al.

Defendant.


**PLAINTIFF'S MOTION TO REOPEN CASE AND ADVANCE PROCEEDINGS**

Plaintiff Paul Jones respectfully moves this Court to reopen Civil Action No. 4:19-cv-11093 and

Civil Action No. 1:20-cv-12076 which was reversed and remanded by the First Circuit court on

November 30, 2023.

Plaintiff respectfully moves the court to advance the above cases toward resolution in light of the

following circumstances:

1. This Civil Action No. 4:19-cv-11093 was initially filed prose by the Plaintiff on May 10,
   2019, plaintiff had no choice but to file a second case for the same causes of actions.

2. On March 28, 2022, judge Timothy Hillman granted Defendants' motion for summary
   judgment in Civil Action No. 4:19-cv-11093.

1

3. On July 12, 2022, judge Timothy Hillman dismissed plaintiff case Civil Action No. 1:20-cv-12076.

4. Plaintiff timely appealed both cases to the First Circuit Court of Appeals.

5. On November 30, 2023, the First Circuit reversed and remanded both Civil Action No. 4:19-cv-11093 and  Civil Action No. 1:20-cv-12076.

6. The First Circuit Court of appeals stated in Civil Action No. 4:19-cv-11093 First Circuit Docket Number 22-1234 " *For the foregoing reasons, we conclude that the Rule 12(b)(6) dismissal of the claim brought under § 227(b)(1)(A)(iii) of the TCPA was in error. In addition, the district court's stated rationale for granting summary judgment to defendants on all claims was not adequate with respect to the claims asserted under Chapter 151B, §§ 4(4) and 4(4A), or the negligent infliction of emotional distress claim. Accordingly, the Rule 12(b)(6) and summary judgment rulings are vacated in relevant part and the matter is remanded to allow the district court to address those claims"*.

7. Despite the First Circuit's ruling in Plaintiff's favor nearly 13 months ago, there has been no substantive progress in this matter since its remand on November 30, 2023, resulting in significant delays in the administration of justice.

8. On May 30, 2024, Judge Timothy Hillman transferred both Civil Action No. 4:19-cv-11093 and Civil Action No. 1:20-cv-12076 to District Judge Margaret R. Guzman as he retired.

9. Plaintiff recognizes that the Court faces resource constraints. However, the lack of progress has resulted in undue prejudice to the Plaintiff. Specifically:

   o All Critical evidence in Defendants' possession risks spoliation as time passes.

- o Witness memories continue to erode, further jeopardizing Plaintiff's ability to effectively prosecute the case.

- o Most of the individual defendants no longer works at the defendants facilities.

10. Reopening and advancing this cases would promote judicial economy, align with the First Circuit's directives, and uphold the principle of fairness by ensuring that justice is neither delayed nor denied.

**WHEREFORE**, Plaintiff prays that this Court grant this motion to;

1. Reopen both cases Civil Action No. 4:19-cv-11093 and Civil Action No. 1:20-cv-12076 to reinstate it on the Court's active docket.

2. Issue an order consistent with the First Circuit's November 30, 2023, decisions for both case, including permitting Plaintiff to file a Second Amended Complaint to reinstate claims previously dismissed in Civil Action No. 4:19-cv-11093 and to open Civil Action No. 1:20-cv-12076.

3. Schedule a case management conference to establish a timeline for discovery, motions, and trial or take any other action the Court deems appropriate to expedite resolution of this matter.

Plaintiff does not seek any special treatment but respectfully urges this Court to address this matter promptly in the interest of justice.

Respectfully submitted,

3

Paul Jones

79 Thompson Street

Springfield, Ma 01109

617-939-5417

Pj22765@gmail.com

## Certificate of Service

I hereby certify that on December 12, 2024, a true and correct copy of the foregoing motion was served upon all attorneys of record via email and First Class mail.

Paul Jones

/s/ Paul Jones

79 Thompson Street

Springfield, Ma 01109

617-939-5417

Pj22765@gmail.com


Deborah I. Eckers
Mark R. Reich
101 Arch St, 12th Floor
Boston, Ma 02110
617-654-1714
mreich@k-plaw.com
decker@k-plaw.com


Surinder Ahluwalia

Ahluwalia Law Group

1212 Hancock Street

LL10

Quincy, MA 02169

(617) 874-1391

5

Fax: 6177166440

Email: ska@ahluwalialawyers.com


David H. Rich

Todd & Weld

One Federal Street

27th Floor

Boston, MA 02110

617-720-2626

Fax: 617-227-5777

Email: drich@toddweld.com