# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

PAUL JONES,

          **Plaintiff,**

v.

MONTACHUSETT REGIONAL

TRANSIT AURTHORITY et al.

          **Defendant.**

**Civil Action No. 4:19-cv-11093**

**(COMBINED WITH CASE 120-CV- 12076)**

## NOTICE TO THE COURT REGARDING OPTING OUT OF ELECTRONIC FILING (CM/ECF)

NOW COMES the Plaintiff, Paul Jones, appearing pro se, and respectfully notifies this

Honorable Court of his decision to opt out of the CM/ECF (PACER) electronic filing system

pursuant to Local Rule 5.4(c) and Federal Rule of Civil Procedure 5(d)(3). In support thereof,

Plaintiff states the following:

1. On April 2, 2025, at 3:50 PM, Plaintiff filed his Motion for Partial Summary Judgment, along with a CD and Thumb Drive containing audio and video exhibits, in person with the Clerk's Office at the Federal Courthouse in Springfield, Massachusetts. (See Exhibit 1, time-stamped copy).

1

2. Plaintiff did  email the defendants attorney a copy of the Partial Motion for Summary judgment on April 2, 2025 and mailed her copy's in a thumb drive of the video and audio evidence by USPS certified return receipt mail as she requested.

3. As of April 4, 2025, the documents have not yet appeared on the CM/ECF docket, due to the need for the Springfield Clerk's Office to physically mail the filings and electronic media to the Worcester Division. Plaintiff understands and acknowledges that this delay is not the fault of the Clerk's Office.

4. Plaintiff has encountered other technical difficulties using the PACER/CM-ECF system, which have previously caused filing delays a few years ago. Moreover, the CDs and Thumb Drives cannot be uploaded to the CM/ECF system by any clerk, which may further hinder timely docketing despite the good faith efforts of court staff.

5. Plaintiff also respectfully informs the Court that he is financially unable to afford the costs associated with PACER access, which presents a substantial burden and impairs his ability to fully and fairly participate in the litigation.

6. Plaintiff resides near the Springfield Federal Courthouse and will continue to file pleadings in person or by mail through the Clerk's Office at that location. Plaintiff also commits to personally mailing any required CDs or Thumb Drives containing audio/video evidence directly to the Worcester Division to avoid inconvenience to court personnel in the future.

7. Plaintiff notice this court that plaintiff will filing in this manner will enhance access to justice, reduce logistical burdens on court staff, and promote the efficient and fair administration of this case.

WHEREFORE, Plaintiff respectfully notifies the Court that he will opt out of electronic filing via CM/ECF and will instead file future pleadings and exhibits Cd/ Thumb drive with audio / video evidence by mail himself and will file only paper documents through the Springfield Clerk's Office, any multimedia evidence plaintiff will mailed directly to the Worcester Division of the United States District Court for the District of Massachusetts for this case.

Respectfully submitted,

Dated: April 4, 2025

Paul Jones

79 Thompson Street

Springfield, Ma 01109

617-939-5417

Pj22765@gmail.com

3

## CERTIFICATE OF SERVICE

I, Paul Jones, hereby certify that on this 4th day of April 2025, I caused a true and correct copy of the foregoing Notice to be served upon all parties of record by first-class mail and/or electronic mail, as follows:

Respectfully Submitted

Paul Jones /s/ Paul Jones

79 Thompson Street

Springfield, Ma 01109

PJ22765@gmail.com

617-939-5417

Deborah I. Eckers

101 Arch St, 12th Floor

Boston, Ma 02110

617-654-1714

decker@k-plaw.com

4