# EXHIBIT 2

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

PAUL JONES,

           **Plaintiff,**

v.

MONTACHUSETT REGIONAL

TRANSIT

AURTHORITY et al.

           **Defendant.**

**Case No: 1:20-cv-12076-TSH
Consolidated with Case No: 4:19-cv-11093-TSH**

## AFFIDAVIT OF PAUL JONES IN SUPPORT OF RULE 56(d) RELIEF

I, **Paul Jones,** being duly sworn, hereby depose and state under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Plaintiff in the above-captioned consolidated matters and submit this affidavit in support of my request under Federal Rule of Civil Procedure 56(d) to defer ruling on Defendants' Motion for Summary Judgment until I have had the opportunity to obtain essential discovery.

2. At this stage of litigation, material facts remain unavailable to me, including facts necessary to support and prove claims under the Telephone Consumer Protection Act (TCPA) Call with an Automatic Telephone Dialing System, G.L. c. 151B §§ 4(4) and 4(4A), and for intentional infliction of emotional distress.

1

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

PAUL JONES,

        **Plaintiff,**

v.

MONTACHUSETT REGIONAL

TRANSIT

AURTHORITY et al.

        **Defendant.**

**Case No: 1:20-cv-12076-TSH
Consolidated with Case No: 4:19-cv-11093-TSH**

## AFFIDAVIT OF PAUL JONES IN SUPPORT OF RULE 56(d) RELIEF

I, **Paul Jones**, being duly sworn, hereby depose and state under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Plaintiff in the above-captioned consolidated matters and submit this affidavit in support of my request under Federal Rule of Civil Procedure 56(d) to defer ruling on Defendants' Motion for Summary Judgment until I have had the opportunity to obtain essential discovery.

2. At this stage of litigation, material facts remain unavailable to me, including facts necessary to support and prove claims under the Telephone Consumer Protection Act (TCPA) Call with an Automatic Telephone Dialing System, G.L. c. 151B §§ 4(4) and 4(4A), and for intentional infliction of emotional distress.

1

3. Specifically, I lack access to critical information concerning Defendants' use of an Automatic Telephone Dialing System (ATDS) the manuals for the IVR Software and System including the specific IVR & Telephone System in place between 2016 and 2020.

4. I also lack access to internal communications and personnel files of plaintiff and similarly situated and white vendors that would show discriminatory or retaliatory intent, comparative treatment of similarly situated individuals, and evidence of targeted conduct giving rise to emotional distress, including payroll, Plaintiff and other similar Bids from 2016-2020, payroll and depositions of 6 defendants Karen Cordio, Tamara Shumovskaya, Jessica Torres, Ivan Roman, Crystal Geisert, Donna Landry.

5. These facts cannot be presented without discovery as plaintiff has never had a scheduling order for discovery only limited discovery 0f 56 days  the Court previously limited discovery to a narrow classification issue (only on the issue of whether the Plaintiff was an employee or independent contractor ) and did not permit discovery on the substantive claims referenced above. See Dckt 95, 101

6. I have repeatedly attempted to obtain evidence on these issues, including submitting proposed scheduling orders, filing motions to compel, and issuing third-party subpoenas, which Defendants moved to quash and the Court subsequently denied all plaintiffs request. (See Dckt. Nos. 67–88, 95–97, 106–107, 113, 129.)

7. If granted adequate time and the opportunity to conduct discovery, I intend to serve interrogatories, document requests, Admissions and conduct up to 6 depositions necessary to uncover the facts supporting these claims. This information is crucial to rebutting Defendants' motion for summary judgment and establishing that genuine disputes of material fact exist.

8. I respectfully request that the Court defer ruling on Defendants' motion until I am afforded the opportunity to conduct discovery necessary to fairly and fully oppose summary judgment under Rule 56(d).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 15 day of April 2025,

2

Respectfully submitted,                    April 15,2014

Paul Jones
79 Thompson Street
Springfield, Ma 01109
Pj22765@gmail.com
617-939-5417

3

## CERTIFICATE OF SERVICE

Paul Jones the Plaintiff solemnly Swear that I have sent the attorney of record a copy of the above pleadings via email on the 15th day of April 2014.

Respectfully submitted,                                        April 15, 2014

Paul Jones

79 Thompson Street

Springfield, Ma 01109

Pj22765@gmail.com

617-939-5417


Deborah I. Ecker

KP Law, P.C.

101 Arch Street, 12th Floor

Boston, MA 02110-1109

(617) 556-0007

decker@k-plaw.com

4