# EXIHBIT 1

COMMONWEALTH COMMUNITY RECOVERY

DIVISION INC.

PAUL JONES

79NTHOMPSON STREET

SPRINGFIELD, MA 01072


MONTACHUSETT REGIONAL TRANSPORTATION AUTHORITY (MART)

100 MAIN STREET

FITCHBURG, MA 01420

November 12, 2016

Dear MART,

I am writing to ask that you remove my cell phone from your Automatic Telephone Dialing System ASAP, please call CCRD INC only on 888-680-4667.

I am revoking all ATDS calls to my cellular telephone (617-939-5417)number as of lately I have been receiving sometimes 30-40 calls a day as early as 7 am, please remove my 617-939-5417 number as soon as possible.

I can't answer most of these calls please don't take it as I am ignoring the calls as I am driving with clients and it is difficult and dangerous to pull over every few minutes Thank you.


Paul Jones

# USPS.COM

## USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **70162710000107775997**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™   Return Receipt

See tracking for related item: 9590940220696132393671

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **November 21, 2016, 12:03 pm** | Delivered, Left with Individual | **FITCHBURG, MA 01420** |
| November 19, 2016, 8:13 am | Available for Pickup | FITCHBURG, MA 01420 |
| November 19, 2016, 6:40 am | Arrived at Unit | FITCHBURG, MA 01420 |
| November 18, 2016, 12:40 pm | Departed USPS Destination Facility | SHREWSBURY, MA 01546 |
| November 18, 2016, 8:08 am | Arrived at USPS Destination Facility | SHREWSBURY, MA 01546 |
| November 18, 2016, 5:26 am | Departed USPS Facility | HARTFORD, CT 06101 |
| November 17, 2016, 10:17 pm | Arrived at USPS Origin Facility | HARTFORD, CT 06101 |
| November 17, 2016, 6:30 pm | Departed Post Office | HOLYOKE, MA 01040 |
| November 17, 2016, 3:43 pm | Acceptance | HOLYOKE, MA 01040 |



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

FITCHBURG, MA 01420   OFFICIAL USE

Certified Mail Fee  $3.30
$                    $2.70         0040

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00     Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$                    $0.68
Total Postage and Fees
$                    $6.68          11/17/2016

Sent To  M. Arot
Street and Apt. No., or PO Box No.
100 Main St
City, State, ZIP+4®
Fitchburg, MA 01420

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## Track Another Package

Tracking (or receipt) number

[                                              ]   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



**COMMONWEALTH COMMUNITY RECOVERY**

**DIVISION INC.**

**PAUL JONES**

**79NTHOMPSON STREET**

**SPRINGFIELD, MA 01072**

**MONTACHUSETT REGIONAL TRANSPORTATION AUTHORITY (MART)**

**100 MAIN STREET**

**FITCHBURG, MA 01420**

February 11, 2017

Dear Crystal Geisert,

I am writing again to request that all calls to my cellular telephone be removed from MARTS Automatic Telephone Dialing System, I wrote MART some time ago and ask that CCRD INC only be called on the 888-680-4667 number, as I cannot answer 30 – 40 calls a day from MART on my cellular telephone.

CCRD INC appreciate the work but please use the 888 number only for all calls, as you Automatic Dialing System starts to call us at 7am most days with an computerized voice, this is very stressful on me as I am trying to driving clients.

The 617-939-5417 number is my personal cell phone please remove my cell number from you call list asap thank you and I hope you understand any questions please call me asap.

Paul M. Jones

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: MART
100 Main Street
Fitchburg, MA 01420

9590 9403 0369 5163 9027 62

2. Article Number (Transfer from service label)
7015 1520 0000 1814 3550

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name): K Marean
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
c/o Crystal Geisert
Montachusetts Regional
Transit Authority
100 Main St
Fitchburg, MA 01420

9590 9403 0369 5163 8849 38

2. Article Number (Transfer from service label)
7015 0640 0001 5570 5341

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name): Alueson Hill
C. Date of Delivery: 2/17/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

UNITED STATES POSTAL SERVICE   17 FEB '17   PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Paul Jones
79 Thompson St
Springfield MA 01109

USPS TRACKING#

9590 9403 0384 5263 6044 88



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

FITCHBURG, MA 01420

Certified Mail Fee  $3.35              0089
$                   $2.75              07
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00     Postmark
☐ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $0.70
$                                             02/15/2017
Total Postage and Fees
$  $6.80

Sent To  Mart  (Notice of TCPA violations)
Street and Apt. No., or PO Box No.  Dates
100 Main St
City, State, ZIP+4®
Fitchburg, MA

7015 0640 0001 5570 5341

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
C/o Crystal Geisert
Montachusetts Regional
Transit authority
100 Main St
Fitchburg MA 01420

9590 9403 0369 5163 8849 38

2. Article Number (Transfer from service label)
7015 0640 0001 5570 5341

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name): Alieson Hill
C. Date of Delivery: 2/17/17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

FITCHBURG, MA 01420

Certified Mail Fee $3.35
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery
Postage $0.70
Total Postage and Fees $6.80

Postmark Here  02/15/2017

Sent To: Mart (Notice of TCPA violation)
Street and Apt. No., or PO Box No. Rates
100 Main St
City, State, ZIP+4®
Fitchburg, MA

7015 0640 0001 5570 5341

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
c/o Crystal Geisert
Montachusetts Regional
Transit authority
100 Main St
Fitchburg, MA 01420

9590 9403 0369 5163 8849 38

2. Article Number (Transfer from service label)
7015 0640 0001 5570 5341

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sleithill
☐ Agent
☐ Addressee

B. Received by (Printed Name): Alicesin Hill
C. Date of Delivery: 2/17/17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MART
100 Main Street
Fitchburg, MA 01420

9590 9403 0369 5163 9027 62

2. Article Number (Transfer from service label)
7015 1520 0000 1814 3550

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K Marea
☑ Agent
☐ Addressee

B. Received by (Printed Name): K Marea
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type (same options as above)

Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

FITCHBURG, MA 01420

Certified Mail Fee: $3.35
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $
Postage: $0.70
Total Postage and Fees: $6.80

Postmark Here 02/15/2017

Sent To: Mart (Notice of TCPA violation & Rates)
Street and Apt. No., or PO Box No.: 100 Main St
City, State, ZIP+4®: Fitchburg, MA

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

FITCHBURG, MA 01420

Certified Mail Fee: $3.45
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $
Postage: $1.13
Total Postage and Fees: $7.33

Postmark Here 03/15/2018

Sent To: MART, Rate Changes & Notice TCPA
Street and Apt. No., or PO Box No.: 100 Main St
City, State, ZIP+4®: Fitchburg, MA 01420

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions