# EXHBIT 1

14

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

617-939-5417


Deborah I. Ecker, Esq.                                          March 15, 2021
KP | LAW
101 Arch Street, 11th Floor
Boston, MA  02110
O: (617) 654 1714
F: (617) 654 1735
decker@k-plaw.com
www.k-plaw.com

Re: Preservation of Electronic Evidence
Certified Mail #: 7019 1120 0000 0061 1739

Re: Paul Jones v. Mart et al  Civil Action No. 19-cv-11093-TSH


Effective immediately, you are hereby required to retain and preserve any and all documents and data of any kind that relate in any way to Mr. Paul jones and Commonwealth Community Recovery Division Inc regarding the employment, contract with and separation from the defendants.


Please be advised that the requirements of this letter supersede any Defendants document retention and destruction policy that conflicts with the terms of this notice. You must immediately inform your clients in the above-mentioned lawsuit to suspend their normal document retention/destruction policies and preserve all evidence related to this claim:


* Written documents (including memoranda, letters, transcripts, reports, evaluations, plans, permits, citations, databases, calendars, telephone logs, manager information, internet usage files, etc.); * Photographs, videotape, audiotape, digital recordings; * Electronic documents (e-mail, word docs, spreadsheets, etc.); and * All other electronic information maintained, created, or received by City computer systems, including desktop and laptop computers, cell phones, Blackberry devices, PDAs, flash or thumb drives, and work telephones.

1

The duty to preserve evidence extends to all evidence within your client's possession, custody and control. That means all documents in your open files, closed files, warehoused files, and documents saved to compact disk or microfiche. This duty also extends to documents held by third parties over which you they have or had control. This includes any and all vendors that transported any clients during July 5, 2015 thru March 15, 2021.

If your clients (Defendants) believe that these vendors , Insurance company's may have documents or other evidence in their possession that is relevant to the Civil Action No. 19-cv-11093-TSH, you must forward a copy of this letter to them and make certain that these instructions are followed.

In order to comply with its legal obligations, the defendants must immediately preserve all existing documents and data relevant to the above-mentioned Civil action described above and suspend deletion, overwriting, or any other possible destruction of relevant documents. Electronically stored data, i.e. emails, are an important and irreplaceable source of discovery and/or evidence in this matter.

You must take every reasonable step for your clients to preserve this information until further notice Failure to adhere to these evidence preservation instructions could result in serious legal consequences for your clients (Defendants) and/or its officials and employees.

Therefore, you should assign this task high priority and make sure that the work is properly supervised. Responsibility for preserving relevant evidence attaches to the department that creates or maintains this evidence.

You will be contacted by Paul Jones (Plaintiff) in the near future for an update on your preservation efforts and to answer any questions you may have. In the meantime, if this correspondence is in any respect unclear, please contact me Thank Very sincerely yours.

Paul Jones Plaintiff

/s/ Paul Jones

2