# EXIHBIT 1

## DEFENDANTS EMPLOYEES THAT SIGNED ==THE GREEN CARDS==

==**Aliceson Hill & Kathleen. Marean**==
**See Open Checkbook – Payroll**

1. **February 17, 2017** - Signed for by Defendant's employee ==ALICESON HILL==, at 100 Main Street, Fitchburg, Ma 0 1420. See Docket 176 Page 3-8. (Signed Green Card).

2. **March 15, 2018,** Signed for by Defendant's employee ==KATHLEEN MAREAN== at 100 Main Street, Fitchburg, Ma 01420. See Docket 176 Page 3-8. (Signed Green Card).

16



# Montachusett Regional Transit Authority
# Open Checkbook - Payroll

| Job Title | Employee | Calendar Year 2017 Wages |
|---|---|---|
| Inspector | Acevedo, Jesus | $35,196.76 |
| Jr. Staff Assistant | Babayev, Nazar | $5,065.44 |
| Director, Brokerage | Badgley, Rebecca L | $106,595.21 |
| Jr. Staff Assistant | Omitted | $5,471.99 |
| Staff Assistant | Barretto, Sonia M | $30,039.42 |
| Assistant Manager, Procurement | Beauvais, Tammy M | $50,059.86 |
| Jr. Accounts Payable | Belko, Milana | $27,383.16 |
| Jr. Staff Assistant | Bellar, Caitlin E | $5,909.68 |
| Manager, Project Management | Benoit, Robert E | $78,353.49 |
| Staff Assistant | Blanchette, Kelly A | $23,249.30 |
| Sr. Staff Assistant | Borjas, Sanjuana L | $31,846.84 |
| Manager, Human Resources | Brown, Patricia J | $61,383.66 |
| Jr. Staff Assistant | Carvin, Patti L | $34,157.21 |
| Staff Assistant | Coleman, Yazavian S | $32,986.83 |
| Jr. Accounts Receivable | Collins, Michelle M | $32,886.50 |
| Jr. Staff Assistant | Collyer, Danielle E. E. | $6,247.30 |
| Supervisor, Transit Operations | Connors, Keary A | $62,102.00 |
| Staff Assistant | Cordio, Karen M | $24,528.94 |
| Sr. Staff Assistant | Couvertier, Chastity L. | $33,354.60 |
| Jr. Staff Assistant | Cyganiewicz, Kyrah | $9,575.55 |
| Jr. Staff Assistant | DeLeon, Denenah | $29,790.21 |
| Jr. Staff Assistant | Delorme, Denise J | $29,601.54 |
| Sr. Accounts Receivable | Diamond, Cynthia A | $53,816.69 |
| Jr. Staff Assistant | Diaz, Lymari | $28,158.41 |
| Team Leader, Inspector | Diaz, Matthew L. | $47,044.24 |
| Manager, Quality Assurance | Dunn, David | $18,846.17 |
| Jr. Staff Assistant | Espino, Noelia G | $29,030.04 |
| Jr. Staff Assistant | Fernandez-Kukta, Analia | $7,102.80 |
| Deputy Administrator | Fisher, Bruno J | $129,968.93 |
| Accounts Receivable | Flanagan, Janice S | $33,397.20 |
| Staff Assistant | Forrest, Jessica L | $33,332.50 |
| Jr. Staff Assistant | Fuller, Pearl M | $27,531.78 |
| Sr. IT Technician | Gallant, David A | $65,522.11 |
| Program Management, Assistant | Gallien, Susan A | $63,075.81 |
| Sr. Staff Assistant | Geisert, Crystal M | $8,497.33 |
| Manager, Inspections | Glavin, Richard J | $60,117.85 |
| Sr. Accountant | Godfrey, Charles | $34,615.44 |
| Analyst | Gromelski, Adam J | $55,113.77 |
| Staff Assistant | Henriquez-Diaz, Ramona | $30,593.48 |
| Accounts Receivable | Hill, Aliceson R. | $38,730.47 |
| Sr. IT Technician | Hodgkins, Wayne M | $63,777.64 |
| Jr. Staff Assistant | Irish, Brittany E | $5,635.49 |
| Jr. Staff Assistant | Johnson, Kimberly M | $28,606.77 |
| Jr. Staff Assistant | Julius, Andrea M | $27,157.95 |
| Administrator | Khan, Mohammed H | $145,289.03 |
| Sr. Staff Assistant | Kreidler-Norris, Joanne M | $54,231.90 |
| Team Leader | Kukta, Amanda J | $36,840.74 |
| Staff Assistant | Landry, Donna J | $64,331.45 |
| Manager, Accounts Receivable | Lashua, Jessica L | $82,931.23 |

| Job Title | Employee | Calendar Year 2017 Wages |
|---|---|---|
| Finance Analyst, OPR CO | LeBlanc, Michelle J | $82,931.23 |
| Jr. Staff Assistant | Leider, Jennifer R | $5,600.01 |
| Jr. Staff Assistant | Louis, Bianca | $8,433.08 |
| Director, Memeber Services | Lucier, David J | $73,462.32 |
| Manager, Grants and Communications | Mahoney, Bonnie J | $82,271.07 |
| Staff Assistant | Maldonado, Maria I | $33,740.19 |
| Accounts Receivable | Marean, Kathleen M | $39,033.25 |
| Manager, General Accounting | Martinez, Benilda | $90,499.06 |
| Jr. Staff Assistant | Medina, Myrna I | $13,805.05 |
| Staff Assistant | Monk, Robert A | $30,545.28 |
| Sr. Accounts Receivable | Mossa, Christine A | $52,979.49 |
| Jr. Staff Assistant | Moyo, Michelle C | $30,790.79 |
| Jr. Staff Assistant | Munsterman, Samantha | $29,885.60 |
| Sr. Staff Assistant | O'Laughlin, Janet M | $28,591.33 |
| Staff Assistant | Pacheco-Perez, Jailine M | $16,770.02 |
| Jr. Staff Assistant | Pelz-Sharpe, Sandra N | $5,300.72 |
| Jr. Staff Assistant | Perez-Esteves, Keisha | $30,798.82 |
| Jr. Staff Assistant | Pinto, Kiviana M | $28,024.20 |
| Sr. IT Technician | Ramo, Bledar | $67,988.16 |
| Jr. Staff Assistant | Reed, Margarita | $6,980.37 |
| Sr. Staff Assistant | Richard, Stephanie A | $38,384.98 |
| Manager, Program Management | Rivera, Fatima B | $72,263.31 |
| Jr. Staff Assistant | Rodriguez, Sarah M | $28,023.60 |
| Jr. Staff Assistant | Rojas, Yanisa | $27,838.88 |
| Program Team Leader | Roman, Ivan | $39,717.70 |
| Manager, Brokerage Scheduling | Shumovskaya, Tamara | $51,945.15 |
| Chief Financial Officer | Sluss, James R | $122,958.24 |
| Jr. Staff Assistant | Smith, Ariel L | $27,680.24 |
| Sr. Staff Assistant | Smothers, Kimberly A | $31,352.05 |
| Jr. Staff Assistant | Solis, Neidy L | $13,272.56 |
| Jr. Staff Assistant | Stuart, Christopher | $7,262.64 |
| Jr. Staff Assistant | Tata, Lesley A | $29,687.57 |
| Jr. Staff Assistant | Torres, Jessica | $34,279.46 |
| Staff Assistant | Valentin, Ashley N | $22,142.50 |
| Jr. Staff Assistant | Vasquez-Curras, Promisy S | $19,484.99 |
| Jr. Staff Assistant | Vazquez, Maria E | $29,676.81 |
| Jr. Staff Assistant | Wanamaker, Lisa J | $5,266.12 |
| Staff Assistant | Williams, Maria H | $29,955.53 |
| Sr. Accounts Receivable | Williams, Tessa A | $43,206.80 |
| Staff Assistant | Wislocki, Gayle L | $35,374.63 |
| Sr. Team Leader | Wislocki, Nicole R | $39,643.54 |



*The Leader in Public Sector Law*

101 Arch Street, Boston, MA 02110
Tel: 617.556.0007 | Fax: 617.654.1735
www.k-plaw.com

**Mark Reich**
mreich@k-plaw.com

May 31, 2018

CERTIFIED MAIL - RETURN RECEIPT REQUESTED
AND BY FIRST-CLASS MAIL

Mr. Ivan Roman
17 Johnson Street
Fitchburg, MA  01420

Re:     Montachusett Area Regional Transit Authority

Dear Mr. Roman:

This office serves as General Counsel to the Montachusett Area Regional Transit Authority (MART).  It has come to the attention of MART management that you have been contacting MART vendors, and offering to assist them with business matters before MART in return for compensation.

You resigned from your employment as a vendor supervisor with MART on May 4, 2018. As you are no doubt aware, as a former MART employee, you are subject to the state's Conflict of Interest Law governing former state employees, G.L. c. 268A, §5.  Your communications to MART vendors implicate two provisions of that statute and suggests that your actions may constitute a conflict of interest subject to enforcement action.

First, as a former MART employee, you may not act as an agent for, or be compensated by, anyone in connection with any matter in which MART is a party, or has a direct and substantial interest, and in which you participated while employed with MART.  See G.L. c. 268A, §5(a).  Thus, your representation of or receipt of compensation from any MART vendor in connection with any matter relating to vendor services would constitute a violation of this statutory provision.

Further, as a former MART employee, you may not, for a period of one year after your resignation, appear before MART as an agent for any party in connection with any matter in which MART has a direct and substantial interest, and which was under your official responsibility at any time within the two years prior to your resignation.  See G.L. c. 268A, §5(a).  Thus, your appearance before MART as an agent for any vendor in connection with any matter relating to vendor services would constitute a violation of this statutory provision.

Please be aware that an individual who violates either of the above-referenced statutory provisions is subject to a fine of up to $10,000, and imprisonment for up to five years.  See G.L. c. 268A, §5(f).

KP Law, P.C.    |    Boston • Hyannis • Lenox • Northampton • Worcester



Mr. Ivan Roman
May 31, 2018
Page 2

Your offers to assist MART vendors in matters before the agency, by sharing knowledge you obtained as a MART employee not only with respect to MART contracts in general but also with respect to the vendor's particular contract, clearly violate the provisions of G.L. c. 268A.

Be advised that if you persist in such communications, MART intends to refer this matter to the State Ethics Commission, the agency charged with administering G.L. c. 268A, and request an investigation of your actions.

Further, your communications are interfering with MART's contractual relationships with its vendors, and may result in economic harm to MART. Should you persist in such communications and such harm actually occur, MART will consider appropriate legal action against you to recover damages for such harm.

Your attention to this notice is anticipated and appreciated.

Very truly yours,

Mark. R. Reich

MRR/bp
cc:    Administrator
626406/37800/0001