UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No.  1:20-cv-12076)

PAUL JONES,

    Plaintiff

    v.

MONTACHUSETT REGIONAL TRANSIT
AUTHORITY, et al.,

    Defendants

AFFIDAVIT IN SUPPORT OF
ATTORNEYS' FEE AWARD

I, Deborah I. Ecker, do hereby depose and state as follows:

1.  I am shareholder at KP Law, P.C.

2.  I have been licensed to practice law in the Commonwealth of Massachusetts since 1989.

3.  KP Law, P.C. represents Defendant Montachusett Regional Transit Authority (MART) in the above referenced matter.

4.  I prepared for and attended the hearing held on May 18, 2026,  on Plaintiff's Motion for Reconsideration of the Court's March 18, 2026 Order denying Plaintiff's Motion for Summary Judgment on his claim under 47 U.S.C. § 227(b)(1)(A)(iii) on behalf of MART.   I spent a total of 3.6 hours preparing for, traveling to and attending the hearing. KP Law, PC bills MART two hundred and sixty dollars per hour ($260) for my time.

5.  Accordingly, the amount of attorneys' fees incurred by MART for my time spent preparing for, traveling to and attending the May 18, 2026 hearing on Plaintiff's Motion for Reconsideration is nine hundred and thirty-six dollars ($936.00).  Attached hereto as Exhibit 1 is MART's bill for attorneys' fees.

Respectfully submitted,

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT
AUTHORITY et al.,
By their attorneys,

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA  02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated:  May 22, 2026

1034989/37800/0006

### CERTIFICATE OF SERVICE

I certify that the above document will be served upon any other party or counsel of record

who is not being served by the Court's ECF system, upon notification by the Court's ECF

system of same.

Mr. Paul Jones
pj22765@gmail.com

/s/ Deborah I. Ecker