# EXHIBIT 1

| Date | Prof | Narrative | Statement Units | Statement Price | Ext Amt |
|------|------|-----------|-----------------|-----------------|---------|
| 05/14/2026 | DIE | PREPARE FOR HEARING ON PLAINTIFF'S MOTION FOR RECONSIDERATION. | 0.60 | 260.00 | 156 |
| 05/18/2026 | DIE | TRAVEL TO AND ATTEND HEARING ON MOTION FOR RECONSIDERATION. | 3.00 | 260.00 | 780 |