UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No.  120-cv-12076)

PAUL JONES,

    Plaintiff

    v.

MONTACHUSETT REGIONAL TRANSIT
AUTHORITY, et al.,

    Defendants

MOTION FOR LEAVE OF COURT
TO WITHDRAW AS COUNSEL FOR
<u>DEFENDANT IVAN ROMAN</u>

Pursuant to Local Rule 83.5.2(c)(2) the undersigned Counsel below hereby files this Motion for Leave of Court to Withdraw as Counsel for Defendant Ivan Roman. As grounds therefore Counsel states that a conflict exists between Counsel's representation of Defendant Montachusett Regional Transit Authority ("MART") and Mr. Roman. Specifically, upon information and belief, Mr. Roman has been assisting Mr. Jones in his lawsuit against MART. Upon information and belief, that assistance includes but is not limited to, speaking with Mr. Jones and submitting affidavits in support of Mr. Jones' Opposition to MART's Motion for Summary Judgment.  Mr. Roman's position is in conflict with MART's and the undersigned Counsel will need to cross-examine Mr. Roman to show that the statements contained in Mr. Roman's Affidavit and Supplemental Affidavit filed with this Court on January 7, 2026, are false.

The undersigned Counsel emailed Mr. Roman the attached letter to his last known email address and received no response and no indication that the email is still not valid.  Wherefore,

Counsel respectfully requests that this honorable Court grant Counsel's Motion for Leave of

Court to Withdraw as Counsel for Defendant Ivan Roman.

Respectfully submitted,

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT
AUTHORITY et al.,
By their attorneys,

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA  02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated:  May 27, 2026

1035553/37800/0006

CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) of the United State District Court for the District of

Massachusetts, I hereby certify that I conferred with Plaintiff on May 26, 2026, with respect to

the Motion to for Leave of Court to Withdraw as Counsel for Defendant Ivan Roman, he had no

objection.

/s/ Deborah I. Ecker

<u>CERTIFICATE OF SERVICE</u>

I certify that the above document will be served upon any other party or counsel of record who is not being served by the Court's ECF system, upon notification by the Court's ECF system of same.

Mr. Paul Jones
pj22765@gmail.com

Mr. Ivan Roman
ivanlastnameroman@gmail.com

*/s/ Deborah I. Ecker*