UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No.  1:20-cv-12076)

PAUL JONES,

    Plaintiff

    v.

MONTACHUSETT REGIONAL TRANSIT
AUTHORITY, et al.,

    Defendants

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's May 28, 2026, Order, the Parties hereby submit the following proposed scheduling order:

1. **Initial Disclosures.**   Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by June 12, 2026.

2. **Fact Discovery** – Interim Deadlines

    a. All requests for production of documents and interrogatories must be served by July 27, 2026.

    b. All requests for admissions must be served by July 27, 2026.

    c. All depositions, other than expert depositions, must be completed by August 28, 2026.

3. **Fact Discovery – Final Deadline.** All discovery must be completed by August 28, 2026.

4. **Expert Discovery.**

    a. Plaintiff's trial experts shall be designated by July 1, 2026.

    b. Plaintiff's trial experts must be deposed by July 31, 2026.

    **c.** Defendant's trial experts must be designated by August 1, 2026.

    **d.** Defendant's trial experts must be deposed by August 28, 2026.

**5. Dispositive Motions.**

    **a.** Renewed motions for summary judgment must be filed by September 28, 2026.

    **b.** Oppositions to renewed motions for summary judgment must be filed within 21 days after service of motion.

    **c.** Replies to Oppositions to Motions for Summary Judgment must be filed within 14 days after service of the Opposition to Motion for Summary Judgment.

**6. Initial Pretrial Conference.** An initial pretrial conference will be held if necessary, on date scheduled by the Court. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(D) five business days prior to the date of the conference, except that parties need not include matters required by Local Rule 16.5(D)(2) or (3).

Respectfully submitted,            Respectfully submitted,

DEFENDANT,                    PLAINTIFF,
MONTACHUSETT REGIONAL TRANSIT    PAUL JONES, *pro se*
AUTHORITY, et al.,

By their attorneys,

_____     /s/ Paul Jones      (DIE)
Deborah I. Ecker (BBO#554623)    Paul Jones, *pro se*
Mark R. Reich (BBO# 553212)     79 Thompson Street
KP Law, P.C.                Springfield, MA 01109
101 Arch Street, 12th Floor      Pj22765@gmail.com
Boston, MA 02110
(617) 556-0007
decker@k-plaw.com
mreich@k-plaw.com

Dated:  June 3, 2026

CERTIFICATE OF SERVICE

I certify that the above document will be served upon any other party or counsel of record who is not being served by the Court's ECF system, upon notification by the Court's ECF system of same.

Mr. Paul Jones
pj22765@gmail.com

*/s/ Deborah I. Ecker*

Dated:  June 3, 2026

1036810/37800/0006