UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No.  120-cv-12076)

PAUL JONES,

    Plaintiff

    v.

MONTACHUSETT REGIONAL TRANSIT
AUTHORITY, et al.,

    Defendants

MOTION FOR LEAVE OF COURT
TO WITHDRAW AS COUNSEL FOR
<u>DEFENDANT MICHELLE MOYO</u>

Pursuant to Local Rule 83.5.2(c)(2) the undersigned Counsel below hereby files this Motion for Leave of Court to Withdraw as Counsel for Defendant Michelle Moyo. As grounds therefore Counsel states that Counsel has not been successful in trying to contact Ms. Moyo both by email and at her last known residence as she no longer resides there.  In addition, a conflict may, but does not necessarily exist, between Counsel's representation of Defendant Montachusett Regional Transit Authority ("MART") and Ms. Moyo because Ms. Moyo filed a complaint with the Massachusetts Commission Against Discrimination when she left her employment with MART. Counsel would have been better able to evaluate whether a conflict exists if they had been able to speak with Ms. Moyo.[1]

The undersigned Counsel emailed Ms. Moyo and sent a letter via Federal Express to Ms. Moyo's last known residence with no success.  The current occupant of Ms. Moyo's last known

---

[1] In addition to Ms. Moyo, MART has been unable to reach Donna Landry, Jessica Torres and Bonnie Mahoney.  At this time, MART does not believe that a conflict exists with Counsel's representing MART, Ms. Landry and Ms. Mahoney.  MART intends to file a renewed Motion for Summary Judgment seeking to dismiss all the individual defendants in part on the grounds that Plaintiff failed to file a Complaint against them with the Massachusetts Commission Against Discrimination, a prerequisite to filing a lawsuit in Court pursuant to G.L. c. 151B.

address related that she had been living there since August 2026 and Counsel received no

indication that the email used was not valid. Attached hereto as Exhibit 1 are the Email and

Letter. Wherefore, Counsel respectfully requests that this honorable Court grant Counsel's

Motion for Leave of Court to Withdraw as Counsel for Defendant Michelle Moyo.

<div style="margin-left:50%;">

Respectfully submitted,

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT
AUTHORITY et al.,
By their attorneys,

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA  02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

</div>

Dated:  June 29, 2026

1041410/37800/0006

<div style="text-align:center;">

CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

</div>

Pursuant to Local Rule 7.1(A)(2) of the United State District Court for the District of

Massachusetts, I hereby certify that I conferred with Plaintiff on June 29, 2026, with respect to

the Motion to for Leave of Court to Withdraw as Counsel for Defendant Michelle Moyo, he had

no objection.

<div style="margin-left:50%;">

/s/ Deborah I. Ecker

</div>

CERTIFICATE OF SERVICE

   I certify that the above document will be served upon any other party or counsel of record who is not being served by the Court's ECF system, upon notification by the Court's ECF system of same.

Mr. Paul Jones
pj22765@gmail.com

Michele Moyo
michem1209@gmail.com


/s/ Deborah I. Ecker