# EXHIBIT 1

## Lisa M. Kenepp

| | |
|---|---|
| **From:** | Lisa M. Kenepp |
| **Sent:** | Wednesday, June 24, 2026 3:04 PM |
| **To:** | 'michem1209@gmail.com' |
| **Cc:** | Deborah I. Ecker |
| **Subject:** | on behalf of Attorney Ecker  Re:  Paul Jones v. Montachusett Regional Transit Authority, et al. - United States District Court Civil Action No. 4:19-cv-11093-MRG |
| **Attachments:** | KP-#1040973-v1-MART_JONES_-_LTR_Moyo.PDF |

Good afternoon:

Attached please find a letter from Attorney Ecker in regard to the above referenced matter.

Thank you,

1



101 Arch Street, 12th Floor
Boston, MA 02110
Tel: 617.556.0007 | Fax: 617.654.1735
**k-plaw.com**

June 24, 2026

**Deborah I. Ecker**
decker@k-plaw.com

BY EMAIL AND FEDERAL EXPRESS (michem1209@gmail.com)

Ms. Michelle Moyo
2 Pine Street
Fitchburg, MA  01420

Re:    Paul Jones v. Montachusett Regional Transit Authority, et al.
       United States District Court Civil Action No. 4:19-cv-11093-MRG

Dear Ms. Moyo:

We were retained by Montachusett Regional Transit Authority (MART) to represent MART as well as the individual defendants named by Mr. Jones in the above-referenced lawsuit.  You are a named defendant.  Plaintiff believes that we no longer represent you in this matter.  I do not know if he believes that because he has been communicating with you. I was copied on an email that MART Human Resources Manager Chastity Courvertier sent to you regarding our representation of you. I do not believe that she received a response. In addition, I am aware that you filed a complaint of discrimination against MART with the MCAD in January 2021 which may create a conflict with our representation of you as it may be directly adverse to our representation of MART.

Please let us know if you want us to represent you in the above-referenced matter. If so, please contact me to discuss the potential conflict so that I can better evaluate whether we can represent you going forward.  If you do not want us to continue to represent you in this lawsuit, please let me know that as well and I will make that representation to the Court when I file a motion to withdraw as your Counsel. If I don't hear from you, I will assume you do not want us to represent you and I will file a motion to withdraw as your counsel.

Very truly yours,

Deborah I. Ecker

DIE/lmk
cc: Montachusett Regional Transit Authority

1040909/37800/0006