UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No. 120-cv-12076)

| | |
|---|---|
| PAUL JONES,<br><br>Plaintiff<br><br>v.<br><br>MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,<br><br>Defendants | MOTION TO RESCIND MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHELLE MOYO |

Defendant Montachusett Regional Transit Authority ("MART") respectfully requests that the Court rescind MART's Motion For Leave of Court to Withdraw as Counsel for Defendant Michelle Moyo. Since the time that the Motion was filed, Ms. Moyo contacted the undersigned Counsel. At this time, the undersigned Counsel continues to represent Ms. Moyo.

WHEREFORE, Counsel respectfully requests that this honorable Court rescind Counsel's Motion for Leave of Court to Withdraw as Counsel for Defendant Michelle Moyo.

Respectfully submitted,
DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT AUTHORITY et al.,
By their attorneys,

Deborah I Ecker

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: June 30, 2026
1041410/37800/0006

CERTIFICATE OF SERVICE

I certify that the above document will be served upon any other party or counsel of record who is not being served by the Court's ECF system, upon notification by the Court's ECF system of same.

Mr. Paul Jones
pj22765@gmail.com

Michele Moyo
michem1209@gmail.com

*/s/ Deborah I. Ecker*