JUL 24 AM8:53

# EXIHBITS TO

| | | |
|---|---|---|
| 07/23/2026 | 225 | Plaintiff's Opposition re 222 MOTION to Quash filed by Paul Jones. (TRL) (Entered: 07/23/2026) |