| Request | Ruling | Instructions/Notes |
|---|---|---|
| Interrog. 1 | Allow, narrowed | Limited to discipline or demotion arising from or referencing Jones or CCRD complaints; not full disciplinary histories. |
| Interrog. 3 | Allow, narrowed | Limited to complaints filed by or naming Jones or CCRD; not all complaints involving the identified individuals. |
| Interrog. 4 | Quash | |
| Interrog. 5 | Quash | |
| Interrog. 6 | Quash | |
| Interrog. 7 | Quash | |
| Interrog. 8 | Quash | |
| Interrog. 10 | Quash | |
| Interrog. 11 | Deny w/o prejudice | Seeks system-wide comparator information untethered to Jones's claims; may be renewed if narrowly tailored to no more than ten specifically identified comparators. |
| Interrog. 12 | Quash | |
| Interrog. 15 | Allow | |
| Interrog. 16 | Quash | Seeks privileged attorney-client communications/work product. |
| Interrog. 19 | Quash | |
| RFP 1 | Quash | |
| RFP 2 | Quash | |
| RFP 3 | Quash | |
| RFP 4 | Quash | |
| RFP 5 | Quash | |
| RFP 6-9 | Allow | |

| RFP 10, 11 | Allow, narrowed | Limited to files concerning complaints made by or about Jones or CCRD. |
|---|---|---|
| RFP 12 | Deny w/o prejudice | Request for entire personnel files is overbroad; may renew as to portions referencing Jones or CCRD. |
| RFP 13 | Allow | |
| RFP 15 | Deny w/o prejudice | Relates to a separate proceeding; nexus to Jones's retaliation claim has not been established on the present record. |
| RFP 16 | Quash | |
| RFP 17 | Allow, narrowed | Limited to materials concerning complaints made by or about Jones or CCRD, consistent with RFP Nos. 10 and 11. |
| RFP 18 | Quash | |
| RFP 19 | Deny w/o prejudice | Same rationale as the corresponding interrogatory. |
| RFP 20 | Deny w/o prejudice | System-wide request is overbroad; may renew if limited to CCRD's own ride, trip, and fine data. |
| RFP 21 | Quash | |
| RFP 22 | Quash | |