UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No. 120-cv-12076)

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,

Defendants

MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHELLE MOYO

Pursuant to Local Rule 83.5.2(c)(2) the undersigned Counsel below hereby files this Motion for Leave of Court to Withdraw as Counsel for Defendant Michelle Moyo. As grounds therefore Counsel states that Ms. Moyo has stopped communicating with Counsel and assisting in her defense.

The undersigned Counsel previously filed a motion to withdraw as Ms. Moyo's Counsel on June 29, 2026, which motion was quickly withdrawn when Ms. Moyo contacted Counsel. Counsel was able to communicate with Ms. Moyo via email and telephone and have her assist in her defense, specifically in preparing the responses to Plaintiff's Requests for Admissions, Interrogatories, Requests for Production of Documents to Ms. Moyo as well as Plaintiff's Second set of Interrogatories, Requests for Admissions and Requests for Documents to Ms. Moyo. Ms. Moyo, a former MART employee has stopped communicating with Counsel and has stopped assisting in her own defense. Counsel emailed Ms. Moyo and left voicemails on her cellphone on several occasions with no response.

Ms. Moyo's response to Plaintiff's first set of discovery requests is due on August 10, 2026. Counsel respectfully requests, that this honorable Court extend that date for Ms. Moyo to respond to the written discovery requests until August 18, 2026, to allow Ms. Moyo time to obtain new Counsel or respond to the discovery requests on her own. Plaintiff will not be prejudiced. Plaintiff had noticed Ms. Moyo's deposition for August 20, 2026, but defense Counsel has already notified Plaintiff of her unavailability and has requested that the depositions go forward the following week. The undersigned Counsel will provide Plaintiff with Ms. Moyo's email and telephone number. She no longer resides at her last known address, and Counsel does not have her new address.

WHEREFORE, the undersigned Counsel respectfully requests that this honorable Court grant Counsel's Motion for Leave of Court to Withdraw as Counsel for Defendant Michelle Moyo.

Respectfully submitted,

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT AUTHORITY et al.,
By their attorneys,

Deborah I Ecker

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: August 4, 2026

1035553/37800/0006

CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) of the United State District Court for the District of Massachusetts, I hereby certify that I conferred with Plaintiff on August 4, 2026, with respect to the Motion to for Leave of Court to Withdraw as Counsel for Defendant Michelle Moyo, he does not assent.

*/s/ Deborah I. Ecker*

CERTIFICATE OF SERVICE

I certify that the above document will be served upon any other party or counsel of record who is not being served by the Court's ECF system, upon notification by the Court's ECF system of same.

Mr. Paul Jones
pj22765@gmail.com

Michelle Moyo
michem1209@gmail.com

*/s/ Deborah I. Ecker*