# EXHIBIT 1

PDF processed with CutePDF evaluation edition www.CutePDF.com

Gmail

**Paul Jones <pj22765@gmail.com>**

---

## Michelle Moyo Representation

4 messages

---

**Paul Jones** <pj22765@gmail.com> Wed, Jun 24, 2026 at 7:56 AM
To: "Deborah I. Ecker" <decker@k-plaw.com>, "Mark R. Reich" <mreich@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>

Dear Attorney,

I am writing to request urgent clarification regarding your current representation of Michelle Moyo in the matter of Michelle Moyo v. Montachusett Regional Transit Authority, Case No. 26-243. I understand that she has filed suit against MART for discrimination and retaliation. The case has been settled,how then she will still be represented by you in our case.

I need to confirm exactly which attorneys or law firms are representing her in that matter.

Please provide a response to this inquiry as soon as possible. Because we are prepared to issue subpoenas, if I do not receive confirmation, I will be forced to file an emergency motion for clarification with the court today.

Additionally, please be advised that the first round of discovery requests for Rebecca Badgley and Karen Cordio will be served upon your office this morning.

Thank you for your prompt attention to this matter.

Paul Jones 79 Thompson Street Springfield, MA 01109 Tel: 617-939-5417 pj22765@gmail.com

---

**Deborah I. Ecker** <DEcker@k-plaw.com> Wed, Jun 24, 2026 at 8:40 AM
To: Paul Jones <pj22765@gmail.com>, "Mark R. Reich" <MReich@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>

Mr. Jones,

Please let me know if you have been communicating with Michelle Moyo and Karen Cordio. If so, please provide me with their contact information since we have not been able to reach them.

From the discovery that you served on me and later withdrew that was to Ms. Cordio, it appears that you believe that Ms. Cordio will support your case. Similarly, from the below it appears that you believe that Ms. Moyo will support your case. If that is so, and the allegations you make in the discovery requests came from Ms. Cordio, allegations which MART denies, then what is the basis for your discrimination case against either of them?

Please provide me with the contact information for the two individuals so that I may contact them. As you may be aware, I cannot simply withdraw my representation of an individual, I need to get the Court's permission to withdraw representation.

Finally, I suggest you look at the federal rules of civil procedure for discovery limitations for parties.

Deborah

**Deborah I. Ecker, Esq.**

KPLAW

101 Arch Street, 12th Floor
Boston, MA 02110
617-654-1714
DEcker@k-plaw.com
www.k-plaw.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and attachments thereto, if any, and destroy any hard copies you may have created and notify me immediately.

[Quoted text hidden]

---

**Paul Jones** <pj22765@gmail.com> Wed, Jun 24, 2026 at 3:23 PM
To: "Deborah I. Ecker" <DEcker@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>, "Mark R. Reich" <mreich@k-plaw.com>

Dear Attorney Eckers since you refuse to answer my question regarding if you are representing Micelle Moyo I have no choice but to go through the court, I will file a Motion as soon as possible Thank you.
[Quoted text hidden]

---

**Paul Jones** <pj22765@gmail.com> Wed, Jun 24, 2026 at 4:06 PM
To: "Deborah I. Ecker" <DEcker@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>, "Mark R. Reich" <mreich@k-plaw.com>

also as I stated I am sending over the discovery for the named defendants
[Quoted text hidden]