# EXHIBIT 3

Gmail

**Paul Jones <pj22765@gmail.com>**

# Jones v. MART - Deposition and Discovery Responses

**Paul Jones** <pj22765@gmail.com> Mon, Jul 20, 2026 at 3:25 PM
To: "Deborah I. Ecker" <DEcker@k-plaw.com>, "Mark R. Reich" <mreich@k-plaw.com>

Here is the deposition notice I told you I was going to send yesterday for Michellle Moyo and Rebecca Badgley . Rebecca will be sent by the end of the day Thank you.

Paul Jones
[Quoted text hidden]

**Deposition Notice For Michelle Moyo.pdf**
274K

Gmail

Paul Jones <pj22765@gmail.com>

## Mart 30(b)(6) Deposition

**Paul Jones** <pj22765@gmail.com> Sat, Jul 25, 2026 at 6:23 PM
To: "Deborah I. Ecker" <decker@k-plaw.com>, "Mark R. Reich" <mreich@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>

i wll need a MART 30(b)(6) deposition with a Mart representative with a request for documents the IVR Manuels that show how the IVR System Works i will send that one tomorrow thats the final deposition in need i will have all the telephone call records in my possession by that time and withh question the representative on all the discovery you were ordered to give me such as IVR System,Consent to call my cell phone, Hunan Resource Investigation of all mart employees for Retaliation against paul jones and ccrd, plaintiffs investigation into all his complaints, etc

Gmail

Paul Jones <pj22765@gmail.com>

## Deposition notices meet and confer

1 message

**Paul Jones** <pj22765@gmail.com> Mon, Jul 27, 2026 at 2:03 PM
To: "Deborah I. Ecker" <decker@k-plaw.com>, "Mark R. Reich" <mreich@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>

Please send me all named defendants last know adress and contact number's asap also i must depose Karen Cordio , Crystal Geiser , Ivan roman and tamara.
I am confering with you regarding the named defendants you stated you could not get in touch with please respond to this email as i only have a couple more days to send our discovery so I can get it back in 30 days. I need the named defendants to receive discovery including Jessica, Donna, Bonnie and the ithers that you stated you cannot contact please send me their last know contact information so I can attempt to contact them. Please respond Thank you
Please excuse all typos iphone key board very small

Paul Jones
617-939-5417
Pj22765@gmail.com

Gmail Paul Jones <pj22765@gmail.com>

## Paul jones Production of Documents

7 messages

**Paul Jones** <pj22765@gmail.com> Sun, Aug 2, 2026 at 9:35 PM
To: "Deborah I. Ecker" <decker@k-plaw.com>, "Mark R. Reich" <mreich@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>

I should be finished with the production of documents for MART's first request tomorrow theres a lot of documents will have to send maybe in 3 separate emails. Also, I have been looking for a space with reasonable rental prices for depositions in Worcester. Tomorrow, I will finish researching a place to hold depositions in Worcester so we can plan accordingly.

I have decided to depose only 5 defendants including Ivan Roman as I wanted to save you from excessive travel. I do not care about the defendants missing one day of work since I do not have my job as I was fired as I explained to you by Rebecca Badgley contrary to what was told to you, and the defendants will be fine. Missing one day this is my life. These depositions are very important to the case and to me. I need Michelle Moyo, Tamara, MART's 30(b)(6) and rebecca for a deposition 3 can be in person on same day to accommodate you.

I am looking to do all three on the same day in Worcester in person if I can find a location that is reasonable $ which will save you a lot of time traveling back and forth. If I cannot find a reasonable place in Worcester, we can do them in Springfield, but we will still do all three on the same day if you would like that, so each person can drive back to Worcester after their deposition. Would you be willing to do all three on the same day, for a total of seven hours with a 20 minute break.

The order of deponents would be Michelle first, the MART deponent second, and Tamara third. I will have seven hours total with a twenty-minute break for each, and there is a deli across the street with great food. Ivan and one other defendant rebecca can be done by Zoom on the same day to accommodate you.

How does that sound? I am being reasonable.

---

**Deborah I. Ecker** <DEcker@k-plaw.com> Mon, Aug 3, 2026 at 8:38 AM
To: Paul Jones <pj22765@gmail.com>, "Mark R. Reich" <MReich@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>

Mr. Jones,

My only objection to the below, is holding Ms. Moyo's deposition in person. She has limited knowledge at best on matters related to your lawsuit. The only direct email exchange you had with her I believe, is an email dated September 4, 2018, which was marked as Exhibit 18 at your deposition. To the extent you are seeking to question her about her MCAD complaint against MART, that complaint had nothing whatsoever to do with you as is evident from the complaints and settlement agreement which we produced to you. I will object to your questioning her about the complaint and settlement. The fact that you do not care about her having to miss a day of work, is not a reason to hold her deposition in person instead of on Zoom, particularly given her limited knowledge of information relevant to your complaint.

Because Ms. Moyo is a former MART employee, you will need to send her a subpoena to attend her deposition. I can let you know where to send that subpoena tomorrow.

We have a Worcester office which I can make available to you for the one day of in-person depositions. It is located at the following address:

Commerce Building

11 Foster Street, Suite 314

Worcester, MA

Once we confirm a date for the in-person depositions of Tamara Shumovskaya and the Rule 30(b)(6) of MART, I can confirm availability for use of the office.

Please let me know if you insist on conducting Ms. Moyo's deposition in person so that I know whether to file a motion for protective order with the Court.

Thank you,

Deborah

**Deborah I. Ecker, Esq.**

KPLAW

101 Arch Street, 12th Floor
Boston, MA 02110
617-654-1714
DEcker@k-plaw.com
www.k-plaw.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and attachments thereto, if any, and destroy any hard copies you may have created and notify me immediately.

[Quoted text hidden]

---

**Paul Jones** <pj22765@gmail.com> Tue, Aug 4, 2026 at 5:48 PM
To: "Deborah I. Ecker" <DEcker@k-plaw.com>

What are the available dates for your Worcester office and what is the procedure to secure space?

I confirm that I want to depose Michelle Moyo in person, along with Tamara and the MART Rule 30(b)(6) witness. For now, please provide the available dates for Tamara and the Rule 30(b)(6) witness.

I am trying to accommodate your schedule as well. Since you stated that I need to send Michelle Moyo a subpoena, please provide her service address as soon as possible so I can complete that process.

Paul Jones

[Quoted text hidden]

---

**Deborah I. Ecker** <DEcker@k-plaw.com> Tue, Aug 4, 2026 at 6:11 PM
To: Paul Jones <pj22765@gmail.com>
Cc: "Mark R. Reich" <MReich@k-plaw.com>

Mr. Jones,

Once we confirm I date, I can secure the office space. I will get back to you with dates for Tamara's and MART's Rule 30(b)(6) depositions tomorrow. In the meantime, Ms. Moyo's email is on the certificate of service in the motion I just filed. As I stated in the motion, I do not have her current address. She no longer lives at the last address MART had for her.

Deborah

**Deborah I. Ecker, Esq.**

KPLAW

101 Arch Street, 12th Floor
Boston, MA 02110
617-654-1714
DEcker@k-plaw.com
www.k-plaw.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and attachments thereto, if any, and destroy any hard copies you may have created and notify me immediately.

**From:** Paul Jones <pj22765@gmail.com>
**Sent:** Tuesday, August 4, 2026 5:48 PM
**To:** Deborah I. Ecker <DEcker@k-plaw.com>
**Subject:** Re: Paul jones Production of Documents

- What are the available dates for your Worcester office and what is the procedure to secure space?

[Quoted text hidden]

---

**Paul Jones** <pj22765@gmail.com> Tue, Aug 4, 2026 at 6:20 PM
To: "Deborah I. Ecker" <DEcker@k-plaw.com>, "Mark R. Reich" <mreich@k-plaw.com>

Please provide Michelle Moyo employment address as soon as possible, as you mentioned Michelle had a new workplace when we were coordinating her deposition.

Additionally, I informed you and opposing counsel at the deposition that I wished to review the transcript. Although the reporter recorded my phone number and email address, I have not received any contact, and I presume the transcript is now ready. Please provide the contact number for the court reporter as well. Please respond as soon as time allows.

Thank you.

[Quoted text hidden]

---

**Paul Jones** <pj22765@gmail.com> Tue, Aug 4, 2026 at 6:22 PM
To: "Deborah I. Ecker" <DEcker@k-plaw.com>, "Mark R. Reich" <mreich@k-plaw.com>

Also Michelle Moyo fined my employer company CCRD INC. thousands of dollars and every time she did their was an email , I am sure you have plenty of emails from Michelle Moyo to us send fines, day report request all types of procedural things that could result into fines, I am sure you have all those emails.

[Quoted text hidden]

---

**Deborah I. Ecker** <DEcker@k-plaw.com> Wed, Aug 5, 2026 at 7:38 AM
To: Paul Jones <pj22765@gmail.com>, "Mark R. Reich" <MReich@k-plaw.com>

Mr. Jones,

Ms. Moyo works in Fitchburg. I do not know the name of her employer.

[Quoted text hidden]