# EXHIBIT 4

Gmail

**Paul Jones <pj22765@gmail.com>**

## Jones v. MART - Deposition and Discovery Responses

**Paul Jones** <pj22765@gmail.com> Mon, Jul 20, 2026 at 3:25 PM
To: "Deborah I. Ecker" <DEcker@k-plaw.com>, "Mark R. Reich" <mreich@k-plaw.com>

Here is the deposition notice I told you I was going to send yesterday for Michellle Moyo and Rebecca Badgley . Rebecca will be sent by the end of the day Thank you.

Paul Jones
[Quoted text hidden]

**Deposition Notice For Michelle Moyo.pdf**
274K