# EXIHBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No. 120-cv-12076)

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, Et Al.,

Defendants

DEFENDANT REBECCA BADGLEY'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

**INSTRUCTIONS AND DEFINITIONS**

Defendant Rebecca Badgley ("Defendant") objects to the instructions and definitions contained in Plaintiff's Request for Production of Documents to the extent that they seek to alter or amend the applicable rules of civil procedure. Without waiving these or any other objections, Defendant responds to these requests as follows:

**REQUESTS**

**REQUEST NO. 1**

Produce all internal IT audit logs, system modification histories, metadata, and programmer records showing the dates, times, and identity of the employee who modified the user permissions, telephone numbers, or capacity fields for Plaintiff's vendor portal account from 2016 through February 1, 2020.

**RESPONSE NO. 1**

Defendant has no responsive documents.

**REQUEST NO. 2**

Produce the CONSENT form you used or told the brokerage department to use to get CONSENT to call Plaintiff cell phone 617-939-5417

**RESPONSE NO. 2**

Defendant has no responsive documents.

**REQUEST NO. 3**

Produce the original, unredacted electronic copies of the automated system notifications or internal mail logs concerning the delivery and processing of the certified letters bearing tracking numbers 70150640000155705341 and 70151520000018143550.

**RESPONSE NO. 3**

Defendant has no responsive documents.

**REQUEST NO. 4**

Produce the document that show each time CCRD INC was told their check was a week late.

**RESPONSE NO. 4**

Defendant has no responsive documents.

**REQUEST NO. 5**

Produce all internal programming directives, database schemas, and IT trouble logs generated by MART or its third party software developers between May 2, 2016, and February 25, 2020, concerning the manual locking, unlocking, or configuration of vendor portal account privileges.

**RESPONSE NO. 5**

Defendant has no responsive documents.

**REQUEST NO. 6**

Produce all internal termination letters, closeout logs, contract compliance reviews, and administrative notices generated by MART concerning the CCRD's workman's compensation insurance lapse and the actions MART took in September 2020.

**RESPONSE NO. 6**

Defendant has no responsive documents.

**REQUEST NO. 7**

Produce all internal emails, text messages, memorandum threads, and supervisor logs between and among you, Karen Cordio, Ivan Roman, Michelle Moyo, or any other MART employee from March 2016 through February 1, 2020.If any document responsive to this request is withheld under a claim of privilege, you are required to provide a formal privilege log detailing the date, author, recipient, and specific privilege asserted.

**RESPONSE NO. 7**

Defendant has no responsive documents.

**REQUEST NO. 8**

Produce all Human resources documents where you was question regarding Paul Jones and CCRD INC.

**RESPONSE NO. 8**

Defendant has no responsive documents.

**REQUEST NO. 9**

Produce all documents, communications, internal memoranda, emails, and reports concerning the discovery of non-disclosure regarding significant business transactions or ownership interests for CCRD INC from 2016 – February 1, 2020.

**RESPONSE NO. 9**

Defendant has no responsive documents.

**REQUEST NO. 10**

Produce all policy, internal notes, compliance reviews, or electronic communications within the MART Brokerage Department from 2015 to the present discussing shared telephone numbers, duplicate vehicle listings, shared insurance binders, or ownership overlaps for any vendor.

**RESPONSE NO. 10**

Defendant has no responsive documents.

**REQUEST NO. 11**

Produce all MART policies of MassHealth Disclosure forms.

**RESPONSE NO. 11**

Defendant has no responsive documents.

**REQUEST NO. 12**

Produce all documentation, reports, or communications you reviewed or prepared concerning the specific evaluation and subsequent Paul Jones and CCRD INC complaints.

**RESPONSE NO. 12**

Defendant has no responsive documents.

**REQUEST NO. 13**

Produce all written directives, administrative guidelines, or system configuration logs detailing the authorization, dates, and programmatic reasons for locking user capacities or portal functions on Plaintiff's account profile.

**RESPONSE NO. 13**

Defendant has no responsive documents.

**REQUEST NO. 14**

Produce All internal accounting ledgers, disbursement records, bank transfer logs, and payroll registers reflecting every payment made by MART to CCRD INC during the entire duration of its vendor contract.

**RESPONSE NO. 14**

Defendant has no responsive documents.

**REQUEST NO. 15**

Produce All invoices, trip manifests, weekly operational logs, and service reports submitted by CCRD INC, to MART for all operating periods, including specifically those corresponding to any skipped or uncompensated billing cycles.

**RESPONSE NO. 15**

Defendant has no responsive documents.

**REQUEST NO. 16**

Produce All emails, text messages, internal memoranda, correspondence, or notes between Rebecca Badgley and any MART administrative, billing, or finance personnel regarding the payment cycles, withheld payments, invoice adjustments, or reconciliation requests concerning CCRD INC.

**RESPONSE NO. 16**

Defendant has no responsive documents.

**REQUEST NO. 17**

Produce all internal communication logs, emails, or notes where you or other MART personnel discussed verbal or written complaints from Plaintiff regarding portal blockouts, account typos, or capacity grid access issues.

**RESPONSE NO. 17**

Defendant has no responsive documents.

**REQUEST NO. 18**

Produce copies of all automated low-cost assignment history logs showing how the system auto-assign program distributed trips in the Pioneer Valley region during the months Plaintiff's operating capacity was set to zero.

**RESPONSE NO. 18**

Defendant has no responsive documents.

**REQUEST NO. 19**

Produce all training logs, sign-in sheets, of all MART employees that made changes to my Vendor Portal from 2016 to February 1, 2020.

**RESPONSE NO. 19**

Defendant has no responsive documents.

**REQUEST NO. 20**

Produce all internal tracking logs, supervisor desk notes, and personal calendar entries held by you or your department heads showing the exact dates and times you reviewed, discussed, or received notification of Plaintiff's civil rights complaints, intent-to-sue letters, or formal Title VI filings. If any document responsive to this request is withheld under a claim of privilege, you are required to provide a formal privilege log detailing the date, author, recipient, and specific privilege asserted.

**RESPONSE NO. 20**

Defendant has no responsive documents.

**REQUEST NO. 21**

Produce all unredacted copies of internal performance reviews, disciplinary records, or retraining directives generated for Crystal Geisert, Ivan Roman, Karen Cordio, yourself and other MART employees regarding the documented negligence and administrative errors identified in the May 5, 2017 Title VI response letter and regarding Paul Jones and CCRD INC.

**RESPONSE NO. 21**

Defendant has no responsive documents.

**REQUEST NO. 22**

Produce All written policies, standard operating procedures, contract terms, or administrative guidelines governing payment schedules, invoice processing windows, and vendor reimbursement calculations utilized by MART during the relevant contracting period used for CCRD INC payroll.

**RESPONSE NO. 22**

Defendant has no responsive documents.

**REQUEST NO. 23**

Produce All documents concerning any internal audits, financial reviews, or communications regarding payment discrepancies, withheld disbursements, or vendor compensation schedules for CCRD INC contracting with MART.

**RESPONSE NO. 23**

Defendant has no responsive documents.

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT
AUTHORITY et al.,
By their attorneys,

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: August 10, 2026

4915-3496-9281/37800/0006

CERTIFICATE OF SERVICE

I, Deborah I. Ecker, hereby certify that on the below date, I served a copy of the foregoing *Defendant's Response to Plaintiff's Third Set of Requests for Production of Documents*, by email to the following:

Mr. Paul Jones
79 Thompson Street
Springfield, MA 01109
pj22765@gmail.com

Dated: August 10, 2026

Deborah I. Ecker, Esq.