UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AUG 20 AM10:27

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,

Defendants

Civil Action: 4:19-cv-11093 MRG
Combined with case No. 1:20-cv-12076

**INTRODUCTION AND MEET AND CONFER COMPLIANCE**

Plaintiff previously filed his second motion to compel yesterday on August 19, 2026, for proper discovery responses from Defendants Rebecca Badgley, Karen Cordio, Tamara Shumovskaya, and Michelle Moyo, but inadvertently omitted Michelle Moyo's first and second sets of discovery and the email chain documenting the parties' meet and confer efforts. Plaintiff now submits these materials to demonstrate full compliance with local and federal meet and confer rules.

Specifically, Plaintiff initiated conferral with defense counsel on August 5, 2026, after which counsel instructed Plaintiff to put all discovery disputed issues in writing. Plaintiff subsequently sent a detailed letter and deficiency list to Attorney Deborah Ecker on August 17, 2026, outlining the outstanding discovery problems regarding individual defendants Rebecca Badgley, Karen Cordio, Tamara Shumovskaya, and Michelle Moyo, and explicitly notifying counsel that a second motion to compel would be filed if compliant responses were not provided. Rather than cooperating or curing the deficiencies, defense counsel insisted that disputes be put in writing, maintained that defendants could not produce documents they claim not to possess, and refused to agree to discovery extensions.

Furthermore, Plaintiff cannot conduct productive depositions without proper discovery responses from individual defendants Rebecca Badgley, Tamara Shumovskaya, Karen Cordio, and Michelle Moyo. Attached hereto as **Exhibit 1** are Michelle Moyo's first Discovery request which plaintiff resent after the courts July 24, 2026, order See **Exhibit 2** and Plaintiffs second sets of discovery requests propounded on Michelle Moyo (Outstanding) , and attached as **Exhibit 3** is the complete email chain evidencing the August 5th and August 17, 2026, conferral between Plaintiff and Attorney Deborah Ecker prior to filing this motion.

Plaintiff informs the Court that due to time constraints and the failure to receive proper answers from Rebecca Badgley, Karen Cordio, and Tamara Shumovskaya, conducting depositions of those individuals would be a waste of time, money, and energy. Consequently, Plaintiff will focus his deposition efforts on Michelle Moyo and Ivan Roman only. Ivan Roman's deposition is currently scheduled to commence on August 28, 2026.

On August 6, 2026, the Plaintiff and defense counsel agreed to hold Michelle Moyo's deposition on August 27, 2026, at Attorney Ecker's Worcester office. See **Exhibit 4.**

However, since then, Attorney Ecker has backed out of Michelle Moyo's deposition by claiming that she will no longer represent her. Plaintiff request the court to settle this matter so plaintiff can have a certain date for Michelle Moyo Deposition as agreed upon by the Parties. See **Exhibit 4.** Michelle Moyo retaliated against Plaintiff by fining him thousands of dollars after Plaintiff filed his internal complaint against MART and his complaints with the EEOC and MCAD. Attorney Ecker agreed to secure the KP Law Worcester office for Michell Moyo Deposition if Plaintiff agreed to have Michelle Moyo's deposition in Worcester, as seen in the email chains attached as **Exhibit 5.**

Plaintiff requests that the Court order Defendants Rebecca Badgley, Tamara Shumovskaya, Karen Cordio, and Michelle Moyo to provide proper discovery responses and a definitive date for Michelle Moyo's deposition, from attorney Eckers and also a certain date her Worcester office is available, as plaintiff agreed to save her time by not demanding that she and her clients travel to Springfield ma for any deposition, Plaintiff agreed to do most of the traveling.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Paul Jones respectfully requests that this Honorable Court enter an order:

1. Compelling Defendant MART to immediately comply with the July 24, 2026, order (Docket No. 228) and produce all allowed discovery items (Interrogatory No. 15, RFPs Nos. 6 through 9 and 13);
2. Compelling individual defendants Rebecca Badgley, Karen Cordio, Tamara Shumovskaya, and Michelle Moyo to provide complete, unevasive responses and produce all responsive documents, including resolving Michelle Moyo's completely outstanding discovery requests;
3. Ordering Defendant Michelle Moyo to provide a specific date for a deposition at K.P Law Worcester office so Plaintiff can schedule it as soon as possible;
4. Overruling all unsupportable boilerplate objections and "no responsive documents" disclaimers; and
5. Imposing appropriate sanctions under Rule 37 and granting such other and further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED,**

/s/ Paul Jones Paul Jones, Pro Se

79 Thompson Street

Springfield, MA 01109

Tel: 617-939-5417

Email: pj22765@gmail.com

Dated: August 20, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this date of August 19, 2026, a true and correct copy of the foregoing filing was served upon all parties of record in this matter by electronic mail and via the CM/ECF system to:

Mark R. Reich (BBO# 553212)

Deborah I. Ecker (BBO# 554623)

KP Law, P.C.

101 Arch Street, 12th Floor

Boston, MA 02110-1109

mreich@k-plaw.com

decker@k-plaw.com

**RESPECTFULLY SUBMITTED,**

/s/ Paul Jones Paul Jones, Pro Se

79 Thompson Street

Springfield, MA 01109

Tel: 617-939-5417

Email: pj22765@gmail.com

Dated: August 20, 2026