# EXIHBIT 3

Gmail Paul Jones <pj22765@gmail.com>

# Motion to Compel & Santions By wednesday August 19, 2026

6 messages

**Paul Jones** <pj22765@gmail.com> Mon, Aug 17, 2026 at 1:24 PM
To: "Deborah I. Ecker" <decker@k-plaw.com>, "Mark R. Reich" <mreich@k-plaw.com>

Please read carefully as you have failed to follow the Court's orders and your clients Rebecca Badgley, Karen Cordio, Tamara Shumovskaya, and Michelle Moyo have violated the Federal Rules of Civil Procedure and the Court's orders as well. Attached is a list of requirements to bring all your clients' discovery in line. As I informed you before, discovery is serious and you cannot just refuse to give a party discovery; it is sacred. Govern yourselves appropriately.

Paul Jones

pj22765@gmail.com

**PJ Letter to MART Confer.pdf**
260K

**Paul Jones** <pj22765@gmail.com> Mon, Aug 17, 2026 at 1:27 PM
To: "Lisa M. Kenepp" <LKenepp@k-plaw.com>

[Quoted text hidden]

**PJ Letter to MART Confer.pdf**
260K

**Deborah I. Ecker** <DEcker@k-plaw.com> Mon, Aug 17, 2026 at 5:06 PM
To: Paul Jones <pj22765@gmail.com>, "Mark R. Reich" <MReich@k-plaw.com>
Cc: "Lisa M. Kenepp" <LKenepp@k-plaw.com>

Mr. Jones,

Please do not misrepresent the facts. I emailed you on August 5th asking you to provide me with a list of responses to specific discovery requests you believe are deficient. Other than sending me an email on August 8th informing me that you were in the process of putting the list together, I have not heard back from you until your email this afternoon.

I will review what it is that you believe is deficient and then we can discuss. At no time did I refuse to confer with you. We can confer before Ms. Badgley's deposition scheduled on Monday, August 24th at 10:00. From a quick review of your letter however, it appears that you are seeking to have MART produce documents that MART does not have. MART cannot produce documents that MART does not have and, in most cases, never had in its possession. Regarding the individual defendants, those individuals who are no longer employed by MART do not have any MART documents that reference you or that are relevant to this matter. Like MART, they cannot produce what they do not have. While Ms. Shumovskaya is still employed by MART, she does not have any documents separate and apart from the documents produced by MART.

Finally, Ms. Moyo has still not responded to me. I will renew my motion to withdraw representation next week. However, you have not produced an MCAD complaint or EEOC complaint for that matter naming the individual

defendants as respondents. Accordingly, Ms. Moyo and the other individual defendants are not proper parties to this action since you failed to meet the administrative pre-requisite to bringing a lawsuit against them. If you have a complaint that you filed with the MCAD naming the individual Defendants as Respondents please produce immediately because the MCAD and EEOC documents I have, including those that you produced, only name MART as a Respondent.

Deborah

**Deborah I. Ecker, Esq.**

KPLAW

101 Arch Street, 12th Floor
Boston, MA 02110
617-654-1714
DEcker@k-plaw.com
www.k-plaw.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and attachments thereto, if any, and destroy any hard copies you may have created and notify me immediately.

[Quoted text hidden]

---

**Paul Jones** <pj22765@gmail.com> Mon, Aug 17, 2026 at 5:13 PM
To: "Deborah I. Ecker" <DEcker@k-plaw.com>
Cc: "Mark R. Reich" <MReich@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>

All depositions rebecca karen and tamara are off i cannot have a deposition with no documents the only deposition i can have is michelle moyo because i have emails there is no reason to misreprest you have no respect for the discovery process if i dont have the documents by Wednesday i will file my motion with the court even the manuel for the IVR system that called me from 2016 a 2019 not 2020. You can bully me and try to push a 2020 manuel for an IVR system that did not call me. I wand production of documents and Interogortories answered. nd Michelle Moyo discovey and her deposition.
Please dont email with with emails that are disrespectful we are human beings treat me like one as I treated you. Thank you.

Paul jones
[Quoted text hidden]

---

**Deborah I. Ecker** <DEcker@k-plaw.com> Mon, Aug 17, 2026 at 5:28 PM
To: Paul Jones <pj22765@gmail.com>
Cc: "Mark R. Reich" <MReich@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>

Mr. Jones,

Let me be clear, I will not agree to an extension of the discovery deadline for you to take depositions. We have produced the documents that are in MART's possession that are relevant to your complaint and that are referenced in the Court's order. We have blocked off days next week for the depositions to go forward. That is the last week in August. You have had three months to conduct depositions, and the individuals to be deposed have blocked off the time so you are able to do so. It is your choice to cancel the depositions, but do not blame your decision to cancel on

MART. Except for Ms. Moyo, MART and the individual Defendants have all responded to your multiple discovery requests in good faith. The fact that you do not like or disagree with their responses does not make those responses inaccurate or deficient. You may ask those who are to be deposed questions about their discovery responses at the scheduled depositions, including during MART's 30(b)(6) deposition. MART's Administrator Stephen Oldfield will testify on behalf of MART and you can ask him about MART's IVR system and the manuals produced.

Please send confirmation in writing that the depositions that you noticed are cancelled. Out of courtesy to the witnesses, I would like to let them know as soon as possible so that they do not hold the date.

[Quoted text hidden]

---

**Paul Jones** <pj22765@gmail.com> Mon, Aug 17, 2026 at 6:01 PM
To: "Deborah I. Ecker" <DEcker@k-plaw.com>
Cc: "Mark R. Reich" <MReich@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>

Attorney Eckers

Why would I ask you to agree to anything, Attorney Eckers? Anyone preparing for a deposition needs discovery to do so. You have refused to provide all but one document for nearly 80 requests, which is entirely improper. Furthermore, I do not expect you to ever agree with me on a single issue, as you never have.

I know I am a pro se litigant, but that does not give you the right to obstruct discovery openly. You did not even try to hide the fact that you refuse to produce documents or answer any interrogatories. The court can easily verify this by looking at what you produced in response to my requests for production, which amounted to just 1 document out of approximately 75 requests concerning the TCPA, M.G.L. c. 151B, and intentional infliction of emotional distress. This is ridiculous, and I am positive the court will see it for what it is. Anyone only has to look at the requests and then look at your answers.

I will not waste my money on a deposition without interrogatories or the production of documents. You have deliberately destroyed the discovery process. I am starting to believe that you either do not understand the TCPA and the remaining counts, or you simply refuse to litigate in good faith against a pro se party. You disregard the Federal Rules of Civil Procedure when litigating against me, taking everything personally and refusing to cooperate.

As the record shows, I have won every ruling when it mattered and will continue to do so as we wrap these cases up. I am confident that I will prevail because I have litigated in good faith, shown respect, and followed the Federal Rules of Civil Procedure. I will not allow you to waste my valuable time while you block and destroy discovery.

Consequently, I am letting you know that until I receive proper discovery, I have nothing to ask your clients. At this point, the only depositions I can conduct are of Michelle Moyo, because I have her emails documenting her retaliation, and Ivan Roman, because I have his affidavit to question him on.

[Quoted text hidden]