# EXIHBIT 4

Gmail **Paul Jones <pj22765@gmail.com>**

# on behalf of Attorney Ecker Re: Jones v. MART - US District Court, Docket No. 4:19-cv-11093

**Paul Jones** <pj22765@gmail.com> Wed, Aug 5, 2026 at 4:17 PM
To: "Lisa M. Kenepp" <LKenepp@k-plaw.com>
Cc: "Deborah I. Ecker" <DEcker@k-plaw.com>, "Mark R. Reich" <MReich@k-plaw.com>

Also please let me know if you plan on producing the discovery that the judge ordered you to produce from my motion to compel? That way if you dont plan on producing we can confer on that matter as well or I still want to go forward as well the judge stated you had 14 days to produce the documents. Thank you.

On Wed, Aug 5, 2026 at 12:47 PM Lisa M. Kenepp <LKenepp@k-plaw.com> wrote:

Good afternoon:

Attached please find a letter from Attorney Ecker and the third set of Discovery Responses in regard to the above referenced matter.

Thank you,

**Lisa M. Kenepp**
Legal Assistant
KPLAW
101 Arch Street, 12th Floor
Boston, MA 02110
617-654-1709
LKenepp@k-plaw.com
www.k-plaw.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and attachments thereto, if any, and destroy any hard copies you may have created and notify me immediately.

Gmail

**Paul Jones <pj22765@gmail.com>**

---

## on behalf of Attorney Ecker Re: Jones v. MART - US District Court, Docket No. 4:19-cv-11093

---

**Deborah I. Ecker** <DEcker@k-plaw.com> Wed, Aug 5, 2026 at 4:41 PM
To: Paul Jones <pj22765@gmail.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>
Cc: "Mark R. Reich" <MReich@k-plaw.com>

Mr. Jones,

Please let me know what discovery you are referencing below that has not been produced and I will review.

Deborah

**Deborah I. Ecker, Esq.**

KPLAW

101 Arch Street, 12th Floor
Boston, MA 02110
617-654-1714
DEcker@k-plaw.com
www.k-plaw.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and attachments thereto, if any, and destroy any hard copies you may have created and notify me immediately.

[Quoted text hidden]

Gmail **Paul Jones <pj22765@gmail.com>**

---

## on behalf of Attorney Ecker Re: Jones v. MART - US District Court, Docket No. 4:19-cv-11093

---

**Paul Jones** <pj22765@gmail.com> Thu, Aug 6, 2026 at 5:58 AM
To: "Deborah I. Ecker" <DEcker@k-plaw.com>
Cc: "Lisa M. Kenepp" <LKenepp@k-plaw.com>, "Mark R. Reich" <MReich@k-plaw.com>

Dear counsel,

As I stated in my email yesterday, before bringing this matter to the attention of the court through a motion to compel, I am writing to satisfy the requirement to confer in good faith to resolve this discovery dispute.

Because you have declined to confer by telephone, I am documenting this good faith effort in writing. As requested, I am compiling all discovery items that remain unanswered from the first round of discovery that the court compelled you to answer, as well as the third round that you failed to answer.

Discovery is essential in litigation, and these obligations cannot be ignored. I will formally transmit these requests in writing within the next day to ensure the record is complete.

Additionally, please let me know your available dates for depositions today so we can coordinate and confer regarding scheduling.

Thank you, and have a great day.

Paul Jones
[Quoted text hidden]

Gmail

Paul Jones <pj22765@gmail.com>

---

## on behalf of Attorney Ecker Re: Jones v. MART - US District Court, Docket No. 4:19-cv-11093

---

**Deborah I. Ecker** <DEcker@k-plaw.com> Thu, Aug 6, 2026 at 8:38 AM
To: Paul Jones <pj22765@gmail.com>
Cc: "Lisa M. Kenepp" <LKenepp@k-plaw.com>, "Mark R. Reich" <MReich@k-plaw.com>

Mr. Jones,

I have not refused to confer. What I asked, is that you send me a list of the specific discovery responses to which you believe the Defendants have not properly responded. Since the Court's hearing on July 24th, you have sent me no less than thirty-five (35) emails, including thirteen (13) emails in one weekend, some of which were incoherent. Please in one email or letter, set forth specifically what it is you believe Defendants have not produced and which discovery request, including specific requests for admissions, interrogatories, and requests for production of documents you believe Defendants have not properly responded to. While you may disagree with the responses or believe documents exist when they do not, that is not a basis for a motion to compel. To date, we have responded to the following discovery requests in good faith:

1. Plaintiff's First discovery requests to MART, including requests for admissions, interrogatories and requests for production of documents;
2. Plaintiff's Second set of requests for production of documents to MART;
3. Plaintiff's Third set of discovery requests to MART, including requests for admissions, interrogatories, and requests for production of documents; and,
4. Plaintiff's First set of discovery requests to Karen Cordio, including requests for admissions, interrogatories, and requests for production of documents.

In addition to the above, we have produced an Affidavit from MART's Administrator. We will be responding to the following discovery requests shortly:

1. Plaintiff's First discovery requests to Tamara Shumovskaya, including requests for admissions, interrogatories, and requests for production of documents;
2. Plaintiff's First discovery requests to Rebecca Badgley, including requests for admissions, interrogatories, and requests for production of documents.

As set forth in my Motion to Withdraw as Counsel to Michelle Moyo, we had been responding to Plaintiff's First discovery requests to her, including requests for admissions, interrogatories, and requests for production of documents. You also propounded a Second set of discovery requests to Ms. Moyo, including requests for admissions, interrogatories, and requests for production of documents. As ordered by the Court, I will make every effort to re-engage Ms. Moyo. However, Ms. Moyo has not worked for MART for over five (5) years and while employed there, held an administrative role and had limited contact with you.

In contrast to Defendants discovery responses, you did not produce any documents in response to MART's Requests for the Production of Documents until Tuesday, August 4th. Important to your claim against Ms. Moyo and the other individual defendants, you did not produce an MCAD Complaint or EEOC Complaint in which you name the individual defendants as respondents. Including their name in the body of a complaint is not sufficient. You necessarily would not have named the individual defendants as respondents in your EEOC Complaint which was dually filed with the MCAD, because under the federal law, there is no individual liability. As such the individual defendants should not be parties to

this lawsuit. Likewise, you did not produce a presentment letter sent to MART pursuant to the Massachusetts Tort Claims Act, G.L. c. 258.

In addition to the above discovery requests, you sent me notices of depositions for, Ms. Badgley whom you have previously deposed, Ms. Shumovskaya, and a Rule 30(b)(6) deposition notice to MART. Ms. Badgley, Ms. Shumovskaya and Mr. Oldfield who will be designated as MART's Rule 30(b)(6) deponent are available for their depositions to be conducted remotely on the dates noticed, August 24th and August 26th. I will send you a separate email with objections to some of the categories of topics listed in your Rule 30(b)(6) deposition notice. You also sent a deposition notice for Ms. Moyo to be held in-person. I requested that the deposition be held remotely as well because it would allow her to take less time off from work. Your response essentially, was that you did not care that she had to take time off of work. The date you selected for Ms. Moyo's deposition does not work for me. I am available on August 24th, 25th, 26th or 27th for her deposition to go forward. If I am able to re-connect with Ms. Moyo, I will confirm her availability for deposition. If you refuse to hold her deposition remotely, I offered you the use of our Worcester office for the deposition. Finally, you sent a notice of deposition for Ivan Roman for August 20th. As I told you, I am traveling that day, so that deposition would need to be rescheduled for the following week.

Please, in one email, list which discovery responses you believe the Defendants have not properly responded to that will be the subject of any future motion to compel and I will review. If you file a motion to compel with the Court, I expect that you will not represent that I was not willing to confer with you to narrow the issues. Instead, I need to know what specific issues you have with Defendants responses to your multiple sets of written discovery.

[Quoted text hidden]

Gmail Paul Jones <pj22765@gmail.com>

## Depositions

**Deborah I. Ecker** <DEcker@k-plaw.com> Thu, Aug 6, 2026 at 10:48 AM
To: Paul Jones <pj22765@gmail.com>, "Mark R. Reich" <MReich@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>

Mr. Jones,

My only objection is to the date of Ms. Moyo's deposition. You have it scheduled for an in-person deposition on August 20th. As I have told you, I will be out of state that day. Please let me know a day the following week you are available. I propose holding her deposition on August 25th or 27th.

[Quoted text hidden]

Gmail

Paul Jones <pj22765@gmail.com>

## Depositions

**Paul Jones** <pj22765@gmail.com> Thu, Aug 6, 2026 at 10:51 AM
To: "Deborah I. Ecker" <DEcker@k-plaw.com>

I agree to hold Michelle Moyo Deposition on the 27th starting at 10 am so Defendant Michelle Moyo Deposition is scheduled for August 27, 2026 at 10 am. Thank you
[Quoted text hidden]