# EXIHBIT 5

Gmail

Paul Jones <pj22765@gmail.com>

## Paul jones Production of Documents

**Deborah I. Ecker** <DEcker@k-plaw.com> Mon, Aug 3, 2026 at 8:38 AM
To: Paul Jones <pj22765@gmail.com>, "Mark R. Reich" <MReich@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>

Mr. Jones,

My only objection to the below, is holding Ms. Moyo's deposition in person. She has limited knowledge at best on matters related to your lawsuit. The only direct email exchange you had with her I believe, is an email dated September 4, 2018, which was marked as Exhibit 18 at your deposition. To the extent you are seeking to question her about her MCAD complaint against MART, that complaint had nothing whatsoever to do with you as is evident from the complaints and settlement agreement which we produced to you. I will object to your questioning her about the complaint and settlement. The fact that you do not care about her having to miss a day of work, is not a reason to hold her deposition in person instead of on Zoom, particularly given her limited knowledge of information relevant to your complaint.

Because Ms. Moyo is a former MART employee, you will need to send her a subpoena to attend her deposition. I can let you know where to send that subpoena tomorrow.

We have a Worcester office which I can make available to you for the one day of in-person depositions. It is located at the following address:

Commerce Building

11 Foster Street, Suite 314

Worcester, MA

Once we confirm a date for the in-person depositions of Tamara Shumovskaya and the Rule 30(b)(6) of MART, I can confirm availability for use of the office.

Please let me know if you insist on conducting Ms. Moyo's deposition in person so that I know whether to file a motion for protective order with the Court.

Thank you,

Deborah

**Deborah I. Ecker, Esq.**

KPLAW

Gmail

Paul Jones <pj22765@gmail.com>

## Paul jones Production of Documents

**Paul Jones** <pj22765@gmail.com> Tue, Aug 4, 2026 at 5:48 PM
To: "Deborah I. Ecker" <DEcker@k-plaw.com>

What are the available dates for your Worcester office and what is the procedure to secure space?

I confirm that I want to depose Michelle Moyo in person, along with Tamara and the MART Rule 30(b)(6) witness. For now, please provide the available dates for Tamara and the Rule 30(b)(6) witness.

I am trying to accommodate your schedule as well. Since you stated that I need to send Michelle Moyo a subpoena, please provide her service address as soon as possible so I can complete that process.

Paul Jones

[Quoted text hidden]

Gmail

Paul Jones <pj22765@gmail.com>

## Paul jones Production of Documents

**Deborah I. Ecker** <DEcker@k-plaw.com>
To: Paul Jones <pj22765@gmail.com>
Cc: "Mark R. Reich" <MReich@k-plaw.com>

Tue, Aug 4, 2026 at 6:11 PM

Mr. Jones,

Once we confirm I date, I can secure the office space. I will get back to you with dates for Tamara's and MART's Rule 30(b)(6) depositions tomorrow. In the meantime, Ms. Moyo's email is on the certificate of service in the motion I just filed. As I stated in the motion, I do not have her current address. She no longer lives at the last address MART had for her.

Deborah

**Deborah I. Ecker, Esq.**

KPLAW

101 Arch Street, 12th Floor
Boston, MA 02110
617-654-1714
DEcker@k-plaw.com
www.k-plaw.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and attachments thereto, if any, and destroy any hard copies you may have created and notify me immediately.

**From:** Paul Jones <pj22765@gmail.com>
**Sent:** Tuesday, August 4, 2026 5:48 PM
**To:** Deborah I. Ecker <DEcker@k-plaw.com>
**Subject:** Re: Paul jones Production of Documents

- What are the available dates for your Worcester office and what is the procedure to secure space?

[Quoted text hidden]