**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

AUG 25 PM4:13

**PAUL JONES,**

**Plaintiff**

**v.**

**MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,**

**Defendants**

**Civil Action: 4:19-cv-11093 MRG**

**Combined with case No. 1:20-cv-12076**

## PLAINTIFF'S MOTION TO ORDER DEFENDANT TO FILE RESPONSIVE PLEADINGS

Plaintiff, Paul Jones, proceeding pro se in the above captioned consolidated or related actions, respectfully moves this Court pursuant to the Federal Rules of Civil Procedure to order Defendant, Montachusetts Regional Transit Aurthority (MART) to serve and file a formal Answer or responsive pleading in Civil Action: 4:19-cv-11093 MRG and Civil Action No. 1:20-cv-12076 both matters.

In support of this motion, Plaintiff states as follows:

**PLAINTIFFS VERIFIED COMPLAINT IN CIVIL ACTION: 4:19-CV-11093 TSH**

1. On May 10, 2019, Plaintiff commenced Civil Action: 4:19-CV-11093 TSH by filing a Verified Complaint in this Court. See Docket 1.
2. Then on June 14, 2019, plaintiff Amended the Verified Amended Complaint the Summons and Complaint were properly served on Defendant on July 30, 2019, by the Worcester County Sheriff's Department. See Docket 7.
3. On August 5, 2019, the defendant Montachusetts and their named defendants filed a Motion to dismiss on Plaintiffs First Amended Complaint. See Docket 32.
4. Defendants refused to only call CCRD INC office number that plaintiff provided verbally and by Certified Mail and Return Receipts to cease all calls to the plaintiff personal cellular telephone number and after defendants were served with the first Verified Amended Complaint (Telephone Consumer Practice Act TCPA) informing them that their calls where no welcome on plaintiff cell phone.
5. On October 3, 2019, Judge Timithy Hillman referred the case to Magistrate Judge David H. Hennessy. See Docket 43.
6. On February 7, 2020, Magistrate Judge David H. Hennessy REPORT AND RECOMMENDATIONS re 35 MOTION to Dismiss filed by HB Software Solutions, Inc., 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Bonnie Mahoney, Donna Landry, Ivan Roman, Rebecca Badgley, Robert Monk, Michelle Moyo, Amanda Kukta, Joanne Norris, Tamara Shumovskaya, Crystal Geisert, Jessica Torres, Karen Cordio, Montachusetts Regional Transit Aurthority, Stephanie Richards. Recommendation: MART and the individual defendants motions be GRANTED IN

PART and DENIED IN PART; HBSS's motion be GRANTED. Objections to R&R due by 2/21/2020(King, Dawn) (Entered: 02/10/2020) See Docket 45.

7. On March 4, 2020, Judge Timothy Hillman entered adopting and accepting Report and Recommendations re 45 Report and Recommendations. The Court rules granting in part and denying in part 32 Motion to Dismiss for Failure to State a Claim and granting 35 Motion to Dismiss. (Castles, Martin) (Entered: 03/04/2020), See Docket 48.

8. On March 17, 2020, The Magistrate Judge David H. Hennessy REPORT AND RECOMMENDATIONS stated that Plaintiffs TCPA Counts to be dismissed and all other Counts remain plaintiff was granted leave to file a Second Amended Complaint. See Docket No.52.

9. On March 20, 2020, the Defendants filed an answer to plaintiffs Verified Amended Complaint . See Docket No.54.

10. On March 27, 2020, Plaintiff filed his Second Verified Amended Complaint . See Docket No. 55.

11. Defendants filed a Motion for summary judgment which was denied until partial discovery was commenced only on Title VII, after partial discovery was given to the plaintiff only on the Title VII count defendants filed another Summary Judgment after discovery was had on Title VII on July 29, 2021. See Docket No.118.

12. On March 28, 2022, Judge Timothy Hillman granted defendants Motion for Summary Judgment not only on the Title VII count which was the basis for the Motion for Summary Judgment but for all other counts as well , case dismissed. See Docket No.134.

13. On March 28, 2022, Plaintiff timely appeal to the First Circuit Court of Appeals and defendants have never answered plaintiff Second Amended Complaint at all. See Docket 136.

14. On November 30, 2020, the First Circuit Court of Appeals Vacated & Remanded the case back to the lower court. See Docket 140.

15. Since then the two case have been combined and defendants have never answered Plaintiffs Second Amended Complaint in Civil Action: 4:19-cv-11093 MRG or Answered the Combined Civil Action: No. 1:20-cv-12076 MRG.

16. Plaintiff only found out that the defendants did not file and answer either case as I was going to use Defendants Answers to the governing complaints as an Exhibit for my deposition with Ivan Roman tomorrow but I cannot use the Answer to the complaints because the defendants never filed one with the courts.

17. Defendants failed to file an answer in Civil Docket 1:20-cv-12076 and or Civil Action: 4:19-cv-11093 reveals that no formal Answer or responsive pleading under Federal Rules of Civil Procedure 7(a) and 12 has been served or filed by Defendant in either case. See Conclusion.

**PLAINTIFFS VERIFIED COMPLAINT IN CIVIL ACTION: 1:20-cv-12076 TSH**

18. On November 27, 2020, Plaintiff filed a second Verified Complaint under the Telephone Consumer Practice Act TCPA. See Docket # 1.

19. On December 21, 2020, Plaintiff filed an Amended Verified Complaint before the defendants answered. See Docket # 6.

20. On December 22, 2020, defendants filed a Motion to dismiss plaintiffs Amended Complaint Docket 1:20-cv-12076. See Docket
21. Approximately 9 months later on September 13, 2021, Judge Timithy Hillman denied defendants Motion to dismiss. See Docket 12.
22. On September 27, 2021, the Defendants filed a second Motion to Dismiss plaintiff verified Amended complaint . See Docket
23. Approximately 10 months later On July 12, 2022, Judge Timithy Hillman Granted defendants Motion to dismiss plaintiff First Amended Complaint. See Docket 35.
24. Plaintiff timely appealed on July 13, 2022, Approximately 16 months later the First Circuit Court of Appeal Vacated & Remanded the case on November 30, 2023. Back to the lower court.
25. The defendants never answered the Verified Amended Complaint on Docket 1:20-cv-12076 .
26. On February 27, 2025, This court combined both cases Civil Docket 1:20-cv-12076 and Civil Action: 4:19-cv-11093.
27. The defendants never answered either of the plaintiff Verified Amended Complaints in Civil Docket 1:20-cv-12076 and or Civil Action: 4:19-cv-11093.
28. Plaintiff emailed the defendants attorney and attempted to meet and confer about the answers for each verified Complaints to rectify the situation but the defendants attorney have completely ignored my email, I informed her that I only found out when I attempted to use the answers to the complaints as Exhibits for Ivan Roman Deposition but no emails has been answered as of today August 25, 2026, at 4:00 PM. See Email Chain Exhibit 1.

29. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), a defendant must serve an answer within 21 days after being served with the summons and complaint.

30. An examination of the official CM/ECF docket records in both Civil Docket 1:20-cv-12076 and Civil Action: 4:19-cv-11093 reveals that no formal Answer or responsive pleading under Federal Rules of Civil Procedure 7(a) and 12 has been served or filed by Defendant in either case.

31. Although the parties have conducted litigation activities, the record remains formally open and incomplete without responsive pleadings defining the specific admissions, denials, and affirmative defenses under Federal Rule of Civil Procedure 8.

32. To ensure that the pleadings are properly closed, establish the exact factual issues joined on the record, and support clean judicial administration for pending motions, Defendant should be required to submit formal responsive pleadings.

**WHEREFORE**, Plaintiff respectfully requests that this Court:

1. Order Defendant to serve and file a formal Answer to the Complaint in Civil Action No. 4:19-cv-11093 MRG within 14 days of the Court's order;
2. Order Defendant to serve and file a formal Answer to the Complaint in Civil Action No. Civil Action 1:20-cv-12076 MRG within 14 days of the Court's order; and
3. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

Paul Jones, Plaintiff Pro Se /s/ Paul Jones August 25, 2026

79 Thompson Street

Springfield, MA 01109

Tel: 617-939-5417

Email: pj22765@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August 2026, I caused a true and correct copy of the foregoing Plaintiff's Motion to Order Defendant to File Responsive Pleadings to be served upon Defendants counsel of record:

Mark Reich

Deborah I. Ecker,

101 Arch Street, 12th Floor

Boston, MA 02110

617-654-1714

DEcker@k-plaw.comwww.k-plaw.com

Respectfully submitted, August 25, 2026

Paul Jones, Plaintiff Pro Se /s/ Paul Jones

79 Thompson Street

Springfield, MA 01109

Tel: 617-939-5417

Pj22765@gmail.com