# EXHIBIT 1

Gmail

Paul Jones <pj22765@gmail.com>

# Jones v. MART - Ivan Roman Deposition

**Paul Jones** <pj22765@gmail.com> Tue, Aug 25, 2026 at 8:18 AM
To: "Deborah I. Ecker" <decker@k-plaw.com>, "Lisa M. Kenepp" <LKenepp@k-plaw.com>
Cc: "Mark R. Reich" <mreich@k-plaw.com>, "Steven C. Johnson" <sjohnson@k-plaw.com>

Also yesterday i was told to send all the Exhibits that i want to use for the Deposition and I realize that the Exhibit I was gonna use are not there and has never been filed with the court I now ask you to file an answer for two complaints as I was depending on those answers for part of my deposition exhibits I have no choice but to inform the court that their are no answers for me to use for exhibits tomorrow Is it possible for you to file your answers to. You only answered the first complaint when the court ordered me to file a First amended complaint you never answered it. Also you never answered the second TCPA case the amended complaint that the court combined please file the answer today so I can use it as an exhibit tomorrow, I just realized you did not file these answers yesterday when the deposition company asked me to send over their exhibits please confirm as I need a response to this email asap or I will have to get the court involved well also I have to file a notice today to let the court know there is no answers for two complaints.

[Quoted text hidden]

Gmail

Paul Jones <pj22765@gmail.com>

---

## Jones v. MART - Ivan Roman Deposition

---

**Paul Jones** <pj22765@gmail.com> Tue, Aug 25, 2026 at 8:20 AM
To: "Deborah I. Ecker" <DEcker@k-plaw.com>
Cc: "Mark R. Reich" <MReich@k-plaw.com>, "Steven C. Johnson" <sjohnson@k-plaw.com>

Please inform the court with a notice so the court can give me permission to go around counsel, I cannot contact her while you are her counsel.

[Quoted text hidden]