UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No. 120-cv-12076)

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,

Defendants

RENEWED MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHELLE MOYO

Pursuant to Local Rule 83.5.2(c)(2) the undersigned Counsel below hereby files this Renewed Motion for Leave of Court to Withdraw as Counsel for Defendant Michelle Moyo. As grounds therefore Counsel states that since the Court's August 5, 2026 Order, Counsel has repeatedly emailed Ms. Moyo using an email address that she had used to communicate with Ms. Moyo in the past and by calling Ms. Moyo's cellphone number, the telephone number that Counsel had previously used to speak with Ms. Moyo, leaving her multiple messages. Ms. Moyo has not responded to Counsel's repeated attempts to communicate with her.

The undersigned Counsel previously filed a motion to withdraw as Ms. Moyo's Counsel on June 29, 2026, which motion was quickly withdrawn when Ms. Moyo contacted Counsel. Counsel was able to communicate with Ms. Moyo via email and telephone and have her assist in her defense, specifically in preparing the responses to Plaintiff's Requests for Admissions, Interrogatories, Requests for Production of Documents to Ms. Moyo as well as Plaintiff's Second set of Interrogatories, Requests for Admissions and Requests for Documents to Ms. Moyo. Ms. Moyo, a former MART employee, then stopped communicating with Counsel and has stopped

assisting in her own defense. As set forth above, Counsel emailed Ms. Moyo and left voicemails on her cellphone on several occasions with no response since the Court's August 5, 2026 Order.

WHEREFORE, the undersigned Counsel respectfully requests that this honorable Court grant Counsel's Renewed Motion for Leave of Court to Withdraw as Counsel for Defendant Michelle Moyo.

Respectfully submitted,

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT AUTHORITY et al.,
By their attorneys,

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: August 27, 2026

1035553/37800/0006

CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) of the United State District Court for the District of Massachusetts, I hereby certify that I conferred with Plaintiff on August 27, 2026, with respect to the Motion to for Leave of Court to Withdraw as Counsel for Defendant Michelle Moyo, he does not assent.

*/s/ Deborah I. Ecker*

CERTIFICATE OF SERVICE

I certify that the above document will be served upon any other party or counsel of record who is not being served by the Court's ECF system, upon notification by the Court's ECF system of same.

Mr. Paul Jones
pj22765@gmail.com

Michelle Moyo
michem1209@gmail.com

*/s/ Deborah I. Ecker*