# Exhibit F

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No. 120-cv-12076)

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, Et Al.,

Defendants

DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

## INSTRUCTIONS AND DEFINITIONS

Defendant Montachusett Regional Transit Authority ("MART" or "Defendant") objects to the instructions and definitions contained in Plaintiff's Third Set of Requests for Production of Documents to the extent that they seek to alter or amend the applicable rules of civil procedure. Without waiving these or any other objections, Defendant responds to these requests as follows:

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**

Produce MART personnel file for Karen Cordio, Ivan Roman, Crystal Geisert Rebecca Badgley and all other named defendants referencing Jones or CCRD from 20152025 Rebbeca Bagley's last day of work at MART.

**RESPONSE NO. 1:**

Defendant has no responsive documents.

**REQUEST NO. 2:**

Produce All documents, electronic records, web forms, reflecting any alleged consent obtained from the Plaintiff Paul Jones for MART to place any calls to Plaintiffs cell phone number 617-939-5417 from Defendant MART.

**RESPONSE NO. 2:**

Defendant refers Plaintiff to the vendor agreement between MART and CCRD, Inc. in which Plaintiff Mr. Jones provides his cellphone number. The Vendor Agreement was previously produced along with the Amendments and the relevant part was marked as an Exhibit at Plaintiff's deposition. Defendant has no additional responsive documents.

**REQUEST NO. 3:**

Produce All contracts, service agreements, and statements of work between you and any third-party vendor, lead generator, telemarketing firm, or dialer software provider utilized in connection with outbound calling campaigns during the Relevant Period.

**RESPONSE NO. 3:**

Defendant has no responsive documents. MART did not have an "outbound calling campaign."

**REQUEST NO. 4:**

Produce all complaints made by or about Paul Jones and CCRD from the Montachusett Regional Transit Authority and their Human Resources Department regarding investigation into Ivan Roman, Karen Cordio, Crystal Geisert, Rebecca Badgley and other named defendants and MART employees in this case Limited to materials concerning Paul Jones and CCRD INC .

**RESPONSE NO. 4:**

Defendant has no responsive documents.

**REQUEST NO. 5:**

Produce All documents and internal communications concerning any consumer complaints, inquiries, or legal notices received by you Paul Jones or CCRD INC.

**RESPONSE NO. 5:**

Objection. Defendant objects to this request on the grounds that it is not clear what Plaintiff is seeking. Without waiving this or any other objections, Defendant responds to Plaintiff requests as follows:

Defendant does not have any documents reflecting any "consumer complaints, inquiries or legal notices" about Paul Jones or CCRD, Inc. other than Plaintiff's lawsuits against MART.

**REQUEST NO. 6:**

Produce a web page or instruction Manuel that show Plaintiff or CCRD INC could add or remove a telephone number from the Vendor Portal.

**RESPONSE NO. 6:**

Defendant has no responsive documents. Plaintiff had access to the Division of Medical Assistance contacts email address/email box set-up by MART and was the email address with which Mr. Jones would have communicated and through which he could have relayed a phone number change to MART.

**REQUEST NO. 7:**

Produce all documents that show when CCRD INC. received Pay Checks and all reimbursements Limited to materials concerning Paul Jones and CCRD INC.

**RESPONSE NO. 7:**

Defendant did not send Paul Jones or CCRD, Inc. "Pay Checks." Accordingly, Plaintiff has no documents responsive to that part of the request. Defendant provides the following documents that evidence the transactions with CCRD, Inc.

**Exhibit 1 – Transaction Inquiry Report, Payables Management, Commonwealth Community Recovery Division, Inc.**

**REQUEST NO. 8:**

Produce all Ride Logs (Ryde logs), complaints, fine reports , RATES, Trips Auto Takeaways, Trips assigned, Trips performed, Trips rejected by limited to CCRD's own ride, trip, and fine data.

**RESPONSE NO. 8:**

Defendant has no responsive documents.

**REQUEST NO. 9:**

Produce all of insurance policy that MART had in place to cover MART and the named defendants for MGL 151B (4)(4), 4(4a), Infliction emotional distress and the Telephone Consumer Practices Act.

**RESPONSE NO. 9:**

Defendant has no responsive documents.

**REQUEST NO. 10:**

Produce all emails from Paul Jones and CCRD INC to the named defendants specifically regarding to stop all calls to plaintiffs cell phone and to call the CCRD INC office telephone numbers from Paul Jones and CCRD INC.

**RESPONSE NO. 10:**

The emails requested were previously produced as part of Exhibit 1 to Defendant's Response to Plaintiff's First Request for Production of Documents and were marked as an exhibit at Plaintiff's deposition.

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT AUTHORITY et al.,
By their attorneys,

Deborah I Ecker

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: August 5, 2026

4897-8624-4801/37800/0006

CERTIFICATE OF SERVICE

I, Deborah I. Ecker, hereby certify that on the below date, I served a copy of the foregoing *Defendant's Response to Plaintiff's Third Set of Requests for Production of Documents*, by email to the following:

Mr. Paul Jones
79 Thompson Street
Springfield, MA 01109
pj22765@gmail.com

Dated: August 5, 2026

Deborah I Ecker

Deborah I. Ecker, Esq.

4926-3588-1666v2/378000/0006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No. 120-cv-12076)

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,

Defendants

**AFFIDAVIT STEPHEN OLDFIELD**

I, Stephen Oldfield, hereby attest to the following:

1. I am the Administrator of Montachusett Regional Transit Authority.
2. I previously held the position of Executive Director of Brokerage for the Montachusett Regional Transit Authority (MART).
3. In my position as Administrator and previous position as the Executive Director of Brokerage, I am familiar with the Interactive Voice Response (IVR) system that MART employs to interact directly with MART Vendors.
4. MART does not create call logs of calls to and from MART Vendors. Accordingly, MART has no such call logs to produce to Plaintiff Paul Jones.
5. MART has never created or kept recordings of calls made to Vendors through the IVR system. Accordingly, MART has no such recordings to produce to Plaintiff Paul Jones.

Stephen Oldfield

Date: August 05, 2026

4918-2082-451/37800/0006