UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 4:19-cv-11093-MRG
(combined with Case No. 1:20-cv-12076)

| | |
|---|---|
| PAUL JONES,<br><br>Plaintiff<br><br>v.<br><br>MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,<br><br>Defendants | DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 7.1(b)(4) |

NOW COME the Defendants, Montachusett Regional Transit Authority, et al, (collectively the "Defendants") and pursuant to Local Rule 7.1(b)(4) seek leave of Court to exceed the twenty-page limitation set for the filing of memoranda in support of motions for summary judgment. As grounds therefore, the Defendants state, that following remand Count I of Plaintiff Paul Jones' ("Plaintiff") First Amended Complaint [kt No.7], and on Counts V and VI of Plaintiff's Second Verified Amended Complaint [Dkt No. 55], remain. Given the elements of those claims, in particular Count I of Plaintiffs First Amended Complaint and available defenses, the Defendants' memorandum will be approximately twenty-five pages, exceeding the twenty-page limitation set by the Local Rules. The Defendants as best as possible condensed their arguments so as not to be duplicative.

Defendants would be prejudiced if not allowed to file a memorandum in excess of twenty pages in order for them to address all of Plaintiff's claims against them. Plaintiff assents to this motion.

WHEREFORE, the Defendants respectfully request that this honorable Court grant Defendants' Motion for Leave to Exceed Page Limit Pursuant to Local Rule 7.1(b)(4).

Respectfully submitted,

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT AUTHORITY et al,

By their attorneys,

Deborah I Ecker

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: September 21, 2026

4915-3720-853/MART/0006

CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) of the United State District Court for the District of Massachusetts, I hereby certify that I conferred with Plaintiff on September 21, 2026, and he assents to the Motion for Leave to Exceed Page Limit.

/s/ Deborah I. Ecker

CERTIFICATE OF SERVICE

I certify that the above document will be served upon any other party or counsel of record who is not being served by the Court's ECF system, upon notification by the Court's ECF system of same.

Mr. Paul Jones
pj22765@gmail.com

*/s/ Deborah I. Ecker*