UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,

Defendants

SEP 22 AM 10:15

Civil Action: 4:19-cv-11093 MRG

Combined with case No. 1:20-cv-12076

**DECLARATION OF PAUL JONES IN SUPPORT OF PLAINTIFF'S RULE 56(d) MOTION (DKT. 249)**

Plaintiff Paul Jones, proceeding pro se, respectfully submits this Declaration in support of his Clarification and Motion under Fed. R. Civ. P. 56(d) (Dkt. 249, filed September 21, 2026). Paragraph 8 of Dkt. 249 states that Plaintiff's declaration is attached; through a filing error it was not included. Plaintiff submits it now.

I, Paul Jones, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

**1.** I am the Plaintiff in this action, proceeding pro se.

**2.** On September 21, 2026, I wrote to defense counsel Deborah I. Ecker that I did "not assent to the motion for summary judgment as there are still outstanding discovery disputes that need to be resolved," while stating I had "no objection to you exceeding 20 pages if it is necessary for your filing."

**3.** The following discovery matters are outstanding and for the specified reasons I cannot yet present all facts essential to opposing summary judgment:

(a) My Second Motion to Compel (Dkt. 235, filed August 19, 2026) seeking Defendants' compliance with the Court's discovery order (Dkt. 228) remains pending;

(b) The noticed deposition of Defendant Michelle Moyo has not yet occurred; Ms. Moyo agreed to sit for the deposition, and defense counsel's motion to withdraw as her counsel (Dkt. 239) remains pending;

(c) My Motion for Sanctions (Dkt. 240, filed August 28, 2026), opposed at Dkt. 241, remains pending; its outcome determines the inferences the summary judgment record will support.

**4.** For these specified reasons, I respectfully ask the Court to defer Defendants' summary judgment motion and Plaintiff's opposition deadline under Fed. R. Civ. P. 56(d) until the above matters are resolved. I intend to file my own renewed motion for summary judgment on September 28, 2026, as ordered at Dkt. 214.

Respectfully Submitted Executed on September 22, 2026.

Paul Jones /s/ Paul Jones

79 Thompson Street

Springfield, Ma 01109

Tel: 617-939-54117

Pj22765@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, a true copy of the above was served via the Court's ECF system on counsel of record, including Deborah I. Ecker, Esq. and Mark R. Reich, Esq., KP Law, P.C.

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

September 22, 2026

Respectfully Submitted

Paul Jones /s/ Paul Jones
79 Thompson Street
Springfield, Ma 01109
Tel: 617-939-54117
Pj22765@gmail.com