# EXIHBIT 1

COMMONWEALTH COMMUNITY RECOVERY

DIVISION INC.

PAUL JONES

79NTHOMPSON STREET

SPRINGFIELD, MA 01072

MONTACHUSETT REGIONAL TRANSPORTATION AUTHORITY (MART)

100 MAIN STREET

FITCHBURG, MA 01420

November 12, 2016

Dear MART,

I am writing to ask that you remove my cell phone from your Automatic Telephone Dialing System ASAP, please call CCRD INC only on 888-680-4667.

I am revoking all ATDS calls to my cellular telephone (617-939-5417)number as of lately I have been receiving sometimes 30-40 calls a day as early as 7 am, please remove my 617-939-5417 number as soon as possible.

I can't answer most of these calls please don't take it as I am ignoring the calls as I am driving with clients and it is difficult and dangerous to pull over every few minutes Thank you.

Paul Jones

Case 4:19-cv-11093-MRG Document 176-1 Filed 04/30/25 Page 3 of 8




# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

Get Easy Tracking Updates ›
**Sign up for My USPS.**

Tracking Number: **70162710000107775997**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™ Return Receipt

**See tracking for related item:** 9590940220696132393671

| | | |
|---|---|---|
| **November 21, 2016 , 12:03 pm** | Delivered, Left with Individual | **FITCHBURG, MA 01420** |
| November 19, 2016 , 8:13 am | Available for Pickup | FITCHBURG, MA 01420 |
| November 19, 2016 , 6:40 am | Arrived at Unit | FITCHBURG, MA 01420 |
| November 18, 2016 , 12:40 pm | Departed USPS Destination Facility | SHREWSBURY, MA 0154[illegible] |
| November 18, 2016 , 8:08 am | Arrived at USPS Destination Facility | SHREWSBURY, MA 0154[illegible] |
| November 18, 2016 , 5:26 am | Departed USPS Facility | HARTFORD, CT 06101 |
| November 17, 2016 , 10:17 pm | Arrived at USPS Origin Facility | HARTFORD, CT 06101 |
| November 17, 2016 , 6:30 pm | Departed Post Office | HOLYOKE, MA 01040 |
| November 17, 2016 , 3:43 pm | Acceptance | HOLYOKE, MA 01040 |

## Available Actions

Text Updates

Email Updates

7016 2710 0001 0777 5997

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

FITCHBURG, MA 01420

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark
Here

Sent To
M.A.R.T
Street and Apt. No., or PO Box No.
100 MAIN ST
City, State, ZIP+4®
Fitchburg, MA 01420

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

# EXIHBIT 2

Case 4:19-cv-11093-MRG Document 176-1 Filed 04/30/25 Page 4 of 8

**COMMONWEALTH COMMUNITY RECOVERY**

**DIVISION INC.**

**PAUL JONES**

**79NTHOMPSON STREET**

**SPRINGFIELD, MA 01072**

**MONTACHUSETT REGIONAL TRANSPORTATION AUTHORITY (MART)**

**100 MAIN STREET**

**FITCHBURG, MA 01420**

February 11, 2017

Dear Crystal Geisert,

I am writing again to request that all calls to my cellular telephone be removed from MARTS Automatic Telephone Dialing System, I wrote MART some time ago and ask that CCRD INC only be called on the 888-680-4667 number, as I cannot answer 30 – 40 calls a day from MART on my cellular telephone.

CCRD INC appreciate the work but please use the 888 number only for all calls, as you Automatic Dialing System starts to call us at 7am most days with an computerized voice, this is very stressful on me as I am trying to driving clients.

The 617-939-5417 number is my personal cell phone please remove my cell number from you call list asap thank you and I hope you understand any questions please call me asap.

Paul M. Jones

so that we can return the card to you.

- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C/o Crystal Geisert
Montachusetts Regional
Transit authority
100 Main St
Fitchburg MA 01420

9590 9403 0369 5163 8849 38

2. Article Number (*Transfer from service label*)

7015 0640 0001 5570 5341

☐ Addressee

B. Received by (*Printed Name*) Alice Smith Hill

C. Date of Delivery 2/17/17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053

Domestic Return Receipt

Case 4:19-cv-11093-MRG Document 176-1 Filed 04/30/25 Page 6 of 8

UNITED STATES POSTAL SERVICE

17 FEB '17
PM 2 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Paul Jones
79 Thompson St
Springfield MA 01109

USPS TRACKING#

9590 9403 0384 5163 6844 88

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

FITCHBURG, MA 01420 OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $ | $3.35 | 0089 07 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $0.70 | 02/15/2017 |
| Total Postage and Fees $ | $6.80 | |

Sent To Mart (Notice of TCPA violations) Rates

Street and Apt. No., or PO Box No. 100 Main St

City, State, ZIP+4® Fitchburg, MA

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7015 0640 0001 5570 5341

# EXIHBIT 3

Case 4:19-cv-11093-TSH Document 7-1 Filed 06/14/19 Page 9 of 8

UNITED STATES POSTAL SERVICE

17 MAR '18

PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Paul Jones
79 Thompson St
Springfield, MA 01109

USPS TRACKING#

9590 9403 0389 5163 8027 62

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7015 1520 0000 1814 3550

For delivery information, visit our website at www.usps.com®.

FITCHBURG, MA 01420

| | |
|---|---|
| Certified Mail Fee $ $3.45 | 4101 06 |
| Extra Services & Fees (check box, add fee as appropriate) | Postmark Here |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $1.13 | 03/15/2018 |
| Total Postage and Fees $ $7.33 | |

Sent To: MART, Rate Changes & Notice TCPA
Street and Apt. No., or PO Box No.: 100 MAIN St
City, State, ZIP+4®: Fitchburg, MA 01420

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Case 4:19-cv-11093-MRG Document 176-1 Filed 04/30/25 Page 5 of 8

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MART
100 Main Street
Fitchburg, Ma 01420

9590 9403 0389 5163 8027 62

2. Article Number (Transfer from service label)
7015 1520 0000 1814 3550

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K Moran
☑ Agent
☐ Addressee

B. Received by (Printed Name): K Maran

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXIHBIT 6

# MARTS VENDORS

| BROKER | TRANSPORTATION PROVIDER | Acronyms | CONTACT | PHONE | FAX NUMBER | ADDRESS | CITY/TOWN | ZIP |
|---|---|---|---|---|---|---|---|---|
| MART | Peter J Holman D/b/a Abees Transportation | ABET | Peter J. Holman | 508-498-7334 | 508-839-2832 | 200 East Main St Building 1 Unit B, | Marlborough, MA | 01752 |
| MART | Stephanie Matthews D/b/a Absolutransit | ABTR | Stephanie Mathews | 978-630-1541; 978-277-8303 | 978-630-1541 | 178 Temple Street | Gardner | 01440 |
| MART | Achias Transportation inc | ACHT | James Achias 978-798-5748 | 978-549-6849 | 978-345-1218 | 61 Heritage Lane Apt B- | Leominster | 01453 |
| MART | Access Care Ride Inc. | ACSS | CatherineNjoroge or Jeff Waweru (owner) | 978-728-9204 | 978-728-9204 | 15 Cotton St | Leominster | 01453 |
| MART | Advisor Limo Inc. | ADLI | Grigory Ten- Owner | 617-671-4043 | 508-309-7162 | 49 Tri St. | Ashland | 01721 |
| MART | Andover Family Medical Transportation | AFMT | Juan Hernandez | 978-809-3415 | n/a | 63 Park St., Ste. 16b | Andover | 01810 |
| MART | Agawam Transportation Inc. | AGAW | Elvan Ozcelik | 413-244-3123 | | 178 Regency Park Dr | Agawam | 01001 |
| MART | A&G Transportation Services, Inc. | AGTR | Farouz Achab | 781-588-3963 | 617-723-4590 | 87 Douglas St | Revere | 02151 |
| MART | Airmys Tranship LLC | AIRM | STEPHANE BEDE (STEPHEN) | 978-259-3044 | | 316 WILLIAMS RD | Fitchburg | 01420 |
| MART | Allroad Transit Corportation | ALRD | Yelena Sorokin | 857-312-8193 clients 617-749-8811 MART Only 617-407-2775 | 781-318-3618 | 23 Meadowood Drive 70 Waterman Rd | Stoughton Canton | 02072 |
| MART | Alternative Transportation System LLC | ALTN | Steve Skiffington 781-316-0259 Meagan Badohu (MART ONLY) 857-364-5657 | Disp:6am-6pm 857-364-5657 Disp:6pm-5am 781-488-8383 | 781-316-0401 | 9 Dudley Court | Arlington | 02476 |
| MART | Allroad Transit Corportation | ALTR | Andrew Sorkin | 857-312-8193 clients 617-749-8811 MART Only 617-407-2775 | 781-318-3618 | 23 Meadowood Drive 70 Waterman Rd | Stoughton Canton | 02072 |
| MART | Alternatives Unlimited, Inc. | ALTV | Melissa Bennett Michael Seibold | 508-234-6232 508-266-6507 | 508-234-6179 | 50 Douglas Rd. | Whitinsville | 01588 |
| MART | All Year Inc. | ALYR | Rustam Akhmedov | 857-205-6905 | | 7 Everet Fatmer Rd Unit B | Billerica | 01821 |
| MART | American Medical Response of Massachusetts, Inc. | AMED | Patrick Leonardo, Chris Melton, Alejandro Jardines, John Caron | 413-736-0600 dispatch /413-846-6102 Erica Bisop no IVR | | 595 Cottage St, | Springfield | 01104 |
| MART | Arch MMD Logistics LLC | AMLO | Adam Farah | 857-399-7011 | | 21 Callender St | DORCHESTER | 02124 |
| MART | American Training, Inc. | AMTR | Rose Cleveland Thomas M. Connors Pres. | 978-685-2151x 6702 978-685-2151 x6704 | 978-683-5124 | 6 Campanelli Drive | Andover | 01810 |
| MART | American Way Transportation Inc. | AMWT | Volodymyr Fedorov | MART ONLY 617-678-4758 Dispatch 617-678-3065 Supervisior 781-775-3715 | | 16 Caldwell Rd | Waltham | 02453 |
| MART | Armani Group Inc. | ARGP | Samvel Avetisyan, President | 617-678-4758 | | 16 Caldwell Rd | Waltham | 02453 |
| MART | All Ride transporation Inc | ARID | Victo Khan-Pres Victoria Khan-manager | 857-210-6000 | | 189 Farrwood Dr | Haverhill, MA | 01835 |
| MART | ARKO Transportation Services | ARKO | Ekaterina N. Prokhorova | 781-521-3550 | | 4 Lindsey St | Marblehead, MA 01945 | 01902 |
| MART | The Ark of Kay LLC | ARKY | Ayotunji Ajanaku | 617-333-8487 | | 391 Hyde Park Ave., Unit 204 | Roslindale | 02131 |
| MART | Arm Kesh Inc | ARMK | Artem Keshishyen | 857-302-8822/ 978-444-8444 | | 82 Sylvia St | Arlington | 02476 |
| MART | ARMSTRONG AMBULANCE SER | ASAM | Richard Raymond- | 781-648-0612 | | 87 Mystic St | Arlington | 02474 |
| MART | Aseda Transport Inc | ASED | Barbara Acheampong | 508-762-6550 | | 12 Hatikva Way | North Chelmsford | 01863 |
| MART | ASAP Transportation Group Inc. | ASTG | Avet Azizian | 561-350-6990 | | 63 Mount Hope Street | Dedham | 02026 |
| MART | All-Savants Transportation, LLC | ASTR | Benjamin Okiwe, CEO Adrian Townsend, Asst. Mgr. | 888-654-9990 | 888-654-9990 | 12 Hynes Avenue, Unit 1 Left | Quincy | 02169 |
| MART | Columbus T. Njinkeng DBA A/T Business Solutions LLC | ATBS | Columbus Njinkeng CEO/ Janette Njinkeng DEP CEO | 857-251-5652 | | 136 Andrews St | Lowell | 01852 |
| MART | Atlantic Trans. Inc | ATLI | Sandzhar Yusupov/Alex 781-408-1959 | 781-364-8710 CLIENTS 718-809-6296 MART ONLY | 781-436-5826 | 95 Washington St, Suite 474 | Canton | 02021 |
| MART | AV Prime LLC | AVPR | Anna Degtyar- Owner | 413-244-2058 | | 803 North Westfield St. | Feeding Hills | 01030 |
| MART | Awesome Transportation International Inc | AWSM | Safieddine Khelladi | 617-880-9781 857-201-6356 | | 800 Governors Dr, #25 | Winthrop | |
| MART | Band of Heroes & EMT, LLC | BAND | Brian Mercer- Owner; Howard Hoddick- Administrator (primary contact) | disp:978-975-3767; alt: 877-936-8911 | | 75 Hillside Ave. | LAWRENCE | 01841 |
| MART | Banka General Staffing LLC DBA Baraka Transport | BANK | Baraka Bitariho | 978-320-0909 | 978-796-5268 | 123 Littleton Rd, Apt 24 | Ayer | 01432 |
| MART | Barsov Inc. DBA Edrive | BARV | Alexandr Barsov | 781-653-4390 | | 18 Farm Rd. | West Bridgewater | 02379 |
| MART | Bass River Day Activity Program, Inc. D/b/a Bass River, Inc. | BASS | Larry/Diane | 978-927-5326 x14 | 978-922-3109 | 437 Essex St | Beverly | 01915 |
| MART | Best Care Transportation Inc | BCAR | Vladimir Federov | 857-318-4050 | | 16 Caldwell Rd | Waltham | |
| MART | BEAUPORT AMBULANCE SER INC | BEAU | John Morris | 978-281-6955 | | 19R Pond Rd | Gloucester | 1931 |
| MART | Becca Transport LLC | BECA | Rebecca Sepulveda owner | 978-227-4654 | | 66 West Street, | Leominster | 01453 |
| MART | Believe Transportation Corp | BELT | Janida Tavera-President | 774-420-2267 | | 80 Outlook Dr. #32 | Worcester | 01602 |
| MART | Alexander Antonian D/b/a Best Transportation | BEST | Naira Antonian 508-510-1821 Alexander Antonian | 508-510-1821 | 508-647-6211 | 230 West Central Street | Natick | 01760 |
| MART | Bethel Staffing LLC | BETH | Ester Miracho | 774-559-7177 | 508905-5312 | 67 Millbork St ste 420 | Worcester | 01605 |
| MART | Beyond Transportation | BEYO | Lerrea Mengata Robertson Mengata | 857-249-8804 | | 853 Main St Suite 200 | Tewksbury | 01876 |
| MART | Boston Mass Transportation, Inc. | BMTR | Igor Fiksler 617-435-1788 | 617-600-4661 | 617-249-1988 | 47 Eliot Hill Road | Natick | 01760 |
| MART | Benata Inc. | BNTA | Evalyne Besasira, President; | 978-654-3365/ 774-386-3360 for ivr and scheduling | | 15 Kenmar Dr | Billerica, MA 01821 | |
| MART | Boston Home Care Transportation LLC | BOHC | Blaine Hailu & Maaza Shawangizow | 781-284-2273 | | 191A Revere Street | Revere | 02151 |
| MART | Boston Carriers Express, LLC | BOSX | Joan Namugenyi | 857-298-6682 | | 9 Concoran Rd | Billerica | 01821 |
| MART | Brewster Ambulance Service Inc. | BRAM | Mark Brewster- 781-808-9001 | 508-559-5001- | | 25 Main St | Weymouth | 02188 |
| MART | Boston Health & Recovery Services, INC | BRHS | Michael Andobe-CEO John Andongo- MGR | 877-811-9310 | 978-281-2896 | 435 Lancaster St | Leominster | 01453 |
| MART | Brooks Limo Transportation Inc. | BRKL | Jonathan Kanike, Ronald Mwebe owner | 781-209-2522 | 781-894-8154 | 9 Corcoran Rd | Billerica, MA 01821 | 02451 |
| MART | Bridgewell, Inc. | BRWL | Kelly Johnson x2117 James Low Pres Santiago Perez-Disp x1737 781-858-6664 781-585-6665 | 781-593-1088 781-858-6663 disp | 339-883-2187 781-581-1160 781-593-5731 | 471 Broadway | Lynnfield | 01940 |
| MART | Bay State Transportation Company | BSTC | Igor Trachenko, CEO | Igor 781-264-7788 / Vilma office 617-331-1222 / Alexandra dispatch 781-558-0693 or 617-548-0894 | 781-599-9340 | 406 Paradise Road, Suite 2L | Swampscott | 01907 |
| MART | Blackstone Valley Livery, LLC | BSVL | John D. Rockwell and Ellen M. Rockwell | 508-278-4464 | 508-278-6231 | 72 Old Richardson St | Uxbridge | 01569 |
| MART | Best Ride, Inc. | BTRD | Leon Bouriev | 617-916-1780 | 888-771-0444 | 333 Elm St, #130 | Dedham | 02026 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MART | By Trans Corp | BYTR | Mikhail Dabrolovicj- CEO Ryhor Nalehach - President | 617-206-1100 | | 26 Middlesex Ave., Ste 11 | Wilmington | 01887 |
| MART | CATALDO AMBULANCE SERVICE | CAAS | Todd Miller | 617-625-0042 | | 137 Washington St | Somerville | 02143 |
| MART | Camme Transportation, Inc. | CAMM | Muzaffer Yasli, President Carin M. Yasli, Vice President | 617-217-1963 | 978-824-2410 | 101 Cambridge St #350 | Burlington | 01803 |
| MART | Caring Choice | CARC | Eva Quinlan | 978-375-3026 | 978-352-2164 | 119 Rear Foster Street, Building 3 Unit 1 | Peabody | 01960 |
| MART | 5 Star Transportation, LLC | CARE | Charles Njuguna-Director; Lucy Wariie- Managing Director | 978-770-9107 | 978-551-1218 | 1934 Lakeview Ave | Dracut | 01826 |
| MART | Caribbean Transportation Inc., | CARI | Keyla Torres - owner | 508-873-6881 | | 64 Crest Circle | Worcester | 01603 |
| MART | Castelly's Transportation LLC | CAST | MiCale Castelly Owner; Junio Castelly Owner | 508-904-2868 | | 19 Mulhall Dr | Ashland | 01721 |
| MART | Intelimas Corporation | CCRG | Charles Mwangi 617-797-4904 or 617-888-9007 | 617-797-5614 508-615-8999 Worc. Dispatch | 617-307-4101 | 400 W. Cummings Park, Suite 1725 | Woburn | 01801 |
| MART | Community EMS, Inc. | CEMS | Don Charest; Chris Melton, Alejandro Jardines | 508-485-4544 dispatch/ 508-757-2111 x 37864 David Loiselle no ivr | | 401 Cedar Hill Street, | Marlborough | 01752 |
| MART | Centerpoint Delivery Inc. | CENT | Dereck Shonhiwa-President | 978-490-5853 | 978-345-5409 | 379 Main St | Fitchburg | 01420 |
| MART | Mildred Owino DBA County Homecare and Staffing LLC | CHCS | Mildred Owino | 978-516-0464 | | 456 Rollstone Street | Fitchburg | 01420 |
| MART | City Quest Transportation LLC | CIQU | Melissa Harris | 978-490-9022 | | 30 Cleveland St | Garner | 01440 |
| MART | City Voyager Corp. | CIVO | Aleksandr Kuzmin, Pres. Vladimir Olitskiy, Vice Pres. | 508-881-3949 DISPATCH 508-309-4747 | 508-302-2410 | 25 Leland Farm Road | Ashland | 01721 |
| MART | Cool Ride Transporation LLC | CLRD | Saka Agyeu/ Beatrice Agyeu | 978-798-9940 | | 58 Muskett Dr C8 | Leominster | 01453 |
| MART | Fabiendo Celestin DBA Celes10 Transportation Services LLC | CLST | Fabiendo Celestin | 857-269-5284 | | 599 Canal Street, 6W, | Lawrence | 01840 |
| MART | CLAR LLC. | CLTR | Channarith Heng President Alan Tes Manager | 978-631-5558 | 978-832-2282 | 1048 Middlesex Street | Lowell | 01851 |
| MART | Nupath Inc. | CMAR | Bill Yetz x 3067 Sheri McCann Pres Dan Harrison Dan Cell 78-727-0674 | 781-389-9269 Sonia 781-935-7057 x3041 781-935-7057 x 3082 Dan Harrison | 781-727-0674 781-935-4227 | 147 New Boston St. | Woburn | 01801 |
| MART | Central Mass Transportation Group | CMTG | Umar Mughal, CEO | 351-230-3406 | | 310 Main St. | Townsend | 01469 |
| MART | COASTAL MEDICAL TRANSPORTATION SVCS LLC | COAS | Alexander Theoharidis | 508-694-6687 | | 372 Yarmouth Rd | Hyannis | 02601 |
| MART | Convenient Homecare Services, Inc | CONV | Juliet Zawedde - President | 781-642-0880 | | 329 Boston Post Rd | Waltham | 02451 |
| MART | Community Transportation Services, Inc. | COTR | Shahkar Fatemi(owner)cell 413-237-0130 for emergency only | 413-732-1500 (Dispatch) 413-732-1523 (Bus. Office) | 413-732-1556 413-732-1500 | 288 Verge Street | Sudbury | 01776 |
| MART | Covenant Transportation Inc | COVE | Andrew Wantate- CEO; Barbara Katimbo- Administrator | 978-881-8668 | | 406 Elliott Street | Newton, MA | 02464 |
| MART | Comfort Way Inc. | COWA | Volha Hrabouskaya- President | MART Only:857-318-7255; Dispatch/IVR: 857-318-1993 | 781-222-0504 | 55 Erin Rd. | Stoughton | 02072 |
| MART | Credence Transport Services LLC | CRED | Victor Ndichu, Margaret Wambui | 978-798-5774 / 978-569-6213 | | 602 Prospect St | Methuen | 1844 |
| MART | Care Remedy Inc | CRMD | Ashiraf Lubeya-President | 781-957-8076 | | 11 Lakeview Ave, APT8 | Reading | 01867 |
| MART | Crossway Transit LLC | CROS | John Njorge | 978-683-3000 | | 30 Massachusetts Ave | N Andover | 01845 |
| MART | CRT Cabulance | CRTC | James Regan | 413-447-3800 | 413-443-8600 | 18 Oak Street / P.O. Box 642 | Pittsfield | 01201 |
| MART | Care Transporatation Service INC | CRTR | Sandra Angulo | 774-633-5987 | | 210 Worcester St, Suite B | North Grafton, MA 01536 | |
| MART | C-A-B Transportation | CTLS | Cindy Aldrich | 413-824-9774 | | 76 Vernon St. | Greenfield MA 01301 | 01301 |
| MART | Citytrans Inc | CTRS | Nas Nyamekye-Owner-774-420-2449; Antoinette Fynn-Vice President | dispatch:508-418-6000;508-471-0168 | 774-420-2449 | 65 Frank St. Ste. 118 | Worcester | 01604 |
| MART | Covenant Keeper, Inc. | CVKP | Steven Kingori | 978-601-2330 | | 100 Pemberton Street, Apt 5 | Dracut | 01826 |
| MART | DASA Transportation, Inc. | DASA | Andrey Efimov | 617-953-3406 | 617-399-0081 | 24 Cross St | Norton, Ma 02766 | 02072 |
| MART | Double L Transportation LLC | DBLL | Igor Likterov | 617-291-7225 | | 12 Longview Dr. | Marblehead | 01945 |
| MART | Dean General Services, LLC | DEAN | Nkirruka(Nikki) Mokelu-administrator Barbara Dean-Amodu- President | 978-746-4631 | 978-208-1730 | 10 George Street, Suite 200 | Lowell | 01851 |
| MART | De-Orient Transport & Logistics Inc. | DEOR | Ono Nkwok | 508-631-4019 | | 20 Brook Haven Drive, Apt 9, | Attleboro | 02703 |
| MART | Dedicated Homecare Services Inc. | DHSV | Jonathan Sekalagala-president | 781-541-0274/ 413-272-0058 | | 681 Main St, Suite 2-16 | Waltham | 02451 |
| MART | Dinorah Transportation Services LLC | DNOR | Dinorah Diaz | 978-652-2288 | | 213 Essex St | Swampscott | 01907 |
| MART | Dominion Healthcare LLC | DOMI | Jane Okundaye - owner | disp/IVR: 617-208-9635; MART only:617-533-8434 mobile number 617-208-9635 | 617-533-8416 | 925 Washington St., Ste 5 | Dorchester | 02124 |
| MART | Donahue Limousine Service, Inc. | DONL | Kevin Donahue | 978-537-7882 508-572-3498 MART ONLY | 978-537-7813 | 137 Lancaster Street | Leominster | 01453 |
| MART | D and P Community Transportation Inc | DPCT | Daniel Macean | 508-846-2016 | | 64 Weir Street | Taunton | 02780 |
| MART | The Drivers Transportation LLC | DRIV | Tthomas Hughes- president, Jordan Hughes | 978-400-5494 | | 454 Main St., | Fitchburg | 01420 |
| MART | Joanne Grace D/b/a Dracut Transportation Service | DRTS | Joanne Grace, CEO Kevin Grace | 978-580-1151 | 978-323-0692 | 182 Arlington Street | Dracut | 01826 |
| MART | Sergey Dikan D/b/a DS Express Transportation Co. | DSEX | Sergey Dikan | 413-335-4366 | 413-592-1532 | 58 Clarendon Ave | Chicopee | 01013 |
| MART | Detail Services Enterprise USA, Inc. | DTSV | Robert Ndawula | 978-648-8502 | | 300 Wilder Street, #1 | Lowell | 01851 |
| MART | Divine Community Transportation Inc. | DVCM | Sulaiman Kamara, Tunnu Sepetu | (508) 375-8333 | | 300 West Main St., Bldg B, Suite 104 | Northborough | 01532 |
| MART | Eagle SpiritTransportation INC | EAGL | Jeffrey Betances | 774-701-9447 | | 16 Ashmont Ave | Worcester | 01610 |
| MART | Eascare, LLC | EASC | Mark Brewster- 781-808-9001 | 508-559-5001-dispatch | | 25 Main St, | Weymouth | 02188 |
| MART | EJK Services Inc. | EJKS | Eddie Kawungu | 781-771-9129 | | 9 Ellis Court AP 1 | Woburn | 01801 |
| MART | Elite Care Agency | ELCA | Tonny Kiyaga | 617-685-8990 | | 320 Adams St | Agawam | 01001 |
| MART | Elm Transportation Inc | ELMT | Julius Lomodo-President/Mary Elm - Director | 978-983-7277 | 978-677-7380 | 494 Wilder St | Lowell | 01854 |
| MART | Elite Trans LLC | ELTE | Dzianis Yerashevich | 617-955-2481 | | 46 Beacon Street | Woburn | 01801 |
| MART | Communitas | EMAR | Paul Cote | 781-944-5655 | 781-587-2581 | 60 D Audubon Rd | Wakefield | 01880 |
| MART | Employment Options, Inc | EMPL | Patricia Macomber | 508-485-5051 | 508-485-8807 | 82 Brigham St. | Marlborough | 01752 |
| MART | Alexander Dubovsky D/b/a E & A Transportation, LLC | ENAT | Alexander Dubovsky | 857-636-2949 | 617-964-4769 | 22 Broadlawn Drive | Chestnut Hill | 02467 |
| MART | Epoch Health Care LLC | EPOC | Ernst Appalon | 781-349-6163 | | 749 Norwest Dr, | Norwood | 2062 |
| MART | E-POD Transportation | EPOD | Jamie Zdon | 413-743-3763 | 413-743-3762 | 858/874 Curran Highway | North Adams | 01247 |
| MART | Essex Group Transportation Inc. | ESSX | Sherrill O'Gorman | 978-948-7383 EXT 2125 | | 51 Summer Street | Rowley | 01969 |
| MART | Ilirjan Aliko D/b/a ExtraCare Transport | EXCA | Ilirjan Aliko | 508-615-1201 | | 769 Main St #1 Front | Worcester | 01610 |
| MART | Express Medical Transportation, Inc. | EXMD | Yuri Pavlikovich | 781-956-9100 | 781-956-9100 | 2 Canton St., Suite F207 | Stoughton | 02072 |
| MART | Express Lane Inc. | EXPL | Hayk Harutyunyan | 857-505-4642 | | 5 Appaloosa Circle | Hopkinton | 01748 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MART | E-Z Transportation LLC | EZTR | Kyle Niemela Owner Alec Makarewicz manager | 978-471-2244 | | 4 Courthouse Lane, Unit 4 | Chelmsford | 01824 |
| MART | Fabbykay INC | FABK | Henry Kivumbi | 774-329-6244 | | 24 Crescent St, Suite 302 Room3 | Waltham | 02453 |
| MART | Favored Home Care, Inc | FAVO | Richie Ofuokwu - President | 781-710-3430 | 781-592-6589 | 297 Broadway, Ste 2 | Lynn | 01904 |
| MART | Peter Njuguna Gitau dba Faith Transportation | FHTR | Peter N. Gitau | 413-204-3209 | | 65 Craig Drive, Apt P5 | West Springfield | 01089 |
| MART | Fitchburg Transportation LLC | FITC | Saleh Moujtahid | 781-518+3860 | | 37 Federal St | Fitchburg | 01420 |
| MART | Alexander Antonian D/b/a Five Stars Transportation | FIVE | Naira Antonian 508-510-1821 Alexander Antonian | 508-510-1821 | 508-647-6211 | 230 West Central Street | Natick | 01760 |
| MART | Flow Transportation Services, LLC | FLOW | Dorothy Williams-Proctor | 978-602-5606 978-840-9891 | 978-840-9088 | 695 Lancaster Street | Leominster | 01453 |
| MART | Finch Transportation Inc. | FNCH | Olga Latokha & Ivan Fomichev | 857-383-7985 | | 140 Kenrick Street, Apt. 33 | Brighton | 02135 |
| MART | Focal Points Healthcare | FOCL | Hendrick Lucien Emil Igwengu | 857-333-6624 | | 5165 Main St | Haverhill, MA 01835 | 01701 |
| MART | Medical Transportation, Inc. | FRCA | Derek Marcou Owner Mike Antonellis-Manager | 617-244-3570 | 617-244-2752 | Haverhill, MA 01835 | Waltham | 02453 |
| MART | Frances Health Services, LLC dba Angel Care Transportation | FRHS | Frances Igebor: CEO | 781-281-7485 | 781-998-3059 | 10 Tower Office park, Ste 216 | Woburn | 01801 |
| MART | Francois Transportation, Inc. | FRNC | Leclerc Francois, CEO Kathleen Francois | 978-601-2120 | | 81 Poplar Street | Tewksbury | 01876 |
| MART | Friendly Ride Transportation, Inc. | FRTR | Rene Romero- Pres 781-864-7547 | 413-348-2884 Dispatch/Clts/Sched 413-310-4826 IVR | 413-285-7680 | 12 Mckinley St. | Feeding Hills | 01030 |
| MART | GAAMHA, Inc. | GAAM | Tracy L. Hutchinson | 978-632-0934 | 978-630-3337 | 208 Coleman Sreet, Ext. | Gardner | 01440 |
| MART | Gentle Arms Daily Transportation, LLC | GADT | Ann McGuigan 978-376-2804 | 978-244-0199 | 978-244-0299 | 6 Cushing Place | Chelmsford | 01824 |
| MART | Ganda Services Inc. | GAND | Christopher Segirinya, President | 781-558-0072 | | 26 Beacon St., | Burlington | 01803 |
| MART | Gabriel Transportation Imc. | GBTR | Kebede Gashie | 413-563-0489 | 413-835-0066 | 91 Cross Brook | Amherst | 01002 |
| MART | Gacal Enterprise, LLC dba ASAP Transportation Sercvices | GCAL | Nuur Gacal | 508-796-3144 | | 29 Vernon St, Unit B | Worcester | 01610 |
| MART | Green Cab Co., Inc. | GCTX | Cheryl Horan Billy 617-212-2950 | 617-628-0600 (before 9am) 617-628-2222 (Business office) 617-628-1081 (Business office) | 617-628-1030 | 600 Windsor Place | Somerville | 02143 |
| MART | G & F Transport INC | GFTI | Franklin Pena, Glenys Pena | 518-8701-9149 | | 10 Wendell Ave Ext Suite 207 | Pittsfield | 1201 |
| MART | Global Clean Life Transportation Inc | GLOB | Joseph Mayanja Ddamulira | 857-334-0065 | 781-428-1586 | 11 West St | Woburn | 01801 |
| MART | Gloria Transportation, Inc. | GLTR | Ostap Sadovyy | 781-363-7314 | | 510A Sherman St, #21 | Canton | 02021 |
| MART | Yngri Tavarez DBA Globaly Transportation & Services LLC | GLTS | Yngri Tavarez | 978-222-3141 | | 49 Blanchard St, Unit 203-10, | Lawrence | 01843 |
| MART | Greater North Transportation, Inc. | GNTI | Timothy M. Kungu | 978-376-9989- Tim(all other) 978-935-0626- Gabriel (WRC) | 978-418-0351 | 121 Brick Kiln Rd | Chelmsford | 01824 |
| MART | Go LLC | GOLL | Dominick Sondrini | 413-464-6493 | | 261 East Housatonic St | Dalton, MA | 01226 |
| MART | Tamf Companies, LLC D/B/A Go Time Transportation | GOTI | Leclerc Francois Jr. 978-995-6242 | 978-999-2004 | | 29 Conrad St. | Methuen | 01844 |
| MART | GREEN VALLEY INC | GVAL | JACKSON KIGOZI-PRESIDENT | 978-930-2673 | | 26 KENMAR DR, SUITE 241 | Billerica | 01821 |
| MART | Greatway Care, LLC | GWAY | Susan Muita CEO | 978-293-0233 | | 49 Blanchared Street | Lawrence | 01843 |
| MART | Habilitation Assistance, Corporation | HACC | mike eddy-transp508-746-7433 Kathy King-billing Allen Eddy-pres x20 | 508-746-5715 508-746-7433 | 508-746-7544 | 434 Court Street | Plymouth | 02360 |
| MART | Haleem Services INC | HALM | Yunusu Byakatomda -director, Shakirah Mukamdelkezi- Co Director | 508-271-5780 | | 277 W Main St, #48 | Marlborough | 01752 |
| MART | Happy Valley Transportation LLC | HAPV | Michael Gathua | 978-398-9887 | | 20 Commercial Drive, Suite 2012, | Dracut, MA | 01826 |
| MART | Haverhill Taxi LLC | HATX | Wisvel Joseph | 978-601-3920 | | 145 Winter Street, Unit B | Haverhill, MA 01380 | 01380 |
| MART | Haytrans LLC | HAYT | anahit Papyan owner - 617-372-0164 | 818-424-5936 | | 177 Huntington Ave Ste 1703 | Boston | 02115 |
| MART | HCH Services Inc. | HCHS | Henry Mugabi 617-259-6600 | 617-259-6600 | | 30 Middlesex Circle #13 | Waltham | 02452 |
| MART | Helios Ride, Inc | HELI | Igor Fiskler OWNER(Gary) | 508-479-7113 | 617-249-1988 | 202 Greenbrook Dr | Stoughton | 02072 |
| MART | Loveth Anumele DBA HLJE Transportation LLC | HLJE | Loveth Anumele, CEO/Administrator; | 617-767-6400 | | 207 Lynn St | PEABODY | 01960 |
| MART | Horace Mann Educational Associates, Inc. | HMEA | SHANA Brien Michael Moloney - Pres | 508-298-1163 | 508-298-1463 | 8 Forge Parkway East | Franklin | 02038 |
| MART | HPA Service LLC | HPAS | Vitaly Grigoryev-Owner /Nanya Shin-Supervisor | 508-456-7776 | | 32 Robins St, | East Bridgewater | 02333 |
| MART | Viability INC | HRUI | Patrica Attanasio Donald Kozera413-427-6604 413-478-1427 413-530-1382 | 413-781-5359 | 413-746-3370 | 60 Brookdale Dr | Springfield | 01104 |
| MART | Hulmes Transportation Services, LTD | HULM | Paul Anziano Julie 413-821-0007 | 413-323-6100 | 413-323-5900 | 15 Bridge Street | Belchertown | 01007 |
| MART | Immigrant Community Development Center Inc. | ICDC | Abdillahi Hussein | 413-291-9020 | | 191 Chestnut St, Suite 2A | Springfield | 01103 |
| MART | Integrity Medical Transportation Corporation | IMTC | Cipriano Vargas-President | 978-305-5561 | 978-688-4091 | 599 Canal St. | Lawrence | 01840 |
| MART | Infinity Transport LLC., | INFI | Iris Santiago - CEO | 978-758-4994 | 978-334-0068 | 78 Catherine St | Gardner | 01440 |
| MART | In Time Med Transport LLC | ITMT | Zakary Thinguri | 339-221-3583 781-588-4053- Main | | 802 Main St,(basement) | Melrose, MA 02176 | |
| MART | Janny Transportation Service Inc | JANY | Elizabeth Romero- | 774-633-5987 | | 19 Dana DR | Oxford | 01540 |
| MART | J Family Inc. | JFAM | Philly Jjemba President | 781-267-8304 | | 341 Second Avenue, #220 | Waltham | 02451 |
| MART | JFK Transportation, Inc. | JFKT | Timothy Kelley | 508-653-4500 508-653-4501 508-653-4503 508-653-4505 | 508-651-0422 | 4 Mechanic Street, Suite 107 | Natick | 01760 |
| MART | J&J Care Transportation Corp. | JJCT | Janida Tavera, VP; Gionavy Perez, Pres. | 508-762-9434 | 413-213-4614 | 90 Madison St. Ste 500 | Worcester | 01608 |
| MART | JJEC Transportation Inc. | JJEC | Griselda Valdez | 774-530-1387 | | 15 Tyson Road | Worcester | 01606 |
| MART | JK Services Inc | JKSV | Joseph Kungu | 508-206-0932 | | 34 Ames Ave., | Wrentham | 02093 |
| MART | Jomo Transportation LLC | JOMT | Simon Kamau | 617-803-3200 | 888-502-1830 | 3 littleton Rd | Westford | 01886 |
| MART | JK SUNSHINE TRANSPORTATION SERVICES LLC | JSUN | JOSEPH KIARIE | 978-400-7983 | | 76 SUMMER ST, SUITE 303 | FITCHBURG | 01420 |
| MART | Justice Services, Inc. | JUST | Susan Nakanwagi-Yiga, Office Manager Rosco Lumu, CEO | 978-670-2670 | 978-670-2670 | 12 Cook Street | Billerica | 01821 |
| MART | JYL Transportation, Inc. | JYLT | Jessica Hardy Letendre | 508-980-1997 F/O contact 774-745-7752 all other | 774-745-7753 | 107 N Spencer Rd | Spencer | 01562 |
| MART | K & C Transportation | KCTR | coraima Guillermo/Albert Gullermo | 978- 209-9700 | 978-566-8691 | 270 Ames St #5 | Lawrence | 01841 |
| MART | Kiessling Transit Inc. | KIES | 774-210-0504 774-571-0888 lars | 508-384-5701 800-698-7676 | 508-384-8399 | 194 Dedham St. Norfolk, MA 02056 | Norfolk | 02056 |
| MART | Kingdom Transportation LLC | KIND | Samuel Dangaiso, CEO | 978-726-7017 | 508-488-6096 | 14 Mark Dr | Milford | 01757 |
| MART | K & K Transportation LLC | KKTR | Kevin Kemembin | 603-943-4786 | | 23 Ridge RD | Lawrence | 01841 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MART | Kenmore Transit, Inc. | KNTR | Aleksandrs Fadejevs | 617-699-7441 | | 3 Elmwood Ter, Apt 3 | Swampscott | 01907 |
| MART | Konastone Services, Inc. | KONA | Timothy Mukuli, President Jasmine Mutuku, Secretary | 978-204-9890 Sched & Tim 617-505-7572- Dispatch/IVR Temp 978-746-1098- IVR only | | 1166 Merrimack Ave | Dracut | 01826 |
| MART | K's Personal Transport, Inc. DBA K's Ambulance | KSPT | Amel Krevosky | 508-987-2254 | | 94 Main Street | Oxford | 01540 |
| MART | Kush Transportation Inc. | KUSH | Paul N. Kuria | 978-601-5723 | | 40 Calumet Road | Methuen | 01844 |
| MART | Batjargal Lkhagva dba L. B. Transportation | LBTR | Batjargal Lkhagva | 781-535-2603 | | 76A Charles River Road | Waltham | 02453 |
| MART | Lifedots Transportation LLC | LDOT | Daniel Ndungu | 978-259-8888 | 978-452-0102 | 256 Middlesex St. | Lowell | 01852 |
| MART | Lifeworks, Inc. | LIFE | Brenda Calder, Chris Page, Daniel Burke | 781-762-4001- Westwood 617-323-7400- W.Roxbury | | 789 Clapboardtree St., | Westwood | 02090 |
| MART | ELEMOL LLC DBA Lowell Transportation, Inc. | LLTR | Gerald Pagliuca 978-804-4169 | 978-851-7700 | 978-349-6181 | 911-913 East Street | Tewksbury | 01876 |
| MART | L & M Transportation | LMTR | Luis Veras | 978-208-7002 | 978-208-7036 | 56 Berkley Street | Lawrence | 01841 |
| MART | Lodge T LLC | LODG | Lodzh Shalimov | 781-913-9508 | | 400 Revere Beach Blvd. #215 | Revere | 02151 |
| MART | Logistics Transportation Services Inc. DBA LTS Transportation | LOGI | Luis Shephard | 857-207-5545 | | 8 Monroe St, Apt.1 | Beverly | 01915 |
| MART | Longonot Transportation, Inc. | LOTR | Isaac N. Teresia | 413-233-8039 | 413-304-6999 | 49 Bissell Avenue | Springfield | 01119 |
| MART | Lotus Transportation LLC | LOTU | Richard Awa | 424-335-1128 | | 13 Ripley St | Waltham | 02453 |
| MART | Lase Star Inc. | LSTR | Moses Kihara | 774-688-2593 | | 11 Gibbs St Unit 10A | Worcester | 16047 |
| MART | Micah Love-Allotey DBA Loveall Management Group LLC | LVAL | Micah Love-Allotey | 774-312-3338 | | 286 Lincoln Street | Worcester | 01605 |
| MART | Luxus, Inc. | LXUS | Dmitriy Kim 781-408-0078 | 617-519-9191 IVR/MART STAFF 617-519-9119 CLIENTS | 781-436-5826 | 95 Washington St, Suite 474 | Canton | 02021 |
| MART | Maack Enterprises Inc. | MACK | Michael Karugu- President | dispatch/all:857-888-1378 (no IVR) | | 172 Cherry St. Apt 1 | Malden, MA. 02148 | |
| MART | Mark's Transportation LLC | MARK | Mark cell-508-889-3339 | 508-473-3600 | 508-478-2788 | 51 East Main St. | Milford | 01757 |
| MART | Mass Express Transportation Inc. | MASX | Nataliya Petlyakova | 413-888-5050 | | 111 Bearhole Rd. | West Springfield | 01089 |
| MART | MCJ Transportation, INC. | MCJT | Kate Machowski-President, Mario Jimenez-Vice President | 617-699-2143 | | 425 Pleasant St | Brockton | 02301 |
| MART | MedStar Ambulance, Inc. | MDST | Mark Olson or Greg Lambert | 508-304-2454 | | 1000 Battles St | Leominster | 01453 |
| MART | Mercedes Cab Company Inc DBA Pilgrim Transport | MERC | Raphael Richter-president/ Derick Morris COO/ Michael Costa Director | 508-413-2037/ 508-413-2014-IVR | | 352 route 6 | North Truro, MA 02652 | |
| MART | Miiro Investments Corp DBA MIC Transportation Services | MIIR | Michael Kitaka | 978-955-1188 | | 227 Chelmsford Street | Chelmsford | 01824 |
| MART | Mih N Rob Transportation LLC | MIRB | Philips Medna | 781-299-1231 | | 145 Bennington St Unit 308 | Revere | 02151 |
| MART | Middlesex Transporters, LLC | MITR | Duncan Irura, President 339-440-0153 Erastus Mwangi, Office MGR Deborah Reyes Account MGR | 978-296-3810 978-651-9149 | 978-683-9078 | 130 Lincoln St Ste. 5-7 | Worcester, MA01605 | |
| MART | MJ Transportation, LLC | MJTN | Mary Johnson | 413-522-7296 | | 1 River St. (PO BOX 32) | Erving MA 01344 | 01344 |
| MART | M & J Transportation Service INC | MJTS | Joesph Martinez | 617-331-9074 | | 1 Shandon Rd, 307 | Dorchester | 02124 |
| MART | Minute Man Arc for Human Services, Inc. | MMAR | Mary Coleman 978-287-7914 | 978-287-7925 | 978287-7866 | 35 Forest Ridge Rd | Concord | 01742 |
| MART | Mobile Transportation Etc., LLC | MOBT | Mikhail Bezvitny | 617-935-2179 | 617-302-4271 | 156 Quincy Shore Drive, #71 | Quincy | 02171 |
| MART | Mozella Transportation Inc. | MOZE | Moses Ruhweza | 508-315-7925 | 508-206-8371 | 888 WORCESTER ST, SUITE 130 | WELLESLEY | 02482 |
| MART | Mpagi Services Inc. | MPAG | Noa Ssebabenga | 339-970-4051 | | 67 Pine Street | Woburn | 01801 |
| MART | Mass Proud LLC | MPRD | Yulia Bahdanouskaya 617-834-7942 | 617-834-7948 | | 540 Revere Beach Blvd, Unit 223 | Revere | 02151 |
| MART | MERRIMACK TRANSIT LLC | MRMK | Samson Njoroge-CEO | 351-201-3644 | | 7 LINDELL ST | SAUGUS | 01906 |
| MART | MassRide Inc. | MSRD | Armen Poghosyan | 617-586-6998 | | 20 Hull Street, Apt 1, | Belmont | 02478 |
| MART | Mass Trans LLC | MTLL | Yana Krechkova, Owner; MART ONLY- 781-690-7836 | 857-928-5150-DISPATCH; 857-928-5150- IVR | | 46 Beacon St. | Woburn, MA 01801 | |
| MART | Armen Petrosyan D/b/a Mtrans | MTRN | Armen Petrosyan 617-549-5057 | 617-549-5057 | 617-321-4054 | 123 Northdale Road | West Roxbury | 02132 |
| MART | Dial-A-MART Service, Inc. | MTS2 | Phil Rocca | 978-345-7711 X2255 | 978-534-5879 | 1427R Water Street | Fitchburg | 01420 |
| MART | Michael Transportation Services Corporation | MTSC | Mikhail Avanesov | 781-560-3448 | 339-440-4262 | 1 Market St, Suite 206 | Lynn | 01901 |
| MART | Natalia Shtrom DBA Mavins LLC | MVNS | Natalia Shtrom Andrey Shtrom | 413-285-5957 | | 116 Miami St | West Springfield | 1089 |
| MART | Maxride Inc., | MXRD | Wilson Muraga 617-605-9610 | 617-605-9610 | 978-703-1283 | 130 Centre Street, #B02 | Danvers | 01923 |
| MART | Maximus Trans Services, Inc | MXTS | Nataliya Federova 857-318-4050 | 617-678-3065 | | 16 Caldwell Rd | Waltham | 02453 |
| MART | Mystic Transport Limited Liability Company | MYTR | Ernest Boakye 774-262-6664 MART ONLY | 508-723-2190 clients 774-262-6664 MART only | 508-304-8177 | 120 Stafford St., | Worcester | 01613 |
| MART | NATIONAL AMBULANCE, LLC | NAAM | Kirill Adziginey | 413-736-0092 | | 425 St James Ave | Springfield | 01109 |
| MART | Northern Berkshire Transport | NAAS | John Meaney | 413-458-9831 | 413-458-8476 | Po Box 1045 / 10 Harris St. | North Adams | 01247 |
| MART | Need A Lift Medivan, Inc. | NALT | Patty Belliveau X12 | 800-286-0026 CLTS ONLY 978-534-0041 978-537-0515 | 978-840-8587 or 978-534-4180 | 132 Crawford Street | Leominster | 01453 |
| MART | Natron Enterprises Inc | NATR | Olivia Nantongo | 774-414-9603 | | 179 Arthur St | FRAMINGHAM | 01702 |
| MART | New Beginnings Transportation LLC | NEWB | Denise Taylor, Owner, Gabriel Nieves | 413-356-0429 | 413-363-1678 | 16 Ford Ave | Westfield | 01085 |
| MART | Numbers Transit LLC | NMTR | Adwoa Asare, CEO / Kofi Asare, Manager | 774-386-1801 | | 3 Westport Rd | Worcester, MA 01605 | |
| MART | Northern Destinations INC | NODE | Lissette Suarez-President | 617-819-5327 | | 375 Broadway PC346 | Lynnfield | 01940 |
| MART | Nowtransit, Inc. | NOWT | Gevorg Vardanyan, CEO | (857) 600-8608 | | 45 Coolidge St, Apt 4 | Watertown | 02472 |
| MART | Northeast Arc, Inc. | NSAR | Preston 978-375-5666 978-375-5612 | Mike Flathers: Work Cell: 978-375-5666 | Mike Flathers: Office: 978-924- 5498 | 1 Southside Rd | Danvers | 01923 |
| MART | Nissi Transportation Services LLC | NSSI | Julius Waweru, CEO; Margaret Muiruri, Mgr; | 978-792-5208 | | 102 Whitehall Rd., Apt. 11 | AMESBURY | 01913 |
| MART | Serwaa Asare Adjei DBA Nas Transportation LLC | NSTR | Serwaa Asare Adjei | 774-535-9282 | | 6 Tannery Drive | Jefferson | 01522 |
| MART | New England Health Transportation INC | NWEN | Victor Gonzalez | 978-828-1152 | | 143 Essex St, Suite #721 | Haverhill | 01832 |
| MART | OMAMA Services Incorporated DBA Omama Transportation | OMAM | Nana Esi Antwi Boasiako; Charles Antwi Boasiako | 508-981-1197/ 508-414-8799 | | 484 Main St, Suite 535 | Worcester | 01608 |
| MART | Omar Transport, LLC | OMAR | Omer Honca | 617-640-8637 | 617-527-8730 call first | 173 Allen Avenue | Newton | 02468 |
| MART | Oceanside Medical Transportation, Inc. | OMTR | Alex Y. Yentin Valeriya Yentina, CEO | 978-998-2608 | | 60 Breed Street #1 | Lynn | 01902 |
| MART | Opportunity Works, Inc. | OPPW | Linda Long | 978-462-6144/224 | 978-465-5972 | 10 Opportunity Way | Newburyport | 01950 |
| MART | OSHE TRANSPORT, LLC | OSHE | KWADWO MENSA | 774-633-0122 | | 105 WILDWOOD AVE | WORCESTER | 01603 |
| MART | PAM Transporation LLC | PAMT | Medgine Nau or Robenson Touzin | 857-312-4907 | | 94 Lincoln St | N Easton | 02356 |
| MART | PEMA Transportation Company LLC | PEMA | Peter Muchiri | 508-269-4606 | | 600 Madison St, Suite 500 | Worcester | 01610 |
| MART | PFM Services LLC | PFMS | Monday Akinyomi | 781-632-6142 | | 11 Archer St | Lynn | 01902 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MART | Phil's Transportation, Inc. | PHIL | Konstantin Tikhonov 413-219-3918 (MART ONLY) | 413-289-9110 CLTS ONLY 413-284-7999 IVR 413-284-7999 MART ONLY | 413-245-1171 | 8 Shaw Road | Wales | 01081 |
| MART | Monicah Marsh DBA Pontis Healthcare Services, LLC | PONT | Monicah Marsh | 978-690-9200 | | 3 Littleton Road, Suite 90 | Westford | 01886 |
| MART | Purple Lady Transportation LLC | PPLD | Ingried Alphonse | 774-826-5930 | | 14 Conont Place | East Bridgewater | 02333 |
| MART | Perfection, Inc. | PRFN | Lenny Lipovetsky/President | 617-306-5370 | | 147 Turner Road Apt 92 | Holliston | 01746 |
| MART | Pridestar EMS, Inc. | PRID | Bryan Shanley | 978-441-0911 | | 229 Stedman St | Lowell | 01851 |
| MART | Present Line LLC | PRLI | Sergey Kucherenko 413-459-1464 | 267-324-9808 | | 83 Maple St, FL2 | Chicopee | 01020 |
| MART | Prime Transportation INC | PRME | Diogenes Lopez / oneli Sanchez | 978-397-7027 | | 40 S Meadow Rd | Clinton | 01510 |
| MART | Prospects Transportation, LLC | PROS | Abubakar Garba | 508-723-5512 | 508-762-9048 | 438 Pleasant Street | Worcester | 01609 |
| MART | Prime Solution Group, Inc. | PRSO | Vladimir Primilsky | 617-312-1098 | | 60 Babcock Street, #12 | Brookline | 02446 |
| MART | Prestige Livery Transportation, LLP | PRTR | Serkan Demir 857-334-6672 | 857-334-6672 | 781-729-2312 | 751 Wheeler Rd | Dracut | 01826 |
| MART | Prevalent Transport, Inc. | PRVT | Sergey Kucherenko | 646-575-7601 | | 83 Maple Street | Chicopee | 01020 |
| MART | Prestige Ride LLC | PSTG | Michael Chege | 508-570-1777 | | 12 Fairfield Dr., | Dudey | 01571 |
| MART | PV Goup INC | PVGR | Pavel Vadalazau | 781-226-4484 | | 95 University Ave, #2258 | WESTWOOD | 02090 |
| MART | Quality Transportation, INC | QLTY | Georgr Taveras | 978-655-0064 | | 86 Bromfield St #1 | Lawrence | 01841 |
| MART | Rafa Transportation | RAFA | Rafael Mkanga | 413-563-9206 | | 118 Gilbert Ave | Springfield | 01119 |
| MART | Eddie Rich DBA Rich ASAP Transportation LLC | RATR | Eddie Rich | 617-637-0597 | | 20 Reverend Robert A. Burke Street, #204, | South Boston | 02127 |
| MART | RCK Transportation, Inc. | RCKT | Rogers Kabugo | 781-526-4908 | | 116 Irving Street, #2 | Everett | 02149 |
| MART | Reliable LLC | RELI | Angelica Polanco | 978-902-5548 | n/a | 49 Blanchard St 205-5 | Lawrence | 01843 |
| MART | R.E.M. Services, LLC dba R.E.M. Transportation Services, LLC. | REMM | Evgeniy Karyakin Alexei Kataenko Val | 617-212-5252 | 781-275-2808 | 4c Yankee Division Rd | Bedford | 01730 |
| MART | Reliamed Transportation Inc | REMT | Tobias Owino | 508-981-5919/508-308-3467- all other 508-981-0545- automated only | 508-8423643 | 14 O' Donnell Avenue | Shrewsbury | 01545 |
| MART | Reliable Transportation, Inc. | RETR | Isaac Gitau | 978-364-3778 MST-Tabitha 978-710-1678 BOS-David | 978-455-7705 | 239 Little Road Ste 4C | Chelmsford | 01824 |
| MART | Venture Community Services, Inc | RHRI | Holly fax 508-347-3444 | 508-347-8181 | 508-347-3149 | 1 Picker Rd. | Sturbridge | 01566 |
| MART | Real Icon Inc. | RICN | Vazgen Arutyunov | 339-231-5444 | 781-762-1334 | 86 Blueberry Lane | Westwood | 02090 |
| MART | Ride on Time, Inc. | RIDE | Moffat Muraga | 978-330-2460 CLTS ONLY 617-646-9378 MART ONLY | | 12 Adams Street | Lynn | 01902 |
| MART | Rigby's Journey Inc | RIGB | Mary Hilton/ Lucy Muthumbi | 978-258-0343 | | 360 Merrimack St | Lawrence | 01843 |
| MART | Rio Hondo Transport LLC | RIOH | Rosemary Rodriguez | 978-483-9630 | 978-665-1094 | 49 Blanchard St., Suite 206-9 | Lawrence | 01843 |
| MART | R & I Transportation Inc DBA Comfort Transportation | RITR | Octami Rodriguez | 508-410-7402 | | 8 Airport Dr | Worcester | 01602 |
| MART | Angello Kaweke DBA RealCare Senior Services LLC | RLCR | Angello Kaweke | 978-364-1910 | | 718 Chelmsdord St, Apt 301 | Lowell | 01851 |
| MART | Ronald Magembe dba R & M Ride | RMRD | Ronald Magembe | 781-796-2906 all other 205-441-8319 WRC only | 781-862-2373 | 24 Deering Avenue | Lexington | 02421 |
| MART | RM Transportation, Inc. | RMTR | Vladimir Fomin | 781-244-2874 | 781-477-0158 | 93 Linden Avenue | Swampscott | 01907 |
| MART | Royal Ride Inc | RORI | Samvel Avetisyan, President | 818-934-6027 | | 101 Hopkins Street #2 | Wakefield | 01880 |
| MART | Gramoz Giaya D/b/a Reliable Trans | RTRS | Gramoz Giaya | 774-452-5431 | 508-459-1405 | 74 Westboro Street | Worcester, MA 01604 | |
| MART | Riverside Industries, Inc. | RVII | Char Gentes - Pres 413-923-8005 413-250-8335 413-250-8165 | 413-527-2711 800-339-2711 | 413-529-9715 | 1 Cottage St. | Easthampton | 01027 |
| MART | STS Special Transportation Services Inc. | SADK | Sergey Troshctiy, President | 857-389-7188 Dispatcher | | 1886 Beacon Street | Newton | 02468 |
| MART | Safe Transportation Inc. | SAFE | Gevond Khlgatian, President | 781-975-6322 | | 1286 West St. | Stoughton | 02184 |
| MART | Sanko, Inc. | SAKO | Pavel Mavoz | 978-710-8535 | 978-231-0335 | 19 Meadowood St | Stoughton | 02072 |
| MART | Salter Transportation | SALT | Steve Gadd | 978-462-6433 | 978-462-4198 | 196 Scotland Rd | Newbury | 01950 |
| MART | Sami Health Care Services Inc. | SAMI | Yusufu Lubega | 857-249-3767 | | 277 W. Main St #44 | Marlborough | 01752 |
| MART | Samtag Resources LLC | SAMT | Truelove Davies, CEO Patricia Davies, CEO | 774-239-0373- ON HOLD 774-329-0272- USE TEMP | 508-459-8674 | 46 Arthur Street | Worcester | 01604 |
| MART | Peter Mintah DBA Safe & Reliable Ride, LLC | SARR | Peter Mintah | 978-855-1447 | | 288 Legate Hill Rd | Leominster | 01453 |
| MART | Savannah Transportation LLC | SAVA | Lawrence Gitau | 774-314-2970 | | 11 Gibbs St APT 59D | Worcester | 01607 |
| MART | SAVE DD LLC | SAVD | Johnson Guma Kajara | 978-241-5823 | | 32 SILVER ST | HAVERHILL | 01832 |
| MART | Safe hands Inc., | SFHA | Tabitha Karanja- President | 978-601-6387 | 978656-6543 | 50 Liberty St | Lowell | 01851 |
| MART | Safe Ride Transportation, Inc. | SFRT | Roman Kerm, President | 781-475-8454 | 978-667-0490 | 150 Sylvan St. | Malden | 02148 |
| MART | Shining Care LLC | SHIN | Mohammed Yousuf, President | 617-416-9036 | 617-249-0356 | 32 Francis St | Boston | 02115 |
| MART | Siblings Transportation Inc. | SIBL | Paola Rivera- President | 978-828-2448 | | 49 Blanchard St, Unit #206-7 | Lawrence, MA 01843 | |
| MART | Six Star Transportation, Inc. | SIXS | Artur Bazyan | 603-205-3633 617-206-7358 | 617-848-3793 | 102 Duff St | Watertown | 02472 |
| MART | SK Squared Enterprise, Inc. | SKSQ | Alvin Ssenabulya | 781-226-9360 | | 51 Sturgis St | Woburn | 01801 |
| MART | S & K Transportation, Inc | SKTR | Marc Stimphard-President 561-860-5459 | 857-261-2032 | | 60 Reservoir St #208 | Brockton | 02301 |
| MART | Sergei E. Mikulin D/b/a SLG Run, LLC | SLGR | Sergei Mikulin | 781-277-1713 | 781-767-2115 | 34 Lakeview Avenue | Holbrook | 02343 |
| MART | Joseph W. Wanyama dba SolikaTransit | SLKA | Joseph Wanyama | 413-285-7422 | 413-213-7040 | 169 White Street | Springfield | 01108 |
| MART | SMART Transportation, Inc. | SMAR | Mikhail Bezvitny | 781-534-2806 | 617-302-4271 | 156 Quincy Shore Drive, #71 | Quincy | 02171 |
| MART | Smiles Health Service Inc | SMIL | Cecelia Emuso | 774-434-0064 | | 21 Brattle Street | Worcester | 01606 |
| MART | Soldier On Inc | SOLD | John Downing-CEO | 413-418-4300/ Dispatch/Sched 413-588-8133/ IVR | 855-664-7318 | 421 North Main St Building 6 | Leeds | 01053 |
| MART | Surad Transportation Inc | SRAD | Mahad Abdulle | 617-749-6649 | | 89 South St | Boston | 2111 |
| MART | Serenity LLC | SRNY | Mikhail Vikhrau | IVR-781-866-9964 Schedulers-781-866-2125 | 781-417-6229 | 668 Main St #220 | Wilmington | 01887 |
| MART | Serene Transportation, Inc. | SRTR | Peter Gitau, Owner Faith Charagu | 978-996-1294 call 1st 978-996-1305 | | 12 Lamb Street | South Hadley | 01075 |
| MART | South Shore Community Action Council, Inc. | SSCA | Stephen T. Salwak, Transportation Director Patricia A. Daly, Executive Director | 508-747-7575 | 508-747-7599 | 71 Obery Street | Plymouth | 02360 |
| MART | St. Agnes Transport | STAG | Asare Agyeman-Manager; Afrakomah Agyeman- President | Dispatch/IVR: 774-253-3431 | | 18 Wrentham Rd apt 307 | Worcester, MA 01602 | |
| MART | Star Line Transportation | STAR | Olga Kryglykhina | 413-563-2464 | | 24 Ryan Drive | West Springfield | 01089 |
| MART | Soughtafter Transportation, INC | STAT | David Karuiki: President | 317-748-7902 | 978-824-8711 | 12 Crescent Dr | Andover | 01810 |
| MART | Stralinks Inc | STLK | Obinna Agonmoh CEO | 774-253-0688 | 508-459-2365 | 4 Winslow Street | Worcester | 01609 |
| MART | Vladislav Bezrutchenko DBA Stateline DSD, LLC | STLN | Vladislav Bezrutchenko, Owner; | 413-563-7515 | | 175 Circuit Ave | West Springfield, MA 01089 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | TRVC | [illegible] 617-594-9826 | [illegible] 508-603-1143 | [illegible] | [illegible] | [illegible] | [illegible] |
| MART | Transportation [illegible] Inc | [illegible] | [illegible] | 617-[illegible]-3627 | | 27 [illegible] St, Apt 1 | [illegible] | 02125 |
| MART | Traveler's Transit, Inc. | TVTR | William/Kathy Legare-Pres | 1-800-[illegible] | [illegible] | 8 Mill River St. | Blackstone | 01504 |
| MART | Unique One Transportation LLC | UNIQ | Brainard Hinga | 978-654-0360 | | 20 Commercial Drive, Suite 2013, | Dracut | 01826 |
| MART | United Road Inc | UNRD | Narek Hakobyan | 781-632-3428 | | 107 Spring Street, Apt 1-1 | Watertown | 02472 |
| MART | Noah Opoku Gyamfi DBA Unity Transport LLC | UNTY | Noah Opoku Gyamfi | 774-386-6871 | | 45 Fremont Street, Unit B | Worcester | 01603 |
| MART | Vega's Transportation | VEGA | Jerika Ruiz, Jonathan Vega | 978-701-5120 | | 49 Blanchard St, Ste. 202-12 | lawrence | 01843 |
| MART | VHS Transportation Co., Inc. | VHST | Michael Newcomb Vincent Savill - Pres Matthew MacDonald 5083269578 | 508-238-5661 x208 | 508-238-5662 | 7 Plymouth Drive | South Easton | 02375 |
| MART | V & K Trans LLC., | VKTR | Nikolay Glita or Victor Ten | 857-294-5222 | 617-203-9030 | 154 Malden St., | Malden | 02148 |
| MART | Volodymyr Zhukovskyy D/b/a Vlad's Transportation | VLAD | Volodymyr Zhukovskyy | 413-485-8350 (call 1st) 413-885-0369 413-682-4334 | | 534 Union Street | West Springfield | 01089 |
| MART | VO Transportation, LLC | VOTR | Vitaliy Yaroshenko | 603-203-2995 | | 8 Faneuil Hall Marketplace, 3rd Flr | Boston, MA 02109 | |
| MART | Voyage Transportation, LLC | VOYT | Wiss Pierre-617-842-2755 | Dispatch-781-901-3028 | | 859 Willard St, Suite 400 | Quincy | 02169 |
| MART | Way Transportation LLC | WAYT | Philip Orelano, Owner | 774-207-8836 | | 7 Hillcrest Dr., | Milford | 01757 |
| MART | Rwendo Transportation, Inc. | WEND | Maxwell Makarutsa, CEO Dominic Makarutsa, President | 978-319-4114 (CALL 1ST) 978-758-1370 | 978-349-6065 | 172 Main Street | North Chelmsford | 01863 |
| MART | West Medical Transportation, Inc. | WEST | Leonid Shust | 781-975-0305 | 781-828-2584 or 781-341-9497 | 92 Bailey Street | Stoughton | 02072 |
| MART | West Express, LLC | WESX | Frank Wesley | 617-708-4334 | N/A | 31 Richard St. | Lynn | 01905 |
| MART | Wells Medical Transport Inc | WMED | Dereck Shonhiwa-President | 978-424-3197 | | 114 Water Tower Plaza Unit 1054 | Leominster | 01453 |
| MART | Worcester Medical Transportation LLC | WMTR | Alvin Amechi | 774-242-0563 | 508-731-9168 | 237 Chandler Street | Worcester | 01609 |
| MART | Worcester County Transportation, LLC | WOCO | Daniel Adusei | 774-464-0609 | 508-519-0760 | 19 Mohave Rd | Worcester | 01606 |
| MART | Wood's Ambulance, Inc. | WOOD | Jennifer L. Wood | 978-632-6352 | | 457 Main St, | Gardner | 01440 |
| MART | Worcester Transportation Corporation | WOTC | Murad-John Osmanli-President | 413-686-0001 | 857-202-5200 | 284 Main St. | West Springfield | 01089 |
| MART | WOW Transportation, Inc. | WOWT | Olga Bezvitnaya Mikhail Bezvitny 781-534-2806 | 617-935-2179 | 617-302-4271 | 156 Quincy Shore Drive, #71 | Quincy | 02171 |
| MART | World Class Limousine, LLC, | WRCL | Victor Ten Owner | 617-412-9250 | 617-203-9030 | 10 Middle Street | Andover | 01810 |
| MART | Yaris, Inc. D/b/a Yaris Transportation | YARS | Lidia Reynoso Yeffri Reynoso 781-244-0627 | (978) 876-2560 Scheduling -978-601-5026 Clients Only-978-648-7219 | 781-592-1028 | 117 Empire Street # 2 | Lynn | 01902 |
| MART | Your Ride, Inc. | YORD | Amanda Bush | 508-459-3272 | | 716 West Boylston St, | Worcester | 01606 |
| MART | Youth On The Move, Inc. | YOTM | Janice Brown | 413-246-9340 (CALL 1ST) 413-739-9500 | 413-739-4006 | 34 Front St | Indian orchard | 01151 |
| MART | Yerevan Group, Inc. | YRVN | Samvel Avetisyan, President | 781-606-0303 781-707-0303 | | 101 Hopkins Street #2 | Wakefield | 01880 |
| MART | Peter Kimemia D/b/a Zoe Transportation | ZOTR | Peter kimemia | 508-344-8098 | 508-799-9611 | 501 Stafford Street Apt. 1 | Cherry Valley | 01611 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MART | TRU-Ryde Transit, LLC | TRRD | Ryan Azadan / Behnam Bahremand | [illegible] 8503 | | 45 Main St, Suite B | Boylston, MA 01505 | | |
| MART | Travelcom, Inc. | [illegible] | Muzaffar A. Chaudhry / President | 978-448-0507, 617-594- | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MART | Success Corporation | SUCC | Yuliya Kudinova | 617-599-5351 | | 24 Whites Ave, #58 | Watertown | 02472 |
| MART | Superb Enterprises Inc. | SUPB | Julia Njenga, President | 978-942-8613 | 978-522-8888 | 27 Myrtle St. | Lowell | 1850 |
| MART | Support Management, Inc. | SUPM | Vladimir Batrin<br>617 916 1780 | 617-923-1377<br>617 916 1780 | 617-923-1366 | 333 Elm St, #130 | Dedham | 02026 |
| MART | Woodlawn Leasing Inc. DBA Exceed Transportation Inc. | SURR | Daniel Dittler- President Rich Leston-GM | 857-499-4944<br>978-335-3462<br>978-536-5020 | 978-536-5121 | 150 Highland Avenue | Salem | 01970 |
| MART | Center of Hope Foundation, Inc. | SWCA | 508-450-9973 774-230-4155 | 508-764-4085 x22 | 508-765-0255 | 100 Foster St. | Southbridge | 01550 |
| MART | Safeway Luxury Transportation LLC | SWLX | Jamille Rutherford | 508-799-5500 | | 112 Grove Street | Worcester | 01609 |
| MART | Tatis Transportation, LLC | TATS | Jose Tatis | 781-715-8651 | 781-780-9267 | 300 Lynnway Suite #453 | Lynn, MA 01901 | |
| MART | Tri-City Services, Inc. | TCSV | Igor Likterov<br>978-531-7966 | 978-531-3112 (Dispatch)<br>978-531-7966 | 978-531-0290 | 55R Walnut Street | Peabody | 01960 |
| MART | Teamwork Transportation | TEAM | Igor Fiskler OWNER(Gary) | 617-981-3552 | | 47 Eliot Hill Road | Natick | 01760 |
| MART | Timeless Transportation Company LLC | TIME | NORMAN LETEREWA | 978-258-0687 | | 20 Commercial Drive, Suite 2004 | Dracut | 01826 |
| MART | Tamba-Kromah Ventures LLC d/b/a Ride Rite | TKVL | Festus Kromah | 781-691-0441 | | 363 Essex Street | Lynn | 01902 |
| MART | Teambuild, Inc. D/b/a Nursecare Transportation | TMBD | Anthony Ngethe<br>781-983-5472 | 781-983-5472<br>781-978-0654 | 978-560-1785 | 236 Pleasant St, 2nd Flr | Methuen | 01844 |
| MART | Transitions Medical Transportation Inc. | TMED | Dereck Shoniwa (CENT) | 978-340-6418 calls / ivr<br>978-490-5853 | | 379 Main St | Fitchburg | 01420 |
| MART | Total Praise Services LLC | TOPS | Nosirudeen Yussuf | 781-971-4129 | | 10 Crowninshield St. | Peabody | 01960 |
| MART | Mass Tran Corp. | TRAN | Elena Umantseva-Admin<br>Joe Rotundi- manager<br>Derek Marcou Owner | 978-223-4020 | 978-223-4021 | 150A Andover Street, Suite #5 | Danvers | 01923 |
| MART | TRINITY TRANSPORT LLC | TRIN | Eric Atta-Ansah - owner | 508-340-7660 | | 1 BEL AIR ST | WORCESTER | 01609 |
| MART | Trips & Stops LLC | TRPS | Gimsly Paul | 781-888-1139 | | 21 Sprague Street | Brockton, MA | 02302 |
| [illegible] | [illegible] | | | [illegible] | | | | |

# EXIHBIT 7

**Commonwealth Community Recovery Division Inc**

**Paul Jones President / Director**

**572 Park Street**

**Stoughton, Ma 02072**

**Cell:617-939-5417**

**Office: 888-680-4667**

**FAX: 888-726-8386**

**ccrdcorp@gmail.com**

**January 13, 2019**

**Virginia Holmes**
**Investigator**
**Equal Employment Opportunity Commission**
**John F. Kennedy Federal Building**
**475 Government Center**
**Boston, MA 02203**
**(617) 565-3210**

**INTRODUCTION**

My name is Paul Jones I am an African American male & President / Director of Commonwealth Community Recovery Division Inc (CCRD INC) , I am writing to file a complaint against Montachusett Regional Transit Authority (MART) with the EEOC, we are exercising our rights afforded by Federal Laws for violations of Title VII Discrimination, Hostile Environment, and Retaliation from MART and its Supervisors & lower employees since the inception of the

PDF processed with CutePDF evaluation edition www.CutePDF.com

contract these violations has been serial and systemic continuing violations which constitute a pattern and practice of discrimination and continuing violation doctrine.

CCRD INC manager Paul Jones was repeatedly denied training opportunities for over 3 years of **duration between protected activity and adverse employment action**, we were subjected to unwarranted disciplinary action the harassment we endured is sufficient to create a hostile work environment under Title VII. The retaliatory harassment consisted of a series of acts orchestrated by a cohort of different individuals (Supervisors & Lower Employees see last page) which was and is a pattern or practice of discrimination, occurrences prior to the filing may and should have some evidentiary value.

The above various acts, including those that occurred prior to the 300–day time period, were part of "an unlawful employment practice" that constituted ongoing violations.

**Montachusett Regional Transit Authority (MART)**

MART is a nonprofit administrator of federal funds for non-emergency transportation in Massachusetts which comes with responsibility to Federal Law, they have over 50 employees.

MART has an employment relationship with CCRD INC, we are not treated as a subcontractor as other vendor are, MART monitors distributes and controls the means and manner of the Complainant's (CCRD INC) work, schedule, Job placements & number of jobs on an hourly & daily basis.

MART allows other Vendors to log in their portal and except work, but CCRD INC must really on an Automatic Dialing Machines to call us to give us daily call we sometimes called over 100 times in a day between the hours of 6am-7pm to offer us work, this puts us at a disadvantage and economically harms us.

MART has engaged in 'a pattern or practice' of tolerating Discrimination, Disparate Treatment, Adverse Impact, harassment, Failure to Accommodate & Retaliation from their Supervisors and lower staff, since **Jan 1, 2015.**

MART controls when, where, we performed our jobs daily. MARTS supervisors & lower employees manage and directs 90% of all our daily work, MART directly calls CCRD INC offering specific jobs, CCRD INC. & Paul Jones regular work schedule is set by MART

MART has manipulated the working relationship with CCRD INC seeking to control when CCRD INC works, how long and what specific jobs CCRD INC gets daily,

CCRD INC is economically dependent on MART, MART imposes a number or restrictions on their appointment, renewal, and performance which is more consistent with an employer-employee relationship than with an employer-independent contractor relationship

MART the Agency also monitors distributes and controls all CCRD INC work daily, ccrd inc suffers loss of revenue and employees, great economic harm because of this conduct. Mart and its Supervisors and lower staff have attempted to justify this with unsubstantiated and pretextual statements that CCRD INC rates are too high, as of Jan 1, 2019 CCRD INC has dropped its rates to $10 per ride (One way) as other vendors have rates as high as $75 for one way.

filed Paul Jones & CCRD INC has been experiencing retaliation, discrimination & a hostile work Environment from MARTS supervisors and lower employees.

Soon after Karen Cordio & Ivan Roman (A Supervisor) whom was the focus of the complaint was forced to resign, soon after CCRD INC / Paul Jones suffered retaliation, hostile work environment, discrimination, extortion and Disparage Impact from Supervisors & Lower level staff members.

MART has manipulated the working relationship with CCRD INC seeking to control when CCRD INC works, how long and what specific jobs CCRD INC gets daily, MART toils daily in the gray area between "employee" and "independent contractor" when it comes to CCRD INC./ Paul Jones

CCRD INC. cannot keep enough work for its employees, we have had to lay off several groups of employees when MART staff has withheld work, we cannot realize a profit beyond an ordinary salary under MARTS employee practices toward us.

**Retaliation, Discrimination & Hostile work environment (Just a few)**

1. MART allows favorable other vendors with higher prices to win bids even over CCRD INC this gives them an unfair advantage over us.

2. On or about ***March 15, 2016*** MARTS rescheduled CCRD INC / Paul Jones Vendor Portal training with other vendors &

3. On or about ***April 1, 2017*** MARTS Scheduling departs reduced CCRD INC / Paul Jones work load by 40% causing CCRD INC to lay off employees after complaint was filed against MART.

4. On or about ***April 22, 2017*** MARTS Scheduling department started fining CCRD INC for fabricated reasons thus causing CCRD INC economic harm.

## BACKGROUND

On March 24, 2017, Complainant filed a formal complaint alleging that the Agency Discriminated), Retaliated, Controlled and Created a Hostile Work Environment based on his race (African American), with MARTA Civil Rights department as soon as the complaint was filed Paul Jones & CCRD INC has been experiencing retaliation, discrimination & a hostile work Environment from MARTS supervisors and lower employees.

Soon after Karen Cordio & Ivan Roman (A Supervisor) whom was the focus of the complaint was forced to resign, soon after CCRD INC / Paul Jones suffered retaliation, hostile work environment, discrimination, extortion and Disparage Impact from Supervisors & Lower level staff members.

MART has manipulated the working relationship with CCRD INC seeking to control when CCRD INC works, how long and what specific jobs CCRD INC gets daily, MART toils daily in the gray area between "employee" and "independent contractor" when it comes to CCRD INC./ Paul Jones

CCRD INC. cannot keep enough work for its employees, we have had to lay off several groups of employees when MART staff has withheld work, we cannot realize a profit beyond an ordinary salary under MARTS employee practices toward us.

### Retaliation, Discrimination & Hostile work environment (Just a few)

1. MART allows favorable other vendors with higher prices to win bids even over CCRD INC this gives them an unfair advantage over us.

2. On or about ***March 15, 2016*** MARTS rescheduled CCRD INC / Paul Jones Vendor Portal training with other vendors &

3. On or about ***April 1, 2017*** MARTS Scheduling departs reduced CCRD INC / Paul Jones work load by 40% causing CCRD INC to lay off employees after complaint was filed against MART.

4. On or about ***April 22, 2017*** MARTS Scheduling department started fining CCRD INC for fabricated reasons thus causing CCRD INC economic harm.

5. On or about ***Oct 3, 2017*** and several occasions Supervisor Rebecca Badgley informed Paul Jones by email that CCRD INC should seek employment elsewhere she stated "***I would suggest that maybe you branch out to other venues in addition to contracting with MART***" after Paul Jones complaint that he had to lay off all the workers due to no work being assigned.

6. MART refuse to provide CCRD INC with portal training that all other vendors received before they started working with MART, they did not allow CCRD INC or the manager Paul Jones to participate in their portal training class until on or about May 23, 2018, almost over 3 years from the time CCRD INC stated working under MARTS contract.

7. On or about ***June 1, 2017*** Karen Cordio MARTS former employee changed the time from 30 days to 90 days a vendor can change his rates to stay competitive, this has an adverse effect on a vendor as he could be locked out of receiving any work for 3 months thus allowing the vendor to suffer death of their business.

8. On or about ***July 1, 2017*** MART removed its notification button to inform vendors (Only CCRD INC) that a complaint has been filed for being late for a pick up. This element is very important as the vendor has 48 hours to reply to the complaint or get a fine, CCRD INC has no way of knowing when a complaint has been filed against us this has caused CCRD INC to be fined approximately $5000.00 as recent as Dec 22, 2018.

9. On or about ***June 14, 2017*** MART Tamara Shumovskaya (Director of Scheduling) reassigned a client Robert. G 4135899615 that had used racial slurs (***Nigger***) and threatened bodily harm he stated "if a Nigger comes to my residence I will hurt him.

10. On or about ***June 20, 2017*** MART put in a request for an Audit for CCRD INC, under the contract Audits occur once a year it had been done just 4 months earlier Feb 2017.

11. On or about ***June 14, 2017*** MART reassigned a client Robert. G 4135899615 that had used racial slurs (***Nigger***) and threatened bodily harm he stated "if a Nigger comes to pick me up he will have problems" after I requested that he not be reassigned to me, MART reassigned him for two days.

12. ***On March 12, 2018*** MART sent CCRD INC a memo stating that they would start having their Automatic Calling System call us starting at 6am, CCRD INC opens at 7am this causes interruptions in my family activities such as getting kids to school they have refused to start calling when we open at 7am (***See Exhibit 2***).

13. MART removed CCRD INC tab in the vendor portal that shows all trips that have been offered to all vendors after we filed complaint and used the data as an exhibit in our complaint.

every five-year this is not the case as other vendors that came after CCRD INC participates.

22. As of proximity ***Jan 4, 2019*** MART employee (Michelle. Moyo) informed Paul Jones that he cannot change CCRD INC, s capacity or office hours unless we petition MART, this function was blocked in the vendor portal on or about Jan 2, 2019.

23. Michelle. Moyo & Robert Monk stoned wall most of CCRD INC request from them as they are assigned to vendors to iron out problems.

24. Mart assigns CCRD INC to take two people to appointment but only pay us for one, they mark don't that the 2nd person is an escort but both parties go to clinic daily to get medicine but pays other vendors for both parties.

25. Complaint department keeps removing complaints from my vendor portal after request that a client not be resigned to CCRD INC this puts us at risk of getting a bogus complaint from a client that we filed a report on.

26. On ***Jan 1, 2019 through Jan 14, 2019***, MART Scheduling department only allows CCRD INC to work part of the day by only allowing us to have access to rides between 7am – 1 am, while other vendors are offered rides at all times of the day through the vendor portal, even after Paul Jones emailed the Director Rebecca Badgley and requested a full day's work and informed her that we were interested in receiving work from all the towns we have bids in, this tactic gives other vendors an unfair advantage over CCRD INC even if we have lower bids.

27. From ***May 1, 2016 until January 14, 2019*** MART only allows CCRD INC to perform services in 4 towns out of approximately 30 towns that we currently have bids in, while MART allows other vendors to perform service in all towns they bid in, this treatment gives other vendors an unfair disadvantage.

28. ***From May 1, 2017 up until Jan 14, 2019*** MART offers the same service trips to CCRD INC every 5-10 minutes every day through the vendor portal or by Computerized Automatic Telephone Dialing system., this tactic is aimed at letting CCRD INC know that MART will control when & where we do business unlike the other vendors that have the option of choosing the daily schedule

29. On January 13, 2019 MART allowed another Vendor to pick up a client that was booked with CCRD INC then removed her trip to cover up the act, the trip I.D was T8291956

MART supervisor Karen Cordio whom though information and belief had to resign for her conduct in CCRD INC complaint filed with MART change the bidding, stating that a vendor can no longer change their bids every 30 days it is now 90 days. This has had an adverse effect of vendors that are not in MARTS employees circle.

14. AS of ***Jan 1, 2019*** MART, refuses to allow CCRD INC to download a daily report showing all the jobs we performed for each day as they allow other vendors, Paul Jones have put in several requests with Rebecca Badgley a supervisor of MART, but she refuses to allow us to have this tool as the other vendors do, this is handicapping our book keeping.

15. On or about ***July 7, 2018*** MART put in several trips into our daily records that we did not do, if we would have claimed these trips MART could have accused us of fraud.

16. On or about ***May 18, 2018*** I Paul Jones received an email from Mr. Ivan. Roman whom I filed the original complaint on, informing me that he was no longer with MART and that for a fee he could help me navigate MARTS illegal tactics, he stated "Knowledge is power. If you feel you have been fined excessively? Not getting your questions answered? Are you not getting the results you've expected out of this program? Are not being offered work? Having portal problems? Hiring problems? Having trouble reaching departments? Need assistance setting up a system that works? Questions or concerns regarding MART? I may be able to assist" this is an attempt extortion.

17. From proximity ***March 1, 2017 till Jan 4, 2019*** MART has been allowing other vendors to steal CCRD INC clients if they can make it there first, CCRD INC was promised that they would be reimburse for traveling to the client MART lower employee (Scheduling assistant) Amanda Kutta stated "My apologies for this inconvenience, CCRD is the appropriate vendor assigned to this trip. This trip was not double booked, MART did not instruct nor ask STS to transport this member. Please be sure to mark the trip accordingly via your vendor portal.

18. MART refused to allow CCRD INC to participate in their Dial a Ride program like other vendors only allowed CCRD INC to participate in their Taxi programs up until proximity June 1, 2018 after CCRD INC / Paul Jones protested such treatment.

19. From ***Jan 1, 2018*** until ***Dec 24, 2018*** (11 Months) MART only offered CCRD INC rides through the vendor portal on Thursday, any other calls were through the Automatic Dialing System, which started calling at proximity 630 am some days till 7pm, while other vendors had complete access to choose their jobs a week out, we only had next day offers.

20. On or about ***Oct 14, 2018*** Norris, Joanne MARTS supervisor refused to pay CCRD INC for a round trip (**Client** COTTO, M trip ID T8151511) after MART called CCRD INC & approved the trips, thus causing CCRD INC economic harm.

21. AS of ***Jan 1, 2019*** MART, refuses to allow CCRD INC to participate in their DDS Program, MART employee informed CCRD INC that there is a request for proposals

**Solika transportation**

**Community transportation**

**Star line**

**Mass express**

**United care Transportation**

**Best ride Transportation**

**J and j Transportation**

**Sandman Transportation**

**Saran Transportation**

**Cammie Transportation**

**DS express Transportation**

**Julia Transportation**

**STS Transportation**

**Sought after Transportation**

**Sunshine village Transportation**

**Supervisors & Lower Employees that participated in the above allegations.**

**Supervisors: Rebecca Badgley, Joanne Norris, Shumovskaya, Tamara, Former Employees Karen Cordio & Ivan Roman,**

**Lower Employees: Jessica Torres, Amanda-T. Kukta, Michelle, Moyo, Robert Monk**

**/s/Paul Jones**

**MART did not** Take Preventative or Remedial Action to stop the hostile work environment the workplace is permeated with discriminatory intimidation, ridicule, and insult that is `sufficiently severe or pervasive it alter the conditions of CCRD INC / Paul Jones employment and create an abusive working environment, the injury was and is both "concrete and particularized it affected me personally and as an individual way and caused and is causing CCRD INC to lose revenue on a daily bases.

## Vendors That are treated different than CCRD INC.

**CRT Transportation**

**Sunrise Transportation**

**City transit LLC**

**Soreen Transportation**

**Phil's**

**Evas Transportation**

**Youth on the move**

**Compass LLC**

**Konastone Transportation**

**UNICE Transportation**

**Faith Transportation**

**Prospect Transportation**

**Jylt Transportation**

**New beginning Transportation**

**Friendly ride Transportation**

**Longonot Transportation**

**Care plus Transportation**

**Pcmc Transportation**

**United Transportation Group**

**Comfit care Transportation**

**Star line transportation**

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF MASSACHUSETTS
Paul Jones states as follows:

I believe that this Supplemental is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or law.

I believe that this Supplemental Statement is not interposed for any improper purpose, such as to harass any individuals or cause unnecessary delay or create a needless increase in the cost of litigation to anyone named in this Supplemental Statement. I have filed this Supplemental Statement in good faith and solely for the purposes set forth in it. Each and every exhibit which has been attached to this Supplemental Statement is true and correct copy of the original.

Except for clearly indicated redactions made by me where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I the plaintiff, Paul Jones hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct

/s/ Paul Jones

January 13, 2019

ccrdcorp@gmail.com

**Commonwealth Community Recovery Division Inc**

**Paul Jones President / Director**

**79 Thompson Street**

**Springfield, Ma 01109**

**Cell:617-939-5417**

**Office: 888-680-4667**

**FAX: 888-726-8386**

February11, 2019

**Equal Employment Opportunity Commission**
**John F. Kennedy Federal Building**
**475 Government Center**
**Boston, MA 02203**
**(617) 565-3210**

## INTRODUCTION

My name is Paul Jones I am an African American male & President / Director of Commonwealth Community Recovery Division Inc (CCRD INC) , I am writing to file a complaint against Montachusett Regional Transit Authority (MART) with the EEOC, we are exercising our rights afforded by Federal Laws for violations of Title VII Discrimination, Hostile Environment, and Retaliation from MART and its Supervisors & lower employees since the inception of the contract these violations has been serial and systemic continuing violations which constitute a pattern and practice of discrimination, The Supreme Court has extended the continuing violation

doctrine to retaliation claims ( Yanowitz v. L'Oreal USA, Inc. (2005) 36 Cal.4th 1028, 1059 [ 32 Cal.Rptr.3d 436, 116 P.3d 1123].) And the doctrine also applies to racial harassment claims. (See Chin, supra, f 16:100, p. 16-17 (rev. # 1, 2007).)

CCRD INC manager Paul Jones was repeatedly denied training opportunities for over 2 years of **duration between protected activity and adverse employment action**, we were subjected to unwarranted disciplinary action the harassment we endured is sufficient to create a hostile work environment under Title VII. The retaliatory harassment consisted of a series of acts orchestrated by a cohort of different individuals (Supervisors & Lower Employees) which was and is a pattern or practice of discrimination, occurrences prior to the filing may and should have some evidentiary value.

I was not aware that I could file an EEOC charge against MART and their employees at the time that all these acts occurred, the above various acts, including those that occurred prior to the 300–day time period, were part of “an unlawful employment practice” that constituted ongoing violations.

**Montachusett Regional Transit Authority (MART)**

MART is a nonprofit administrator of federal funds for non-emergency transportation in Massachusetts which comes with responsibility to Federal Law, they have over 50 employees.

MART has an employment relationship with CCRD INC, we are not treated as a subcontractor as other vendor are, MART monitors distributes and controls the means and manner of the

Complainant's (CCRD INC) work, schedule, Job placements & number of jobs on an hourly & daily basis.

MART allows other Vendors to log in their portal and except work, but CCRD INC must really on an Automatic Dialing Machines to call us to give us daily call we sometimes called over 100 times in a day between the hours of 6am-7pm to offer us work, this puts us at a disadvantage and economically harms us.

MART has engaged in 'a pattern or practice' of tolerating Discrimination, Disparate Treatment, Adverse Impact, harassment, Failure to Accommodate & Retaliation from their Supervisors and lower staff.

CCRD INC is aware that only employees can file a Title VII complaint or a subcontractor that is treated as an employee, which we (CCRD Inc.) have been since the inception of the contract.

MART controls when, where, we performed our jobs daily. MARTS supervisors & lower employees manage and directs 90% of all our daily work, MART directly calls CCRD INC offering specific jobs.

CCRD INC. & Paul Jones regular work schedule is set by MART

MART has manipulated the working relationship with CCRD INC seeking to control when CCRD INC works, how long and what specific jobs CCRD INC gets daily, MART toils daily in the gray area between "employee" and "independent contractor" when it comes to CCRD INC./ Paul Jones

CCRD INC is economically dependent on MART, MART imposes a number or restrictions on their appointment, renewal, and performance which is more consistent with an employer-employee relationship than with an employer-independent contractor relationship

## EMPLOYEE V SUBCONTRACTOR TEST

The EEOC considers the following factors to determine whether the a company or person is entitled to file a Title VII complaint and CCRD meets the Threshold, MART cannot meet these requirements.

The common law of agency test should be applied to determine whether an individual is or treated as an employee versus a contractor. See Ma v. Department of Health and Human Services, EEOC Appeal Nos. 01962389 & 01962390 (May 29, 1998) (citing Nationwide Mutual Insurance Co. v. Darden, 503 U.S. 318, 323-24 (1992)).

The question of whether an employer-employee relationship exists is fact-specific and depends on whether the employer (MART) controls the means and manner of the worker's work performance. This determination requires consideration of all aspects of the worker's relationship with the employer. Factors indicating that a worker is in an employment relationship with an employer include the following:

1. The skill required to perform the work (lower skill points toward an employment relationship).

***Driving Transportation.***

2. **Integration.** Integration of the worker's services into the company's core business operations generally shows that the worker is subject to direction and control, ***MART is a Transportation Company.***

3. The duration of the relationship between the parties: ***MART contract states the length of time of the contract for CCRD INC.***

4. The employer has the right to assign additional projects to the worker, ***MART assigns projects to CCRD Inc daily.***

5. The extent of the worker's discretion over when and how long to work. ***MART ignores CCRD INC company hours and has assigned work to CCRD Inc. when we are closed causing interference with family duties on a regular basis.***

6. The work is part of the regular business of the employer, ***MART is a Transportation Company.***

7. The employer is in business, ***Yes, they are.***

8. **Continuing Relationship.** A lengthy and continuing relationship between the worker and the company indicates that an employment relationship exists, ***CCRD Inc. is in a 5-year contract with MART since on or about January 1, 2016.***

9. **Set Hours of Work.** If the worker works certain hours set by the company, employment status is indicated. If the company does not control the hours of the worker, independent contractor status is indicated: ***MART controls the hours even if CCRD INC has hours from***

***7am-3pm, as recently as 2 weeks ago MART informed CCRD INC. / Paul Jones that he could no longer change his hours through the vendor portal he must put in a request.***

10. **Order or Sequence Set.** If a worker must perform services in the order or sequence as determined by the company, the worker is generally subject to an employer's control. However, if the worker chooses his or her own method of choosing jobs, a lack of control exists: ***MART controls which jobs are chosen for CCRD INC unlike other vendors (See Vendor list attached).***

11. **Oral or Written Reports.** A requirement that a worker submit regular or written reports is an indicator of control, MART policy is all Vendors must submit a request to change the hours that we are open & closed. (**Example: MART ordered (By email) CCRD INC. to report how much each employee and company gets paid, how many hours we work, amount spent on gas and Insurance, car maintenance, mileage we travel while working and not working".** )

12. **Right to Discharge.** The right of the company to discharge a worker without breaching a contract indicates an employment relationship as control is exercised through the threat of dismissal, ***MARTS contract states they have the right to discharge CCRD INC for any reason.***

MART the Agency also monitors distributes and controls all CCRD INC work daily, ccrd inc suffers loss of revenue and employees, great economic harm because of this conduct. Mart and its Supervisors and lower staff have attempted to justify this with unsubstantiated and pretextual statements that CCRD INC rates are too high, as of Jan 1, 2019 CCRD INC has dropped its rates to $10 per ride (One way) as other vendors have rates as high as $75 for one way.

## BACKGROUND

On March 24, 2017, Complainant filed a formal complaint alleging that the Agency Discriminated), Retaliated, Controlled and Created a Hostile Work Environment based on his race (African American), with MARTA Civil Rights department as soon as the complaint was filed Paul Jones & CCRD INC has been experiencing retaliation for MARTS supervisors and lower employees.

Soon after Karen Cordio & Ivan Roman (A Supervisor) whom was the focus of the complaint was forced to resign, soon after CCRD INC / Paul Jones suffered retaliation, hostile work environment, discrimination, extortion and Disparage Impact from Supervisors & Lower level staff members.

MART has manipulated the working relationship with CCRD INC seeking to control when CCRD INC works, how long and what specific jobs CCRD INC gets daily, MART toils daily in

the gray area between "employee" and "independent contractor" when it comes to CCRD INC./ Paul Jones

CCRD INC. cannot keep enough work for its employees, we have had to lay off several groups of employees when MART staff has withheld work, we cannot realize a profit beyond an ordinary salary under MARTS employee practices toward us.

**Retaliation, Discrimination & Hostile work environment (Just a few)**

1. MART allows favorable other vendors with higher prices to win bids even over CCRD INC this gives them an unfair advantage over us.

2. On or about ***March 15, 2016*** MARTS rescheduled CCRD INC / Paul Jones Vendor Portal training with other vendors &

3. On or about ***April 1, 2017*** MARTS Scheduling departs reduced CCRD INC / Paul Jones work load by 40% causing CCRD INC to lay off employees after complaint was filed against MART.

4. On or about ***April 22, 2017*** MARTS Scheduling department started fining CCRD INC for fabricated reasons thus causing CCRD INC economic harm.

5. On or about ***Oct 3, 2017*** and several occasions Supervisor Rebecca Badgley informed Paul Jones by email that CCRD INC should seek employment elsewhere she stated "***I would suggest that maybe you branch out to other venues in addition to contracting with MART***" after Paul Jones complaint that he had to lay off all the workers due to no work being assigned.

6. MART refuse to provide CCRD INC with portal training that all other vendors received before they started working with MART, they did not allow CCRD INC or the manager Paul Jones to participate in their portal training class until on or about May 23, 2018, almost over 3 years from the time CCRD INC stated working under MARTS contract.

7. On or about ***June 1, 2017*** Karen Cordio MARTS former employee changed the time from 30 days to 90 days a vendor can change his rates to stay competitive, this has an adverse effect on a vendor as he could be locked out of receiving any work for 3 months thus allowing the vendor to suffer death of their business.
8. On or about ***July 1, 2017*** MART removed its notification button to inform vendors (Only CCRD INC) that a complaint has been filed for being late for a pick up. This element is

very important as the vendor has 48 hours to reply to the complaint or get a fine, CCRD INC has no way of knowing when a complaint has been filed against us this has caused CCRD INC to be fined approximately $5000.00 as recent as Dec 22, 2018.

9. On or about ***June 14, 2017*** MART Tamara Shumovskaya (Director of Scheduling) reassigned a client Robert. G 4135899615 that had used racial slurs (***Nigger***) and threatened bodily harm he stated "if a Nigger comes to my residence I will hurt him.

10. On or about ***June 20, 2017*** MART put in a request for an Audit for CCRD INC, under the contract Audits occur once a year it had been done just 4 months earlier Feb 2017.

11. On or about ***June 14, 2017*** MART reassigned a client Robert. G 4135899615 that had used racial slurs (***Nigger***) and threatened bodily harm he stated "if a Nigger comes to pick me up he will have problems" after I requested that he not be reassigned to me, MART reassigned him for two days.

12. ***On March 12, 2018*** MART sent CCRD INC a memo stating that they would start having their Automatic Calling System call us starting at 6am, CCRD INC opens at 7am this causes interruptions in my family activities such as getting kids to school they have refused to start calling when we open at 7am.

13. MART removed CCRD INC tab in the vendor portal that shows all trips that have been offered to all vendors after we filed complaint and used the data as an exhibit in our complaint, we can no longer run reports on our activity as other vendors can as of February 11, 2019.

14. On May 18, 2019 Ivan Roman ***MART previous Supervisor*** sent me an email laying out some of MARTS discriminatory & retaliatory acts toward us and offered to show CCRD INC how to protect its self from MART for a fee. See attachment.

15.

16. AS of ***Jan 1, 2019*** MART, refuses to allow CCRD INC to download a daily report showing all the jobs we performed for each day as they allow other vendors, Paul Jones have put in several requests with Rebecca Badgley a supervisor of MART, but she refuses to allow us to have this tool as the other vendors do, this is handicapping our book keeping.

17. On or about ***July 7, 2018*** MART put in several trips into our daily records that we did not do, if we would have claimed these trips MART could have accused us of fraud.

18. On or about ***May 18, 2018*** I Paul Jones received an email from Mr. Ivan. Roman whom I filed the original complaint on, informing me that he was no longer with MART and that for a fee he could help me navigate MARTS illegal tactics, he stated "Knowledge is

power. If you feel you have been fined excessively? Not getting your questions answered? Are you not getting the results you've expected out of this program? Are not being offered work? Having portal problems? Hiring problems? Having trouble reaching departments? Need assistance setting up a system that works? Questions or concerns regarding MART? I may be able to assist" this is an attempt extortion.

19. From proximity ***March 1, 2017 till Jan 4, 2019*** MART has been allowing other vendors to steal CCRD INC clients if they can make it there first, CCRD INC was promised that they would be reimburse for traveling to the client MART lower employee (Scheduling assistant) Amanda Kutta stated "My apologies for this inconvenience, CCRD is the appropriate vendor assigned to this trip. This trip was not double booked, MART did not instruct nor ask STS to transport this member. Please be sure to mark the trip accordingly via your vendor portal.

20. MART refused to allow CCRD INC to participate in their Dial a Ride program like other vendors only allowed CCRD INC to participate in their Taxi programs up until proximity June 1, 2018 after CCRD INC / Paul Jones protested such treatment.

21. From ***Jan 1, 2018*** until ***Dec 24, 2018*** (11 Months) MART only offered CCRD INC rides through the vendor portal on Thursday, any other calls were through the Automatic Dialing System, which started calling at proximity 630 am some days till 7pm, while other vendors had complete access to choose their jobs a week out, we only had next day offers.

22. On or about ***Oct 14, 2018*** Norris, Joanne MARTS supervisor refused to pay CCRD INC for a round trip (**Client** COTTO, M trip ID T8151511) after MART called CCRD INC & approved the trips, thus causing CCRD INC economic harm.

23. AS of ***Jan 1, 2019*** MART, refuses to allow CCRD INC to participate in their DDS Program, MART employee informed CCRD INC that there is a request for proposals every five-year this is not the case as other vendors that came after CCRD INC participates.

24. As of proximity ***Jan 4, 2019*** MART employee (Michelle. Moyo) informed Paul Jones that he cannot change CCRD INC, s capacity or office hours unless we petition MART, this function was blocked in the vendor portal on or about Jan 2, 2019.

25. Michelle. Moyo & Robert Monk stoned wall most of CCRD INC request from them as they are assigned to vendors to iron out problems.

26. Mart assigns CCRD INC to take two people to appointment but only pay us for one, they mark don't that the 2nd person is an escort but both parties go to clinic daily to get medicine but pays other vendors for both parties.

27. Complaint department keeps removing complaints from my vendor portal after request that a client not be resigned to CCRD INC this puts us at risk of getting a bogus complaint from a client that we filed a report on.

28. On ***Jan 1, 2019 through Jan 14, 2019***, MART Scheduling department only allows CCRD INC to work part of the day by only allowing us to have access to rides between 7am – 1 am, while other vendors are offered rides at all times of the day through the vendor portal, even after Paul Jones emailed the Director Rebecca Badgley and requested a full day's work and informed her that we were interested in receiving work from all the towns we have bids in, this tactic gives other vendors an unfair advantage over CCRD INC even if we have lower bids.

29. From ***May 1, 2016 until January 14, 2019*** MART only allows CCRD INC to perform services in 4 towns out of approximately 30 towns that we currently have bids in, while MART allows other vendors to perform service in all towns they bid in, this treatment gives other vendors an unfair disadvantage.

30. ***From May 1, 2017, up until Jan 14, 2019*** MART offers the same service trips to CCRD INC every 5-10 minutes every day through the vendor portal or by Computerized Automatic Telephone Dialing system., this tactic is aimed at letting CCRD INC know that MART will control when & where we do business unlike the other vendors that have the option of choosing the daily schedule

31. On January 13, 2019 MART allowed another Vendor to pick up a client that was booked with CCRD INC then removed her trip to cover up the act, the trip I.D was T8291956

**32. For the last 300 days MART has been forcing CCRD INC to pick up 2 clients and only paying us for 1 they mark the 2nd person as an escort, but both clients go to the methadone clinic for medication and counseling, MART allows other vendors to pick up the same clients and pay them for 2 (each), this is contrary to retaliation.**

**33. On or about Jan 10, 2019 MART removed several CCRD INC complaints from the portal thus putting CCRD INC at risk of a bogus complaint by getting assigned these clients we have dropped and longer wish to transport they are reassigned to us.**

**34. On Jan 9, 2019 MART allowed another vendor to pick up Melendez J (CCRD INC Client)**

**35. On Jan 9,13, 2019 MART allowed another vendor to pick up Santiago. A (CCRD INC Client)**

**36.**

**37. On Jan 16, 2019 MART allowed STS Vendor to pick up Ethel. M (CCRD INC Client) for a higher fee**

**38. On Jan 16, 2019 MART allowed STS to pick up James J (CCRD INC Client) for a higher fee.**

**39. On Jan 17, 2019 MART put a trip in CCRD INC vendor portal HOLT, D[redacted] she did not have an appointment this has been an ongoing thing for the last 300 days.**

**40. On or about January 7, 2019 I spoke with Manager Rebecca Badgley she asks what areas I was looking to book clients in I informed her later by email that we wished to participate in the at least 30 areas we have only been offered 3-5 areas Springfield, Chicopee, Ludlow, Longmeadow, Agawam & Holyoke Ma.**

MART supervisor Karen Cordio whom though information and belief had to resign for her conduct in CCRD INC complaint filed with MART change the bidding, stating that a vendor can no longer change their bids every 30 days it is now 90 days. This has had an adverse effect of vendors that are not in MARTS employees circle.

**MART did not** Take Preventative or Remedial Action to stop the hostile work environment the workplace is permeated with discriminatory intimidation, ridicule, and insult that is `sufficiently severe or pervasive it alter the conditions of CCRD INC / Paul Jones employment and create an abusive working environment, the injury was and is both "concrete and particularized it affected me personally and as an individual way and caused and is causing CCRD INC to lose revenue on a daily bases.

The individual defendants are "agents" under Title VII, and thereby is subject to liability as an employer, because they participated in the decision-making process

that form[ed] the basis of the discrimination against the plaintiff & their employee. **Hamilton v. Rodgers 791 F.2d 439 (5th Cir. 1986).**

Plaintiff has protested this disparaging treatment to Manager defendants & the Scheduling department on several occasion, plaintiff has been met with retaliation from defendant by receiving very little work.

# Vendors That are treated different than CCRD INC.

CRT Transportation

Sunrise Transportation

City transit LLC

Soreen Transportation

Phil's

Evas Transportation

Youth on the move

Compass LLC

Konastone Transportation

UNICE Transportation

Faith Transportation

Prospect Transportation

Jylt Transportation

New beginning Transportation

Friendly ride Transportation

Longonot Transportation

Care plus Transportation

Pcmc Transportation

United Transportation Group

Comfit care Transportation

Star line transportation

Solika transportation

Community transportation

Star line

Mass express

United care Transportation

Best ride Transportation

J and j Transportation

Sandman Transportation

Saran Transportation

Cammie Transportation

DS express Transportation

Julia Transportation

STS Transportation

Sought after Transportation

Sunshine village Transportation

VLAD Transportation

WORCESTER Transportation

**Adverse Actions**

**As of February 10, 2019 MART, changed bidding cycles from 30 days to 90 days, stops vendors from competing**

**Changed email system to generic emails, so no one is held accountable if they never respond, MART removed access tab in the Vendor Portal on ccrd Inc Homepage so that we could not run much-needed report after Paul Jones used the reports as evidence to show other vendors was getting trips with higher bids.**

**In the last 300 days MART withheld CCRD INC pay several times but paid other vendors on different dates, thus causing CCRD INC economic harm.**

**Supervisors & Lower Employees that participated in the above allegations.**

**Supervisors: Rebecca Badgley, Joanne Norris, Shumovskaya, Tamara,**

**Former Employees No longer at MART Karen Cordio & Ivan Roman,**

**Lower Employees: Jessica Torres, Amanda-T. Kukta, Michelle, Moyo, Robert Monk**

February11, 2019

**/s/Paul Jones**

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF MASSACHUSETTS
Paul Jones states as follows:

I believe that this Supplemental is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or law.

I believe that this Supplemental Statement is not interposed for any improper purpose, such as to harass any individuals or cause unnecessary delay or create a needless increase in the cost of litigation to anyone named in this Supplemental Statement. I have filed this Supplemental Statement in good faith and solely for the purposes set forth in it. Every exhibit which has been attached to this Supplemental Statement is true and correct copy of the original.

Except for clearly indicated redactions made by me where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I the plaintiff, Paul Jones hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct

/s/ Paul Jones

February11, 2019

ccrdcorp@gmail.com

# EXIHBIT 8

July 14, 2017, email exchange regarding automatic dialing calls.

Source: MART Bates production, MART000336-338, produced by defendants August 25, 2026 (Kenepp Dropbox production).

Contents:

- Paul Jones to Shumovskaya, Badgley, Kukta, Cordio, Torres (July 14, 2017, 10:10 AM): written objection to autodialer calls ("over 140 Automatic Dialing system calls in the last 10 days").
- Ivan Roman to Paul Jones (July 14, 2017, 4:16 PM): reply advising Paul to mark himself "full" in the vendor portal.

**From:** Roman, Ivan
**To:** Commonwealth Community Recovery Division Inc. (ccrdcorp@gmail.com)
**Cc:** DMAContracts; Shumovskaya, Tamara; Badgley, Rebecca
**Subject:** RE: Automatic Dialing Calls while driving- CCRD
**Date:** Friday, July 14, 2017 4:16:34 PM

Hi Paul,

Thank you for contacting MART. Please be advised that you are able to mark yourself full at any time via the capacity full button located on your portal and doing so will cease the calls/ work being offered to your company. You may also release the block at any time by clicking on the button again and any trips that have passed your rates that have not yet been accepted by anyone else would be reoffered at that time. The offers showing up on your portal is work offered from two to seven days out from the current date and using the search dates feature on your portal will give you a chance to review work ahead of time if it has reached your rates. The call offers however are for the next business day out and at that point only trips accepted over the phone will be placed on your portal for up to the next business day as the assign program that places trips on your portal only runs from 2 to 7 days before the trip date. Also, please be advised that your MART contract mandates that should you need to answer a call while driving you are required to pull over. I hope this clears things up for you and should you have any further questions or concerns please feel free to touch base.

Sincerely,

*Ivan Roman*
*Asst. Project Coordinator (MART)*
*Phone 978-353-0333 ext. 2854*
*Fax 978-343-2719*

**From:** Shumovskaya, Tamara
**Sent:** Friday, July 14, 2017 2:38 PM
**To:** DMAContracts
**Subject:** FW: Automatic Dialing Calls while driving

Good Afternoon,
Please see email from CCRD below.
Thank you

Tamara Shumovskaya
Scheduling Department Manager
Montachusett Regional Transit Authority
100 Main St, Fitchburg, MA
tamara.shumovskaya@mrta.us
978-665-2877

**From:** paul jones [mailto:ccrdcorp@gmail.com]
**Sent:** Friday, July 14, 2017 10:10 AM
**To:** Shumovskaya, Tamara; Badgley, Rebecca; Kukta, Amanda; Cordio, Karen; Jessica, Torres
**Subject:** Automatic Dialing Calls while driving

Dear Tamara Shumovskaya,
I have received over 140 Automatic Dialing system calls in the last 10 days, I thank you for the offer of work but the automatic dialing system is very very dangerous as I am driving when these calls come through most of the time.

This is putting CCRD INC driver and the clients that I am transportation in great danger as the Automatic Dialing System calls every 3-5 minutes, it is very difficult for me to book calls when transporting clients to their appointments.

I do appreciate the offer of work but it is very very difficult to book rides for clients that are efficient for CCRD INC through the Automatic Dialing System, as we have adjusted all of our rates for July 2017 in June 2017 and was expecting to have more access to the portal so that we could be competitive with other vendors.

Through the portal CCRD INC can see all trips at once analyze and book trips that are convenient for us and in the same area, thus the Automatic Dialing System take away that opportunity to book trips that are efficient for the client as well as CCRD INC.

I just want to inform you by no means am I ignoring the Automatic Dialing Machine but I cannot answer when I am driving and have clients in the car its just not safe.

I also appreciate the the calls that have been placed in my portal also, If it is possible CCRD INC is requesting that any calls that you can put in our portal will gladly be appreciate as I check them regularly and I can book more calls sufficient calls and it will be more safe for the driver as well as the client Thank you.

**Paul Jones / Director**
**Commonwealth Community**
**Recovery Division Inc.**
**79 Thompson Street**
**Springfield, Ma 01109**
**Toll Free: 888-680-4667**
**Fax: 888-726-8386**

**The information in this email is intended only for the person or entity to which it is addressed from CCRD INC. and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from any computers.**

# EXIHBIT 9

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:19-cv-11093-MRG
(combined with Case No. 1:20-cv-12076)

| | |
|---|---|
| PAUL JONES,<br><br>Plaintiff<br><br>v.<br><br>MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,<br><br>Defendants | DEFENDANT MONTACHUSETT REGIONAL TRANSIT AUTHORITY RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT MONTACHUSETT REGIONAL TRANSIT AUTHORITY |

**DEFINITIONS AND INSTRUCTIONS**

Defendant Montachusett Regional Transit Authority ("MART" or "Defendant") objects to the instructions and definitions contained in Plaintiff's Requests for Admissions to the extent that they seek to alter the applicable rules of civil procedure. Defendant further objects on the grounds that Plaintiff defines "Defendants," "You" and "Your" as including not only MART, but also all the named individual Defendants as well as HB Software Solutions, Inc., which is not proper. As Plaintiff's Requests for Admissions are to MART only, MART responds to these Requests for Admissions on behalf of MART only.

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1**:

Admit that Defendant has no record of prior express written consent from Plaintiff Paul Jones to place calls to cellular telephone number 617-9395417.

**RESPONSE NO. 1:**

Denied.

**REQUEST FOR ADMISSION NO. 2**:

Admit that Defendants MART or its employee has never denied they received both Plaintiff's revocation letters that where sent by certified return green receipt Mail on February 17, 2017, and March 15, 2018.

**RESPONSE NO. 2:**

Denied.

**REQUEST FOR ADMISSION NO. 3**:

Admit Plaintiff has submitted both sides of the certified return Green receipts ("USPS Form 3811, Domestic Return Receipt"), which clearly show the MART employees Alice Smith and Kathleen Marean signatories, confirming that they signed for the Certified return green receipt mail on February 17, 2017, and March 15, 2018.

**RESPONSE NO. 3:**

Admitted that Plaintiff produced certified receipts that appear to be signed by former Account Receivable employees Alice Smith and Kathleen Marean on February 17, 2017 and March 15, 2018 respectively. Defendant denies the remaining allegations contained in Request No. 3.

**REQUEST FOR ADMISSION NO. 4**:

Admit that Defendant, directly or through an agent, or an employee placed calls to plaintiff cell phone after receiving Plaintiff revocation letters on February 17, 2017, and March 15, 2018.

**RESPONSE NO. 4:**

Admitted that Defendant placed calls to Plaintiff's cell phone between February 17, 2017 and March 15, 2018, after the dates of the letters that appear to have been signed for by Accounts Receivable employees Alice Smith and Kathleen Marean on February 17, 2017 and March 15, 2018. Defendant denies the remaining allegations contained in Request No. 4.

**REQUEST FOR ADMISSION NO. 5**:

Admit that Defendant, directly or through an agent, or an employee placed calls to Plaintiff's cell phone 617-939-5417 between November 2017 and June 2019.

**RESPONSE NO. 5:**

Admitted.

**REQUEST FOR ADMISSION NO. 6**:

Admit that Defendant, directly or through an agent, placed calls to Plaintiff's cell phone 617-939-5417.

**RESPONSE NO. 6:**

Admitted.

**REQUEST FOR ADMISSION NO. 7**:

Admit that Defendant MART, directly or through an agent or an employee, left prerecorded message on Plaintiff cell phone 617-939-5417 after February 17, 2017, and March 15, 2018.

**RESPONSE NO. 7:**

Admitted that Defendant through an interactive voice response system ("IVR system") placed calls to plaintiff's cell phone as dispatcher for MART's Vendor, CCRD, Inc. between February 17, 2017 and March 15, 2018 using an artificial voice to offer CCRD, Inc. trips pursuant to CCRD Inc.'s Vendor Agreement with MART. Defendant denies the remaining allegations contained in paragraph 7.

**REQUEST FOR ADMISSION NO. 8**:

Admit that Defendant received a revocation letter to stop placing all call to Plaintiff's cell number 617-939-5417 on or about February 17, 2017.

**RESPONSE NO. 8:**

Admitted that it appears from the certified return receipt cards produced by Plaintiff that an employee from Accounts Receivable signed for a letter on February 17, 2017. Defendant denies that the apparent receipt of the certified letter by an Accounts Receivable employee on February 17, 2017, amounted to a revocation.

**REQUEST FOR ADMISSION NO. 9:**

Admit that Defendant MART hired CCRD INC. to transport clients to nonemergency appointments for a fee.

**RESPONSE NO. 9:**

Admitted that MART entered into a Vendor Agreement with CCRD, Inc. to provide transportation to eligible MassHealth clients to nonemergency medical appointments. Defendant denies the remaining allegations contained in Request No. 9 and refers Plaintiff to the Vendor Agreement between MART and CCRD, Inc.

**REQUEST FOR ADMISSION NO. 10:**

Admit that Defendant MART got paid for trips that was excepted and performed by vendors to transport individuals to nonemergency doctors' appointments that MART assigned to vendors.

**RESPONSE NO. 10:**

Admitted that MART is paid by the Commonwealth of Massachusetts to act as a broker for the Commonwealth of Massachusetts Department of Health and Human Services to arrange transportation for eligible consumers by subcontracting with qualified transportation providers, to transport eligible consumers to nonemergency medical appointments. Defendant denies the remaining allegations contained in Request No. 10.

**REQUEST FOR ADMISSION NO. 11**:

Admit that Defendant place calls to Plaintiff cell phone 617-939-5417 regarding providing nonemergency transportation services for MassHealth clients to nonemergency appointments.

**RESPONSE NO. 11:**

Admitted.

**REQUEST FOR ADMISSION NO. 12**:

Admit that Defendant place calls to Plaintiff cell phone 617-939-5417 regarding the sale of non-emergency Transportation services.

**RESPONSE NO. 12:**

Denied.

**REQUEST FOR ADMISSION NO. 13**:

Admit that Defendants attorney Deborah Eckers admitted that Plaintiff "has now sent us the signed certified receipts and the individuals who accepted them were accounts receivable."

**RESPONSE NO. 13:**

Objection. Defendant objects to this request to the extent that it seeks to have MART confirm what MART's Counsel said during a Court hearing, during which no MART employee was present. In addition, Defendant objects to this request because Plaintiff has failed to attach the portion of the transcript of the Court hearing referenced. Without waiving these or any other objections, Defendant responds to this Request as follows:

Admitted to the extent that the quote referenced accurately reflects what is contained in the transcript of the Court hearing.

**REQUEST FOR ADMISSION NO. 14:**

Admit that Defendant possesses no document bearing Plaintiff's signature that authorizes Defendant MART or its agents or employees to place calls with a prerecorded voice messages to Plaintiff cell phone number 617-939-5417.

**RESPONSE NO. 14:**

Denied.

**REQUEST FOR ADMISSION NO. 15:**

Admit that Defendant possesses no record indicating the specific date or time Plaintiff consented to receive telephone calls from MARTS IVR system to Plaintiff's cel phone 617-939-5417.

**RESPONSE NO. 15:**

Denied.

**REQUEST FOR ADMISSION NO. 16:**

Admit that you never obtained the Plaintiff's consent to place calls or leave prerecorded or artificial voice messages on the Plaintiff's cellular telephone number 617-939-5417.

**RESPONSE NO. 16:**

Denied.

**REQUEST FOR ADMISSION NO. 17:**

Admit that Defendant's MART agents or employees placed calls to Plaintiff cell phone before 8 am and after 9 am on some days.

**RESPONSE NO. 17:**

Admitted.

**REQUEST FOR ADMISSION NO. 18**:

Admit that the calls and or prerecorded messages sent to Plaintiff's cellular telephone number 617-939-5417 were not made for an emergency purpose.

**RESPONSE NO. 18:**

Admitted that calls made to Plaintiff's cell phone as Dispatcher for CCRD, Inc. using an artificial voice to offer CCRD, Inc. trips were not made for an emergency purpose. Defendant denies the remaining allegations contained in Request No. 18.

**REQUEST FOR ADMISSION NO. 19**:

Admit that MART terminated its contract with CCRD Inc. in 2020.

**RESPONSE NO. 19:**

Admitted that MART put CCRD Inc.'s contract on hold in 2020 because CCRD, Inc. did not provide MART with evidence that CCRD, Inc. had obtained workers compensation insurance. Defendant denies the remaining allegations contained in paragraph 19.

**REQUEST FOR ADMISSION NO. 20**:

Admit that Defendant has no record of prior express consent from Plaintiff with his signature on it to receive calls to Plaintiff's cellular telephone number 617-939-5417.

**RESPONSE NO. 20:**

Denied.

**REQUEST FOR ADMISSION NO. 21**:

Admit that Defendant MassHealth paid CCRD INC. for transporting MARTS clients to non-emergency appointments.

**RESPONSE NO. 21:**

Denied.

**REQUEST FOR ADMISSION NO. 22**:

Admit that Defendant MART and or its employees allowed vendors below to have more than 2 companies with different Vendor Identification numbers:

- Express Ride Transportation, Inc.
- Express Ride Transit, LLC
- Lux Transportation
- WOW Transportation, Inc. (including Wow Transportation Inc)
- Luxus Transportation (including Luxus, Inc.)
- Prime Time Transportation, Inc.
- Mobile Transportation Etc., LLC (including Mobile Transportation, LLC and Mobile Transportation Etc LLC)
- Pilgrim Transportation, Inc.
- Maximus Trans Services, Inc.
- Prime Time Transit, LLC
- Allroad Transportation Corporation (including Allroad Transit Corporation and Allroad Transportation Corp)
- Support Management, Inc. (including Support Management Inc)
- Armani Group Inc.
- Best Ride, Inc. (including Best Ride Inc)
- Five Stars Transportation (including Five Stars Transportation Inc and Alexander Antonian d/b/a Five Stars Transportation)
- Best Transportation (including Alexander Antonian d/b/a Best Transportation)
- V & K Trans LLC
- World Class Limousine, LLC
- American Way Transportation Inc.
- Atlantic Trans. Inc.
- Brewster Ambulance Service Inc.
- Eascare, LLC
- Best Care Transportation Inc.
- Smart Transportation Inc
- Avi Transportation LLC
- Lotus Transportation
- L.B. Transportation
- Convenient Homecare Services Inc.
- K & C Transportation Inc
- K&K Transportation LLC
- Rigby's Journey Inc
- Rio Hondo Transport LLC

**RESPONSE NO. 22:**

Denied.

**REQUEST FOR ADMISSION NO. 23**:

Admit that Defendant MART is in the business of selling transportation trips for some of MassHealth clients.

**RESPONSE NO. 23:**

Denied.

**REQUEST FOR ADMISSION NO. 24**:

Admit that Defendant MART paid vendors every two weeks to transport its clients to non-emergency trips.

**RESPONSE NO. 24:**

Admitted that MART vendors were paid every two weeks for trips performed transporting MassHealth members to non-emergency medical appointments. Defendant denies the remaining allegations contained in Request No. 24.

**REQUEST FOR ADMISSION NO. 25**:

Admit that defendants MART or its agents or employees left prerecorded messages on Plaintiff's answering service.

**RESPONSE NO. 25:**

Admitted that at times MART employees left voicemails for Plaintiff as the Dispatcher/Manager of CCRD, Inc. Defendant denies the remaining allegations contained in Request No. 25.

**REQUEST FOR ADMISSION NO. 26**:

Admit that defendant MART employee Aliceson Hill signed Plaintiff's certified return green receipt (USPS Form 3811, Domestic Return Receipt) on February 17, 2017.

**RESPONSE NO. 26:**

Admitted that on information and belief Aliceson Hill's signature appears on a certified return receipt card dated February 17, 2017. Plaintiff has not attached the so-called green card hereto.

**REQUEST FOR ADMISSION NO. 27:**

Admit that defendant MART employee Kathleen Marean signed plaintiffs certified return green receipt (USPS Form 3811, Domestic Return Receipt) on March 15, 2018.

**RESPONSE NO. 27:**

Admitted that on information and believe Kathleen Marean's signature appears on a certified return receipt card dated March 15, 2018. Plaintiff has not attached the so-called green card hereto.

**REQUEST FOR ADMISSION NO. 28:**

Admit that defendant MART employee Aliceson Hill signed Plaintiff's revocation letter sent by certified return green receipt (USPS Form 3811, Domestic Return Receipt) on February 17, 2017.

**RESPONSE NO. 28:**

Admitted that on information and belief Aliceson Hill's signature appears on a certified return receipt card dated February 17, 2017. Defendant does not have information or knowledge sufficient to form a belief as to what was in the envelope for which Ms. Hill signed the certified receipt card, whether Ms. Hill opened the envelope, or signed the letter that was contained therein, which allegations are therefore denied.

**REQUEST FOR ADMISSION NO. 29:**

Admit that defendant MART employee Kathleen Marean signed Plaintiff's revocation letter sent by certified return green receipt (USPS Form 3811, Domestic Return Receipt) on March 15, 2018.

**RESPONSE NO. 29:**

Admitted that on information and belief Kathleen Marean's signature appears on a certified return receipt card dated March 15, 2018. Defendant does not have information or knowledge sufficient to form a belief as to what was in the envelope for which Ms. Marean signed the certified receipt card, whether Kathleen Marean opened the envelope, or signed the letter contained therein, which allegations are therefore denied.

**REQUEST FOR ADMISSION NO. 30:**

Admit that two or more transportation vendors listed on Your Brokerage Vendor registry are covered under the same commercial vehicle liability insurance policy.

**RESPONSE NO. 30:**

Denied.

**REQUEST FOR ADMISSION NO. 31:**

Admit that two or more transportation vendors listed on Your Brokerage Vendor registry share the same workers' compensation insurance policy. Telephone number, address, owners, the same physical vehicles or fleets for MART transport services and managers.

**RESPONSE NO. 31:**

Denied.

Signed under the penalties of perjury this 14 day of July 2026.

Stephen Oldfield, Administrator
Montachusett Regional Transit Authority

**As to objections:**

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT AUTHORITY et al.,
By their attorneys,

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: July 16, 2026

1043276/37800/0006

CERTIFICATE OF SERVICE

I, Deborah I. Ecker, hereby certify that on the below date, I served a copy of the foregoing *Defendant Montachusett Regional Transit Authority Responses to Plaintiff's Request for Admissions to Defendant Montachusett Regional Transit Authority*, by first class mail, postage prepaid, to the following:

Mr. Paul Jones
79 Thompson Street
Springfield, MA 01109
pj22765@gmail.com

Dated: July 16, 2026

Deborah I. Ecker, Esq.

# EXIHBIT 10

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:19-cv-11093-MRG
(combined with Case No. 1:20-cv-12076)

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,

Defendants

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al. ANSWER TO PLAINTIFF'S INTERROGATORIES

## DEFINITIONS AND INSTRUCTIONS

Defendant Montachusett Regional Transit Authority ("MART") objects to the Definitions and Instructions contained in Plaintiff's Interrogatories to MART to the extent that they seek to alter the applicable rules of civil procedure. Defendant further objects on the grounds that the requests appear to seek to have MART answer the interrogatories on behalf of the individual defendants, which is not proper. MART is responding to these Interrogatories on behalf of MART.

## INTERROGATORY

**INTERROGATORY NO. 1:**

Describe the exact date, nature, and outcome of any disciplinary action, demotion, suspension, or alteration of job responsibilities implemented by MART against Karen Cordio , Ivan Roman, Michell Moyo, Crystal Geisert following there demotion or when they resigned from MART.

**ANSWER NO. 1:**

Objection. Defendant objects to this request on the grounds that it seeks information not relevant to Plaintiff's Complaint and not reasonably likely to lead to the discovery of admissible

evidence at trial. Defendant further objects to this interrogatory on the grounds that it assumes a fact that Defendant denies, specifically, that Karen Cordio, Ivan Roman, Michelle Moyo and Crystal Geisert were demoted or that any alleged demotion or job action had anything whatsoever to do with Plaintiff.

**INTERROGATORY NO. 2:**

Describe how Rebecca Badgley investigated Paul Jones Complaint for Discrimination and Retaliation against MART and its employees.

**ANSWER NO. 2:**

Ms. Badgley had been communicating with Plaintiff, responding to his questions and investigating concerns raised by him. When she responded to the allegations in Plaintiff's complaint, Ms. Badgley reviewed information available to her from the Vendor Portal to address the concerns raised. Defendant refers Plaintiff to Ms. Badgley's response to Plaintiff's complaint, produced as Exhibit 1 to Defendant's Response to Plaintiff's Request for Production of Documents.

**INTERROGATORY NO. 3:**

Identify every internal complaint or formal legal charge of discrimination, harassment, or retaliation made against Karen Cordio, Ivan Roman, Michelle Moyo and Crystal Geisert by any MART employee or subcontractor Vendors during your tenure at MART, including the name of the complainant, the date of the complaint, and how the matter was resolved.

**ANSWER NO. 3:**

Objection. Defendant objects to this interrogatory on the grounds that it seeks information not relevant to the subject matter of this action and which is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this or any other objection, Defendant responds to this interrogatory as follows:

Defendant is aware that Karen Cordio was named as a Defendant in the matter of *Susan J. Trainor v. Montachusett Regional Transit Authority et a., United States District Court C.A.* No. 4:12-cv-40022. The case was dismissed in February 2013.

**INTERROGATORY NO. 4:**

Identify by corporate name, DBA, and vendor identification number every transportation Vendor that has a contract with MART that shares the same physical or business address, owner. Manager, telephone number, or office facility with another registered MART vendor.

**ANSWER NO. 4:**

Objection. Defendant objects to this interrogatory on the grounds that it seeks information not relevant to the subject matter of this action, and which is not reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 5:**

State the full names, addresses, and corporate titles of all individuals who hold an ownership interest, principal status, or management role in more than two transportation companies contracted with MART.

**ANSWER NO. 5:**

Objection. Defendant objects to this interrogatory on the grounds that it seeks information not relevant to the subject matter of this action, and which is not reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 6:**

Identify all instances where multiple transportation vendors utilize the same employees, drivers, or dispatchers, and explain how hours worked and split payroll distributions are tracked between the companies.

**ANSWER NO. 6:**

Objection. Defendant objects to this interrogatory on the grounds that it seeks information not relevant to the subject matter of this action, and which is not reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 7:**

Explain the process by which MART reviews, audits, or tracks overlapping operational infrastructure among vendors, including shared vehicle fleets, common dispatch software, or joint garage facilities.

**ANSWER NO. 7:**

Objection. Defendant objects to this interrogatory on the grounds that it seeks information not relevant to the subject matter of this action, and which is not reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 8:**

Identify by policy number, insurance carrier and agency, and named insureds every instance where multiple registered vendors are listed under a single, shared, or joint commercial vehicle liability and workers' compensation, and general liability insurance policy.

**ANSWER NO. 8:**

Objection. Defendant objects to this interrogatory on the grounds that it seeks information not relevant to the subject matter of this action, and which is not reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 9:**

Identify by name, job title, and current employment status all other MART transportation vendors or subcontractors who were trained on the Vendor Portal system inside Karen Cordio's private office during the calendar years 2015 through 2018.

**ANSWER NO. 9:**

Defendant is not aware of any other Vendor other than CCRD. Inc. that received multiple trainings on the Vendor Portal or who received individualized training provided to Plaintiff on the use of the Vendor Portal system.

**INTERROGATORY NO. 10:**

Identify by corporate name any Transportation vendor or subcontractor that had a contract with MARTS Brokerage Department transporting MARTS clients to nonemergency appointments for money.

**ANSWER NO. 10:**

Objection. Defendant objects to this interrogatory on the grounds that it is overbroad and not properly limited as to time. Without waiving this or any other objection, Defendant responds to this request as follows:

Defendant refers Plaintiff to MART's Vendor List attached hereto as **Exhibit 1**.

**INTERROGATORY NO.11:**

name any other Vendor names besides CCRD Inc. that had their Vendor Portal restricted or marked as blocked between July 1, 2015, to June 1, 2026.

**ANSWER NO. 11:**

Objection. Defendant objects to this interrogatory on the grounds that it assumes a fact which Defendant denies, namely that CCRD, Inc had its Vendor Portal restricted or blocked from July 1, 2015 to June 1, 2026. Without waiving this or any other objection, Defendant answers this interrogatory as follows:

Other Vendors have had issues with their respective Vendor Portals over the years. Once notified MART has assisted the Vendor with the issue as it did with Plaintiff.

**INTERROGATORY NO. 12:**

All ownership and control disclosure forms, and beneficial ownership filings submitted to MART, MassHealth and Medicaid authorities by each provider listed in Request for Production No. 1.

**ANSWER NO. 12**

Objection. Defendant objects to this interrogatory on the grounds that it is overbroad, unduly burdensome and not properly limited as to time. Defendant further objects to this interrogatory on the grounds that it seeks documents not relevant to the subject matter of this action, and which are not reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO.13:**

Describe in detail the process by which you claim to have obtained consent from the plaintiff Paul Jones to call his cell phone, including the specific date, time, and location.

**ANSWER NO. 13:**

Plaintiff provided MART with his cellphone number for use when he executed the Vendor Agreement between MART and CCRD, Inc. and included his cellphone number for use to contact him as Dispatcher for CCRD, Inc. in the Vendor Portal. Plaintiff never changed CCRD's contact number for use by MART in the Vendor Portal. Plaintiff emailed Rebecca Badgley, Tamara Shumovskaya, Jessica Torres and Amanda Kukta on June 20, 2019, asking that MART only call CCRD, Inc. on the office number. Stephanie Richards responded to the email asking if one of the phone numbers provided by Plaintiff was for the IVR and one for the regular calls. Defendant refers Plaintiff to documents produced as **Exhibit 2** to Defendant's Response to Plaintiff's Request for Production of Documents. Prior to June 20, 2019, Plaintiff continued to communicate with MART employees about trips assigned through the IVR system, and not being assigned enough of them. In those emails, Plaintiff never requested that

those employees not call his cell phone number and up and until June 20, 2019, Plaintiff continued to accept trips from MART's IVR System using his cell phone.

**INTERROGATORY NO. 14:**

State whether the alleged consent from Paul Jones to Call his cell phone was obtained verbally or in writing.

**ANSWER NO. 14:**

Defendant refers Plaintiff to Answer No. 13 above.

**INTERROGATORY NO. 15:**

If you contend that the plaintiff provided "prior express consent" rather than "prior express written consent," identify the factual basis for that contention and state what specific evidence exists to support it.

**ANSWER NO. 15:**

Objection. Defendant objects to this interrogatory on the grounds that the Defendant does not know what Plaintiff means when he compares "prior express consent" to "prior express written consent." Without waiving this or any other objection, Defendant responds to this interrogatory as follows:

Defendant refers Plaintiff to Answer No. 13 above.

**INTERROGATORY NO. 16:**

Explain what MARTS attorney meant when she stated "In response to the summary judgment, he has now sent us the signed certified receipts. The individuals who accepted them were accounts receivable".

**ANSWER NO. 16:**

Objection. Defendant objects to this interrogatory on the grounds that it seeks information subject to the attorney client privilege.

**INTERROGATORY NO. 17:**

State whether you have ever received any notice or communication from the plaintiff requesting to be removed from your calling list, and describe the actions taken in response to such notice.

**ANSWER NO. 17:**

MART did not receive notice from Plaintiff that he wanted CCRD, Inc. to be removed as a Vendor and not to be called by MART to offer CCRD trips.

**INTERROGATORY NO. 18:**

Explain who signed for Plaintiff certified Return receipt green cards on **February 17, 2017, and March 15, 2018.**

**ANSWER NO. 18:**

From the return receipt cards provided by Plaintiff with his Opposition to Defendants' Motion for Summary Judgment, it appears that two employees in MART's Accounts Receivable Department signed the cards on February 17, 2017 and March 15, 2018 respectively.

**INTERROGATORY NO. 19:**

Explain why was CCRD INC. Pay late a week on at least 5 or more occasions and that money was never reimbursed.

**ANSWER NO. 18:**

Objection. Defendant objects to this interrogatory on the grounds that it assumes a fact to which Defendant denies, namely that CCRD, Inc. was paid late and that CCRD, Inc. was not paid for services rendered.

**INTERROGATORY NO. 20:**

Explain who created the prerecorded script messages that was left on plaintiffs cell phone 617-939-5417.

**ANSWER NO. 20:**

The messages left for Plaintiff as Dispatcher for CCRD. Inc. on his cell phone from the IVR system were not "prerecorded scripts." Instead. an artificial voice created by the software program would contact Plaintiff to offer CCRD. Inc. trips and each call was specific to the trip being offered.

Signed under the penalties of perjury this 14 day of July 2026.

Stephen Oldfiled. Administrator
Montachusett Regional Transit Authority

**As to objections:**

DEFENDANT,
MONTACHUSETT REGIONAL TRANSIT AUTHORITY
By its attorneys,

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law. P.C.
101 Arch Street. 12th Floor
Boston. MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: July 16 . 2026

1040893/37800/0006

CERTIFICATE OF SERVICE

I, Deborah I. Ecker, hereby certify that on the below date, I served a copy of the foregoing *Montachusett Regional Transit Authority, et al. Answer to Plaintiff's Interrogatories*, by first class mail, postage prepaid, to the following:

Mr. Paul Jones
79 Thompson Street
Springfield, MA 01109
pj22765@gmail.com

Dated: July 16, 2026

Deborah I. Ecker, Esq.

# EXIHBIT 11

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No. 120-cv-12076)

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, Et Al.,

Defendants

DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD SET OF ADMISSIONS

## INSTRUCTIONS AND DEFINITIONS

Defendant Montachusett Regional Transit Authority ("MART" or "Defendant") objects to the instructions and definitions contained in Plaintiff's Third Set of Requests for Admissions to the extent that they seek to alter or amend the applicable rules of civil procedure. Without waiving these or any other objections, Defendant responds to these requests as follows:

## REQUESTS FOR ADMISSION

1. Admit that the audio file attached to this discovery request as Exhibit A is an accurate and complete recording of the prerecorded messages sent by the defendant MART IVR System to Plaintiff cell phone 617-939-5417.

**RESPONSE NO. 1**

Defendant cannot admit or deny the allegations contained in Request No. 1 because there is no Exhibit A attached to Plaintiff's Third Set of Admissions, Interrogatories and Requests for Production of Documents to Defendant Montachusett Regional Transit Authority.

2. Admit that these prerecorded messages attached to this discovery request was left on Plaintiff Paul Jones's cellular telephone number, 617-939-5417.

**RESPONSE NO. 2**

Defendant cannot admit or deny the allegations contained in Request No. 2 because there is no Exhibit A attached to Plaintiff's Third Set of Admissions, Interrogatories and Requests for Production of Documents to Defendant Montachusett Regional Transit Authority.

3. Admit that the defendant MART caused the prerecorded messages attached as Exhibit A to be transmitted to the telephone number 617-939-5417.

**RESPONSE NO. 3**

Defendant cannot admit or deny the allegations contained in Request No. 3 because there is no Exhibit A attached to Plaintiff's Third Set of Admissions, Interrogatories and Requests for Production of Documents to Defendant Montachusett Regional Transit Authority.

4. Admit that no live operator was on the line when the call connected to telephone number 617-939-5417 and that the communication consisted entirely of an automated prerecorded voice message.

**RESPONSE NO. 4**

Admitted that MART's IVR system called Plaintiff's cellphone number to offer CCRD, Inc. trips. Denied that communications with Plaintiff on his cellphone were entirely done using an automated voice and denied that MART left prerecorded messages on Plaintiff's cellphone.

5. Admit that the Exhibit A messages states that the call is coming from Defendant Montachusett Regional Transit Authority (MART).

**RESPONSE NO. 5**

Defendant cannot admit or deny the allegations contained in Request No. 5 because there is no Exhibit A attached to Plaintiff's Third Set of Admissions, Interrogatories and Requests for Production of Documents to Defendant Montachusett Regional Transit Authority. Defendant admits that when Plaintiff was called by the IVR system an artificial voice would state that the call was from MART.

6. Admit that the Exhibit A messages are self-identifying that the prerecorded message was from Montachusett Regional Transit Authority (MART).

**RESPONSE NO. 6**

Defendant cannot admit or deny the allegations contained in Request No. 6 because there is no Exhibit A attached to Plaintiff's Third Set of Admissions, Interrogatories and Requests for Production of Documents to Defendant Montachusett Regional Transit Authority and because the request is not clear as to what is meant by "self-identifying." Denied that MART left "prerecorded" messages on Plaintiff's cellphone.

7. Admit that Exhibit A messages were created by Montachusett Regional Transit Authority (MART).

**RESPONSE NO. 7**

Defendant cannot admit or deny the allegations contained in Request No. 7 because there is no Exhibit A attached to Plaintiff's Third Set of Admissions, Interrogatories and Requests for Production of Documents to Defendant Montachusett Regional Transit Authority.

8. Admit that the audio file attached to this discovery request as Exhibit A is an accurate recordings of the prerecorded message left by the defendant.

**RESPONSE NO. 8**

Defendant cannot admit or deny the allegations contained in Request No. 8 because there is no Exhibit A attached to Plaintiff's Third Set of Admissions, Interrogatories and Requests for Production of Documents to Defendant Montachusett Regional Transit Authority. Denied that MART left "prerecorded" messages on Plaintiff's cellphone.

9. Admit that defendant MART has no written Consent of Plaintiff Paul Jones giving his consent to be called by MARTS IVR System or to leave prerecorded messages on plaintiff cell phone.

**RESPONSE NO. 9**

Denied.

10. Admit that plaintiff never was asked by MART for consent to call his cell phone number 617-030-5417.

**RESPONSE NO. 10**

Denied because when MART requested that Plaintiff as dispatcher for CCRD, Inc. provide telephone number(s) for MART to contact him, Plaintiff provided his cellphone number to MART. Admitted to the extent that MART did not specifically in words ask Plaintiff for consent to call his cell phone number because Plaintiff provided the number to MART for MART to call.

11. Admit that MART has no CONSENT form that plaintiff giving defendant MART to place any calls to Plaintiff cell phone number 617-939-5417.

**RESPONSE NO. 11**

Admitted to the extent that MART does not have a consent form it asks Vendors to sign to be allowed to call a Vendor's cell phone.

12. Admit that MART no such thing as a CONSENT form to allow them to place calls to a cellular telephone.

**RESPONSE NO. 12**

Admitted that MART does not have a consent form which it asks Vendors to sign to be allowed to call a Vendor's cellphone Instead, MART has Vendors provide the telephone numbers the Vendor wants MART to call to offer the Vendor trips.

13. Admit the work consent is not in MART vendor contract that Plaintiff signed on behalf of CCRD INC.

**RESPONSE NO. 13**

Plaintiff does not attach a copy of the Vendor Contract he references in Request No. 13. Vendor Contracts are documents that speak for themselves. To the extent that the allegations contained in Request No. 13 differ from the vendor contract the allegations are denied.

*{signatures on next page}*

Signed under the penalties of perjury this 05 day of August 2026.

Stephen Oldfield, Administrator
Montachusett Regional Transit Authority

**As to objections**:

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT AUTHORITY et al.,
By their attorneys,

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: August 5, 2026

4897-8624-4801/37800/0006

CERTIFICATE OF SERVICE

I, Deborah I. Ecker, hereby certify that on the below date, I served a copy of the foregoing *Defendant's Response to Plaintiff's Third Set of Admissions*, by email to the following:

Mr. Paul Jones
79 Thompson Street
Springfield, MA 01109
pj22765@gmail.com

Dated: August 5, 2026

Deborah I. Ecker, Esq.

# EXIHBIT 12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No. 120-cv-12076)

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, Et Al.,

Defendants

DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD SET OF INTERROGATORIES

**INSTRUCTIONS AND DEFINITIONS**

Defendant Montachusett Regional Transit Authority ("MART" or "Defendant") objects to the instructions and definitions contained in Plaintiff's Third Set of Interrogatories to the extent that they seek to alter of amend the applicable rules of civil procedure. Without waiving this or any other objection, Defendant responds to the interrogatories as follows:

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

Describe in complete detail why prerecorded messages were sent to plaintiff cell phone 617-939-5417.

**ANSWER NO. 1**

No "prerecorded" messages were left on Plaintiff's cellphone. The IVR system called Plaintiff's cellphone up and until June 20, 2019 to offer Plaintiff as dispatcher of CCRD, Inc. trips.

**INTERROGATORY NO. 2:**

State the number of times MART placed a Prerecorded call and a live call to plaintiff cell phone from 2016 through June 25, 2026.

**ANSWER NO. 2**

Defendant did not make "prerecorded" calls to Plaintiff's cell phone. The IVR system using an artificial voice, called Plaintiff's cell phone up and until June 20, 2019 to offer Plaintiff as dispatcher for CCRD, Inc. trips. Defendant does not know how many times MART called Plaintiff's cellphone either by a MART employee or using the IVR system and has no documents that would reflect the number of calls made to Plaintiff's cell phone.

**INTERROGATORY NO. 3:**

Identify all policies, procedures, and protocols maintained by you regarding compliance with the Telephone Consumer Protection Act and internal Do Not Call lists during the Relevant Period.

**ANSWER NO. 3**

MART does not have any polices regarding the Telephone Consumer Protection Act. MART does not know what Plaintiff means by "Do Not Call lists" referenced in Interrogatory No. 3 so cannot fairly answer that part of the interrogatory.

**INTERROGATORY NO. 4:**

Explain when and who created MARTS CONSENT Form to allow MART to place calls to numbers on the Massachusetts and National Do Not Call Registry.

**ANSWER NO. 4**

MART does not place calls to numbers on the Massachusetts and National Do Not Call Registry. Instead, MART calls its Vendors on telephone numbers provided by the Vendors to offer the Vendors trips.

**INTERROGATORY NO. 5:**

Explain why was any of the named Defendants Demoted and or Disciplined regarding Plaintiff and CCRD INC complaints about the named defendants.

**ANSWER NO. 5**

None of the named Defendants were demoted or disciplined because of Plaintiffs Paul Jones or CCRD, Inc.'s complaints or for anything to do with Plaintiffs Paul Jones or CCRD, Inc.

**INTERROGATORY NO. 6:**

Explain the procedure how plaintiff or CCRD INC could add or remove a telephone number from the Vendor Portal.

**ANSWER NO. 6**

In 2016, vendors such as Plaintiff, could communicate with the Division of Medical Assistance through the email address/email box set-up by MART and through which the vendor could relay a phone number change to MART. MART has evolved and a vendor has since been able to use the vendor management system – a portal to change their information.

**INTERROGATORY NO. 7:**

Explain the reason why Ivan Roman, Karen Cordio, Crystal Geisert , Rebecca Badgley and other named defendants are not working at MART or quit, Resigned or was fired.

**ANSWER NO. 7**

Objection. Defendant objects to this interrogatory on the grounds that it seeks information not relevant to the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these or any other objections, Defendant responds to this interrogatory as follows.

Ivan Roman, Karen Cordio, Crystal Geisert and Rebecca Badgley's departure from their employment with MART had nothing to do with Plaintiffs Paul Jones or CCRD, Inc.'s vendor capacity distribution.

**INTERROGATORY NO. 8:**

Explain what this email states in detail "Vendors are not authorized to make changes to the Vendor Capacity or the Vendor Capacity Distribution. That is only for MART staff because we make adjustments based on the information that a vendor provides with regard to the number of employees and vehicles they have. We do not want vendors setting themselves at capacities that are well above what they are realistically able to accommodate. No vendor has access to adjust their capacity".

**ANSWER NO. 8**

The statement is clear and speaks for itself. Vendors provide information regarding the number of employees and vehicles which MART uses to make adjustments to vendor capacity and vendor capacity distribution..

**INTERROGATORY NO. 9:**

Explain what this statement means in detail it came from a named defendants "If you wish to change your hours of operation, you will need to fill out the attached form and submit it back to MART".

**ANSWER NO. 9**

The statement is clear and speaks for itself. In 2019, to change normal business hours of operation, Vendors could submit a form to MART with the information. Vendors were required to notify MART via email of any changes to their hours of operation or any holiday closures that would impact their normal business hours.

**INTERROGATORY NO. 10:**

Explain all insurance policy by name, address and telephone number and amount MART had in place to cover MART and the named defendants if Plaintiff or CCRD INC sued them for MGL 151B (4)(4), 4)4a), Infliction emotional distress and the Telephone Consumer Practices Act.

**ANSWER NO. 10**

There is no insurance policy providing coverage for any and all of the claims brought by Plaintiff in this action.

Signed under the penalties of perjury this 05 day of August 2026.

Stephen Oldfield, Administrator
Montachusett Regional Transit Authority

**As to objections:**

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT AUTHORITY et al.,
By their attorneys,

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.

101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: August 5, 2026

4897-8624-4801/37800/0006

CERTIFICATE OF SERVICE

I, Deborah I. Ecker, hereby certify that on the below date, I served a copy of the foregoing *Defendant's Response to Plaintiff's Third Set of Interrogatories*, by email to the following:

Mr. Paul Jones
79 Thompson Street
Springfield, MA 01109
pj22765@gmail.com

Dated: ~~July 28, 2026~~ August 5, 2026

Deborah I. Ecker, Esq.

# EXIHBIT 13

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No. 120-cv-12076)

| | |
|---|---|
| PAUL JONES,<br><br>Plaintiff<br><br>v.<br><br>MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,<br><br>Defendants | DEFENDANT TAMARA SHUMOVSKAYA'S RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSIONS |

## DEFINITIONS AND INSTRUCTIONS

Defendant Tamara Shumovskaya ("Defendant") objects to the instructions and definitions contained in Plaintiff's Request for Admissions to the extent that they seek to alter or amend the applicable rules of federal procedure. Without waiving this or any other objection, Defendant responds to the requests for admissions as follows:

## REQUESTS FOR ADMISSIONS

**REQUEST 1**

**Admit** that from December 1, 2016, you and your staff in the Scheduling department was responsible for uploading plaintiff cell number 617-939-5417 in the MART IVR telephone system so that Plaintiff could receive calls from MART on his cell phone 617939-5417 all times of the day from December 10, 2017, to June 30, 2020.

**RESPONSE NO. 1**

Denied.

**REQUEST 2**

Admit that MARTS IVR System could not determine if CCRD INC. was the next lowest bidder for trips in the MART scheduling department.

**RESPONSE NO. 2**

Objection. Defendant cannot fairly respond to this request because Defendant does not understand the request. Plaintiff appears to be conflating the trips offered by the Scheduling Department with those offered to Vendors by the IVR system. Because Defendant does not understand the request, the allegations contained in Request No. 2 are denied.

**REQUEST 3**

Admit that MARTS IVR system skipped over CCRD INC as the lowest bidder.

**RESPONSE NO. 3**

Denied. In further answering, Defendant states that the Scheduling Department is not responsible for the IVR program itself or establishing its business rules. The IVR system is an automated program that runs behind the scenes. The Scheduling Department just observes the total number of trips being covered by the IVR system, which number is constantly changing, to make sure the program is working.

**REQUEST 4:**

**Admit** that during your employment with MART, you and your staff in the scheduling department were aware the IVR system delivered an artificial computerized or prerecorded voice message to Plaintiffs cellular telephone number 617-939-5417.

**RESPONSE NO. 4**

Denied.

**REQUEST 5**

**Admit** that Defendant MART used its IVR system to deliver an artificial computerized or prerecorded voice message to Plaintiff's telephone number (617) 939-5417 at different time of the day.

**RESPONSE NO. 5**

Denied.

**REQUEST 6**

**Admit** that Paul Jones sent emails directly to your email address to (tamara.shumovskaya@mrta.us) asking you to stop placing an artificial computerized or prerecorded voice message or calls to Plaintiffs cell phone (617) 939-5417 because he was driving.

**RESPONSE NO. 6**

Denied.

**REQUEST 7**

**Admit** that after Paul Jones asked that no calls be sent to his telephone number (617) 939-5417, MART continued to send artificial computerized or prerecorded voice messages to plaintiff cell phone.

**RESPONSE NO. 7**

Denied.

**REQUEST 8**

**Admit** that MART IVR system determined when to place calls to plaintiff cell phone 617-939-5417.

**RESPONSE NO. 8**

Denied.

**REQUEST 9**

**Admit** that you are not aware of any document in MART's possession signed by Plaintiff that provides prior express written consent or prior express consent for MART to call plaintiff cell phone with MARTS IVR telephone system or to leave an artificial computerized or prerecorded voice message on Plaintiff cell phone number (617) 9395417.

**RESPONSE NO. 9**

Denied. All vendors, including CCRD, Inc. provide the telephone numbers to MART that they want MART to use to contact them to offer them trips.

**REQUEST 10**

**Admit** that you never reviewed any signed consent form from Plaintiff to MART giving consent to call his cell phone number (617) 939-5417, at all including with an artificial computerized or prerecorded voice message or MARTS IVR System.

**RESPONSE NO. 10**

Denied. All Vendors, including CCRD, Inc. provide the telephone numbers to MART that they want MART to use to contact them to offer them trips.

**REQUEST 11**

**Admit** that you could have stopped all prerecorded calls to Paul Jones's cell phone (617) 939-5417 telephone number by programming MARTS IVR system not to call plaintiffs cell number at certain times of the day.

**RESPONSE NO. 11**

Denied. In further answering Defendant states that MART never sent Plaintiff "prerecorded calls" to his cell phone number. The information regarding what telephone number to use and hours of operation of CCRD, Inc. were provided by Plaintiff to MART.

**REQUEST 12**

**Admit** that on December 17, 2019, and December 19, 2019, MART IVR system initiated calls from (978) 252-0019 to Plaintiff's number (617) 939-5417 **PRIOR** to 8:00 AM EST.

**RESPONSE NO. 12**

Denied.

**REQUEST 13**

**Admit** that MART's IVR system was programmed to start initiating calls from (978) 252-0019 to Plaintiff's number (617) 939-5417 **AFTER** 8:00 AM.

**RESPONSE NO. 13**

Denied.

**REQUEST 14**

**Admit** that from November 1, 2016, through June 20, 2019, MART's IVR system initiated more than 9,000 artificial computerized or prerecorded voice messages to Plaintiff cell phone number (617) 939-5417.

**RESPONSE NO. 14**

Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Request No. 14 which allegations are denied.

**REQUEST 15**

**Admit** that from January 1, 2017, through June 10, 2019, you and or your team in the scheduling department upload Plaintiff cell number 617-939-5417 to MARTS IVR System and the IVR System decided when to place calls to Plaintiff cell phone number 617-9395417.

**RESPONSE NO. 15**

Denied.

**REQUEST 16**

**Admit** that MARTS IVR System could not determine when to call plaintiffs telephone number without human programming it to make certain calls at certain times.

**RESPONSE NO. 16**

Defendant cannot fairly respond to Request No. 14 because it is unintelligible. The IVR system contacts Vendors to offer trips based on Vendors' rates.

**REQUEST 17**

**Admit** that during your tenure as a supervisor at MART scheduling department, you were aware plaintiff filed at least two complaint in the year of 2017.

**RESPONSE NO. 17**

Denied.

**REQUEST 18**

**Admit** that you treated plaintiff and CCRD INC differently to Worcester Transportation Inc., and VLAD Transportation Inc., and other transportation company's owned by Ukrainian vendors.

**RESPONSE NO. 18**

Denied.

**REQUEST 19**

**Admit** that you favored Ukrainian vendors over Paul Jones and CCRD INC.

**RESPONSE NO. 19**

Denied.

**REQUEST 20**

**Admit** that you were instructed not to answer any of plaintiffs emails sent on behalf of CCRD INC. by Rebecca Badgley.

**RESPONSE NO 20**

Denied.

**REQUEST 21**

**Admit** that the attached artificial computerized prerecorded voice message came from MARTS IVR System to Plaintiff cell Phone.

**RESPONSE NO. 21**

Denied. Defendant cannot respond to Request No. 19 because there is no attachment to this request.

**REQUEST 22**

**Admit** that Jessica Torres added trips to CCRD INC vendor Portal without plaintiff knowledge or agreement to accept the trip.

**RESPONSE NO. 22**

Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Request No. 22, which allegations are therefore denied.

**REQUEST 23**

**Admit** that you were aware after 2018 the plaintiff did not want MART to call his cell phone.

**RESPONSE NO. 23**

Denied.

**REQUEST 24**

**Admit** that MART demoted Karen for retaliating and or discriminating against Plaintiff and or CCRD INC.

**RESPONSE NO. 24**

Denied.

**REQUEST 25**

**Admit** that CCRD INC. workload was reduced after Karen Cordio was demoted or resigned from MART.

**RESPONSE NO. 25**

Objection. Defendant objects to this request on the grounds that it assumes facts, which Defendant denies, namely that the number of trips offered to CCRD, Inc. was reduced and that the number of trips offered to CCRD, Inc. had anything to do with Ms. Cordio's leaving her employment with MART. Without waiving this or any other objections, Defendant responds to this request as follows:

Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Request No. 25 because Defendant does not know the volume of trips offered to Plaintiff before or after Ms. Cordio left her employment with MART.

**REQUEST 26**

**Admit** that marts IVR System kept calling Plaintiffs cell phone number 617-939-5417after you was served plaintiff federal amended complaint in 2019.

**RESPONSE NO. 26**

Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Request No 26. I am aware that when Plaintiff

emailed me and other MART employees on June 20, 2019 requesting that MART call CCRD, Inc.'s office number only, that Plaintiff's cellphone was not used by the IVR system to contact him. I believe that I was notified about Plaintiff's Complaint in July 2019, but I am not certain.

**REQUEST 27**

Admit that mart had no do not call policy in writing between January 1,2016 and June 30, 2020.

**RESPONSE NO. 27**

Admitted.

**REQUEST 28**

Admit that before June 20, 2020, you never heard that MART needed consent to place artificial computerized or prerecorded voice messages to Plaintiffs cell phone 617-939-5417.

**RESPONSE NO. 28**

Objection. Defendant objects to this request on the grounds that it assumes a fact which Defendant denies, namely that MART left prerecorded voice messages on Plaintiff's cell phone, which allegations are therefore denied. Without waiving this or any other objection, Defendant responds to this request as follows:

MART's IVR system contacted Plaintiff as dispatcher for CCRD, Inc. using his cellphone which is the telephone number Plaintiff provided to MART for use. After Plaintiff sent an email to me and other MART employees on June 20, 2019, requesting that MART use CCRD, Inc.'s office number only, the IVR system did not contact Plaintiff on his cell phone.

**REQUEST 29**

Admit that Jessica Torres retaliated against that plaintiff Paul Jones by adding trips to CCRD INC. schedule to sabotage CCRD INCs. schedule so CCRD INCs drivers could be

late and receive a fine, at least one time after plaintiff filed his Title VI complaint and Karen Cordio Resigned from MART.

**RESPONSE NO. 29**

Denied.

**REQUEST 30**

Admit that Rebecca Badgley told you to reduce CCRD INC. workload after Karen Cordio resigned or was demoted at MART.

**RESPONSE NO. 30**

Denied.

**REQUEST 31**

Admit that plaintiff sent you and other mart employees his federal lawsuit by email in June of 2019 before the Sheriff served you the Federal lawsuit.

**RESPONSE NO. 31**

I do not recall when or if Plaintiff served me with his federal court Complaint by email. I believe that the federal court Complaint was served on MART by the Sheriff on July 23, 2019.

**REQUEST 32**

Admit that the Sheriff's department served you plaintiffs lawsuit in June or July of 2019.

**RESPONSE NO. 32**

Admitted that the federal court Complaint was served on MART by the Sheriff on July 23, 2019.

**REQUEST 33**

Admit that after you received plaintiff lawsuit that named you as a defendant you were upset with Plaintiff and CCRD INC.

**RESPONSE NO. 33**

Denied.

**REQUEST 34**

Admit that you have sent over $100,000 (Dollars) back to Ukraine were you are from since 2016.

**RESPONSE NO. 34**

Objection. Defendant objects to this request on the grounds that it is not relevant to the subject matter of this action and which is not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST 35**

Admit that you have set up over 10 vendor transportation companies that have contracts with MART Brokerage department which takes away from CCRD INC trips offered by MART.

**RESPONSE NO. 36**

Denied.

**REQUEST 37**

Admit that your husband and or boyfriend has a Transportation company that has a contract with MART.

**RESPONSE NO. 37**

Denied.

**REQUEST 38**

Admit that you have family members that owns transportation companies that has a contract with MART between January 1, 2015 – June 30, 2020.

**RESPONSE NO. 38**

Denied.

Signed under the penalties of perjury this 7th day of August 2026.

T. Shumovskaya
Tamara Shumovskaya

**As to objections:**

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT AUTHORITY et al.,
By their attorneys,

Deborah I Ecker
Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: August 7, 2026

4915-4550-6755/37800/0006

CERTIFICATE OF SERVICE

I, Deborah I. Ecker, hereby certify that on the below date, I served a copy of the foregoing *Defendant Tamara Shumovskaya's Response to Plaintiff's Requests for Admissions*, by email to the following:

Mr. Paul Jones
79 Thompson Street
Springfield, MA 01109
pj22765@gmail.com

Dated: August 7, 2026

Deborah I Ecker
Deborah I. Ecker, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No. 120-cv-12076)

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,

Defendants

DEFENDANT TAMARA SHUMOVSKAYA'S RESPONSE TO PLAINTIFF'S INTERROGATORIES

**INSTRUCTIONS AND DEFINITIONS**

Defendant, Tamara Shumovskaya ("Defendant") objects to the instructions and definitions contained in Plaintiff's Interrogatories, to the extent that they seek to alter or amend the applicable rules of civil procedure. Without waiving these or any other objections, Defendant responds to this request as follows:

**INTERROGATORY NO. 1**

Describe your job title, duties, and responsibilities at MART Scheduling Department regarding uploading the list of vendor for MARTS IVR System to call the vendors the next day from 2015 to 2020.

**ANSWER NO. 1**

The Scheduling Department does not upload the list of vendors to MART's IVR system.

**INTERROGATORY NO. 2**

Identify all individuals you reported to at MART regarding the oversight, approval, of programing MARTS IVR System to send out artificial computerized or prerecorded voice messages from 2015-June 30, 2020, to the lowest vendor.

**ANSWER NO. 2**

The Scheduling Department is not responsible for overseeing, approving or programming MART's IVR system. The Scheduling Department is only responsible for making sure MART's IVR system is functioning

**INTERROGATORY NO. 3**

Explain who would upload MARTS Vendor list of vendors telephone numbers to be called by MARTS IVR System the next morning.

**ANSWER NO. 3**

I do not know who uploads Vendor information to MART's IVR system.

**INTERROGATORY NO. 4**

Identify the process you used to program MART IVR system to call the next lowest vendor.

**ANSWER NO. 4**

I did not "program" MART's IVR system.

**INTERROGATORY NO. 5**

Explain your role or the persons role that uploaded Plaintiffs cell number to MARTS IVR System and how MARTS IVR System knew to call the next lowest vendor or Plaintiffs cell number 617-939-5417 if CCRD INC was the next lowest bid.

**ANSWER NO. 5**

Objection. Defendant objects to this request on the grounds that it is unintelligible and Defendant cannot fairly respond. Without waiving this or any other objection, Defendant states as follows:

To the extent that Plaintiff is asking how the software is programmed, I do not know.

**INTERROGATORY NO. 6**

Describe in detail the technical configuration of MARTS IVR system used by MART between 2016 and 2020, specifically identifying how the system determined the time of day an artificial computerized or prerecorded voice message was sent out to plaintiffs cell phone number 617-939-5417 and the order the IVR System called Plaintiff cell number 617-939-5417.

**ANSWER 6**

I do not know the technical configuration of the IVR system.

**INTERROGATORY NO. 7**

Identify every person at MART who had administrative access to, or operational control over, MARTS IVR system during the period from January 1, 2016, through June 30, 2020, or that determined how MARTS IVR System would call the vendor in order.

**ANSWER NO. 7**

I do not know who had administrative access or how the software for the IVR system operates.

**INTERROGATORY NO. 8**

Explain how accurate was MARTS IVR system to place an artificial computerized or prerecorded voice message to Plaintiff or CCRD INC when we was the next lowest bid in order.

**ANSWER NO. 8**

I do not know how the software system of MART's IVR system is programmed but from my experience I have no reason to believe that the system did not accurately offer trips by lowest cost vendor.

**INTERROGATORY NO. 9**

Explain how you received written CONSENT from the plaintiff to call his cell phone for business with CCRD INC. from 2016-June 30, 2020, with MARTS.

**ANSWER NO. 9**

The Vendors provide MART with the telephone numbers that they want MART to use to assign trips. Plaintiff provided MART with telephone numbers to contact him. If Vendors want to change the contact telephone numbers, currently they can do so in the Vendor Portal. Previously, if the Vendors wanted to change their contact telephone numbers, they had access to the Division of Medical Assistance contacts email address/email set up by MART. It is the email address that Plaintiff and other Vendors used to communicate and which he could have relayed a phone number change to MART. Rather than send an email to the Division of Medical Assistance contacts email address, on June 20, 2019 at 6:50 a.m., Plaintiff sent an email to Rebecca Badgley, me, Jessica Torres, and Amanda Kukta requesting that MART only call CCRD, Inc.'s office number. On June 20, 2019 at 8:22 a.m. I sent an email to DMAContracts; DMAComplaints; and DMAScheduling advising them to update the phone numbers for CCRD. At 8:26 a.m. on that same day, Stephanie Richard of MART emailed Mr. Jones and asked if one of the telephone numbers he provided was for the "IVR which is the call out for the automated system and one for regular calls." Mr. Jones responded "yes" three days later but did not identify which telephone number that he provided was for the IVR system and which was

for regular calls. Ms. Richards emailed Mr. Jones again on June 24, 2019, asking him to identify which number would be for regular calls and which for the automated. Mr. Jones did not respond. The Scheduling team does not have access to adjust telephone numbers. I added DMAScheduling to my email for informational purposes only.

**INTERROGATORY NO. 10**

Identify all policies, and standard operating procedures MART and MARTS Scheduling department had in place between 2015 and 2020 for honoring the Massachusetts and National Do Not Call Registry.

**ANSWER NO. 10**

Objection. Defendant objects to this request on the grounds that it seeks information not relevant to the subject matter of this action. Without waiving these or any other objections, Defendant responds to this interrogatory as follows:

I am not aware of any such policies, but any such policy would not apply to MART Vendors because MART necessarily has to call Vendors at the telephone numbers Vendors provide MART to offer Vendors trips.

**INTERROGATORY NO. 11**

Describe how MART informed you how to search to see if Plaintiff telephone number was on the Massachusetts State and or the National do not call registry before MARTS IVR System placed calls to Plaintiffs cell phone 617-939-5417.

**ANSWER NO. 11**

Objection. Defendant objects to this request on the grounds that it assumes a fact which Defendant denies, namely that MART was required to search the Massachusetts State or National do not call registry when calling MART Vendors on the telephone numbers the

Vendors provided to MART. Without waiving these or any other objections, Defendant responds to this interrogatory as follows:

Plaintiff provided his cell phone number for MART to contact him to offer CCRD, Inc. trips. The "do not call registry" was not applicable.

**INTERROGATORY NO. 12**

State the date you were first notified, orally or in writing, by the Plaintiff or any MART staff that the artificial computerized or prerecorded voice message calls to Plaintiff cell number 617939-5417 were unwanted.

**ANSWER NO. 12**

Plaintiff emailed me, Rebecca Badgley, Jessica Torres and Amanda Kukta on June 20, 2019 that he wanted MART to call his office number only. That is the first time I was notified that Plaintiff wanted MART to call his office number only.

**INTERROGATORY NO. 13**

Explain and Describe the step-by-step process used by MART scheduling Department and Tamara and the scheduling dept. staff create or allowed MARTS IVR System to create each artificial or prerecorded message that was sent to Plaintiff cell number 617-939-5417 from November 15, 2017, through June 20, 2020.

**ANSWER NO. 13**

Objection. Defendant objects to this request on the grounds that it is unintelligible. Without waiving this or any other objection, Defendant responds to this request as follows:

The Scheduling Department does not "create" the calls sent to Vendors thru the IVR system using an artificial voice if that is what Plaintiff is asking. I do not know how the software for the IVR system works.

**INTERROGATORY NO. 14**

Explain why MART's IVR system skipped over CCRD INC. for certain transportation trips and or jobs.

**ANSWER NO. 14**

Objection. Defendant objects to this request on the grounds that it assumes a fact that Defendant denies, namely that the IVR system "skipped" over CCRD, Inc.

**INTERROGATORY NO. 15**

Specifically explain what you meant when Tamara Shumovskaya sent the email on Monday, June 18, 2018, at 9:40 AM to Paul Jones at ccrdcorp@gmail.com and copied Jessica Torres, Amanda Kukta, Robert Monk, Rebecca Badgley, and DMAScheduling, stating: ***"the Scheduling Department representatives are only able to offer trips to the company that we have listed in the system. We are offering trips according to our low cost bid system and not allowed to bypass other vendors. We will contact your company as soon as we see it in this list."*** Specifically, identify and explain what exact list was being referred to that CCRD INC was not yet on, and detail the exact criteria and process by which CCRD INC would be placed on that list to receive transportation trips for Plaintiff Paul Jones at 617-939-5417 and CCRD INC.

**ANSWER NO. 15**

Objection. Defendant objects to this interrogatory on the grounds that it is unintelligible. Without waiving this or any other objection, Defendant states as follows:

The email speaks for itself. It is not that CCRD, Inc. was not on a "list" it is that trips are offered to Vendors by low-cost bid system and could not skip over other Vendors on the list to reach CCRD, Inc. on the list.

**INTERROGATORY NO. 16**

Explain why CCRD INC paychecks were delayed by a week on approximately ten occasions, why MART never made up those delayed payments, and what happened to the funds for those ten weeks of unpaid or delayed compensation referenced in line 64 of Docket Number 7.

**ANSWER NO. 16**

Objection. Defendant objects to this interrogatory on the grounds that it assumes a fact which Defendant denies, namely that CCRD Inc. received "paychecks" or that any payment to CCRD was late.

**INTERROGATORY NO. 17**

Explain how you or your staff would program MARTS IVR System to call the lowest bidder one after another in the correct order and not skip over CCRD INC.

Explain the specific roles and actions of your assistants Jessica Torres and any other MART staff members in uploading telephone numbers and programming MART's IVR system to dial the lowest bidder at specific times the next day , with respect to Plaintiff Paul Jones at 617-939-5417 and CCRD INC.

**ANSWER NO. 17**

The Scheduling Department did not "program" the IVR system and did not have access to upload vendor telephone numbers into the system.

**INTERROGATORY NO. 18**

Explain how you and the scheduling department figures out who has written consent to have calls placed to Plaintiffs cell phones 617-939-5417 if you or the scheduling department employees never figured out if MART has Consent to call any cell phones please state that MART or the scheduling department never implemented a process to figure out if we had

consent before calls and an artificial computerized or prerecorded voice message were sent out say so.

**ANSWER NO. 18**

Vendors provide MART the telephone numbers, MART does not go searching for a Vendor's telephone number. Plaintiff provided MART his cell phone number to contact him as CCRD's dispatcher/director. Plaintiff could have emailed me or the Department of the Division of Medical Assistance contacts email address/email set up by MART. It is the email address that Plaintiff and other Vendors used to communicate and which he could have relayed a phone number change to MART. Plaintiff emailed me and other MART employees on June 20, 2019, at 6:50 a.m., requesting that MART only contact his office numbers. This is the first time that Plaintiff asked me to change CCRD, Inc.'s telephone numbers.

**INTERROGATORY NO. 19**

Explain who gave you or the scheduling department consent to call Plaintiff Paul Jones cell phone 617-939-5417 with a telephone call or an artificial computerized or prerecorded voice message using MART's IVR system when trip offerings were available for CCRD INC.

**ANSWER NO. 19**

Plaintiff provided his cellphone number to MART for MART to contact him through the IVR system (automated calls) and regular calls as the Director/Dispatcher of CCRD, Inc.

**INTERROGATORY NO. 20**

Describe the specific equipment, computer programs, and outside companies were used to send the artificial computerized or prerecorded voice message to 617-939-5417 between November 10, 2016, and June 30, 2020.

**ANSWER NO. 20**

Defendant refers Plaintiff to the documents produced by MART in response to MART's Response to Plaintiff's Request for Production of Documents.

**INTERROGATORY NO. 21**

What computer systems, databases, files, or spreadsheets do you or others use to keep track of who agreed to receive phone calls, who asked not to be called, and any do-not-call lists involving Paul Jones at 617-939-5417 and CCRD INC?

**ANSWER NO. 21**

Objection. Defendant objects to this interrogatory on the grounds that assumes a fact which Defendant denies, namely that MART needs to receive consent from Vendors to receive calls. Without waiving this or any other objections, Defendant responds to this interrogatory as follows:

Vendors who enter into agreements with MART provide MART with the telephone numbers they want MART to use to contact the Vendor to offer trips and for other purposes. Vendors can change their contact telephone numbers at any time.

**INTERROGATORY NO. 22**

State the specific facts supporting your contention that you received Consent from Plaintiff to call his cell phone number 617-939-5417 with MARTS IVR system delivering an artificial computerized or prerecorded voice message on any date from November 17, 2016, through June 25 2020, including how the Consent was given, and who gave it to you.

**RESPONSE NO. 22**

Plaintiff as Director/Dispatcher of CCRD, Inc. entered into a Vendor Agreement with MART allowing MART to contact him and to offer CCRD, Inc. trips through the vendor portal, the automated IVR system and through the Scheduling Department. It is Plaintiff who

provided MART with his cellphone number for MART to contact him. MART did not search out Plaintiff's cellphone number or obtain it from some random list. It was Plaintiff who provided it to MART to use. Plaintiff could have changed CCRD Inc.'s contact telephone numbers at any time. He did not email me until June 20, 2019, requesting that MART contact CCRD Inc.'s office number only.

**INTERROGATORY NO. 23**

Describe in complete detail your standard operating procedures, policies, or protocols in effect on December 1, 2016, through June 20, 2020, regarding obtaining, verifying, documenting, and storing consent or prior express consent or written consent from Plaintiff before initiating calls using an artificial or prerecorded voice to cell number 617939-5417.

Describe in simple terms MARTS policy and steps used from December 1, 2016, through June 20, 2020, for getting, checking, writing down, and saving Plaintiffs CONSENT TO CALL HIS CELL NUMBER 671-939-5417 before calling cell number 617-939-5417 with a prerecorded voice message or with MARTS IVR System.

**RESPONSE NO. 23**

See response to Interrogatory No. 19 above.

**INTERROGATORY NO. 24**

State the full legal name, email address, and job title of every person who prepared MART's IVR system by uploading the list including Plaintiff's cell number 617-9395417, to be called with trip offerings at different times the next day.

**ANSWER NO. 24**

I do not know.

Signed under the penalties of perjury this 7th day of August 2026.

*T. Shumovskaya*
Tamara Shumovskaya

**As to objections:**

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT
AUTHORITY et al.,
By their attorneys,

*Deborah I Ecker*
Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: August 7, 2026

4930-6548-3971/37800/0006

CERTIFICATE OF SERVICE

I, Deborah I. Ecker, hereby certify that on the below date, I served a copy of the foregoing *Defendant Tamara Shumovskaya's Response to Plaintiff's Interrogatories*, by email to the following:

Mr. Paul Jones
79 Thompson Street
Springfield, MA 01109
pj22765@gmail.com

Dated: August 7, 2026

Deborah I. Ecker, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No. 120-cv-12076)

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,

Defendants

DEFENDANT TAMARA SHUMOVSKAYA'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

**INSTRUCTIONS AND DEFINITIONS**

Defendant, Tamara Shumovskaya ("Defendant") objects to the instructions and definitions contained in Plaintiff's Request for Production of Documents, to the extent that they seek to alter or amend the applicable rules of civil procedure. Without waiving these or any other objections, Defendant responds to this request as follows:

**RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST NO 1:**

Produce all documents, payroll records, wire transfers, internal emails, and memorandums concerning the approximately ten instances where paychecks or payments to CCRD INC were delayed, altered, or withheld, including any communications regarding changes to pay schedules sent by Stephanie or any other MART staff, as referenced in line 64 of Docket Number 7.

**RESPONSE NO. 1**

Objection. Defendant objects to this request on the grounds that it assumes facts which Defendant denies, namely that Plaintiff received "paychecks" or was on MART's "payroll," and that any of CCRD Inc.'s payments were delayed, altered or withheld. Defendant further objects

to this request because she is not aware of what is on "line 64 of Docket Number 7." Without waiving this or any other objection, Defendant responds to this request as follows:

It is my understanding that MART has produced MART's Transaction Inquiry Report for CCRD, Inc. from April 7, 2017 to June 18, 2020. I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 2:**

Produce all documents, emails, and internal communications detailing the roles, responsibilities, and specific actions of Jessica Torres and any other MART staff members regarding uploading telephone numbers and programming MART's IVR system to dial the lowest bidder at specific times the next day, with respect to Plaintiff Paul Jones number 617-939-5417 and CCRD INC.

**RESPONSE NO. 2**

Objection. Defendant objects to this request on the grounds that it assumes a fact which Defendant denies, namely that MART "programs" the IVR System. Without waiving these or any other objections, Defendant responds to this request as follows:

I do not have any responsive documents. The Scheduling Department does not have access to upload vendors' telephone numbers into the IVR System.

**REQUEST NO. 3:**

Produce all internal MART emails sent or received by you or any scheduling department employees mentioning Paul Jones, his cell number 617-939-5417, or Commonwealth Community Recovery Division, Inc.

**RESPONSE NO. 3**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 4:**

Produce all complaints or grievances sent via email to you by Paul Jones or CCRD INC. regarding cell number 617-939-5417.

**RESPONSE NO. 4**

I am not aware of any responsive documents.

**REQUEST NO. 5:**

Produce all emails sent to you by Paul Jones concerning phone calls placed to cell number 617-939-5417 while he was driving.

**RESPONSE NO. 5**

I do not recall an email to me in which Plaintiff included his cell phone number when complaining about receiving calls from the automated system. I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 6:**

Produce all records of disciplinary proceedings, warnings, or notices of contract termination issued by any MART employee against CCRD INC. between 2015 and December 2021.

**RESPONSE NO. 6**

I have no responsive documents.

**REQUEST NO. 7:**

Produce all consent forms, letters, or documents signed by Paul Jones authorizing MART to call his cell phone number 617-939-5417 with an Automatic telephone dialing system or an artificial computerized or prerecorded voice message.

**RESPONSE NO. 7**

Objection. Defendant objects to this interrogatory on the grounds that it assumes a fact that Defendant denies, that Plaintiff did not provide MART with his cellphone number for

MART to use to contact him as Director/Dispatcher of CCRD, Inc. both for automated calls and regular calls. Without waiving this or any other objections, Defendant responds to this request as follows:

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 8:**

Produce all MART IVR system dispatch records concerning Plaintiff Paul Jones, his cell number 617-939-5417, and Commonwealth Community Recovery Division, Inc. for the months of January 1, 2020, through June 25, 2020.

**RESPONSE NO. 8:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 9:**

Produce documents regarding MART Human Resources Department internal investigations concerning Plaintiff Paul Jones, his cell number 617-939-5417, and Commonwealth Community Recovery Division, Inc. actions MART Scheduling Department took against Plaintiff or CCRD INC.

**RESPONSE NO. 9:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 10:**

Produce documents showing what MART telephone numbers 978-424-9002, 978-252-0019, and 978-655-2864 are used for when calling Paul Jones at 617-939-5417 on behalf of

Commonwealth Community Recovery Division, Inc., specifically identifying which of these numbers the MART automated system used for live calls versus recorded messages.

**RESPONSE NO. 10:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 11:**

Produce copies of the agreements and technical support emails showing how MARTS IVR System Works including step by step instructions on how to upload telephone number list to be called into MARTS IVR system how the IVR system sorts the numbers, and picks the time to send out calls to the lowest bidder including CCRD INC and how the IVR System chose to call the Plaintiff cell number 617-939-5417.

**RESPONSE NO. 11:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 12:**

Produce documents, training materials, or internal communications describing how the scheduling department installs the list of numbers to be called at a specific time before 8 am and after 8 am including Plaintiff Paul Jones personal telephone number 617-939-5417 from December 1, 2016, to June 20, 2020.

**RESPONSE NO. 12:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART. In further responding, the Scheduling Department does not "install" telephone numbers.

**REQUEST NO. 13:**

Copies of campaign management files, spreadsheets of uploaded numbers including Plaintiff Paul Jones personal telephone number 617-939-5417, and campaign scheduling dashboards utilized by Tamara and MART that dictate the scheduling, batching, and transmission of outbound artificial computerized or prerecorded voice messages from January 1, 2020, to June 20, 2020.

**RESPONSE NO. 13:**

Objection. Defendant objects to this request on the grounds that it is unintelligible, specifically as to what is meant by "campaign management files," and "campaign scheduling dashboards" Without waiving this or any other objection, Defendant responds to this request as follows:

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 14:**

Produce internal emails, text messages, chat logs, or memoranda between your employees, managers, supervisors, named defendants, and third-party vendors discussing Paul Jones, Commonwealth Community Recovery Division, Inc., any telephone calls made to 617-939-5417.

**RESPONSE NO. 14:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 15:**

Produce documents concerning any complaints, opt-out requests, revocation notices, or do-not-call submissions made by Paul Jones regarding phone number 617-939-5417, and regarding any

telephonic artificial computerized or prerecorded voice message campaigns directed at plaintiff during the relevant time period from November 15, 2016, through June 20, 2020.

**RESPONSE NO 15:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 16:**

Produce MART IVR system configuration files, software settings logs, or technical audit trails for the MART IVR system used from January 1, 2020, through June 30, 2020, that records how the telephone number for Paul Jones (617-939-5417) was imported into the MART IVR system.

**RESPONSE NO. 16:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART. In further responding Defendant states that the Scheduling Department does not "import" telephone numbers into MART's IVR System.

**REQUEST NO. 17:**

Produce documents, writings, agreements, applications, intake forms, or digital records in your possession, custody, or control that you contend evidence, memorialize, or refer to any consent given by Paul Jones to receive telephone calls or artificial computerized prerecorded voice messages at his personal cellular telephone number 617-939-5417 during the period from November 17, 2016, through June 20, 2020, to call his cell phone number before 8 am.

**RESPONSE NO. 17:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 18:**

Produce electronic logs, database entries, IP address records, or system metadata showing the exact date, time, and method by which Paul Jones allegedly provided consent or submitted his personal telephone number 617-939-5417 into any MART system, website, or database maintained by MART or the scheduling department between November 17, 2016, and June 20, 2020.

**RESPONSE NO. 18:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 19:**

Produce internal communications, memoranda, compliance notes, emails, or correspondence between MART employees, named defendants, agents, or third-party vendors discussing, verifying, or questioning the validity or existence of any alleged consent obtained from Paul Jones regarding telephone calls to his personal cell number 617-939-5417 during the time frame of November 17, 2016, through June 20, 2020.

**RESPONSE NO. 19:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 20:**

Produce internal policies, operating procedures, scheduling guidelines, and dispatcher instructions in effect between January 1, 2015, and June 30, 2020, regarding the permissible hours of the day for placing outbound telephone calls, automated messages, or interactive voice response notifications to Plaintiff Paul Jones at his personal cell number 617-939-5417.

**RESPONSE NO. 20:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 21:**

Produce Internal communications, emails, supervisor memos, or shift logs discussing, acknowledging, or addressing outbound telephone calls placed before 8:00 a.m. to personal cellular telephone number 617-939-5417 or to Paul Jones.

**RESPONSE NO. 21:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 22:**

Produce Records, query logs, and confirmation receipts demonstrating whether MART, its scheduling department, or any third-party vendor checked personal cellular telephone number 617-939-5417 against the Massachusetts and the National Do Not Call Registry prior to placing any outbound telephone calls or artificial computerized or prerecorded voice messages to Paul Jones.

**RESPONSE NO. 22:**

Objection. Defendant objects to this request to the extent that it assumes a fact that Defendant denies, namely that Defendant was required to check the National Do Not Call Registry when calling MART Vendors. Without waiving this or any other objection, Defendant responds to this request as follows:

I have no responsive documents separate and apart from documents in the possession, custody or control of MART.

**REQUEST NO. 23:**

Produce Records, reports, data files, and confirmation receipts of Plaintiff Paul Jones personal cell number 617-939-5417 being uploaded in the MART IVR system on June 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16 of 2020.

**RESPONSE NO. 23:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART. In further responding Defendant states that the Scheduling Department does not have access to upload vendors' telephone numbers into MART's IVR System.

**REQUEST NO. 24:**

Documents detailing the step-by-step process of how uploaded telephone number lists were imported into the MART IVR system, and how the IVR system then knows or can determine whether Commonwealth Community Recovery Division, Inc. was the next lowest bidder for trip scheduled to go out the next day, for the period of May 1, 2020, through June 25, 2020.

**RESPONSE NO. 24:**

I have no responsive documents separate and apart from documents in the possession, custody or control of MART. In further responding Defendant states that the Scheduling Department does not have access to upload vendors' telephone numbers into MART's IVR System.

DEFENDANTS,
MONTACHUSETT REGIONAL TRANSIT AUTHORITY et al.,
By their attorneys,

Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: August 7, 2026

4896-8556-3329/37800/0006

CERTIFICATE OF SERVICE

I, Deborah I. Ecker, hereby certify that on the below date, I served a copy of the foregoing *Defendant Tamara Shumovskaya's Response to Plaintiff's Request for Production of Documents*, by email to the following:

Mr. Paul Jones
79 Thompson Street
Springfield, MA 01109
pj22765@gmail.com

Dated: August 7, 2026

Deborah I. Ecker, Esq.

# EXIHBIT 14

put on the application, the contract, you'll see, it says the office number 888. And then as an officer -- I mean a manager, I put my cell phone there.

THE COURT: Okay. So -- but, I mean, they didn't find that number somewhere else. They -- you provided that number to them?

THE PLAINTIFF: Well, they wasn't calling it until I started calling them on my -- I called them once from the office, and then I called them on my cell phone and said, Please don't call this number. Call me on the cell -- on the office number and -- because I'm driving and it's -- I can't answer and drive.

THE COURT: Okay. All right. Thank you.

I'm going to hear from -- I'm going to hear from counsel on this issue.

MS. ECKER: Okay. So --

THE COURT: This is specifically related to what is the relationship, how did it start, and does it fall within the parameters of the objectionable behavior that the statute is intended to prevent?

MS. ECKER: Okay. And you're focused on whether it was revoked --

THE COURT: Yes.

MS. ECKER: -- or not?

Okay. So he provided the cell phone number.

Mr. Jones was the dispatcher, manager, one-man shop. He then in response to a summary judgment, he sent certified mails, my understanding is 2007 -- two in 2017, one in 2018.

In response to the summary judgment, he has now sent us the signed certified receipts. The individuals who accepted them were accounts receivable. No one that he deal -- he had been dealing with all along. So he had constant relationship with Rebecca Badgley, who was the director of brokerage services, a Mr. Monk and several other individuals. And he never once said to them in the back and forth on the emails, Do not call my cell phone.

Instead his complaint was I'm only getting work from the IVR service. So there are two types of services. One is through the portal, and that is where for both of the services the vendors put in their information, your phone number that is one of them that you want MART to contact you on. So if you don't want MART contacting you on your cell phone, then you go in and you pull it off. You put in an office phone number because again this is an automatic system. It's not like someone's calling up, and an office or a satellite. It's whatever's in the software. So that's number one.

And then his complaint was I'm only getting on the IVR system 90 percent of the time, not on the vendor portal. The vendor portal is scheduled out further in advance. And because of his rates, and Rebecca Badgley, most often her, would

explain to him because your rates are too high you're not getting reached. And that's why then you're still available when you get the same or next-day services.

So he had plenty of opportunity to say to Rebecca or others, don't call my cell phone, even if he didn't know how to go into the portal and change it himself, because when he did send the email to the appropriate person in 2020, they removed it, and the only -- he has produced his cell phone bills, and so you'll see in 2020 -- June -- June 2020, it's removed. So the only calls you'll see are then through there -- there's another trunk line that MART has versus the IVR system.

THE COURT: All right. So Mr. Jones --

THE PLAINTIFF: Yes.

THE COURT: So do you -- do you agree that that is the case that you -- that you -- so the -- the -- I didn't realize the dispatcher and the portal are two different things, right?

THE PLAINTIFF: Yeah, I don't agree with any of that.

First of all, she said that I was a one-man shop. When I first started, we had six employees. I was a driver, and in my contract you'll see everyone's position.

THE COURT: The question was whether or not you provided the telephone number and it was on the port- -- that was the portal. That was -- and that you were required to self-remove the -- the telephone number.

Do you disagree with that?

# EXIHBIT 15

# Exhibit 15

Civil Docket Report
Case No. 4:19-cv-11093-MRG (D. Mass.)
Pulled September 28, 2026

This is a true and correct copy of the civil docket report for Case No. 4:19-cv-11093-MRG, United States District Court for the District of Massachusetts, as pulled from CM/ECF on September 28, 2026.

It is included so that the Court and the Clerk have ready access to the docket entries cited in the memorandum, statement of facts, and affidavit.

LEAD

# United States District Court
# District of Massachusetts (Worcester)
# CIVIL DOCKET FOR CASE #: 4:19-cv-11093-MRG

Jones v. Montachusetts Regional Transit Authority et al
Assigned to: District Judge Margaret R. Guzman
Case in other court: USCA - First Circuit, 22-01234
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 05/10/2019
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Pro Se Party Paul Jones** represented by **Paul Jones**
79 Thompson Street
Springfield, MA 01109
617-939-5417
Email: PJ22765@gmail.com
PRO SE

V.

**Defendant**

**Montachusett Regional Transit Authority** represented by **Deborah I. Ecker**
KP Law, P.C.
101 Arch Street
Boston, MA 02110
617-654-1714
Fax: 617-654-1735
Email: decker@k-plaw.com
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
Kopelman & Paige, PC
7th Floor
31 St. James Avenue
Boston, MA 02116
617-556-0007
Fax: 617-654-1735
Email: mreich@k-plaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Doe** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crystal Geisert** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bonnie Mahoney** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jessica Torres** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Karen Cordio** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michelle Moyo** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donna Landry** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joanne Norris** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Monk** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amanda Kukta** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HB Software Solutions, Inc.**
*TERMINATED: 03/04/2020* represented by **Surinder Ahluwalia**
Ahluwalia Law Group
1212 Hancock Street
LL10
Quincy, MA 02169
(617) 874-1391
Fax: 6177166440
Email: ska@ahluwalialawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Rich**
Todd & Weld

One Federal Street
27th Floor
Boston, MA 02110
617-720-2626
Fax: 617-227-5777
Email: drich@toddweld.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ivan Roman** represented by **Deborah I. Ecker**
(See above for address)
*TERMINATED: 06/04/2026*
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tamara Shumovskaya** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Badgley** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephanie Richards** represented by **Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark R. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HB Software Solutions, Inc.**
*TERMINATED: 05/02/2025*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2019 | 1 | COMPLAINT against John Doe, Jane Doe, Montachusetts Regional Transit Aurthority, filed by Paul Jones. (Attachments: # 1 Cover & Category Sheets)(Lindsay, Maurice) |

| | | |
|---|---|---|
| | | (Entered: 05/13/2019) |
| 05/13/2019 | 2 | General Order 09-1, dated January 6, 2009 regarding the E-Government Act and Personal Identifiers entered. (Lara, Miguel) (Entered: 05/13/2019) |
| 05/13/2019 | 3 | ELECTRONIC NOTICE of Case Assignment. Judge Allison D. Burroughs assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Judith G. Dein. (Finn, Mary) (Entered: 05/13/2019) |
| 05/13/2019 | 4 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Lara, Miguel) (Entered: 05/13/2019) |
| 05/13/2019 | 5 | Copy re 2 General Order 09-1, 4 Summons Issued, and docket sheet, mailed to Paul Jones on 5/13/19. (Lara, Miguel) (Entered: 05/13/2019) |
| 05/13/2019 | 6 | Filing fee/payment: $ 400.00, receipt number SPR004063 for 1 Complaint (Lindsay, Maurice) (Entered: 05/13/2019) |
| 06/14/2019 | 7 | AMENDED COMPLAINT against Montachusetts Regional Transit Aurthority, Jane Doe, John Doe, Crystal Geisert, Bonnie Mahoney, Jessica Torres, Karen Cordio, Michelle Moyo, Donna Landry, Joanne Norris, Robert Monk, Amanda Kukta, HB Software Solutions, Inc., Ivan Roman, Tamara Shumovskaya, Rebecca Badgley, Stephanie Richards, filed by Paul Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24)(Lindsay, Maurice) (Entered: 06/17/2019) |
| 07/03/2019 | 8 | MOTION for Extension of Time to 8/5/19 to File Responsive Pleading by Rebecca Badgley, Karen Cordio, Crystal Geisert, Jane Doe, John Doe, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres. (Attachments: # 1 Exhibit)(Reich, Mark) (Entered: 07/03/2019) |
| 07/03/2019 | 9 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 8 Motion for Extension of Time to 8/5/19 to file a responsive pleading. (Folan, Karen) (Entered: 07/03/2019) |
| 07/12/2019 | 10 | SUMMONS Returned Executed Montachusetts Regional Transit Aurthority served on 7/8/2019, answer due 7/29/2019. (Lindsay, Maurice) (Entered: 07/15/2019) |
| 07/12/2019 | 11 | SUMMONS Returned Executed HB Software Solutions, Inc. served on 7/9/2019, answer due 7/30/2019. (Lindsay, Maurice) (Entered: 07/15/2019) |
| 07/15/2019 | 12 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. This case was assigned to the Eastern division of the District of Massachusetts on May 13, 2019. [ECF No. 3 ]. It has come to the Court's attention that this assignment was in error and that the case should have been assigned to the Central division, as indicated on the civil cover sheet. See [ECF No. 1 -1]. Accordingly, the Court finds that there is good cause for transfer and exercises its authority under Local Rule 40.1 to sua sponte transfer this case to the Central division.(McDonagh, Christina) (Entered: 07/15/2019) |

| | | |
|---|---|---|
| 07/15/2019 | 13 | Case transferred to Central Division (Worcester) (McDonagh, Christina) (Entered: 07/15/2019) |
| 07/15/2019 | 14 | Case transferred in from Eastern Division (Boston) on 7/15/2019 Case Number 1:19-cv-11093. (Alba, Robert) (Entered: 07/15/2019) |
| 07/15/2019 | 15 | ELECTRONIC NOTICE of Case Assignment. District Judge Timothy S. Hillman assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Chief Magistrate Judge David H. Hennessy. (Alba, Robert) (Entered: 07/15/2019) |
| 07/18/2019 | 16 | NOTICE of Appearance by Deborah I. Ecker on behalf of Rebecca Badgley, Karen Cordio, Crystal Geisert, Jane Doe, John Doe, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres (Danieli, Chris) (Entered: 07/19/2019) |
| 07/24/2019 | 17 | NOTICE of Appearance by Mark R. Reich on behalf of Rebecca Badgley, Karen Cordio, Crystal Geisert, Jane Doe, John Doe, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres (Reich, Mark) (Entered: 07/24/2019) |
| 07/29/2019 | 18 | NOTICE of Appearance by Surinder Ahluwalia on behalf of HB Software Solutions, Inc. (Ahluwalia, Surinder) (Entered: 07/29/2019) |
| 07/29/2019 | 19 | Assented to MOTION for Extension of Time to 08/14/2019 to File Answer by HB Software Solutions, Inc.. (Attachments: # 1 Exhibit)(Ahluwalia, Surinder) (Entered: 07/29/2019) |
| 07/30/2019 | 20 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered granting 19 Motion for Extension of Time to Answer. HB Software Solutions, Inc. answer due 8/14/2019. (Castles, Martin) (Entered: 07/30/2019) |
| 07/30/2019 | 21 | SUMMONS Returned Executed to Amanda Kukta served on 7/23/2019, Answer due on 8/13/2019. (Rivera, Christina) (Entered: 07/30/2019) |
| 07/30/2019 | 22 | SUMMONS Returned Executed as to Montachusetts Regional Transit Aurthority served on 7/23/2019, Answer due 8/13/2019. (Rivera, Christina) (Entered: 07/30/2019) |
| 07/30/2019 | 23 | SUMMONS Returned Executed as to Robert Monk served on 7/23/2019, Answer due on 8/13/2019. (Rivera, Christina) (Entered: 07/30/2019) |
| 07/30/2019 | 24 | SUMMONS Returned Executed as to Rebecca Badgley served on 7/23/2019, Answer due on 8/13/2019. (Rivera, Christina) (Entered: 07/30/2019) |
| 07/30/2019 | 25 | SUMMONS Returned Executed as to Jessica Torres served on 7/23/2019, Answer due on 8/13/2019. (Rivera, Christina) (Entered: 07/30/2019) |
| 07/30/2019 | 26 | SUMMONS Returned Executed as to Tamara Shumovskaya served on 7/23/2019, Answer due on 8/13/2019. (Rivera, Christina) (Entered: 07/30/2019) |
| 07/30/2019 | 27 | SUMMONS Returned Executed as to Stephanie Richards served on 7/23/2019, Answer due on 8/13/2019. (Rivera, Christina) (Entered: 07/30/2019) |
| 07/30/2019 | 28 | SUMMONS Returned Executed as to Joanne Norris served on 7/23/2019, Answer due on 8/13/2019. (Rivera, Christina) (Entered: 07/30/2019) |
| 07/30/2019 | 29 | SUMMONS Returned Executed as to Bonnie Mahoney served on 7/23/2019, Answer due on 8/13/2019. (Rivera, Christina) (Entered: 07/30/2019) |

| | | |
|---|---|---|
| 07/30/2019 | 30 | SUMMONS Returned Executed as to Michelle Moyo served on 7/23/2019, Answer due on 8/13/2019. (Rivera, Christina) (Entered: 07/30/2019) |
| 07/30/2019 | 31 | WAIVER OF SERVICE Returned Executed by Paul Jones. Karen Cordio waiver sent on 7/24/2019, answer due 9/23/2019; Crystal Geisert waiver sent on 7/24/2019, answer due 9/23/2019; Donna Landry waiver sent on 7/24/2019, answer due 9/23/2019; Ivan Roman waiver sent on 7/24/2019, answer due 9/23/2019. (Rivera, Christina) (Entered: 07/30/2019) |
| 08/05/2019 | 32 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres.(Ecker, Deborah) (Entered: 08/05/2019) |
| 08/05/2019 | 33 | MEMORANDUM in Support re 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres. (Ecker, Deborah) (Entered: 08/05/2019) |
| 08/06/2019 | 34 | NOTICE of Appearance by David H. Rich on behalf of HB Software Solutions, Inc. (Rich, David) (Entered: 08/06/2019) |
| 08/13/2019 | 35 | MOTION to Dismiss by HB Software Solutions, Inc..(Rich, David) (Entered: 08/13/2019) |
| 08/13/2019 | 36 | MEMORANDUM in Support re 35 MOTION to Dismiss filed by HB Software Solutions, Inc.. (Rich, David) (Entered: 08/13/2019) |
| 08/19/2019 | 37 | MOTION for Extension of Time to 21 days to File Response/Reply by Paul Jones. (Attachments: # 1 Exhibits) (Lindsay, Maurice) (Entered: 08/19/2019) |
| 08/20/2019 | 38 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered granting 37 Motion for Extension of Time to File Response re 35 MOTION to Dismiss , 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . Responses due by 9/10/2019. (Castles, Martin) (Entered: 08/20/2019) |
| 09/10/2019 | 39 | Plaintiff's Opposition to Defendants 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Paul Jones. (Attachments: # 1 Exhibit 1)(Lindsay, Maurice) (Entered: 09/10/2019) |
| 09/11/2019 | 40 | Plaintiff's Opposition to Defendants 35 MOTION to Dismiss filed by Paul Jones. (Lindsay, Maurice) (Entered: 09/12/2019) |
| 09/12/2019 | 41 | NOTICE to The Court by Paul Jones (Attachments: # 1 Exhibit 1)(Lindsay, Maurice) (Entered: 09/12/2019) |
| 09/27/2019 | 42 | Plaintiff's Request for Judicial NOTICE by Paul Jones (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Lindsay, Maurice) (Entered: 09/27/2019) |
| 10/03/2019 | 43 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered. REFERRING CASE to Magistrate Judge David H. Hennessy Referred for: Report and Recommendations (rr). Motions referred: 35 MOTION to Dismiss , 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . Further information: R&R.(Castles, Martin) Motions referred to David H. Hennessy. (Entered: 10/03/2019) |

| | | |
|---|---|---|
| 10/04/2019 | 44 | Response by Montachusetts Regional Transit Aurthority to 42 Notice (Other), *Opposition to Plaintiff's Request for Judcial Notice*. (Ecker, Deborah) (Entered: 10/04/2019) |
| 02/07/2020 | 45 | Magistrate Judge David H. Hennessy: ORDER entered. REPORT AND RECOMMENDATIONS re 35 MOTION to Dismiss filed by HB Software Solutions, Inc., 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Bonnie Mahoney, Donna Landry, Ivan Roman, Rebecca Badgley, Robert Monk, Michelle Moyo, Amanda Kukta, Joanne Norris, Tamara Shumovskaya, Crystal Geisert, Jessica Torres, Karen Cordio, Montachusetts Regional Transit Aurthority, Stephanie Richards. Recommendation: MART and the individual defendants motions be GRANTED IN PART and DENIED IN PART; HBSS's motion be GRANTED. Objections to R&R due by 2/21/2020(King, Dawn) (Entered: 02/10/2020) |
| 02/07/2020 | 50 | Case no longer referred to Magistrate Judge David H. Hennessy. (King, Dawn) (Entered: 03/17/2020) |
| 02/21/2020 | 46 | Plaintiff's OBJECTION to 45 Report and Recommendations filed by Paul Jones. (Lindsay, Maurice) (Entered: 02/21/2020) |
| 02/21/2020 | 47 | OBJECTION to 45 Report and Recommendations filed by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres. (Ecker, Deborah) (Entered: 02/21/2020) |
| 03/04/2020 | 48 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered adopting and accepting Report and Recommendations re 45 Report and Recommendations. The Court rules granting in part and denying in part 32 Motion to Dismiss for Failure to State a Claim and granting 35 Motion to Dismiss. (Castles, Martin) (Entered: 03/04/2020) |
| 03/16/2020 | 49 | Plaintiff's MOTION for Extension of Time to 14 days to Amend 7 Amended Complaint,,, by Paul Jones.(Lindsay, Maurice) (Entered: 03/17/2020) |
| 03/17/2020 | 51 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered. REFERRING CASE to Magistrate Judge David H. Hennessy Referred for: Events Only (e). Motions referred: 49 MOTION for Extension of Time to 14 days to Amend 7 Amended Complaint,,,. Further information: Ruling.(Castles, Martin) Motions referred to David H. Hennessy. (Entered: 03/17/2020) |
| 03/17/2020 | 52 | Magistrate Judge David H. Hennessy: ELECTRONIC ORDER entered granting 49 MOTION for Extension of Time to 14 days to Amend 7 Amended Complaint. (King, Dawn) (Entered: 03/17/2020) |
| 03/17/2020 | 53 | Case no longer referred to Magistrate Judge David H. Hennessy. (King, Dawn) (Entered: 03/17/2020) |
| 03/20/2020 | 54 | *Defendants* ANSWER to 7 Amended Complaint,,, by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Tamara Shumovskaya, Jessica Torres.(Ecker, Deborah) (Entered: 03/20/2020) |
| 03/27/2020 | 55 | Second Verified AMENDED COMPLAINT against Amanda Kukta, Karen Cordio, Rebecca Badgley, Jane Doe, John Doe, Crystal Geisert, filed by Paul Jones. (Lindsay, Maurice) (Entered: 03/30/2020) |
| 04/03/2020 | 56 | MOTION to Strike 54 Answer to Amended Complaint, by Paul Jones.(Burgos, Sandra) (Entered: 04/06/2020) |

| | | |
|---|---|---|
| 04/07/2020 | 57 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered denying 56 Motion to Strike as to all requests. (Castles, Martin) (Entered: 04/07/2020) |
| 04/09/2020 | 58 | MOTION for Summary Judgment by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres.(Ecker, Deborah) (Entered: 04/09/2020) |
| 04/09/2020 | 59 | MEMORANDUM in Support re 58 MOTION for Summary Judgment filed by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres. (Ecker, Deborah) (Entered: 04/09/2020) |
| 04/09/2020 | 60 | Statement of Material Facts L.R. 56.1 re 58 MOTION for Summary Judgment filed by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres. (Attachments: # 1 Affidavit)(Ecker, Deborah) (Entered: 04/09/2020) |
| 04/23/2020 | 61 | Consent MOTION to Extension of time to file a response to 58 Defendant Summary Judgment Motion by Paul Jones. (Lindsay, Maurice) Modified on 4/27/2020 (Jones, Sherry). Modified on 4/27/2020 (Jones, Sherry). (Entered: 04/24/2020) |
| 04/27/2020 | 62 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered granting 61 Motion for Extension of Time to File Response re 58 MOTION for Summary Judgment . Response due by 5/11/2020. (Castles, Martin) (Entered: 04/27/2020) |
| 05/11/2020 | 63 | Response to Defendant's 60 Statement of Undisputed Material Facts L.R. 56.1,. by Paul Jones (Lindsay, Maurice) (Entered: 05/14/2020) |
| 05/11/2020 | 64 | Plaintiff's STATEMENT of facts. (Attachments: # 1 Exhibits) (Lindsay, Maurice) (Entered: 05/14/2020) |
| 05/11/2020 | 65 | Plaintiff's 56 (d) Discovery Request Motion Opposition to 58 MOTION for Summary Judgment and 6 Statement of Material Facts L.R. 56.1 filed by Paul Jones. (Lindsay, Maurice) (Entered: 05/14/2020) |
| 05/11/2020 | 66 | MEMORANDUM OF LAW in Support of his 65 Opposition by Paul Jones to (Lindsay, Maurice) (Entered: 05/14/2020) |
| 05/26/2020 | 67 | Response by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres to 65 Opposition to Motion . (Ecker, Deborah) (Entered: 05/26/2020) |
| 05/26/2020 | 68 | BRIEF by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres to 66 Memorandum of Law . (Ecker, Deborah) (Entered: 05/26/2020) |
| 06/11/2020 | 69 | MOTION for Leave to File a Sur-Reply in Further Opposition to Defendant's Motion for Summary Judgment by Paul Jones. (Attachments: # 1 Proposed Sur-Reply, # 2 Affidavit) (Zamorski, Michael) (Entered: 06/12/2020) |
| 06/30/2020 | 70 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered granting 69 Motion for Leave to File Reply.(Castles, Martin) (Entered: 06/30/2020) |

| | | |
|---|---|---|
| 06/30/2020 | 71 | SUR-REPLY to Motion re 58 MOTION for Summary Judgment filed by Paul Jones. (Castles, Martin) (Entered: 06/30/2020) |
| 06/30/2020 | 72 | ELECTRONIC NOTICE Setting Telephone Hearing on Motion 58 MOTION for Summary Judgment : Telephone Motion Hearing set for 8/11/2020 at 2:15 PM in Courtroom 2 - Worcester before District Judge Timothy S. Hillman. (Castles, Martin) (Entered: 06/30/2020) |
| 08/07/2020 | 73 | NOTICE of request for judicial notice by Paul Jones. (Jones, Sherry) (Entered: 08/07/2020) |
| 08/10/2020 | 75 | Plaintiff Paul Jones Request for Judicial Notice by Paul Jones (Attachments: # 1 Exhibits) (Lindsay, Maurice) (Entered: 08/12/2020) |
| 08/11/2020 | 74 | ELECTRONIC NOTICE Resetting Hearing on Motion 58 MOTION for Summary Judgment : Telephone Motion Hearing reset for 8/13/2020 at 2:45 PM in Courtroom 2 - Worcester before District Judge Timothy S. Hillman. (Castles, Martin) (Entered: 08/11/2020) |
| 08/13/2020 | 76 | Electronic Clerk's Notes for proceedings held before District Judge Timothy S. Hillman: Motion Hearing held on 8/13/2020 re 58 MOTION for Summary Judgment, Case called, Plaintiff (pro-se) and counsel for the dfts appear by telephone for motion hearing, Court hears arguments of the parties, Court rules taking under advisement 58 Motion for Summary Judgment; (Court Reporter: Marianne Kusa-Ryll at justicehill@aol.com) (Attorneys present: Plaintiff pro-se/Ecker) (Castles, Martin) (Entered: 08/13/2020) |
| 08/17/2020 | 77 | Transcript of Telephonic Motion Hearing held on August 13, 2020, before Judge Timothy S. Hillman. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Marianne Kusa-Ryll at justicehill@aol.com. Redaction Request due 9/8/2020. Redacted Transcript Deadline set for 9/17/2020. Release of Transcript Restriction set for 11/16/2020. (Belpedio, Lisa) (Entered: 08/17/2020) |
| 08/17/2020 | 78 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/caseinfo/transcripts.htm (Belpedio, Lisa) (Entered: 08/17/2020) |
| 02/03/2021 | 79 | MOTION for Leave to file electronically Pro Se by Paul Jones. (Lindsay, Maurice) (Entered: 02/03/2021) |
| 03/10/2021 | 83 | Emergency MOTION to Reconsider Partial Discovery Consideration on Grounds that Defendants Never Invoked, Denied or Argued they did not Exercise Control Over Plaintiff Deeming Defendants Plaintiffs Employer by Paul Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Zamorski, Michael) (Entered: 03/23/2021) |
| 03/10/2021 | 84 | NOTICE to the Court by Paul Jones (Zamorski, Michael) (Entered: 03/23/2021) |
| 03/15/2021 | 80 | District Judge Timothy S. Hillman: MEMORANDUM OF DECISION AND ORDER entered denying without prejudice 58 Motion for Summary Judgment. The Court shall hold a status conference to determine if limited discovery is necessary onApril 27, 2021 at 2:45 p.m. (Castles, Martin) (Entered: 03/15/2021) |
| 03/15/2021 | 81 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered granting 79 Motion for leave to electronically file Pro Se. |

| | | |
|---|---|---|
| | | The court grants permission on the condition that the pro se litigant is familiar with the Courts Local Rules. https://www.mad.uscourts.gov/general/rules-home.htm. The CM/ECF system follows and must be used in conjunction with the Federal Rules of Civil & Criminal Procedure, the Local Rules, and any administrative orders and policies of the United States District for the District of Massachusetts. The litigant is directed to complete the registration form accessible at https://forms.mad.uscourts.gov/ecfreg.html.<br><br>(Castles, Martin) (Entered: 03/15/2021) |
| 03/15/2021 | 82 | ELECTRONIC NOTICE of Telephone Hearing.Telephone Status Conference set for 4/27/2021 at 2:45 PM in Courtroom 2 - Worcester before District Judge Timothy S. Hillman. (Castles, Martin) (Entered: 03/15/2021) |
| 03/24/2021 | 85 | Opposition re 83 MOTION Reconsider Partial Discovery Consideration on Grounds that Defendants Never Invoked, Denied or Argued they did not Exercise Control Over Plaintiff Deeming Defendants Plaintiffs Employer filed by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres. (Ecker, Deborah) (Entered: 03/24/2021) |
| 03/24/2021 | 86 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered denying 83 Motion for Reconsideration. (Castles, Martin) (Entered: 03/24/2021) |
| 04/20/2021 | 87 | Defendant's Proposed Scheduling Order submitted by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres. Document received: Defendants' Proposed Scheduling Order. (Ecker, Deborah) Modified on 4/21/2021 (Jones, Sherry). (Entered: 04/20/2021) |
| 04/20/2021 | 88 | RESPONSE TO COURT ORDER by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres re 80 Order on Motion for Summary Judgment, . (Attachments: # 1 Exhibit Exhibit 1)(Ecker, Deborah) (Entered: 04/20/2021) |
| 04/22/2021 | 89 | Memorandum TO COURT ORDER by Paul Jones re 80 Order on Motion for Summary Judgment. (Jones, Sherry) (Entered: 04/22/2021) |
| 04/22/2021 | 90 | Proposed Scheduling Order submitted by Paul Jones. (Jones, Sherry) (Entered: 04/22/2021) |
| 04/22/2021 | 91 | EXHIBIT re 89 Response to Court Order by Paul Jones. (Jones, Sherry) (Entered: 04/22/2021) |
| 04/22/2021 | 92 | MOTION for Entry of Confidentiality and Protective Order by Paul Jones.(Jones, Sherry) (Entered: 04/22/2021) |
| 04/22/2021 | 93 | MOTION to request a privilege Log from Defendant's if Discovery is Granted by Paul Jones. (Attachments: # 1 Exhibit)(Jones, Sherry) (Entered: 04/22/2021) |
| 04/27/2021 | 94 | Electronic Clerk's Notes for proceedings held before District Judge Timothy S. Hillman: Status Conference held on 4/27/2021, Case called, Plaintiff pro-se and counsel for dfts appear by telephone for status conference, Court hears arguments of the parties as to limited discovery issue, Court rules taking the matter under advisement, (Court Reporter: Marianne Kusa-Ryll at justicehill@aol.com)(Attorneys present: Plaintiff Pro-se/Ecker) (Castles, Martin) (Entered: 04/27/2021) |

| | | |
|---|---|---|
| 04/28/2021 | 95 | District Judge Timothy S. Hillman: ORDER entered. SCHEDULING ORDER: The parties shall be allowed to propound one set of document requests (not to exceed 10 requests) and 10 interrogatories (with no discrete subparts) only on the issue of whether the Plaintiff was an employee of the Defendant or an independent contractor. The parties shall promptly serve their respective requests and will have until June 23, 2021 to complete the discovery. The court will hold a status conference on June 25. Status Conference set for 6/25/2021 at 3:00 PM in Courtroom 2 - Worcester before District Judge Timothy S. Hillman.(Castles, Martin) (Entered: 04/28/2021) |
| 04/30/2021 | 96 | Opposition re 93 MOTION to request a privilege Log from Defendant's if Discovery is Granted filed by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres. (Ecker, Deborah) (Entered: 04/30/2021) |
| 04/30/2021 | 97 | Opposition re 92 MOTION for Protective Order filed by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres. (Ecker, Deborah) (Entered: 04/30/2021) |
| 05/03/2021 | 98 | Subpoena Issued as to The Executive Office of Health & Human Services and Commonwealth of Massachusetts, MassHealth. (Jones, Sherry) (Entered: 05/03/2021) |
| 05/03/2021 | 99 | MOTION to Modify Scheduling Order by Paul Jones.(Jones, Sherry) (Entered: 05/03/2021) |
| 05/05/2021 | 100 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered denying 92 Motion for Protective Order and denying 93 Motion to request a privilege Log from Defendants. (Castles, Martin) (Entered: 05/05/2021) |
| 05/05/2021 | 101 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered granting in part 99 Motion for Reconsideration. Upon reconsideration, in addition to the discovery authorized by Docket Entry No. 95, each party is allowed to propound 10 Requests for Admissions, and to conduct one deposition only on the issue of whether the Plaintiff was an employee or independent contractor. As ordered in Docket Entry No. 95, this discovery must be completed by June 23, 2021. The motion is otherwise denied. (Castles, Martin) (Entered: 05/05/2021) |
| 05/10/2021 | 102 | Subpoena Issued as to for Equal Employment Opportunity Commission. (Jones, Sherry) (Entered: 05/10/2021) |
| 05/10/2021 | 103 | Disclosure pursuant to Rule 26. by Paul Jones.(Jones, Sherry) (Entered: 05/10/2021) |
| 05/19/2021 | 104 | MOTION for Leave to Conduct Depositions Remotely, Stenographically and by Audiovisual Means and Clarification if Order is Granted by Paul Jones.(Castles, Martin) (Entered: 05/19/2021) |
| 05/19/2021 | 105 | Subpoena Issued as to for Sandra J. Mulcahy. (Burgos, Sandra) (Entered: 05/20/2021) |
| 05/25/2021 | 106 | MOTION to Quash by Montachusetts Regional Transit Aurthority.(Ecker, Deborah) (Entered: 05/25/2021) |
| 06/02/2021 | 107 | First Opposition re 106 MOTION to Quash *Memorandum* filed by Paul Jones. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exihbit 5, # 6 Exhibit Exhibit 6)(Jones, Paul) (Entered: 06/02/2021) |

| | | |
|---|---|---|
| 06/14/2021 | 108 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered taking under advisement 104 Motion to Take Deposition Via Video. The parties are to confer and agree upon a protocol for the conduct of the deposition via video and report the results of that conference to the Court within 7 days. (Castles, Martin) (Entered: 06/14/2021) |
| 06/14/2021 | 109 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered granting 106 Motion for Protective Order. The Court enters a protective order (at this point in the proceedings) quashing the Plaintiff's subpoenas on the EEOC (Boston branch), EOHHS, Sharna Small-Borsellino, Director of Human Services Transportation, Com. of Mass. Mass Health, and Sandra J. Mulcahy Brokerage Operations Manager as being beyond the scope of discovery allowed by this Court's Orders dated April 28, 2021 and May 5, 2021. Within five days of the date of this Order, the Plaintiff shall withdraw the subpoenas and file an affidavit under the pains and penalties of perjury with this court setting forth in detail how the withdrawal of the subpoenas was communicated to the subpoenaed parties. I reserve until receipt of that affidavit the issue of awarding attorneys' fees to the Defendants. (Castles, Martin) (Entered: 06/14/2021) |
| 06/17/2021 | 110 | Emergency MOTION to Compel by Paul Jones. (Attachments: # 1 MEMORANDUM AND AURTHORITY, # 2 Exhibit)(Jones, Paul) (Entered: 06/17/2021) |
| 06/17/2021 | 111 | AFFIDAVIT Re: Rule 45 Subpoena Withdrawal re 106 MOTION to Quash filed by Paul Jones. (Jones, Paul) Modified on 6/22/2021 (Jones, Sherry). (Entered: 06/17/2021) |
| 06/21/2021 | 112 | First MOTION to Compel *Ares of Inquiry Deposition* by Paul Jones. (Attachments: # 1 Exhibit Exhibit 1)(Jones, Paul) (Entered: 06/21/2021) |
| 06/21/2021 | 113 | Opposition re 112 First MOTION to Compel *Ares of Inquiry Deposition* filed by Montachusetts Regional Transit Aurthority. (Attachments: # 1 Exhibit, # 2 Exhibit)(Ecker, Deborah) (Entered: 06/21/2021) |
| 06/21/2021 | 114 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered finding as moot 104 Motion to Take Deposition; denying 110 Motion to Compel; and denying 112 Motion to Compel. (Castles, Martin) (Entered: 06/21/2021) |
| 06/21/2021 | 115 | MOTION to Compel *Ares of Inquiry of Deposition* by Paul Jones.(Jones, Paul) (Entered: 06/21/2021) |
| 06/21/2021 | 116 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered terminating 115 Motion to Compel. This motion was a corrected version of motion # 112. (Castles, Martin) (Entered: 06/21/2021) |
| 06/25/2021 | 117 | Electronic Clerk's Notes for proceedings held before District Judge Timothy S. Hillman: Status Conference held on 6/25/2021, Case called, Plaintiff pro-se and counsel for dfts appear by telephone for status conference, Parties inform the Court that discovery as to the issue of employment is completed, Court orders Dfts' motion for summary judgment to be filed by 8/2/21, Response due by 8/23/21, Court sets hearing date, Motion Hearing set for 9/24/2021 at 2:30 PM in Courtroom 2 - Worcester before District Judge Timothy S. Hillman). (Court Reporter: Debra Joyce at joycedebra@gmail.com.)(Attorneys present: Plaintiff pr-se/Ecker) (Castles, Martin) (Entered: 06/25/2021) |
| 07/29/2021 | 118 | MOTION for Summary Judgment by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres.(Ecker, Deborah) (Entered: 07/29/2021) |
| 07/29/2021 | 119 | MEMORANDUM in Support re 118 MOTION for Summary Judgment filed by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, |

| | | |
|---|---|---|
| | | Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres. (Ecker, Deborah) (Entered: 07/29/2021) |
| 07/29/2021 | 120 | Statement of Material Facts L.R. 56.1 re 118 MOTION for Summary Judgment filed by Rebecca Badgley, Karen Cordio, Crystal Geisert, Amanda Kukta, Donna Landry, Bonnie Mahoney, Robert Monk, Montachusetts Regional Transit Aurthority, Michelle Moyo, Joanne Norris, Stephanie Richards, Ivan Roman, Tamara Shumovskaya, Jessica Torres. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Ecker, Deborah) (Entered: 07/29/2021) |
| 08/18/2021 | 121 | First MOTION for Extension of Time to September 6, 2021 by Paul Jones.(Jones, Paul) Modified on 8/18/2021 (Castles, Martin). (Entered: 08/18/2021) |
| 08/18/2021 | 122 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered granting 121 Motion for Extension of Time to File Response re 118 MOTION for Summary Judgment . Response due by 9/7/2021. (Castles, Martin) (Entered: 08/18/2021) |
| 09/07/2021 | 123 | Opposition Re: 118 MOTION for Summary Judgment *Opposition* by Paul Jones.(Jones, Paul) Modified on 9/8/2021 (Jones, Sherry). (Entered: 09/07/2021) |
| 09/07/2021 | 124 | Response Re: 120 Defendants Statement of Material Facts and *Counter Statments of Material Facts* by Paul Jones.(Jones, Paul) Modified on 9/8/2021 (Jones, Sherry). (Entered: 09/07/2021) |
| 09/07/2021 | 125 | DISREGARD THIS ENTRY, WRONG DOCUMENT ATTACHED, SEE CORRECTED DOCUMENT NO. 128. MOTION for Summary Judgment *Statement of Material Facts L.R. 56.1* by Paul Jones.(Jones, Paul) Modified on 9/8/2021 (Jones, Sherry). (Entered: 09/07/2021) |
| 09/07/2021 | 126 | Affidavit in Opposition Re: 118 MOTION for Summary Judgment *Affidavit* by Paul Jones.(Jones, Paul) Modified on 9/8/2021 (Jones, Sherry). (Entered: 09/07/2021) |
| 09/07/2021 | 127 | Exhibits in support of Re: [123 124 126 & 128 Re: MOTION for Summary Judgment *Opposition Exhibts* by Paul Jones. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit)(Jones, Paul) Modified on 9/8/2021 (Jones, Sherry). (Entered: 09/07/2021) |
| 09/07/2021 | 128 | Statement of Material Facts L.R. 56.1 re 125 MOTION for Summary Judgment *Statement of Material Facts L.R. 56.1 Corrected PLT 56.1 SOF* filed by Paul Jones. (Jones, Paul) (Entered: 09/07/2021) |
| 09/20/2021 | 129 | REPLY to Response to 123 MOTION for Summary Judgment *Opposition*, 124 MOTION for Summary Judgment *Counter Statments of Material Facts* filed by Montachusetts Regional Transit Aurthority. (Ecker, Deborah) (Entered: 09/20/2021) |
| 09/21/2021 | 130 | MOTION for Leave for Sur-Reply by Paul Jones.(Jones, Paul) Modified docket text on 9/22/2021 (Burgos, Sandra). (Entered: 09/21/2021) |
| 09/24/2021 | 131 | Electronic Clerk's Notes for proceedings held before District Judge Timothy S. Hillman: Motion Hearing held on 9/24/2021 re 118 MOTION for Summary Judgment filed by Bonnie Mahoney, Donna Landry, Ivan Roman, Rebecca Badgley, Robert Monk, Michelle Moyo, Amanda Kukta, Joanne Norris, Tamara Shumovskaya, Crystal Geisert, Jessica Torres, Karen Cordio, Montachusetts Regional Transit Aurthority, Stephanie Richards, Case called, Plaintiff pro-se and counsel for dft appear by telephone for motion hearing, Court hears arguments of the parties, Court rules taking under advisement 118 Motion for Summary Judgment; (Court Reporter: Marianne Kusa-Ryll at justicehill@aol.com) (Attorneys present: Plaintiff pro-se/Ecker) (Castles, Martin) (Entered: 09/24/2021) |

| | | |
|---|---|---|
| 09/24/2021 | 132 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered granting 130 Motion for Leave to File sur-reply. Plaintiff using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. (Castles, Martin) (Entered: 09/24/2021) |
| 12/14/2021 | 133 | Notice of Supplemental Authorities re 123 MOTION for Summary Judgment *Opposition* (Attachments: # 1 Exhibit EXHBIT)(Jones, Paul) (Entered: 12/14/2021) |
| 03/28/2022 | 134 | District Judge Timothy S. Hillman: MEMORANDUM OF DECISION AND ORDER entered granting 118 Motion for Summary Judgment. (Castles, Martin) (Entered: 03/28/2022) |
| 03/28/2022 | 135 | District Judge Timothy S. Hillman: ORDER entered. JUDGMENT for the defendants. (Castles, Martin) (Entered: 03/28/2022) |
| 03/28/2022 | 136 | NOTICE OF APPEAL as to 134 MEMORANDUM OF DECISION AND ORDER and 135 Judgment by Paul Jones NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 4/18/2022. (Jones, Paul) Modified docket text on 3/29/2022 (Burgos, Sandra). (Entered: 03/28/2022)** |
| 03/29/2022 | 137 | Filing fee/payment: $ 505.00, receipt number 1BST088908 for 136 Notice of Appeal,,, (Barbosa, Nilsa) (Entered: 03/29/2022) |
| 03/30/2022 | 138 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 136 Notice of Appeal. (Paine, Matthew) (Entered: 03/30/2022) |
| 03/31/2022 | 139 | USCA Case Number 22-1234 for 136 Notice of Appeal, filed by Paul Jones. (Paine, Matthew) (Entered: 03/31/2022) |
| 11/30/2023 | 140 | USCA Judgment as to 136 Notice of Appeal, filed by Paul Jones (Paine, Matthew)<br><br>**VACATED AND REMANDED**<br><br>(Entered: 11/30/2023) |
| 12/22/2023 | 141 | MANDATE of USCA as to 136 Notice of Appeal,,, filed by Paul Jones. Appeal 136 Terminated (Dore, Samantha) (Entered: 12/26/2023) |
| 01/23/2024 | 142 | NOTICE of Change of Address or Firm Name by Paul Jones (Lendon, Tyler) (Entered: 01/23/2024) |
| 05/30/2024 | 143 | ELECTRONIC NOTICE of Reassignment. District Judge Margaret R. Guzman added. Case redrawn according to Local Rule 40.1(i). District Judge Timothy S. Hillman no longer assigned to case. (Burgos, Sandra) (Entered: 05/30/2024) |
| 12/13/2024 | 144 | MOTION to Reopen Case and Advance Proceedings by Paul Jones. (Attachments: # 1 Exhibit, # 2 Exhibit)(Zamorski, Michael) (Entered: 12/13/2024) |
| 12/16/2024 | 145 | Case Reopened USCA Judgment [Dkt. 140] Mandate of USCA [Dkt. 141]. (Deslauriers, Timothy) (Entered: 12/16/2024) |
| 12/16/2024 | 146 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered granting 144 Motion to Reopen Case. (Frisch, Suzanne) (Entered: 12/16/2024) |

| | | |
|---|---|---|
| 12/16/2024 | 147 | ELECTRONIC NOTICE of Hearing. Status Conference set for 1/9/2025 at 10:15 AM in Courtroom 2 - Worcester (Remote only) before District Judge Margaret R. Guzman.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible.<br><br>Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.<br><br>(Frisch, Suzanne) (Entered: 12/16/2024) |
| 01/06/2025 | 148 | ELECTRONIC NOTICE OF RESCHEDULING: Status Conference set for 1/29/2025 at 2:00 PM in Courtroom 2 - Worcester (Remote only) before District Judge Margaret R. Guzman. Parties shall file a joint proposed scheduling plan at least seven days pior to the conference.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible.<br><br>Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.<br><br>(Frisch, Suzanne) (Entered: 01/06/2025) |
| 01/23/2025 | 149 | NOTICE to the Court by Paul Jones (Attachments: # 1 Exhibit)(TRL) (Entered: 01/23/2025) |
| 01/23/2025 | 150 | JOINT PROPOSED SCHEDULING PLAN. (Attachments: # 1 Exhibit)(TRL) (Entered: 01/23/2025) |
| 01/29/2025 | 151 | Electronic Clerk's Notes for proceedings held before District Judge Margaret R. Guzman: Status Conference held on 1/29/2025. Case called. Counsel and Pro Se Plaintiff appear by video for status conference. Court and parties discuss case history and related case, 20-cv-12076. Court asks for written status updates from each party prior to next hearing, to be held in person. Status Report due by 2/20/2025. Status Conference set for 2/27/2025 at 3:00 PM in Courtroom 2 - Worcester (In person only) before District Judge Margaret R. Guzman. (Court Reporter: Marianne Kusa Ryll at justicehill@aol.com) (Attorneys present: Ecker, Rich, Ahluwalia) (SF) (Entered: 01/29/2025) |
| 02/18/2025 | 152 | STATUS REPORT by Montachusetts Regional Transit Aurthority. (Ecker, Deborah) (Entered: 02/18/2025) |

| | | |
|---|---|---|
| 02/20/2025 | 153 | STATUS REPORT by Paul Jones. (Attachments: # 1 Exhibit). (TRL) (Entered: 02/20/2025) |
| 02/20/2025 | 154 | STATUS REPORT *and Request for Confirmation Concerning Case Involvement* by HB Software Solutions, Inc.. (Attachments: # 1 Exhibit A - Plaintiff's Notice of Appeal, # 2 Exhibit B - Clerk's Certificate & Appeals Court Cover Sheet, # 3 Exhibit C - Judgment entered 11-30-23)(Rich, David) (Entered: 02/20/2025) |
| 02/21/2025 | 155 | Plaintiff's MOTION to Exclude Defendant HB Software Solutions, Inc. as a Party to this Lawsuit by Paul Jones.(MPZ) (Entered: 02/21/2025) |
| 02/27/2025 | 156 | Electronic Clerk's Notes for proceedings held before District Judge Margaret R. Guzman: Status Conference held on 2/27/2025. Case called. Counsel and Pro Se Plaintiff appear for status conference. Court, counsel and Plaintiff agree to consolidate this case with 4:19-11093 and combine the complaints. Parties also agree that HB Software Solutions is no longer a party to the case. Court sets the following dates: Dispositive Motions due by 4/2/2025. Responses due 4/30/2025. Court will provide counsel and parties with remaining claims. Motion Hearing set for 5/15/2025 at 11:00 AM in Courtroom 2 - Worcester (In person only) before District Judge Margaret R. Guzman. (Court Reporter: Jessica Leonard at jessicamichaelleonard@gmail.com) (Attorneys present: Ecker, Rich) (SF) (Entered: 02/27/2025) |
| 03/06/2025 | 157 | EMERGENCY MOTION for Clarification by Paul Jones.(TRL) (Entered: 03/06/2025) |
| 03/26/2025 | 158 | MOTION for Leave to File *Motion for Leave to Exceed Page Limit Pursuant to Local Rule 7.1(b)(4)* by Montachusetts Regional Transit Aurthority.(Ecker, Deborah) (Entered: 03/26/2025) |
| 03/28/2025 | 159 | PLAINTIFF'S MOTION TO AMEND PLEADINGS PURSUANT TO FIRST CIRCUIT REMAND AND FEBRUARY 27, 2025, CONSOLIDATION ORDER by Paul Jones. (Attachments: # 1 Exhibits)(TF) (Entered: 03/28/2025) |
| 03/28/2025 | 160 | PLAINTIFF'S RULE 56(d)1 MOTION TO DEFER SUMMARY JUDGMENT TO ALLOW DISCOVERY by Paul Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(TF) (Entered: 03/28/2025) |
| 04/02/2025 | 161 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered granting 158 Motion for Leave to File Excess Pages. Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on April 2, 2025 - in the caption of the document. (SF) (Entered: 04/02/2025) |
| 04/02/2025 | 162 | MOTION for Summary Judgment by Montachusetts Regional Transit Aurthority.(Ecker, Deborah) (Entered: 04/02/2025) |
| 04/02/2025 | 163 | MEMORANDUM in Support re 162 MOTION for Summary Judgment filed by Montachusetts Regional Transit Aurthority. (Ecker, Deborah) (Entered: 04/02/2025) |
| 04/02/2025 | 164 | Statement of Material Facts L.R. 56.1 re 162 MOTION for Summary Judgment filed by Montachusetts Regional Transit Aurthority. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Ecker, Deborah) (Entered: 04/02/2025) |
| 04/02/2025 | 166 | MOTION for Partial Summary Judgment by Paul Jones.(SB) (Entered: 04/04/2025) |
| 04/02/2025 | 167 | Brief in Support re 166 MOTION for Partial Summary Judgment filed by Paul Jones. (SB) (Entered: 04/04/2025) |

| | | |
|---|---|---|
| 04/02/2025 | 168 | Statement of Material Facts L.R. 56.1 re 166 MOTION for Partial Summary Judgment filed by Paul Jones. (SB) (Entered: 04/04/2025) |
| 04/02/2025 | 171 | CD and thumb drive EXHIBIT re 166 MOTION for Partial Summary Judgment by Paul Jones. (SB) (Entered: 04/08/2025) |
| 04/04/2025 | 165 | Notice to the Court regarding Opting Out of Electronic Filing by Paul Jones. (Attachments: # 1 Exhibit 1)(SB) (Entered: 04/04/2025) |
| 04/07/2025 | 169 | Opposition re 159 MOTION to Amend filed by Montachusetts Regional Transit Aurthority. (Ecker, Deborah) (Entered: 04/07/2025) |
| 04/07/2025 | 170 | Opposition re 160 MOTION *to Defer Summary Judgment to Allow for Discovery* filed by Montachusetts Regional Transit Aurthority. (Ecker, Deborah) (Entered: 04/07/2025) |
| 04/15/2025 | 172 | Plaintiff's REPLY in Opposition to Defendants' Opposition to Plaintiff's Rule 56(d) 160 Motion to Defer Summary Judgment filed by Paul Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(MPZ) (Entered: 04/15/2025) |
| 04/28/2025 | 173 | RESPONSE to Motion re 166 MOTION for Partial Summary Judgment *Defendants' Response to Plaintiff's Statement of Facts* filed by Montachusetts Regional Transit Aurthority. (Ecker, Deborah) (Entered: 04/28/2025) |
| 04/28/2025 | 174 | MEMORANDUM in Opposition re 166 MOTION for Partial Summary Judgment *Memorandum of Law in Support of Defendants' Opposition to Plaintiff's Partial Motion for Summary Judgment* filed by Montachusetts Regional Transit Aurthority. (Ecker, Deborah) (Entered: 04/28/2025) |
| 04/30/2025 | 175 | PLAINTIFF RESPONSE TO DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF FACTS by Paul Jones to 164 Statement of Material Facts L.R. 56.1. (TF) (Entered: 04/30/2025) |
| 04/30/2025 | 176 | PLAINTIFF OPPOSITION TO DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT to 174 Memorandum in Opposition to Motion, by Paul Jones. (Attachments: # 1 Exhibits)(TF) (Entered: 04/30/2025) |
| 05/02/2025 | 177 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered granting 155 Motion to Exclude Defendant HB Software Solutions, Inc. as a Party to this Lawsuit. Parties also agree that HB Software Solutions is no longer a party to the case as discussed on the record at the hearing on 2/27/2025. (SF) (Entered: 05/02/2025) |
| 05/06/2025 | 178 | Plaintiff's REPLY to Defendants' Opposition to 166 MOTION for Partial Summary Judgment filed by Paul Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(MPZ) (Entered: 05/06/2025) |
| 05/15/2025 | 179 | Electronic Clerk's Notes for proceedings held before District Judge Margaret R. Guzman: Motion Hearing held on 5/15/2025 re 162 MOTION for Summary Judgment, 157 MOTION for Clarification, 160 MOTION to Defer Summary Judgment, 166 MOTION for Partial Summary Judgment, 159 MOTION to Amend. Case called. Counsel and Pro Se Plaintiff appear for hearing on motions. Court hears argument from counsel and plaintiff and takes motions under advisement. (Court Reporter: Marianne Kusa Ryll at justicehill@aol.com) (Attorneys present: Ecker, Jones-Pro se) (SF) (Entered: 05/15/2025) |

| | | |
|---|---|---|
| 05/21/2025 | 180 | Transcript of Motion Hearing held on May 15, 2025, before Judge Margaret R. Guzman. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Marianne Kusa-Ryll at justicehill@aol.com. Redaction Request due 6/11/2025. Redacted Transcript Deadline set for 6/23/2025. Release of Transcript Restriction set for 8/19/2025. (DRK) (Entered: 05/21/2025) |
| 05/21/2025 | 181 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 05/21/2025) |
| 05/27/2025 | 182 | Request for Judicial Notice and Supporting Memorandum by Paul Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(SB) (Entered: 05/27/2025) |
| 07/07/2025 | 183 | Plaintiff's Notice of Unequal Judicial Management, and Spoilation of Evidence by Paul Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 Affidavit, # 4 Exhibit 4) (MPZ) (Entered: 07/07/2025) |
| 01/07/2026 | 184 | Plaintiff's Notice of Supplemental Evidence in Support of re 160 Plaintiff's Rule 56(d)1 Motion to Defer Summary Judgment to Allow Discovery by Paul Jones. (Attachments: # 1 Exhibit, # 2 Exhibit).(TRL) (Entered: 01/07/2026) |
| 01/09/2026 | 185 | Plaintiff's MOTION for Preservation Order and Litigation Hold (ESI and Documents), Including Authorization for Expedited Rule 45 Preservation Subpoenas by Paul Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(MPZ) (Entered: 01/09/2026) |
| 01/14/2026 | 186 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered granting 165 Motion regarding Opting Out of Electronic Filing by Paul Jones. Going forward, Plaintiff will not file electronically and will receive notice of filings by mail. (SF) (Entered: 01/14/2026) |
| 01/15/2026 | 187 | Opposition re 185 MOTION to Preserve Evidence filed by Montachusett Regional Transit Authority. (Ecker, Deborah) (Entered: 01/15/2026) |
| 01/15/2026 | 188 | NOTICE by Montachusett Regional Transit Authority re 184 Notice (Other) *Response to Pltf's Notice of Supplemental Evidence in Support of Pending Rule 56(d) Motion* (Ecker, Deborah) (Entered: 01/15/2026) |
| 01/16/2026 | 189 | Plaintiff Paul Jone's MOTION to Clarify Defense Counsel's Representation and to Correct the Docket by Paul Jones.(MPZ) (Entered: 01/16/2026) |
| 01/20/2026 | 190 | Plaintiff's REPLY to Defendants' Opposition to 185 MOTION for Preservation Order filed by Paul Jones. (Attachments: # 1 Exhibit)(MPZ) (Entered: 01/20/2026) |
| 01/21/2026 | 191 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered. The Court in is the process of adjudicating the pending motions in this matter, including the dispositive motions for summary judgment, ECF Nos. 162 & 166. At this time, the Court does not require further factual development. Accordingly, to preserve both judicial resources and the parties resources, the Court hereby STAYS discovery pending the resolution of the summary judgment motions. The parties duty to preserve relevant and material evidence remains ongoing. Parties are advised to refrain from filing discovery-related motions until the stay on discovery is lifted. (SF) (Entered: 01/21/2026) |
| 02/06/2026 | 192 | Copy re 191 Order,, mailed to Paul Jones on 2/6/2026. (SB) (Entered: 02/06/2026) |
| 03/18/2026 | 193 | District Judge Margaret R. Guzman: ORDER entered. MEMORANDUM AND ORDER. For the foregoing reasons, Plaintiff's Rule 56(d) Motion [ECF No. 160] is **GRANTED IN PART** and the Parties' Cross-Motions for Summary Judgment [ECF Nos. 162 & 166] are |

| | | |
|---|---|---|
| | | **DENIED** without prejudice. Plaintiff's Motion for Clarification [ECF No. 157] is **DENIED AS MOOT**, as the Memorandum and Order provides the clarity sought. Plaintiff's Motion to Amend [ECF No. 159] is DENIED, as the First Circuit's guidance and the Memorandum and Order clarify the operative claims post-remand, and no amended pleading is required.<br><br>(SF) (Entered: 03/18/2026) |
| 03/20/2026 | 194 | Copy re 193 District Judge Margaret R. Guzman: ORDER entered. MEMORANDUM AND ORDER mailed to Paul Jones on 3/20/2026. (SB) (Entered: 03/20/2026) |
| 03/20/2026 | 195 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered. The parties are ORDERED to submit a joint status report no later than April 3, 2026, at 6:00 p.m., detailing the discovery conducted to date in this case, including in both Case Nos. 1:20-cv-12076-MRG and 4:19-cv-11093-MRG. The report shall identify, in a neutral and non-argumentative manner, the subject matter of the discovery (e.g., employment status, TCPA, alleged retaliation, etc.) and the means by which it was conducted (e.g., interrogatories, depositions, document requests, etc.).<br><br>The parties shall not include any discussion of discovery disputes, argument regarding the adequacy or scope of discovery, or any privileged information. If the parties are unable to agree on any portion of the report, they shall briefly identify the area(s) of disagreement without argument. The parties will have the opportunity to present argument at a future hearing.<br><br>(SF) (Entered: 03/20/2026) |
| 03/23/2026 | 196 | Copy re 195 ELECTRONIC ORDER, mailed to Paul Jones on 3/23/2026. (JB) (Entered: 03/23/2026) |
| 03/24/2026 | 197 | Plaintiff's Verified MOTION for Reconsideration re 193 Order on Motion for Clarification, Order on Motion to Amend, Order on Motion for Miscellaneous Relief, Order on Motion for Summary Judgment, Order on Motion for Partial Summary Judgment, by Paul Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(MPZ) (Entered: 03/24/2026) |
| 03/25/2026 | 198 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered. Defendants shall file a brief in opposition to Plaintiff's Motion for Reconsideration [ECF No. 197] no later than April 8, 2026, at 6:00 p.m. (SF) (Entered: 03/25/2026) |
| 03/25/2026 | 199 | Copy re 198 Order mailed to Paul Jones on 3/25/2026. (SB) (Entered: 03/25/2026) |
| 04/02/2026 | 200 | JOINT STATEMENT of counsel *Status Report*. (Ecker, Deborah) (Entered: 04/02/2026) |
| 04/06/2026 | 201 | Opposition re 197 MOTION for Reconsideration re 193 Order on Motion for Clarification,,, Order on Motion to Amend,,, Order on Motion for Miscellaneous Relief,,, Order on Motion for Summary Judgment,,, Order on Motion for Partial Summary Judgment,, filed by Montachusett Regional Transit Authority. (Ecker, Deborah) (Entered: 04/06/2026) |
| 04/08/2026 | 202 | Plaintiff's Verified Reply in Support of Motion for Reconsideration filed by Paul Jones. (Attachments: # 1 Exhibit 1)(TRL) (Entered: 04/08/2026) |
| 05/08/2026 | 203 | ELECTRONIC NOTICE Setting Hearing on Motion 197 MOTION for Reconsideration and other case matters. Hearing set for 5/18/2026 at 11:00 AM in Courtroom 2 - Worcester (In person only) before District Judge Margaret R. Guzman. (SF) (Entered: 05/08/2026) |

| | | |
|---|---|---|
| 05/18/2026 | 204 | Electronic Clerk's Notes for proceedings held before District Judge Margaret R. Guzman: Motion Hearing held on 5/18/2026 re 197 MOTION for Reconsideration filed by Paul Jones. Case is called. Counsel and Pro Se Plaintiff appear for motion hearing. Court hears argument on motion. For the reasons stated on the record, Plaintiff's Motion for Reconsideration [ECF No. 197] is DENIED. The Court is mindful of Plaintiff's record citations regarding the alleged revocation-of-consent correspondence, as well as Defendants' representations in ECF No. 201 concerning Plaintiff's alleged conduct following transmission of those letters, which may bear on the revocation issue. To the extent any party elects to file a renewed motion for summary judgment, those issues may be addressed therein.<br><br>In light of the re-opening of discovery and the order on cross motions for summary judgment, the Court finds as moot 185 Motion to Preserve Evidence and 189 Motion to Clarify Defense Counsel's Representation and to Correct the Docket by Paul Jones. (Court Reporter: Jessica Leonard at jessica@wickedsteno.com) (Attorneys present: Ecker, Jones-Pro se) (SF) (Entered: 05/18/2026) |
| 05/18/2026 | 205 | District Judge Margaret R. Guzman: ORDER entered. ORDER TO SHOW CAUSE re: SCHEDULING ORDER. The parties are ORDERED to submit a joint proposed scheduling order no later than May 22, 2026, consistent with the Courts directives on the record that: (1) discovery shall be completed by August 28, 2026; and (2) any renewed motions for summary judgment shall be filed by September 28, 2026. Scheduling Conference set for 5/28/2026 at 10:45 AM in Remote Proceeding: Worcester before District Judge Margaret R. Guzman. (SF) (Entered: 05/18/2026) |
| 05/22/2026 | 206 | Proposed JOINT STATEMENT re scheduling conference *on May 28, 2026*. (Ecker, Deborah) (Entered: 05/22/2026) |
| 05/22/2026 | 207 | AFFIDAVIT in Support *of Attorneys' Fee Award*. (Attachments: # 1 Exhibit 1)(Ecker, Deborah) (Entered: 05/22/2026) |
| 05/26/2026 | 208 | District Judge Margaret R. Guzman: ORDER entered.ORDER TO SHOW CAUSE DIRECTED TO PLAINTIFF PAUL JONES.<br><br>Show Cause Response due by 5/29/2026. On May 18, 2026, the Court entered an Order to Show Cause [ECF No. 205]. Plaintiff Paul Jones was ordered to respond to the Order to Show Cause no later than May 22, 2026 [ECF No. 205 at 2]. That deadline has now expired. The Court presumes that Plaintiff Jones inadvertently failed to respond to the Order to Show Cause in good faith. Plaintiff Jones SHALL respond to the Order to Show Cause [ECF No. 205] no later than 5:00 p.m. on Friday, May 29, 2026. Failure to timely respond may result in sanctions, including possible dismissal of claims with prejudice. The Court notes that, based on Plaintiff Jone's past filings, there is no indication that he is not receiving nor is otherwise unable to access ECF email notifications.<br><br>(SF) (Entered: 05/26/2026) |
| 05/26/2026 | 209 | Copy re 208 Order to Show Cause, mailed to Paul Jones on 5/26/26. (JB) (Entered: 05/26/2026) |
| 05/27/2026 | 210 | MOTION for Leave of Court to Withdraw as Counsel for Defendant Ivan Roman by Montachusett Regional Transit Authority. (Attachments: # 1 Attachment)(Ecker, Deborah) Modified on 6/4/2026 to correct event type (changed motion for leave to file to motion to withdraw as attorney) (SF). (Entered: 05/27/2026) |
| 05/28/2026 | 211 | Electronic Clerk's Notes for proceedings held before District Judge Margaret R. Guzman: Scheduling Conference held on 5/28/2026. Case is called. Counsel and Pro Se Plaintiff appear by video for scheduling conference. Court declines to adopt proposed joint |

| | | |
|---|---|---|
| | | scheduling order [ECF 206] due to the number of disputed issues. Parties shall confer and submit a new proposed scheduling order by Wednesday, 6/3/2026. Plaintiff is reminded that the deadline for his Show Cause response is Friday, 5/29/2026. (Court Reporter: Jessica Leonard at jessica@wickedsteno.com) (Attorneys present: Ecker, Jones-Pro se) (SF) (Entered: 05/28/2026) |
| 05/29/2026 | 212 | RESPONSE TO ORDER TO SHOW CAUSE by Paul Jones. (Attachments: # 1 Exhibit) (JB) (Entered: 05/29/2026) |
| 06/03/2026 | 213 | Proposed Document(s) submitted by Montachusett Regional Transit Authority. Document received: Joint Proposed Scheduling Order. (Ecker, Deborah) (Entered: 06/03/2026) |
| 06/04/2026 | 214 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered ADOPTING 213 Joint Proposed Scheduling Order. Initial Disclosures to be completed by 6/12/2026. Fact Discovery to be completed by 8/28/2026. Dispositive Motions due by 9/28/2026. (SF) (Entered: 06/04/2026) |
| 06/04/2026 | 215 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered granting 210 MOTION for Leave of Court to Withdraw as Counsel for Defendant Ivan Roman by Montachusett Regional Transit Authority. Attorney Deborah Ecker terminated as Attorney for Ivan Roman. (SF) (Entered: 06/04/2026) |
| 06/10/2026 | 216 | Transcript of Motion Hearing held on May 18, 2026, before Judge Margaret R. Guzman. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Jessica Leonard at jessica@wickedsteno.com. Redaction Request due 7/1/2026. Redacted Transcript Deadline set for 7/13/2026. Release of Transcript Restriction set for 9/8/2026. (DRK) (Entered: 06/10/2026) |
| 06/10/2026 | 217 | Transcript of Scheduling Conference held on May 28, 2025, before Judge Margaret R. Guzman. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Jessica Leonard at jessica@wickedsteno.com. Redaction Request due 7/1/2026. Redacted Transcript Deadline set for 7/13/2026. Release of Transcript Restriction set for 9/8/2026. (DRK) (Entered: 06/10/2026) |
| 06/10/2026 | 218 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 06/10/2026) |
| 06/29/2026 | 219 | Assented to MOTION to Withdraw as Attorney *for Michelle Moyo* by Montachusett Regional Transit Authority. (Attachments: # 1 Exhibit 1)(Ecker, Deborah) (Entered: 06/29/2026) |
| 06/30/2026 | 220 | Withdrawal of motion: 219 Assented to MOTION to Withdraw as Attorney *for Michelle Moyo* filed by Montachusett Regional Transit Authority.. (Ecker, Deborah) (Entered: 06/30/2026) |
| 07/20/2026 | 221 | Subpoena Issued for E.O.H.H.S.. (TF) (Entered: 07/20/2026) |
| 07/20/2026 | 222 | MOTION to Quash by Montachusett Regional Transit Authority. (Attachments: # 1 Exhibit 1)(Ecker, Deborah) (Main Document 222 replaced with signed version on 7/21/2026) (JB). (Entered: 07/20/2026) |
| 07/21/2026 | 223 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered re 222 MOTION to Quash filed by Montachusett Regional Transit Authority. |

| | | |
|---|---|---|
| | | The Court has reviewed Defendants' Motion to Quash. [ECF No. 222, Case No. 4:19-cv-11093-MRG]. As a threshold matter, Defendants' argument under Local Rule 26.1(c) is unpersuasive. Defendants correctly note that Local Rule 26.1(c) imposes numerical limitations on discovery requests. However, those limitations are most reasonably construed as applying to discovery served on each individual party, rather than collectively to an entire side. This interpretation is consistent with Federal Rule of Civil Procedure 33(a)(1), which limits the number of interrogatories that may be served upon "any other party." To the extent Local Rule 26.1(c) could be construed inconsistently with the Federal Rules of Civil Procedure, the Federal Rules control. See Mirakl, Inc. v. VTEX Com. Cloud Sols. LLC, 544 F. Supp. 3d 146, 147 (D. Mass. 2021) (citing Magnesium Elektron N. Am., Inc. v. Applied Chemistries, Inc., No. 18-cv-40207, 2019 WL 7578395, at *3 (D. Mass. July 26, 2019)).<br><br>That said, the Court was serious when it expressly warned that discovery "must be narrowly focused on the issues that are actually material to the remaining claims and defenses." Tr. of Mot. Hr'g held on May 18, 2026, ECF No. 216, at 3:214:1. Whether Plaintiff's discovery requests satisfy that directiveand otherwise comply with the proportionality requirements of Federal Rule of Civil Procedure 26(b)(1)will be addressed at the virtual hearing scheduled for Friday at 10:00 a.m.<br><br>This case has been pending for several years at significant expense to both the parties and the Court. Accordingly, the Court will not permit discovery that is not appropriately tailored to the remaining claims and defenses, as identified in the Court's Memorandum and Order on the parties' Cross-Motions for Summary Judgment. [See ECF No. 193].<br><br>Unless otherwise noted, the ECF citations are to the lead case, 4:19-cv-11093-MRG. The parties should not docket in the member case, 1:20-cv-12076-MRG.<br><br>(SF) (Entered: 07/21/2026) |
| 07/22/2026 | 224 | ELECTRONIC NOTICE Setting Hearing on 222 Motion to Quash: Motion Hearing set for 7/24/2026 at 10:00 AM in Remote Proceeding: Worcester before District Judge Margaret R. Guzman.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible.<br><br>Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(SF) (Entered: 07/22/2026) |
| 07/22/2026 | 230 | Subpoena Issued as to for Google LLC c/o Custodian of Records. (TRL) (Entered: 08/05/2026) |
| 07/23/2026 | 225 | Plaintiff's Opposition re 222 MOTION to Quash and Cross-Motion to Compel filed by Paul Jones. (TRL) Modified docket text on 7/24/2026 (SB). (Entered: 07/23/2026) |
| 07/24/2026 | 226 | EXHIBIT re 225 Opposition to Motion by Paul Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 |

| | | |
|---|---|---|
| | | Exhibit 8)(TRL) (Entered: 07/24/2026) |
| 07/24/2026 | 227 | Electronic Clerk's Notes for proceedings held before District Judge Margaret R. Guzman: Motion Hearing held on 7/24/2026 re 222 MOTION to Quash filed by Montachusett Regional Transit Authority. Case is called. Counsel and pro se Plaintiff appear by video for motion hearing. Court and parties discuss discovery disputes. Court rules on the record; written order to issue. (Court Reporter: Jessica Leonard at jessica@wickedsteno.com) (Attorneys present: Ecker, Jones-Pro se) (SF) (Entered: 07/24/2026) |
| 07/24/2026 | 228 | District Judge Margaret R. Guzman: ORDER entered granting in part and denying in part 222 Motion to Quash; granting in part and denying in part 225 Motion to Compel.<br><br>The Court has issued its rulings on Defendants' Motion to Quash [ECF No. 222] and Plaintiff's Motion to Compel [ECF No. 225] as reflected in the accompanying table of rulings. As stated on the record, the Court notes that Plaintiff included allegations of spoliation against Defendants in his opposition filings. The Court will consider such allegations only if they are properly presented in a motion that complies with the Federal Rules of Civil Procedure and this Court's Local Rules.<br><br>The Court reminds the parties that when a responding party represents that responsive documents do not exist, the Court cannot compel the production of documents that do not exist absent a showing to the contrary. See Yourga v. City of Northampton, Civil Action No. 16-30167-MGM, 2018 WL 4268894, at *1 n.2 (D. Mass. Sept. 6, 2018) ("A court 'cannot compel a party to produce documents that do not exist.'" (citation omitted)).<br><br>The Court further reminds the parties that a party withholding otherwise responsive information or documents on the basis of attorney-client privilege, work-product protection, or any other applicable privilege must provide a privilege log that complies with Federal Rule of Civil Procedure 26(b)(5)(A). A party may not withhold responsive materials on the basis of privilege without providing the required privilege log.<br><br>To the extent the table of rulings and orders issued on the record today leaves any dispute unresolved, that the parties cannot resolve on their own, the parties shall promptly notify the Court, and the Court will schedule a hearing to resolve the remaining dispute.<br><br>(SF) (Entered: 07/24/2026) |
| 08/04/2026 | 229 | MOTION to Withdraw as Attorney *for Michelle Moyo* by Montachusett Regional Transit Authority.(Ecker, Deborah) (Entered: 08/04/2026) |
| 08/05/2026 | 231 | Plaintiff's Opposition to Defense Counsel's Second Motion for Leave to Withdraw re 229 MOTION to Withdraw as Attorney *for Michelle Moyo* filed by Paul Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(TF) (Entered: 08/05/2026) |
| 08/05/2026 | 232 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered DENYING WITHOUT PREJUDICE 229 Motion to Withdraw as Attorney. The Court **DENIES WITHOUT PREJUDICE** the Motion for Leave to Withdraw as Counsel [ECF No. 229] for Defendant Michelle Moyo. The Court instead extends all discovery deadlines applicable to Defendant Moyo to September 1, 2026. Current counsel shall continue reasonable efforts to communicate with Defendant Moyo and to advise her regarding the retention of replacement counsel. No later than September 2, 2026, counsel shall file either (1) a renewed motion to withdraw or (2) a status report advising the Court of Defendant Moyo's efforts to obtain replacement counsel and whether counsel has reestablished communication with her. It's critical, at this late stage of discovery, that Defendant Moyo satisfies her discovery obligations. (SF) (Entered: 08/05/2026) |

| | | |
|---|---|---|
| 08/10/2026 | 233 | Transcript of Motion Hearing held on July 24, 2026, before Judge Margaret R. Guzman. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Jessica Leonard at jessica@wickedsteno.com. Redaction Request due 8/31/2026. Redacted Transcript Deadline set for 9/10/2026. Release of Transcript Restriction set for 11/9/2026. (DRK) (Entered: 08/10/2026) |
| 08/10/2026 | 234 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 08/10/2026) |
| 08/19/2026 | 235 | Plaintiff's Second Motion to Compel Discovery Responses and For Sanctions Against Defendants by Paul Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (TRL). (Entered: 08/19/2026) |
| 08/20/2026 | 236 | Introduction and Meet and Confer Compliance re 235 Plaintiff's Second Motion to Compel Discovery Responses and For Sanctions Against Defendants by Paul Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (TRL) Modified text on 8/21/2026 (JB). (Entered: 08/20/2026) |
| 08/25/2026 | 237 | Opposition re 235 MOTION to Compel MOTION for Sanctions filed by Montachusett Regional Transit Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Ecker, Deborah) (Entered: 08/25/2026) |
| 08/25/2026 | 238 | Plaintiff's Motion to Order Defendant to File Responsive Pleadings by Paul Jones. (Attachments: # 1 Exhibit)(TF) (Entered: 08/25/2026) |
| 08/27/2026 | 239 | Renewed Motion for Leave of Court to Withdraw as Counsel by Deborah I. Ecker *as counsel for Defendant Michelle Moyo* (Ecker, Deborah) Modified docket text on 8/28/2026 (SB). (Entered: 08/27/2026) |
| 08/28/2026 | 240 | Plaintiff's MOTION for Sanctions for Spoliation of Evidence by Paul Jones. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(TRL) (Entered: 08/28/2026) |
| 08/31/2026 | 241 | Opposition re 240 MOTION for Sanctions filed by Montachusett Regional Transit Authority. (Ecker, Deborah) (Entered: 08/31/2026) |
| 08/31/2026 | 242 | *Defendants' Answer to Second Amended Complaint (55)* ANSWER to Complaint with Jury Demand by Montachusett Regional Transit Authority.(Ecker, Deborah) (Entered: 08/31/2026) |
| 09/01/2026 | 243 | *Defendants' CORRECTED Answer to Second Amended Complaint (55)* ANSWER to 1 Complaint with Jury Demand by Montachusett Regional Transit Authority.(Ecker, Deborah) (Entered: 09/01/2026) |
| 09/04/2026 | 244 | Plaintiff's Opposition re: 239 MOTION to Withdraw as Attorney filed by Paul Jones. (CR) (Entered: 09/04/2026) |
| 09/04/2026 | 245 | PLAINTIFF'S MOTION to Order Defendant to file a Formal Responsive Pleading to the Operative Complaint in Consolidated Case No. 1:20-cv-12076 by Paul Jones. (CR) (Entered: 09/04/2026) |
| 09/08/2026 | 246 | Plaintiff's Reply to Defendants' Opposition 241 to 240 Plaintiff's Motion for Sanctions for Spoliation of Evidence filed by Paul Jones. (TRL) (Entered: 09/08/2026) |
| 09/15/2026 | 247 | RESPONSE to Motion re 245 MOTION for Order to Defendant to file a Formal Responsive Pleading to the Operative Complaint in Consolidated Case No. 1:20-cv- |

| | | |
|---|---|---|
| | | 12076 filed by Montachusett Regional Transit Authority. (Attachments: # 1 Exhibit 1) (Ecker, Deborah) (Entered: 09/15/2026) |
| 09/21/2026 | 248 | MOTION for Leave to File Excess Pages *pursuant to Local Rule 7.1(b)(4)* by Montachusett Regional Transit Authority.(Ecker, Deborah) (Entered: 09/21/2026) |
| 09/21/2026 | 249 | MOTION for Clarification re 248 MOTION for Leave to File Excess Pages *pursuant to Local Rule 7.1(b)(4)*, MOTION to Defer Summary Judgment Briefing ( Responses due by 10/5/2026) by Paul Jones.(SB) (Entered: 09/21/2026) |
| 09/22/2026 | 250 | DECLARATION re 249 MOTION for Clarification re 248 MOTION for Leave to File Excess Pages *pursuant to Local Rule 7.1(b)(4)* MOTION to Defer Summary Judgment Briefing by Paul Jones. (TRL) (Entered: 09/22/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/28/2026 08:02:25 | | | |
| **PACER Login:** | Corisma6912 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:19-cv-11093-MRG |
| **Billable Pages:** | 23 | **Cost:** | 2.30 |

# EXIHBIT 16

# Exhibit 16

Defendant Rebecca Badgley's Discovery Responses
(Relevant Excerpts)

True and correct copies of the relevant excerpts from Defendant Rebecca Badgley's Responses to Plaintiff's Interrogatories (Interrogatory No. 2), Responses to Plaintiff's Requests for Admissions (Request No. 11), and Responses to Plaintiff's Requests for Production of Documents (Request No. 2), served August 10, 2026, which Plaintiff received from defense counsel. The responses are signed under penalties of perjury.

Only the pages containing the cited responses are included.

**INTERROGATORY NO. 2**

State the process of an individual giving MART Consent to call his personal cell phone.

**ANSWER NO. 2**

Each Vendor provides MART with their telephone numbers for MART to contact them to assign trips. If the Vendors wanted to change their contact telephone numbers, they had access to the Division of Medical Assistance contacts email address/email set up by MART. It is the email address that Plaintiff and other Vendors used to communicate and which he could have relayed a phone number change to MART. It is my understanding that Vendors can now change their telephone numbers in the vendor portal.

**INTERROGATORY NO. 3**

Describe in detail your personal role, involvement, and decision-making process regarding and state the exact reasons why Plaintiff and CCRD INC company was denied access to the vendor portal like Worcester Transportation Inc and Westfield Transportation.

**ANSWER NO. 3**

Objection. Defendant objects to this request on the grounds that it assumes a fact that Defendant denies, namely that Plaintiff was denied access to the vendor portal or that Plaintiff was treated any differently from other Vendors including Worcester Transportation Inc. and Westfield Transportation. During a short period of time in 2016 from May 2 2016 to August 25, 2016 a part of Plaintiff's vendor portal was blocked because an employee mistakenly put in Plaintiff's capacities as "0" instead of "10." I had that corrected and emailed Mr. Jones on August 25, 2016 about the correction. CCRD. Inc. Because CCRD's capacity was accidentally set to 0, the low-cost auto assign program skipped over CCRD's rates from the period of May 2, 2-16 to August 25, 2016 when it was corrected. However, scheduler call-outs for same-day

Admitted.

**REQUEST NO. 11**

Admit that MART has no such thing as a Consent form for individuals to sign giving MART CONSENT to call their cell phone between 2016 and June 25, 2019.

**RESPONSE NO. 11**

Admitted.

**REQUEST NO. 12**

Admit that Plaintiff Paul Jones and CCRD INC did their job properly while at MART between January 1 2016 and February 1, 2020.

**RESPONSE NO. 12**

Admitted that most of the time, but not all of the time CCRD, Inc. abided by the Vendor Contract. Defendant denies the remaining allegations contained in Request No. 12.

**REQUEST NO. 13**

Admit that you responded to plaintiff Title VI complaints answering all the questions.

**RESPONSE NO. 13**

Denied.

**REQUEST NO. 14**

Admit that during your face-to-face meeting with Plaintiff on April 5, 2017, and through continuous correspondence, Plaintiff explicitly informed you that MART's portal lockout and capacity restrictions were causing him and his business severe financial hardship and emotional distress.

**RESPONSE NO. 14**

**REQUEST NO. 2**

Produce the CONSENT form you used or told the brokerage department to use to get CONSENT to call Plaintiff cell phone 617-939-5417

**RESPONSE NO. 2**

Defendant has no responsive documents.

**REQUEST NO. 3**

Produce the original, unredacted electronic copies of the automated system notifications or internal mail logs concerning the delivery and processing of the certified letters bearing tracking numbers 70150640000155705341 and 70151520000018143550.

**RESPONSE NO. 3**

Defendant has no responsive documents.

**REQUEST NO. 4**

Produce the document that show each time CCRD INC was told their check was a week late.

**RESPONSE NO. 4**

Defendant has no responsive documents.

**REQUEST NO. 5**

Produce all internal programming directives, database schemas, and IT trouble logs generated by MART or its third party software developers between May 2, 2016, and Febraury 25, 2020, concerning the manual locking, unlocking, or configuration of vendor portal account privileges.

**RESPONSE NO. 5**

Defendant has no responsive documents.

# EXIHBIT 17

Sprint

**Contact Us**
sprint.com/contactus
1-888-211-4727
(*2 from your Sprint Phone)



Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

## Last Bill

| | |
|---|---|
| Previous Total Due | $317.84 |
| Payments - Thank you! | -$170.00 |
| Balance Forward | **$147.84** |

Due Immediately **$147.84**

## This Bill

| | |
|---|---|
| Account Charges | $45.46 |
| Plans & Equipment | $115.84 |
| Surcharges | $9.82 |
| Government Taxes & Fees | $7.57 |
| Total Charges this Bill | **$178.69** |

Due Aug 09 **$178.69**

## Total Amount Due

**$326.53**

### Let's talk about this bill

Your account is past due. Please pay immediately.

Last three months (new charges)




**Pay Online**
sprint.com/mysprint

**Pay by Phone**
1-800-784-2608
(*3 from your Sprint Phone)

**Pay by Mail**
Return the form below with a check payable to: Sprint

The News and Notices Section on page 2 has important information for you to review.

PO Box 629023 El Dorado Hills, CA 95762

Sprint

Scan to pay

Detach and return this remittance form with your payment.
Past due amount of $147.84 due immediately. New charges due by Aug 09.
Account Number 929524857

**Amount Due** **$326.53**

**Amount Enclosed** $ ____________ . ______

Presorted
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
Sprint

PO Box 4191
Carol Stream, IL 60197-4191

PAUL JONES
79 THOMPSON ST
SPRINGFIELD, MA 01109-3921

929524857 00000017869 000000147840 000000326536

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

## SPRINT NEWS AND NOTICES

This section includes updates about your services and equipment including policy and service changes and price increase information.

**Watch Out for Phishing Scams**
Don't fall for fraudsters who call and ask you to verify personal data, such as your account PIN, usernames or even one-time passcodes. Sprint does not call/text customers for this information. Learn more at **sprint.com/scamprevention**.

**New Sprint eBill on the Cloud**
Sprint now offers new options to receive your Sprint bill electronically. This will help you consolidate all your bills in one place. You can choose from Google Drive, Amazon, Dropbox, Evernote or OneDrive. Visit **eclouddelivery.com** to enroll.

**International, US Territories & possessions Rates**
Int'l long distance, roaming, data and text rates and plans, and inclusion in discounted pricing offers are subject to change from time to time without notice. Visit **sprint.com/international** to check for included destinations and the most up to date voice, text and data rate information.

**Phone Security**
Sprint encourages you to set a phone passcode or lock to help prevent unauthorized access. See your phone's user guide for instructions. Also consider downloading a security app for your phone. Report stolen phones to Sprint to protect your account. For more information visit **sprint.com/stolenphone**.

## IMPORTANT INFORMATION RELATING TO YOUR SPRINT BILL

**Billing, Late Payment and Other Information**
Full call detail is available online. Payments are due as shown on your invoice to avoid service suspension or disconnection. We will assess a late payment charge if your payment is late. Sprint may charge you for any returned checks (up to $40). Certain charges accrued during one billing period may be delayed and appear on a later invoice. **We keep credit and debit card information on file and will charge your cards for all delinquent amounts you owe us. You may incur overdraft fees from your financial institution if applicable. Please see your agreements for more details.**

**Disputes** - You must dispute a charge within 60 days from receiving your invoice or we will consider the charge accepted and due.

**Your privacy** - Protect against unauthorized account access by using a Personal Identification Number (PIN) to identify yourself when calling Care or visiting a retail store. Visit **sprint.com/pin** to establish or change your PIN. Don't use commonly known info like birthdays or SSNs. To access your account online, create a unique UserID/ password. Sprint's Privacy Policy is available at sprint.com.

**Enhanced 911 (E911)** - services provide public safety officials with your location during a 911 call. E911 services are not available everywhere and at all times. E911 availability depends on many factors, including the ability of local public safety agencies to receive and process location information, your equipment's capabilities and other factors impacting service delivery.

**Terms & conditions/service updates** - Sprint's terms and conditions sometimes change and the current version is online and updates are provided in the news and notices section.

**Contact Sprint** - Sprint Customer Service, PO Box 629023, El Dorado Hills, CA 95762 (include name and account number). Do not use payment envelope.

**Surcharges** - Add'l charges imposed by us on a per line basis including federal USF, Administrative and Regulatory charges. Surcharges are not taxes, not required by law and are subject to change.

**Gov't Taxes and Fees** - Sprint is required by law to bill government taxes and fees. They may change without notice.

**Want to save paper?**

**EMAIL:** ______________________________

Check the boxes that apply:

[ ] E-Bill - receive your bill by email (you will no longer receive paper bills).

[ ] Receive Sprint updates and special offers via email.

**Protect your Voicemail**

Use a passcode to protect against unauthorized access. If you don't use a passcode, anyone who has your handset can access your messages; therefore we strongly recommend you set one up. It's easy - just access your voicemail and follow the prompts.

Sprint

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

## Last Bill

| | |
|---|---|
| Previous Total Due | $317.84 |

### Payments

| | |
|---|---|
| Payment on 06/28 - Thank you! | -$150.00 |
| Payment on 06/28 - Thank you! | -$20.00 |

**Previous Charges Due** **$147.84**

## Account Charges

| | |
|---|---|
| Reconnect from Suspension Fee | $36.00 |
| Service Late Payment | $1.47 |
| Spending Limit Program Charge | $7.99 |

The Spending Limit Fee will be waived if you sign up for both Sprint eBill and AutoPay. To manage these preferences please go to sprint.com/tools.

**Account Charges** **$45.46**

## Unlimited Freedom - Unlimited Talk, Text & Data

Unlimited Talk, Text and Data. Line 1: $65; Line 2: $45; Line 3-10: $35.; Line 11-99: $30. Unlimited Anytime Minutes. Unlimited Messaging. HD Streaming. 50GB Mobile Hotspot. International Text from US. Sprint Global Roaming. Eligible for $5 per line/per month AutoPay discount for Lines 1-10

### (617) 939-5417

| | |
|---|---|
| Unlimited Freedom MRC | $65.00 |
| Sprint Complete - protection for smartphone - Includes insurance | $15.00 |
| Annual Upgrade Incl ($5 Value) | $0.00 |
| Premium Intl Experience | $0.00 |
| Apple iPhone 8 Plus 64GB Monthly Lease COS-L-H95009592 #17 | $33.34 |

**Plans & Equipment** **$113.34**

## 3G/4G Tablet Plan 25MB - Data Plan

25MB Tablet Data Plan $2.50 3G/4G Data Plan $0.25/MB OffNetwork RoamingOvg($.00024414KB) $15/GB OnNetwork Overage($0.0000143/KB) 25MB OffNetwork Data Plan is not discountable

### (413) 883-6486

| | |
|---|---|
| 3G/4G Tablet Plan 25MB - Data Plan | $2.50 |

**Plans & Equipment** **$2.50**

Sprint



Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

## Surcharges

| | |
|---|---|
| Federal Univ Serv Assess Non-LD | $4.02 |
| Regulatory Charge | $0.80 |
| Administrative Charge | $5.00 |

Surcharges **$9.82**

## Government Taxes & Fees

| | |
|---|---|
| Massachusetts State 911 Tax | $1.50 |
| Massachusetts State Sales Tax | $6.07 |

Government Taxes & Fees **$7.57**

## Usage -Unlimited Freedom - Unlimited Talk, Text & Data

*Unlimited Talk, Text and Data.\Line 1: $65; Line 2: $45; Line 3-10: $35.; Line 11-99: $30. Unlimited Anytime Minutes.\Unlimited Messaging. HD Streaming. 50GB Mobile Hotspot. \International Text from US. Sprint Global Roaming.\Eligible for $5 per line/per month AutoPay discount for Lines 1-10*

| | Anytime Minutes (Unlimited) | Text (Unlimited) | MMS/ Picture Mail (Unlimited) | Data (Unlimited, GB) | Data Roaming (See Terms, MB) | Mobile Hotspot (50.0, GB) |
|---|---|---|---|---|---|---|
| (617) 939-5417 | 3,999 | 2,059 | 958 | 10.8074 | 0.0 | 0.0 |

## Equipment Payment Schedule

| (617) 939-5417 | Apple iPhone 8 Plus 64GB |
|---|---|
| Flex Lease Contract | COS-L-H95009592 |
| Lease Charge (17 of 18) | $33.34 |
| Remaining Lease Commitment | $33.34 |
| Purchase Option Price | $199.87 |
| Payments Remaining | 1 |
| Total Lease Amount Due - Includes unpaid charges & taxes | $70.84 |

**Sprint owns this device while you are leasing. Cancelling services will result in being charged the remaining monthly lease payments plus the device purchase option price. The Lease Charge does not reflect any promotional discounts.**

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

## Call Details - (617) 939-5417 - Voice

**Call time displays as Central Time (CT) or local time depending on how and where the call was made.**

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| Jun 05 | 03:36 pm | (413) 240-1036 | Incoming | CW/AU | 01:00 | - |
| Jun 11 | 06:29 pm | (508) 510-9223 | Incoming | AU | 02:00 | - |
| Jun 12 | 10:06 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 10:29 am | (978) 424-9002 | Incoming | AU | 02:00 | - |
| Jun 13 | 09:03 am | (413) 784-3869 | Incoming | AU | 01:00 | - |
| | 11:34 am | (617) 326-3197 | Incoming | CW/AU | 01:00 | - |
| | 12:31 pm | (888) 680-4667 | Incoming | AU | 01:00 | - |
| | 01:19 pm | (413) 748-7370 | Incoming | AU | 01:00 | - |
| | 01:33 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 05:50 pm | (617) 594-2577 | Incoming | AU | 01:00 | - |
| Jun 14 | 05:54 am | (413) 276-9427 | Incoming | NW/AU | 04:00 | - |
| | 05:59 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:15 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:20 am | (978) 252-0019 | Incoming | NW/AU | 04:00 | - |
| | 06:55 am | (978) 252-0019 | Incoming | NW/AU | 02:00 | - |
| | 07:05 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 07:15 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 07:34 am | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 07:39 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 07:45 am | (978) 252-0019 | Incoming | AU | 03:00 | - |
| | 07:49 am | (857) 326-1517 | Incoming | AU | 02:00 | - |
| | 08:13 am | (617) 326-3197 | Incoming | AU | 03:00 | - |
| | 08:20 am | (978) 252-0019 | Incoming | AU | 03:00 | - |
| | 08:29 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:35 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 08:50 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 09:00 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 09:15 am | (978) 252-0019 | Incoming | AU | 03:00 | - |
| | 09:18 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 09:45 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 09:55 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:00 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 10:35 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 10:39 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 11:08 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 11:33 am | (702) 986-9701 | Incoming | AU | 07:00 | - |
| | 11:39 am | (978) 424-9002 | Incoming | CW/AU | 01:00 | - |
| | 12:15 pm | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 12:17 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 12:31 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 12:40 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 12:58 pm | (617) 939-8693 | Incoming | AU | 01:00 | - |
| | 02:32 pm | (407) 839-4420 | Incoming | AU | 01:00 | - |
| | 02:47 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| Jun 15 | 07:30 am | (413) 474-1192 | Incoming | NW/AU | 02:00 | - |
| | 10:44 am | (413) 507-8783 | Incoming | NW/AU | 01:00 | - |
| | 01:15 pm | (617) 312-9564 | Incoming | NW/AU | 01:00 | - |
| | 06:05 pm | (857) 326-1517 | Incoming | NW/AU | 01:00 | - |
| | 07:11 pm | (617) 238-5944 | Incoming | NW/AU | 02:00 | - |
| | 09:23 pm | (617) 594-2577 | Incoming | NW/AU | 22:00 | - |
| Jun 16 | 05:55 am | (413) 276-9427 | Incoming | NW/AU | 03:00 | - |

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Sprint



Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 06:45 am | (774) 232-5486 | Incoming | NW/AU | 13:00 | - |
| | 08:50 am | (617) 594-2577 | Incoming | NW/AU | 04:00 | - |
| | 09:43 am | (413) 234-1286 | Incoming | NW/AU | 01:00 | - |
| | 11:17 am | (617) 594-2577 | Incoming | NW/AU | 01:00 | - |
| | 06:28 pm | (413) 507-5419 | Incoming | NW/AU | 01:00 | - |
| | 06:30 pm | (732) 299-4493 | Incoming | NW/AU | 13:00 | - |
| | 09:41 pm | (732) 299-4493 | Incoming | NW/AU | 01:00 | - |
| | 10:22 pm | (732) 299-4493 | Incoming | NW/AU | 16:00 | - |
| Jun 17 | 05:53 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:10 am | (978) 252-0019 | Incoming | NW/AU | 07:00 | - |
| | 06:14 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 06:17 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 06:21 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:26 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:30 am | (978) 252-0019 | Incoming | NW/AU | 04:00 | - |
| | 06:47 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:59 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 07:05 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 07:09 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:10 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 07:15 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 07:30 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 07:33 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 07:33 am | (413) 785-6800 | SPRINGFLD,MA | AU | 02:00 | - |
| | 07:47 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 07:48 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:49 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 07:50 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 08:10 am | (978) 252-0019 | Incoming | CW/AU | 03:00 | - |
| | 08:13 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 08:40 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 08:44 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 08:54 am | (413) 734-7760 | Incoming | AU | 01:00 | - |
| | 08:55 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 09:01 am | (413) 240-1036 | Incoming | AU | 03:00 | - |
| | 09:02 am | (978) 424-9002 | Incoming | CW/AU | 01:00 | - |
| | 09:15 am | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 09:16 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:18 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:18 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:28 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:32 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:33 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 09:45 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 09:55 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:07 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:15 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 10:19 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:20 am | (978) 252-0019 | Incoming | CW/AU | 02:00 | - |
| | 10:26 am | (413) 534-2466 | Incoming | AU | 02:00 | - |
| | 10:28 am | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 10:33 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:35 am | (617) 594-2577 | Incoming | AU | 02:00 | - |
| | 10:44 am | (413) 885-8004 | Incoming | AU | 02:00 | - |

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 10:44 am | (978) 424-9002 | Incoming | CW/AU | 01:00 | - |
| | 10:45 am | (413) 885-8004 | Incoming | AU | 05:00 | - |
| | 10:51 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:52 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 10:52 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 10:54 am | (718) 567-5453 | BKLYN NYC,NY | AU | 01:00 | - |
| | 10:54 am | (718) 567-5453 | BKLYN NYC,NY | AU | 01:00 | - |
| | 10:56 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 10:58 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 10:58 am | (617) 594-2577 | Incoming | AU | 03:00 | - |
| | 10:58 am | (718) 567-5453 | BKLYN NYC,NY | AU | 01:00 | - |
| | 11:04 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 11:09 am | (617) 312-9564 | Incoming | AU | 07:00 | - |
| | 11:10 am | (413) 731-0011 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:11 am | (413) 693-6260 | Incoming | CW/AU | 02:00 | - |
| | 11:23 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 11:24 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 11:29 am | (413) 273-9698 | Incoming | AU | 01:00 | - |
| | 11:30 am | (978) 252-0019 | Incoming | CW/AU | 01:00 | - |
| | 11:35 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 11:45 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 11:45 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:50 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 12:01 pm | (617) 594-2577 | Incoming | AU | 02:00 | - |
| | 12:04 pm | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 12:05 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 12:05 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 12:06 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 12:07 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 12:16 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 12:43 pm | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 01:04 pm | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 01:04 pm | (413) 240-1036 | Incoming | CW/AU | 01:00 | - |
| | 01:05 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 01:21 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 01:22 pm | (617) 594-2577 | BOSTON,MA | AU | 04:00 | - |
| | 01:25 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 01:27 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 01:32 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 01:33 pm | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 01:33 pm | (978) 424-9002 | FITCHBURG,MA | AU | 04:00 | - |
| | 02:21 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 02:34 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 02:40 pm | (413) 534-2466 | Incoming | AU | 02:00 | - |
| | 03:18 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 03:29 pm | (413) 693-6260 | SPRINGFLD,MA | AU | 02:00 | - |
| | 03:30 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 08:53 pm | (857) 326-1517 | BOSTON,MA | AU | 01:00 | - |
| | 08:54 pm | (857) 326-1517 | BOSTON,MA | AU | 01:00 | - |
| | 09:26 pm | (617) 312-9564 | BOSTON,MA | NW/AU | 01:00 | - |
| | 10:45 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 10:46 pm | (413) 507-5419 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 10:47 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 02:00 | - |
| Jun 18 | 04:54 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 05:36 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:49 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:20 am | (978) 252-0019 | Incoming | NW/AU | 01:00 | - |
| | 06:28 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:34 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:43 am | (413) 885-8004 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:44 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:47 am | (413) 732-9537 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:04 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 07:07 am | (857) 326-1517 | Incoming | AU | 02:00 | - |
| | 07:15 am | (978) 252-0019 | Incoming | AU | 03:00 | - |
| | 07:20 am | (413) 930-5435 | SPRINGFLD,MA | AU | 03:00 | - |
| | 07:22 am | (413) 930-5435 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:45 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 07:48 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:09 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:10 am | (978) 252-0019 | Incoming | CW/AU | 02:00 | - |
| | 08:18 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 08:19 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:19 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:19 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:21 am | (413) 240-1036 | Incoming | CW/AU | 01:00 | - |
| | 08:22 am | (413) 240-1036 | Incoming | CW/AU | 01:00 | - |
| | 08:24 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:28 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:28 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:32 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:36 am | (413) 378-0555 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:40 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 09:00 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 09:13 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:14 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:17 am | (413) 784-3523 | Incoming | AU | 01:00 | - |
| | 09:19 am | (617) 466-1705 | Incoming | AU | 01:00 | - |
| | 09:20 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 09:27 am | (413) 784-3523 | Incoming | AU | 01:00 | - |
| | 09:29 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 09:29 am | (413) 356-7040 | CHICOPEE,MA | AU | 05:00 | - |
| | 09:39 am | (413) 536-6067 | Incoming | AU | 01:00 | - |
| | 09:42 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 09:54 am | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 09:55 am | (617) 312-9564 | Incoming | AU | 01:00 | - |
| | 10:00 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:13 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 10:15 am | (978) 252-0019 | Incoming | CW/AU | 01:00 | - |
| | 10:17 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:34 am | (413) 240-1036 | Incoming | AU | 03:00 | - |
| | 10:36 am | (978) 424-9002 | Incoming | CW/AU | 01:00 | - |
| | 10:47 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:48 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:48 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:51 am | (413) 276-9427 | Incoming | AU | 02:00 | - |
| | 11:12 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 11:22 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Sprint

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 11:46 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 11:53 am | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 12:02 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:02 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 12:07 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 12:23 pm | (617) 594-2577 | Incoming | AU | 12:00 | - |
| | 12:44 pm | (413) 276-9427 | Incoming | AU | 02:00 | - |
| | 12:46 pm | (413) 276-9427 | Incoming | AU | 02:00 | - |
| | 01:00 pm | Unavailable | Incoming | AU | 02:00 | - |
| | 01:06 pm | Unavailable | Incoming | AU | 01:00 | - |
| | 01:18 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 01:31 pm | (413) 240-1036 | CHICOPEE,MA | AU | 04:00 | - |
| | 01:36 pm | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 01:45 pm | (413) 885-8004 | Incoming | AU | 02:00 | - |
| | 02:59 pm | (617) 445-2180 | ROXBURY,MA | AU | 01:00 | - |
| | 03:00 pm | (781) 866-4194 | MEDFORD,MA | AU | 01:00 | - |
| | 03:00 pm | (781) 866-4194 | MEDFORD,MA | AU | 30:00 | - |
| | 03:29 pm | (413) 727-9287 | NORTHAMPTN,MA | AU | 01:00 | - |
| | 03:31 pm | (617) 445-2180 | ROXBURY,MA | AU | 07:00 | - |
| | 03:55 pm | (781) 866-4194 | Incoming | AU | 04:00 | - |
| | 04:07 pm | (857) 326-1517 | BOSTON,MA | AU | 01:00 | - |
| | 04:36 pm | (617) 312-9564 | BOSTON,MA | AU | 03:00 | - |
| | 05:09 pm | (774) 232-5486 | Incoming | AU | 01:00 | - |
| | 05:46 pm | (857) 326-1517 | Incoming | AU | 03:00 | - |
| | 06:04 pm | (617) 312-9564 | Incoming | AU | 09:00 | - |
| | 06:12 pm | (857) 326-1517 | Incoming | CW/AU | 01:00 | - |
| | 06:33 pm | (413) 777-2517 | SPRINGFLD,MA | AU | 02:00 | - |
| | 07:01 pm | (617) 850-2944 | BOSTON,MA | AU | 01:00 | - |
| | 07:02 pm | (617) 506-7650 | DORCHESTER,MA | AU | 01:00 | - |
| | 07:08 pm | (617) 312-9564 | Incoming | AU | 01:00 | - |
| | 07:08 pm | (774) 232-5486 | WORCESTER,MA | AU | 03:00 | - |
| | 07:08 pm | (617) 506-7650 | Incoming | AU | 05:00 | - |
| | 07:39 pm | (617) 506-7650 | Incoming | AU | 06:00 | - |
| | 07:44 pm | (413) 315-4500 | Incoming | CW/AU | 14:00 | - |
| Jun 19 | 05:07 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:02 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 06:16 am | (413) 519-8176 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:17 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:21 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:23 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 06:27 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:28 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:30 am | (413) 519-8176 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:39 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 07:02 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 07:11 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:54 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:19 am | (413) 777-2290 | SPRINGFLD,MA | AU | 06:00 | - |
| | 08:38 am | (413) 328-3311 | Incoming | AU | 01:00 | - |
| | 09:15 am | (413) 693-6260 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:42 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 09:45 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:10 am | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 10:26 am | (413) 240-1036 | Incoming | AU | 02:00 | - |

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 11:22 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 11:26 am | (413) 276-9427 | Incoming | AU | 02:00 | - |
| | 11:34 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 11:35 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:38 am | (413) 276-9427 | Incoming | AU | 02:00 | - |
| | 11:42 am | (718) 567-5453 | Incoming | AU | 01:00 | - |
| | 11:43 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 12:07 pm | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 12:08 pm | (718) 567-5453 | Incoming | AU | 01:00 | - |
| | 12:12 pm | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 12:20 pm | (844) 506-5427 | Incoming | AU | 01:00 | - |
| | 12:47 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 03:00 | - |
| | 01:01 pm | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 01:22 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 01:44 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 02:21 pm | (617) 939-5421 | Incoming | AU | 01:00 | - |
| | 02:29 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 02:48 pm | (857) 326-1517 | Incoming | AU | 01:00 | - |
| | 03:44 pm | (617) 312-9564 | Incoming | AU | 01:00 | - |
| | 03:56 pm | (617) 594-2577 | BOSTON,MA | AU | 07:00 | - |
| | 05:11 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 05:55 pm | (617) 506-7650 | Incoming | AU | 13:00 | - |
| | 06:16 pm | (617) 506-7650 | Incoming | AU | 01:00 | - |
| | 07:30 pm | (413) 507-5650 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:59 pm | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 08:13 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:32 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:07 pm | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 09:08 pm | (413) 363-1986 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 09:29 pm | (413) 363-1986 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 09:30 pm | (413) 363-1986 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 11:35 pm | (413) 536-6067 | Incoming | NW/AU | 02:00 | - |
| Jun 20 | 04:56 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 11:00 | - |
| | 05:24 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:03 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:35 am | (978) 252-0019 | Incoming | NW/AU | 06:00 | - |
| | 06:37 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:37 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 06:43 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:43 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 07:02 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 07:03 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:10 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:10 am | (978) 252-0019 | Incoming | CW/AU | 01:00 | - |
| | 07:10 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:18 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:19 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:20 am | (978) 252-0019 | Incoming | AU | 04:00 | - |
| | 07:30 am | (857) 326-1517 | BOSTON,MA | AU | 02:00 | - |
| | 07:40 am | (413) 784-3869 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:41 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 07:42 am | (413) 342-4432 | Incoming | AU | 01:00 | - |
| | 07:50 am | (978) 252-0019 | Incoming | AU | 03:00 | - |
| | 07:56 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 08:03 am | (413) 784-3869 | Incoming | AU | 01:00 | - |
| | 08:11 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:20 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:21 am | (413) 439-1200 | SPRINGFLD,MA | AU | 02:00 | - |
| | 08:35 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 08:40 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 08:55 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 09:15 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:20 am | (413) 439-1200 | Incoming | AU | 01:00 | - |
| | 09:22 am | (617) 294-5079 | Incoming | CW/AU | 01:00 | - |
| | 09:39 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 09:45 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:49 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 09:55 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 11:35 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:37 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:38 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 11:39 am | (857) 326-1517 | BOSTON,MA | AU | 01:00 | - |
| | 11:40 am | (781) 777-2334 | ARLINGTON,MA | AU | 01:00 | - |
| | 11:41 am | (781) 866-4194 | MEDFORD,MA | AU | 01:00 | - |
| | 11:56 am | (617) 445-2180 | ROXBURY,MA | AU | 01:00 | - |
| | 12:13 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 12:27 pm | (617) 445-2180 | ROXBURY,MA | AU | 02:00 | - |
| | 12:36 pm | (617) 594-2577 | BOSTON,MA | AU | 07:00 | - |
| | 12:42 pm | (844) 506-5427 | Incoming | AU | 02:00 | - |
| | 12:43 pm | (413) 533-4443 | HOLYOKE,MA | AU | 05:00 | - |
| | 12:46 pm | (833) 209-2159 | Incoming | AU | 03:00 | - |
| | 12:57 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 01:41 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 03:00 | - |
| | 01:42 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 01:45 pm | (480) 395-9534 | PHOENIX,AZ | AU | 01:00 | - |
| | 01:58 pm | (888) 680-4667 | Incoming | CW/AU | 01:00 | - |
| | 01:59 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 03:21 pm | (617) 830-1795 | BOSTON,MA | AU | 01:00 | - |
| | 03:21 pm | (617) 830-1795 | BOSTON,MA | AU | 05:00 | - |
| | 03:49 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 03:59 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| Jun 21 | 05:32 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:44 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:56 am | (413) 276-9427 | Incoming | NW/AU | 03:00 | - |
| | 05:56 am | (617) 594-2577 | BOSTON,MA | NW/AU | 07:00 | - |
| | 06:28 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 06:31 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:34 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 06:35 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:51 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:56 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 06:58 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:18 am | (413) 240-1036 | CHICOPEE,MA | AU | 03:00 | - |
| | 07:22 am | (413) 885-2758 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:23 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:23 am | (413) 885-2758 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:24 am | (602) 419-6755 | PHOENIX,AZ | AU | 01:00 | - |
| | 07:31 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 07:35 am | (413) 734-7760 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:36 am | (413) 734-7760 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:39 am | (413) 315-4500 | Incoming | AU | 06:00 | - |
| | 07:39 am | (413) 315-4500 | Incoming | CW/AU | 01:00 | - |
| | 07:48 am | (413) 281-9371 | PITTSFIELD,MA | AU | 01:00 | - |
| | 07:50 am | (888) 680-4667 | Incoming | AU | 01:00 | - |
| | 07:51 am | (413) 315-4500 | Incoming | CW/AU | 01:00 | - |
| | 07:52 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:54 am | (888) 680-4667 | Incoming | AU | 02:00 | - |
| | 07:55 am | (413) 315-4500 | Incoming | CW/AU | 01:00 | - |
| | 07:58 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:59 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 08:02 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:05 am | (413) 315-4500 | Incoming | AU | 04:00 | - |
| | 08:05 am | (978) 665-2828 | FITCHBURG,MA | AU | 01:00 | - |
| | 08:10 am | (978) 665-2877 | FITCHBURG,MA | AU | 02:00 | - |
| | 08:15 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 08:20 am | (413) 315-4500 | Incoming | CW/AU | 03:00 | - |
| | 08:27 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:27 am | (413) 281-9371 | PITTSFIELD,MA | AU | 01:00 | - |
| | 08:37 am | (413) 734-7760 | Incoming | AU | 01:00 | - |
| | 08:40 am | (413) 315-4500 | Incoming | AU | 03:00 | - |
| | 08:45 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 08:55 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 09:00 am | (413) 315-4500 | Incoming | CW/AU | 02:00 | - |
| | 09:05 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:05 am | (413) 533-4443 | HOLYOKE,MA | AU | 04:00 | - |
| | 09:07 am | (413) 210-9824 | Incoming | AU | 01:00 | - |
| | 09:10 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:14 am | (413) 210-9824 | Incoming | AU | 01:00 | - |
| | 09:15 am | (413) 315-4500 | Incoming | CW/AU | 01:00 | - |
| | 09:16 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 09:20 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 09:25 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 09:30 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:40 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:55 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:58 am | (978) 424-9002 | Incoming | AU | 03:00 | - |
| | 10:09 am | (718) 567-5453 | BKLYN NYC,NY | AU | 01:00 | - |
| | 10:09 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 10:10 am | (413) 240-1036 | CHICOPEE,MA | AU | 03:00 | - |
| | 10:15 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 10:33 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 10:56 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 11:05 am | (413) 276-9427 | SPRINGFLD,MA | AU | 06:00 | - |
| | 11:08 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 11:09 am | (718) 567-5453 | Incoming | AU | 01:00 | - |
| | 11:11 am | (413) 693-6260 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:17 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 11:18 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:20 am | (413) 693-6260 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:21 am | (413) 693-6260 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:22 am | (413) 693-6260 | SPRINGFLD,MA | AU | 02:00 | - |
| | 11:35 am | (617) 594-2577 | BOSTON,MA | AU | 03:00 | - |

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting

*Call Details - (617) 939-5417 - Voice continues...*

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 11:39 am | (413) 557-0059 | CHICOPEE,MA | AU | 02:00 | - |
| | 11:43 am | (413) 693-6260 | Incoming | AU | 05:00 | - |
| | 11:55 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 11:57 am | (617) 445-2180 | ROXBURY,MA | AU | 01:00 | - |
| | 12:15 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:30 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:51 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 01:01 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 01:28 pm | (413) 557-0059 | Incoming | AU | 02:00 | - |
| | 01:37 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 01:53 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 02:05 pm | (413) 734-2679 | SPRINGFLD,MA | AU | 03:00 | - |
| | 02:09 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 02:10 pm | (877) 266-6850 | Toll Free Call | AU | 01:00 | - |
| | 02:19 pm | (203) 939-3269 | Incoming | AU | 01:00 | - |
| | 02:23 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 02:31 pm | (413) 557-0059 | CHICOPEE,MA | AU | 02:00 | - |
| | 02:45 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 02:54 pm | (413) 557-0059 | CHICOPEE,MA | AU | 01:00 | - |
| | 02:55 pm | (413) 557-0059 | CHICOPEE,MA | AU | 01:00 | - |
| | 03:10 pm | (413) 693-5803 | Incoming | CW/AU | 01:00 | - |
| | 03:16 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 03:27 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 04:07 pm | (617) 445-2180 | ROXBURY,MA | AU | 03:00 | - |
| | 04:11 pm | (617) 445-2180 | ROXBURY,MA | AU | 06:00 | - |
| | 04:12 pm | (800) 524-3880 | Toll Free Call | AU | 06:00 | - |
| | 04:17 pm | (617) 445-2180 | ROXBURY,MA | AU | 09:00 | - |
| | 04:17 pm | (800) 347-2683 | Toll Free Call | AU | 08:00 | - |
| | 04:25 pm | (617) 445-2180 | ROXBURY,MA | AU | 01:00 | - |
| | 04:27 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 04:41 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 03:00 | - |
| | 04:51 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:11 pm | (617) 312-9564 | BOSTON,MA | AU | 07:00 | - |
| | 07:32 pm | (413) 736-6000 | SPRINGFLD,MA | AU | 03:00 | - |
| | 08:47 pm | (702) 986-9701 | Incoming | AU | 02:00 | - |
| Jun 22 | 05:03 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:36 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:51 am | (617) 594-2577 | BOSTON,MA | NW/AU | 11:00 | - |
| | 06:05 am | (413) 409-1965 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 06:09 am | (413) 409-1965 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 06:15 am | (413) 539-0477 | Incoming | NW/AU | 01:00 | - |
| | 06:30 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:33 am | (413) 539-0477 | HOLYOKE,MA | NW/AU | 02:00 | - |
| | 06:43 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:43 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:50 am | (413) 313-8295 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 06:52 am | (413) 474-1192 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:58 am | (413) 536-6067 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 06:59 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 07:35 am | (413) 517-5032 | Incoming | NW/AU | 01:00 | - |
| | 07:57 am | (413) 540-9881 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 08:03 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 08:07 am | (413) 459-7937 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 08:17 am | (413) 459-7937 | CHICOPEE,MA | NW/AU | 01:00 | - |

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 08:23 am | (413) 536-6067 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 08:59 am | (413) 693-6260 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 08:59 am | (413) 693-6260 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 09:02 am | (413) 841-1784 | Incoming | NW/AU | 01:00 | - |
| | 09:10 am | (413) 536-6067 | Incoming | NW/AU | 01:00 | - |
| | 09:24 am | (413) 727-9287 | Incoming | NW/AU | 01:00 | - |
| | 09:33 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 09:34 am | (413) 536-6067 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 10:02 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 10:17 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 10:17 am | (718) 567-5453 | BKLYN NYC,NY | NW/AU | 01:00 | - |
| | 11:03 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 11:07 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 11:10 am | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 11:24 am | (718) 567-5453 | Incoming | NW/AU | 01:00 | - |
| | 11:33 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 11:59 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 12:38 pm | (413) 727-9287 | Incoming | NW/AU | 01:00 | - |
| | 03:55 pm | (413) 534-0117 | HOLYOKE,MA | NW/AU | 02:00 | - |
| | 04:16 pm | (413) 517-5032 | NORTHAMPTN,MA | NW/AU | 04:00 | - |
| | 04:42 pm | (857) 326-1517 | BOSTON,MA | NW/AU | 01:00 | - |
| | 04:42 pm | (413) 409-1965 | Incoming | NW/AU | 02:00 | - |
| | 05:44 pm | (857) 326-1517 | BOSTON,MA | NW/AU | 02:00 | - |
| | 06:13 pm | (617) 312-9564 | BOSTON,MA | NW/AU | 01:00 | - |
| | 07:21 pm | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 07:37 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 07:37 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 07:45 pm | (617) 312-9564 | BOSTON,MA | NW/AU | 10:00 | - |
| | 09:56 pm | (857) 326-1517 | Incoming | NW/AU | 08:00 | - |
| | 10:00 pm | (617) 445-2180 | ROXBURY,MA | NW/AU | 01:00 | - |
| | 11:06 pm | (857) 326-1517 | Incoming | NW/AU | 01:00 | - |
| Jun 23 | 05:09 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:54 am | (413) 276-9427 | Incoming | NW/AU | 02:00 | - |
| | 06:19 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 06:23 am | (857) 326-1517 | BOSTON,MA | NW/AU | 01:00 | - |
| | 06:23 am | (857) 326-1517 | BOSTON,MA | NW/AU | 04:00 | - |
| | 06:30 am | (413) 342-4432 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:31 am | (413) 342-4432 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:36 am | (413) 342-4432 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:38 am | (617) 594-2577 | BOSTON,MA | NW/AU | 02:00 | - |
| | 07:01 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:11 am | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:19 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 07:48 am | (413) 536-6067 | Incoming | NW/AU | 01:00 | - |
| | 08:00 am | (617) 594-2577 | Incoming | NW/AU | 01:00 | - |
| | 08:03 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 08:47 am | (617) 594-2577 | Incoming | NW/AU | 01:00 | - |
| | 09:03 am | (413) 777-4740 | Incoming | NW/AU | 01:00 | - |
| | 09:07 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 02:00 | - |
| | 09:14 am | (617) 594-2577 | BOSTON,MA | NW/AU | 02:00 | - |
| | 09:16 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 09:17 am | (413) 234-1286 | Incoming | NW/AU | 01:00 | - |
| | 09:35 am | (413) 234-1286 | Incoming | NW/AU | 01:00 | - |
| | 09:39 am | (413) 517-5688 | Incoming | NW/AU | 01:00 | - |

**Rate Type**
**AU** Anytime/Plan Usage
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Sprint

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 10:08 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 10:10 am | (718) 567-5453 | BKLYN NYC,NY | NW/AU | 01:00 | - |
| | 10:10 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 10:47 am | (413) 727-9287 | Incoming | NW/AU | 01:00 | - |
| | 10:56 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 11:05 am | (718) 567-5453 | BKLYN NYC,NY | NW/AU | 01:00 | - |
| | 11:05 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 11:06 am | (718) 567-5453 | BKLYN NYC,NY | NW/AU | 01:00 | - |
| | 11:29 am | (718) 567-5453 | Incoming | NW/AU | 01:00 | - |
| | 12:04 pm | (413) 777-4740 | Incoming | NW/AU | 01:00 | - |
| | 12:07 pm | (617) 594-2577 | Incoming | NW/AU | 01:00 | - |
| | 12:08 pm | (617) 594-2577 | Incoming | NW/AU | 01:00 | - |
| | 12:11 pm | (617) 594-2577 | Incoming | NW/AU | 01:00 | - |
| | 04:52 pm | (857) 236-0102 | Incoming | NW/AU | 04:00 | - |
| | 07:08 pm | (857) 326-1517 | Incoming | NW/AU | 01:00 | - |
| | 08:05 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| Jun 24 | 04:44 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 03:00 | - |
| | 05:52 am | (857) 326-1517 | BOSTON,MA | NW/AU | 01:00 | - |
| | 06:02 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:06 am | (413) 342-4432 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:17 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:23 am | (857) 326-1517 | Incoming | NW/AU | 18:00 | - |
| | 06:43 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:47 am | (857) 326-1517 | Incoming | NW/AU | 01:00 | - |
| | 07:03 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 07:10 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 07:51 am | (617) 594-2577 | Incoming | AU | 02:00 | - |
| | 07:59 am | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 08:09 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:15 am | (800) 266-2278 | Toll Free Call | AU | 03:00 | - |
| | 08:18 am | (800) 266-2278 | Toll Free Call | AU | 04:00 | - |
| | 09:06 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:07 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:15 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:17 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:05 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 10:15 am | (888) 680-4667 | Incoming | CW/AU | 02:00 | - |
| | 10:16 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 10:53 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:01 pm | (413) 777-4021 | Incoming | AU | 01:00 | - |
| | 12:01 pm | (413) 240-1036 | Incoming | CW/AU | 01:00 | - |
| | 12:02 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 12:15 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:17 pm | (203) 510-4913 | Incoming | AU | 01:00 | - |
| | 01:05 pm | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 01:38 pm | (888) 680-4667 | Incoming | AU | 01:00 | - |
| | 02:06 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 02:15 pm | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 03:42 pm | (978) 424-9002 | Incoming | AU | 04:00 | - |
| | 04:38 pm | (617) 312-9564 | BOSTON,MA | AU | 05:00 | - |
| | 05:04 pm | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 06:50 pm | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 07:41 pm | (617) 312-9564 | Incoming | AU | 01:00 | - |
| | 09:08 pm | (617) 312-9564 | BOSTON,MA | NW/AU | 20:00 | - |

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 09:32 pm | (857) 326-1517 | BOSTON,MA | NW/AU | 01:00 | - |
| | 11:09 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| Jun 25 | 05:24 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 05:38 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:49 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 04:00 | - |
| | 05:56 am | (413) 276-9427 | Incoming | NW/AU | 04:00 | - |
| | 06:27 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:34 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 06:45 am | (413) 315-4500 | Incoming | NW/AU | 04:00 | - |
| | 06:49 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 06:56 am | (413) 240-1036 | Incoming | NW/AU | 02:00 | - |
| | 07:00 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:01 am | (413) 727-4788 | NORTHAMPTN,MA | AU | 01:00 | - |
| | 07:02 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 07:24 am | (617) 470-4480 | BOSTON,MA | AU | 01:00 | - |
| | 07:29 am | (413) 885-2758 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:30 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 07:31 am | (413) 342-4432 | Incoming | CW/AU | 01:00 | - |
| | 07:31 am | (413) 885-2758 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:33 am | (413) 885-2758 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:41 am | (617) 470-4480 | BOSTON,MA | AU | 01:00 | - |
| | 07:43 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 07:45 am | (617) 470-4480 | BOSTON,MA | AU | 01:00 | - |
| | 07:46 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 07:55 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 08:00 am | (617) 594-2577 | BOSTON,MA | AU | 04:00 | - |
| | 08:05 am | (413) 459-1038 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:07 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 08:11 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:14 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:16 am | (413) 519-1689 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:20 am | (617) 594-2577 | Incoming | AU | 03:00 | - |
| | 08:36 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:39 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:51 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:54 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:56 am | (413) 737-4921 | SPRINGFLD,MA | AU | 02:00 | - |
| | 08:58 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:59 am | (413) 240-1036 | CHICOPEE,MA | AU | 06:00 | - |
| | 09:01 am | (413) 240-1036 | Incoming | CW/AU | 01:00 | - |
| | 09:19 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 09:20 am | (413) 727-4788 | Incoming | AU | 01:00 | - |
| | 09:21 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:27 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 09:28 am | (413) 507-7931 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:29 am | (413) 885-2758 | Incoming | AU | 01:00 | - |
| | 09:30 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:33 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:37 am | (860) 882-7519 | Incoming | AU | 03:00 | - |
| | 09:38 am | (413) 507-7931 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:43 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 09:47 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 09:59 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:02 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Sprint



Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 10:04 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:07 am | (413) 841-1784 | Incoming | AU | 01:00 | - |
| | 10:09 am | (413) 654-6929 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:10 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 10:18 am | (413) 841-1784 | Incoming | AU | 01:00 | - |
| | 10:23 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 10:31 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 10:32 am | (888) 680-4667 | Incoming | AU | 01:00 | - |
| | 10:41 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 10:42 am | (888) 680-4667 | Incoming | AU | 01:00 | - |
| | 10:50 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 10:55 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 10:57 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:58 am | (413) 519-1689 | Incoming | AU | 01:00 | - |
| | 10:59 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:05 am | (413) 821-5023 | Incoming | AU | 01:00 | - |
| | 11:16 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:21 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 12:50 pm | (888) 680-4667 | Incoming | AU | 02:00 | - |
| | 01:50 pm | (617) 326-3197 | DORCHESTER,MA | AU | 02:00 | - |
| | 01:52 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 01:53 pm | (617) 594-2577 | BOSTON,MA | AU | 04:00 | - |
| | 02:03 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 02:26 pm | (888) 680-4667 | Incoming | AU | 25:00 | - |
| | 02:29 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 02:41 pm | (617) 602-8583 | ROXBURY,MA | AU | 08:00 | - |
| | 02:50 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 03:03 pm | (617) 470-4480 | Incoming | AU | 01:00 | - |
| | 03:10 pm | (617) 594-2577 | BOSTON,MA | AU | 02:00 | - |
| | 05:17 pm | (617) 594-2577 | BOSTON,MA | AU | 13:00 | - |
| | 05:40 pm | (857) 326-1517 | BOSTON,MA | AU | 01:00 | - |
| | 05:57 pm | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 06:49 pm | (857) 326-1517 | Incoming | AU | 06:00 | - |
| Jun 26 | 05:31 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 05:36 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 05:38 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:48 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:52 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:54 am | (413) 276-9427 | Incoming | NW/AU | 03:00 | - |
| | 06:17 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:31 am | (413) 276-9427 | Incoming | NW/CW/AU | 01:00 | - |
| | 06:47 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:50 am | (413) 315-4500 | Incoming | NW/AU | 02:00 | - |
| | 07:00 am | (413) 315-4500 | Incoming | AU | 04:00 | - |
| | 07:09 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:20 am | (413) 315-4500 | Incoming | AU | 04:00 | - |
| | 07:20 am | (617) 594-2577 | BOSTON,MA | AU | 03:00 | - |
| | 07:26 am | (617) 470-4480 | BOSTON,MA | AU | 01:00 | - |
| | 07:27 am | (413) 734-7760 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:29 am | (413) 785-6800 | SPRINGFLD,MA | AU | 02:00 | - |
| | 07:32 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:35 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 07:38 am | (413) 785-6800 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:40 am | (413) 315-4500 | Incoming | AU | 01:00 | - |

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Sprint



*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 07:45 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:48 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:50 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:57 am | (413) 785-6800 | SPRINGFLD,MA | AU | 02:00 | - |
| | 08:02 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 08:04 am | (413) 841-1784 | PITTSFIELD,MA | AU | 01:00 | - |
| | 08:05 am | (413) 507-8354 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:08 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:18 am | (617) 602-8583 | ROXBURY,MA | AU | 02:00 | - |
| | 08:21 am | (413) 841-1784 | PITTSFIELD,MA | AU | 01:00 | - |
| | 08:42 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:53 am | (617) 594-2577 | BOSTON,MA | AU | 02:00 | - |
| | 09:19 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 10:25 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 10:32 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 10:40 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:43 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 11:45 am | (413) 276-9427 | Incoming | AU | 02:00 | - |
| | 12:02 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 01:15 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 01:22 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 01:49 pm | (617) 727-8400 | BOSTON,MA | AU | 01:00 | - |
| | 01:50 pm | (617) 727-2200 | BOSTON,MA | AU | 03:00 | - |
| | 02:08 pm | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 02:43 pm | (413) 240-1036 | CHICOPEE,MA | AU | 05:00 | - |
| | 02:49 pm | (617) 594-2577 | BOSTON,MA | AU | 03:00 | - |
| | 03:15 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 03:20 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 03:25 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| Jun 27 | 05:17 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:37 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:41 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:46 am | (413) 507-5650 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:55 am | (413) 276-9427 | Incoming | NW/AU | 04:00 | - |
| | 05:57 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 06:18 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:19 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:24 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:26 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 06:35 am | (413) 315-4500 | Incoming | NW/AU | 02:00 | - |
| | 06:47 am | (857) 326-1517 | Incoming | NW/AU | 03:00 | - |
| | 06:50 am | (413) 315-4500 | Incoming | NW/CW/AU | 01:00 | - |
| | 06:53 am | (413) 363-9523 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:05 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:06 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:06 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:06 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:06 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 07:15 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 07:15 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:20 am | (888) 680-4667 | Incoming | AU | 03:00 | - |
| | 07:24 am | (888) 680-4667 | Incoming | AU | 01:00 | - |
| | 07:30 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 07:31 am | (413) 315-4500 | Incoming | AU | 02:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

Sprint

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 07:35 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:36 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:40 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:41 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:54 am | (617) 470-4480 | BOSTON,MA | AU | 01:00 | - |
| | 07:54 am | (413) 732-9537 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:55 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:56 am | (413) 885-2758 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:00 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:00 am | (413) 409-1965 | Incoming | AU | 02:00 | - |
| | 08:04 am | (413) 289-4605 | Incoming | AU | 01:00 | - |
| | 08:08 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 08:25 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 08:28 am | (413) 841-1784 | PITTSFIELD,MA | AU | 01:00 | - |
| | 08:29 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:30 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:55 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:00 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:15 am | (413) 841-1784 | Incoming | AU | 01:00 | - |
| | 09:20 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:29 am | (413) 627-1456 | Incoming | AU | 01:00 | - |
| | 09:42 am | (413) 240-1036 | Incoming | AU | 04:00 | - |
| | 09:47 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:50 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:55 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 10:28 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 10:35 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:45 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 10:59 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:59 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:59 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:04 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 11:06 am | (718) 567-5453 | BKLYN NYC,NY | AU | 01:00 | - |
| | 11:10 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 11:13 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 11:16 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:17 am | (413) 841-1784 | PITTSFIELD,MA | AU | 01:00 | - |
| | 11:36 am | (413) 276-9427 | Incoming | AU | 02:00 | - |
| | 11:38 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 11:56 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 12:05 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 12:07 pm | (617) 594-2577 | Incoming | AU | 10:00 | - |
| | 12:14 pm | (413) 841-1784 | Incoming | CW/AU | 01:00 | - |
| | 12:15 pm | (413) 841-1784 | Incoming | CW/AU | 01:00 | - |
| | 12:17 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 12:17 pm | (413) 276-9427 | Incoming | CW/AU | 01:00 | - |
| | 12:20 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:21 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:30 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:51 pm | (413) 391-6785 | Incoming | AU | 01:00 | - |
| | 01:32 pm | (413) 315-4500 | Incoming | AU | 03:00 | - |
| | 03:09 pm | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 04:58 pm | (413) 777-6436 | SPRINGFLD,MA | AU | 02:00 | - |
| | 05:14 pm | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting

Sprint



Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 05:34 pm | (617) 850-2944 | BOSTON,MA | AU | 01:00 | - |
| | 05:34 pm | (617) 312-9564 | BOSTON,MA | AU | 10:00 | - |
| | 07:22 pm | (617) 312-9564 | BOSTON,MA | AU | 01:00 | - |
| | 08:34 pm | (617) 312-9564 | Incoming | AU | 03:00 | - |
| Jun 28 | 05:11 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:27 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:28 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:32 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:37 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:47 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 06:04 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:16 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:20 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 06:25 am | (413) 315-4500 | Incoming | NW/AU | 02:00 | - |
| | 06:28 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 03:00 | - |
| | 06:30 am | (413) 315-4500 | Incoming | NW/AU | 01:00 | - |
| | 06:38 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:45 am | (413) 315-4500 | Incoming | NW/AU | 01:00 | - |
| | 06:50 am | (413) 315-4500 | Incoming | NW/AU | 01:00 | - |
| | 07:00 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:08 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 07:15 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:20 am | (413) 315-4500 | Incoming | CW/AU | 02:00 | - |
| | 07:25 am | (617) 470-4480 | BOSTON,MA | AU | 01:00 | - |
| | 07:30 am | (413) 315-4500 | Incoming | CW/AU | 01:00 | - |
| | 07:33 am | (413) 734-7760 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:34 am | (413) 885-2758 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:35 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:03 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:04 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 08:07 am | (401) 516-1324 | PROVIDENCE,RI | AU | 15:00 | - |
| | 08:15 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 08:22 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 08:24 am | (413) 234-1286 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:25 am | (413) 281-9371 | PITTSFIELD,MA | AU | 01:00 | - |
| | 08:27 am | (413) 777-2517 | Incoming | AU | 02:00 | - |
| | 08:33 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:35 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:37 am | (857) 312-3938 | BOSTON,MA | AU | 01:00 | - |
| | 08:40 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:41 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:45 am | (413) 315-4500 | Incoming | AU | 03:00 | - |
| | 08:46 am | (413) 315-4500 | Incoming | CW/AU | 02:00 | - |
| | 08:47 am | (857) 312-3938 | BOSTON,MA | AU | 07:00 | - |
| | 08:55 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 09:15 am | (413) 315-4500 | Incoming | CW/AU | 02:00 | - |
| | 09:16 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 09:19 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 09:22 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:24 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 09:25 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:57 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 10:25 am | (413) 315-4500 | Incoming | CW/AU | 01:00 | - |
| | 10:30 am | (413) 315-4500 | Incoming | AU | 02:00 | - |

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Sprint


Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 10:57 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:57 am | (413) 276-9427 | SPRINGFLD,MA | AU | 03:00 | - |
| | 11:09 am | (617) 748-9212 | BOSTON,MA | AU | 03:00 | - |
| | 11:11 am | (617) 748-9182 | BOSTON,MA | AU | 02:00 | - |
| | 11:13 am | (617) 265-3100 | DORCHESTER,MA | AU | 02:00 | - |
| | 11:18 am | (413) 420-3517 | HOLYOKE,MA | AU | 01:00 | - |
| | 11:19 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:19 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 11:26 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:30 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 11:40 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 11:42 am | (413) 420-3517 | HOLYOKE,MA | AU | 01:00 | - |
| | 11:50 am | (617) 265-3100 | DORCHESTER,MA | AU | 01:00 | - |
| | 11:55 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:00 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:16 pm | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 12:40 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 12:45 pm | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 12:55 pm | (857) 326-1517 | Incoming | AU | 01:00 | - |
| | 01:19 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 01:29 pm | (978) 424-9002 | Incoming | AU | 03:00 | - |
| | 01:45 pm | (413) 420-3517 | Incoming | AU | 01:00 | - |
| | 01:50 pm | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 01:57 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 02:15 pm | (617) 748-9198 | BOSTON,MA | AU | 01:00 | - |
| | 02:28 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 02:58 pm | (413) 240-1036 | CHICOPEE,MA | AU | 04:00 | - |
| | 03:48 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 04:53 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 05:07 pm | (617) 939-7667 | Incoming | AU | 01:00 | - |
| Jun 29 | 03:51 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:25 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 05:36 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 05:58 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:00 am | (413) 221-7203 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:18 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:20 am | (732) 299-4493 | FREEHOLD,NJ | NW/AU | 02:00 | - |
| | 06:22 am | (413) 276-9427 | Incoming | NW/AU | 03:00 | - |
| | 06:34 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:34 am | (413) 315-4500 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 06:35 am | (413) 221-7203 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:35 am | (413) 275-7586 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 06:49 am | (413) 276-9427 | Incoming | NW/AU | 02:00 | - |
| | 07:03 am | (413) 275-7586 | Incoming | NW/AU | 01:00 | - |
| | 07:21 am | (413) 474-1192 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 07:28 am | (617) 238-5944 | Incoming | NW/AU | 05:00 | - |
| | 08:02 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 04:00 | - |
| | 08:08 am | (413) 474-1192 | Incoming | NW/AU | 01:00 | - |
| | 08:12 am | (413) 386-6882 | Incoming | NW/AU | 01:00 | - |
| | 08:13 am | (413) 540-9881 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 08:32 am | (413) 386-6882 | Incoming | NW/AU | 01:00 | - |
| | 08:33 am | (413) 777-4740 | Incoming | NW/AU | 02:00 | - |
| | 08:41 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 08:44 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |

**Rate Type**
**AU** Anytime/Plan Usage
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Sprint

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 09:21 am | (413) 657-7507 | Incoming | NW/AU | 01:00 | - |
| | 10:22 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 10:36 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 11:08 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 01:05 pm | (857) 492-3049 | ROXBURY,MA | NW/AU | 29:00 | - |
| | 01:38 pm | (857) 326-1517 | BOSTON,MA | NW/AU | 11:00 | - |
| | 03:44 pm | (413) 777-6436 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:00 pm | (413) 777-6436 | Incoming | NW/AU | 11:00 | - |
| | 05:44 pm | (413) 378-0683 | Incoming | NW/AU | 01:00 | - |
| | 08:44 pm | (617) 312-9564 | BOSTON,MA | NW/AU | 04:00 | - |
| | 08:47 pm | (732) 299-4493 | FREEHOLD,NJ | NW/AU | 37:00 | - |
| | 09:24 pm | (617) 312-9564 | BOSTON,MA | NW/AU | 05:00 | - |
| | 09:32 pm | (732) 299-4493 | FREEHOLD,NJ | NW/AU | 39:00 | - |
| | 10:12 pm | (617) 312-9564 | BOSTON,MA | NW/AU | 09:00 | - |
| Jun 30 | 04:42 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:42 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 05:42 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 05:43 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 05:47 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 05:54 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 06:09 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 06:18 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:24 am | (413) 342-4432 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:44 am | (413) 821-5191 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:46 am | (413) 693-7869 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:47 am | (413) 777-2517 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:07 am | (413) 821-5191 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:12 am | (732) 299-4493 | Incoming | NW/AU | 07:00 | - |
| | 08:05 am | (413) 234-1286 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 08:29 am | (413) 507-7120 | Incoming | NW/AU | 02:00 | - |
| | 08:34 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 08:36 am | (857) 326-1517 | BOSTON,MA | NW/AU | 01:00 | - |
| | 08:53 am | (413) 507-7120 | Incoming | NW/AU | 03:00 | - |
| | 09:09 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 09:19 am | (413) 507-7120 | Incoming | NW/AU | 02:00 | - |
| | 09:23 am | (413) 234-1286 | Incoming | NW/AU | 01:00 | - |
| | 09:30 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 09:38 am | (413) 315-4500 | Incoming | NW/AU | 01:00 | - |
| | 10:15 am | (413) 276-9427 | Incoming | NW/AU | 03:00 | - |
| | 03:26 pm | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 02:00 | - |
| | 03:31 pm | (857) 326-1517 | BOSTON,MA | NW/AU | 20:00 | - |
| | 04:32 pm | (617) 312-9564 | BOSTON,MA | NW/AU | 32:00 | - |
| | 04:58 pm | (617) 506-7650 | Incoming | NW/AU | 03:00 | - |
| | 05:04 pm | (617) 312-9564 | BOSTON,MA | NW/AU | 13:00 | - |
| | 05:16 pm | (617) 594-2577 | Incoming | NW/AU | 16:00 | - |
| | 05:53 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 05:54 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 07:23 pm | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:48 pm | (413) 777-6436 | SPRINGFLD,MA | NW/AU | 03:00 | - |
| | 08:04 pm | (413) 777-6436 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| Jul 01 | 05:59 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:31 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:38 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:43 am | (413) 409-1965 | HOLYOKE,MA | NW/AU | 02:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**

**AU** Anytime/Plan Usage

**NW** Night and Weekends

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 06:45 am | (413) 315-4500 | Incoming | NW/AU | 05:00 | - |
| | 06:45 am | (413) 240-1036 | Incoming | NW/CW/AU | 01:00 | - |
| | 06:55 am | (413) 315-4500 | Incoming | NW/AU | 02:00 | - |
| | 06:57 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 06:58 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 07:00 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:02 am | (413) 732-3289 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:10 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 07:21 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 07:22 am | (413) 315-4500 | Incoming | CW/AU | 02:00 | - |
| | 07:25 am | (413) 315-4500 | Incoming | AU | 06:00 | - |
| | 07:26 am | (413) 507-5650 | Incoming | CW/AU | 01:00 | - |
| | 07:29 am | (413) 841-1784 | PITTSFIELD,MA | AU | 01:00 | - |
| | 07:35 am | (413) 315-4500 | Incoming | AU | 05:00 | - |
| | 07:40 am | (413) 315-4500 | Incoming | AU | 03:00 | - |
| | 07:40 am | (413) 777-3052 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:42 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:46 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 07:50 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 07:55 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:55 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 07:56 am | (413) 777-4889 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:56 am | (413) 777-4889 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:56 am | (413) 841-1784 | Incoming | AU | 01:00 | - |
| | 08:00 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:00 am | (732) 299-4493 | FREEHOLD,NJ | AU | 06:00 | - |
| | 08:05 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:15 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:17 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 08:20 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:20 am | (732) 299-4493 | FREEHOLD,NJ | AU | 02:00 | - |
| | 08:25 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:26 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:30 am | (413) 841-1784 | Incoming | AU | 01:00 | - |
| | 08:43 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 08:44 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:44 am | (413) 777-3052 | Incoming | AU | 02:00 | - |
| | 08:54 am | (413) 777-4889 | Incoming | AU | 01:00 | - |
| | 09:13 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 09:14 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:15 am | (413) 234-3212 | SPRINGFLD,MA | AU | 02:00 | - |
| | 09:18 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:25 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:29 am | (617) 602-8583 | ROXBURY,MA | AU | 01:00 | - |
| | 09:47 am | (413) 781-0100 | SPRINGFLD,MA | AU | 04:00 | - |
| | 09:51 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 09:56 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:56 am | (617) 594-2577 | Incoming | AU | 02:00 | - |
| | 10:02 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 10:03 am | (413) 777-6436 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:16 am | (857) 326-1517 | Incoming | CW/AU | 01:00 | - |
| | 10:18 am | (888) 680-4667 | Toll Free Call | AU | 01:00 | - |
| | 10:20 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 10:25 am | (413) 315-4500 | Incoming | AU | 01:00 | - |

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 10:30 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 10:35 am | (857) 326-1517 | BOSTON,MA | AU | 02:00 | - |
| | 10:36 am | (617) 602-8583 | Incoming | AU | 03:00 | - |
| | 10:52 am | (413) 777-6436 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:06 am | (413) 777-6436 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:16 am | (413) 777-6436 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:16 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:29 am | (718) 567-5453 | Incoming | AU | 02:00 | - |
| | 11:46 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 11:50 am | (413) 777-6436 | Incoming | AU | 01:00 | - |
| | 11:53 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 11:53 am | (413) 777-6436 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:54 am | (413) 777-6436 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:54 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:57 am | (413) 777-6436 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:59 am | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 12:01 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:05 pm | Unavailable | Incoming | AU | 02:00 | - |
| | 12:11 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 12:15 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:23 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 01:12 pm | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 01:22 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 01:42 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 02:11 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 02:24 pm | (978) 424-9002 | Incoming | AU | 05:00 | - |
| | 02:33 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 03:22 pm | (888) 680-4667 | Incoming | AU | 02:00 | - |
| | 03:50 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 03:54 pm | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 04:25 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 04:54 pm | (302) 402-8919 | Incoming | AU | 01:00 | - |
| | 05:33 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 05:41 pm | (413) 777-2290 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:26 pm | (413) 777-6436 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:36 pm | (617) 312-9564 | BOSTON,MA | AU | 03:00 | - |
| | 08:45 pm | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 09:56 pm | (857) 326-1517 | Incoming | NW/AU | 04:00 | - |
| Jul 02 | 03:51 am | (857) 326-1517 | BOSTON,MA | NW/AU | 01:00 | - |
| | 04:54 am | (857) 326-1517 | Incoming | NW/AU | 03:00 | - |
| | 05:25 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:32 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:39 am | (857) 326-1517 | Incoming | NW/AU | 01:00 | - |
| | 05:54 am | (413) 276-9427 | Incoming | NW/AU | 05:00 | - |
| | 06:37 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 06:40 am | (413) 315-4500 | Incoming | NW/AU | 03:00 | - |
| | 06:48 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:55 am | (413) 315-4500 | Incoming | NW/AU | 01:00 | - |
| | 06:56 am | (413) 328-1234 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:08 am | (413) 961-0023 | WORTHINGTN,MA | AU | 03:00 | - |
| | 07:23 am | (888) 680-4667 | Incoming | AU | 01:00 | - |
| | 07:49 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 07:54 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:20 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |

**Rate Type**
**AU** Anytime/Plan Usage
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 08:22 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 09:01 am | (413) 240-1036 | CHICOPEE,MA | AU | 04:00 | - |
| | 09:04 am | (617) 594-2577 | BOSTON,MA | AU | 03:00 | - |
| | 09:22 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:33 am | (413) 459-7937 | Incoming | AU | 02:00 | - |
| | 09:53 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 09:59 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:02 am | (617) 594-2577 | BOSTON,MA | AU | 02:00 | - |
| | 10:06 am | (617) 594-2577 | BOSTON,MA | AU | 03:00 | - |
| | 10:08 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:09 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:17 am | (413) 356-0320 | Incoming | AU | 02:00 | - |
| | 10:22 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 10:23 am | (413) 693-8228 | Incoming | AU | 01:00 | - |
| | 10:24 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:36 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:50 am | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 10:52 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 10:57 am | (617) 594-2577 | Incoming | AU | 02:00 | - |
| | 11:00 am | (617) 594-2577 | Incoming | AU | 02:00 | - |
| | 11:01 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 11:02 am | (617) 594-2577 | BOSTON,MA | AU | 03:00 | - |
| | 11:03 am | (888) 680-4667 | Incoming | CW/AU | 02:00 | - |
| | 11:09 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:09 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 11:32 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 11:35 am | (617) 594-2577 | Incoming | AU | 02:00 | - |
| | 11:47 am | (866) 964-5061 | Toll Free Call | AU | 02:00 | - |
| | 11:50 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:07 pm | (617) 594-2577 | Incoming | AU | 02:00 | - |
| | 12:14 pm | (617) 654-1735 | BOSTON,MA | AU | 01:00 | - |
| | 12:14 pm | (617) 654-1723 | BOSTON,MA | AU | 04:00 | - |
| | 12:30 pm | (413) 777-4740 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:44 pm | (413) 777-6436 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:45 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 12:48 pm | (413) 777-6436 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:54 pm | (413) 777-6436 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:57 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 01:10 pm | (617) 748-9182 | BOSTON,MA | AU | 02:00 | - |
| | 01:11 pm | (617) 748-9212 | BOSTON,MA | AU | 01:00 | - |
| | 01:12 pm | (617) 748-9152 | BOSTON,MA | AU | 06:00 | - |
| | 01:20 pm | (617) 748-9152 | BOSTON,MA | AU | 01:00 | - |
| | 01:21 pm | (617) 748-9152 | BOSTON,MA | AU | 05:00 | - |
| | 01:26 pm | (617) 748-9159 | BOSTON,MA | AU | 01:00 | - |
| | 01:28 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 01:38 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 01:51 pm | (413) 777-6436 | Incoming | AU | 01:00 | - |
| | 01:57 pm | (413) 777-6436 | Incoming | AU | 02:00 | - |
| | 02:30 pm | (413) 240-1036 | CHICOPEE,MA | AU | 03:00 | - |
| | 02:32 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 02:33 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 02:44 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 03:09 pm | (617) 594-2577 | Incoming | AU | 02:00 | - |
| | 04:11 pm | (413) 315-4500 | Incoming | AU | 04:00 | - |

**Rate Type**

**AU** Anytime/Plan Usage

**CW** Call Waiting

*Call Details - (617) 939-5417 - Voice continues...*

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 04:19 pm | (857) 326-1517 | Incoming | AU | 01:00 | - |
| | 07:36 pm | (413) 777-4740 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:37 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:38 pm | (617) 594-2577 | BOSTON,MA | AU | 02:00 | - |
| | 08:39 pm | (413) 356-7040 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:39 pm | (857) 244-3662 | BOSTON,MA | AU | 01:00 | - |
| | 08:40 pm | (770) 256-6627 | ATLANTA NE,GA | AU | 21:00 | - |
| | 09:14 pm | (617) 312-9564 | BOSTON,MA | NW/AU | 01:00 | - |
| | 09:15 pm | (617) 238-5944 | ROXBURY,MA | NW/AU | 01:00 | - |
| | 09:16 pm | (770) 256-6627 | Incoming | NW/AU | 22:00 | - |
| | 09:50 pm | (302) 202-1115 | CAMDEN,DE | NW/AU | 02:00 | - |
| | 10:28 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 07:00 | - |
| Jul 03 | 05:47 am | (617) 594-2577 | BOSTON,MA | NW/AU | 02:00 | - |
| | 05:54 am | (413) 276-9427 | Incoming | NW/AU | 02:00 | - |
| | 06:17 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:17 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:21 am | (413) 769-5147 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 06:23 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:28 am | (413) 519-8176 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:30 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 06:40 am | (413) 315-4500 | Incoming | NW/AU | 03:00 | - |
| | 06:41 am | (413) 240-1036 | Incoming | NW/CW/AU | 01:00 | - |
| | 06:45 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:45 am | (413) 315-4500 | Incoming | NW/AU | 01:00 | - |
| | 07:02 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:21 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:25 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:31 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 07:32 am | (617) 470-4480 | BOSTON,MA | AU | 01:00 | - |
| | 07:35 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:46 am | (413) 734-7760 | Incoming | AU | 01:00 | - |
| | 07:50 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 08:02 am | (413) 459-7937 | Incoming | AU | 01:00 | - |
| | 08:05 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:10 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 08:15 am | (413) 234-1286 | Incoming | AU | 01:00 | - |
| | 08:30 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:35 am | (413) 328-3311 | Incoming | AU | 01:00 | - |
| | 08:44 am | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 09:25 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:37 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 10:04 am | (888) 680-4667 | Incoming | AU | 01:00 | - |
| | 10:06 am | (888) 680-4667 | Incoming | AU | 02:00 | - |
| | 10:07 am | (413) 784-3523 | Incoming | CW/AU | 01:00 | - |
| | 10:41 am | (413) 276-9427 | SPRINGFLD,MA | AU | 03:00 | - |
| | 11:01 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 11:34 am | (918) 219-1898 | AFTON,OK | AU | 01:00 | - |
| | 11:52 am | (877) 333-6964 | Toll Free Call | AU | 06:00 | - |
| | 11:57 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:33 pm | (918) 219-1898 | Incoming | AU | 01:00 | - |
| | 12:40 pm | (855) 330-9129 | Toll Free Call | AU | 02:00 | - |
| | 12:41 pm | (617) 389-1203 | Incoming | AU | 02:00 | - |
| | 12:44 pm | (617) 312-9564 | Incoming | AU | 03:00 | - |
| | 12:50 pm | (413) 324-6832 | Incoming | AU | 01:00 | - |

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 01:13 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 01:13 pm | (413) 654-6929 | SPRINGFLD,MA | AU | 02:00 | - |
| | 01:14 pm | (413) 654-6929 | SPRINGFLD,MA | AU | 01:00 | - |
| | 01:17 pm | (857) 326-1517 | Incoming | AU | 02:00 | - |
| | 01:21 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 01:41 pm | (415) 985-2400 | NOVATO,CA | AU | 04:00 | - |
| | 01:51 pm | (415) 985-2400 | NOVATO,CA | AU | 03:00 | - |
| | 01:54 pm | (415) 985-2400 | NOVATO,CA | AU | 04:00 | - |
| | 01:56 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 02:12 pm | (413) 654-6929 | Incoming | AU | 01:00 | - |
| | 02:13 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 02:13 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 02:16 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 02:36 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 02:36 pm | (617) 654-1723 | BOSTON,MA | AU | 01:00 | - |
| | 02:41 pm | (413) 276-9427 | Incoming | CW/AU | 01:00 | - |
| | 02:43 pm | (413) 315-4500 | Incoming | CW/AU | 01:00 | - |
| | 03:12 pm | (857) 312-5916 | BOSTON,MA | AU | 01:00 | - |
| | 03:36 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 03:39 pm | (413) 734-8822 | SPRINGFLD,MA | AU | 02:00 | - |
| | 04:03 pm | (413) 654-6929 | Incoming | AU | 01:00 | - |
| Jul 04 | 05:28 am | (857) 326-1517 | Incoming | NW/AU | 03:00 | - |
| | 05:37 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 05:37 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 05:44 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 05:54 am | (413) 276-9427 | Incoming | NW/AU | 04:00 | - |
| | 06:22 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:25 am | (617) 594-2577 | BOSTON,MA | NW/AU | 05:00 | - |
| | 07:08 am | (413) 507-5650 | Incoming | AU | 02:00 | - |
| | 07:22 am | (413) 841-1784 | PITTSFIELD,MA | AU | 01:00 | - |
| | 07:38 am | (413) 342-4432 | Incoming | AU | 01:00 | - |
| | 07:48 am | (413) 841-1784 | PITTSFIELD,MA | AU | 01:00 | - |
| | 08:16 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:18 am | (413) 234-1286 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:19 am | (413) 234-1286 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:26 am | (413) 234-1286 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:25 am | (617) 445-2180 | ROXBURY,MA | AU | 01:00 | - |
| | 12:57 pm | (617) 238-5944 | ROXBURY,MA | AU | 01:00 | - |
| | 12:58 pm | (617) 312-9564 | BOSTON,MA | AU | 01:00 | - |
| | 01:08 pm | (857) 326-1517 | Incoming | AU | 06:00 | - |
| | 01:21 pm | (413) 777-4740 | SPRINGFLD,MA | AU | 03:00 | - |
| | 02:23 pm | (617) 312-9564 | Incoming | CW/AU | 09:00 | - |
| | 03:00 pm | (413) 206-8049 | CHICOPEE,MA | AU | 09:00 | - |
| | 08:06 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 09:29 pm | (617) 594-2577 | Incoming | NW/AU | 09:00 | - |
| Jul 05 | 05:07 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:08 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 05:17 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:24 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:25 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:43 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:53 am | (413) 276-9427 | Incoming | NW/AU | 04:00 | - |
| | 06:26 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:30 am | (413) 315-4500 | Incoming | NW/AU | 05:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

Sprint

Call Details - (617) 939-5417 - Voice ...continued

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 06:35 am | (413) 315-4500 | Incoming | NW/AU | 02:00 | - |
| | 06:45 am | (413) 315-4500 | Incoming | NW/AU | 02:00 | - |
| | 06:46 am | (413) 240-1036 | Incoming | NW/CW/AU | 01:00 | - |
| | 06:55 am | (413) 315-4500 | Incoming | NW/AU | 01:00 | - |
| | 07:04 am | (413) 841-1784 | PITTSFIELD,MA | AU | 01:00 | - |
| | 07:05 am | (413) 315-4500 | Incoming | AU | 05:00 | - |
| | 07:10 am | (413) 315-4500 | Incoming | AU | 03:00 | - |
| | 07:20 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 07:25 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 07:25 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 07:27 am | (413) 363-1388 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:28 am | (413) 363-1388 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:32 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:35 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:36 am | (770) 256-6627 | ATLANTA NE,GA | AU | 01:00 | - |
| | 07:38 am | (413) 734-7760 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:46 am | (617) 470-4480 | BOSTON,MA | AU | 01:00 | - |
| | 07:59 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:01 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:02 am | (413) 206-8049 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:03 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:10 am | (617) 594-2577 | Incoming | AU | 12:00 | - |
| | 08:38 am | (617) 470-4480 | Incoming | AU | 01:00 | - |
| | 08:41 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:41 am | (413) 315-4500 | Incoming | CW/AU | 01:00 | - |
| | 08:57 am | (413) 746-0051 | Incoming | AU | 01:00 | - |
| | 09:04 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 09:06 am | (413) 240-1036 | CHICOPEE,MA | AU | 03:00 | - |
| | 09:15 am | (857) 326-1517 | Incoming | AU | 04:00 | - |
| | 09:46 am | (772) 359-1498 | Incoming | AU | 01:00 | - |
| | 09:46 am | (413) 240-1036 | Incoming | CW/AU | 01:00 | - |
| | 10:00 am | (413) 315-4500 | Incoming | AU | 05:00 | - |
| | 10:11 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:15 am | (617) 594-2577 | BOSTON,MA | AU | 02:00 | - |
| | 11:02 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:07 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 11:13 am | (413) 777-4740 | Incoming | AU | 01:00 | - |
| | 11:21 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:23 am | (413) 459-6020 | CHICOPEE,MA | AU | 01:00 | - |
| | 11:52 am | (413) 276-9427 | SPRINGFLD,MA | AU | 03:00 | - |
| | 11:57 am | (413) 507-9724 | Incoming | AU | 01:00 | - |
| | 12:01 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:01 pm | (978) 665-2895 | FITCHBURG,MA | AU | 01:00 | - |
| | 12:03 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 12:06 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 12:08 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:09 pm | (413) 206-8049 | CHICOPEE,MA | AU | 01:00 | - |
| | 12:10 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:16 pm | (413) 240-1036 | CHICOPEE,MA | AU | 09:00 | - |
| | 12:19 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:25 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:25 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:33 pm | (413) 777-4740 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:34 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

Call Details - (617) 939-5417 - Voice continues...

Sprint



Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 12:35 pm | (413) 777-4740 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:42 pm | (413) 777-4740 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:51 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:59 pm | (413) 276-9427 | Incoming | AU | 02:00 | - |
| | 01:07 pm | (978) 424-9002 | Incoming | CW/AU | 01:00 | - |
| | 01:07 pm | (978) 424-9002 | Incoming | CW/AU | 01:00 | - |
| | 01:18 pm | (413) 777-4740 | SPRINGFLD,MA | AU | 02:00 | - |
| | 01:30 pm | (413) 206-8049 | Incoming | AU | 01:00 | - |
| | 02:32 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 03:05 pm | (443) 409-6685 | Incoming | AU | 01:00 | - |
| | 03:05 pm | (413) 234-3212 | SPRINGFLD,MA | AU | 05:00 | - |
| | 03:21 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 03:22 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 03:24 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 03:34 pm | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 03:44 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 03:56 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 03:59 pm | (413) 276-9427 | Incoming | AU | 02:00 | - |
| | 04:22 pm | (413) 777-4740 | Incoming | CW/AU | 02:00 | - |
| | 04:27 pm | (413) 777-4740 | Incoming | AU | 01:00 | - |
| | 05:00 pm | (413) 777-4740 | SPRINGFLD,MA | AU | 02:00 | - |
| | 05:06 pm | (617) 594-2577 | BOSTON,MA | AU | 06:00 | - |
| | 05:39 pm | (413) 206-8049 | CHICOPEE,MA | AU | 01:00 | - |
| | 06:20 pm | (617) 939-9960 | Incoming | AU | 01:00 | - |
| | 08:06 pm | (413) 206-8049 | Incoming | AU | 01:00 | - |
| | 08:13 pm | (302) 202-1115 | CAMDEN,DE | AU | 01:00 | - |
| | 08:13 pm | (302) 202-1115 | CAMDEN,DE | AU | 01:00 | - |
| | 08:14 pm | (302) 202-1115 | CAMDEN,DE | AU | 01:00 | - |
| | 08:15 pm | (407) 476-1357 | ORLANDO,FL | AU | 02:00 | - |
| | 08:33 pm | (413) 206-8049 | Incoming | AU | 01:00 | - |
| Jul 06 | 05:43 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:54 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:03 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:18 am | (413) 221-7203 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:38 am | (413) 275-7586 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 06:39 am | (413) 322-9776 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 06:40 am | (413) 206-8049 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:42 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:47 am | (413) 777-6057 | Incoming | NW/AU | 02:00 | - |
| | 06:52 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 07:04 am | (413) 276-9427 | Incoming | NW/CW/AU | 02:00 | - |
| | 07:11 am | (413) 322-9776 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 07:13 am | (413) 275-7586 | Incoming | NW/AU | 01:00 | - |
| | 07:13 am | (413) 206-8049 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 07:21 am | (413) 221-7203 | Incoming | NW/AU | 01:00 | - |
| | 07:27 am | (617) 594-2577 | Incoming | NW/AU | 06:00 | - |
| | 07:31 am | (413) 240-1036 | Incoming | NW/CW/AU | 01:00 | - |
| | 07:47 am | (413) 657-7507 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:54 am | (413) 206-8049 | Incoming | NW/AU | 01:00 | - |
| | 08:15 am | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 08:34 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 08:35 am | (857) 326-1517 | BOSTON,MA | NW/AU | 02:00 | - |
| | 08:37 am | (857) 326-1517 | BOSTON,MA | NW/AU | 01:00 | - |
| | 08:37 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 08:38 am | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 02:00 | - |
| | 08:40 am | (413) 206-8049 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 08:49 am | (413) 517-5032 | Incoming | NW/AU | 02:00 | - |
| | 08:55 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 09:07 am | (413) 459-0611 | CHICOPEE,MA | NW/AU | 03:00 | - |
| | 09:14 am | (413) 777-4740 | Incoming | NW/AU | 01:00 | - |
| | 09:45 am | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 03:00 | - |
| | 09:54 am | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 09:56 am | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 09:56 am | (413) 316-9874 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 09:59 am | (413) 777-4740 | Incoming | NW/AU | 02:00 | - |
| | 10:07 am | (413) 777-4740 | Incoming | NW/CW/AU | 01:00 | - |
| | 10:09 am | (413) 204-7689 | Incoming | NW/AU | 03:00 | - |
| | 10:49 am | (413) 316-9874 | Incoming | NW/AU | 01:00 | - |
| | 11:01 am | (508) 538-9879 | Incoming | NW/AU | 01:00 | - |
| | 11:38 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 12:33 pm | (413) 777-4740 | Incoming | NW/AU | 02:00 | - |
| | 01:31 pm | (413) 777-4740 | Incoming | NW/AU | 01:00 | - |
| | 02:58 pm | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 03:43 pm | (413) 206-8049 | Incoming | NW/AU | 01:00 | - |
| | 04:49 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 04:49 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 05:00 | - |
| | 05:48 pm | (617) 594-2577 | Incoming | NW/AU | 01:00 | - |
| | 07:42 pm | (956) 625-9838 | Incoming | NW/AU | 01:00 | - |
| Jul 07 | 05:56 am | (413) 276-9427 | Incoming | NW/AU | 02:00 | - |
| | 06:35 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 07:35 am | (617) 594-2577 | Incoming | NW/AU | 09:00 | - |
| | 07:49 am | (617) 594-2577 | Incoming | NW/AU | 02:00 | - |
| | 07:51 am | (617) 594-2577 | Incoming | NW/AU | 01:00 | - |
| | 08:19 am | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 08:19 am | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 08:19 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 08:20 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 08:34 am | (413) 315-4500 | Incoming | NW/AU | 01:00 | - |
| | 08:45 am | (413) 507-8354 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 08:46 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 08:53 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 09:00 am | (413) 517-5032 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 09:03 am | (413) 206-8049 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 09:08 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 02:00 | - |
| | 09:19 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 09:20 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 09:26 am | (413) 517-5032 | Incoming | NW/AU | 01:00 | - |
| | 10:53 am | (413) 206-8049 | Incoming | NW/AU | 01:00 | - |
| | 10:54 am | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 10:55 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 11:11 am | (413) 777-3052 | Incoming | NW/AU | 01:00 | - |
| | 02:48 pm | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 03:16 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 14:00 | - |
| | 05:01 pm | (413) 777-4740 | Incoming | NW/AU | 02:00 | - |
| | 05:18 pm | (413) 777-3052 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:42 pm | (617) 850-2944 | BOSTON,MA | NW/AU | 01:00 | - |
| | 05:43 pm | (617) 238-5944 | ROXBURY,MA | NW/AU | 01:00 | - |
| | 06:10 pm | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 01:00 | - |

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Sprint



*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 07:06 pm | (413) 777-4740 | Incoming | NW/AU | 01:00 | - |
| | 07:11 pm | (413) 777-4740 | Incoming | NW/AU | 01:00 | - |
| | 07:11 pm | (413) 240-1036 | Incoming | NW/CW/AU | 02:00 | - |
| | 07:13 pm | (413) 777-4740 | Incoming | NW/AU | 02:00 | - |
| | 07:17 pm | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:21 pm | (413) 777-3052 | Incoming | NW/AU | 01:00 | - |
| | 07:32 pm | (413) 206-8049 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 07:33 pm | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 07:39 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 07:52 pm | (413) 777-4740 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 08:27 pm | (413) 356-7040 | Incoming | NW/AU | 03:00 | - |
| | 09:06 pm | (617) 594-2577 | Incoming | NW/AU | 21:00 | - |
| | 09:22 pm | (413) 356-7040 | Incoming | NW/CW/AU | 01:00 | - |
| | 10:27 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 30:00 | - |
| | 10:55 pm | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 11:20 pm | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 11:58 pm | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| Jul 08 | 05:54 am | (413) 276-9427 | Incoming | NW/AU | 02:00 | - |
| | 06:04 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 06:18 am | (413) 507-5754 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:19 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 06:22 am | (413) 409-1965 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 06:25 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 06:29 am | (413) 507-5754 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:33 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:47 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 07:06 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 07:10 am | (413) 315-4500 | Incoming | AU | 03:00 | - |
| | 07:11 am | (413) 841-1784 | PITTSFIELD,MA | AU | 01:00 | - |
| | 07:15 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:22 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 07:28 am | (413) 734-7760 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:29 am | (413) 734-7760 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:29 am | (413) 404-8838 | AMHERST,MA | AU | 01:00 | - |
| | 07:31 am | (617) 470-4480 | BOSTON,MA | AU | 01:00 | - |
| | 07:43 am | (413) 404-8838 | AMHERST,MA | AU | 01:00 | - |
| | 07:45 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 07:50 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:01 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 08:04 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:05 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:10 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:20 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 08:44 am | (413) 777-3052 | Incoming | AU | 01:00 | - |
| | 08:52 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:00 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 09:06 am | (413) 409-1965 | Incoming | AU | 01:00 | - |
| | 09:26 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 09:30 am | (413) 240-1036 | CHICOPEE,MA | AU | 03:00 | - |
| | 09:33 am | (413) 275-7389 | HOLYOKE,MA | AU | 02:00 | - |
| | 09:50 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 09:53 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:28 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 10:48 am | (857) 326-1517 | Incoming | AU | 01:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

Sprint



Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 10:52 am | (413) 275-7389 | Incoming | AU | 01:00 | - |
| | 10:55 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 11:43 am | (800) 266-2278 | Toll Free Call | AU | 37:00 | - |
| | 11:57 am | (321) 323-9377 | Incoming | AU | 04:00 | - |
| | 12:17 pm | (617) 602-8583 | Incoming | AU | 03:00 | - |
| | 12:38 pm | (413) 777-6436 | Incoming | AU | 03:00 | - |
| | 12:42 pm | (321) 323-9377 | COCOABEACH,FL | AU | 18:00 | - |
| | 12:50 pm | (413) 315-4500 | Incoming | CW/AU | 01:00 | - |
| | 01:18 pm | (617) 654-1723 | BOSTON,MA | AU | 01:00 | - |
| | 01:24 pm | (800) 266-2278 | Incoming | AU | 15:00 | - |
| | 01:54 pm | (617) 594-2577 | BOSTON,MA | AU | 13:00 | - |
| | 02:05 pm | (888) 680-4667 | Incoming | AU | 01:00 | - |
| | 02:29 pm | (413) 240-1036 | CHICOPEE,MA | AU | 04:00 | - |
| | 02:44 pm | (617) 594-2577 | BOSTON,MA | AU | 05:00 | - |
| | 02:52 pm | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 03:12 pm | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 03:27 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 03:40 pm | (857) 326-1517 | BOSTON,MA | AU | 01:00 | - |
| | 03:40 pm | (857) 326-1517 | BOSTON,MA | AU | 01:00 | - |
| | 03:41 pm | (857) 326-1517 | BOSTON,MA | AU | 01:00 | - |
| | 03:42 pm | (617) 312-9564 | BOSTON,MA | AU | 01:00 | - |
| | 04:02 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 04:25 pm | (617) 711-5547 | Incoming | AU | 01:00 | - |
| | 09:15 pm | (857) 326-1517 | BOSTON,MA | NW/AU | 01:00 | - |
| | 09:21 pm | (732) 299-4493 | FREEHOLD,NJ | NW/AU | 10:00 | - |
| | 09:33 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 36:00 | - |
| Jul 09 | 05:39 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:53 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:28 am | (857) 326-1517 | BOSTON,MA | NW/AU | 01:00 | - |
| | 06:29 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:36 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 06:48 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:55 am | (413) 315-4500 | Incoming | NW/AU | 01:00 | - |
| | 06:57 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 02:00 | - |
| | 07:03 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:05 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:10 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 07:20 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 07:20 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:22 am | (413) 276-9427 | Incoming | AU | 02:00 | - |
| | 07:25 am | (413) 930-5435 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:27 am | (413) 240-1036 | CHICOPEE,MA | AU | 03:00 | - |
| | 07:29 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:32 am | (413) 342-4432 | Incoming | AU | 01:00 | - |
| | 07:46 am | (617) 470-4480 | BOSTON,MA | AU | 01:00 | - |
| | 07:50 am | (732) 299-4493 | Incoming | AU | 06:00 | - |
| | 08:10 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 08:13 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:15 am | (617) 594-2577 | BOSTON,MA | AU | 05:00 | - |
| | 08:20 am | (413) 474-1192 | Incoming | AU | 01:00 | - |
| | 09:07 am | (617) 654-1723 | BOSTON,MA | AU | 01:00 | - |
| | 09:12 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 09:24 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:25 am | (413) 693-8228 | SPRINGFLD,MA | AU | 01:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

Sprint



*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 09:25 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:26 am | (413) 841-1784 | PITTSFIELD,MA | AU | 01:00 | - |
| | 09:38 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 09:39 am | (617) 654-1723 | BOSTON,MA | AU | 03:00 | - |
| | 09:42 am | (617) 594-2577 | Incoming | AU | 12:00 | - |
| | 09:47 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:48 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:56 am | (214) 469-1838 | FRISCO,TX | AU | 02:00 | - |
| | 09:59 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:05 am | (321) 323-9377 | Incoming | AU | 01:00 | - |
| | 10:09 am | (413) 588-2849 | Incoming | AU | 01:00 | - |
| | 10:21 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:23 am | (413) 693-8228 | Incoming | AU | 01:00 | - |
| | 10:36 am | (800) 463-3339 | Toll Free Call | AU | 12:00 | - |
| | 10:52 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 11:07 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 03:19 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 03:26 pm | (413) 777-4740 | SPRINGFLD,MA | AU | 01:00 | - |
| | 03:30 pm | (214) 469-1838 | FRISCO,TX | AU | 10:00 | - |
| | 03:31 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 04:50 pm | (413) 733-8877 | SPRINGFLD,MA | AU | 01:00 | - |
| | 04:52 pm | (413) 777-4740 | Incoming | AU | 01:00 | - |
| | 05:27 pm | (617) 312-9564 | Incoming | AU | 07:00 | - |
| | 05:45 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 05:53 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:06 pm | (413) 275-7389 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 09:32 pm | (617) 594-2577 | Incoming | NW/AU | 21:00 | - |
| Jul 10 | 04:55 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:48 am | (413) 507-5754 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:11 am | (857) 326-1517 | Incoming | NW/AU | 02:00 | - |
| | 06:15 am | (413) 315-4500 | Incoming | NW/AU | 03:00 | - |
| | 06:20 am | (413) 315-4500 | Incoming | NW/AU | 03:00 | - |
| | 06:23 am | (413) 315-4500 | Incoming | NW/AU | 01:00 | - |
| | 06:27 am | (413) 240-1036 | Incoming | NW/AU | 02:00 | - |
| | 06:28 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 07:03 am | (413) 821-5191 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:16 am | (413) 409-1965 | HOLYOKE,MA | AU | 01:00 | - |
| | 07:19 am | (413) 821-5190 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:27 am | (413) 734-7760 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:28 am | (413) 404-8838 | AMHERST,MA | AU | 01:00 | - |
| | 07:29 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:36 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:08 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 08:18 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:19 am | (413) 275-7389 | HOLYOKE,MA | AU | 02:00 | - |
| | 08:23 am | (413) 275-7389 | HOLYOKE,MA | AU | 01:00 | - |
| | 08:59 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 09:05 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 09:10 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:10 am | (413) 275-7389 | Incoming | AU | 01:00 | - |
| | 09:27 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 09:50 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:03 am | (413) 523-6826 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:09 am | (413) 315-4500 | Incoming | AU | 01:00 | - |

**Rate Type**
**AU** Anytime/Plan Usage
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Sprint



*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 10:15 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 10:16 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:27 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 10:30 am | (413) 275-7389 | Incoming | AU | 01:00 | - |
| | 10:50 am | (888) 680-4667 | Incoming | AU | 02:00 | - |
| | 01:11 pm | (978) 342-1600 | FITCHBURG,MA | AU | 02:00 | - |
| | 01:13 pm | (508) 752-1100 | WORCESTER,MA | AU | 06:00 | - |
| | 01:55 pm | (617) 594-2577 | Incoming | AU | 13:00 | - |
| | 01:59 pm | (781) 344-2131 | STOUGHTON,MA | AU | 03:00 | - |
| | 02:02 pm | (617) 594-2577 | BOSTON,MA | AU | 04:00 | - |
| | 02:15 pm | (413) 734-2679 | SPRINGFLD,MA | AU | 03:00 | - |
| | 02:18 pm | (617) 602-8583 | ROXBURY,MA | AU | 03:00 | - |
| | 02:34 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 02:51 pm | (321) 323-9377 | COCOABEACH,FL | AU | 02:00 | - |
| | 03:35 pm | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 04:05 pm | (413) 654-6929 | Incoming | AU | 01:00 | - |
| | 05:15 pm | (617) 312-9564 | BOSTON,MA | AU | 01:00 | - |
| | 06:26 pm | (617) 312-9564 | Incoming | AU | 11:00 | - |
| | 06:42 pm | (617) 312-9564 | Incoming | AU | 01:00 | - |
| Jul 11 | 05:02 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:41 am | (413) 507-5754 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:47 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:48 am | (413) 737-4921 | SPRINGFLD,MA | NW/AU | 02:00 | - |
| | 06:17 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:38 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:43 am | (413) 507-5754 | Incoming | NW/AU | 01:00 | - |
| | 06:43 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:46 am | (413) 693-7869 | Incoming | NW/AU | 01:00 | - |
| | 06:47 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:48 am | (732) 299-4493 | FREEHOLD,NJ | NW/AU | 04:00 | - |
| | 07:05 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:15 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:15 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 07:17 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:27 am | (413) 276-9427 | Incoming | AU | 02:00 | - |
| | 07:37 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:39 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 07:40 am | (413) 841-1784 | PITTSFIELD,MA | AU | 01:00 | - |
| | 07:41 am | (413) 218-1641 | Incoming | AU | 01:00 | - |
| | 07:44 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:45 am | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 07:55 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 08:01 am | (413) 218-7706 | Incoming | AU | 01:00 | - |
| | 08:08 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:08 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:19 am | (413) 204-9157 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:22 am | (413) 234-9870 | Incoming | AU | 01:00 | - |
| | 08:29 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:45 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:16 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:20 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 09:35 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 09:38 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 09:47 am | (413) 315-4500 | Incoming | AU | 01:00 | - |

**Rate Type**

**AU** Anytime/Plan Usage

**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Sprint

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 10:15 am | (413) 275-7389 | Incoming | AU | 01:00 | - |
| | 10:25 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:01 am | (413) 240-1036 | CHICOPEE,MA | AU | 03:00 | - |
| | 11:15 am | (413) 240-1036 | CHICOPEE,MA | AU | 03:00 | - |
| | 11:39 am | (857) 326-1517 | Incoming | AU | 07:00 | - |
| | 11:40 am | (855) 330-9129 | Toll Free Call | AU | 02:00 | - |
| | 11:41 am | (508) 371-5287 | Incoming | CW/AU | 03:00 | - |
| | 11:44 am | (413) 276-9427 | Incoming | CW/AU | 02:00 | - |
| | 11:47 am | (413) 315-4500 | Incoming | AU | 03:00 | - |
| | 12:06 pm | (800) 673-2465 | Toll Free Call | AU | 08:00 | - |
| | 12:21 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 12:24 pm | (413) 727-9287 | NORTHAMPTN,MA | AU | 01:00 | - |
| | 12:25 pm | (413) 316-9874 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:26 pm | (413) 777-6436 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:31 pm | (413) 316-9874 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:33 pm | (413) 777-4740 | SPRINGFLD,MA | AU | 07:00 | - |
| | 12:41 pm | (855) 330-9129 | Toll Free Call | AU | 02:00 | - |
| | 12:44 pm | (570) 825-9900 | WILKSBARRE,PA | AU | 02:00 | - |
| | 12:54 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:57 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 01:11 pm | (413) 777-4740 | SPRINGFLD,MA | AU | 03:00 | - |
| | 01:15 pm | (413) 315-4500 | Incoming | AU | 06:00 | - |
| | 01:17 pm | (413) 727-9287 | NORTHAMPTN,MA | AU | 01:00 | - |
| | 01:41 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 01:49 pm | (413) 727-9287 | Incoming | AU | 01:00 | - |
| | 01:56 pm | (415) 489-7019 | SNFC CNTRL,CA | AU | 02:00 | - |
| | 01:58 pm | (415) 329-6900 | CORTMADERA,CA | AU | 01:00 | - |
| | 01:59 pm | (415) 329-6900 | CORTMADERA,CA | AU | 51:00 | - |
| | 02:32 pm | (413) 727-9287 | Incoming | AU | 01:00 | - |
| | 02:34 pm | (855) 330-9129 | Incoming | AU | 05:00 | - |
| | 02:42 pm | (413) 276-9427 | Incoming | AU | 02:00 | - |
| | 02:44 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 03:00 | - |
| | 02:57 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 03:57 pm | (413) 221-7203 | SPRINGFLD,MA | AU | 03:00 | - |
| | 03:59 pm | (413) 777-4740 | SPRINGFLD,MA | AU | 03:00 | - |
| | 04:00 pm | (413) 315-4500 | Incoming | AU | 04:00 | - |
| | 04:03 pm | (413) 727-9287 | NORTHAMPTN,MA | AU | 01:00 | - |
| | 04:03 pm | (413) 240-1036 | Incoming | CW/AU | 02:00 | - |
| | 04:07 pm | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 04:22 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 04:36 pm | (413) 781-0100 | SPRINGFLD,MA | AU | 05:00 | - |
| | 04:48 pm | (413) 796-7873 | Incoming | AU | 07:00 | - |
| | 05:04 pm | (413) 727-9287 | Incoming | AU | 01:00 | - |
| | 05:23 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 05:34 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 06:16 pm | (413) 204-7689 | SPRINGFLD,MA | AU | 04:00 | - |
| | 06:20 pm | (617) 594-2577 | BOSTON,MA | AU | 32:00 | - |
| | 06:41 pm | (413) 241-6033 | Incoming | AU | 01:00 | - |
| | 06:48 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 06:52 pm | (413) 356-7040 | Incoming | AU | 01:00 | - |
| Jul 12 | 05:49 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:54 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 05:55 am | (413) 204-7689 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:55 am | (413) 204-7689 | SPRINGFLD,MA | NW/AU | 03:00 | - |

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

Sprint


Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 06:12 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:14 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 06:21 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 06:23 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:30 am | (413) 315-4500 | Incoming | NW/AU | 01:00 | - |
| | 06:30 am | (413) 315-4500 | Incoming | NW/AU | 03:00 | - |
| | 06:33 am | (413) 276-9427 | Incoming | NW/AU | 03:00 | - |
| | 06:35 am | (413) 240-1036 | Incoming | NW/CW/AU | 03:00 | - |
| | 06:40 am | (413) 315-4500 | Incoming | NW/AU | 01:00 | - |
| | 06:45 am | (413) 315-4500 | Incoming | NW/AU | 03:00 | - |
| | 06:54 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 07:01 am | (413) 221-7203 | SPRINGFLD,MA | AU | 02:00 | - |
| | 07:10 am | (413) 222-6312 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:10 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 07:10 am | (413) 222-6312 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:13 am | (413) 784-3869 | Incoming | AU | 01:00 | - |
| | 07:15 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:20 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:25 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 07:32 am | (413) 204-7689 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:36 am | (617) 470-4480 | BOSTON,MA | AU | 01:00 | - |
| | 07:36 am | (413) 734-7760 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:38 am | (413) 342-4432 | Incoming | AU | 01:00 | - |
| | 07:40 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:45 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 07:46 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:54 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:56 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:00 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:05 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:08 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 08:11 am | Unavailable | Incoming | AU | 02:00 | - |
| | 08:28 am | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 08:47 am | (857) 326-1517 | Incoming | AU | 01:00 | - |
| | 09:18 am | (617) 312-9564 | BOSTON,MA | AU | 07:00 | - |
| | 11:10 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 01:08 pm | (617) 312-9564 | Incoming | AU | 07:00 | - |
| | 01:20 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 02:01 pm | (413) 275-7389 | HOLYOKE,MA | AU | 01:00 | - |
| | 02:08 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 02:23 pm | (413) 732-0310 | SPRINGFLD,MA | AU | 02:00 | - |
| | 02:33 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 02:45 pm | (413) 275-7389 | Incoming | AU | 04:00 | - |
| | 02:55 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 03:00 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 03:01 pm | (413) 732-0310 | SPRINGFLD,MA | AU | 02:00 | - |
| | 03:05 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 03:34 pm | (413) 732-0310 | Incoming | AU | 01:00 | - |
| | 03:56 pm | (617) 956-6000 | BOSTON,MA | AU | 04:00 | - |
| | 04:02 pm | (857) 326-1517 | Incoming | CW/AU | 02:00 | - |
| | 04:30 pm | (413) 732-0310 | SPRINGFLD,MA | AU | 01:00 | - |
| | 04:30 pm | (413) 732-0310 | SPRINGFLD,MA | AU | 01:00 | - |
| | 04:43 pm | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 05:01 pm | (508) 538-9879 | Incoming | AU | 01:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

Sprint



Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 06:41 pm | (413) 276-9427 | Incoming | AU | 01:00 | - |
| Jul 13 | 05:03 am | (413) 507-5754 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:04 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 05:40 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:48 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:53 am | (413) 240-1036 | Incoming | NW/AU | 06:00 | - |
| | 06:09 am | (413) 322-9776 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 06:32 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:48 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 07:10 am | (413) 322-9776 | Incoming | NW/AU | 01:00 | - |
| | 07:17 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 07:20 am | (413) 657-7507 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:25 am | (413) 206-8049 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 07:49 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 08:27 am | (413) 206-8049 | Incoming | NW/AU | 01:00 | - |
| | 08:39 am | (407) 476-1357 | ORLANDO,FL | NW/AU | 06:00 | - |
| | 09:13 am | (413) 449-3744 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 09:15 am | (413) 449-3744 | PITTSFIELD,MA | NW/AU | 05:00 | - |
| | 09:51 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 09:55 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 10:26 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 02:00 | - |
| | 10:27 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 10:50 am | (617) 939-8358 | Incoming | NW/AU | 01:00 | - |
| | 10:51 am | (413) 206-8049 | Incoming | NW/AU | 01:00 | - |
| | 01:50 pm | (321) 323-9377 | COCOABEACH,FL | NW/AU | 01:00 | - |
| | 04:41 pm | (857) 326-1517 | BOSTON,MA | NW/AU | 01:00 | - |
| | 05:49 pm | (857) 326-1517 | Incoming | NW/AU | 02:00 | - |
| | 09:43 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 10:00 | - |
| | 10:37 pm | (413) 206-8049 | CHICOPEE,MA | NW/AU | 03:00 | - |
| Jul 14 | 05:26 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:53 am | (413) 517-5032 | NORTHAMPTN,MA | NW/AU | 02:00 | - |
| | 06:02 am | (413) 507-5754 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:07 am | (413) 517-5032 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 06:24 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 06:33 am | (413) 221-7203 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:37 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:08 am | (413) 777-6057 | Incoming | NW/AU | 01:00 | - |
| | 07:08 am | (413) 821-5190 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:09 am | (413) 821-5191 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:29 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 07:37 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 07:37 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 07:37 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 07:39 am | (413) 206-8049 | Incoming | NW/AU | 01:00 | - |
| | 07:51 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:52 am | (413) 206-8049 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 07:55 am | (413) 507-8354 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 08:08 am | (857) 326-1517 | Incoming | NW/AU | 01:00 | - |
| | 08:19 am | (413) 517-5032 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 08:51 am | (413) 507-8354 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 09:02 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 09:52 am | (413) 507-8354 | Incoming | NW/AU | 01:00 | - |
| | 10:02 am | (413) 291-2597 | Incoming | NW/AU | 01:00 | - |
| | 10:13 am | (413) 507-8354 | Incoming | NW/AU | 01:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**

**AU** Anytime/Plan Usage
**NW** Night and Weekends

Sprint



Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 10:58 am | (413) 784-3244 | Incoming | NW/AU | 01:00 | - |
| | 11:39 am | (413) 727-9287 | NORTHAMPTN,MA | NW/AU | 02:00 | - |
| | 11:47 am | (413) 727-9287 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 11:52 am | (413) 221-7203 | Incoming | NW/AU | 01:00 | - |
| | 12:02 pm | (413) 378-0683 | Incoming | NW/AU | 01:00 | - |
| | 12:08 pm | (617) 594-2577 | Incoming | NW/AU | 01:00 | - |
| | 12:43 pm | (413) 517-5032 | Incoming | NW/AU | 01:00 | - |
| | 12:51 pm | (413) 727-9287 | Incoming | NW/AU | 01:00 | - |
| | 01:00 pm | (413) 727-9287 | Incoming | NW/AU | 01:00 | - |
| | 02:43 pm | (514) 775-4487 | Canada,QC | NW/AU | 02:00 | - |
| | 03:20 pm | (857) 326-1517 | BOSTON,MA | NW/AU | 01:00 | - |
| | 04:15 pm | (617) 312-9564 | BOSTON,MA | NW/AU | 01:00 | - |
| | 04:17 pm | (514) 775-4487 | Canada,QC | NW/AU | 01:00 | - |
| | 04:40 pm | (857) 326-1517 | BOSTON,MA | NW/AU | 01:00 | - |
| | 04:44 pm | (857) 326-1517 | BOSTON,MA | NW/AU | 01:00 | - |
| | 05:27 pm | (413) 517-5032 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 05:28 pm | (413) 206-8049 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:39 pm | (413) 517-5032 | Incoming | NW/AU | 02:00 | - |
| | 06:46 pm | (413) 517-5032 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 06:46 pm | (413) 206-8049 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 06:48 pm | (413) 206-8049 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 07:19 pm | (617) 506-7650 | Incoming | NW/AU | 09:00 | - |
| | 08:17 pm | (413) 378-0683 | Incoming | NW/AU | 02:00 | - |
| Jul 15 | 04:32 am | (413) 517-5032 | NORTHAMPTN,MA | NW/AU | 08:00 | - |
| | 04:45 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 04:00 | - |
| | 04:51 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 05:27 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:28 am | (413) 507-5754 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:03 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 02:00 | - |
| | 06:15 am | (413) 777-6057 | Incoming | NW/AU | 01:00 | - |
| | 06:21 am | (413) 221-7203 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:24 am | (413) 322-9776 | HOLYOKE,MA | NW/AU | 01:00 | - |
| | 06:39 am | (857) 326-1517 | Incoming | NW/AU | 02:00 | - |
| | 06:55 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:56 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 07:30 am | (413) 657-7507 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:32 am | (888) 680-4667 | Incoming | AU | 01:00 | - |
| | 07:48 am | (413) 474-0066 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:50 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:55 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:03 am | (413) 734-8822 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:40 am | (413) 734-2679 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:41 am | (413) 737-6796 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:06 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 09:50 am | (413) 732-0310 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:58 am | (413) 732-0167 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:07 am | (617) 956-6123 | BOSTON,MA | AU | 04:00 | - |
| | 10:18 am | (617) 594-2577 | Incoming | AU | 16:00 | - |
| | 10:34 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:52 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 10:56 am | (413) 732-0310 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:57 am | (413) 693-8538 | SPRINGFLD,MA | AU | 02:00 | - |
| | 10:59 am | (413) 693-8933 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:04 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**

**AU** Anytime/Plan Usage

**NW** Night and Weekends

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 11:05 am | (413) 315-4500 | HOLYOKE,MA | AU | 01:00 | - |
| | 11:05 am | (413) 315-4500 | HOLYOKE,MA | AU | 01:00 | - |
| | 11:08 am | (413) 301-9478 | Incoming | CW/AU | 01:00 | - |
| | 11:10 am | (413) 732-0310 | Incoming | CW/AU | 04:00 | - |
| | 11:15 am | (617) 956-6123 | BOSTON,MA | AU | 05:00 | - |
| | 11:27 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 11:30 am | (860) 882-7519 | Incoming | AU | 04:00 | - |
| | 11:40 am | (413) 693-8538 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:42 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 11:43 am | (413) 433-0881 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:48 am | (413) 693-8538 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:49 am | (413) 693-8933 | SPRINGFLD,MA | AU | 02:00 | - |
| | 12:02 pm | (413) 693-8933 | SPRINGFLD,MA | AU | 02:00 | - |
| | 12:05 pm | (413) 693-8933 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:05 pm | (413) 693-8933 | SPRINGFLD,MA | AU | 01:00 | - |
| | 12:13 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:22 pm | (617) 956-6431 | BOSTON,MA | AU | 01:00 | - |
| | 12:24 pm | (617) 265-3100 | DORCHESTER,MA | AU | 01:00 | - |
| | 12:38 pm | (413) 693-8538 | Incoming | AU | 02:00 | - |
| | 12:44 pm | (413) 433-0881 | Incoming | AU | 01:00 | - |
| | 01:10 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 01:10 pm | (413) 732-0310 | SPRINGFLD,MA | AU | 18:00 | - |
| | 01:34 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 01:36 pm | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 01:38 pm | (413) 240-1036 | CHICOPEE,MA | AU | 03:00 | - |
| | 01:42 pm | (617) 956-6116 | Incoming | AU | 06:00 | - |
| | 01:57 pm | (413) 693-8538 | Incoming | AU | 02:00 | - |
| | 02:16 pm | (413) 240-1036 | Incoming | CW/AU | 01:00 | - |
| | 02:26 pm | (413) 315-4500 | Incoming | CW/AU | 01:00 | - |
| | 02:29 pm | (617) 594-2577 | BOSTON,MA | AU | 08:00 | - |
| | 02:33 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 03:06 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 04:21 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 04:44 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 04:47 pm | (857) 326-1517 | Incoming | AU | 02:00 | - |
| | 07:35 pm | (617) 939-2741 | Incoming | AU | 01:00 | - |
| | 08:23 pm | (617) 594-2577 | BOSTON,MA | AU | 02:00 | - |
| | 09:02 pm | (617) 594-2577 | Incoming | NW/AU | 01:00 | - |
| Jul 16 | 05:50 am | (413) 507-5754 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 05:55 am | (413) 276-9427 | Incoming | NW/AU | 03:00 | - |
| | 06:16 am | (413) 221-7203 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:34 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 06:35 am | (413) 727-4788 | NORTHAMPTN,MA | NW/AU | 01:00 | - |
| | 06:42 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 06:42 am | (617) 594-2577 | Incoming | NW/AU | 01:00 | - |
| | 06:52 am | (857) 326-1517 | Incoming | NW/AU | 02:00 | - |
| | 06:53 am | (413) 474-1192 | Incoming | NW/CW/AU | 02:00 | - |
| | 06:57 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 07:00 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 07:05 am | (617) 594-2577 | BOSTON,MA | AU | 03:00 | - |
| | 07:08 am | (413) 474-1192 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:14 am | (413) 930-5435 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:16 am | (413) 474-1192 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:17 am | (413) 777-6397 | SPRINGFLD,MA | AU | 01:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

Account Number: 929524857
Bill Period: Jun 17 - Jul 16, 2019

Sprint

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 07:17 am | (413) 799-4566 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:18 am | (413) 799-4566 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:32 am | (413) 930-5435 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:34 am | (413) 930-5435 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:34 am | (413) 342-4432 | Incoming | CW/AU | 01:00 | - |
| | 07:39 am | (888) 680-4667 | Incoming | AU | 01:00 | - |
| | 07:44 am | (617) 470-4480 | BOSTON,MA | AU | 01:00 | - |
| | 07:46 am | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 07:47 am | (617) 594-2577 | BOSTON,MA | AU | 02:00 | - |
| | 07:58 am | (413) 799-4566 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:01 am | (413) 314-1964 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:07 am | (413) 314-1964 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:07 am | (413) 314-1964 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:10 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 08:15 am | (413) 727-9564 | Incoming | AU | 01:00 | - |
| | 08:21 am | (413) 507-8354 | SPRINGFLD,MA | AU | 02:00 | - |
| | 08:22 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 08:23 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 08:25 am | (413) 507-8354 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:28 am | (413) 885-2758 | Incoming | AU | 01:00 | - |
| | 08:48 am | (413) 777-6397 | Incoming | CW/AU | 01:00 | - |
| | 08:55 am | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 09:00 am | (888) 680-4667 | Incoming | AU | 01:00 | - |
| | 09:09 am | (413) 315-4500 | Incoming | AU | 02:00 | - |
| | 09:21 am | (413) 314-1964 | Incoming | CW/AU | 01:00 | - |
| | 09:27 am | (413) 315-4500 | Incoming | AU | 03:00 | - |
| | 09:39 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 09:41 am | (413) 507-8354 | Incoming | AU | 01:00 | - |
| | 09:46 am | (617) 594-2577 | BOSTON,MA | AU | 02:00 | - |
| | 09:48 am | (413) 315-4500 | HOLYOKE,MA | AU | 01:00 | - |
| | 10:01 am | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 10:29 am | (413) 785-6800 | Incoming | AU | 05:00 | - |
| | 10:41 am | (617) 594-2577 | Incoming | AU | 02:00 | - |
| | 10:45 am | (617) 850-2944 | BOSTON,MA | AU | 01:00 | - |
| | 10:49 am | (617) 594-2577 | Incoming | AU | 20:00 | - |
| | 10:53 am | (413) 474-1192 | Incoming | CW/AU | 01:00 | - |
| | 11:05 am | (845) 754-8696 | PORTJERVIS,NY | AU | 02:00 | - |
| | 12:04 pm | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 12:23 pm | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 12:53 pm | (413) 732-0310 | Incoming | AU | 01:00 | - |
| | 04:20 pm | (617) 594-2577 | BOSTON,MA | AU | 02:00 | - |
| | 04:52 pm | (617) 470-4480 | BOSTON,MA | AU | 01:00 | - |
| | 04:56 pm | (413) 240-1036 | CHICOPEE,MA | AU | 02:00 | - |
| | 05:18 pm | (413) 777-6436 | SPRINGFLD,MA | AU | 02:00 | - |
| | 05:30 pm | (617) 312-9564 | Incoming | AU | 06:00 | - |
| | 06:03 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 06:10 pm | (857) 326-1517 | BOSTON,MA | AU | 02:00 | - |
| | 07:03 pm | (413) 507-5754 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:06 pm | (413) 784-3869 | SPRINGFLD,MA | AU | 02:00 | - |
| | 08:04 pm | (413) 507-5754 | Incoming | AU | 01:00 | - |
| | 08:46 pm | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 11:44 pm | (617) 594-2577 | Incoming | NW/AU | 06:00 | - |

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

Sprint

# Introducing My Sprint Rewards

my Sprint Rewards

Exciting rewards are coming your way! Download our free app to get special perks and experiences from Sprint and year-round discounts from brands you love. It's just our way of saying "thanks" for being a valued Sprint customer.

**Visit www.sprint.com/rewards**

Restrictions apply. Requires Android or iOS Smartphone.

To review the My Sprint Rewards Terms and Conditions, visit sprint.com/rewards.
Offers not available everywhere.

1000JTA1

HOME CREDIT | Sprint

# You could be earning 3 points per dollar on your Sprint bill with the Sprint Credit Card!




**Redeem points towards this bill and other Sprint Purchases made on the Card.**[1]

**Plus:**
- 2X points on all other Sprint Purchases
- 1X points on all other Purchases

**Apply at www.applysprintcard.com/bill**

[1]Sprint purchases include the Sprint monthly service plan and any purchases made at Sprint stores, on the Sprint website, or through the Sprint telesales channel, but do not include the purchase of Sprint merchandise through national retailers. Additional Terms and Conditions apply. Visit www.homecreditus.com/disclosures for Rewards Program Terms and Conditions.

2000GMA2

# EXIHBIT 18

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 4:19-cv-11093-MRG
(combined with case No. 120-cv-12076)

| | |
|---|---|
| PAUL JONES,<br><br>Plaintiff<br><br>v.<br><br>MONTACHUSETT REGIONAL TRANSIT AUTHORITY, Et Al.,<br><br>Defendants | DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD SET OF REQUESTS FOR <u>PRODUCTION OF DOCUMENTS</u> |

**INSTRUCTIONS AND DEFINITIONS**

Defendant Montachusett Regional Transit Authority ("MART" or "Defendant") objects to the instructions and definitions contained in Plaintiff's Third Set of Requests for Production of Documents to the extent that they seek to alter or amend the applicable rules of civil procedure. Without waiving these or any other objections, Defendant responds to these requests as follows:

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST NO. 1:**

Produce MART personnel file for Karen Cordio, Ivan Roman, Crystal Geisert Rebecca Badgley and all other named defendants referencing Jones or CCRD from 20152025 Rebbeca Bagley's last day of work at MART.

**RESPONSE NO. 1:**

Defendant has no responsive documents.

PDF processed with CutePDF evaluation edition www.CutePDF.com

**REQUEST NO. 2:**

Produce All documents, electronic records, web forms, reflecting any alleged consent obtained from the Plaintiff Paul Jones for MART to place any calls to Plaintiffs cell phone number 617-939-5417 from Defendant MART.

**RESPONSE NO. 2:**

Defendant refers Plaintiff to the vendor agreement between MART and CCRD, Inc. in which Plaintiff Mr. Jones provides his cellphone number. The Vendor Agreement was previously produced along with the Amendments and the relevant part was marked as an Exhibit at Plaintiff's deposition. Defendant has no additional responsive documents.

**REQUEST NO. 3:**

Produce All contracts, service agreements, and statements of work between you and any third-party vendor, lead generator, telemarketing firm, or dialer software provider utilized in connection with outbound calling campaigns during the Relevant Period.

**RESPONSE NO. 3:**

Defendant has no responsive documents. MART did not have an "outbound calling campaign."

**REQUEST NO. 4:**

Produce all complaints made by or about Paul Jones and CCRD from the Montachusett Regional Transit Authority and their Human Resources Department regarding investigation into Ivan Roman, Karen Cordio, Crystal Geisert, Rebecca Badgley and other named defendants and MART employees in this case Limited to materials concerning Paul Jones and CCRD INC .

**RESPONSE NO. 4:**

Defendant has no responsive documents.

# EXHIBIT 19

Case 4:19-cv-11093-MRG Document 184-1 Filed 01/07/26 Page 2 of 15

**VERIFICATION AND CERTIFICATION OF AFFIDAVIT (DECLARATION PURSUANT TO 28 U.S.C. § 1746)**

**STATE OF MASSACHUSETTS**

I, Ivan Roman, being duly sworn, depose and state under the pains and penalties of perjury & based on Firsthand Knowledge:

**BACKGROUND AND EMPLOYMENT**

I, Ivan Roman, do hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and the laws of the Commonwealth of Massachusetts, that the following is true and correct:

1. I am over eighteen years of age, competent to testify in a court of law, and make this statement based upon my first hand personal knowledge of the facts set forth herein.
2. I am a former employee of the Montachusett Regional Transit Authority ("MART"), located at 100 Main Street, Fitchburg, MA 01420, where I worked for eight (8) years, including within the Brokerage Department.
3. I resigned from MART in May of 2018. I filed several complaints with Human Resources at MART and even the Massachusetts Attorney General's Office to report illegal acts I was subject to, seen and heard from MART employees including Rebecca Badgley, Cheryl Montouri, Karen Cordio, Crystal Geisert, Stephanie Richards, Robert Monk, Fatima Rivera, Matt Diaz and more governed by a racial undertone.

Case 4:19-cv-11093-MRG Document 184-1 Filed 01/07/26 Page 3 of 15

4. I have not retained, authorized, consulted with, or been represented by any attorney in any state or federal court proceeding relating to Paul Jones v. Montachusett Regional Transit Authority (MART).

5. I further declare that after I resigned from MART, an attorney representing the Authority contacted and threatened me, expressly instructing me that I must not communicate with any of MART's subcontractors or I would face a lawsuit. At no time did I authorize that attorney, or any attorney, to represent me, act on my behalf, or enter an appearance for me in any matter.

**KNOWLEDGE OF DISCRIMINATORY TREATMENT**

6. I personally heard MART employees Rebecca Badgley and Karen Cordio make discriminatory comments regarding Paul Jones and other minority vendors. Specifically, I heard Cordio state, "HIS BLACK ASS THINKS HE'S SPECIAL," in a mocking manner, followed by laughter shared with Badgley and Crystal Geisert. Geisert then stated, "plan of attack."

7. Cordio further stated she would instruct inspector Matt Diaz to harass Mr. Jones at drop off locations and conduct targeted research into Mr. Jones and his company to find any pretext to issue fines or terminate his contract, or have Matt Diaz staff to do it if he was not assigned to the area where Paul Jones was driving at.

8. I witnessed MART management Rebecca and Karen compare Paul Jones and other vendors of color unfavorably to white vendors.

9. These comparisons were racial in nature and intended to justify unequal treatment.

Case 4:19-cv-11093-MRG Document 184-1 Filed 01/07/26 Page 4 of 15

10. I heard Karen comment that Paul Jones "is such a crybaby," Followed by Rebecca stating, "like all of them," as they look at each other in a you know what I'm talking about manner as If I were ignorant to the fact they are referring to race.

11. Rebecca also didn't seem to care when I raised concerns that Karen and Crystal were not evaluating vendor applications with the same merits for white raced vendors versus black raced vendors as black raced vendors were rejected and similarly experienced white vendors were allowed on. When initially asked about it Karen blatantly stated, "they are not our preferred vendors."

12. I witnessed MART management Karen and Rebecca negotiate and approve more favorable rates to white vendors and even opting to assign certain work themselves which was abnormal with socalled special rates. Rebecca and Karen constantly made changes to the way negotiated rates a practice as far as I'm aware MART still uses but no longer allows for the company I currently work for who also happens to have a black owner.

13. Rebecca allowed Karen to set the culture and mindset of MART Management. She was ultimately demoted which should tell a story within itself.

14. I do believe Paul Jones was targeted because he is Black, verbally complained, filed written complaints, and knew that he was treated differently than other vendors with the same size fleet of vehicles his company had.

15. This directive to bypass standard operational procedures and isolate Mr. Jones served to interfere with his business operations and facilitate the retaliatory "plan of attack" previously discussed by management.

16. On or about March 15, 2016, I was instructed by Karen Cordio to email Paul Jones and reschedule his Vendor Portal training at 100 Main Street, Fitchburg, Massachusetts to on

Case 4:19-cv-11093-MRG Document 184-1 Filed 01/07/26 Page 5 of 15

or about March 22, 2016, I did so. The stated purpose was to move Mr. Jones out of the group training so that Ms. Cordio could isolate him. Based on my observations and involvement, this was done to prevent Mr. Jones from receiving proper training on how the Vendor Portal operated, including how to accept trips and how the system functioned in practice this is documented.

17. On or about March 22, 2016, Crystal Geisert informed me that Paul Jones came in for training and we had him come into Karen Cordio's office where we only used Karen's Laptop not the vendor portal to so call train Paul Jones on This Vendor Portal Training was done with Karen Cordio's personal laptop computer on her desk no vendor portal this is documented.

18. In reality, this instruction was a tactical maneuver by Cordio to isolate Mr. Jones and prevent him from receiving proper training on the Vendor Portal, specifically regarding the technical processes for accepting trips and understanding how the system functioned.

19. By intentionally depriving Mr. Jones of this critical operational knowledge, MART management ensured he would be unable to compete on equal footing with white vendors who were granted full access and training.

20. Karen Cordio used an excuse that the vendor portal room was under construction when Paul Jones came in for training this is documented as well.

21. Soon after Paul Jones so called Vendor Portal training with Karen Cordio and Crystal Geisert I was instructed to call Paul Jones because he was emailing the Brokerage department saying he could not access the vendor portal that displayed the daily and weekly jobs I was told to inform him by Karen Cordio that "some vendors just never gain

access" to those specific portal features and that, moving forward, he was to wait for the Scheduling Department to call him if any work became available.

22. This was a deliberate effort to bypass the automated portal system, effectively "blacklisting" Mr. Jones by removing his ability to see available jobs and placing his revenue entirely at the discretion of MART staff who had already expressed racial animus toward him.

23. Soon after Paul Jones began to email MART's Brokerage Department again stating that when he tried to log into MART's vendor Portal to adjust his capacity to receive trips it stated your portal is locked by MART.

24. Soon after I was instructed to tell Paul Jones he could log in and change his capacity tab for trips to accept every hour I was instructed to tell Paul Jones this as I knew MART locked his portal as I could see the back end, this was to blacklist Mr. Jones by removing his ability to change his capacity to accept a certain amount of trips each hour like the other similarly situated other vendors.

25. Around 2017 I remember Paul Jones emailed the Brokerage department and stated that due to no work he had to lay off several drivers he had.

26. Paul Jones also said that he had to lay off the workers after he paid money to get their credentials to drive.

27. I heard MART manager Karen and Crystal make fun of Paul Jones's financial hardship caused by their actions.

28. Karen, Rebecca and Crystal took this as Paul Jones being a pain because he would not just accept their story and excuses why he could not see any trips that were available why his portal stated it was locked by MART.

Case 4:19-cv-11093-MRG Document 184-1 Filed 01/07/26 Page 7 of 15

29. Karen, Rebecca and Crystal took Paul Jones emails for help as he was complaining.

30. Paul Jones's inability to see jobs was not due to lack of training—it was because MART employees intentionally disabled his portal.

31. MART's director Rebecca Badgley and program managers Karen Cordio and Fatima Rivera held all control over the Vendor Portal and Rebecca was complicit in Karen's actions.

32. Around 2017 Paul Jones filed several written complaints against Rebecca, Karen and other staff with MART Brokerage and the HST department that oversees MART's Brokerage Department.

33. Soon after it was known that Paul Jones was filing complaints verbally and written because of the no help he was receiving from MART's managers and supervisors which caused him to be economically harmed.

34. On or about June 2017 I recall an instance where Rebecca Badgley called me into a meeting with Paul Jones, Sharna Smalls, and Sandy Mulcahy of the Executive Office of Health and Human Services (EOHHS) Transportation (HST) Department the state entity that oversees MART's operations at 100 Main Street at the Brokerage Department.

35. Prior to entering the meeting, Badgley explicitly instructed me to provide a false narrative: I was to state that I had been attempting to assist Mr. Jones but that he suffered from an "understanding problem," and to affirmatively deny that MART or its employees were engaging in discrimination or retaliation.

36. I followed Badgley's instructions during the meeting in the presence of Mr. Jones, Ms. Smalls, and Ms. Mulcahy; at that time, I lacked the full context of management's internal "plan of attack," and as a subordinate, I feared the professional consequences of opposing

Badgley, who exercised unchecked authority over the Brokerage Department for over 30 years.

37. While some of the things Mr. Jones brought up in the meeting didn't make sense at the time I noticed later that someone had indeed been manipulating his portal and IVR standing not only making his points during the meeting valid but credible.

38. I recall at the meeting Paul Jones complained that he was treated differently than other white vendors that had the same size fleet he had.

39. I recall Paul Jones complained at the meeting that he was blocked from changing his capacity Tab in the Vendor Portal, Paul Jones showed pictures from his cell phone and laptop he had at the meeting.

40. As I recall the Photo of the capacity tab Paul Jones showed Rebecca, Sharna Smalls, and Sandy Mulcahy he stated that "see the picture says that I am Blocked by MART".

41. Paul Jones also stated that he had not been able to make a schedule from the vendor portal for at least 3 months and this caused him to have to lay off all his drivers for no work.

42. Mr. Jones complained that he would only receive calls from the automated call out system and the only reason I can think of was because the scheduling department must have been instructed to bypass his company. If the automated call out was reaching his rates, it is only logical the schedulers would also reach his rate if they weren't bypassing him so if they weren't calling that could be the only reason.

43. It was only later, after discovering the full scope of the internal efforts to undermine Mr. Jones, that I realized my statements in that meeting—made at the direction of

management were used to cover up MART's discriminatory practices and mislead state overseers.

44. A few days later Rebecca called me in her office at the Brokerage department and Karen and Crystal were in there.

45. This was a meeting in Rebecca's office at 100 Main street the Brokerage department to figure out what to do about Paul Jones filing verbal and written complaints on Rebecca, Karen, Crystal and other staff at MART that was not assisting him to receive work like the other similarly situated vendor with the same size fleet he had.

46. During this meeting, Rebecca Badgley spoke disparagingly of Paul Jones and explicitly instructed us to ignore his communications and forward any emails from him directly "up the chain of command."

47. These comments were frequent and said openly by Rebecca, Karen, and Crystal and carried over once Karen and Crystal were demoted with Fatima, Stephanie, Robert, and Michelle.

48. They reflected the culture and mindset of MART Management.

49. I believe Paul Jones was targeted by MART management because of his race and in retaliation for his verbal and written complaints regarding the discriminatory environment.

50. It was evident that Mr. Jones was subjected to disparate treatment when compared to white vendors who operated fleets of a similar size, as those vendors were not subjected to the same level of scrutiny, fines, or operational interference.

51. This targeting constituted a calculated effort to punish Mr. Jones for exercising his protected right to oppose discriminatory practices this is documented.

52. I personally overheard MART employees Karen and Crystal planning to change Paul Jones's vendor portal settings to 0 (Zero) after I had been tasked to ensure his portal was good to go in the meeting mentioned in #17 as I was called in to assess Crystal's work who was Mr. Jones's direct vendor supervisor on the vendor portal being I was her superior. I personally checked that CCRD was active.

53. I also reviewed Mr. Jones' portal from a-z ensuring he should be offered work and had it confirmed by my superiors Karen and Rebecca. Two weeks later he was back at zero and I was filing a complaint on Crystal and Karen with human resources as they stole my passwords from my desk drawer while I was at lunch. I believe Karen's plan was to have Crystal further alter information on the vendor portal under my account, but I caught them.

54. Rebecca was informed that it did appear that someone was seemingly manipulating his portal behind me and I believed that Karen and Crystal were looking to set me up as I did discover what I thought were mistakes made by Crystal during my review which apparently turned out to be intentional.

55. This was a tactic Karen created to give vendors a hard time as they are also supposed to be able to make changes to the number of trips they would like to be able to accept for a per hour time frame. If you are set to 0 (Zero) you will get 0 (Zero) offers for trips that fall in that hour's slot.

56. I reported my findings to Rebecca and human resources. Rebecca was the director, headperson in charge of the MART call center. I know Rebecca was privy to all Karen and Crystal were doing beforehand but had no proof of this and while she tried to brush it off HR stepped in. They eventually demoted Karen and Crystal.

Case 4:19-cv-11093-MRG Document 184-1 Filed 01/07/26 Page 11 of 15

57. From my understanding of the Vendor Portal no Vendor can maintain drivers if their vendor portal is set to 0 (Zero) as they would not be able to set up a schedule for the future and would have to depend on next day calls from the IVR system.

58. I believe Karen Cordia and Crystal Geisert planned to manipulate Paul and who knows how many other vendors portal under my own account when they had stolen my password and training notebooks.

59. going. A matter I had to take up with HR prior to both of those colleagues' departures from MART.

60. This was done specifically to prevent him from receiving jobs.

61. Karen and Crystal had authority to remove Mr. Jones from IVR (call out system) and could make him only receive "next day automatic prerecorded calls".

62. Karen did this after being instructed to make sure his portal is active in a meeting.

63. I saw proof that MART manager Karen Cordio removed trips that were originally assigned to black vendors that were high paying in nature and reassigned them to white vendors she was friendly with. Other times they were assigned to their own MART vehicles (Dial-A-Mart Services, Inc.) at rates that bypassed the low cost bidding system.

64. I saw many of those trips reassigned to white vendors favored by certain MART staff such as Rebecca, Karen, and Gayle Wislocki.

65. I saw many incidents of this portal manipulation and am familiar with the tactics used.

66. Paul Jones's inability to see jobs was not due to lack of training—it was because MART employees Karen and Crystal intentionally disabled his portal.

67. Other vendors were given 2–6 trips per hour; Paul Jones was set at 0 (Zero) time and time again as if Rebecca and Karen were playing a game.

68. This would also have prevented him from choosing jobs like other vendors could.
69. When Paul emailed asking why he had no visibility, staff knowingly ignored his correspondence per Rebecca's orders. This was an intentional practice carried out by MART's top management for two main reasons but it's a discretional thing. I have seen this tactic used when Karen and Rebecca and later Rebecca and Fatima felt the vendors' rates were too high and when they wanted to hurt a company. Both ways hurt companies because they won't tell you that they will not call you or that they are restricting you because of your rates being high. They just tell you your rates are too high, and the trips never make it to you. All lies.
70. Whenever any Supervisor or Manager told a vendor the reason you are not getting any trips was that your rates are too high that is an automatic killer of a vendor receiving trips from the portal and a way to control the vendor economically.
71. Paul Jones submitted valid complaints that were intentionally ignored.
72. I heard Rebecca, Karen, Crystal, Robert say they couldn't wait to see Mr. Jones fail as a vendor.
73. MART management instructed by Rebecca Badgley such as Donna Landry, Fatima Rivera, Karen Cordio, Crystal Geisert, Joanne Norris, Stephanie Richards, Tamara Shumovskaya, Jessica Torres, Amanda Kukta, Robert Monk, and more myself included executed these actions.
74. Rebecca Badgley, Fatima Rivera, Donna Landry, Bonnie Mahoney, Karen Cordio, Joanne Norris, Stephanie Richards, Tamara Shumovskaya, Jessica Torres, Amanda Kukta, Robert Monk, Michelle, Matt Diaz, and Crystal Geisert were all my co employees at MART.

75. My duties included interacting daily with MART supervisors, dispatchers, vendor owners and managers, administrative employees, being a contract manager, vendor supervisor in charge of approving or denying applications from vendors, vendor training, and contract compliance supervisor. I did my job well and was promoted at least four times, earning employee of the month honors multiple times prior to joining management.

76. I personally also witnessed time and time again Robert Monk use racial innuendoes and consistently look to punish black vendors with higher fines at a higher frequency while making exceptions and excuses for white vendors.

77. I regularly accessed MART's internal systems, including the Vendor Portal and back end trip assignment system as part of my job and I have firsthand knowledge of the Vendor Portal ins and outs.

78. I personally interacted with the following MART employees: Rebecca Badgley, Donna Landry, Bonnie Mahoney, Karen Cordio, Joanne Norris, Stephanie Richards, Tamara Shumovskaya, Jessica Torres, Amanda Kukta, Robert Monk, Michelle Moyo, Crystal Geisert, and others.

79. I honestly still feel that if I were to have continued to work under Rebecca Badgley I could have been set up for a fate worse than being terminated, such as criminal allegations. Reason being that I also witnessed what I believe to have been illegal interactions between Cheryl and Karen with vendors under Rebecca's watch. In the form of vendors personally hand delivering envelopes that were delivered behind closed doors.

80. I make this affidavit voluntarily to disclose what I personally witnessed regarding the discriminatory and retaliatory treatment of Paul Jones, his company, Commonwealth Community Recovery Division, Inc. ("CCRD"), and other minority companies by MART

staff at the direction from MART's director Rebecca Badgley. Rebecca is no longer employed there but this type of behavior seems to still exist.

81. I contacted Paul Jones voluntarily after leaving MART because I felt compelled to reveal the truth about the treatment he and his company CCRD INC. received as I initially thought he was the problem but incidents regarding his case revealed an underlying bigger issue that was brewing at MART and which eventually led to my voluntary resignation from one of the most sought after positions within their company. I resigned after the HR manager acknowledged that she could see the corruption I had brought to her attention was dismissed for reasons I was not privy to. They also had to let Matt Diaz go around the same time after I discovered fraudulent documents he had submitted as proof of work he never completed.

82. An employee that worked at MART's HR Department was also retaliated against for taking complaints of some of this behavior from MART employees that may have led to Karen Cordio and Crystal Geisert's resignation from MART I believe her name is Kathleen Brown.

83. Everything in this affidavit is truthful and based solely on first hand observations.

84. I make this declaration based on my personal knowledge of the facts stated herein and my observations during my tenure at MART.

85. I am prepared to testify to these facts if called upon in a court of law or administrative proceeding.

**DECLARATION UNDER PENALTY OF PERJURY**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on:** January 6, 2026.

**Signature:** ______________________ **Ivan Roman**

**DECLARATION UNDER PENALTY OF PERJURY**

Pursuant to **28 U.S.C. § 1746,** I declare under penalty of perjury under the laws of the United States of America and the Commonwealth of Massachusetts that the foregoing is true and correct.

**Executed on:** January 6, 2026.

**Signature:** ______________________

**Ivan Roman**

# EXHIBIT 20

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DOCKET NO.: 4:19-cv-11093 MRG

Combined with case No.: 1:20-cv-12076

**********************************

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,

Defendants

**********************************

DEPOSITION OF: IVAN ROMAN

APPEARING REMOTELY FROM

WEYMOUTH, MASSACHUSETTS

AUGUST 26, 2026 TIME 10:05 a.m.

By Vanessa Miranda

Guardian

APPEARING REMOTELY FROM BEXAR COUNTY

REMOTE APPEARANCES

Representing the Plaintiff:
79 Thompson Street
Springfield, MA 01109
BY: PAUL JONES, PRO SE
(617) 939-5417
ccrdcorp@gmail.com

Representing the Defendant:
KP LAW
101 Arch Street, 11th Floor
Boston, MA 02110
BY: DEBORAH I. ECKER, ESQ.
BY: STEVEN JOHNSON, ESQ.
(617)654-1714
decker@k-plaw.com

INDEX

WITNESS: IVAN ROMAN


| EXAMINATION BY: | PAGE: |
|---|---|
| Mr. Jones | 7 |

| EXHIBIT: | DESCRIPTION | PAGE: |
|---|---|---|
| A. | Verification and Certification Of Affidavit (Declaration of Ivan Roman) | 7 |

THE GUARDIAN: We are now on the record. This is the deposition of Ivan Roman, appearing from Weymouth, Massachusetts, taken on August 26, 2026, at 10:05 a.m., in the matter of Paul Jones v. Montachusett Regional Transit Authority, et al. Will each attorney please state your name, firm, and whom you are representing.

MR. JONES: My name is Paul Jones. I'm pro se for the plaintiff.

MS. ECKER: My name is Deborah Ecker. I represent the defendants.

MR. JOHNSON: My name is Steven Johnson. I also represent the defendants.

MR. JONES: Mr. Johnson isn't on the record as representing anyone.

MS. ECKER: He works with my firm, Mr. Jones. Hold on. He works for my firm, Mr. Jones. As you're aware, he was present in your deposition.

MR. JONES: Yes, but I just want to note for the record that he's not an attorney that is representing any defendants in this case.

MS. ECKER: He doesn't have a notice of appearance in the court, which is different, but I will have him file one.

MR. JONES: Okay. Thank you. That's understood.

THE GUARDIAN: Okay. And is anyone present in the

room with any participant that is not on camera?

MS. ECKER: No.

MR. JOHNSON: No.

MR. JONES: No.

THE WITNESS: No.

THE GUARDIAN: Okay. If any individuals do enter, I ask that we pause the proceeding so that they can be identified for the record. It has been stipulated that all parties agree that this proceeding will be conducted remotely using Zoom technology, and the audio will be recorded and may be used as the official record. As Guardian --

MS. ECKER: I already said I didn't agree. I just objected. That was the objection.

THE GUARDIAN: Okay. Okay.

MS. ECKER: But we can proceed.

THE GUARDIAN: Okay. So are there any additional stipulations between counsel at this time?

MS. ECKER: Mr. Jones, do you want to reserve all objections except as to form until time of trial? Same with motions to strike. Will the witness be reading and signing his deposition transcript, waiving the notary and filing?

MR. JONES: Basically, no, I'm not going to waive it. Basically, I just want to make for the record that your

objections are noted, and I have an objection too. And basically, I only have one exhibit today, which is Roman -- Ivan Roman's affidavit because the defendants did not file an answer to either complaint. There's two complaints that are combined in the record, and I don't have an answer.

So I will be going forward today with a limited deposition only on one exhibit because I don't have the answers. And I just wanted to put that on a note that I will be suspending the deposition and moving to have another one once I have the answers.

MS. ECKER: Mr. Jones, when you say you're not waiving, what aren't you waiving? When I gave my reserve all objections as to form until time of trial, etc.

MR. JONES: So I am not waiving anything that I'm -- what I'm saying -- what you're saying is on you. If you want to waive for yourself, that's fine, but you can't waive for me.

MS. ECKER: Let me just ask you: Do you agree that we're reserving all objections except as to form until time of trial, same with motions to strike?

MR. JONES: No.

MS. ECKER: Okay.

MR. JONES: Oops. All right.

THE GUARDIAN: Kim, can you administer the oath,

please.

THE NOTARY: Sure. Mr. Roman, can you please raise your right hand. Do you swear or affirm that the testimony you give today will be the truth, the whole truth and nothing but the truth?

THE WITNESS: I do.

THE NOTARY: Thank you.

THE GUARDIAN: Thank you. You may proceed, Mr. Jones.

MR. JONES: Hello. Good morning, everyone.

EXAMINATION BY MR. JONES:

**Q. Ivan Roman, this is a deposition for you. And basically, this deposition will be based on the affidavit that you wrote and signed. So, I will be questioning you only on that deposition if I move only on that exhibit. If I move to an e-mail, you can say you don't remember, or if you remember, you can answer. So basically, the exhibit is Exhibit A. Do you have a copy of the affidavit, sir?**

(Exhibit A, introduced)

A. Yes.

**Q. Okay. All right. Directing your attention to**

paragraph 37. Well, first of all, can you tell me if you worked at Montachusett Regional Transit Authority or not?
A. I did.
Q. How many years did you work there?
A. Around eight years.
Q. What was your position and your job duties when you were there during those eight years?
A. My final position was assistant project coordinator. I started as a call taker.
Q. Did you do any training with any -- did you train any employees at MART?
A. I trained employees and later on vendors.
Q. Okay. Now, as you know, MART has several departments. Is it fair to say that you work in the brokerage department?
A. Yes.
Q. Okay. Now, I have an affidavit in front of me, and you have a copy of it. Did you write this affidavit, sir?
A. I did.
Q. Did you sign the affidavit?
A. I did.
Q. Under penalties of perjury, correct?
A. That is correct.
Q. Okay. Now, in this affidavit, we're going to

start from the beginning. It says that you're a former employee of Montachusett Regional Authority, which you just said you were, correct?

A. Yes.

Q. You resigned in May 2018?

A. Correct.

Q. Have you ever retained an attorney?

A. No.

Q. Have you ever spoke with an attorney regarding Paul Jones v. Montachusett Regional Transit Authority?

A. No.

Q. Has an attorney ever called you and -- regarding Paul Jones v. Montachusett Regional Transit Authority as being a defendant representing you?

A. No.

Q. Okay. Now, I'm going to direct your attention to No. 7. You wrote, "Cordio," meaning Karen Cordio, "further stated that she would instruct Inspector Matt Diaz to harass Mr. Jones at drop-off locations and conduct targeted research into Mr. Jones and his company to find any pretext to issue fines or terminate his contract." Is that correct?

MS. ECKER: Objection.

Q. Okay. If she objects, you can -- she can object and then you can answer, sir.

A. What was the question again?

**Q. Okay. It says, "No. 7. Cordio further stated she would instruct Inspector Matt Diaz to harass Mr. Jones at drop-off locations and conduct targeted research into Mr. Jones and his company to find any pretext to issue fines or terminate his contract."**

MS. ECKER: Objection.

**Q. Did you --**

A. No.

**Q. -- hear her say that?**

MS. ECKER: Objection.

**Q. Just for the record, Ivan, she can object, but then you can answer.**

A. I mean, yes, she instructed him to pretty much harass you. And I don't recall stating that it was to cancel your contract. But yes, I do recall her kind of, like, sicking the dogs on you.

**Q. Okay. Why did Karen or any people at Montachusett Regional Authority ever have a problem with me?**

MS. ECKER: Objection.

**Q. You can answer.**

A. I was led to believe that you were an incompetent vendor. They felt that you were not the type of vendor they wanted. She stated that -- she actually

stated that in one of our conversations where I -- we were discussing bringing vendors on, and when it came to your company, she said, "Well, this isn't the type of vendor we want."

**Q. And when you say "she" said it, who are you speaking about, Karen Cordio?**

A. Karen Cordio.

**Q. Okay. Did she ever say that Mr. Jones cursed her out, was mean to her, or anything like that to give you the reason that she had a valid reason for feeling like this toward me?**

MS. ECKER: Objection.

**Q. You can answer, sir.**

A. No. She said that -- she made it seem like you were just incompetent, couldn't follow instructions and were overly aggressive with staff.

**Q. Okay. Have you ever heard me be over aggressive to Karen Cordio or any other staff?**

MS. ECKER: Objection.

A. No.

**Q. Okay. Now, are you -- you are aware that I filed a complaint in approximately 2017, 2018, against MART, correct?**

A. A complaint as the lawsuit?

**Q. No. I filed a -- are you aware that I filed a**

complaint against MART, its managers, supervisor, and employees with MART and HST?

A. I found out later, after I had left MART.

Q. Okay. Let me bring your attention back to a day where I was in a meeting at Montachusett Regional Transit Authority, and it was with Rebecca, Sharna Smalls, and another young lady. I don't remember her name, but she was from the HST. You were called in, and in your affidavit you state about this, that you were called in and Rebecca -- on the way in, Rebecca asked you some things. Do you remember that meeting when you were called in?

MS. ECKER: Objection.

A. I recall.

Q. Okay. Do you remember what -- can you tell us what Rebecca asked you to state about Paul Jones and state about yourself, if you were trying to help him or not? What did she say to you before you entered?

MS. ECKER: Objection.

A. It was --

Q. As far as you remember, it doesn't have to be word for word.

A. I don't remember exactly what it was at this point in time. But I know she asked me to kind of just reiterate, what they wanted me to say. She was my boss.

She told me to go in there and say certain things. I just followed the rules and did what she asked me to do.

Q. Okay. And you said she was your boss. Is it fair to say that she ran the whole brokerage department for over ten years?

A. Yes.

Q. Okay. So on No. 10, your affidavit, you -- it states, "I heard Karen comment that Paul Jones is such a crybaby, followed by Rebecca stating, 'like all of them,' as they look at each other in a, 'you know what I'm talking about manner.' As if I were ignorant to the fact that they're referring to race." Is that true?

A. Yes.

MS. ECKER: Objection.

Q. Okay. Ivan, if she objects, you can answer after she objects, so ... Because if two people talk at the same time, the stenographers may have a problem getting everything. So back -- is that comment true, No. 10?

A. Yes.

Q. Okay. Can you just tell us what type of person was -- what type of position did Karen Cordio have? Was she a lower employee, a supervisor, a manager at Montachusett?

A. She was the program manager for MassHealth

Transportation.

**Q. I think you're breaking up.**

A. So she was the highest level -- she was a program manager for MassHealth Transportation, which is the highest manager for that program.

**Q. Okay. Now --**

A. Other than the director. Which would be Rebecca Badgley?

**Q. Okay. So she was underneath Rebecca, correct?**

A. Yes.

**Q. Okay. And No. 12 on your affidavit, it states, "I witnessed MART Manager Karen and Rebecca negotiate and approve more favorable rates to white vendors and even opting to assign certain work themselves, which was abnormal with so-called 'special rates.'" What was abnormal to have -- to see Karen Cordio and Rebecca Badgley negotiate and approve more favorable rates to white vendors?**

MS. ECKER: Objection.

**Q. What was --**

A. So when I worked in the call center as a call center supervisor, we would have to call out and assign trips. During that process, there would be trips that were tougher to assign than others. At that time, instead of -- once they've exhausted the low-cost bidding system.

We would have to call back down the list again, and see if vendors would negotiate a rate.

If there was a rate that was high or -- and sometimes it might even be their own rate that they put into the system, but MART felt it was too high of a rate. Those rates would get skipped; they would not be called. And then we would go back down the list and ask vendors with lower rates-- if they would be willing to negotiate a rate.

Once we would find the rate. It would have to be approved by the program manager, Karen Cordio. And many of the times, depending on who the vendor was, she would be like, "No, not for them. Let me make some calls and call in favors to vendors --" that she was friendly with. And offer them the rate without them making their own bid.

**Q. Okay. Do you believe that was fair for her to have preferred vendors that she gave special rates to?**

MS. ECKER: Objection.

A. No.

**Q. I'm going to ask you again. Do you think -- okay. You -- so it wasn't fair. All right. So you also wrote in your affidavit, No. 13, "Rebecca allowed Karen to get -- to set the culture and mindset of MART management. She was ultimately demoted, which she -- should tell a story within itself." So do you believe that Karen set**

**the culture and mindset of -- in MART management?**
MS. ECKER: Objection.
A. Yes. However, directives came from Rebecca Badgley. She just was -- Karen was more like the attack dog. She was the main manager. MassHealth is the biggest program for the brokerage and the other managers for the other departments, such as DDS, EIP, SPED; they kind of just followed along with her as the senior manager.
**Q. Is it fair to say, Ivan, that Karen Cordio didn't care for me or the company I worked for, which we will call "CCRD, Inc."?**
MS. ECKER: Objection.
A. I think that's fair to say.
**Q. Is it fair to say that Rebecca Badgley also didn't care for Paul Jones or the company that I worked for, CCRD, Inc.?**
MS. ECKER: Objection.
A. I do feel that's fair to say.
**Q. Why do you think they felt like that toward me --?**
MS. ECKER: Objection.
**Q. -- and my --**
MR. JONES: And, Ms. Ecker, can you just please wait until -- so the transcriber can get each one of us down?
**Q. Why is it that you think they didn't care for**

**me? Earlier, you said that they thought that I was a know-it-all vendor or something. Can you just -- I want to touch on that one more time.**

MS. ECKER: Objection.

A. Yes. They felt that you -- I don't know. If they were insulted by the line of questions you would ask or your race or all of the above. Because as I worked there for many years, I started seeing a lot of racism going on inside the office. And I don't think they particularly liked that you asked questions, that you called them out on a few occasions. I, myself, ended up having to investigate what was going on with your portal access, even though you were not my vendor.

As you mentioned earlier, I was called into a meeting with yourself and HST and Rebecca Badgley and Karen, and I was kind of brought in blindly. I was underneath Karen, and then we had another Vendor Supervisor at the time by the name of Crystal Geisert, who was your actual vendor supervisor, who they did not bring in. And I believe they brought me in probably because I was a Hispanic and they didn't want to make it look racist.

**Q. I see. And speaking of Crystal Geisert, she's a named defendant also. Can you please tell me, what was Crystal Geisert's position in the brokerage department?**

A. I don't remember her company title. She may

have been an assistant project coordinator like myself. I don't know that, that was the case because she had less responsibility than I did. But she was definitely a vendor supervisor.

**Q. Okay. Now, in your affidavit, which we will take our time and go through, you state that Crystal Geisert made a comment when they were speaking about Paul Jones, complaining, and she made a comment, "What's the plan of attack," or something like that, toward Paul Jones; is that true?**

MS. ECKER: Objection.

A. Yes, it is.

**Q. At that time Crystal Geisert said, "What's the plan of attack on Paul Jones," do you think that Crystal thought that, that's what Karen wanted to hear?**

MS. ECKER: Objection.

A. I would say, yes.

**Q. So what do you think Crystal meant when she said, "What's the plan of attack on Paul Jones and his company"?**

MS. ECKER: Objection.

A. How are we going to harass him.

**Q. Mm-hmm. Have you ever heard them -- when I say "them," Karen Cordio, Rebecca, or Crystal -- have you ever heard them -- or Robert Monk, any named defendants in this**

**case -- have you ever heard them celebrate, you know, when I would call in and say, "We're getting no work"? I had to lay off individuals, drivers. Did you ever hear them, like, celebrate or were happy that I was going through financial problems at Montachusett Regional Transit Authority?**

MS. ECKER: Objection.

A. Probably, yeah. You know, I wouldn't say it was for those specific reasons, but they found joy in hurting vendors. They all were always looking to fine someone for any little reason. Vendors that were vocal, like yourself, they would find ways to harass and try to find ways to hurt your company.

**Q. That's -- do you --**

A. And that's the culture of it. I now manage a vendor and am subject to a lot of the same ideology that I know they do.

**Q. Would you say -- is it fair to say that MART, Montachusett Regional Transit Authority, brokerage department and these individuals that we're talking about, Karen Cordio, Crystal Geisert, and Rebecca Badgley, kind of retaliated against Paul Jones, me?**

MS. ECKER: Objection.

**Q. You --**

A. Yes.

Q. -- can answer.
A. Absolutely. I'm currently being subject to the same type of retaliations from their current management.
Q. Okay. Let's get back to -- I'm sorry. I'm just, like -- I'm just going to take my time on this. This is really kind of -- all right. All right. So is it fair to say that you believe that I was targeted because I was black and I complained?
MS. ECKER: Objection.
A. It's a fair assessment.
Q. Have you -- from the eight years that you worked there, have you ever seen Karen Cordio train a vendor? And when I say "train," let me give you a little context. Whenever a vendor starts, a vendor is invited into MART to be trained on their vendor portal so they can know examples of how to accept the trip, how to bill, what the vendor portal looks like. Have you ever seen Karen Cordio or heard of Karen Cordio training vendors? Was that her position?
MS. ECKER: Objection.
A. Yes.
Q. So her -- she did train vendors, you're saying?
A. Yes.
Q. Okay.
A. I trained her on how to train vendors.

Q. You trained Karen Cordio on how to train vendors?

A. Yes.

Q. So you have some understanding about this. So whenever -- since -- MART's brokerage, when you guys trained vendors -- would you train a vendor -- this may sound like a stupid question, but it's got to be asked. When you trained a vendor, was it mandatory for a vendor to have the vendor portal in front of him so you can show him how to accept trips, how to reject trips, how to -- what the vendor portal looked like?

MS. ECKER: Objection.

Q. Ivan, can you hear me?

MR. JONES: I think he's still.

THE GUARDIAN: Did he freeze?

MR. JONES: Yeah.

Q. Ivan?

A. So that all parties can --

Q. I'm sorry, you froze for a minute. Can you just state that over? Do you need me to answer the question again?

A. No. Vendor trainings were conducted in a conference room on a large projection TV screen, where all parties that were in the room were able to see the portal, and we were able to train multiple vendors at the same

time, if needed.

**Q. Is it fair to say, in order to be trained on the portal you had to see the portal?**

MS. ECKER: Objection.

A. Yeah. I mean, in order to understand the terminology regarding the portal, you would have to view it.

**Q. Are you aware that when I came in for my vendor portal, I didn't go to that room that had the big screen of the vendor portal? Are you aware of that?**

MS. ECKER: Objection.

A. Yes. I was outside the office that you trained in.

**Q. Okay. And Karen Cordio took me into her personal office. Are you aware --**

A. Correct.

**Q. Okay. Was that normal for someone to take a vendor to train on the vendor portal, not in the vendor portal room, but in their personal office? Was that normal?**

A. It wasn't normal, but it did happen. There were times where the projections -- the projector was down. They used to have connection problems. There were other reasons that it could occur, but, no, it wasn't normal.

**Q. Okay. So training vendors was a part of Karen Cordio's job, correct?**

A. Absolutely.

**Q. Okay. Are you aware that during me dealing with MART brokerage under the contract I had was from 2015 to 2020? Are you aware of that?**

MS. ECKER: Objection.

A. Aware of how long your contract was in effect?

**Q. Yes.**

A. I knew when you started. As I stated, I was there when she trained you, so I knew your beginning date. I left in 2018. I have no knowledge of what happened after I left.

**Q. Okay. Are you aware that I was e-mailing the brokerage department informing Karen Cordio and others that we are not receiving any work? Are you aware of that?**

MS. ECKER: Objection.

A. Yes.

**Q. Do you think that was looked at as me being problematic?**

MS. ECKER: Objection.

A. Yes.

**Q. Is it fair --**

A. I actually investigated your situation

personally and did find that according to what Crystal had said, was that she made a mistake, and you were actually never really activated due to -- what's the terminology they use -- capacity management not being set.

**Q. Okay. So one --**

A. I said that, personally, later on, when you kept calling in to say you still weren't getting work, I looked at it again, and for some reason it had been wiped clean.

**Q. Okay.**

A. Essentially setting you back to where you were prior to my investigation.

**Q. So let's talk about what you seen in the vendor portal because you worked there, so you can see the back of the vendor portal. I can only see the top of the vendor portal; is that correct?**

MS. ECKER: Objection.

A. There are certain things I can see, but for the most part, it's very similar when it comes to each individual company.

**Q. Okay. But is it fair to say that I can't see what you can see?**

A. In the case of what I'm speaking of, you would be able to see it because they actually accused you of setting yourself back to zero.

**Q. Wow. Okay. So is it a fact that Crystal Geisert said that I was set to zero in the vendor portal?**

MS. ECKER: Objection.

A. She did not say that. I uncovered that and she admitted that she may have forgotten to put numbers in place for your trip capacity management.

**Q. Okay. You broke up just a little bit. Can you just repeat that one more time to make sure the transcribers got it?**

A. She did not state that. I uncovered that when I was asked to look into your situation, at which time she stated she may have forgot to set your capacities in the capacity management.

**Q. So is it a fact that what I said, that I wasn't getting no trips, was accurate?**

MS. ECKER: Objection.

A. Yes.

**Q. So if my vendor portal is set to zero, will I receive any trips through the vendor portal?**

A. No.

**Q. So that's why I was e-mailing because I wasn't getting any trips. I didn't e-mail to be mean or anything.**

MS. ECKER: Is that a question?

MR. JONES: Can you let me finish, please? This is

my deposition. If you want your deposition, you book this. Please, let me finish. I told you I'm going to take my time.

**Q. If the portal is set to zero -- let's start over. If the portal is set to zero, that means I will receive zero trips. Is that fair to say?**

MS. ECKER: Objection. Objection.

A. Yes.

**Q. Okay. So once MART brokerage management supervisors and employees found out that Mr. Jones' e-mails are accurate, he's not receiving trips because his portal was set to zero, their -- did they change their tune, like, he's right -- he --**

MS. ECKER: Objection.

**Q. -- or did they still feel as though I was harassing them by sending e-mails?**

MS. ECKER: Objection.

A. Hmm. After my investigation was conducted, we were told not to answer any of your e-mails. Anything that you wrote to us would get kicked up to upper management, which would be Karen and Rebecca Badgley.

**Q. So who -- when -- who said that? Who sent that order out?**

A. Rebecca.

**Q. Did she say it verbally or did she send an**

**e-mail?**
A. That I don't recall. I believe it was verbally. She called Karen, Crystal, and myself into her office and told us what to do.
**Q. Now, why do you think she said, "Don't answer any of Paul Jones' e-mails going forward"?**
MS. ECKER: Objection.
A. That I do not know.
**Q. Okay. So she told you not to answer my e-mails, to send it to her, correct?**
A. Correct.
**Q. When you sent them to her, what would generally happen with the e-mail that I wrote to you?**
MS. ECKER: Objection.
A. I'm not -- I wasn't privy to that information. As mentioned earlier, I wasn't your vendor supervisor so it was something that she, Karen and Crystal may have discussed.
**Q. Okay. Have you ever sent one of my e-mails to Rebecca Badgley after she told you guys not to answer my e-mails?**
A. Mm, probably not. Mine -- if you -- since you weren't my vendor. It would go to Crystal and she would be the one to send it unless she wasn't copied on it, I may have. But you were her vendor so it would be her

responsibility to do so.

**Q. Why do you think Rebecca Badgley would tell them such a thing?**

MS. ECKER: Objection.

A. I don't know. I'm not sure.

**Q. Was she -- do you think she was trying to hurt my company and me by telling them that?**

MS. ECKER: Objection.

A. Not sure. You know, I thought, being our superior that she was just making sure we were doing our jobs correctly. But as time went on and I started witnessing how they do want to hurt companies, I would say it's a possibility, yes.

**Q. Okay. Let's get back to this affidavit that you wrote. Is it fair to say that MART broker's department and their employees intentionally deprived me and my company of work like other vendors got?**

MS. ECKER: Objection.

A. It appears that way.

**Q. Do you think I was treated differently than other vendors, favorite vendors?**

MS. ECKER: Objection.

A. I would say yes.

**Q. I have a question. I just -- I need -- you know, do you think that MART did this to other vendors**

other than me? These negative reactions they were having? Do you think I'm the only one?

MS. ECKER: Objection.

A. No.

Q. Had you ever --

A. I know that you're not the only one.

Q. Do you recall a time when I was e-mailing maybe you and others at MART, saying that I couldn't access the vendor portal that displays the daily work? Do you recall that?

A. Yes.

Q. Do you recall that I stated to you in an e-mail that the vendor portal stating -- stated that I was essentially blocked by MART, in red writing, when I went in it?

MS. ECKER: Objection.

A. I don't recall, but I can imagine that being the case. If your vendor capacities are locked, you would get that message.

Q. Okay. Okay. I'm just -- if I take a little time to ask another question, it's because I just want to be accurate. So No. 24 of your affidavit says, "Soon after, I was instructed to tell Paul Jones he could log in and change his capacity tab for trips to accept every hour. I was instructed to tell Paul Jones this as I knew

MART locked his portal, as I could see the back end. This was to blacklist Mr. Jones by removing his ability to change his capacity to accept a certain amount of trips each hour like the other similar vendors." That's in your affidavit, correct?

MS. ECKER: Objection. What paragraph --

MR. JONES: No. 24.

A. 24?

Q. Yeah.

MS. ECKER: I object to the question.

Q. Let me know when you get there, and I'll read it again for you, Ivan. Twenty-four. Do you see 24?

A. Yes.

Q. Okay. I'm going to read it to you. Twenty-four, it says, "Soon after, I was instructed to tell Paul Jones he could log in and change his capacity tab for trips to accept every hour. I was instructed to tell Paul Jones this as I knew MART had locked his portal, as I could see the back end." Explain the "back end" for me. What do you mean when you say you could "see the back end"?

MS. ECKER: Objection.

A. Well, the back end is your capacity management. That was what I mentioned earlier that I discovered was blocked and during my investigation fixed, and after that

was told to let you know that you can now go in and change those capacities.

**Q. Okay. I remember you telling me that. But a few weeks later, it was back to -- I tried to log in, and it was the same thing. Did you get that same -- did you see what I saw, which was in a couple of weeks later, it was blocked again?**

MS. ECKER: Objection.

A. I did. I did. I was keeping up with what was going on because there were other things happening within the office. So I went in sometime after we had spoken and noticed that your capacities were reset again.

**Q. When you say "reset," reset to what?**

A. To no work.

**Q. Zero, correct?**

MS. ECKER: Objection.

A. I don't recall if it was zero, but I know it was very minimal and not the numbers I had put in there.

**Q. Okay. So is it fair to say that someone was going behind your investigation after you investigated and setting CCRD, Inc.'s portal back to either zero or where we wouldn't receive any work?**

MS. ECKER: Objection.

A. Correct.

**Q. If that happens to a company, will a company be**

**able to sustain itself and stay in business if the vendor portal is being done like it is being done to me?**

MS. ECKER: Objection.

A. Not if you're not aware. At that point, you should have been able to still go in and change your capacities back. You were blocked before my investigation. Afterwards, it was still open, but you were reset back to very low numbers.

**Q. Right.**

A. So if you're not aware that you should have access to the capacity management to change those numbers to whatever you'd like, yeah, I mean, it's no help to you.

**Q. So is it -- can I say that -- could I say that type of activity could financially harm a company?**

MS. ECKER: Objection.

A. I mean, yeah. You would have drastically less work, so I would say yes.

**Q. So if we would have drastically less work, the paycheck would be drastically less too. Is it fair to say that?**

MS. ECKER: Objection.

A. Yes.

**Q. Do you think, being a person that worked there eight years, seeing all that happened to me, you know, with this lawsuit, all my allegations in it, the portal**

being blocked, things of that nature. Do you think -- do you feel as though that could harm -- financially harm a company and its employees?

MS. ECKER: Objection.

A. Absolutely. It's one of the reasons I resigned, actually.

Q. All right. Another thing I want to ask you on your affidavit, No. 27, and I'm going to read it. It says, "I heard MART manager Karen -- MART managers Karen and Crystal make fun of Paul Jones' financial hardship caused by their actions." Explain what you meant by that.

What type of -- well, strike that. It says that you heard MART managers Karen and Crystal make fun of Paul Jones' financial hardship caused by their actions. What was the actions that you've seen Karen -- during your investigation that you've seen Karen and Crystal cause that maybe could have caused financial hardship with Paul --

A. I mean, this was post my investigation. It was post my investigation. But as I stated, I followed up because I'm pretty thorough and looked into your capacity management later on. And when I mentioned earlier that you still had access to change those numbers, even though they were reset, I mentioned it to them.

And they kind of chuckled about it and just called

you stupid and were like, "He's the one who did that," and blamed you for resetting your capacities to a lower number, which I thought was strange at the time. But I wasn't really part of anything going forward with you at that point. It was just something I noticed and mentioned to them because it seemed peculiar.

**Q. Do you think -- have you ever heard of a vendor actually doing all this for himself to financially harm himself?**

MS. ECKER: Objection.

A. I mean, I don't think anyone would do it intentionally. But I have seen people not using the portal correctly and end up hurting themselves, yes.

**Q. Okay. Now we're going to go to 28 on your affidavit, sir. It says, "Karen, Rebecca, and Crystal took this as Paul Jones being a pain because he would not just accept their story and excuses why he could not see any trips that were available, while his portal stated it was locked by MART." When you say I was -- they took it as I was being a pain, what do you mean?**

A. This is kind of where they made you seem like you were just stupid and didn't understand the way the things worked. This was prior to my investigation when I -- when they were asking me to look into your company, and see if I can figure out what it is about your company

and why you're not getting work. So that was prior to me discovering that your capacities were set to zero or never set at all, and that's why you weren't getting work initially.

**Q. Okay. Did you go back after your initial findings, and tell Rebecca Badgley the supervisor your findings that you just said that you found?**

A. Yes, absolutely.

**Q. Did you go back and tell Karen of your findings that you said you found with the vendor portal being set to zero and all of that? Did you tell Karen that?**

A. Yes.

**Q. Did you ever have a conversation with Crystal Geisert my contract manager and tell her what you found when you looked at my vendor portal? Did you tell Crystal Geisert your findings?**

A. Yes. We all had a meeting regarding it because it was -- as mentioned earlier. Crystal Geisert said, she must've missed a step and just had forgotten to do it, or something to that effect.

**Q. So is it fair to say that Crystal Geisert admitted that she was somewhat of the cause of my vendor capacity being set to zero?**

MS. ECKER: Objection.

A. I mean, the honest way to look at it was it was

Karen throwing Crystal under the bus because Karen was the one who trained you. She was the one who should've set your capacity, but she pawned it off on Crystal because she was your supervisor as a vendor supervisor. So it was more or less Crystal having to take the blame for Karen's mistake, and she did so willingly.

**Q. Now, once all of this investigation stuff came out. You guys found out what was going on with my capacity. That I wasn't crazy, it was set to zero, were any one of MART's managers, supervisors -- well, was Crystal Geisert or Karen ever punished for the capacity, vendor capacity zero stuff that went on? Were they ever punished for it?**

MS. ECKER: Objection.

A. Both of them ended up being demoted. I don't know if it was for your situation or mine, but I had my own issues with these people.

**Q. Okay. So they were demoted but -- is it fair to say that they were demoted, but you don't know if they were demoted because of the situation that we're talking about right here and now?**

MS. ECKER: Objection.

A. Right. That would be accurate because, during this same period in time, they were also harassing myself. And it kind of seemed like they wanted to find a way to

blame me for your situation, and every other situation that Karen messed up along the way, because she made a lot of mistakes.

**Q. Is it fair to say once you brought these findings back on your investigation, Karen didn't like your findings? Is it fair to say that?**

MS. ECKER: Objection.

A. Yes. I had to report my findings and her reactions and behavior towards me to HR after that.

**Q. So it's fair to say that Karen was upset with your findings?**

MS. ECKER: Objection.

A. I don't know. If it was that or the other stuff that she had going on, but there was a lot going on during that time, and she was trying to find -- weasel her way out of it, and she wanted to look for a scapegoat. And she thought it was me, but I was not the one.

**Q. So Karen was demoted, correct?**

A. She was demoted.

**Q. Crystal Geisert was demoted, correct?**

A. She was also demoted.

**Q. Are you -- what happened -- are they still there under your --**

A. I can't tell you the reasons why. I wouldn't be privy to the reasons exactly why that happened because

that was above my pay grade.

**Q. So after your investigation and she was -- Karen Cordio was demoted, what position was she demoted to?**

MS. ECKER: Objection.

A. I don't know. She never really took the position. I believe they were putting her back into the call center as a call taker, both of them. But they just quit rather than take the demotion.

**Q. So is it fair to say she quit or resigned -- Karen Cordio quit or resigned instead of taking the demotion that Montachusett Regional Transit Authority had given her?**

MS. ECKER: Objection.

A. Yeah, that's accurate.

**Q. Okay. Let's get back to this affidavit. Twenty-nine, it reads, "Karen, Rebecca and Crystal took Paul Jones' e-mails for help as he was complaining." How so? Do you feel as though they took my emails as I was complaining when I was talking about the vendor portal and everything?**

MS. ECKER: Objection.

A. As mentioned, in the meeting with Rebecca Badgley, Karen Cordio, Crystal Geisert, and myself there was a time where they just called you a "crybaby."

That was what we talked about earlier. That was the time that we were instructed to forward all e-mails to upper management. Yeah, that's where that comes from.

**Q. Okay. Another thing to -- just need to go back. You said that you heard Karen use some derogatory language toward me. And it says, "I heard Karen state" -- No. 6 on the affidavit, "I heard Karen state 'his black ass think he's special.'" That's correct?**

MS. ECKER: Objection.

A. Yes.

**Q. Why do you think Karen Cordio would say "his black ass think he's special"?**

MS. ECKER: Objection.

A. This was a meeting that occurred, once again, with Rebecca Badgley, Karen Cordio, Crystal Geisert and myself. I think Matt Diaz might have been in the room as well. But this was after the meeting with HST and yourself, and we were regathered into her room to discuss the matter. And Karen was -- I think she was referring to the fact that you brought HST to MART's offices. And that's when Crystal then said, "Well, what's the plan of attack?" They looked at you as an enemy at that point.

**Q. So is it fair to say that they were going to try to get rid of me --**

MS. ECKER: Objection.

Q. -- when --
A. I don't know if it's getting rid of you, but it's fair to say that they were going to make things more difficult for you.
**Q. Is it fair to say that they were going to target me for more fines and Matt Diaz pulling us over, inspecting our vehicles to try to find something to fine us with?**
MS. ECKER: Objection.
A. Yes.
**Q. Can you say that again, sir, because you said it at the same time.**
A. Yes.
**Q. Okay. Going forward, if you answer and it crosses over with Attorney Ecker's objections, can you just please say it again so the stereographer [sic] can hear it?**
A. Yes.
**Q. Is -- now, was this type of talk normal at MART Brokerage for Karen Cordio, Rebecca, Crystal? Was it normal to hear these types of talks about black vendors calling them --**
MS. ECKER: Objection.
**Q. -- outside of their name?**
MS. ECKER: Objection.

A. No.

**Q. Okay. And I'm moving on to --**

A. I will state that I was personally offended by it though.

**Q. Why were you personally offended?**

MS. ECKER: Objection.

A. Because my partner is black, my children are black and -- my mother's Puerto Rican, but she's black, so I took offense to it.

**Q. Did you hide it -- the offense to keep things kind of kosher at work, or did you let it be known?**

MS. ECKER: Objection.

A. I didn't say anything, but I think the look on my face kind of changed the mood in the room.

**Q. I see. Now, on or about June 2017, it says in your -- well, I'm going to say it. On or about June 17th is when this meeting happened with Rebecca Badgley, Paul Jones, me, Sharna Smalls, Sandy Mulcahy of the Executive Office of Health and Human Services. Does the HST oversee MART's brokerage department?**

MS. ECKER: Objection.

A. Yes. Both offices do.

**Q. When you say "both offices," are you saying the Executive Office of Health and Human Services and the HST, Transportation oversee Montachusett Regional Transit**

**Authority? Can you say --**

A. Yes.

**Q. Okay. Okay. Now, do you remember a time that I were complaining through e-mails, phone calls, about MART scheduling department calling my personal cell phone?**

A. Yes.

MS. ECKER: Objection.

A. Yes.

**Q. Are you familiar with MART's -- well, strike that. Are you aware that MART sends out pre-recorded calls to people's telephones?**

A. Yes.

MS. ECKER: Objection.

**Q. And when I say "pre-recorded calls," this means artificial or computerized calls where a voice would start talking. That's a pre-recorded call, okay, Ivan?**

MS. ECKER: Objection.

A. The system is called --

MS. ECKER: I'm sorry. Let me just object. Is that your definition --

MR. JONES: Okay. You object. You objected. That's all you can do.

MS. ECKER: I'm asking you a question, Mr. Jones.

MR. JONES: This is my deposition.

MS. ECKER: Mr. Jones --

MR. JONES: You cannot do that. Just object. No, this is my deposition. Please object, and it's noted and let's move on.

MS. ECKER: Mr. Jones, I can speak. And what I'm asking you is that your definition of a "pre-recorded call," what you just said?

MR. JONES: Excuse me?

MS. ECKER: Is that your definition of a "pre-recorded call"?

MR. JONES: I will repeat it again.

**Q. Ivan, when I say a "pre-recorded call," I mean it's not human. It's an artificial or computerized voice that speaks. It's not human. Understood? When I say -- that's what I mean about pre-recorded calls, okay?**

MR. JONES: Now, you can object, if you like.

MS. ECKER: I'm not going to object. You stated your definition of what you believe a pre-recorded call is.

MR. JONES: Okay. Thank you.

**Q. So, Ivan, are you -- do you -- you're aware that MART sends pre-recorded calls to -- out to people's telephones, correct?**

A. There are automated --

MS. ECKER: Objection.

A. -- calls done by what they call the "IVR system," integrated voice recognition system, something

like that.

**Q. Okay. Now, how long have they had that system that you know of?**

A. I believe they began around that same time, the same year, 2017. Maybe, the earliest it could've been was 2016.

**Q. Oh, okay. Have you guys ever had meetings on that -- an IVR system was going to be introduced into MART's brokerage?**

A. Yes.

**Q. Well, what type of meeting did you guys have introducing -- informing you guys about an IVR system that was going to be coming or that's into MART's?**

A. I can't recall exactly, but I know that we sat down with HBSS. They introduced us to the IVR. They showed us how it would work. We used to test it. We tested it for about six months within our own offices with staged call-outs. It was a big thing, you know.

**Q. Of course, it would be a big thing to have a pre-recorded artificial voice handling part of the work at MART. That would take a -- alleviate a lot of MART's staff from doing work, correct?**

MS. ECKER: Objection.

**Q. Correct?**

A. Yes, it definitely helped.

**Q. Okay.**

MR. JONES: Attorney Ecker, are you still there? I don't see you.

MS. ECKER: I am. I'm still here.

MR. JONES: Okay.

**Q. So, the IVR system, you say they introduced it approximately in 2016 or 2017? Is that fair to say?**

A. Yeah.

**Q. And HBSS trained them on it?**

A. They made it and trained us on it.

**Q. Now, did HBSS -- did you ever remember HBSS, who trained you guys on the IVR system, tell you guys that there's certain rules that you have to follow with this IVR system sending out pre-recorded calls?**

MS. ECKER: Objection.

A. No.

**Q. They never told you any rules?**

MS. ECKER: Objection.

**Q. For sending out pre-recorded calls with that machine that you guys had to follow, just to reiterate.**

A. No.

MS. ECKER: Objection.

**Q. Can you answer it again? Because it crossed with hers.**

A. No.

Q. Do you ever remember if MART or -- I'm sorry, what is it, HBSS?
A. Yes.
Q. Okay. HBSS. Do you remember HBSS or MART handing out, like, a memorandum on a certain way to make calls with that machine?
MS. ECKER: Objection.
A. No, because we didn't use it to make the calls. HBSS did it.
Q. Okay.
A. We just tested the features.
Q. Okay. So -- well, HBSS is part of MART, right?
A. They are a contracted IT vendor.
Q. Yeah, I remember I had a problem with the portal, and they looked into it too. Have you ever worked with HBSS during your investigation to see what's going on in the portal?
MS. ECKER: Objection.
A. No. No, I did not.
Q. Okay. Question: Ivan, when you go into the portal, behind the portal, do you have to use a certain vendor username? Do you have to use a username and password to get in there?
MS. ECKER: Objection.
A. Yes.

**Q. I'm sorry. Say that again.**
A. Yes.
**Q. It crossed. So it would be easy to see who had been in the portal because of their username and password, correct?**
MS. ECKER: Objection.
A. It should be. However, I did notice that things were being manipulated without a name actually being entered there. So I don't know if that's HBSS doing it from the backend. But I know you call it the "backend," but to us, that would still be the front end because HBSS has authority to the actual backend, if that makes sense.
**Q. Okay. Let's get back to the telephone calls now. So it's fair to say that I complained about telephone calls to my personal cell phone, correct?**
MS. ECKER: Objection.
A. Yes.
**Q. Okay. What is the procedure to get MART to call a different cell phone -- like, they were calling my cell phone. I sent them letters to send all the calls to the company's office phone. What is the procedure, far as you know, to get them to call the office number?**
MS. ECKER: Objection.
**Q. I think you froze.**

A. You should be able to say --
**Q. Oh.**
A. You should be able to call in and change your numbers anytime. They -- we would take a note. We would pass it on to the vendor supervisor who monitors that company. They would make changes inside of our ITMS, VP, whatever you want to call it, vendor portal, and it should be as simple as that.
**Q. Okay. Have you ever heard of MART's -- well, strike that. So MART's IVR system -- strike that. You -- so you never -- do you recall ever hearing these words when you guys were testing the IVR system, these words, "consent to call someone's number"?**
MS. ECKER: Objection.
**Q. Do you remember ever -- do you ever remember hearing that whoever was training said, "Look, you guys have to get consent to call someone's telephone number with this machine"?**
MS. ECKER: Objection.
A. I don't recall.
**Q. Okay. Fair enough. Have you ever -- so is it fair to say that, yes, Paul Jones complained about calls to his cell phone?**
MS. ECKER: Objection.
A. Yes.

Q. So is it fair to say there's been no training that you know of regarding the Telephone Communication Practices Act?
MS. ECKER: Objection.
A. Not that I recall.
Q. There's no training -- do you recall any training on the national or state -- Massachusetts State Do Not Call Registry?
MS. ECKER: Objection.
A. Not that I recall.
Q. Okay. Okay. So we covered the vendor portal. We covered the IVR. I'm going to just -- I want to touch back on this affidavit. Is it a known fact that Paul Jones complained to MART by e-mail?
MS. ECKER: Objection.
A. Yes, that's how I'm aware of it.
Q. Is it fair to say that Paul Jones filed written complaints against MART and some of its staff?
A. Yes.
Q. Is it fair to say that in 2018, January 1, 2018, several of MART's employees knew that Paul Jones had filed written complaints against them?
MS. ECKER: Objection.
A. Yes.
Q. Is there -- do you personally -- I need you to

**-- do you personally feel as though MART or its employees ever retaliated against Paul Jones or CCRD, Inc., the company I was employed with?**

MS. ECKER: Objection.

A. I would say yes.

**Q. Do you feel as though Montachusett Regional Transit Authority and some of its employees discriminated against Paul Jones?**

MS. ECKER: Objection.

A. Yeah, absolutely.

**Q. Do you believe that they had a valid reason to retaliate or discriminate against me?**

MS. ECKER: Objection.

A. No.

**Q. Do you believe Karen Cordio made it a point to retaliate against Paul Jones or CCRD, Inc.?**

MS. ECKER: Objection.

A. Yes, I do.

**Q. Do you believe Rebecca Badgley, the supervisor of MART's brokerage department, was aware that her or her staff was discriminating, retaliating against me?**

MS. ECKER: Objection.

A. I'm sorry, can you say that again?

**Q. Were you aware that Rebecca Badgley, your supervisor --**

A. Mm-hmm.
**Q. -- was aware that MART and some of its employees were discriminating against me?**
MS. ECKER: Objection.
A. Yes, absolutely.
**Q. Were you -- do you believe that Rebecca Badgley was aware that MART and some of its employees were retaliating against Paul Jones? Strike that. Are you -- do you believe that Rebecca knew that MART and some of its employees were retaliating against Paul Jones, that she knew about it?**
MS. ECKER: Objection.
**Q. Ivan?**
MR. JONES: I think he froze.
A. I'm sorry, what was the question?
**Q. The question was: Do you believe -- you, do you believe that Rebecca knew that MART and some of its employees retaliated against me?**
MS. ECKER: Objection.
A. Yes.
**Q. Okay.**
MR. JONES: I need to take a five-minute break, and then we're going to come back on. And I'm going to go for, like, another 15 minutes, and we're going to wrap this up. Is it possible?

THE GUARDIAN: Yes, I can take you off the record.

MR. JONES: Okay.

THE GUARDIAN: So the time is now 11:25 a.m., and we are now off the record.

(Off the record)

THE GUARDIAN: The time is now 11:40 a.m., and we are now on the record.

**Q. Okay. So we got a few more questions. Mr. Ivan Roman, did Karen Cordio or Crystal Geisert possess the authority to move -- to remove a vendor from the IVR system?**

A. Yes.

**Q. When a vendor requested that their personal cell phone number be removed from receiving automated IVR calls, did MART managers and supervisors have the ability to execute the removal of that person's telephone number from the --**

MS. ECKER: Objection.

A. I want to say yes, but I don't recall. It might've been an e-mail to HBSS. I don't remember the exact process. But, yes, they should be able to do that.

**Q. Okay. When you accessed -- during your investigation, when you accessed the back end or the front**

**end -- we're having a problem with the back end or front end, but, you know, the stuff that MART supervisors and managers and employees can see that I can't see. When you accessed the back end of the vendor portal, did the system show that my vendor portal was locked and blocked by MART?**

MS. ECKER: Objection.

A. At one point, as discussed earlier, yes.

**Q. Okay. Were you instructed by MART management or supervisors to tell me that I could log in to MART -- I'm sorry. Were you instructed by MART managers and supervisors to tell me that I could log in to my vendor portal and make changes?**

MS. ECKER: Objection.

**Q. Ivan?**

A. To your capacity management, yes.

**Q. No, my question was: were you instructed by MART managers and supervisors to inform me that I could change my hourly capacity tab when it was blocked?**

MS. ECKER: Objection.

A. No. I don't know if it was the way it was written in my affidavit, but I was told to let you know after I unlocked -- made sure you got unlocked.

**Q. Right. But as you said, after you unlocked it, someone went back and locked it, correct?**

MS. ECKER: Objection.

A. No. I said someone changed the capacities again.

**Q. Okay. Have you ever observed Karen Cordio or Crystal Geisert personally change my portal capacity setting back to zero? Have you ever seen them personally do it?**

MS. ECKER: Objection.

A. No. That would be no.

**Q. All right. When Rebecca asked you to -- when Rebecca Badgley asked you to ignore my communications and forward all e-mails from me directly up the chain of command, who is the chain of command she wanted people to forward it to?**

A. Karen and herself.

**Q. So is it fair to say, Karen herself answered the messages and resent the messages back to whoever sent them to them?**

MS. ECKER: Objection.

A. I wouldn't know. As stated, I'm not your vendor -- I wasn't your vendor supervisor, so I wasn't privy to all the information. I was just copied on the e-mails because you copied me on them.

MS. ECKER: --

MR. JONES: I'm sorry?

A. I wouldn't know. I wasn't your vendor

supervisor. I just knew about e-mails that concerned you because you copied me on them. They weren't anything that had to do with my work. So it would be Crystal who forwarded them to Karen and Rebecca, and they would make their resolutions on their own.

**Q. Have you ever had a problem other than this that affected -- I mean, strike that. I'm sorry. Hold on. I touched the screen. Okay. Strike that. Is it fair to say that Karen had a problem with your findings, yes or no?**

MS. ECKER: Objection. Objection.

A. I don't know. I mean, I think we went over this earlier.

**Q. Right.**

A. She said -- I know that we had a meeting about it. Crystal was informed of her mistake because, as stated, I believe it was Karen's mistakes, and she's the one who trained you on the vendor portal. Apparently, when you were calling in to find out why you didn't get any work, it was Crystal who she assigned the task to as your vendor supervisor to try to figure out why. And it wasn't until they asked me to look into it that we realized your capacities were not set.

**Q. Okay. Are you aware that the company I work for and myself didn't receive any work from MART months at**

**a time, like 90 days or more? Are you aware of that?**

MS. ECKER: Objection.

A. I don't recall.

**Q. Okay.**

A. I know I saw your e-mails, but I wasn't privy to your stuff because I didn't supervise your company.

**Q. Has Karen or Rebecca Badgley ever told you to audit the person, audit me, audit my drivers? Have Karen or Rebecca ever told you guys to audit Paul Jones' drivers?**

A. Audits are part of the process. So I would imagine yes, but she never told me personally, other than what I mentioned earlier with Crystal and her plan of attack. Karen stated she was going to have Matt look into your drivers and get you inspected, but that's the gist of it.

**Q. Okay. Well, on an audit, I thought the -- am I correct that the inspectors were supposed to do audits?**

MS. ECKER: Objection.

A. The inspectors conduct -- yes, the inspectors conduct audits.

**Q. Okay. Yes. Because -- do you recall that you audited me and some of my workers at a certain time?**

MS. ECKER: Objection.

A. I personally?

**Q. I'm sorry. It crossed out. Say that again. You want me to ask you the question again?**

A. I personally audited you?

**Q. No, MART. Through MART, you sent me an e-mail for an audit, and you wanted me to send all of my drivers' records, driving records, driving history, copy of their health records for driving that we would have to get and things like that. Do you remember that?**

A. I don't recall, but I can imagine it happening. As a vendor supervisor, I have conducted audits as well, so it's possible.

**Q. So is it fair to say that not only supervisors at MART, also inspectors do audits? Both parties do audits, correct?**

MS. ECKER: Objection.

A. Yes. The inspector's findings would come to the vendor supervisors, so we were also authorized to conduct audits if needed.

**Q. Is it fair to say that you believe that I submitted valid complaints that were intentionally ignored by MART supervisors?**

MS. ECKER: Objection.

**Q. Ivan, did you get any --**

A. I know -- yeah, I'm just trying to figure out the best way to word it because I can't say

"intentionally" anything, but you did submit valid complaints. I wasn't your vendor supervisor, so I can't say what anyone did or did not do intentionally.

**Q. Okay. And one second.**

MR. JONES: Okay. We're going to wrap it up. That's my deposition -- I mean your deposition. But I want to make it clear on the record I only had one exhibit. I'm in the process of now -- I'm going to suspend this deposition, until I can get the answers from the defendant so I can go further on. Because I can't do this -- finish this deposition, so I'm suspending it.

MS. ECKER: --

MR. JONES: And -- okay?

MS. ECKER: Note my objection, but we -- I have cross-examination of Mr. Roman. Okay?

MR. JONES: I disagree. I disagree. You --

MS. ECKER: Well, you should --

MR. JONES: Listen, you should --

MS. ECKER: Mr. Jones, you should read the rules.

MR. JONES: I read the rules.

MS. ECKER: You get to ask questions, and I get to cross-examine.

MR. JONES: Not when you were on the record as being his attorney before. The rules changed. Once you are his attorney, he has to give you written consent to cross-

examine him. It --

MS. ECKER: No.

MR. JONES: -- the rules are different. Listen, hear me out and then I'm going to hear you.

MS. ECKER: What rules are that, Mr. Jones?

MR. JONES: Listen, we're going to -- listen, if you want to call them, we can call the court right now and have them deal with it. I object to Attorney Ecker conducting any examination or cross-examination of the witness, Ivan Roman. Attorney Ecker previously presented Mr. Roman as counsel of record in this exact litigation before withdrawing.

Under Rule 1.9 of the rules of professional conduct, "an attorney owes an ongoing duty of loyalty and confidentiality to a former client and is prohibited from taking positions materially adverse to that former client in that same manner. Cross-examining a former client creates an irreconcilable conflict of interest. Risk of improper use of disclosure of confidential communication protected by attorney-client privileges and violates Rule 1.9A and Rule 1.9C."

Because Mr. Roman, Ivan Roman, is an unrepresented party at this time, and has not provided informed written consent. Attorney Ecker is ethically barred from examining him. I am putting this objectively, firmly on the record.

And if Counsel proceeds, we will seek an immediate protective order and judicial relief. He used to be your client. You can't -- that changes everything. If he wasn't your client before, sure. You had -- he was your client, and then you withdrew. You can't cross-examine him now, and he hasn't even given you written consent. Well, I don't know.

MS. ECKER: Mr. Jones --

MR. JONES: Did you give her written consent, Ivan Roman?

MS. ECKER: Mr. Jones, stop. Let me respond. Okay?

MR. JONES: Listen, calm down.

MS. ECKER: You're done. Mr. Jones.

MR. JONES: No.

MS. ECKER: Stop.

MR. JONES: Listen, talk to me like we're human. No screaming and yelling.

MS. ECKER: No. You are accusing me of violating the rules of professional conduct, which I have --

MR. JONES: No.

MS. ECKER: -- not.

MR. JONES: I didn't accuse --

MS. ECKER: Let me finish.

MR. JONES: -- you of violating no professional conduct.

MS. ECKER: Let me finish.

MR. JONES: He was your client.

MS. ECKER: You can examine a client at deposition. What the rule --

MR. JONES: If --

MS. ECKER: Mr. Jones, let me finish. What the rule says is you can't disclose confidential attorney-client privilege unless you discuss it with your client. You've established on the record. I have never spoken with Mr. Roman, so I have no attorney-client privilege, correct?

MR. JONES: No.

MS. ECKER: Therefore, I can ask him whatever I want.

MR. JONES: Well, I object and I need to call the court. I need to call the judge's chambers --

MS. ECKER: We have --

MR. JONES: -- right now and let them know what's going on, and they can easily tell me if you can cross-examine your previous client. It'll take me five minutes. So I need to go off the record. It's 11:55. Actually, I need -- I need till -- I need 15 minutes, so 12:10. I can call the --

MS. ECKER: Well, you can call right now. Honestly. Why --

MR. JONES: I am.

MS. ECKER: -- do you need ten minutes? Dial them

up.

MR. JONES: First of all, Mrs. Ecker, let's treat each other with candor and let's be nice to each other. Just because -- you have -- let's respect each other at least. Let's stop yelling and all of that. We don't need to do that. We're humans, okay?

So, I need 15 minutes to make sure I get through to the judges' chamber. Is that a problem, Vanessa?

THE GUARDIAN: No, that's not a problem, sir.

MS. ECKER: Hold on.

MR. JONES: Okay.

MS. ECKER: Mr. Jones, I suggest you do it while we're together because they can't talk to you by yourself. They would have to include me. So why don't you dial them up now? You can't -- it would be ex parte.

MR. JONES: Oh, sure. That'll be fine. That'll be fine. But going forward, let's -- no yelling. Let's just, you know --

THE GUARDIAN: Would you like me to still take us off the record, or do you want me to stay on, Mr. Jones?

MR. JONES: Yeah. Take it off the record, please.

THE GUARDIAN: Okay. The time is now 11:56 a.m., and we are now off the record.

(Off the record)

THE GUARDIAN: The time is now 12 a.m., -- sorry, 12 p.m., and we are now on the record.

MS. ECKER: Okay. So Mr. Jones --

MR. JONES: Yes.

MS. ECKER: Let me just finish my speech. Mr. Jones has not allowed me to examine Mr. Roman because he believes it would be a violation of the ethical rules. I disagree because attorneys examine their clients all the time, and the rules of deposition allow for cross-examination of witnesses. Mr. Jones has chosen to suspend the deposition. He also has stated on the record he suspended because he does not have answers and that the only exhibit he has is Mr. Roman's affidavit.

Mr. Jones has multiple e-mails and other documents in this case, and it's our position that the answers would not weigh in on Mr. Roman's deposition testimony, so we object to the suspension.

MR. JONES: Okay. Well, I'm going to suspend it. I have on the record why.

MS. ECKER: Mm-hmm.

MR. JONES: And I'm going to file an emergency motion with the court --

MS. ECKER: Okay.

MR. JONES: -- and I will get back with you guys --

MS. ECKER: Okay.

MR. JONES: -- so we can resolve this matter. And, also, I want to put it on the record -- well, I don't know. Did you give her consent to examine you, Mr. Roman, Ivan?

MS. ECKER: He did not. I can tell you that, Mr. Jones.

MR. JONES: Okay. He didn't give -- he did not give you the consent and --

MS. ECKER: Because I don't need consent.

MR. JONES: All right. Thank you so much. We're going to end this deposition, Vanessa.

THE GUARDIAN: Okay. So before I go off the record, I just wanted to check with one -- a couple of things. Mr. Jones, when you mentioned Karen Cordio, is it Cordio or Cordia?

MR. JONES: It's Cordio, C-O --

THE GUARDIAN: Cordio.

MS. ECKER: -- R-D-I-O.

THE GUARDIAN: Okay. Thank you so much.

MR. JONES: Anything else?

THE GUARDIAN: I just wanted to see -- do we need to go ahead and do the orders for the transcript or would you like me to -- okay.

MS. ECKER: So I can do the transcript.

THE GUARDIAN: Okay. So, Mr. Jones, would you like a certified transcript of today's deposition?

MR. JONES: Could you give me 24 hours until I hear from the court? Oh, yeah. I need a -- of course I need a transcript of that. Yes.

THE GUARDIAN: Yes. Okay. And, Attorney Ecker, would you like a certified copy?

MS. ECKER: Yes, please. Do you have my information? I didn't get an e-mail, that's why -- so --

THE GUARDIAN: If you could please provide it to me, I would go ahead --

MS. ECKER: Is it possible to do in chat?

THE GUARDIAN: If you --

MS. ECKER: I can tell it to you.

MR. JOHNSON: It's disabled.

MS. ECKER: Oh, chat's disabled. Okay. It's decker@k-plaw.com.

THE GUARDIAN: Okay. I'm going to repeat it just to make sure I have it correct. I have decker@k-plaw.com.

MS. ECKER: That's correct.

THE GUARDIAN: And is it all lowercase or uppercase, ma'am?

MS. ECKER: It's all lowercase.

THE GUARDIAN: Okay. Thank you.

MR. JONES: One other thing I want to put on the record. I'm going to get in touch with the court, and if the court says that he has to -- he can be deposed, I will pay for the deposition, and I'll get right back on the record and get it out of the way. I'll be responsible for the bill, okay?

MS. ECKER: Okay. Thank you.

MR. JONES: You're welcome.

THE GUARDIAN: Okay. So the time is now 12:03 p.m., and we are now off the record.

(The deposition was suspended.)

C E R T I F I C A T E

I, Vanessa Miranda, do hereby certify that Ivan Roman, the witness whose testimony is hereinbefore set forth, was duly sworn remotely on August 26, 2026.

The oath was administered by Kimberly Perla, a Notary Public commissioned in the State of Massachusetts.

I further certify that the foregoing transcript is a true and accurate record of the testimony provided, to the best of my knowledge and ability.

I further certify that I am not a relative or employee of any of the parties to this action, nor a relative or employee of counsel for any of the parties, nor am I financially interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this _26th_ day of August, 2026.

Vanessa Miranda

______________________________

Vanessa Miranda

Guardian

Today's date: August 26, 2026
To: Paul Jones
Copied to: Deborah I. Ecker Esq.
From: Vanessa Miranda
Deposition of: Ivan Roman
Taken: August 26, 2026
Action: PAUL JONES
v. MONTACHUSETTS REGIONAL TRANSIT AUTHORITY,ET AL

Enclosed is a copy of the deposition of Ivan Roman Pursuant to the Rules of Civil Procedure, Mr. Roman has thirty days to sign the deposition from today's date.

Please have Mr. Roman sign the enclosed signature page. If there are any errors, please have him mark the page, line and error on the enclosed correction sheet. He should not mark the transcript itself. This addendum should be forwarded to all interested parties.

Thank you for your cooperation in this matter.

UNITED STATES DISTRCIT COURT

DISTRICT OF MASSACHUSETTS

DOCKET NO.: 4:19-cv-11093 MRG

Combined with case No. 1:20-cv-12076

***********************************

PAUL JONES,

Plaintiff

v.

MONTACUSETT REGIONAL TRANSIT

AUTHORITY, et al.

Defendant(s)

***********************************

I, Ivan Roman, do hereby certify, under the pains and penalties of perjury, that the foregoing testimony is true and accurate, to the best of my knowledge and belief.

WITNESS MY HAND, this ___ day of ________, 2026.

_________________________

IVAN ROMAN

vm

CORRECTION SHEET

DEPONENT: IVAN ROMAN

CASE: Paul Jones v. Montachusett Regional Transit Authority, et al.,

DATE TAKEN: 08/26/2026

************************************************************

Page /Line CHANGE OR CORRECTION AND REASON

************************************************************

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________

____/____/____________________________________________