UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,

Defendants

Civil Action: 4:19-cv-11093 MRG
Combined with case No. 1:20-cv-12076

**SUPPLEMENTAL AFFIDAVIT OF PAUL JONES**

**(March 2018 Revocation Letter)**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

**PAUL JONES,**

I, Paul Jones, on oath depose and state as follows:

1. I am the Plaintiff in the above-captioned consolidated actions. I have personal knowledge of the facts stated in this affidavit, and I am competent to testify to them.

2. Between November 2016 and March 2018, I authored and mailed three letters to the Montachusett Regional Transit Authority ("MART") revoking any consent for MART to place calls to my cellular telephone number, 617-939-5417, using an automatic telephone dialing system or an artificial or prerecorded voice.

3. The first letter, dated November 12, 2016, and the second letter, dated February 11, 2017, are in the record in full text as Exhibits 1 and 2 to my affidavit filed with the renewed motion for summary judgment.

4. The third letter was mailed in March 2018 via United States Postal Service certified mail, tracking number 7015 1520 0000 1814 3550, addressed to MART, 100 Main Street, Fitchburg, Massachusetts 01420. The certified mail receipt, postmarked March 15, 2018, and the signed domestic return receipt (green card) showing delivery and acceptance by "K. Marean" are in the record as Exhibit 3 to my affidavit filed with the renewed motion for summary judgment.

5. I have conducted a diligent search for the original or a copy of the text of the March 2018 letter, including a search of my email accounts, my personal and case files, and the court records in these actions. Despite that diligent search, I have been unable to locate the original or any copy of the letter's text. The certified mail receipt and the signed return receipt described in paragraph 4 are the only surviving records of that mailing in my possession.

6. To the best of my recollection, the March 2018 letter stated in substance as follows: I asked MART to remove my personal cellular telephone number, 617-939-5417, from its IVR System, because the system called my personal cellular telephone every day starting at approximately 6:30 a.m., Monday through Friday. I revoked all consent to be called on my personal cellular telephone. I directed MART to call CCRD Inc. only, at its two office numbers, which I wrote into the letter: 413-315-4500 and the toll-free number 888-680-4667. I signed the letter with my name only.

7. The purpose of the March 2018 letter was to restate and confirm my revocation of any consent for MART to place calls to my personal cellular telephone number, 617-939-5417, using an

automatic telephone dialing system or an artificial or prerecorded voice, and to direct MART to contact CCRD Inc. at its office numbers instead.

Signed under the penalties of perjury this 29th day of September, 2026.

Respectfully submitted,
Paul Jones, Pro Se Plaintiff

Date: September 29, 2026

79 Thompson Street

Springfield, Ma 01109

Tel: 617-939-5417

Pj22765@gmail.com

## CERTIFICATE OF SERVICE

I, Paul Jones, hereby certify that on September 29, 2026, I served the foregoing Plaintiff's Renewed Motion for Summary Judgment (Corrected Version), Memorandum in Support (Corrected Version), Statement of Undisputed Facts Pursuant to Local Rule 56.1 (Corrected Version), Affidavit of Paul Jones with Exhibits (Corrected Version),on the following counsel of record via the Court's CM/ECF system:

Date: September 29, 2026

Deborah I. Ecker, Esq.
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110
DEcker@k-plaw.com

Tel: 617-654-1714
Mark R. Reich, Esq.
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110
mreich@k-plaw.com
Tel: 617-654-1714

Respectfully submitted,

Paul Jones, Pro Se Plaintiff

79 Thompson Street

Springfield, MA 01109

Tel: 617-939-5417

Pj22765@gmail.com