UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

P 29 AM 11:39

PAUL JONES,

Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,

Defendants

Civil Action: 4:19-cv-11093 MRG
Combined with case No. 1:20-cv-12076

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE (DOCKET 258)**

Plaintiff Paul Jones, proceeding pro se, hereby withdraws his Motion for Leave filed September 28, 2026 (Docket 258) as moot. The corrected memorandum filed September 29, 2026, complies with the Court's page limit.

Respectfully submitted,

Paul Jones, Pro Se Plaintiff
79 Thompson Street
Springfield, MA 01109
Tel: 617-939-5417
pj22765@gmail.com

## CERTIFICATE OF SERVICE

I, Paul Jones, hereby certify that on September 29, 2026, I served the foregoing Notice of Withdrawal on the following counsel of record via the Court's CM/ECF system:

Deborah I. Ecker, Esq.
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110
DEcker@k-plaw.com

Mark R. Reich, Esq.
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110

Respectfully submitted,

Date: September 29, 2026

Paul Jones, Pro Se Plaintiff
79 Thompson Street
Springfield, Ma 01109
Tel: 617-939-5417
Pj22765@gmail.com